UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WILBUR ROSS, et al.,<br><br>　　　　　Defendants. | Case No. 3:18-cv-01865-SK   (INTAKE)<br><br>**ORDER REASSIGNING CASE** |

GOOD CAUSE APPEARING THEREFORE,

IT IS ORDERED that this case is reassigned to the Honorable Richard Seeborg in the San Francisco division for all further proceedings.  Counsel are instructed that all future filings shall bear the initials RS immediately after the case number.

All hearing and trial dates presently scheduled are vacated.  However, existing briefing schedules for motions remain unchanged.  Motions must be renoticed for hearing before the judge to whom the case has been reassigned, but the renoticing of the hearing does not affect the prior briefing schedule.  Other deadlines such as those for ADR compliance and discovery cutoff also remain unchanged.

Dated: March 28, 2018　　　　　　　　　　　FOR THE EXECUTIVE COMMITTEE

　　　　　　　　　　　　　　　　　　　　　　　*Susan Y. Soong*
　　　　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

A true and correct copy of this order has been served by mail upon any pro se parties.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**NOTICE OF ELIGIBILITY FOR VIDEO RECORDING**

This case is assigned to a judge who participates in the Cameras in the Courtroom Pilot Project.  See General Order 65 and cand.uscourts.gov/cameras.  The parties' consent is required before any proceedings in this case may be recorded.  If a party, the presiding judge, or a member of the media requests that a proceeding be recorded, consent of the parties will be presumed unless a party submits an Objection to Request for Video Recording form as directed by the Cameras in the Courtroom Procedures.

Parties objecting to video recording are asked, for research purposes, to communicate to the Court the reasons for declining to participate.  If you decline to participate, you should candidly convey the reasons for your decision.  Whether you agree to participate or decline to participate will have no effect on your case whatsoever.

_Susan Y. Soong_
Susan Y. Soong, Clerk of Court