AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| THE STATE OF CALIFORNIA, by and through Attorney General Xavier Becerra,<br><br>*Plaintiff(s)*<br>v.<br>WILBUR L. ROSS, JR., Secretary of the U.S. Department of Commerce, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  CV 18-1865 RS<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  WILBUR L. ROSS, JR., Secretary of the U.S. Department of Commerce, and U.S. DEPARTMENT OF COMMERCE, 1401 Constitution Ave NW, Washington, DC 20230; RON JARMIN, performing the non-exclusive functions and duties of the director of the U.S. Census Bureau, and U.S. CENSUS BUREAU, 4600 Silver Hill Road, Suitland, MD 20746.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Xavier Becerra, Attorney General of California
Thomas S. Patterson, Senior Assistant Attorney General
Mark R. Beckington, Supervising Deputy Attorney General
Gabrielle D. Boutin, Deputy Attorney General
R. Matthew Wise, Deputy Attorney General
1300 I Street, Sacramento, CA 95814

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:    04/02/2018

*Signature of Clerk or Deputy Clerk*