MANATT, PHELPS & PHILLIPS, LLP
JOHN F. LIBBY (Bar No. CA 128207)
E-mail: jlibby@manatt.com
JOHN W. MCGUINNESS (Bar No. CA 277322)
E-mail: jmcguinness@manatt.com
EMIL PETROSSIAN (Bar No. CA 264222)
E-mail: epetrossian@manatt.com
11355 West Olympic Boulevard
Los Angeles, California 90064
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
KRISTEN CLARKE (*Pro Hac Vice* Application Forthcoming)
Email: kclarke@lawyerscommittee.org
JON M. GREENBAUM (Bar No. CA 166733)
E-mail: jgreenbaum@lawyerscommittee.org
EZRA D. ROSENBERG (*Pro Hac Vice* Application Forthcoming)
E-mail: erosenberg@lawyerscommittee.org
DORIAN L. SPENCE (*Pro Hac Vice* Application Forthcoming)
E-mail: dspence@lawyerscommittee.org
1401 New York Avenue NW, Suite 400
Washington, DC 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857

PUBLIC COUNSEL
MARK ROSENBAUM (Bar No. CA 59940)
Email: mrosenbaum@publiccounsel.org
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone: (213) 385-2977
Facsimile: (213) 385-9089

*Attorneys for Plaintiffs*
CITY OF SAN JOSE and BLACK ALLIANCE FOR JUST IMMIGRATION

*[Additional Counsel Listed Below]*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, BY AND THROUGH ATTORNEY GENERAL XAVIER BECERRA,<br><br>PLAINTIFF,<br><br>v.<br><br>WILBUR L. ROSS, JR., IN HIS | Case No. 3:18-cv-01865<br><br>**CERTIFICATE OF SERVICE** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

| | |
|---|---|
| 1  OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF COMMERCE; U.S. DEPARTMENT OF COMMERCE; RON JARMIN, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF THE U.S. CENSUS BUREAU; U.S. CENSUS BUREAU; DOES 1-100, | |

DEFENDANTS.

| | |
|---|---|
| CITY OF SAN JOSE, a municipal corporation; and BLACK ALLIANCE FOR JUST IMMIGRATION, a California Non-Profit Corporation, | Case No. 5:18-cv-02279 |
|   Plaintiffs, | |
|   vs. | |
| WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau; U.S. CENSUS BUREAU, | |
|   Defendants. | |

# CERTIFICATE OF SERVICE

Pursuant to Civil L.R. 5-5, I hereby certify that on April 17, 2018, I authorized the electronic filing of the foregoing in Case No. 3:18-cv-01865, Docket No. 11 thru 11-4:

1. ADMINISTRATIVE MOTION TO CONSIDER WHETHER COSTS SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12(B);

2. [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER COSTS SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12(B);

3. DECLARATION OF JOHN F. LIBBY IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER COSTS SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12(B), AND EXHIBITS 1 AND 2

using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List maintained by this Court. I hereby certify that on April 23, 2018, I caused to be mailed by certified mail, these documents via the United States Postal Service to the following:

| | |
|---|---|
| Hon. Jeffrey Sessions<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC  20530 | Mr. Peter B. Davidson<br>U.S. Department of Commerce<br>Office of the General Counsel<br>1401 Constitution Avenue NW<br>Washington, DC  20230 |
| Hon. Wilbur L. Ross<br>Secretary of the U.S. Department of Commerce<br>1401 Constitution Avenue NW<br>Washington, DC  20230 | Mr. Ron Jarmin<br>Acting Director, U.S. Census Bureau<br>4600 Silver Hill Road<br>Suitland, MD  20746 |

1  I hereby certify that I caused these documents to be personally served to the
2  following:

3  Alex G. Tse, Esq.
   U.S. Attorney for the Northern District of California
4  Federal Courthouse
5  450 Golden Gate Avenue
   San Francisco, CA  94102
6

7  I certify under penalty of perjury under the laws of the United States of
8  America that the foregoing is true and correct.  Executed on April 23, 2018, in San
9  Francisco, California.

10

11                              /s/ *Ana Guardado*
                                Ana Guardado
12

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Additional Counsel for Plaintiffs*
CITY OF SAN JOSE and BLACK ALLIANCE FOR JUST IMMIGRATION

**CITY OF SAN JOSE**
RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Assistant City Attorney (#93249)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

320261828.1

| JOHN F. LIBBY<br>MANATT, PHELPS & PHILLIPS, LLP<br>11355 WEST OLYMPIC BLVD.  LOS ANGELES, CA 90064<br>Attorney For: PLAINTIFFS<br>TELEPHONE NO.: (310) 312-4000   FAX NO. (Optional): (310) 312-4224<br>E-MAIL ADDRESS (Optional): | SBN: 128207 | FOR COURT USE ONLY |
|---|---|---|

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**
STREET ADDRESS: 450 GOLDEN GATE AVENUE
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME:

PLAINTIFF (name each): STATE OF CALIFORNIA, BY AND THROUGH ATTORNEY GENERAL XAVIER BECERRA
DEFENDANT (name each): WILBUR L. ROSS, JR., ETC., ET AL.

CASE NUMBER: 3:18-CV-01865

| PROOF OF DELIVERY | HEARING DATE: | TIME: | DEPT.: | Ref No. or File No.:<br>PO933-060 |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES OF THE:**

See attachment page for document list.

NAME OF PARTY: ALEX G. TSE, ESQ.

DELIVERED TO: IVAN NICLENSO - RECEPTIONIST

DATE & TIME OF DELIVERY: 04/23/2018
03:45 pm

ADDRESS, CITY, AND STATE: U.S. ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

MANNER OF SERVICE:
**Delivery to a Business:** Service was made by delivery to the business office; or by leaving the document(s) with his clerk over the age of 18 therein; or with a person having charge thereof; or if there was no such person in the office, by leaving them between the hours of nine in the morning and five in the afternoon, in a conspicuous place in the office. [CCP 1011]

Fee for Service:
County: **SAN FRANCISCO**
Registration No.: **12-234648**
**Nationwide Legal, LLC (12-234648)**
**859 Harrison St., STE A**
**San Francisco, CA 94107**
**(415) 351-0400**
**Ref: PO933-060**

I declare under penalty of perjury under the laws of The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **May 8, 2018.**

Signature: _____
JUAN MACIAS

**PROOF OF HAND DELIVERY**   Order#: 3434448NE/DROPSERVE

**Nationwide Legal, LLC (12-234648)**
859 Harrison St., STE A
San Francisco, CA 94107
Phone: (415) 351-0400   Fax: (415) 351-0407

Continued from Proof of Service

**CASE #:** 3:18-CV-01865                              **DATE:** May 8, 2018

**CASE NAME:** STATE OF CALIFORNIA, BY AND THROUGH ATTORNEY GENERAL XAVIER BECERRA VS. WILBUR L. ROSS, JR., ETC., ET AL.

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO N.D. CAL. CIVIL L.R. 3-12(B); [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO N.D.; DECLARATION OF JOHN F. LIBBY IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO N.D. CAL. CIVIL; EXHIBITS 1 AND 2 TO THE DECLARATION OF JOHN F. LIBBY**

Order#: 3434448NE/DocAtt2010