CHAD A. READLER
Acting Assistant Attorney General
CARLOTTA P. WELLS
Assistant Director
CAROL FEDERIGHI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Phone: (202) 514-1903
carol.federighi@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>WILBUR L. ROSS, JR., in his official capacity as United States Secretary of Commerce, *et al.*,<br><br>    Defendants. | Civil Action No. 3:18-cv-01865-RS<br><br>**NOTICE OF APPEARANCE OF CAROL FEDERIGHI** |

NOTICE IS HEREBY GIVEN that Carol Federighi, Civil Division, United States Department of Justice, enters her appearance in this case on behalf of the defendants.

1 | Dated: May 23, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

CARLOTTA WELLS
Assistant Director, Civil Division

s/*Carol Federighi*
CAROL FEDERIGHI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Phone: (202) 514-1903
carol.federighi@usdoj.gov

Attorneys for Defendants

NOTICE OF APPEARANCE OF CAROL FEDERIGHI –
No. 3:18-cv-01865-RS