CHAD A. READLER
Acting Assistant Attorney General
CARLOTTA P. WELLS
Assistant Director
STEPHEN EHRLICH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Phone: (202) 305-9803
stephen.ehrlich@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Civil Action No. 3:18-cv-01865-RS |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| WILBUR L. ROSS, JR., in his official capacity as United States Secretary of Commerce, *et al.*, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Stephen Ehrlich, Civil Division, United States Department of Justice, enters his appearance in this case on behalf of the defendants.

Dated: May 24, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

CARLOTTA WELLS
Assistant Director, Civil Division

s/*Stephen Ehrlich*
STEPHEN EHRLICH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Phone: (202) 305-9803
stephen.ehrlich@usdoj.gov

Attorneys for Defendants