XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
GABRIELLE D. BOUTIN
Deputy Attorney General
State Bar No. 267308
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6053
 Fax: (916) 324-8835
 E-mail: Gabrielle.Boutin@doj.ca.gov
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, BY AND THROUGH ATTORNEY GENERAL XAVIER BECERRA; COUNTY OF LOS ANGELES; CITY OF LOS ANGELES; CITY OF FREMONT; CITY OF LONG BEACH; CITY OF OAKLAND; CITY OF STOCKTON,<br><br>Plaintiffs,<br><br>v.<br><br>WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau; U.S. CENSUS BUREAU; DOES 1-100,<br><br>Defendants. | Case No. 3:18-cv-01865-RS<br><br>**STIPULATION FOR HEARING AND BRIEFING DEADLINES RE: DISCOVERY OUTSIDE THE ADMINISTRATIVE RECORD; [PROPOSED ORDER]**<br><br>Dept: 3<br>Judge: The Honorable Richard G. Seeborg<br>Trial Date: None Set<br>Action Filed: March 26, 2018 |

1

Plaintiffs State of California, by and through Attorney General Xavier Becerra, County of Los Angeles, City of Los Angeles, City of Fremont, City of Long Beach, City of Oakland, and City of Stockton (collectively, "Plaintiffs") and Defendants Wilbur Ross, U.S. Department of Commerce, Ron Jarmin, and U.S. Census Bureau (collectively, "Defendants," and together with Plaintiffs, "the Parties") hereby stipulate as follows:

1. In its April 2, 2018, order, the Court set an initial status conference for June 28, 2018, at 10:00 a.m., in Courtroom 3 of this court.

2. Plaintiffs and Defendants disagree on whether discovery is appropriate in this action. Plaintiffs contend that discovery is appropriate and necessary, including because the First Amended Complaint includes a constitutional claim. Defendants contend that discovery is inappropriate because, notwithstanding any constitutional claim, Plaintiffs challenge a discrete, final agency action and this case should thus be decided on the administrative record compiled by the agency.

3. In order to resolve this disagreement so that the case may proceed expeditiously, the Parties stipulate and jointly ask the Court set a hearing on this issue for June 28, 2018, at 10:00 a.m., the same time and date as the scheduled status conference.

4. The Parties also stipulate and jointly ask the Court to order the following briefing schedule prior to the June 28 hearing:

- Plaintiffs and Defendants shall submit simultaneous opening briefs, limited to 10 pages, on June 14, 2018.
- Plaintiffs and Defendants shall submit simultaneous responding briefs, limited to 6 pages, on June 21, 2018.

5. Defendants further note that, on May 22, 2018, this Court granted a motion to relate this case to Case No. 18-2279, a case challenging the same agency decision at issue here. *See* ECF No. 14. Given the similar facts and claims set forth in the complaints, Defendants propose that, at a minimum, briefing by the parties in both related cases should be simultaneous and that there may be other ways to best promote an efficient resolution of these actions and conserve judicial resources.

**IT IS SO STIPULATED.**

Dated: June 4, 2018

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
R. MATTHEW WISE
Deputy Attorney General


/s/  *Gabrielle D. Boutin*
GABRIELLE D. BOUTIN
Deputy Attorney General
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*


Dated: June 2, 2018

CHAD A. READLER
Acting Assistant Attorney General

BRETT A. SHUMATE
Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

/s/  *Kate Bailey*
KATE BAILEY
STEPHEN EHRLICH
CAROL FEDERIGHI
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530
Phone: (202) 514-9230
Email: kate.bailey@usdoj.gov

