1  XAVIER BECERRA
   Attorney General of California
2  MARK R. BECKINGTON
   Supervising Deputy Attorney General
3  GABRIELLE D. BOUTIN
   R. MATTHEW WISE
4  Deputy Attorneys General
   State Bar No. 267308
5    1300 I Street, Suite 125
     P.O. Box 944255
6    Sacramento, CA 94244-2550
     Telephone: (916) 210-6046
7    Fax: (916) 324-8835
     E-mail: Matthew.Wise@doj.ca.gov
8  *Attorneys for Plaintiff State of California, by and
   through Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, BY AND THROUGH ATTORNEY GENERAL XAVIER BECERRA; COUNTY OF LOS ANGELES; CITY OF LOS ANGELES; CITY OF FREMONT; CITY OF LONG BEACH; CITY OF OAKLAND; CITY OF STOCKTON,**<br><br>Plaintiffs,<br><br>v.<br><br>**WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau; U.S. CENSUS BUREAU; DOES 1-100,**<br><br>Defendants. | Case No. 3:18-cv-01865-RS<br><br>**JOINT REQUEST FOR RELIEF FROM AUTOMATIC REFERRAL TO ADR MULTI-OPTION PROGRAM; [PROPOSED ORDER]**<br><br>Dept:  3<br>Judge: The Honorable Richard G. Seeborg<br><br>Trial Date: None Set<br>Action Filed: March 26, 2018 |

1

On behalf of Plaintiffs State of California, by and through Attorney General Xavier Becerra, County of Los Angeles, City of Los Angeles, City of Fremont, City of Long Beach, City of Oakland, and City of Stockton (collectively, "Plaintiffs") and Defendants Wilbur Ross, U.S. Department of Commerce, Ron Jarmin, and U.S. Census Bureau (collectively, "Defendants," and together with Plaintiffs, "the Parties"), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR website, www.cand.uscourts.gov/adr, considered the available dispute resolution options provided by the Court and private entities, and discussed whether this case might benefit from the available dispute resolution options.

The parties agree that referral to a formal ADR process is unlikely to be beneficial given the nature of the case. Thus, it appears at this time that ADR is unlikely to aid in the resolution of this case and may unnecessarily consume the Court's time and resources.

Accordingly, under ADR L.R. 3-3(c), the parties hereby stipulate and jointly request that the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process. If any party subsequently determines that submission to the formal ADR process would be beneficial to the efficient resolution of this matter, that party may request placement in one of the Court's ADR programs at that time.

| | | |
|---|---|---|
| 1 | Dated: June 6, 2018 | Respectfully Submitted, |
| 2 | | XAVIER BECERRA<br>Attorney General of California |
| 3 | | MARK R. BECKINGTON<br>Supervising Deputy Attorney General |
| 4 | | GABRIELLE D. BOUTIN<br>Deputy Attorney General |

*/s/   R. Matthew Wise*
R. MATTHEW WISE
Deputy Attorney General
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

Dated: June 6, 2018

CHAD A. READLER
Acting Assistant Attorney General

BRETT A. SHUMATE
Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

*/s/   Stephen Ehrlich*
KATE BAILEY
STEPHEN EHRLICH
CAROL FEDERIGHI
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530
Phone: (202) 305-9803
Email: stephen.ehrlich@usdoj.gov

*Attorneys for Defendants*

| | | |
|---|---|---|
| 1 | Dated: June 6, 2018 | /s/ *Margaret L. Carter* |
| 2 | | MARGARET L. CARTER, SBN 220637 |
| | | DANIEL R. SUVOR |
| 3 | | O'MELVENY & MYERS LLP |
| | | 400 S. Hope Street |
| 4 | | Los Angeles, CA 90071 |
| | | Telephone: (213) 430-8000 |
| 5 | | Fax: (213) 430-6407 |
| | | Email: dsuvor@omm.com |
| 6 | | *Attorneys for Plaintiff County of Los Angeles* |

Dated: June 6, 2018

MIKE FEUER
City Attorney for the City of Los Angeles

/s/ *Valerie Flores*
VALERIE FLORES, SBN 138572
Managing Senior Assistant City Attorney
200 North Main Street, 7th Floor, MS 140
Los Angeles, CA 90012
Telephone: (213) 978-8130
Fax: (213) 978-8222
Email: Valerie.Flores@lacity.org

Dated: June 6, 2018

HARVEY LEVINE
City Attorney for the City of Fremont

/s/ *Harvey Levine*
SBN 61880
3300 Capitol Ave.
Fremont, CA 94538
Telephone: (510) 284-4030
Fax: (510) 284-4031
Email: hlevine@fremont.gov

Dated: June 6, 2018

CHARLES PARKIN
City Attorney for the City of Long Beach

/s/ *Michael J. Mais*
MICHAEL K. MAIS, SBN 90444
Assistant City Attorney
333 W. Ocean Blvd., 11th Floor
Long Beach CA, 90802
Telephone: (562) 570-2200
Fax: (562) 436-1579
Email: Michael.Mais@longbeach.gov

4

| | | |
|---|---|---|
| 1 | Dated: June 6, 2018 | BARBARA J. PARKER<br>City Attorney for the City of Oakland |

*/s/ Erin Bernstein*
MARIA BEE
Special Counsel
ERIN BERNSTEIN, SBN 231539
Supervising Deputy City Attorney
MALIA MCPHERSON
Attorney
City Hall, 6th Floor
1 Frank Ogawa Plaza
Oakland, California 94612
Telephone: (510) 238-3601
Fax: (510) 238-6500
Email: ebernstein@oaklandcityattorney.org

Dated: June 7, 2018

JOHN LUEBBERKE
City Attorney for the City of Stockton

*/s/ John Luebberke*
SBN 164893
425 N. El Dorado Street, 2nd Floor
Stockton, CA 95202
Telephone: (209) 937-8333
Fax: (209) 937-8898
Email: John.Luebberke@stocktonca.gov

SA2018100904
13111540.docx

## [PROPOSED] ORDER

The Court, having considered the Parties' Joint Request for Relief from Automatic Referral to ADR Multi-Option Program, hereby **GRANTS** the motion.

**IT IS SO ORDERED.**

Dated: _____

                                        HON. RICHARD SEEBORG
                                        United States District Judge

## CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **State of California, et al. v. Wilbur L. Ross, et al.** | No. | **3:18-cv-01865** |

I hereby certify that on June 7, 2018, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT REQUEST FOR RELIEF FROM AUTOMATIC REFERRAL TO ADR MULTI-OPTION PROGRAM; [PROPOSED ORDER]**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 7, 2018, at Sacramento, California.

| Eileen A. Ennis | /s/ Eileen A. Ennis |
|---|---|
| Declarant | Signature |

SA2018100904
13116283.docx