CHAD A. READLER
Acting Assistant Attorney General
BRETT A. SHUMATE
Deputy Assistant Attorney General
JOHN R. GRIFFITHS
Director, Federal Programs Branch
CARLOTTA P. WELLS
Assistant Branch Director
STEPHEN EHRLICH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Phone: (202) 305-9803
stephen.ehrlich@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Civil Action No. 3:18-cv-01865-RS |
| Plaintiffs, | |
| v. | **NOTICE OF FILING ADMINISTRATIVE RECORD** |
| WILBUR L. ROSS, JR., in his official capacity as United States Secretary of Commerce, *et al.*, | |
| Defendants. | |

Defendants, through undersigned counsel, hereby give notice that, in conjunction with the present document, they file the attached Certification of the Administrative Record, Administrative Record Index, and Administrative Record in this case.

| | |
|---|---|
| Dated: June 8, 2018 | Respectfully submitted,<br><br>CHAD A. READLER<br>Acting Assistant Attorney General<br><br>BRETT A. SHUMATE<br>Deputy Assistant Attorney General<br><br>JOHN R. GRIFFITHS<br>Director, Federal Programs Branch<br><br>CARLOTTA WELLS<br>Assistant Director, Civil Division<br><br>*/s/ Stephen Ehrlich*<br>STEPHEN EHRLICH<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, DC  20044<br>Phone: (202) 305-9803<br>stephen.ehrlich@usdoj.gov<br><br>*Attorneys for Defendants* |