| Topic Area | Bates # | Date | Document Title |
|---|---|---|---|
| 1- BACKGROUND DOCS | 1 | | 1- Background Docs 2000 Census AdvertisementBates |
| | 2 | | 1- Background Docs 2000 Census Long FormBates |
| | 42 | | 1- Background Docs 2000 Census Short FormBates |
| | 48 | | 1- Background Docs 2010 Census FormBates |
| | 54 | 11/16/2012 | 1- Background Docs 2010 Census Match Study 11.16.12Bates |
| | 149 | | 1- Background Docs 2018 Census Test FormBates |
| | 153 | 12/21/2017 | 1- Background Docs 2020 Census LCCE Exec Summary 20171221 Clean with Approvals PageBates |
| | 194 | | 1- Background Docs 201703 Subjects Planned for the 2020 Census and ACS |
| | 271 | 4/14/1988 | 1- Background Docs 19880414 DOJ Response Miller |
| | 277 | 9/22/1989 | 1- Background Docs 19890922 DOJ Response Bingaman |
| | 278 | 6/25/2014 | 1- Background Docs 20140625 DOJ_GC_ACS Letter 6.25.14 |
| | 284 | 7/2/2014 | 1- Background Docs 20140702 NIH How Well Does the ACS Count Naturalized Citizens |
| | 311 | 11/4/2016 | 1-Background Docs 20161104 DOJ Ltr to Census Director Thompson re Use of ACS 11.4.16Bates |
| | 317 | 8/7/2017 | 1- Background Docs 20170807 Census Updates |
| | 326 | 12/18/2017 | 1- Background Docs 20171218 Admin Records Briefing for Secretary Ross_12_18_17_DDBBates |
| | 336 | 1/18/2018 | 1- Background Docs 20180118 Secretary Ross Briefing 2020 Census Update 2018.01.18 FINALBates |
| | 380 | 2/26/2018 | 1- Background Docs 20180226 Secretary Ross Briefing 2020 Census Update 2018.02.26 Final PresentationBates |
| | 413 | 3/5/2018 | 1- Background Docs 20180305 Question Submission ESA 3-5-18Bates |
| | 435 | 3/6/2018 | 1- Background Docs 20180306 Question Submission DOC 3-6-18Bates |
| | 456 | 3/24/2018 | 1- Background Docs 20180323 20180324-Answer re 2010 short form and ACS [3.23.18]Bates |

| | | | |
|---|---|---|---|
| | 457 | 3/23/2018 | 1- Background Docs 20180323 ACS 2016 Breakoff Rates by Race Group for internet [3.23.18]Bates |
| | 467 | 3/23/2018 | 1- Background Docs 20180323 ACS Item Allocation Rates_2016, 2013, 2010 [3.23.18]Bates |
| | 481 | 3/23/2018 | 1- Background Docs 20180323 Percent of ACS response rates by mode 2010-2017 [3.23.18]Bates |
| | 482 | 3/23/2018 | 1- Background Docs 20180323 Response rates for ACS 2000-2016 [3.23.18]Bates |
| | 485 | | 1- Background Docs ACS 2000Bates |
| | 509 | | 1- Background Docs ACS 2010Bates |
| | 523 | | 1- Background Docs Background Docs ACS Why We Ask PlaceofBirth_Citizenship_YearofEntryBates |
| | 524 | 3/19/2018 | 1- Background Docs Background Docs Administrative Data Inventory - Census BureauBates |
| | 526 | | 1- Background Docs Background Docs Brief of Former Directors of the U.S. Census Bureau as Amici Curiae (Evenwel v Abbott)Bates |
| | 540 | 9/24/2003 | 1- Background Docs Background Docs Census 2000 Content Reinterview Survey Accuracy of Data 9.24.2003Bates |
| | 548 | 1/30/2003 | 1- Background Docs Background Docs Census 2000 Mail Response Rates 1.30.03Bates |
| | 612 | | 1- Background Docs Background Docs CFR Adjustments of the 1990 Census for Overcounts and Undercounts Notice of Final DecisionBates |
| | 616 | | 1- Background Docs Background Docs Crosswalk from LCCE in Exec Summary to FY 19 Pres. BudgetBates |
| | 617 | | 1- Background Docs Background Docs Evenwel v Abbott, 136 S.Ct. 1120 (2016)Bates |
