1   XAVIER BECERRA
    Attorney General of California
2   MARK R. BECKINGTON
    Supervising Deputy Attorney General
3   GABRIELLE D. BOUTIN
    R. MATTHEW WISE
4   Deputy Attorneys General
    State Bar No. 267308
5     1300 I Street, Suite 125
      P.O. Box 944255
6     Sacramento, CA 94244-2550
      Telephone: (916) 210-6046
7     Fax: (916) 324-8835
      E-mail: Matthew.Wise@doj.ca.gov
8   *Attorneys for Plaintiff State of California, by and*
    *through Attorney General Xavier Becerra*
9

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14
    | | |
    |---|---|
15  | **STATE OF CALIFORNIA, BY AND THROUGH ATTORNEY GENERAL XAVIER BECERRA; COUNTY OF LOS ANGELES; CITY OF LOS ANGELES; CITY OF FREMONT; CITY OF LONG BEACH; CITY OF OAKLAND; CITY OF STOCKTON,** | Case No. 3:18-cv-01865-RS |
16  | | **JOINT REQUEST FOR RELIEF FROM AUTOMATIC REFERRAL TO ADR MULTI-OPTION PROGRAM;** |
17  | | ~~**[PROPOSED**~~ **ORDER]** |
18  | | |
    | Plaintiffs, | Dept:       3 |
19  | | Judge:      The Honorable Richard G. |
    | v. | Seeborg |
20  | | |
    | | Trial Date:  None Set |
21  | **WILBUR L. ROSS, JR.,** in his official | Action Filed: March 26, 2018 |
22  | capacity as Secretary of the U.S. Department of Commerce; **U.S. DEPARTMENT OF COMMERCE; RON** | |
23  | **JARMIN,** in his official capacity as Acting Director of the U.S. Census Bureau; **U.S.** | |
24  | **CENSUS BUREAU; DOES 1-100,** | |
25  | Defendants. | |
26

27

28

                                    1

1    On behalf of Plaintiffs State of California, by and through Attorney General Xavier

2    Becerra, County of Los Angeles, City of Los Angeles, City of Fremont, City of Long Beach, City

3    of Oakland, and City of Stockton (collectively, "Plaintiffs") and Defendants Wilbur Ross, U.S.

4    Department of Commerce, Ron Jarmin, and U.S. Census Bureau (collectively, "Defendants," and

5    together with Plaintiffs, "the Parties"), each of the undersigned certifies that he or she has read

6    either the handbook entitled "Dispute Resolution Procedures in the Northern District of

7    California," or the specified portions of the ADR website, www.cand.uscourts.gov/adr,

8    considered the available dispute resolution options provided by the Court and private entities, and

9    discussed whether this case might benefit from the available dispute resolution options.

10    The parties agree that referral to a formal ADR process is unlikely to be beneficial given the

11    nature of the case.  Thus, it appears at this time that ADR is unlikely to aid in the resolution of

12    this case and may unnecessarily consume the Court's time and resources.

13    Accordingly, under ADR L.R. 3-3(c), the parties hereby stipulate and jointly request that

14    the case be removed from the ADR Multi-Option Program and that they be excused from

15    participating in the ADR phone conference and any further formal ADR process.  If any party

16    subsequently determines that submission to the formal ADR process would be beneficial to the

17    efficient resolution of this matter, that party may request placement in one of the Court's ADR

18    programs at that time.

19

20

21

22

23

24

25

26

27

28

1    Dated:  June 6, 2018                          Respectfully Submitted,

2                                                  XAVIER BECERRA
                                                   Attorney General of California
3                                                  MARK R. BECKINGTON
                                                   Supervising Deputy Attorney General
4                                                  GABRIELLE D. BOUTIN
                                                   Deputy Attorney General

5

6                                                  /s/   R. Matthew Wise
                                                   R. MATTHEW WISE
7                                                  Deputy Attorney General
                                                   *Attorneys for Plaintiff State of California, by
8                                                  and through Attorney General Xavier
                                                   Becerra*

9

10
     Dated:  June 6, 2018                          CHAD A. READLER
11                                                 Acting Assistant Attorney General

12                                                 BRETT A. SHUMATE
                                                   Deputy Assistant Attorney General
13
                                                   CARLOTTA P. WELLS
14                                                 Assistant Branch Director

