UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR ROSS, et al., <br><br> Defendants. | Case No.18-cv-01865-RS |

**NOTICE REGARDING VIDEO RECORDING**

A request has been made to video record the June 28, 2018 Status Hearing in this case pursuant to General Order 65, Cameras in the Courtroom Pilot Project.

( )  All parties have consented to the video recording of the proceeding; unless otherwise ordered by the presiding judge, the proceeding will be video recorded as part of the Pilot Project.  See cand.uscourts.gov/cameras for more information.

**(X)**  At least one party has opposed the request to video record and/or the Court has denied the request; the proceeding will not be video recorded.

Dated: 6/11/2018                                  Susan Y. Soong, Clerk of Court

*Susan Y. Soong*
Signature of Clerk or Deputy Clerk