CHAD A. READLER
Acting Assistant Attorney General
CARLOTTA P. WELLS
Assistant Director
KATE BAILEY
STEPHEN EHRLICH
CAROL FEDERIGHI
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Tel.: (202) 514-9239
Email: kate.bailey@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>WILBUR L. ROSS, JR., *et al.*,<br><br>　　　　Defendants. | Civil Action No. 3:18-cv-01865-RS<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE AND EXCESS PAGES FOR DEFENDANTS' MOTION TO DISMISS; [PROPOSED] ORDER**<br><br>Dept:　　　　3<br>Judge:　　　Hon. Richard Seeborg<br>Trial Date:　None Set<br>Action Filed:　April 17, 2018 |

　　　　IT IS HEREBY STIPULATED by and between Plaintiffs State of California, County of Los Angeles, and the Cities of Los Angeles, Fremont, Long Beach, Oakland, and Stockton (collectively, "Plaintiffs") and Defendants Wilbur L. Ross, Jr., Secretary of Commerce, the U.S. Department of Commerce, Ron Jarmin, performing the nonexclusive functions and duties of Director, U.S. Census Bureau, and the U.S. Census Bureau (collectively, "Defendants"), as follows:

　　　　1.　　　As Defendants' response to the First Amended Complaint [Dkt. No. 12] in this matter, Defendants will file a motion to dismiss pursuant to Federal Rules of Civil Procedure

12(b)(1) and 12(b)(6) ("Motion") on June 21, 2018. Defendants will notice their Motion for August 9, 2018.

  2. Plaintiffs will file their opposition to Defendants' Motion on July 17, 2018.

  3. Defendants will file their reply in further support of their Motion on July 26, 2018.

  4. This case presents issues of constitutional law and statutory interpretation, and Defendants' Motion will present several substantial arguments that this case should be dismissed on threshold justiciability grounds. A modest page extension will permit the Parties to fully explain the pertinent historical background and legal issues presented in this matter. Accordingly, the Parties stipulate and hereby jointly ask the Court to grant 35 pages for Defendants' opening brief and Plaintiffs' opposition brief, and 15 pages for Defendants' reply brief.

**IT IS SO STIPULATED.**

Dated: June 18, 2018          Respectfully submitted,

                   CHAD A. READLER
                   Acting Assistant Attorney General

                   BRETT A. SHUMATE
                   Deputy Assistant Attorney General

                   JOHN R. GRIFFITHS
                   Director, Federal Programs Branch

                   CARLOTTA P. WELLS
                   Assistant Director

                   /s/ Kate Bailey
                   KATE BAILEY
                   STEPHEN EHRLICH
                   CAROL FEDERIGHI
                   Trial Attorneys
                   United States Department of Justice
                   Civil Division, Federal Programs Branch
                   20 Massachusetts Ave., NW
                   Washington, DC 20530
                   Tel.: (202) 514-9239
                   Email: kate.bailey@usdoj.gov

                   *Attorneys for Defendants*

2

STIPULATION REGARDING BRIEFING SCHEDULE AND EXCESS PAGES FOR DEFENDANTS' MOTION TO DISMISS; [PROPOSED] ORDER – No. 3:18-cv-01865-RS

| | |
|---|---|
| Dated:  June 18, 2018 | XAVIER BECERRA<br>Attorney General of California<br>MARK R. BECKINGTON<br>Supervising Deputy Attorney General<br><br>/*s/   Gabrielle D. Boutin*<br>GABRIELLE D. BOUTIN<br>R. MATTHEW WISE<br>Deputy Attorneys General<br>*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra* |
| Dated:  June 18, 2018 | */s/ Margaret L. Carter*_____<br>MARGARET L. CARTER, SBN 220637<br>DANIEL R. SUVOR<br>O'MELVENY & MYERS LLP<br>400 S. Hope Street<br>Los Angeles, CA 90071<br>Telephone: (213) 430-8000<br>Fax: (213) 430-6407<br>Email: dsuvor@omm.com<br>*Attorneys for Plaintiff County of Los Angeles* |
| Dated:  June 18, 2018 | MIKE FEUER<br>City Attorney for the City of Los Angeles<br><br>*/s/ Valerie Flores*_____<br>VALERIE FLORES, SBN 138572<br>Managing Senior Assistant City Attorney<br>200 North Main Street, 7th Floor, MS 140<br>Los Angeles, CA  90012<br>Telephone: (213) 978-8130<br>Fax: (213) 978-8222<br>Email: Valerie.Flores@lacity.org |

