R. Matthew Wise, Deputy Attorney General (SBN 238485)
**DEPARTEMENT OF JUSTICE**
**OFFICE OF THE ATTORNEY GENERAL**
1300 I Street, Suite 125, P.O. Box 944255
Sacramento, California 94244-2550
Telephone: (916) 210-6046
Facsimile:  (916) 324-8835

*Attorneys for Plaintiff State of California, by and Through Attorney General Xavier Becerra*

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SACRAMENTO

| | |
|---|---|
| STATE OF CALIFORNIA, BY AND THROUGH ATTORNEY GENERAL XAVIER BECERRA; COUNTY OF LOS ANGELES; CITY OF FREMONT; CITY OF LONG BEACH; CITY OF OAKLAND; CITY OF STOCKTON, <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, JR., IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF COMMERCE; U.S. DEPARTMENT OF COMMERCE; RON JARMIN, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF THE U.S. CENSUS BUREAU; U.S. CENSUS BUREAU; DOES 1-100 <br><br> Defendants. | Case No. 3:18-cv-01865 <br><br> **PROOF OF SERVICE** |

## PROOF OF SERVICE

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
COUNTY OF SACRAMENTO    )

I am employed in the County of Alameda, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is: 1000 Broadway Suite 340, Oakland, California 94102.

On May 10, 2018, I personally served the document(s) as described below:

SEE ATTACHED LIST OF DOCUMENTS

on the interested parties in this action by delivering a copy of said document(s) to the party listed below:

THE UNITED STATES ATTORNEY'S OFFICE
NORTHERN DISTRICT OF CALIFORNIA
Federal Courthouse
450 Golden Gate Avenue
San Francisco, California 94102

[ ]   (BY MAIL)  I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage fully prepaid at Oakland, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   (BY FACSIMILE) I caused such document to be delivered by facsimile transmission to the offices of the addressee.

[X]   **(BY PERSONAL DELIVERY)** I delivered such documents by hand to the offices of the addressee.

[X]   **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ]   (FEDERAL) I declare that I am employed by the offices of a member of this Court at whose direction the service was made.

Executed on May 10, 2018 at Oakland, California.

___GABRIEL SOFOLAWE___               _____
       PRINT NAME                              SIGNATURE

*The State of California, etc. v. Wilbur L. Ross, Jr. etc., et al.*                    *#1572136ES*
*Sacramento County Superior Court Civil Action No: CV 18-1865 RS*

<u>ATTACHED LIST OF DOCUMENTS</u>

<u>SUPERIOR COURT FOR THE STATE OF CALIFORNIA
FOR THE COUNTY OF SACRAMENTO</u>

<u>THE STATE OF CALIFORNIA, by and through Attorney General Xavier Becerra</u>
<u>v.</u>
<u>WILBUR L. ROSS, JR., Secretary of the U.S. Department of Commerce, et al.</u>

<u>Case No: 3:18-cv-01865</u>

1. SUMMONS IN A CIVIL ACTION;

2. COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF;

3. FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF;

4. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV 18-1865 RS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* WILBUR L. ROSS, JR., Secretary of the U.S. Department of Commerce
was received by me on *(date)* 04/11/2018.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Omar Chaudhari, Mail Clerk , who is designated by law to accept service of process on behalf of *(name of organization)* Wilbur L. Ross, Jr., Secretary of the U.S. Department of Commerce, etc. on *(date)* 04/12/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/16/2018

*Server's signature*

KEVIN LOCKE, not a Registered California Process Server
*Printed name and title*

Ace Attorney Service, Inc.
107 South West Street, Suite 417, Alexandria, Virginia 22314 (Mailing Address)
5002 Sharon Road
Temple Hills, Maryland 20748
*Server's address*

Additional information regarding attempted service, etc:
In addition to the Subpoena, the following documents were also served: Complaint for Declaratory and Injunctive Relief, Civil Cover Sheet, Attachment to Civil Cover Sheet, Order Setting Initial Case Management Conference and ADR Deadlines, Notice of Eligibility for Video Recording.

