Vladimir F. Kozina, SBN 95422
MAYALL HURLEY, P.C.
2453 Grand Canal Blvd.
Stockton, CA 95207
Tel. (209) 477-3833
Email: vkozina@mayallaw.com

Jay Alan Sekulow*
Stuart J. Roth*
Jordan Sekulow*
AMERICAN CENTER FOR LAW AND JUSTICE
201 Maryland Avenue, NE
Washington, DC 20002
Tel. (202) 546-8890

* Not admitted in this jurisdiction

*Counsel for Amicus Curiae ACLJ*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | ) Civil Action No. 3:18-cv-01865-RS |
| Plaintiffs, | ) |
| v. | ) **Notice of Appearance by Vladimir F. Kozina** |
| WILBUR L. ROSS, JR., *et al.*, | ) |
| Defendants. | ) |
| _____ | ) |

1 | Notice is hereby given that Vladimir F. Kozina of Mayall Hurley, P.C. enters his appearance
2 | in this case on behalf of Amicus Curiae American Center for Law and Justice.
3 |
4 | Respectfully submitted on June 29, 2018.
5 | /s/ Vladimir F. Kozina
6 | Vladimir F. Kozina, SBN 95422
MAYALL HURLEY, P.C.
7 | 2453 Grand Canal Blvd.
Stockton, CA 95207
8 | Tel. (209) 477-3833
Email: vkozina@mayallaw.com
9 |
10 | Jay Alan Sekulow*
Stuart J. Roth*
11 | Jordan Sekulow*
AMERICAN CENTER FOR LAW AND JUSTICE
12 | 201 Maryland Avenue, NE
Washington, DC 20002
13 | Tel. (202) 546-8890
14 | * Not admitted in this jurisdiction
15 | *Counsel for Amicus Curiae ACLJ*

1

Appearance of Vladimir F. Kozina –
Civil Action No. 3:18-cv-01865-RS