1
2
3
4     **UNITED STATES DISTRICT COURT**
5    **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**
6
7   STATE OF CALIFORNIA, *et al.*,                )
                                                   ) Civil Action No. 3:18-cv-01865-RS
8        Plaintiffs,                               )
                                                   )
9   v.                                             )
                                                   ) **[PROPOSED] ORDER**
10  WILBUR L. ROSS, JR., *et al.*,                 )
                                                   )
11                                                 )
        Defendants.                                )
12                                                 )
                                                   )
13                                                 )
    _____                )
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[Proposed] Order Granting Leave to File Amicus Curiae
Memorandum - Civil Action No. 3:18-cv-01865-RS

1  The Court, having considered the AMERICAN CENTER FOR LAW AND JUSTICE'S
2  MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW AS AMICUS CURIAE IN
3  SUPPORT OF DEFENDANTS' MOTION TO DISMISS, hereby GRANTS the motion. The
4  MEMORANDUM OF LAW OF AMICUS CURIAE THE AMERICAN CENTER FOR LAW AND
5  JUSTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS is accepted for filing.

7  SO ORDERED.

9  Dated _____

   _____
   Richard Seeborg
   United States District Judge