AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California ▼

| State of California et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:18-cv-01865 |
| Wilbur J. Ross et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae Project on Fair Representation                                                                                .

Date:   07/02/2018                                        /s/ Bryan K. Weir
                                                              *Attorney's signature*

                                                      Bryan Weir (310964)
                                                      *Printed name and bar number*
                                                      Consovoy McCarthy Park PLLC
                                                      3033 Wilson Blvd., Suite 700
                                                      Arlington, VA 22201

                                                              *Address*

                                                      bryan@consovoymccarthy.com
                                                              *E-mail address*

                                                      (703) 243-9423
                                                              *Telephone number*


                                                              *FAX number*