# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | ) |
| Plaintiffs, | ) Civil Action No. 3:18-cv-01865-RS ) ) |
| v. | ) |
| WILBUR L. ROSS, JR., *et al.*, | ) **[~~PROPOSED~~] ORDER** ) |
| Defendants. | ) ) |
| _____ | ) ) |

1  The Court, having considered the AMERICAN CENTER FOR LAW AND JUSTICE'S
2  MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW AS AMICUS CURIAE IN
3  SUPPORT OF DEFENDANTS' MOTION TO DISMISS, hereby GRANTS the motion. The
4  MEMORANDUM OF LAW OF AMICUS CURIAE THE AMERICAN CENTER FOR LAW AND
5  JUSTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS is accepted for filing.

7  SO ORDERED.

9  Dated  7/2/18

         _____
         Richard Seeborg
         United States District Judge

1
[Proposed] Order Granting Leave to File Amicus Curiae
Memorandum - Civil Action No. 3:18-cv-01865-RS