1

2

3

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

4

STATE OF CALIFORNIA,                                    )
                                                        )
5                   Plaintiffs,                         )
                                                        )
6           vs.                                         ) Case Numbers: 3:18-cv-01865, 3:18-cv-2279
                                                        )
7   WILBUR L. ROSS, JR., *et al.*,                      )
                                                        )
8                   Defendants.                         )   [~~PROPOSED~~] ORDER
                                                        )
9   ----------------------------------------------------)
    CITY OF SAN JOSE, *et al*.,                         )
10                                                      )
                    Plaintiffs,                         )
11                                                      )
            vs.                                         )
12                                                      )
    WILBUR L. ROSS, JR., *et al.*,                      )
13                                                      )
                    Defendants.                         )
14  _____)

15

16          Upon consideration of Project on Fair Representation's Notice of Motion & Motion for

17  Leave to File Brief *Amicus Curiae*, it is hereby

18          ORDERED that the motion is granted.

19

20          Date: July _2_, 2018

21                                                      Honorable Richard Seeborg
                                                        United States District Judge
22

23

24

25

26

27

28

1