Sue Ann Salmon Evans, State Bar No. 151562
sevans@DWKesq.com
Keith A. Yeomans, State Bar No. 245600
kyeomans@DWKesq.com
DANNIS WOLIVER KELLEY
115 Pine Avenue, Suite 500
Long Beach, CA  90802
Telephone: 562.366.8500
Facsimile: 562.366.8505

David R. Holmquist, State Bar No. 179872
david.holmquist@lausd.net
LOS ANGELES UNIFIED SCHOOL DISTRICT
OFFICE OF GENERAL COUNSEL
333 S. Beaudry Avenue, 24th Floor
Los Angeles, CA 90017
Telephone: 213.241.6601
Facsimile: 213.241.8444

Attorneys for Proposed Plaintiff-Intervenor
Los Angeles Unified School District

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WILBUR L. ROSS, JR., et al.,<br><br>    Defendants. | Case No. 3:18-cv-01865-RS<br><br>**LOS ANGELES UNIFIED SCHOOL DISTRICT'S CERTIFICATE AND NOTICE OF INTERESTED PARTIES** |
| LOS ANGELES UNIFIED SCHOOL DISTRICT,<br><br>    Proposed Plaintiff-Intervenor. | |

DANNIS WOLIVER KELLEY
115 PINE AVENUE, SUITE 500
LONG BEACH, CA  90802

DWK DMS 3274960v1

LOS ANGELES USD'S CERTIFICATE AND NOTICE OF INTERESTED PARTIES    (18-cv-01865)

1    Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, the

2   undersigned certifies that as of this date, other than the named parties, there is no such interest to

3   report.

4   DATED: July 6, 2018                          DANNIS WOLIVER KELLEY
                                                  SUE ANN SALMON EVANS
5                                                 KEITH A. YEOMANS

6                                                 By: _____

7                                                 SUE ANN SALMON EVANS
                                                  Attorneys for Proposed Plaintiff-Intervenor
8                                                 Los Angeles Unified School District

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DANNIS WOLIVER KELLEY
115 PINE AVENUE, SUITE 500
LONG BEACH, CA 90802

DWK DMS 3274960v1

2

LOS ANGELES USD'S CERTIFICATE AND NOTICE OF INTERESTED PARTIES      (18-cv-01865)