Sue Ann Salmon Evans, State Bar No. 151562
sevans@DWKesq.com
Keith A. Yeomans, State Bar No. 245600
kyeomans@DWKesq.com
DANNIS WOLIVER KELLEY
115 Pine Avenue, Suite 500
Long Beach, CA  90802
Telephone: 562.366.8500
Facsimile: 562.366.8505

David R. Holmquist, State Bar No. 179872
david.holmquist@lausd.net
LOS ANGELES UNIFIED SCHOOL DISTRICT
OFFICE OF GENERAL COUNSEL
333 S. Beaudry Avenue, 24th Floor
Los Angeles, CA 90017
Telephone: 213.241.6601
Facsimile: 213.241.8444

Attorneys for Proposed Plaintiff-Intervenor
Los Angeles Unified School District

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al., | Case No. 3:18-cv-01865-RS |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE** |
| WILBUR L. ROSS, JR., et al., | |
| Defendants. | |
| LOS ANGELES UNIFIED SCHOOL DISTRICT, | |
| Proposed Plaintiff-Intervenor. | |

Proposed Plaintiff-Intervenor Los Angeles Unified School District ("District") requests that the following attorney be added to the docket in the above matter as counsel for District:

David R. Holmquist; State Bar No. 179872; david.holmquist@lausd.net.

DATED: July 12, 2018

LOS ANGELES UNIFIED SCHOOL DISTRICT
OFFICE OF GENERAL COUNSEL

By: *[signature]*
DAVID R. HOLMQUIST
Attorneys for Proposed Plaintiff-Intervenor Los Angeles Unified School District