UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>             Plaintiffs,<br><br>     v.<br><br>WILBUR ROSS, et al.,<br><br>             Defendants. | Case No.18-cv-01865-RS |

**NOTICE REGARDING VIDEO RECORDING**

A request has been made to video record the August 10, 2018 Motion Hearing in this case pursuant to General Order 65, Cameras in the Courtroom Pilot Project.

(X)   All parties have consented to the video recording of the proceeding; unless otherwise ordered by the presiding judge, the proceeding will be video recorded as part of the Pilot Project.  See cand.uscourts.gov/cameras for more information.

( )   At least one party has opposed the request to video record and/or the Court has denied the request; the proceeding will not be video recorded.

Dated: 7/19/2018                                         Susan Y. Soong, Clerk of Court

*Susan Y. Soong*
_____
Signature of Clerk or Deputy Clerk