XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
GABRIELLE D. BOUTIN, SBN 267308
R. MATTHEW WISE, SBN 238485
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6046
  Fax: (916) 324-8835
  E-mail: Matthew.Wise@doj.ca.gov
*Attorneys for State of California, by and through Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, BY AND THROUGH ATTORNEY GENERAL XAVIER BECERRA; COUNTY OF LOS ANGELES; CITY OF LOS ANGELES; CITY OF FREMONT; CITY OF LONG BEACH; CITY OF OAKLAND; CITY OF STOCKTON,**<br><br>                Plaintiffs,<br><br>**v.**<br><br>**WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau; U.S. CENSUS BUREAU; DOES 1-100,**<br><br>                Defendants. | Case No. 3:18-cv-01865<br><br>**PLAINTIFFS' RESPONSE TO LOS ANGELES UNIFIED SCHOOL DISTRICT'S MOTION FOR LEAVE TO INTERVENE**<br><br>Date:        August 10, 2018<br>Time:       10:00 a.m.<br>Dept:       3<br>Judge:      The Honorable Richard G. Seeborg<br><br>Trial Date:  None set<br>Action Filed:  March 26, 2018 |

On July 6, 2018, Proposed Plaintiff-Intervenor Los Angeles Unified School District (LAUSD) filed a motion for leave to intervene in this matter. Plaintiffs State of California, County of Los Angeles, City of Los Angeles, City of Fremont, City of Long Beach, City of Oakland, and City of Stockton do not object to this motion, on the condition that LAUSD's intervention does not delay the taking of discovery, the scheduling of hearings on dispositive motions and trial, or any other discovery, briefing, or hearing deadlines in this case.

Dated: July 20, 2018

Respectfully Submitted,

Xavier Becerra
Attorney General of California
Mark R. Beckington
Supervising Deputy Attorney General

*/s/ R. Matthew Wise*
Gabrielle D. Boutin
R. Matthew Wise
Deputy Attorneys General
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

Dated: July 20, 2018

*/s/ Margaret L. Carter*
MARGARET L. CARTER, SBN 220637
DANIEL R. SUVOR
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-8000
Fax: (213) 430-6407
Email: dsuvor@omm.com
*Attorneys for Plaintiff County of Los Angeles*

| | | |
|---|---|---|
| 1 | Dated: July 20, 2018 | MIKE FEUER<br>City Attorney for the City of Los Angeles |
| 2 | | |
| 3 | | */s/ Valerie Flores* _____<br>VALERIE FLORES, SBN 138572<br>Managing Senior Assistant City Attorney |
| 4 | | 200 North Main Street, 7th Floor, MS 140<br>Los Angeles, CA  90012 |
| 5 | | Telephone: (213) 978-8130<br>Fax: (213) 978-8222 |
| 6 | | Email: Valerie.Flores@lacity.org |
| 7 | | |
| 8 | Dated: July 20, 2018 | HARVEY LEVINE<br>City Attorney for the City of Fremont |
| 9 | | */s/ Harvey Levine* _____<br>SBN 61880 |
| 10 | | 3300 Capitol Ave.<br>Fremont, CA 94538 |
| 11 | | Telephone: (510) 284-4030<br>Fax: (510) 284-4031 |
| 12 | | Email: hlevine@fremont.gov |
| 13 | Dated: July 20, 2018 | CHARLES PARKIN<br>City Attorney for the City of Long Beach |
| 14 | | |
| 15 | | */s/ Michael J. Mais* _____<br>MICHAEL K. MAIS, SBN 90444 |
| 16 | | Assistant City Attorney<br>333 W. Ocean Blvd., 11th Floor |
| 17 | | Long Beach CA, 90802<br>Telephone: (562) 570-2200<br>Fax: (562) 436-1579 |
| 18 | | Email: Michael.Mais@longbeach.gov |
| 19 | Dated: July 20, 2018 | BARBARA J. PARKER<br>City Attorney for the City of Oakland |
| 20 | | |
| 21 | | */s/ Erin Bernstein* _____<br>MARIA BEE |
| 22 | | Special Counsel<br>ERIN BERNSTEIN, SBN 231539 |
| 23 | | Supervising Deputy City Attorney<br>MALIA MCPHERSON |
| 24 | | Attorney<br>City Hall, 6th Floor |
| 25 | | 1 Frank Ogawa Plaza<br>Oakland, California 94612 |
| 26 | | Telephone: (510) 238-3601<br>Fax: (510) 238-6500 |
| | | Email: ebernstein@oaklandcityattorney.org |
| 27 | | |
| 28 | | |

Dated:  July 20, 2018

JOHN LUEBBERKE
City Attorney for the City of Stockton

*/s/ John Luebberke* _____
SBN 164893
425 N. El Dorado Street, 2nd Floor
Stockton, CA 95202
Telephone: (209) 937-8333
Fax: (209) 937-8898
Email: John.Luebberke@stocktonca.gov

SA2018100904
13163528.docx

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **State of California, et al. v. Wilbur L. Ross, et al.** | No. | **3:18-cv-01865** |

I hereby certify that on <u>July 20, 2018</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**PLAINTIFFS' RESPONSE TO LOS ANGELES UNIFIED SCHOOL DISTRICT'S MOTION FOR LEAVE TO INTERVENE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>July 20, 2018</u>, at Sacramento, California.

| | |
|---|---|
| Tracie L. Campbell | |
| Declarant | Signature |

SA2018100904
13166746.docx