| | |
|---|---|
| 1 | Michael A. Mugmon (SBN: 251958) |
| | michael.mugmon@wilmerhale.com |
| 2 | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| 3 | 950 Page Mill Road |
| | Palo Alto, CA 94304 |
| 4 | Telephone: +1 650 858 6000 |
| | Facsimile: +1 650 858 6100 |
| 5 | |
| | Attorney for Amici Curiae |
| 6 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, by and through Attorney General Xavier Becerra; COUNTY OF LOS ANGELES; CITY OF LOS ANGELES; CITY OF FREMONT; CITY OF LONG BEACH; CITY OF OAKLAND; CITY OF STOCKTON, | Case No. 3:18-cv-01865-RS |
| | **NOTICE OF APPEARANCE OF MICHAEL A. MUGMON** |
| Plaintiffs, | |
| v. | |
| WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau; U.S. CENSUS BUREAU; DOES 1-100, | |
| Defendants. | |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Michael A. Mugmon of the law firm Wilmer Cutler Pickering Hale & Dorr LLP, located at 950 Page Mill Road, Palo Alto, California, 94304, telephone number (650) 858-6000, facsimile (650) 858-6100, hereby enters his appearance on behalf of amici curiae The Leadership Conference on Civil and Human Rights, The Leadership Conference Education Fund, Muslim Advocates, The Brennan Center for Justice at N.Y.U. School of Law, National Coalition on Black Civic Participation, NALEO Educational Fund, and other organizations committed to the advancement of civil and human rights and requests to be added to the CM/ECF system list at the following email address: michael.mugmon@wilmerhale.com

DATED: July 24, 2018                          Respectfully submitted,

By:   /s/ *Michael A. Mugmon*

Michael A. Mugmon (SBN: 251958)
michael.mugmon@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: +1 650 858 6000
Facsimile:  +1 650 858 6100

*Attorney for Amici Curiae*