1   MARGARET L. CARTER (S.B. #220637)
    mcarter@omm.com
2   DANIEL R. SUVOR (S.B. #265674)
    dsuvor@omm.com
3   O'MELVENY & MYERS LLP
    400 South Hope Street, 18th Floor
4   Los Angeles, CA  90071-2899
    Telephone:    (213) 430-6000
5   Facsimile:    (213) 430-6407

6   Attorneys for Plaintiff
    COUNTY OF LOS ANGELES
7

8                   **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN FRANCISCO DIVISION**

11

12  STATE OF CALIFORNIA, *by and through*          Case No.  3:18-cv-01865-RS
    *Attorney General Xavier Becerra*,
13  COUNTY OF LOS ANGELES, CITY OF                 **NOTICE OF SUBSTITUTION OF**
    LOS ANGELES, CITY OF FREMONT,                  **COUNSEL FOR PLAINTIFF COUNTY OF**
14  CITY OF LONG BEACH, CITY OF                    **LOS ANGELES AND [PROPOSED]**
    OAKLAND, and CITY OF STOCKTON,                 **ORDER**
15
16               Plaintiffs,                       Judge:        Hon. Richard Seeborg

17         v.

18  WILBUR ROSS, JR., *in his official
    capacity as Secretary of the U.S.
19  Department of Commerce*, U.S.
    DEPARTMENT OF COMMERCE, RON
20  JARMIN, *in his official capacity as Acting
    Director of the U.S. Census Bureau*, U.S.
21  CENSUS BUREAU, and FRANK
    PALLONE, JR.
22
                 Defendants.
23

24

25

26

27

28

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Plaintiff County of Los Angeles hereby consents and

3  substitutes as its counsel in the above-captioned matter the law firm of Holland & Knight LLP,

4  with offices at 50 California Street, Suite 2800, San Francisco, California 94111, telephone

5  number (415) 743-6900, in place of and instead of O'Melveny & Myers LLP, with offices at 400

6  South Hope Street, 18th Floor, Los Angeles, California 90071, telephone number (213) 430-6000.

7

8  I consent to the above substitution.

9  Dated: August 6, 2018                    COUNTY OF LOS ANGELES

10

11  By:___ /s/ Rodrigo Castro-Silva____
    Rodrigo Castro-Silva, Esq.
    Senior Assistant County Counsel
12  County of Los Angeles

13

14  Holland & Knight LLP hereby accepts the above substitution.

15  Dated: August 6, 2018                    CHARLES L. COLEMAN III
16                                           HOLLAND & KNIGHT LLP

17

18  By:___ /s/ Charles L. Coleman III____
    Charles L. Coleman III

19

20

21  O'Melveny & Myers LLP hereby requests permission from the Court to withdrawal from
    this action as counsel of record for Plaintiff County of Los Angeles.

22

23  Dated: August 6, 2018                    MARGARET L. CARTER
                                             DANIEL R. SUVOR
                                             O'MELVENY & MYERS LLP
24

25  By:___ /s/ Daniel R. Suvor___
    Daniel R. Suvor
26

27

28

SUBSTITUTION OF COUNSEL FOR LA
COUNTY & [PROPOSED] ORDER
3:18-cv-01865-RS

1

**ATTESTATION OF FILING**

2          Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Margaret L.

3    Carter, hereby attest that concurrence in the filing of this Notice of Substitution of Counsel for

4    Plaintiff County of Los Angeles and [Proposed] Order has been obtained from Rodrigo Castro-

5    Silva and Charles L. Coleman III with conformed signatures above.

6

          Dated: August 6, 2018                    By:   /s/ Daniel R. Suvor
7                                                         Daniel R. Suvor

8                                                   O'MELVENY & MYERS LLP
                                                    400 South Hope Street, 18th Floor
9                                                   Los Angeles, CA 90071-2899
                                                    Telephone:    (213) 430-6000
10                                                  Facsimile:    (213) 430-6407

11

12

13
                                          [PROPOSED] ORDER
14
          Having considered Plaintiff County of Los Angeles's request to substitute its counsel, the
15
     Court hereby APPROVES the substitution of the law firm of Holland & Knight LLP and the
16
     withdrawal of the law firm of O'Melveny & Myers LLP as counsel for Plaintiff County of Los
17
     Angeles in the above-captioned matter.
18
          IT IS SO ORDERED.
19

20   Dated:   8/7/18

21                                                  HONORABLE RICHARD SEEBORG
                                                    United States District Judge
22

23

24

25

26

27

28