United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA, et al.,

    Plaintiffs,

  v.

WILBUR ROSS, et al.,

    Defendants.

------------------------------------------------------

CITY OF SAN JOSE, et al.,

    Plaintiffs,

  v.

WILBUR ROSS, et al.,

    Defendants.

Case Nos. 18-cv-01865-RS;

18-cv-2279-RS

**ORDER GRANTING REQUEST TO CONDUCT DISCOVERY OUTSIDE THE ADMINISTRATIVE RECORD**

As discussed at the hearing on defendants' motions to dismiss, plaintiffs' request to conduct discovery outside the administrative record is granted. Discovery shall be subject to the limitations set out in Judge Furman's July 5, 2018, discovery order issued in the New York action, attached as Exhibit A to plaintiffs' Joint Report on Coordination of Discovery (Dkt. No. 70 in 18-cv-1865; Dkt. No. 79 in 18-cv-2279). Plaintiffs represent that discovery will be taken in accordance with coordinated procedures established by counsel among the several census

challenge cases proceeding in other districts, but that plaintiffs in these related matters do not waive their right to seek discovery not contemplated by New York plaintiffs.

**IT IS SO ORDERED**.

Dated: August 17, 2018

_____
RICHARD SEEBORG
United States District Judge