1  XAVIER BECERRA
   Attorney General of California
2  MARK R. BECKINGTON
   Supervising Deputy Attorney General
3  R. MATTHEW WISE, SBN 238485
   GABRIELLE D. BOUTIN, SBN 267308
4  Deputy Attorneys General
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone: (916) 210-6046
     Fax: (916) 324-8835
7    E-mail: Matthew.Wise@doj.ca.gov
   *Attorneys for Plaintiff State of California, by and*
8  *through Attorney General Xavier Becerra*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, BY AND THROUGH ATTORNEY GENERAL XAVIER BECERRA; COUNTY OF LOS ANGELES; CITY OF LOS ANGELES; CITY OF FREMONT; CITY OF LONG BEACH; CITY OF OAKLAND; CITY OF STOCKTON,<br><br>Plaintiffs,<br><br>v.<br><br>WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau; U.S. CENSUS BUREAU; DOES 1-100,<br><br>Defendants. | Case No. 3:18-cv-01865-RS<br><br>**STIPULATION TO CASE SCHEDULE AND [~~PROPOSED~~] ORDER** AS MODIFIED BY THE COURT<br><br>Dept:    3<br>Judge:  The Honorable Richard G. Seeborg<br><br>Trial Date: None Set<br>Action Filed: March 26, 2018 |

1    Plaintiffs State of California, by and through Attorney General Xavier Becerra, County of
2 Los Angeles, City of Los Angeles, City of Fremont, City of Long Beach, City of Oakland, and
3 City of Stockton (collectively, Plaintiffs) and Defendants Wilbur Ross, U.S. Department of
4 Commerce, Ron Jarmin, and U.S. Census Bureau (collectively, Defendants, and together with
5 Plaintiffs, the Parties) hereby stipulate as follows:

   Based on the agreement of the parties as approved by the Court, and pursuant to the Court's request at the August 10, 2018 hearing, below is the schedule for the above-entitled case.

- Defendants' responses to Plaintiffs' requests for production of documents were served on **August 24, 2018**. Subject to approval by the Court, the Parties have agreed to extend the due date for Defendants to serve their initial disclosures from August 24, 2018, to **August 31, 2018.**
- The Parties shall designate expert witnesses by **September 19, 2018**.
- The Parties shall designate rebuttal witnesses by **October 3, 2018**.
- Discovery shall close on **October 11, 2018**.
- Any dispositive motions shall be heard on or before **December 7, 2018**.
- A joint pretrial conference shall be held on **January 3, 2019**.
- Trial shall begin on **January 7, 2019**.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated:  August 29, 2018 | Respectfully Submitted, |
| 2 | | XAVIER BECERRA<br>Attorney General of California |
| 3 | | MARK R. BECKINGTON<br>Supervising Deputy Attorney General |
| 4 | | GABRIELLE D. BOUTIN<br>Deputy Attorney General |
| 6 | | */s/ R. Matthew Wise*<br>R. MATTHEW WISE |
| 7 | | Deputy Attorney General<br>*Attorneys for Plaintiff State of California, by* |
| 8 | | *and through Attorney General Xavier Becerra* |
| 10 | | |
| 11 | Dated:  August 29, 2018 | CHAD A. READLER<br>Acting Assistant Attorney General |
| 12 | | BRETT A. SHUMATE<br>Deputy Assistant Attorney General |
| 14 | | CARLOTTA P. WELLS<br>Assistant Branch Director |
| 15 | | */s/   Kate Bailey*<br>KATE BAILEY |
| 16 | | STEPHEN EHRLICH<br>CAROL FEDERIGHI |
| 17 | | Trial Attorneys<br>United States Department of Justice |
| 18 | | Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue NW |
| 19 | | Washington, DC 20530<br>Phone: (202) 514-9230 |
| 20 | | Email: kate.bailey@usdoj.gov<br>*Attorneys for Defendants* |

