BARBARA J. PARKER, City Attorney, SBN 69722
MARIA BEE, Special Counsel, SBN 167716
ERIN BERNSTEIN, Supervising Deputy City Attorney, SBN 231539
1 Frank Ogawa Plaza, 6th floor
One Frank H. Ogawa Plaza, 6TH Floor
Oakland, CA 94612
Telephone:    (510) 238-3601
Facsimile:    (510) 238-6500

Email: mbee@oaklandcityattorney.org

Attorneys for Plaintiff CITY OF OAKLAND

XAVIER BECERRA
Attorney General Of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
MARK R. BECKINGTON
Supervising Deputy Attorney General
GABRIELLE D. BOUTIN, SBN 267308 R.
MATTHEW WISE, SBN 238485
Deputy Attorneys General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-6046
Fax: (916) 324-8835 E-Mail:
Matthew.Wise@Doj.Ca.Gov

Attorneys For Plaintiff State Of California,
By And Through Attorney General Xavier
Becerra

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE OF CALIFORNIA, BY AND THROUGH ATTORNEY GENERAL XAVIER BECERRA; COUNTY OF LOS ANGELES; CITY OF LOS ANGELES; CITY OF FREMONT; CITY OF LONG BEACH; CITY OF OAKLAND; CITY OF STOCKTON,<br><br>Plaintiff,<br><br>vs. | Case No. 3:18-cv-01865 RGS<br><br>**NOTICE OF APPEARANCE OF MARIA BEE AS CO-COUNSEL FOR PLAINTIFF CITY OF OAKLAND** |

| | |
|---|---|
| 1 | WILBUR L. ROSS, JR., IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF COMMERCE; U.S. DEPARTMENT OF COMMERCE; RON JARMIN, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF THE U.S. CENSUS BUREAU; U.S. CENSUS BUREAU; DOES 1- 100, |
| | Defendants. |

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Maria Bee (SBN 167716) of the Office of the Oakland City Attorney, hereby enters an appearance as co-counsel of record for Plaintiff CITY OF OAKLAND, in the above-referenced action.  Service may be made using the contact information set forth below:

> OAKLAND CITY ATTORNEY'S OFFICE
> One Frank H. Ogawa Plaza, 6TH Floor
> Oakland, CA 94612
> Telephone:  (510) 238-3814
> Facsimile:   (510) 238-6500

DATED: September 25, 2018                    OAKLAND CITY ATTORNEY

                                By: */s/Maria Bee*
                                MARIA BEE
                                Attorney for Plaintiff
                                CITY OF OAKLAND