XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
R. MATTHEW WISE, SBN 238485
GABRIELLE D. BOUTIN, SBN 267308
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6046
  Fax: (916) 324-8835
  E-mail: Matthew.Wise@doj.ca.gov
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, by and through Attorney General Xavier Becerra; COUNTY OF LOS ANGELES; CITY OF LOS ANGELES; CITY OF FREMONT; CITY OF LONG BEACH; CITY OF OAKLAND; CITY OF STOCKTON,**<br><br>Plaintiffs,<br><br>v.<br><br>**WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau; U.S. CENSUS BUREAU; DOES 1-100,**<br><br>Defendants. | Case No. 3:18-cv-01865-RS<br><br>**STIPULATION TO MODIFY CASE SCHEDULE TO EXTEND EXPERT DISCOVERY AND [~~PROPOSED~~] ORDER**<br><br>Dept:   3<br>Judge:   The Honorable Richard G. Seeborg<br><br>Trial Date: January 7, 2018<br>Action Filed: March 26, 2018 |

1

Plaintiffs State of California, by and through Attorney General Xavier Becerra, County of Los Angeles, City of Los Angeles, City of Fremont, City of Long Beach, City of Oakland, and City of Stockton (collectively, Plaintiffs) and Defendants Wilbur Ross, U.S. Department of Commerce, Ron Jarmin, and U.S. Census Bureau (collectively, Defendants, and together with Plaintiffs, the Parties) hereby stipulate as follows:

1. On August 30, 2018, pursuant to the stipulation of the Parties, this Court entered an order scheduling this case (ECF No. 79) (Scheduling Order);

2. Under the Scheduling Order, discovery is currently set to close on October 11, 2018;

3. Due to the number of expert and lay witness depositions currently set in this and the five related census actions, and despite the diligence of the Parties, they have been unable to schedule all expert depositions in this case to occur by October 11, 2018.

4. The Parties have agreed that the remaining expert depositions should take place between October 15 and October 26, 2018.

5. Good cause therefore exists to modify the Scheduling Order to extend expert discovery in this action (including the filing of any motions to compel related to experts) to October 26, 2018.

6. Pursuant to the Scheduling Order, non-expert discovery should still close on October 11, 2018.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated:  October 9, 2018 | Respectfully Submitted, |
| 2 | | XAVIER BECERRA<br>Attorney General of California |
| 3 | | MARK R. BECKINGTON<br>Supervising Deputy Attorney General |
| 4 | | GABRIELLE D. BOUTIN<br>Deputy Attorney General |

*/s/ Gabrielle D. Boutin*
GABRIELLE D. BOUTIN
Deputy Attorney General
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

Dated:  October 9, 2018

CHAD A. READLER
Acting Assistant Attorney General

BRETT A. SHUMATE
Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

*/s/  Kate Bailey* _____
KATE BAILEY
STEPHEN EHRLICH
CAROL FEDERIGHI
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530
Phone: (202) 514-9230
Email: kate.bailey@usdoj.gov
*Attorneys for Defendants*

| | | |
|---|---|---|
| 1 | Dated:  October 9, 2018 | */s/ Charles L. Coleman*_____ |
| 2 | | CHARLES L. COLEMAN III, SBN 65496 |
| | | DAVID I. HOLTZMAN |
| 3 | | HOLLAND & KNIGHT LLP |
| | | 50 California Street, 28th Floor |
| 4 | | San Francisco, CA 94111 |
| | | Telephone: (415) 743-6970 |
| 5 | | Fax: (415) 743-6910 |
| | | Email: charles.coleman@hklaw.com |
| 6 | | *Attorneys for Plaintiff County of Los Angeles* |

Dated:  October 9, 2018    MIKE FEUER
City Attorney for the City of Los Angeles

*/s/ Valerie Flores*_____
VALERIE FLORES, SBN 138572
Managing Senior Assistant City Attorney
200 North Main Street, 7th Floor, MS 140
Los Angeles, CA  90012
Telephone: (213) 978-8130
Fax: (213) 978-8222
Email: Valerie.Flores@lacity.org

Dated:  October 9, 2018    HARVEY LEVINE
City Attorney for the City of Fremont

*/s/ Harvey Levine*_____
SBN 61880
3300 Capitol Ave.
Fremont, CA 94538
Telephone: (510) 284-4030
Fax: (510) 284-4031
Email: hlevine@fremont.gov

Dated:  October 9, 2018    CHARLES PARKIN
City Attorney for the City of Long Beach

*/s/ Michael J. Mais*_____
MICHAEL K. MAIS, SBN 90444
Assistant City Attorney
333 W. Ocean Blvd., 11th Floor
Long Beach CA, 90802
Telephone: (562) 570-2200
Fax: (562) 436-1579
Email: Michael.Mais@longbeach.gov

| | | |
|---|---|---|
| 1 | Dated:  October 9, 2018 | BARBARA J. PARKER |
| | | City Attorney for the City of Oakland |

/s/ Erin Bernstein _____
MARIA BEE
Special Counsel
ERIN BERNSTEIN, SBN 231539
Supervising Deputy City Attorney
MALIA MCPHERSON
Attorney
City Hall, 6th Floor
1 Frank Ogawa Plaza
Oakland, California 94612
Telephone: (510) 238-3601
Fax: (510) 238-6500
Email: ebernstein@oaklandcityattorney.org

Dated:  October 9, 2018

JOHN LUEBBERKE
City Attorney for the City of Stockton

/s/ John Luebberke _____
SBN 164893
425 N. El Dorado Street, 2nd Floor
Stockton, CA 95202
Telephone: (209) 937-8333
Fax: (209) 937-8898
Email: John.Luebberke@stocktonca.gov

Dated:  October 9, 2018

DANNIS WOLIVER KELLEY
SUE ANN SALMON EVANS
KEITH A. YEOMANS

/s/ Keith A. Yeomans_____
KEITH A. YEOMANS
*Attorneys for Plaintiff-Intervenor*
  *Los Angeles Unified School District*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated: October 9, 2018                    */s/ Gabrielle D. Boutin*
                                          GABRIELLE D. BOUTIN

**[PROPOSED] ORDER**

Based on the Parties' Stipulation to Modify Case Schedule to Extend Expert Discovery, and good cause appearing:

- The deadline for the Parties to conduct expert discovery, including expert depositions and the filing of any motions to compel related to experts, is extended to October 26, 2018.
- All other deadlines set forth in the Court's order adopting the Parties' Stipulation to Case Schedule (ECF No. 78), including the October 11, 2018, deadline for non-expert discovery, shall remain as stated in that order.

**IT IS SO ORDERED.**

DATED: 10/9/18

_____
HON. RICHARD SEEBORG
United States District Court Judge

# CERTIFICATE OF SERVICE

Case Name: **State of California, et al. v. Wilbur L. Ross, et al.**   No. **3:18-cv-01865**

I hereby certify that on <u>October 9, 2018</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO MODIFY CASE SCHEDULE TO EXTEND EXPERT DISCOVERY AND [PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>October 9, 2018</u>, at Sacramento, California.

| Eileen A. Ennis | */s/ Eileen A. Ennis* |
|---|---|
| Declarant | Signature |

SA2018100904
13280754.docx