IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, by and through Attorney General Xavier Becerra,<br><br>Plaintiff,<br><br>v.<br><br>WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau; U.S. Census Bureau; DOES 1-100,<br><br>Defendants. | Case No. 3:18-cv-01865 |
| CITY OF SAN JOSE, a municipal corporation; and BLACK ALLIANCE FOR JUST IMMIGRATION, a California Non-Profit Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau; U.S. CENSUS BUREAU,<br><br>Defendants. | Case No. 5:18-cv-02279<br><br>As modified by the Court |

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER
TO EXTEND DEADLINE FOR REPLY BRIEFING**

Plaintiffs the City of San Jose, and Black Alliance for Just Immigration ("Plaintiffs") and Defendants Wilbur L. Ross, Jr., U.S. Department of Commerce, Ron Jarmin, and U.S. Census Bureau (collectively, "Defendants," and together with Plaintiffs, the "Parties") have each moved for summary judgment in *San Jose et al. v. Ross et al.* 18-cv-2279. Defendants have also moved

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

**STIPULATION AND [PROPOSED ORDER]
CASES NO. 3:18-cv-2279-RS 3:18-cv-0186 and 3:18-cv-01865**

for summary judgment in *California et al. v. Ross et al.*, 18-cv-1865.  According to the briefing schedule, opposition memoranda are currently due on **November 16** and reply memoranda are due on **November 23**.  Because the reply memoranda deadline falls on the Friday after the Thanksgiving holiday, the parties have conferred and consent to extending the deadline for reply memoranda in both cases to **Tuesday, November 27**, without modifying any other deadlines or the argument date of **December 7**.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: November 9, 2018

**MANATT, PHELPS & PHILLIPS, LLP**
By: *s/ Andrew Case*
John F. Libby
John W. McGuinness
Emil Petrossian
Andrew Case (*pro hac vice*)
11355 West Olympic Boulevard
Los Angeles, California 90064
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
Kristen Clarke
Jon M. Greenbaum
Ezra D. Rosenberg
Dorian L. Spence
1401 New York Avenue NW, Suite 400
Washington, DC 20005
Telephone:  (202) 662-8600
Facsimile:  (202) 783-0857

**PUBLIC COUNSEL**
Mark Rosenbaum
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone:  (213) 385-2977
Facsimile:  (213) 385-9089

**CITY OF SAN JOSE**
Richard Doyle, City Attorney
Nora Frimann, Assistant City Attorney
Office of the City Attorney

```
                    200 East Santa Clara Street, 16th Floor
                    San José, California 95113-1905
                    Telephone Number: (408) 535-1900
                    Facsimile Number: (408) 998-3131
                    E-Mail: cao.main@sanjoseca.gov

                    Attorneys for Plaintiffs
                    CITY OF SAN JOSE and BLACK ALLIANCE FOR
                    JUST IMMIGRATION
```

Dated: November 9, 2018

JOSEPH H. HUNT
Assistant Attorney General

BRETT A. SHUMATE
Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

*/s/ Kate Bailey*
KATE BAILEY
STEPHEN EHRLICH
CAROL FEDERIGHI
DANIEL HALAINEN
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Phone: (202) 514-9230
Email: kate.bailey@usdoj.gov
*Attorneys for Defendants*

Dated: November 9, 2018                    Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
R. MATTHEW WISE
Deputy Attorney General

*/s/ Gabrielle D. Boutin*
GABRIELLE D. BOUTIN
Deputy Attorney General
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

---

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2

**STIPULATION AND [PROPOSED ORDER]**
**CASES NO. 3:18-cv-2279-RS 3:18-cv-0186 and 3:18-cv-01865**

| | | |
|---|---|---|
| 1 | Dated: November 9, 2018 | */s/ Charles L. Coleman* _____ |
| 2 | | CHARLES L. COLEMAN III, SBN 65496 |
| | | DAVID I. HOLTZMAN |
| 3 | | HOLLAND & KNIGHT LLP |
| | | 50 California Street, 28th Floor |
| 4 | | San Francisco, CA 94111 |
| | | Telephone: (415) 743-6970 |
| 5 | | Fax: (415) 743-6910 |
| | | Email: charles.coleman@hklaw.com |
| 6 | | *Attorneys for Plaintiff County of Los Angeles* |

Dated: November 9, 2018   MIKE FEUER
City Attorney for the City of Los Angeles

*/s/ Valerie Flores* _____
VALERIE FLORES, SBN 138572
Managing Senior Assistant City Attorney
200 North Main Street, 7th Floor, MS 140
Los Angeles, CA 90012
Telephone: (213) 978-8130
Fax: (213) 978-8222
Email: Valerie.Flores@lacity.org

Dated: November 9, 2018   HARVEY LEVINE
City Attorney for the City of Fremont

*/s/ Harvey Levine* _____
SBN 61880
3300 Capitol Ave.
Fremont, CA 94538
Telephone: (510) 284-4030
Fax: (510) 284-4031
Email: hlevine@fremont.gov

Dated: November 9, 2018   CHARLES PARKIN
City Attorney for the City of Long Beach

*/s/ Michael J. Mais* _____
MICHAEL K. MAIS, SBN 90444
Assistant City Attorney
333 W. Ocean Blvd., 11th Floor
Long Beach CA, 90802
Telephone: (562) 570-2200
Fax: (562) 436-1579
Email: Michael.Mais@longbeach.gov

3

**STIPULATION AND [PROPOSED ORDER]**
**CASES NO. 3:18-cv-2279-RS 3:18-cv-0186 and 3:18-cv-01865**

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

Dated:  November 9, 2018

BARBARA J. PARKER
City Attorney for the City of Oakland

*/s/ Erin Bernstein* _____
MARIA BEE
Special Counsel
ERIN BERNSTEIN, SBN 231539
Supervising Deputy City Attorney
MALIA MCPHERSON
Attorney
City Hall, 6th Floor
1 Frank Ogawa Plaza
Oakland, California 94612
Telephone: (510) 238-3601
Fax: (510) 238-6500
Email: ebernstein@oaklandcityattorney.org

Dated:  November 9, 2018

JOHN LUEBBERKE
City Attorney for the City of Stockton

*/s/ John Luebberke* _____
SBN 164893
425 N. El Dorado Street, 2nd Floor
Stockton, CA 95202
Telephone: (209) 937-8333
Fax: (209) 937-8898
Email: John.Luebberke@stocktonca.gov

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

4

**STIPULATION AND [PROPOSED ORDER]**
**CASES NO. 3:18-cv-2279-RS 3:18-cv-0186 and 3:18-cv-01865**

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained form all signatories above.

Dated: November 14, 2018

                                                   /s/ *Andrew Case*
                                             Andrew Case

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

5

**STIPULATION AND [PROPOSED ORDER]**
**CASES NO. 3:18-cv-2279-RS 3:18-cv-0186 and 3:18-cv-01865**

## [~~PROPOSED~~] ORDER

Based on the Parties' Stipulation to extend the deadline for reply memoranda and good cause appearing:

- The deadline for parties to file reply memoranda in further support of summary judgment motions filed in the above-referenced matters is extended to ~~Tuesday, November 27, 2018.~~ Monday, November 26, 2018.

- No other deadlines, including the hearing date of **December 7, 2018**, are affected by this order.

**IT IS SO ORDERED.**

DATED: 11/14/18

_____
HON. RICHARD SEEBORG
United States District Court Judge

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

6

**STIPULATION AND [PROPOSED ORDER]**
**CASES NO. 3:18-cv-2279-RS 3:18-cv-0186 and 3:18-cv-01865**