UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA, et al.,

    Plaintiffs,

v.

WILBUR ROSS, et al.,

    Defendants.

Case No. 18-cv-01865-RS

**ORDER GRANTING LEAVE TO FILE AN AMICUS CURIAE BRIEF**

On November 20, 2018, the Legislature of the State of California moved for leave to file an amicus curiae brief in support of Plaintiffs' opposition to Defendants' motion for summary judgment. District courts have broad discretion to grant leave to file an amicus curiae brief. *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir.1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995). Good cause appearing, the motion for leave to file an amicus brief is granted.

**IT IS SO ORDERED**.

Dated: 11/20/18

RICHARD SEEBORG
United States District Judge