XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
ANTHONY R. HAKL
Supervising Deputy Attorneys General
GABRIELLE D. BOUTIN, SBN 267308
ANNA T. FERRARI, SBN 261579
TODD GRABARSKY, SBN 286999
R. MATTHEW WISE, SBN 238485
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6053
  Fax: (916) 324-8835
  E-mail: Gabrielle.Boutin@doj.ca.gov
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA by and through Attorney General Xavier Becerra; COUNTY OF LOS ANGELES; CITY OF LOS ANGELES; CITY OF FREMONT; CITY OF LONG BEACH; CITY OF OAKLAND; CITY OF STOCKTON,**<br><br>Plaintiffs,<br><br>v.<br><br>**WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau; U.S. CENSUS BUREAU; DOES 1-100,**<br><br>Defendants. | 3:18-cv-01865<br><br>**JOINT MOTION FOR ADMINISTRATIVE RELIEF RE:**<br><br>**1) EXHIBIT AND WITNESS DISCLOSURE DEADLINE**<br><br>**2) LENGTH OF TRIAL DAYS**<br><br>**3) DIRECT TESTIMONY AT TRIAL BY DECLARATION**<br><br>Dept: 3<br>Judge: The Honorable Richard G. Seeborg<br>Trial Date: January 7, 2019<br>Action Filed: March 26, 2018 |

| | |
|---|---|
| **CITY OF SAN JOSE, a municipal corporation; and BLACK ALLIANCE FOR JUST IMMIGRATION, a California Non-Profit Corporation,** | Case No. 5:18-cv-02279 |
| Plaintiffs, | |
| v. | |
| **WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau; U.S. CENSUS BUREAU,** | |
| Defendants. | |

## INTRODUCTION

The parties file this joint administrative motion pursuant to Local Rule 7-11. In this motion, the parties seek: (1) clarification related to the deadline for witness and exhibit list disclosures; (2) clarification on whether the Court intends to conduct trial proceedings for full or half days; and, (3) an order permitting the parties to submit the direct testimony of some trial witnesses by written declaration. The parties have concurrently filed a stipulation and proposed order related to these matters.

## DEADLINE FOR EXHIBIT AND WITNESS DISCLOSURES

Section A(3) of this Court's Standing Order states that at least 21 days before the final pretrial conference, the parties shall meet and confer with respect to, among other things, "[p]reparation and exchange of pretrial materials to be served and lodged pursuant to" Federal Rule of Civil Procedure 26(a)(3). Standing Order § A(3). In this case, that deadline is December 12, 2018, because the pretrial conference is set for January 2, 2019. *See* ECF. No 79 at 7.

1    The parties ask the Court to clarify whether, under section A(3) of the Standing Order,
2    December 12 is the parties' deadline for actually exchanging witness and exhibit lists,[1]
3    superseding the default deadline in Federal Rule of Civil Procedure 26(a)(3), which requires that
4    exchange at least 30 days before trial (which would be December 7, 2018, in this case).   If
5    section A(3) does not supersede the deadline under Rule 26(a)(3), the parties ask the Court to
6    issue an order extending the deadline for the exchange of witness and exhibit lists to December
7    12, 2018, since December 7 is the hearing date for motions for summary judgment.  *See* ECF. No
8    79 at 7.  In either event, the parties ask the Court to extend the deadline for objections to the
9    parties' witness and exhibits list to December 28, 2018.

## LENGTH OF TRIAL DAYS

11   The parties understand based on this Court's online scheduling notes that this Court
12   normally holds trial Mondays through Fridays from 8:30 a.m. to 1:30 p.m.  At the August 10,
13   2018, hearing in this action, however, the Court indicated that it may hold trial for full days in this
14   case.

15   It would aid the parties to learn as soon as possible whether the trial proceedings will take
16   place over full or half days.  The parties anticipate that there will be at least seven witnesses
17   traveling to the trial from out-of-state and one or more witnesses traveling from Southern
18   California.  Several of these witnesses are university professors for whom the first week of trial
19   coincides with their first week of classes in a new academic term.  To allow the parties to estimate
20   the dates of their witnesses' testimony, and thereby allow the witnesses to make the appropriate
21   travel and work-related plans, it would be helpful to know as soon as possible the length of each
22   day of trial.  The parties therefore respectfully ask the Court for clarity on this issue.

