XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
ANTHONY R. HAKL
Supervising Deputy Attorneys General
GABRIELLE D. BOUTIN, SBN 267308
ANNA T. FERRARI, SBN 261579
TODD GRABARSKY, SBN 286999
R. MATTHEW WISE, SBN 238485
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6053
 Fax: (916) 324-8835
 E-mail: Gabrielle.Boutin@doj.ca.gov
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, by and through Attorney General Xavier Becerra,**<br><br>Plaintiff,<br><br>v.<br><br>**WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau; U.S. CENSUS BUREAU; DOES 1-100,**<br><br>Defendants. | 3:18-cv-01865<br><br>**PLAINTIFFS' EVIDENTIARY OBJECTION TO DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**<br><br>Date: December 7, 2018<br>Time: 10:00 a.m.<br>Dept: 3<br>Judge: The Honorable Richard G. Seeborg<br>Trial Date: January 7, 2019<br>Action Filed: March 26, 2018 |

Pursuant to Federal Rule of Civil Procedure 56(c), Plaintiffs hereby submit the following objection to Exhibit A of the Declaration of Carol Federighi, submitted in support of Defendants' Reply in Support of Their Motion for Summary Judgment. Because Exhibit A is inadmissible hearsay, it should be excluded from the Court's consideration of Defendants' Motion for Summary Judgment.

## OBJECTION

Exhibit A contains an excerpt from the November 14, 2018, trial testimony of Dr. John Abowd, Chief Scientist of the Census Bureau, in the matter *New York v. United States Department of Commerce*, 18-cv-2921 (S.D.N.Y.). Federighi Decl. ¶ 1 & Ex. A. Because Defendants seek to utilize that prior testimony for the truth of the matter asserted therein, *see, e.g.*, Defs' Reply, at 4, that testimony is hearsay. Fed. R. Evid. 801(a)-(c).

To the extent the Court finds that Exhibit A may be admissible for the purposes of summary judgment under Federal Rule of Civil Procedure 56, Plaintiffs reserve all rights to object to its admissibility—or the admissibility of any other transcript excerpts from the trial in *New York v. United States Department of Commerce*—in future proceedings, including at trial.

## CONCLUSION

For the foregoing reasons, this Court should sustain Plaintiffs' objection and exclude Exhibit A from its consideration of Defendants' Motion for Summary Judgment.

| | | |
|---|---|---|
| 1 | Dated:  November 30, 2018 | Respectfully Submitted, |
| 2 | | XAVIER BECERRA<br>Attorney General of California |
| 3 | | MARK R. BECKINGTON<br>ANTHONY R. HAKL |
| 4 | | Supervising Deputy Attorneys General<br>ANNA T. FERRARI |
| 5 | | TODD GRABARSKY<br>R. MATTHEW WISE |
| 6 | | Deputy Attorneys General |

*/s/   Gabrielle D. Boutin*
GABRIELLE D. BOUTIN
Deputy Attorney General
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

Dated:  November 30, 2018        */s/ Charles L. Coleman* _____
CHARLES L. COLEMAN III, SBN 65496
DAVID I. HOLTZMAN
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Telephone: (415) 743-6970
Fax: (415) 743-6910
Email: charles.coleman@hklaw.com
*Attorneys for Plaintiff County of Los Angeles*

Dated:  November 30, 2018        MIKE FEUER
City Attorney for the City of Los Angeles

*/s/ Valerie Flores* _____
VALERIE FLORES, SBN 138572
Managing Senior Assistant City Attorney
200 North Main Street, 7th Floor, MS 140
Los Angeles, CA  90012
Telephone: (213) 978-8130
Fax: (213) 978-8222
Email: Valerie.Flores@lacity.org

| | | |
|---|---|---|
| 1 | Dated:  November 30, 2018 | HARVEY LEVINE<br>City Attorney for the City of Fremont |
| 2 | | |
| 3 | | */s/ Harvey Levine* _____<br>SBN 61880<br>3300 Capitol Ave. |
| 4 | | Fremont, CA 94538<br>Telephone: (510) 284-4030 |
| 5 | | Fax: (510) 284-4031<br>Email: hlevine@fremont.gov |
| 6 | | |
| 7 | Dated:  November 30, 2018 | CHARLES PARKIN<br>City Attorney for the City of Long Beach |
| 8 | | |
| 9 | | */s/ Michael J. Mais* _____<br>MICHAEL K. MAIS, SBN 90444 |
| 10 | | Assistant City Attorney<br>333 W. Ocean Blvd., 11th Floor |
| 11 | | Long Beach CA, 90802<br>Telephone: (562) 570-2200<br>Fax: (562) 436-1579 |
| 12 | | Email: Michael.Mais@longbeach.gov |
| 13 | | |
| 14 | Dated:  November 30, 2018 | BARBARA J. PARKER<br>City Attorney for the City of Oakland |
| 15 | | */s/ Erin Bernstein* _____ |
| 16 | | MARIA BEE<br>Chief Assistant City Attorney |
| 17 | | ERIN BERNSTEIN, SBN 231539<br>Supervising Deputy City Attorney |
| 18 | | MALIA MCPHERSON<br>Deputy City Attorney |
| 19 | | City Hall, 6th Floor<br>1 Frank Ogawa Plaza |
| 20 | | Oakland, California 94612<br>Telephone: (510) 238-3601 |
| 21 | | Fax: (510) 238-6500<br>Email: ebernstein@oaklandcityattorney.org |
| 22 | | |
| 23 | Dated:  November 30, 2018 | JOHN LUEBBERKE<br>City Attorney for the City of Stockton |
| 24 | | */s/ John Luebberke* _____ |
| 25 | | SBN 164893<br>425 N. El Dorado Street, 2nd Floor |
| 26 | | Stockton, CA 95202<br>Telephone: (209) 937-8333 |
| 27 | | Fax: (209) 937-8898<br>Email: John.Luebberke@stocktonca.gov |
| 28 | | |

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **State of California, et al. v. Wilbur L. Ross, et al.** | No. | **3:18-cv-01865** |

I hereby certify that on <u>November 30, 2018</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**PLAINTIFFS' EVIDENTIARY OBJECTION TO DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>November 30, 2018</u>, at Sacramento, California.

| | |
|---|---|
| Eileen A. Ennis | */s/ Eileen A. Ennis* |
| Declarant | Signature |

SA2018100904
13349607.docx