JOSEPH H. HUNT
Assistant Attorney General
CARLOTTA P. WELLS
Assistant Director
MARTIN M. TOMLINSON
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Phone: (202) 353-4556
martin.m.tomlinson@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Civil Action No. 3:18-cv-01865-RS |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| WILBUR L. ROSS, JR., in his official capacity as United States Secretary of Commerce, *et al.*, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Martin M. Tomlinson, Civil Division, United States Department of Justice, enters his appearance in this case on behalf of the defendants.

| | |
|---|---|
| Dated: December 1, 2018 | Respectfully submitted,<br><br>JOSEPH H. HUNT<br>Assistant Attorney General<br>Civil Division<br><br>CARLOTTA WELLS<br>Assistant Director, Civil Division<br><br>s/*Martin M. Tomlinson*<br>MARTIN M. TOMLINSON<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, DC  20044<br>Phone: (202) 353-4556<br>martin.m.tomlinson@usdoj.gov<br><br>Attorneys for Defendants |