XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
ANTHONY R. HAKL
Supervising Deputy Attorneys General
GABRIELLE D. BOUTIN, SBN 267308
ANNA T. FERRARI, SBN 261579
TODD GRABARSKY, SBN 286999
R. MATTHEW WISE, SBN 238485
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6053
 Fax: (916) 324-8835
 E-mail: Gabrielle.Boutin@doj.ca.gov
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA by and through Attorney General Xavier Becerra; COUNTY OF LOS ANGELES; CITY OF LOS ANGELES; CITY OF FREMONT; CITY OF LONG BEACH; CITY OF OAKLAND; CITY OF STOCKTON,**<br><br>Plaintiffs,<br><br>v.<br><br>**WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau; U.S. CENSUS BUREAU; DOES 1-100,**<br><br>Defendants. | 3:18-cv-01865<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE: JOINT MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Dept: 3<br>Judge: The Honorable Richard G. Seeborg<br>Trial Date: January 7, 2019<br>Action Filed: March 26, 2018 |

|   |   |
|---|---|
| **CITY OF SAN JOSE, a municipal corporation; and BLACK ALLIANCE FOR JUST IMMIGRATION, a California Non-Profit Corporation,**<br><br>                              Plaintiffs,<br><br>     v.<br><br>**WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau; U.S. CENSUS BUREAU,**<br><br>                              Defendants. | Case No. 5:18-cv-02279 |

The Plaintiffs, Plaintiff-in-Intervention, and Defendants in the cases of *California et al. v. Ross et al.*, 18-cv-1865 and *San Jose et al. v. Ross et al.*, 18-cv-2279, hereby stipulate as follows:

1. The parties seek an order clarifying the deadline to exchange witness and exhibit lists under this Court's Standing Order and Federal Rule of Civil Procedure 26(a)(3). In the event the deadline is earlier than December 12, 2018, the parties stipulate and request an order setting December 12 as the deadline, with December 28 as the deadline for parties to lodge objections to those witness and exhibit lists.

2. The parties seek an order clarifying whether the trial proceedings in this action will be conducted over full or half days.

3. The parties stipulate and request an order permitting them to submit the direct testimony of some trial witnesses by declaration, and that the following procedures (or similar procedures) govern:

- Copies of the declaration must be submitted to the Court and served no later than December 28, 2018.

- Three business days after submission of such declarations, counsel for each party must submit a list of all declarants whom it intends to cross-examine at the trial. Only those witnesses who will be cross-examined need to appear at trial.
- The original signed declarations must be brought to trial to be marked as exhibits, at which time any objections to particular paragraphs of a declaration would be made.

**IT IS SO STIPULATED.**

Dated:  November 28, 2018           Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
ANTHONY R. HAKL
Supervising Deputy Attorneys General
ANNA T. FERRARI
TODD GRABARSKY
R. MATTHEW WISE
Deputy Attorneys General


*/s/   Gabrielle D. Boutin*
GABRIELLE D. BOUTIN
Deputy Attorney General
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

Dated:  November 28, 2018           */s/ Charles L. Coleman* _____
CHARLES L. COLEMAN III, SBN 65496
DAVID I. HOLTZMAN
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Telephone: (415) 743-6970
Fax: (415) 743-6910
Email: charles.coleman@hklaw.com
*Attorneys for Plaintiff County of Los Angeles*

| | | |
|---|---|---|
| Dated: November 28, 2018 | | MIKE FEUER<br>City Attorney for the City of Los Angeles<br><br>*/s/ Valerie Flores*<br>VALERIE FLORES, SBN 138572<br>Managing Senior Assistant City Attorney<br>200 North Main Street, 7th Floor, MS 140<br>Los Angeles, CA  90012<br>Telephone: (213) 978-8130<br>Fax: (213) 978-8222<br>Email: Valerie.Flores@lacity.org |
| Dated: November 28, 2018 | | HARVEY LEVINE<br>City Attorney for the City of Fremont<br><br>*/s/ Harvey Levine*<br>SBN 61880<br>3300 Capitol Ave.<br>Fremont, CA 94538<br>Telephone: (510) 284-4030<br>Fax: (510) 284-4031<br>Email: hlevine@fremont.gov |
| Dated: November 28, 2018 | | CHARLES PARKIN<br>City Attorney for the City of Long Beach<br><br>*/s/ Michael J. Mais*<br>MICHAEL K. MAIS, SBN 90444<br>Assistant City Attorney<br>333 W. Ocean Blvd., 11th Floor<br>Long Beach CA, 90802<br>Telephone: (562) 570-2200<br>Fax: (562) 436-1579<br>Email: Michael.Mais@longbeach.gov |

