XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
ANTHONY R. HAKL
Supervising Deputy Attorneys General
GABRIELLE D. BOUTIN, SBN 267308
TODD GRABARSKY, SBN 286999
R. MATTHEW WISE, SBN 238485
ANNA T. FERRARI, SBN 261579
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-3779
  Fax: (415) 703-5480
  E-mail: Anna.Ferrari@doj.ca.gov
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA by and through Attorney General Xavier Becerra; COUNTY OF LOS ANGELES; CITY OF LOS ANGELES; CITY OF FREMONT; CITY OF LONG BEACH; CITY OF OAKLAND; CITY OF STOCKTON,**<br><br>Plaintiffs,<br><br>v.<br><br>**WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau; U.S. CENSUS BUREAU; DOES 1-100,**<br><br>Defendants. | 3:18-cv-01865<br><br>**NOTICE OF APPEARANCES**<br><br>Dept:      3<br>Judge:    The Honorable Richard G. Seeborg<br>Trial Date:  January 7, 2019<br>Action Filed:  March 26, 2018 |
| **CITY OF SAN JOSE, a municipal corporation; and BLACK ALLIANCE FOR** | 5:18-cv-02279 |

1

|   |   |
|---|---|
| **JUST IMMIGRATION, a California Non-Profit Corporation,** | |
| Plaintiffs, | |
| v. | |
| **WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau; U.S. CENSUS BUREAU,** | |
| Defendants. | |

PLEASE TAKE NOTICE that Supervising Deputy Attorney General Anthony R. Hakl, Deputy Attorney General Todd Grabarsky, and Deputy Attorney General Anna T. Ferrari hereby enter their respective appearances as counsel for plaintiff State of California, by and through Attorney General Xavier Becerra.

Mr. Hakl is a member of the State Bar of California (SBN 197335) and is admitted to practice in the Northern District of California.  His contact information is as follows:

> Anthony R. Hakl
> Supervising Deputy Attorney General
>   1300 I Street, Suite 125
>   P.O. Box 944255
>   Sacramento, CA 94244-2550
>   Telephone:  (916) 210-6065
>   Fax:  (916) 324-8835
>   E-mail:  Anthony.Hakl@doj.ca.gov

Mr. Grabarsky is a member of the State Bar of California (SBN 286999) and is admitted to practice in the Northern District of California.  His contact information is as follows:

> Todd Grabarsky
> Deputy Attorney General
>   300 South Spring Street, Suite 1702
>   Los Angeles, CA 90013
>   Telephone:  (213) 269-6044
>   Fax:  (213) 897-5775
>   E-mail:  Todd.Grabarsky@doj.ca.gov

Ms. Ferrari is a member of the State Bar of California (SBN 261579) and is admitted to practice in the Northern District of California.  Her contact information is as follows:

>Anna T. Ferrari
>Deputy Attorney General
>  455 Golden Gate Avenue, Suite 11000
>  San Francisco, CA 94102-7004
>  Telephone:  (415) 510-3779
>  Fax:  (415) 703-5480
>  E-mail:  Anna.Ferrari@doj.ca.gov

Dated:  December 3, 2018               Respectfully submitted,

>XAVIER BECERRA
>Attorney General of California
>MARK R. BECKINGTON
>ANTHONY R. HAKL
>Supervising Deputy Attorneys General
>GABRIELLE D. BOUTIN
>TODD GRABARSKY
>R. MATTHEW WISE
>Deputy Attorneys General
>
>
>*/s/   Anna T. Ferrari*
>ANNA T. FERRARI
>Deputy Attorney General
>*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*