JOSEPH H. HUNT
Assistant Attorney General
BRETT A. SHUMATE
Deputy Assistant Attorney General
JOHN R. GRIFFITHS
Director
CARLOTTA P. WELLS
Assistant Director
MARTIN M. TOMLINSON
KATE BAILEY
STEPHEN EHRLICH
CAROL FEDERIGHI
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Tel.: (202) 353-4556
Email: martin.m.tomlinson@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>WILBUR L. ROSS, JR., *et al.*,<br><br>  Defendants. | Civil Action No. 3:18-cv-01865-RS<br><br>**DEFENDANTS' OPPOSITION TO PLAINTIFFS' EVIDENTIARY OBJECTION TO DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**<br><br>Date: December 7, 2018<br>Time: 10:00 a.m.<br>Judge: Honorable Richard Seeborg<br>Dept.: 3 |

# OPPOSITION

Plaintiffs have filed an objection to Defendants' reliance upon a portion of the trial testimony of Dr. John Abowd, Chief Scientist of the Census Bureau, in support of their summary judgment briefing. *See* ECF 97. That objection is misplaced. *See Frazser v. Goodale*, 342 F.3d 1032, 1036 (9th Cir. 2003) (holding that the court did not need to decide whether a diary was admissible because it "would be sufficient if the contents of the diary are admissible at trial, even if the diary itself may be inadmissible"). The Ninth Circuit has explained that, at summary judgment, "we do not focus on the admissibility of the evidence's form. We instead focus on the admissibility of its contents." *Id.* (citing *Block v. City of Los Angeles*, 253 F.3d 410, 418-19 (9th Cir. 2001); *Fed. Deposit Ins. Corp. v. N.H. Ins. Co.*, 953 F.2d 478, 485 (9th Cir. 1991)). There can be no dispute that Defendants could call Dr. Abowd at a trial in this case—as they did during the trial in the Southern District of New York—and elicit the testimony identified in Exhibit A of the Declaration in support of Defendants' summary judgment reply. Accordingly, because Dr. Abowd's testimony is capable of being reduced to an admissible form at any trial in this case, Plaintiffs' objection to this testimony should be overruled.

Date: December 4, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

BRETT A. SHUMATE
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

CARLOTTA P. WELLS
Assistant Director

*/s/ Martin M. Tomlinson*
MARTIN M. TOMLINSON
KATE BAILEY

*California v. Ross*, **No. 3:18-cv-1865-RS**
**Defendants' Opposition to Plaintiffs' Evidentiary Objection
to Defendants' Reply in Support of Their Motion for Summary Judgment**

STEPHEN EHRLICH
CAROL FEDERIGHI
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Tel.: (202) 353-4556
Fax: (202) 616-8470
Email: martin.m.tomlinson@usdoj.gov

*Attorneys for Defendants*

*California v. Ross*, No. 3:18-cv-1865-RS
**Defendants' Opposition to Plaintiffs' Evidentiary Objection
to Defendants' Reply in Support of Their Motion for Summary Judgment**

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of December, 2018, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing.

*/s/ Martin M. Tomlinson*

MARTIN M. TOMLINSON