XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
ANTHONY R. HAKL
Supervising Deputy Attorneys General
GABRIELLE D. BOUTIN, SBN 267308
ANNA T. FERRARI, SBN 261579
TODD GRABARSKY, SBN 286999
R. MATTHEW WISE, SBN 238485
NOREEN P. SKELLY, SBN 186135
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6053
 Fax: (916) 324-8835
 E-mail: Gabrielle.Boutin@doj.ca.gov
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, by and through Attorney General Xavier Becerra,**<br><br>Plaintiff,<br><br>v.<br><br>**WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau; U.S. CENSUS BUREAU; DOES 1-100,**<br><br>Defendants. | 3:18-cv-01865<br><br>**PLAINTIFFS' WITNESS LIST**<br><br>Dept: 3<br>Judge: The Honorable Richard G. Seeborg<br>Trial Date: January 7, 2019<br>Action Filed: March 26, 2018 |

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and this Court's December 3, 2018, Order Re: Joint Motion for Administrative Relief (ECF No. 99), Plaintiffs State of California, County of Los Angeles, City of Los Angeles, City of Fremont, City of Long Beach, City of Oakland, and City of Stockton hereby submit the following witness list for trial in this case on January 7, 2018.

**PRELIMINARY STATEMENT**

Plaintiffs reserve the right to amend or augment this witness list, including for the purposes of impeachment or rebuttal, up to and during the time of trial.  These disclosures are based upon the facts and information presently known and available to Plaintiffs.  To the extent any witness has not been previously identified, Plaintiffs agree to meet and confer regarding related discovery, if necessary.

**WITNESS LIST**

Plaintiffs expect to present the following witnesses at trial.

**I.   WITNESSES BY LIVE TESTIMONY OR DECLARATION**

- Dr. John Abowd.
- Douglas Baron.  Mr. Baron may be reached by contacting Plaintiffs' counsel.
- Amy Bodek.  Ms. Bodek may be reached by contacting Plaintiffs' counsel.
- Dr. Matthew Barreto (expert).  Dr. Barreto may be reached by contacting Plaintiffs' counsel.
- Dr. Bernard Fraga (expert).  Dr. Fraga may be reached by contacting Plaintiffs' counsel.
- Dr. Hermann Habermann (expert).  Dr. Habermann may be reached by contacting Plaintiffs' counsel.
- Dr. Lisa Handley (expert).  Dr. Handley may be reached by contacting Plaintiffs' counsel.
- Dr. Colm O'Muircheartaigh (expert).  Dr. O'Muircheartaigh may be reached by contacting Plaintiffs' counsel.
- Dr. Andrew Reamer (expert).  Dr. Reamer may be reached by contacting Plaintiffs' counsel.
- Andrew Westall.  Mr. Westall may be reached by contacting Plaintiffs' counsel.

**II. WITNESS BY TRIAL DEPOSITION**

- Pamela Karlan (expert).

**III. WITNESSES BY DISCOVERY DEPOSITION**

- Dr. John Abowd, as an individual, as an agent of the Census Bureau, and as the Census Bureau's Federal Rule of Civil Procedure 30(b)(6) representative.
- Earl Comstock.
- John Gore.
- Ron Jarmin.
- Karen Dunn Kelley.
- David Langdon.
- A. Mark Neuman.
- Sahra Park-Su.
- Wendy Teramoto.

**IV. OTHER WITNESSES**

Plaintiffs also join and incorporate in this disclosure all witnesses identified by Plaintiff-in-Intervention Los Angeles Unified School District, and all witness identified by plaintiffs in the related action of *City of San Jose v. Ross*, U.S.D.C., N.D. Cal., case no. 3:18-cv-02279.

