MANATT, PHELPS & PHILLIPS, LLP
JOHN F. LIBBY (Bar No. CA 128207)
E-mail: jlibby@manatt.com
JOHN W. MCGUINNESS (Bar No. CA 277322)
E-mail: jmcguinness@manatt.com
EMIL PETROSSIAN (Bar No. CA 264222)
E-mail: epetrossian@manatt.com
11355 West Olympic Boulevard
Los Angeles, California 90064
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Plaintiffs*
CITY OF SAN JOSE and BLACK ALLIANCE
FOR JUST IMMIGRATION

*[Additional Counsel Listed on Signature Page]*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SAN JOSE, a municipal corporation; and BLACK ALLIANCE FOR JUST IMMIGRATION, a California Non-Profit Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; et al.,<br><br>Defendants. | Case No. 3:18-cv-02279<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO ADMIT EVIDENCE IN LIEU OF TESTIMONY FOR DR. LISA HANDLEY AND DR. HERMANN HABERMANN**<br><br>Dept:   3<br>Judge:  The Honorable Richard G. Seeborg<br>Trial Date: January 7, 2019<br>Complaint Filed: April 17, 2018 |
| STATE OF CALIFORNIA by and through Attorney General Xavier Becerra; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; et al.,<br><br>Defendants. | Case No. 3:18-cv-01865 |

1

**STIPULATION AND [PROPOSED] ORDER - 3:18-CV-2779; 3:18-CV-01865**

# JOINT STIPULATION REGARDING THE TRIAL TESTIMONY OF DR. LISA HANDLEY AND DR. HERMANN HABERMANN

To promote efficiency and preserve judicial resources, Plaintiffs and Plaintiff-in-Intervention, (collectively, "Plaintiffs") and Defendants (collectively, "Parties") in the cases of *San Jose et al. v. Ross et al.*, 18-cv-2279, and *California et al. v. Ross et al.*, 18-cv-1865 have reached an agreement regarding the admission of evidence in lieu of trial testimony for certain expert witnesses who testified in *State of New York, et al. v. United States Department of Commerce, et al.*, case no. 1:18-cv-02921 ("New York matter"). The Parties hereby stipulate as follows:

1. Defendants' position is that, because the Administrative Procedure Act (APA) provides the waiver of sovereign immunity and the basis for review of Plaintiffs' claims, including their constitutional claim, this Court should confine its merits review to the administrative record. The testimony of Drs. Lisa Handley and Hermann Habermann go directly to the merits of Plaintiffs' claims and, as Defendants will state in an upcoming motion *in limine*, should therefore be excluded. Should this Court deny Defendants' motion *in limine* and include extra-record evidence in its review on the merits, Defendants stipulate to the procedure set forth below.

2. Should any of the Plaintiffs move to admit the testimony of Dr. Hermann Habermann, the complete trial testimony of Dr. Habermann set forth in pages 453:17- 471:13 of the transcript of trial proceedings on November 6, 2018 in the New York matter, including Dr. Habermann's trial affidavit filed in the New York matter as Doc. 498-11, may be moved into evidence during trial in the above-captioned case(s).

3. Should any of the Plaintiffs move to admit the testimony of Dr. Lisa Handley, the complete trial testimony of Dr. Handley set forth in pages 786:10-856:15 of the transcript of trial proceedings on November 13, 2018 in the New York matter may be moved into evidence during trial in the above-captioned case(s).

4. The following demonstratives used during the witnesses' direct examination in the New York matter may be considered by the Court for the limited purpose of assisting the Court in understanding Dr. Handley's trial testimony: PDX 31, PDX 32, PDX 33, PDX 34, PDX 35, PDX 36, PDX 37, PDX 38, PDX 39, PDX 40, PX 32, PX 332, PX 504, and PX 535.