*Attorneys for Defendants*

| | | |
|---|---|---|
| 1 | Dated: June 5, 2018 | */s/ Margaret L. Carter*<br>MARGARET L. CARTER, SBN 220637<br>DANIEL R. SUVOR<br>O'MELVENY & MYERS LLP<br>400 S. Hope Street<br>Los Angeles, CA 90071<br>Telephone: (213) 430-8000<br>Fax: (213) 430-6407<br>Email: dsuvor@omm.com<br>*Attorneys for Plaintiff County of Los Angeles* |
| 7 | Dated: June 5, 2018 | MIKE FEUER<br>City Attorney for the City of Los Angeles<br><br>*/s/ Valerie Flores*<br>VALERIE FLORES, SBN 138572<br>Managing Senior Assistant City Attorney<br>200 North Main Street, 7th Floor, MS 140<br>Los Angeles, CA 90012<br>Telephone: (213) 978-8130<br>Fax: (213) 978-8222<br>Email: Valerie.Flores@lacity.org |
| 14 | Dated: June 5, 2018 | HARVEY LEVINE<br>City Attorney for the City of Fremont<br><br>*/s/ Harvey Levine*<br>SBN 61880<br>3300 Capitol Ave.<br>Fremont, CA 94538<br>Telephone: (510) 284-4030<br>Fax: (510) 284-4031<br>Email: hlevine@fremont.gov |
| 20 | Dated: June 4, 2018 | CHARLES PARKIN<br>City Attorney for the City of Long Beach<br><br>*/s/ Michael J. Mais*<br>MICHAEL K. MAIS, SBN 90444<br>Assistant City Attorney<br>333 W. Ocean Blvd., 11th Floor<br>Long Beach CA, 90802<br>Telephone: (562) 570-2200<br>Fax: (562) 436-1579<br>Email: Michael.Mais@longbeach.gov |

| | | |
|---|---|---|
| 1 | Dated: June 4, 2018 | BARBARA J. PARKER<br>City Attorney for the City of Oakland |
| 2 | | |
| 3 | | */s/ Erin Bernstein*<br>MARIA BEE<br>Special Counsel |
| 4 | | ERIN BERNSTEIN, SBN 231539<br>Supervising Deputy City Attorney |
| 5 | | MALIA MCPHERSON<br>Attorney |
| 6 | | City Hall, 6th Floor<br>1 Frank Ogawa Plaza |
| 7 | | Oakland, California 94612<br>Telephone: (510) 238-3601 |
| 8 | | Fax: (510) 238-6500<br>Email: ebernstein@oaklandcityattorney.org |
| 9 | | |
| 10 | Dated: June 4, 2018 | JOHN LUEBBERKE<br>City Attorney for the City of Stockton |
| 11 | | |
| 12 | | */s/ John Luebberke*<br>SBN 164893 |
| 13 | | 425 N. El Dorado Street, 2nd Floor<br>Stockton, CA 95202 |
| 14 | | Telephone: (209) 937-8333<br>Fax: (209) 937-8898 |
| 15 | | Email: John.Luebberke@stocktonca.gov |

## [PROPOSED] ORDER

Based on the Parties' STIPULATION FOR HEARING AND BRIEFING DEADLINES RE: DISCOVERY OUTSIDE THE ADMINISTRATIVE RECORD, the Court shall hear oral argument on whether the discovery is appropriate in this action on June 28, 2018, at 10:00 a.m. in Courtroom 3, 17th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102. Each party shall file opening briefs on this issue, not to exceed 10 pages, on June 14, 2018. Each party shall file responding briefs, not to exceed 6 pages, on June 21, 2018.

**IT IS SO ORDERED.**

Dated: _____

HON. RICHARD SEEBORG
United States District Judge

# CERTIFICATE OF SERVICE

Case Name: **State of California, et al. v. Wilbur L. Ross, et al.**  No. **3:18-cv-01865**

I hereby certify that on June 5, 2018, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION FOR HEARING AND BRIEFING DEADLINES RE: DISCOVERY OUTSIDE THE ADMINISTRATIVE RECORD: [PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 5, 2018, at Sacramento, California.

| Eileen A. Ennis | /s/ *Eileen A. Ennis* |
|---|---|
| Declarant | Signature |

SA2018100904
13111611.docx