| | 641 | | 1- Background Docs Background Docs Historical Information_Questionnaires - CensusBates |

| | | | |
|---|---|---|---|
| | 642 | | 1- Background Docs Background Docs Historical Information_Questionnaires - Citizenship QuestionBates |
| | 644 | 12/6/2005 | 1- Background Docs Background Docs Kincannon, Charles Statement - Director, U.S. Census Bureau 12.6.05Bates |
| | 646 | | 1- Background Docs Background Docs Measuring America The Decennial Censuses From 1790 to 2000 (Issued April 2002)Bates |
| | 656 | 3/19/2018 | 1- Background Docs Background Docs MOU Status Update 3.19.18Bates |
| | 662 | | 1- Background Docs Background Docs Title 13 U.S.C. 213 False Statements, Certificates, and InformationBates |
| 2- DOJ COMMUNICATIONS | 663 | 12/12/2017 | 2- DOJ Communications 20171212 DOJ Citizenship Request to Jarmin 12.12.17Bates |
| 3- MEDIA | 666 | | 3- Media  - Tracker on DoJ Letter to USCB_3.23.2018Bates |
| | 734 | | 3- Media camarota, Steven [article]Bates |
| | 738 | | 3- Media Gupta, Vanita [RP article]Bates |
| | 742 | | 3- Media Gupta, Vanita [Testimony]Bates |
| | 750 | | 3- Media Vargas, Arturo [HP article]Bates |
| | 754 | | 3- Media Vargas, Arturo [NALEO research plan]Bates |
| | 759 | | 3- Media Vargas, Arturo [SJM op ed]Bates |
| 4- STAKEHOLDER COMMUNICATIONS | 763 | 7/14/2017 | 4- Stakeholder Communications 20170714 Email Kobach to RossBates |
| | 765 | 1/3/2018 | 4- Stakeholder Communications 20180103 Email G Lasher to R Jarmin LBates |
| | 766 | 1/3/2018 | 4- Stakeholder Communications 20180103 Email G Lasher to R Jarmin Response 1-4Bates |
| | 767 | 1/4/2018 | 4- Stakeholder Communications 20180104 Letter D Carpenter to R JarminBates |
| | 768 | 1/4/2018 | 4- Stakeholder Communications 20180104 Letter Serrano Meng to Sec Ross LBates |
| | 770 | 1/4/2018 | 4- Stakeholder Communications 20180104 Letter Serrano Meng to Sec Ross Responses 2-22Bates |
| | 772 | 1/4/2018 | 4- Stakeholder Communications 20180104 Letter to D Carpenter to R Jarmin Response 2-20Bates |

| | | | |
|---|---|---|---|
| | 773 | 1/4/2018 | 4- Stakeholder Communications 20180104 Letter V Gupta to Sec Ross LBates |
| | 777 | 1/4/2018 | 4- Stakeholder Communications 20180104 Letter V Gupta to Sec Ross Response 3-13Bates |
| | 778 | 1/5/2018 | 3- Stakeholder Communications 20170105 Email Vargas to Dep SecBates |
| | 780 | 1/5/2018 | 4- Stakeholder Communications 20180105 Letter D Feinstein et al to Sec Ross LBates |
| | 782 | 1/5/2018 | 4- Stakeholder Communications 20180105 Letter D Feinstein et al to Sec Ross Responses 1-31Bates |
| | 787 | 1/5/2018 | 4- Stakeholder Communications 20180105 Letter E Bonilla-Silva to Sec Ross LBates |
| | 788 | 1/5/2018 | 4- Stakeholder Communications 20180105 Letter E Bonilla-Silva to Sec Ross Response 2-22Bates |
| | 789 | 1/5/2018 | 4- Stakeholder Communications 20180105 Letter J Paradis to R JarminBates |
| | 790 | 1/7/2018 | 4- Stakeholder Communications 20180107 Letter P Collier-Kerr to Sec RossBates |
| | 793 | 1/8/2018 | 4- Stakeholder Communications Email 20180108 M Thompson (E Helling) to CensusBates |
| | 794 | 1/9/2018 | 4- Stakeholder Communications Email 20180109 B Anderson to Sec RossBates |
| | 797 | 1/9/2018 | 4- Stakeholder Communications 20180109 Letter V Gonzalez to J SessionsBates |