15                                                 /s/   Stephen Ehrlich
                                                   KATE BAILEY
16                                                 STEPHEN EHRLICH
                                                   CAROL FEDERIGHI
17                                                 Trial Attorneys
                                                   United States Department of Justice
18                                                 Civil Division, Federal Programs Branch
                                                   20 Massachusetts Avenue NW
19                                                 Washington, DC 20530
                                                   Phone: (202) 305-9803
20                                                 Email: stephen.ehrlich@usdoj.gov

21                                                 *Attorneys for Defendants*

22

23

24

25

26

27

28

                                              3

Joint Request for Relief from Automatic Referral to ADR Multi-Option Program (3:18-cv-01865)

| | | |
|---|---|---|
| 1 | Dated:  June 6, 2018 | */s/ Margaret L. Carter* |
| 2 | | MARGARET L. CARTER, SBN 220637 |
| | | DANIEL R. SUVOR |
| 3 | | O'MELVENY & MYERS LLP |
| | | 400 S. Hope Street |
| 4 | | Los Angeles, CA 90071 |
| | | Telephone: (213) 430-8000 |
| 5 | | Fax: (213) 430-6407 |
| | | Email: dsuvor@omm.com |
| 6 | | *Attorneys for Plaintiff County of Los Angeles* |
| 7 | | |
| | Dated:  June 6, 2018 | MIKE FEUER |
| 8 | | City Attorney for the City of Los Angeles |
| 9 | | */s/ Valerie Flores* |
| | | VALERIE FLORES, SBN 138572 |
| 10 | | Managing Senior Assistant City Attorney |
| | | 200 North Main Street, 7th Floor, MS 140 |
| 11 | | Los Angeles, CA  90012 |
| | | Telephone: (213) 978-8130 |
| 12 | | Fax: (213) 978-8222 |
| | | Email: Valerie.Flores@lacity.org |
| 13 | | |
| 14 | Dated:  June 6, 2018 | HARVEY LEVINE |
| | | City Attorney for the City of Fremont |
| 15 | | |
| | | */s/ Harvey Levine* |
| 16 | | SBN 61880 |
| | | 3300 Capitol Ave. |
| 17 | | Fremont, CA 94538 |
| | | Telephone: (510) 284-4030 |
| 18 | | Fax: (510) 284-4031 |
| | | Email: hlevine@fremont.gov |
| 19 | | |
| 20 | Dated:  June 6, 2018 | CHARLES PARKIN |
| | | City Attorney for the City of Long Beach |
| 21 | | |
| | | */s/ Michael J. Mais* |
| 22 | | MICHAEL K. MAIS, SBN 90444 |
| | | Assistant City Attorney |
| 23 | | 333 W. Ocean Blvd., 11th Floor |
| | | Long Beach CA, 90802 |
| 24 | | Telephone: (562) 570-2200 |
| | | Fax: (562) 436-1579 |
| 25 | | Email: Michael.Mais@longbeach.gov |
| 26 | | |
| 27 | | |
| 28 | | |

4

1   Dated:  June 6, 2018

BARBARA J. PARKER
City Attorney for the City of Oakland

2

3   /s/ Erin Bernstein
MARIA BEE
Special Counsel

4   ERIN BERNSTEIN, SBN 231539
Supervising Deputy City Attorney

5   MALIA MCPHERSON
Attorney

6   City Hall, 6th Floor
1 Frank Ogawa Plaza

7   Oakland, California 94612
Telephone: (510) 238-3601

8   Fax: (510) 238-6500
Email: ebernstein@oaklandcityattorney.org

9

10  Dated:  June 7, 2018

JOHN LUEBBERKE
City Attorney for the City of Stockton

11

12  /s/ John Luebberke
SBN 164893

13  425 N. El Dorado Street, 2nd Floor
Stockton, CA 95202

14  Telephone: (209) 937-8333
Fax: (209) 937-8898

15  Email: John.Luebberke@stocktonca.gov

16

17

18

19

20

21

22

23

24

25  SA2018100904
13111540.docx

26

27

28

5

1

## [PROPOSED] ORDER

2      The Court, having considered the Parties' Joint Request for Relief from Automatic

3 Referral to ADR Multi-Option Program, hereby **GRANTS** the motion.

4      **IT IS SO ORDERED.**

5

Dated:  6/11/18

6

HON. RICHARD SEEBORG
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6