3

STIPULATION REGARDING BRIEFING SCHEDULE AND EXCESS PAGES FOR DEFENDANTS' MOTION TO DISMISS; [PROPOSED] ORDER – No. 3:18-cv-01865-RS

| | |
|---|---|
| Dated:  June 18, 2018 | HARVEY LEVINE<br>City Attorney for the City of Fremont<br><br>*/s/ Harvey Levine* _____<br>SBN 61880<br>3300 Capitol Ave.<br>Fremont, CA 94538<br>Telephone: (510) 284-4030<br>Fax: (510) 284-4031<br>Email: hlevine@fremont.gov |
| Dated:  June 18, 2018 | CHARLES PARKIN<br>City Attorney for the City of Long Beach<br><br>*/s/ Michael J. Mais* _____<br>MICHAEL K. MAIS, SBN 90444<br>Assistant City Attorney<br>333 W. Ocean Blvd., 11th Floor<br>Long Beach CA, 90802<br>Telephone: (562) 570-2200<br>Fax: (562) 436-1579<br>Email: Michael.Mais@longbeach.gov |
| Dated:  June 18, 2018 | BARBARA J. PARKER<br>City Attorney for the City of Oakland<br><br>*/s/ Erin Bernstein* _____<br>MARIA BEE<br>Special Counsel<br>ERIN BERNSTEIN, SBN 231539<br>Supervising Deputy City Attorney<br>MALIA MCPHERSON<br>Attorney<br>City Hall, 6th Floor<br>1 Frank Ogawa Plaza<br>Oakland, California 94612<br>Telephone: (510) 238-3601<br>Fax: (510) 238-6500<br>Email: ebernstein@oaklandcityattorney.org |
| Dated:  June 18, 2018 | JOHN LUEBBERKE<br>City Attorney for the City of Stockton<br><br>*/s/ John Luebberke* _____<br>SBN 164893<br>425 N. El Dorado Street, 2nd Floor<br>Stockton, CA 95202<br>Telephone: (209) 937-8333<br>Fax: (209) 937-8898<br>Email: John.Luebberke@stocktonca.gov |

4

STIPULATION REGARDING BRIEFING SCHEDULE AND EXCESS PAGES FOR DEFENDANTS' MOTION TO DISMISS; [PROPOSED] ORDER – No. 3:18-cv-01865-RS

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated: June 18, 2018                                    _s/ Kate Bailey_
                                                          Kate Bailey

5

STIPULATION REGARDING BRIEFING SCHEDULE AND EXCESS PAGES FOR DEFENDANTS' MOTION TO DISMISS; [PROPOSED] ORDER – No. 3:18-cv-01865-RS

**[PROPOSED] ORDER**

Based on the Parties' STIPULATION REGARDING BRIEFING SCHEDULE AND EXCESS PAGES FOR DEFENDANTS' MOTION TO DISMISS, the schedule and page limits for Defendants' Motion to Dismiss shall be as follows:

- Defendants shall file their motion to dismiss, with a memorandum of 35 pages or less, by June 21, 2018;
- Plaintiffs shall file their opposing memorandum of 35 pages or less, by July 17, 2018;
- Defendants shall file their reply memorandum of 15 pages or less, by July 26, 2018;
- Defendants shall notice the hearing on their Motion for August 9, 2018, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                            HON. RICHARD SEEBORG
                                            United States District Judge

6

STIPULATION REGARDING BRIEFING SCHEDULE AND EXCESS PAGES FOR DEFENDANTS' MOTION TO DISMISS; [PROPOSED] ORDER – No. 3:18-cv-01865-RS