*The State of California, etc. v. Wilbur L. Ross, Jr., etc.*   #1561576ES

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV 18-1865 RS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* RON JARMIN, performing the non-exclusive functions and duties of the director of the U.S. Census Bureau

was received by me on *(date)* 04/11/2018.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Debbie Heiner, Paralegal, who is designated by law to accept service of process on behalf of *(name of organization)* U.S. Census Bureau, at 400 Silver Hill Road, Suitland, Maryland at 2:00 p.m. (EDT) on *(date)* 04/17/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 04/18/2018

*Mark Hagood* (signature)
Server's signature

Mark Hagood, not a Registered California Process Server
Printed name and title

Ace Attorney Service, Inc.
107 South West Street, Suite 417, Alexandria, Virginia 22314 (Mailing Address)
5002 Sharon Road
Temple Hills, Maryland 20748
Server's address

Additional information regarding attempted service, etc:
In addition to the Summons, the following documents were also served: Complaint for Declaratory and Injunctive Relief and Order Setting Initial Case Management Conference and ADR Deadlines

*The State of California, etc. v. Wilbur L. Ross, Jr., etc.*                                    #1561585ES

## DECLARATION OF SERVICE BY CERTIFIED MAIL

Case Name:   **State of California, et al v. Wilbur L. Ross, Jr., et al**

No.:   **3:18-CV-01865**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On May 10, 2018, I served the attached:

1. Summons;
2. Complaint for Declaratory and Injunctive Relief;
3. Order Setting Initial Case Management Conference and ADR Deadlines;
4. First Amended Complaint for Declaratory and Injunctive Relief

by placing a true copy thereof enclosed in a sealed envelope as certified mail and return receipt requested, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Kate Bailey
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

I declare under penalty of perjury under the law of the State of California the foregoing is true and correct and that this declaration was executed on May 10, 2018, at Sacramento, California.

| Tracie L. Campbell | *[signature]* |
|---|---|
| Declarant | Signature |

SA2018100904
13095343.docx

# Ship Request Form

**Ship Request #:** 049904



| Sender | | Recipient | |
|---|---|---|---|
| **Name:** | Tracie Campbell | **Attn To:** | Kate Bailey |
| **Account #:** | | **Company:** | U.S. Department of Justice |
| **Phone:** | 916-323-7964 | **Address:** | 950 Pennsylvania Avenue, NW |
| **Email:** | Tracie.Campbell@doj.ca.gov | | |
| **Mail Stop:** | | **City:** | Washington |
| **Building** | | **State:** | DC |
| **Floor:** | | **Zip:** | 20530 |
| **Department:** | | **Country:** | US |

**Shipping Instructions**

John Killeen/Tracie Campbell
Certified Mail
12101 120 SA2018101006

**ERR #:**   9200190160882500047385

## Items

| Units | Description | Code | Origin | Unit Value | Total Value |
|---|---|---|---|---|---|


AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV 18-1865 RS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. DEPARTMENT OF COMMERCE
was received by me on *(date)* 04/11/2018.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Omar Chaudhari, Mail Clerk, who is designated by law to accept service of process on behalf of *(name of organization)* Wilbur L. Ross, Jr., Secretary of the U.S. Department of Commerce, etc. on *(date)* 04/12/2018; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 04/16/2018

*Server's signature*

KEVIN LOCKE, not a Registered California Process Server
*Printed name and title*

Ace Attorney Service, Inc.
107 South West Street, Suite 417, Alexandria, Virginia 22314 (Mailing Address)
5002 Sharon Road
Temple Hills, Maryland 20748
*Server's address*

Additional information regarding attempted service, etc:
In addition to the Subpoena, the following documents were also served: Complaint for Declaratory and Injunctive Relief, Civil Cover Sheet, Attachment to Civil Cover Sheet, Order Setting Initial Case Management Conference and ADR Deadlines, Notice of Eligibility for Video Recording.

*The State of California, etc. v. Wilbur L. Ross, Jr., etc.* #1561584ES

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV 18-1865 RS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __U.S. CENSUS BUREAU__

was received by me on *(date)* __04/11/2018__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Debbie Heiner, Paralegal__, who is designated by law to accept service of process on behalf of *(name of organization)* __U.S. Census Bureau, at 400 Silver Hill Road, Suitland, Maryland at 2:00 p.m. (EDT)__ on *(date)* __04/17/2018__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __04/18/2018__

*Server's signature*

__Mark Hagood, not a Registered California Process Server__
*Printed name and title*

Ace Attorney Service, Inc.
107 South West Street, Suite 417, Alexandria, Virginia 22314 (Mailing Address)
5002 Sharon Road
Temple Hills, Maryland 20748
*Server's address*

Additional information regarding attempted service, etc:
In addition to the Summons, the following documents were also served: Complaint for Declaratory and Injunctive Relief and Order Setting Initial Case Management Conference and ADR Deadlines

*The State of California, etc. v. Wilbur L. Ross, Jr., etc.*                    #1561588ES