| | | |
|---|---|---|
| 1 | Dated:  August 29, 2018 | */s/ Margaret L. Carter* _____<br>MARGARET L. CARTER, SBN 220637 |
| 2 | | DANIEL R. SUVOR |
| 3 | | O'MELVENY & MYERS LLP<br>400 S. Hope Street |
| 4 | | Los Angeles, CA 90071<br>Telephone: (213) 430-8000 |
| 5 | | Fax: (213) 430-6407<br>Email: dsuvor@omm.com |
| 6 | | *Attorneys for Plaintiff County of Los Angeles* |
| 7 | | |
| 8 | Dated:  August 29, 2018 | MIKE FEUER<br>City Attorney for the City of Los Angeles |
| 9 | | */s/ Valerie Flores* _____<br>VALERIE FLORES, SBN 138572 |
| 10 | | Managing Senior Assistant City Attorney<br>200 North Main Street, 7th Floor, MS 140 |
| 11 | | Los Angeles, CA  90012<br>Telephone: (213) 978-8130 |
| 12 | | Fax: (213) 978-8222<br>Email: Valerie.Flores@lacity.org |
| 13 | | |
| 14 | Dated:  August 29, 2018 | HARVEY LEVINE<br>City Attorney for the City of Fremont |
| 15 | | |
| 16 | | */s/ Harvey Levine* _____<br>SBN 61880 |
| 17 | | 3300 Capitol Ave.<br>Fremont, CA 94538 |
| 18 | | Telephone: (510) 284-4030<br>Fax: (510) 284-4031 |
| 19 | | Email: hlevine@fremont.gov |
| 20 | Dated:  August 29, 2018 | CHARLES PARKIN<br>City Attorney for the City of Long Beach |
| 21 | | |
| 22 | | */s/ Michael J. Mais* _____<br>MICHAEL K. MAIS, SBN 90444 |
| 23 | | Assistant City Attorney<br>333 W. Ocean Blvd., 11th Floor |
| 24 | | Long Beach CA, 90802<br>Telephone: (562) 570-2200 |
| 25 | | Fax: (562) 436-1579<br>Email: Michael.Mais@longbeach.gov |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated:  August 29, 2018 | BARBARA J. PARKER<br>City Attorney for the City of Oakland |
| | | |
| | | */s/ Erin Bernstein* _____<br>MARIA BEE<br>Special Counsel<br>ERIN BERNSTEIN, SBN 231539<br>Supervising Deputy City Attorney<br>MALIA MCPHERSON<br>Attorney<br>City Hall, 6th Floor<br>1 Frank Ogawa Plaza<br>Oakland, California 94612<br>Telephone: (510) 238-3601<br>Fax: (510) 238-6500<br>Email: ebernstein@oaklandcityattorney.org |
| 10 | Dated:  August 29, 2018 | JOHN LUEBBERKE<br>City Attorney for the City of Stockton |
| | | */s/ John Luebberke* _____<br>SBN 164893<br>425 N. El Dorado Street, 2nd Floor<br>Stockton, CA 95202<br>Telephone: (209) 937-8333<br>Fax: (209) 937-8898<br>Email: John.Luebberke@stocktonca.gov |

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated: August 29, 2018                     */s/ R. Matthew Wise*
                                           R. MATTHEW WISE

1  **[~~PROPOSED~~] ORDER**

2  Based on the Parties' Stipulation to Case Schedule, the schedule for the above-entitled case

3  shall be as follows:

4  - Defendants' responses to Plaintiffs' requests for production of documents were due

5  (and were served) on **August 24, 2018**. Defendants' initial disclosures shall be due

6  on **August 31, 2018**.

7  - The Parties shall designate expert witnesses by **September 19, 2018**.

8  - The Parties shall designate rebuttal witnesses by **October 3, 2018**.

9  - Discovery shall close on **October 11, 2018**.

10 - Any dispositive motions shall be heard on or before **December 7, 2018**.

11 - A joint pretrial conference shall be held on **January ~~3~~ 2, 2019**.

12 - Trial shall begin on **January 7, 2019**.

13 **IT IS SO ORDERED.**

14

15 DATED: 8/30/18                                    _____
                                                    HON. RICHARD SEEBORG
16                                                  United States District Court Judge

17

18

19

20

21 SA2018100904
   Stipulation to Case Schedule and Proposed Order.docx
22