## DIRECT TESTIMONY BY DECLARATION

24   Finally, the parties request permission to submit the direct testimony of some trial witnesses
25   by written declaration.  This procedure was utilized for many witnesses in the related New York
26   census trial.  The parties agree that it added efficiency to the New York proceedings and would

---

[1] With respect to the service of deposition and discovery designations, the parties understand the deadline to be January 2 (five days prior to trial), pursuant to Standing Order § D(3).

3

similarly increase the efficiency of this trial.  The parties agree that the procedure here could mirror those in New York action:

- Copies of each declaration would be submitted to the Court and served no later than December 28, 2018.
- Three business days after submission of such declarations, counsel for each party would submit a list of all declarants whom it intends to cross-examine at the trial. Only those witnesses who will be cross-examined need to appear at trial.
- The original signed declarations would be brought to trial to be marked as exhibits, at which time any objections to particular paragraphs of a declaration would be made.

*See* Individual Rules and Practices in Civil Cases, Jesse M. Furman, United States District Judge at § 5(E)(i) (Revised Aug. 27, 2018), available at http://www.nysd.uscourts.gov/cases/show.php?db=judge_info&id=1453.

The parties respectfully ask the Court adopt these, or similar, procedures.

## CONCLUSION

For the reasons above, the parties respectfully request an order clarifying the deadline for witness and exhibit list disclosures, clarifying whether the Court will hold trial for full or half days, and permitting the parties to submit some direct witness trial testimony by declaration.

| | | |
|---|---|---|
| 1 | Dated:  November 28, 2018 | Respectfully Submitted, |
| 2 | | XAVIER BECERRA<br>Attorney General of California |
| 3 | | MARK R. BECKINGTON<br>ANTHONY R. HAKL |
| 4 | | Supervising Deputy Attorneys General<br>ANNA T. FERRARI |
| 5 | | TODD GRABARSKY<br>R. MATTHEW WISE |
| 6 | | Deputy Attorneys General |

*/s/   Gabrielle D. Boutin*
GABRIELLE D. BOUTIN
Deputy Attorney General
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

Dated:  November 28, 2018        */s/ Charles L. Coleman* _____

CHARLES L. COLEMAN III, SBN 65496
DAVID I. HOLTZMAN
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Telephone: (415) 743-6970
Fax: (415) 743-6910
Email: charles.coleman@hklaw.com
*Attorneys for Plaintiff County of Los Angeles*

Dated:  November 28, 2018        MIKE FEUER
City Attorney for the City of Los Angeles

*/s/ Valerie Flores* _____
VALERIE FLORES, SBN 138572
Managing Senior Assistant City Attorney
200 North Main Street, 7th Floor, MS 140
Los Angeles, CA  90012
Telephone: (213) 978-8130
Fax: (213) 978-8222
Email: Valerie.Flores@lacity.org

Dated: November 28, 2018

HARVEY LEVINE
City Attorney for the City of Fremont

*/s/ Harvey Levine*
SBN 61880
3300 Capitol Ave.
Fremont, CA 94538
Telephone: (510) 284-4030
Fax: (510) 284-4031
Email: hlevine@fremont.gov

Dated: November 28, 2018

CHARLES PARKIN
City Attorney for the City of Long Beach

*/s/ Michael J. Mais*
MICHAEL K. MAIS, SBN 90444
Assistant City Attorney
333 W. Ocean Blvd., 11th Floor
Long Beach CA, 90802
Telephone: (562) 570-2200
Fax: (562) 436-1579
Email: Michael.Mais@longbeach.gov

Dated: November 28, 2018

BARBARA J. PARKER
City Attorney for the City of Oakland

*/s/ Erin Bernstein*
MARIA BEE
Chief Assistant City Attorney
ERIN BERNSTEIN, SBN 231539
Supervising Deputy City Attorney
MALIA MCPHERSON
Deputy City Attorney
City Hall, 6th Floor
1 Frank Ogawa Plaza
Oakland, California 94612
Telephone: (510) 238-3601
Fax: (510) 238-6500
Email: ebernstein@oaklandcityattorney.org