| | | |
|---|---|---|
| 1 | Dated: November 28, 2018 | BARBARA J. PARKER |
| | | City Attorney for the City of Oakland |
| 2 | | |
| | | */s/ Erin Bernstein* _____ |
| 3 | | MARIA BEE |
| | | Chief Assistant City Attorney |
| 4 | | ERIN BERNSTEIN, SBN 231539 |
| | | Supervising Deputy City Attorney |
| 5 | | MALIA MCPHERSON |
| | | Deputy City Attorney |
| 6 | | City Hall, 6th Floor |
| | | 1 Frank Ogawa Plaza |
| 7 | | Oakland, California 94612 |
| | | Telephone: (510) 238-3601 |
| 8 | | Fax: (510) 238-6500 |
| | | Email: ebernstein@oaklandcityattorney.org |
| 9 | | |
| 10 | | |
| | Dated: November 28, 2018 | JOHN LUEBBERKE |
| 11 | | City Attorney for the City of Stockton |
| 12 | | */s/ John Luebberke* _____ |
| | | SBN 164893 |
| 13 | | 425 N. El Dorado Street, 2nd Floor |
| | | Stockton, CA 95202 |
| 14 | | Telephone: (209) 937-8333 |
| | | Fax: (209) 937-8898 |
| 15 | | Email: John.Luebberke@stocktonca.gov |
| 16 | Dated: November 28, 2018 | DANNIS WOLIVER KELLEY |
| | | SUE ANN SALMON EVANS |
| 17 | | KEITH A. YEOMANS |
| 18 | | |
| | | */s/ Keith A. Yeomans* |
| 19 | | KEITH A. YEOMANS |
| | | *Attorneys for Plaintiff-Intervenor* |
| 20 | | *Los Angeles Unified School District* |
| 21 | | |
| 22 | Dated: November 28, 2018 | **MANATT, PHELPS & PHILLIPS, LLP** |
| | | By: *s/ Andrew Case* _____ |
| 23 | | John F. Libby |
| | | John W. McGuinness |
| 24 | | Emil Petrossian |
| 25 | | Andrew Case (*pro hac vice*) |
| | | 11355 West Olympic Boulevard |
| 26 | | Los Angeles, California 90064 |
| | | Telephone: (310) 312-4000 |
| 27 | | Facsimile: (310) 312-4224 |
| 28 | | |

**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
Kristen Clarke
Jon M. Greenbaum
Ezra D. Rosenberg
Dorian L. Spence
1401 New York Avenue NW, Suite 400
Washington, DC 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857

**PUBLIC COUNSEL**
Mark Rosenbaum
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone: (213) 385-2977
Facsimile: (213) 385-9089

**CITY OF SAN JOSE**
Richard Doyle, City Attorney
Nora Frimann, Assistant City Attorney
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail: cao.main@sanjoseca.gov

*Attorneys for Plaintiffs*
CITY OF SAN JOSE and BLACK ALLIANCE FOR JUST IMMIGRATION

Dated: November 28, 2018

JOSEPH H. HUNT
Assistant Attorney General

BRETT A. SHUMATE
Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

*/s/ Kate Bailey*
KATE BAILEY
STEPHEN EHRLICH
CAROL FEDERIGHI
DANIEL HALAINEN
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Phone: (202) 514-923
Email: kate.bailey@usdoj.gov
*Attorneys for Defendants*

6

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated: November 28, 2018     */s/ Gabrielle D. Boutin*
GABRIELLE D. BOUTIN

# [~~PROPOSED~~] ORDER

Based on the Parties' Stipulation Re: Joint Motion for Administrative Relief and good cause appearing:

- The parties' deadline to exchange witness and exhibit lists is **Thursday, December 12, 2018**. Objections shall be lodged **Friday, December 28.**
- Trial will be conducted during the following hours:
  <u>  To be determined                                                                                          </u>.
- Parties may submit the direct testimony of some trial witness by declaration. The following deadline and procedures will govern:
  - Copies of each declaration must be submitted to the Court and served no later than December 28, 2018.
  - Three business days after submission of such declarations, counsel for each party must submit a list of all declarants whom it intends to cross-examine at the trial. Only those witnesses who will be cross-examined need to appear at trial.
  - The original signed declarations must be brought to trial to be marked as exhibits, at which time any objections to particular paragraphs of a declaration would be made.

**IT IS SO ORDERED.**

DATED: 12/3/18

_____
HON. RICHARD SEEBORG
United States District Court Judge