| | | |
|---|---|---|
| 1 | Dated:  December 12, 2018 | Respectfully Submitted, |
| 2 | | XAVIER BECERRA<br>Attorney General of California |
| 3 | | MARK R. BECKINGTON<br>ANTHONY R. HAKL |
| 4 | | Supervising Deputy Attorneys General<br>ANNA T. FERRARI |
| 5 | | TODD GRABARSKY<br>R. MATTHEW WISE |
| 6 | | NOREEN P. SKELLY<br>Deputy Attorneys General |
| 7 | | |
| 8 | | */s/   Gabrielle D. Boutin*<br>GABRIELLE D. BOUTIN |
| 9 | | Deputy Attorney General<br>*Attorneys for Plaintiff State of California, by and* |
| 10 | | *through Attorney General Xavier Becerra* |
| 11 | | |
| 12 | Dated:  December 12, 2018 | */s/ Charles L. Coleman* _____<br>CHARLES L. COLEMAN III, SBN 65496 |
| 13 | | DAVID I. HOLTZMAN<br>HOLLAND & KNIGHT LLP |
| 14 | | 50 California Street, 28th Floor |
| 15 | | San Francisco, CA 94111<br>Telephone: (415) 743-6970 |
| 16 | | Fax: (415) 743-6910<br>Email: charles.coleman@hklaw.com |
| 17 | | *Attorneys for Plaintiff County of Los Angeles* |
| 18 | Dated:  December 12, 2018 | MIKE FEUER<br>City Attorney for the City of Los Angeles |
| 19 | | |
| 20 | | */s/ Valerie Flores* _____<br>VALERIE FLORES, SBN 138572 |
| 21 | | Managing Senior Assistant City Attorney<br>200 North Main Street, 7th Floor, MS 140 |
| 22 | | Los Angeles, CA  90012<br>Telephone: (213) 978-8130 |
| 23 | | Fax: (213) 978-8222<br>Email: Valerie.Flores@lacity.org |

| | | |
|---|---|---|
| 1 | Dated:  December 12, 2018 | HARVEY LEVINE<br>City Attorney for the City of Fremont |
| 2 | | |
| 3 | | */s/ Harvey Levine* _____<br>SBN 61880<br>3300 Capitol Ave. |
| 4 | | Fremont, CA 94538<br>Telephone: (510) 284-4030 |
| 5 | | Fax: (510) 284-4031<br>Email: hlevine@fremont.gov |
| 6 | | |
| 7 | Dated:  December 12, 2018 | CHARLES PARKIN<br>City Attorney for the City of Long Beach |
| 8 | | |
| 9 | | */s/ Michael J. Mais* _____<br>MICHAEL K. MAIS, SBN 90444 |
| 10 | | Assistant City Attorney<br>333 W. Ocean Blvd., 11th Floor |
| 11 | | Long Beach CA, 90802<br>Telephone: (562) 570-2200<br>Fax: (562) 436-1579 |
| 12 | | Email: Michael.Mais@longbeach.gov |
| 13 | | |
| 14 | Dated:  December 12, 2018 | BARBARA J. PARKER<br>City Attorney for the City of Oakland |
| 15 | | */s/ Erin Bernstein* _____<br>MARIA BEE |
| 16 | | Chief Assistant City Attorney<br>ERIN BERNSTEIN, SBN 231539 |
| 17 | | Supervising Deputy City Attorney<br>MALIA MCPHERSON |
| 18 | | Deputy City Attorney<br>City Hall, 6th Floor |
| 19 | | 1 Frank Ogawa Plaza<br>Oakland, California 94612 |
| 20 | | Telephone: (510) 238-3601<br>Fax: (510) 238-6500 |
| 21 | | Email: ebernstein@oaklandcityattorney.org |
| 22 | | |
| 23 | Dated:  December 12, 2018 | JOHN LUEBBERKE<br>City Attorney for the City of Stockton |
| 24 | | */s/ John Luebberke* _____ |
| 25 | | SBN 164893<br>425 N. El Dorado Street, 2nd Floor<br>Stockton, CA 95202 |
| 26 | | Telephone: (209) 937-8333<br>Fax: (209) 937-8898 |
| 27 | | Email: John.Luebberke@stocktonca.gov |
| 28 | | |

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated: December 12, 2018         */s/ Gabrielle D. Boutin*
                                 GABRIELLE D. BOUTIN

# CERTIFICATE OF SERVICE

| Case Name: | **State of California, et al. v. Wilbur L. Ross, et al.** | No. | **3:18-cv-01865** |
|---|---|---|---|

I hereby certify that on <u>December 12, 2018</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**PLAINTIFFS' WITNESS LIST**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>December 12, 2018</u>, at Sacramento, California.

| Eileen A. Ennis | */s/ Eileen A. Ennis* |
|---|---|
| Declarant | Signature |

SA2018100904
13364882.docx