5. Plaintiffs reserve the right to also seek to admit into evidence PX 331, PX 332, PX 504, and PX 535 for other purposes at trial. Defendants reserve the right to object to their admission for other purposes at that time.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated:  December 18, 2018 | **MANATT, PHELPS & PHILLIPS, LLP** |

By:  */s/ John F. Libby*
John F. Libby
John W. McGuinness
Emil Petrossian
Andrew Case
Rory Adams
Ana G. Guardado
Olufunmilayo O. Showole
Salvador E. Perez
11355 West Olympic Boulevard
Los Angeles, California 90064
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
Kristen Clarke
Jon M. Greenbaum
Ezra D. Rosenberg
Dorian L. Spence
1500 K Street, NW, Suite 900
Washington, DC 20005
Telephone:  (202) 662-8600
Facsimile:  (202) 783-0857

**PUBLIC COUNSEL**
Mark Rosenbaum
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone:  (213) 385-2977
Facsimile:  (213) 385-9089

**CITY OF SAN JOSE**
Richard Doyle, City Attorney
Nora Frimann, Assistant City Attorney
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail:  cao.main@sanjoseca.gov

*Attorneys for Plaintiffs* CITY OF SAN JOSE and BLACK ALLIANCE FOR JUST IMMIGRATION

| | | |
|---|---|---|
| 1 | Dated: December 18, 2018 | XAVIER BECERRA<br>Attorney General of California<br>MARK R. BECKINGTON<br>ANTHONY R. HAKL<br>Supervising Deputy Attorneys General<br>ANNA T. FERRARI<br>TODD GRABARSKY<br>R. MATTHEW WISE<br>NOREEN P. SKELLY<br>Deputy Attorneys General<br><br>*/s/ GABRIELLE D. BOUTIN*<br>GABRIELLE D. BOUTIN<br>Deputy Attorney General<br>*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra* |
| 11 | Dated: December 18, 2018 | DANNIS WOLIVER KELLEY<br>SUE ANN SALMON EVANS<br>KEITH A. YEOMANS<br><br>*/s/ KEITH A. YEOMANS*<br>KEITH A. YEOMANS<br>*Attorneys for Plaintiff-Intervenor Los Angeles Unified School District* |
| 16 | Dated: December 18, 2018 | JOSEPH H. HUNT<br>Assistant Attorney General<br><br>BRETT A. SHUMATE<br>Deputy Assistant Attorney General<br><br>CARLOTTA P. WELLS<br>Assistant Branch Director<br><br>*/s/ Kate Bailey*<br>KATE BAILEY<br>STEPHEN EHRLICH<br>CAROL FEDERIGHI<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20530<br>Phone: (202) 514-9239<br>Email: kate.bailey@usdoj.gov<br>*Attorneys for Defendants* |

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, Ana G. Guardado hereby attests that concurrence in the filing of this document has been obtained from all the signatories above.

Dated: December 18, 2018                     *s/ Ana G. Guardado*
                                                              Ana G. Guardado

**STIPULATION AND [PROPOSED] ORDER - 3:18-CV-2779; 3:18-CV-01865**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2018, I served the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

*/s/ Ana G. Guardado*
Ana G. Guardado

**STIPULATION AND [PROPOSED] ORDER - 3:18-CV-2779; 3:18-CV-01865**

**[PROPOSED] ORDER**

Based on the parties' Stipulation to Admit Evidence in Lieu of Testimony for Dr. Lisa Handley and Dr. Hermann Habermann, and good cause appearing, this Court finds the complete trial testimony of Dr. Lisa Handley and Dr. Hermann Habermann, including Dr. Habermann's trial affidavit, in *State of New York, et al. v. United States Department of Commerce, et al.*, case no. 1:18-cv-02921 (the "New York matter"), may be moved into evidence during trial in the above-captioned case(s) should any of the Plaintiffs move to admit such testimony and if the Court rejects Defendants' motion *in limine* for exclusion of all extra-record evidence.

6. The Court may rely upon the following demonstratives used during trial in the New York matter for the limited purpose of assisting the Court in understanding Dr. Handley's trial testimony: PDX 31, PDX 32, PDX 33, PDX 34, PDX 35, PDX 36, PDX 37, PDX 38, PDX 39, PDX 40, PX 32, PX 332, PX 504, and PX 535. Plaintiffs may also seek to admit into evidence PX 331, PX 332, PX 504, and PX 535 for other purposes at trial and Defendants may object to such admission at that time.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 12/18/18

HON. RICHARD SEEBORG
United States District Court Judge