| | 798 | 1/10/2018 | 4- Stakeholder Communications 20180110 Letter LCCHR to Sec Ross LBates |
| | 804 | 1/10/2018 | 4- Stakeholder Communications 20180110 Letter LCCHR to Sec Ross Response 2-22Bates |
| | 806 | 1/11/2018 | 4- Stakeholder Communications 20180111 Letter Michigan NPA to Sec Ross LBates |
| | 808 | 1/11/2018 | 4- Stakeholder Communications 20180111 Letter Michigan NPA to Sec Ross Responses 2-22Bates |
| | 811 | 1/11/2018 | 4- Stakeholder Communications 20180111 Letter Shaheen McCaskill to Sec Ross LBates |
| | 813 | 1/11/2018 | 4- Stakeholder Communications 20180111 Letter Shaheen McCaskill to Sec Ross Responses 2-22Bates |
| | 815 | 1/12/2018 | 4- Stakeholder Communications 20180112 Letter E Effinger-Weintraub to Sec RossBates |
| | 816 | 1/16/2018 | 4- Stakeholder Communications 20180116 Letter CHAC to Sec Ross Responses 2-22Bates |

| | | | |
|---|---|---|---|
| | 819 | 1/16/2018 | 4- Stakeholder Communications 20180116 Letter CHAC to Sec RossBates |
| | 838 | 1/16/2018 | 4- Stakeholder Communications 20180116 Letter J Manchin to Sec RossBates |
| | 840 | 1/17/2018 | 4- Stakeholder Communications 20180117 Letter P Jayapal et al to Sec Ross LBates |
| | 847 | 1/17/2018 | 4- Stakeholder Communications 20180117 Letter P Jayapal et al to Sec Ross Responses 2-22Bates |
| | 908 | 1/18/2018 | 4- Stakeholder Communications 20180118 Letter C Maloney et al to Sec Ross LBates |
| | 920 | 1/18/2018 | 4- Stakeholder Communications 20180118 Letter C Maloney et al to Sec Ross Responses 2-26Bates |
| | 1045 | 1/19/2018 | 4- Stakeholder Communications 20180119 Letter S Kuehl et al to Sec Ross LBates |
| | 1047 | 1/19/2018 | 4- Stakeholder Communications 20180119 Letter S Kuehl et al to Sec Ross Responses 2-22Bates |
| | 1052 | 1/23/2018 | 4- Stakeholder Communications 20180123 Letter PAA to Sec Ross LBates |
| | 1055 | 1/23/2018 | 4- Stakeholder Communications 20180123 Letter PAA to Sec Ross Responses 2-23Bates |
| | 1057 | 1/26/2018 | 4- Stakeholder Communications 20180126 Letter Former Dirs to Sec RossBates |
| | 1059 | 1/26/2018 | 4- Stakeholder Communications 20180126 Letter G Bennett to Sec RossBates |
| | 1061 | 1/29/2018 | 4- Stakeholder Communications 20180129 Letter R Beschel to Pres TrumpBates |
| | 1064 | 1/29/2018 | 4- Stakeholder Communications 20180129 Letter T Cochran to Sec RossBates |
| | 1067 | 1/30/2018 | 4- Stakeholder Communications 20180130 Letter L Alejo to Sec Ross LBates |
| | 1069 | 1/30/2018 | 4- Stakeholder Communications 20180130 Letter L Alejo to Sec Ross Responses 3-1Bates |
| | 1070 | 2/6/2018 | 4- Stakeholder Communications Email 20180206 B Comstock (AGB) to T EdwardsBates |
| | 1073 | 2/6/2018 | 4- Stakeholder Communications 20180206 Letter Conf of Mayors to Sec RossBates |
| | 1079 | 2/8/2018 | 4- Stakeholder Communications 20180208 Letter J Landry to Sec Ross LBates |
| | 1081 | 2/8/2018 | 4- Stakeholder Communications 20180208 Letter J Landry to Sec Ross Response 3-19Bates |

| | | | |
|---|---|---|---|
| | 1082 | 2/8/2018 | 4- Stakeholder Communications 20180208 Letter Natl League Cities to Sec Ross LBates |
| | 1085 | 2/8/2018 | 4- Stakeholder Communications 20180208 Letter Natl League Cities to Sec Ross Response 3-6Bates |
| | 1086 | 2/9/2018 | 4- Stakeholder Communications 20180209 Letter J Reed to A Lang ABates |