Dated: November 28, 2018

JOHN LUEBBERKE
City Attorney for the City of Stockton

*/s/ John Luebberke*
SBN 164893
425 N. El Dorado Street, 2nd Floor
Stockton, CA 95202
Telephone: (209) 937-8333
Fax: (209) 937-8898
Email: John.Luebberke@stocktonca.gov

| | | |
|---|---|---|
| 1 | Dated: November 28, 2018 | DANNIS WOLIVER KELLEY |
| 2 | | SUE ANN SALMON EVANS |
| | | KEITH A. YEOMANS |
| 3 | | |
| | | */s/ Keith A. Yeomans* |
| 4 | | KEITH A. YEOMANS |
| | | *Attorneys for Plaintiff-Intervenor* |
| 5 | | *Los Angeles Unified School District* |

Dated: November 28, 2018        **MANATT, PHELPS & PHILLIPS, LLP**
By: *s/ Andrew Case*
John F. Libby
John W. McGuinness
Emil Petrossian
Andrew Case (*pro hac vice*)
11355 West Olympic Boulevard
Los Angeles, California 90064
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224


**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
Kristen Clarke
Jon M. Greenbaum
Ezra D. Rosenberg
Dorian L. Spence
1401 New York Avenue NW, Suite 400
Washington, DC 20005
Telephone:  (202) 662-8600
Facsimile:  (202) 783-0857

**PUBLIC COUNSEL**
Mark Rosenbaum
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone:  (213) 385-2977
Facsimile:  (213) 385-9089

**CITY OF SAN JOSE**
Richard Doyle, City Attorney
Nora Frimann, Assistant City Attorney
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail: cao.main@sanjoseca.gov

*Attorneys for Plaintiffs*
CITY OF SAN JOSE and BLACK ALLIANCE FOR JUST IMMIGRATION

Dated: November 28, 2018

JOSEPH H. HUNT
Assistant Attorney General

BRETT A. SHUMATE
Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

*/s/ Kate Bailey*
KATE BAILEY
STEPHEN EHRLICH
CAROL FEDERIGHI
DANIEL HALAINEN
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Phone: (202) 514-9239
Email: kate.bailey@usdoj.gov
*Attorneys for Defendants*

SA2018100904
Joint Motion for Administrative Relief.docx.docx

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated: November 28, 2018 　　　　　　　　　*/s/ Gabrielle D. Boutin*
　　　　　　　　　　　　　　　　　　　　　GABRIELLE D. BOUTIN

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **State of California, et al. v. Wilbur L. Ross, et al.** | No. | **3:18-cv-01865** |

I hereby certify that on <u>November 28, 2018</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT MOTION FOR ADMINISTRATIVE RELIEF RE:**

**1) EXHIBIT AND WITNESS DISCLOSURE DEADLINE**

**2) LENGTH OF TRIAL DAYS**

**3) DIRECT TESTIMONY AT TRIAL BY DECLARATION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>November 28, 2018</u>, at Sacramento, California.

| | |
|---|---|
| Eileen A. Ennis | */s/ Eileen A. Ennis* |
| Declarant | Signature |

SA2018100904
13346222.docx

1  XAVIER BECERRA
   Attorney General of California
2  MARK R. BECKINGTON
   ANTHONY R. HAKL
3  Supervising Deputy Attorneys General
   GABRIELLE D. BOUTIN, SBN 267308
4  ANNA T. FERRARI, SBN 261579
   TODD GRABARSKY, SBN 286999
5  R. MATTHEW WISE, SBN 238485
   Deputy Attorneys General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 210-6053
8    Fax: (916) 324-8835
     E-mail: Gabrielle.Boutin@doj.ca.gov
9  *Attorneys for Plaintiff State of California, by and
   through Attorney General Xavier Becerra*

10

11                    IN THE UNITED STATES DISTRICT COURT

12                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                           SAN FRANCISCO DIVISION

14

15
    | | |
    |---|---|
    | **STATE OF CALIFORNIA by and through Attorney General Xavier Becerra; COUNTY OF LOS ANGELES; CITY OF LOS ANGELES; CITY OF FREMONT; CITY OF LONG BEACH; CITY OF OAKLAND; CITY OF STOCKTON,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau; U.S. CENSUS BUREAU; DOES 1-100,**<br><br>Defendants. | 3:18-cv-01865<br><br>**STIPULATION AND [PROPOSED] ORDER RE: JOINT MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Dept:       3<br>Judge:      The Honorable Richard G. Seeborg<br>Trial Date: January 7, 2019<br>Action Filed: March 26, 2018 |