| | 1088 | 2/9/2018 | 4- Stakeholder Communications 20180209 Letter J Reed to A Lang Jarmin Response 2-28Bates |
| | 1089 | 2/12/2018 | 4- Stakeholder Communications 20180212 Letter R Jarmin to M ThompsonBates |
| | 1090 | 2/12/2018 | 4- Stakeholder Communications 20180212 Letter State AGs to Sec Ross LBates |
| | 1102 | 2/12/2018 | 4- Stakeholder Communications 20180212 Letter State AGs to Sec Ross Responses 3-13Bates |
| | 1122 | 2/15/2018 | 4- Stakeholder Communications Email 20180215 M Fidel (ADL) to Sec RossBates |
| | 1124 | 2/15/2018 | 4- Stakeholder Communications Email 20180215 Tester (J Henry) to Philadelphia Reg OfficeBates |
| | 1125 | 2/15/2018 | 4- Stakeholder Communications 20180215 Letter Const Acc Ctr to Sec Ross LBates |
| | 1128 | 2/15/2018 | 4- Stakeholder Communications 20180215 Letter Const Acc Ctr to Sec Ross Responses 3-12Bates |
| | 1129 | 2/16/2018 | 4- Stakeholder Communications 20180216 Letter S King to Sec Ross LBates |
| | 1131 | 2/16/2018 | 4- Stakeholder Communications 20180216 Letter S King to Sec Ross Response 3-12Bates |
| | 1141 | 2/18/2018 | 4- Stakeholder Communications 20180218 Letter K Kobach to Sec Ross LBates |
| | 1143 | 2/18/2018 | 4- Stakeholder Communications 20180218 Letter K Kobach to Sec Ross Response 3-23Bates |
| | 1144 | 2/20/2018 | 4- Stakeholder Communications 20180220 Letter S Choi (NYIC) to Sec Ross LBates |
| | 1149 | 2/20/2018 | 4- Stakeholder Communications 20180220 Letter S Choi (NYIC) to Sec Ross Response 3-23Bates |
| | 1150 | 2/22/2018 | 4- Stakeholder Communications 20180222 Letter APA VOICE to Sec Ross LBates |
| | 1152 | 2/22/2018 | 4- Stakeholder Communications 20180222 Letter APA VOICE to Sec Ross Response 3-23Bates |
| | 1153 | 2/23/2018 | 4- Stakeholder Communications 20180223 Letter C Lawson to Sec Ross LBates |

| | | | |
|---|---|---|---|
| | 1154 | 2/23/2018 | 4- Stakeholder Communications 20180223 Letter C Lawson to Sec Ross Response 3-19Bates |
| | 1155 | 2/23/2018 | 4- Stakeholder Communications 20180223 Letter J Mateer to R Jarmin LBates |
| | 1158 | 2/23/2018 | 4- Stakeholder Communications 20180223 Letter J Mateer to R Jarmin Response 3-15Bates |
| | 1159 | 2/23/2018 | 4- Stakeholder Communications 20180223 Letter M Warner (WV) to Sec Ross LBates |
| | 1160 | 2/23/2018 | 4- Stakeholder Communications 20180223 Letter M Warner (WV) to Sec Ross Response 3-23Bates |
| | 1161 | 2/23/2018 | 4- Stakeholder Communications 20180223 Letter S Marshall to Sec Ross LBates |
| | 1163 | 2/23/2018 | 4- Stakeholder Communications 20180223 Letter S Marshall to Sec Ross Reponse 3-23Bates |
| | 1164 | 2/27/2018 | 4- Stakeholder Communications 20180227 Letter B Goodlatte to Sec Ross LBates |
| | 1165 | 2/27/2018 | 4- Stakeholder Communications 20180227 Letter B Goodlatte to Sec Ross Response 3-23Bates |
| | 1166 | 2/27/2018 | 4- Stakeholder Communications 20180227 Letter J Williams to R JarminBates |
| | 1176 | 2/27/2018 | 4- Stakeholder Communications 20180227 Letter R Jarmin to B ComstockBates |
| | 1178 | 2/27/2018 | 4- Stakeholder Communications 20180227 Letter T Cotton et al to Sec Ross LBates |
| | 1180 | 2/27/2018 | 4- Stakeholder Communications 20180227 Letter T Cotton et al to Sec Ross Response 3-19Bates |