1

|  | Case No. 5:18-cv-02279 |
|---|---|
| **CITY OF SAN JOSE, a municipal corporation; and BLACK ALLIANCE FOR JUST IMMIGRATION, a California Non-Profit Corporation,** | |
| Plaintiffs, | |
| v. | |
| **WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau; U.S. CENSUS BUREAU,** | |
| Defendants. | |

The Plaintiffs, Plaintiff-in-Intervention, and Defendants in the cases of *California et al. v. Ross et al.*, 18-cv-1865 and *San Jose et al. v. Ross et al.*, 18-cv-2279, hereby stipulate as follows:

1. The parties seek an order clarifying the deadline to exchange witness and exhibit lists under this Court's Standing Order and Federal Rule of Civil Procedure 26(a)(3). In the event the deadline is earlier than December 12, 2018, the parties stipulate and request an order setting December 12 as the deadline, with December 28 as the deadline for parties to lodge objections to those witness and exhibit lists.

2. The parties seek an order clarifying whether the trial proceedings in this action will be conducted over full or half days.

3. The parties stipulate and request an order permitting them to submit the direct testimony of some trial witnesses by declaration, and that the following procedures (or similar procedures) govern:

- Copies of the declaration must be submitted to the Court and served no later than December 28, 2018.

- Three business days after submission of such declarations, counsel for each party must submit a list of all declarants whom it intends to cross-examine at the trial. Only those witnesses who will be cross-examined need to appear at trial.
- The original signed declarations must be brought to trial to be marked as exhibits, at which time any objections to particular paragraphs of a declaration would be made.

**IT IS SO STIPULATED.**

Dated:  November 28, 2018      Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
ANTHONY R. HAKL
Supervising Deputy Attorneys General
ANNA T. FERRARI
TODD GRABARSKY
R. MATTHEW WISE
Deputy Attorneys General


*/s/   Gabrielle D. Boutin*
GABRIELLE D. BOUTIN
Deputy Attorney General
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

Dated:  November 28, 2018      */s/ Charles L. Coleman* _____
CHARLES L. COLEMAN III, SBN 65496
DAVID I. HOLTZMAN
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Telephone: (415) 743-6970
Fax: (415) 743-6910
Email: charles.coleman@hklaw.com
*Attorneys for Plaintiff County of Los Angeles*

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  November 28, 2018 | MIKE FEUER<br>City Attorney for the City of Los Angeles |
| 3 | | */s/ Valerie Flores*_____<br>VALERIE FLORES, SBN 138572 |
| 4 | | Managing Senior Assistant City Attorney<br>200 North Main Street, 7th Floor, MS 140 |
| 5 | | Los Angeles, CA  90012<br>Telephone: (213) 978-8130 |
| 6 | | Fax: (213) 978-8222<br>Email: Valerie.Flores@lacity.org |
| 7 | | |
| 8 | Dated:  November 28, 2018 | HARVEY LEVINE<br>City Attorney for the City of Fremont |
| 9 | | |
| 10 | | */s/ Harvey Levine*_____<br>SBN 61880 |
| 11 | | 3300 Capitol Ave.<br>Fremont, CA 94538 |
| 12 | | Telephone: (510) 284-4030<br>Fax: (510) 284-4031 |
| 13 | | Email: hlevine@fremont.gov |
| 14 | Dated:  November 28, 2018 | CHARLES PARKIN |
| 15 | | City Attorney for the City of Long Beach |
| 16 | | */s/ Michael J. Mais*_____<br>MICHAEL K. MAIS, SBN 90444 |
| 17 | | Assistant City Attorney<br>333 W. Ocean Blvd., 11th Floor |
| 18 | | Long Beach CA, 90802<br>Telephone: (562) 570-2200 |
| 19 | | Fax: (562) 436-1579<br>Email: Michael.Mais@longbeach.gov |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: November 28, 2018 | BARBARA J. PARKER<br>City Attorney for the City of Oakland |
| 2 | | |
| 3 | | */s/ Erin Bernstein* _____<br>MARIA BEE<br>Chief Assistant City Attorney |
| 4 | | ERIN BERNSTEIN, SBN 231539<br>Supervising Deputy City Attorney |
| 5 | | MALIA MCPHERSON<br>Deputy City Attorney |
| 6 | | City Hall, 6th Floor<br>1 Frank Ogawa Plaza |
| 7 | | Oakland, California 94612<br>Telephone: (510) 238-3601 |
| 8 | | Fax: (510) 238-6500<br>Email: ebernstein@oaklandcityattorney.org |
| 9 | | |
| 10 | | |
| 11 | Dated: November 28, 2018 | JOHN LUEBBERKE<br>City Attorney for the City of Stockton |
| 12 | | */s/ John Luebberke* _____<br>SBN 164893 |
| 13 | | 425 N. El Dorado Street, 2nd Floor<br>Stockton, CA 95202 |
| 14 | | Telephone: (209) 937-8333<br>Fax: (209) 937-8898 |
| 15 | | Email: John.Luebberke@stocktonca.gov |
| 16 | Dated: November 28, 2018 | DANNIS WOLIVER KELLEY<br>SUE ANN SALMON EVANS |
| 17 | | KEITH A. YEOMANS |
| 18 | | */s/ Keith A. Yeomans*<br>KEITH A. YEOMANS |
| 19 | | *Attorneys for Plaintiff-Intervenor* |
| 20 | | *Los Angeles Unified School District* |
| 21 | | |
| 22 | Dated: November 28, 2018 | **MANATT, PHELPS & PHILLIPS, LLP** |
| | | By: *s/ Andrew Case* _____ |
| 23 | | John F. Libby |
| | | John W. McGuinness |
| 24 | | Emil Petrossian |
| 25 | | Andrew Case (*pro hac vice*)<br>11355 West Olympic Boulevard |
| 26 | | Los Angeles, California 90064<br>Telephone: (310) 312-4000 |
| 27 | | Facsimile: (310) 312-4224 |
| 28 | | |