| | 1183 | 2/27/2018 | 4- Stakeholder Communications 20180227 Letters Sec Ross to CSAC MembersBates |
| | 1193 | 2/28/2018 | 4- Stakeholder Communications 20180228 Letter R Jarmin to Sen TesterBates |
| | 1194 | 2/28/2018 | 4- Stakeholder Communications 20180228 Schatz, Brian Post-Call SummaryBates |
| | 1195 | 3/2/2018 | 4- Stakeholder Communications 20180302 Letter N Zauderer to Sec Ross LBates |
| | 1197 | 3/2/2018 | 4- Stakeholder Communications 20180302 Letter N Zauderer to Sec Ross Response 3-23Bates |
| | 1198 | 3/12/2018 | 4- Stakeholder Communications 20180312 Carper, Tom Post-Call SummaryBates |
| | 1199 | 3/12/2018 | 4- Stakeholder Communications 20180312 Cotton, Tom Post-Call SummaryBates |

| | | | |
|---|---|---|---|
| | 1200 | 3/12/2018 | 4- Stakeholder Communications 20180312 Cruz, Ted Post-Call SummaryBates |
| | 1201 | 3/12/2018 | 4- Stakeholder Communications 20180312 Hood, Jim Post-Call SummaryBates |
| | 1202 | 3/12/2018 | 4- Stakeholder Communications 20180312 Johnson, Ron Post-Call SummaryBates |
| | 1203 | 3/12/2018 | 4- Stakeholder Communications 20180312 Landry, Jeff Post-Call SummaryBates |
| | 1204 | 3/12/2018 | 4- Stakeholder Communications 20180312 Maloney, Carolyn Post-Call SummaryBates |
| | 1205 | 3/12/2018 | 4- Stakeholder Communications 20180312 Miller, Tom Post-Call SummaryBates |
| | 1206 | 3/13/2018 | 4- Stakeholder Communications 20180313 Camarota, Steven Post-Call SummaryBates |
| | 1207 | 3/13/2018 | 4- Stakeholder Communications 20180313 Gupta, Vanita Post-Call SummaryBates |
| | 1208 | 3/13/2018 | 4- Stakeholder Communications 20180313 Howard, Jerry Post-Call SummaryBates |
| | 1209 | 3/13/2018 | 4- Stakeholder Communications 20180313 Kitague, Ditas Post-Call SummaryBates |
| | 1210 | 3/13/2018 | 4- Stakeholder Communications 20180313 Letter M Hunter et al to Sec RossBates |
| | 1213 | 3/13/2018 | 4- Stakeholder Communications 20180313 Vargas, Arturo Post-Call SummaryBates |
| | 1214 | 3/15/2018 | 4- Stakeholder Communications 20180315 Chapman, Bruce Post-Call SummaryBates |
| | 1215 | 3/15/2018 | 4- Stakeholder Communications 20180315 Connolly, Gerald Post-Call SummaryBates |
| | 1217 | 3/15/2018 | 3- Stakeholder Communications 20180315 Letter P Kirsanow to R Jarmin LBates |
| | 1220 | 3/15/2018 | 3- Stakeholder Communications 20180315 Letter P Kirsanow to R Jarmin Response 3-20Bates |
| | 1221 | 3/19/2018 | 4- Stakeholder Communications 20180315 Murdock, Steven Post-Call SummaryBates |
| | 1222 | 3/20/2018 | 4- Stakeholder Communications 20180319 Letter J Garcel (LCF) to Sec RossBates |
| | 1223 | 3/20/2018 | 4- Stakeholder Communications 20180320 Letter G Meng et al to Sec Ross LBates |
| | 1224 | 3/21/2018 | 4- Stakeholder Communications 20180320 Letter G Meng et al to Sec Ross Response 3-23Bates |

| | | | |
|---|---|---|---|
| | 1227 | 3/21/2018 | 4- Stakeholder Communications 20180321 Letter A Torres et al to Sec Ross LBates |
| | 1237 | 3/21/2018 | 4- Stakeholder Communications 20180321 Letter A Torres et al to Sec Ross Response G Bass 3-23Bates |
| | 1238 | 3/21/2018 | 4- Stakeholder Communications 20180321 Letter B Kyle to Sec RossBates |
| | 1239 | 3/21/2018 | 4- Stakeholder Communications 20180321 Letter C Gore et al to Sec Ross LBates |
| | 1242 | 3/21/2018 | 4- Stakeholder Communications 20180321 Letter C Gore et al to Sec Ross Responses 3-23Bates |