**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
Kristen Clarke
Jon M. Greenbaum
Ezra D. Rosenberg
Dorian L. Spence
1401 New York Avenue NW, Suite 400
Washington, DC 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857

**PUBLIC COUNSEL**
Mark Rosenbaum
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone: (213) 385-2977
Facsimile: (213) 385-9089

**CITY OF SAN JOSE**
Richard Doyle, City Attorney
Nora Frimann, Assistant City Attorney
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail: cao.main@sanjoseca.gov

*Attorneys for Plaintiffs*
CITY OF SAN JOSE and BLACK ALLIANCE FOR JUST IMMIGRATION

Dated: November 28, 2018

JOSEPH H. HUNT
Assistant Attorney General

BRETT A. SHUMATE
Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

*/s/ Kate Bailey*
KATE BAILEY
STEPHEN EHRLICH
CAROL FEDERIGHI
DANIEL HALAINEN
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Phone: (202) 514-923
Email: kate.bailey@usdoj.gov
*Attorneys for Defendants*

6

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated: November 28, 2018                            */s/ Gabrielle D. Boutin*
                                                                             GABRIELLE D. BOUTIN

**[PROPOSED] ORDER**

Based on the Parties' Stipulation Re: Joint Motion for Administrative Relief and good cause appearing:

- The parties' deadline to exchange witness and exhibit lists is **Thursday, December 12, 2018**. Objections shall be lodged **Friday, December 28.**
- Trial will be conducted during the following hours: _____.
- Parties may submit the direct testimony of some trial witness by declaration. The following deadline and procedures will govern:
    - Copies of each declaration must be submitted to the Court and served no later than December 28, 2018.
    - Three business days after submission of such declarations, counsel for each party must submit a list of all declarants whom it intends to cross-examine at the trial. Only those witnesses who will be cross-examined need to appear at trial.
    - The original signed declarations must be brought to trial to be marked as exhibits, at which time any objections to particular paragraphs of a declaration would be made.

**IT IS SO ORDERED.**

DATED: _____           _____
                                         HON. RICHARD SEEBORG
                                         United States District Court Judge

# CERTIFICATE OF SERVICE

| Case Name: | **State of California, et al. v. Wilbur L. Ross, et al.** | No. | **3:18-cv-01865** |
|---|---|---|---|

I hereby certify that on <u>November 28, 2018</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER RE: JOINT MOTION FOR ADMINISTRATIVE RELIEF**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>November 28, 2018</u>, at Sacramento, California.

| Eileen A. Ennis | */s/ Eileen A. Ennis* |
|---|---|
| Declarant | Signature |

SA2018100904
13346315.docx