| | 1245 | 3/21/2018 | 4- Stakeholder Communications 20180321 Letter D Quart to Sec RossBates |
| | 1246 | 3/21/2018 | 4- Stakeholder Communications 20180321 Letter H Weinstein to Sec RossBates |
| | 1247 | 3/22/2018 | 4- Stakeholder Communications 20180321 Letter K Jean-Pierre to Sec RossBates |
| | 1248 | 3/22/2018 | 4- Stakeholder Communications 20180322 Letter Const Acc Ctr to Sec RossBates |
| | 1250 | 3/22/2018 | 4- Stakeholder Communications 20180322 Letter J Haila to Sec RossBates |
| | 1251 | 3/22/2018 | 4- Stakeholder Communications 20180322 Letter J Hamilton to Sec RossBates |
| | 1252 | 3/22/2018 | 4- Stakeholder Communications 20180322 Letter Ready Nation to Sec Ross LBates |
| | 1255 | 3/22/2018 | 4- Stakeholder Communications 20180322 Letter Ready Nation to Sec Ross Responses 3-23Bates |
| | 1256 | 3/23/2018 | 4- Stakeholder Communications 20180323 Cummings, Elijah Post-Call SummaryBates |
| | 1257 | 3/23/2018 | 4- Stakeholder Communications 20180323 Groves, Robert Post-Call SummaryBates |
| | 1259 | 3/23/2018 | 4- Stakeholder Communications 20180323 Habermann, Hermann Post-Call SummaryBates |
| | 1261 | 3/23/2018 | 4- Stakeholder Communications 20180323 James, Kay Cole Post-Call SummaryBates |
| | 1262 | 3/23/2018 | 4- Stakeholder Communications 20180323 Letter A Simotas to Sec RossBates |
| | 1263 | 3/23/2018 | 4- Stakeholder Communications 20180323 Letter C Layne to Sec RossBates |
| | 1264 | 3/23/2018 | 4- Stakeholder Communications 20180323 Letter D Glick to Sec RossBates |

| | | | |
|---|---|---|---|
| | 1265 | 3/23/2018 | 4- Stakeholder Communications 20180323 Letter D Weprin to Sec RossBates |
| | 1266 | 3/23/2018 | 4- Stakeholder Communications 20180323 Letter J Lentol to Sec RossBates |
| | 1267 | 3/23/2018 | 4- Stakeholder Communications 20180323 Letter P Abbate to Sec RossBates |
| | 1268 | 3/23/2018 | 4- Stakeholder Communications 20180323 Letter P Hunter to Sec RossBates |
| | 1269 | 3/23/2018 | 4- Stakeholder Communications 20180323 Letter S Aftergood et al to Sec RossBates |
| | 1272 | 3/23/2018 | 4- Stakeholder Communications 20180323 Letter S Aftergood et al to Sec Ross Response 3-23Bates |
| | 1273 | 3/23/2018 | 4- Stakeholder Communications 20180323 Letter Sec Ross to M Nathan (ADL)Bates |
| | 1274 | 3/23/2018 | 4- Stakeholder Communications 20180323 Pelosi, Nancy Post-Call SummaryBates |
| | 1276 | 12/12/2017 | 4- Stakeholder Communications 20180323 Pierce, Christine Post-Call SummaryBates |
| 5- CENSUS COMMUNICATIONS | 1277 | 1/18/2018 | 5- Census Communications 20180119 Census Technical Review of DOJ Request 1.18.18Bates |
| | 1286 | 2/6/2018 | 5- Census Communications 20180206 Citizenship Question_Questions on the 19 Jan Memo 01312018_Responses from Census_02-06-2018-FINALBates |
| | 1298 | 2/6/2018 | 5- Census Communications 20180206 Attachment - Citizenship Questions_ACS Item Allocation Rates_2016, 2013, 2010Bates |
| | 1304 | 2/15/2018 | 5- Census Communications 20180215 Census Alt C vs Alt D Summary 2.15.18Bates |

| | | | |
|---|---|---|---|
| | 1308 | 3/1/2018 | 5- Census Communications 20180301 Census Review Alternative D 2.15.18Bates |
| 6- DECISION MEMO | 1313 | 3/26/2018 | 6- Decision Memo 20180326 2020 Census Decision Memo 2018-03-26_2Bates |