XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
ANTHONY R. HAKL
Supervising Deputy Attorneys General
GABRIELLE D. BOUTIN, SBN 267308
ANNA T. FERRARI, SBN 261579
TODD GRABARSKY, SBN 286999
NOREEN P. SKELLY, SBN 186135
R. MATTHEW WISE, SBN 238485
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-6046
  Fax:  (916) 324-8835
  E-mail:  Matthew.Wise@doj.ca.gov
*Attorneys for Plaintiff State of California, by and*
*through Attorney General Xavier Becerra*

[ADDITIONAL COUNSEL LISTED ON
SIGNATURE PAGE]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, by and through Attorney General Xavier Becerra; COUNTY OF LOS ANGELES; CITY OF LOS ANGELES; CITY OF FREMONT; CITY OF LONG BEACH; CITY OF OAKLAND; CITY OF STOCKTON,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau; U.S. CENSUS BUREAU; DOES 1-100,**<br><br>Defendants. | Case No. 3:18-cv-01865-RS<br><br>**JOINT PRETRIAL STATEMENT AND [PROPOSED] ORDER**<br><br>Courtroom:   3<br>Judge:   The Honorable Richard G. Seeborg<br>Trial Date:   January 7, 2019<br>Action Filed:   March 26, 2018 |

1

1

2

3

4

5

6

7

8

9

10

11

12

| | |
|---|---|
| **CITY OF SAN JOSE, a municipal corporation; and BLACK ALLIANCE FOR JUST IMMIGRATION, a California Non-Profit Corporation,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau; U.S. CENSUS BUREAU,**<br><br>Defendants. | Case No. 3:18-cv-02279-RS |

13      The parties to the above-entitled actions submit this Joint Pretrial Statement and Proposed

14   Order pursuant to the Guidelines for Final Pretrial Conference in Bench Trials before District

15   Judge Richard Seeborg.

16      1.   <u>Substance of the Action</u>

17      **The Parties**

18      Plaintiffs in *State of California v. Ross* are the State of California, County of Los Angeles,

19   City of Los Angeles, City of Fremont, City of Long Beach, City of Oakland, City of Stockton,

20   and Plaintiff-in-Intervention Los Angeles Unified School District (LAUSD) (collectively, CA

21   Plaintiffs).  Plaintiffs in *City of San Jose v. Ross* are the City of San Jose and the Black Alliance

22   for Just Immigration (BAJI) (collectively, SJ Plaintiffs).  Plaintiffs in both cases are referred to

23   herein collectively as "Plaintiffs."  Defendants in both cases are Secretary of Commerce Wilbur

24   L. Ross, Jr., the U.S. Department of Commerce (Commerce), Ron Jarmin, in his capacity as

25   performing the non-exclusive functions and duties of the Director of the U.S. Census Bureau, and

26   the U.S. Census Bureau (Bureau).

27

28

1    **Plaintiffs' Pleadings and Claims**

2    Plaintiffs in *State of California v. Ross*, in their Amended Complaint, ECF No. 12, and in

3    LAUSD's Complaint-in-Intervention, ECF No. 47-1, and Plaintiffs in *City of San Jose v. Ross*, in

4    their Complaint, ECF No. 1, bring two claims.

5    First, Plaintiffs contend that adding a citizenship question to the 2020 Census questionnaire

6    violates Article I, Section 2, Clause 3 of the U.S. Constitution, the "actual Enumeration" clause.

7    *See* U.S. Const. art. I, § 2, cl. 3.  (In a companion claim, the SJ Plaintiffs also contend that adding

8    a citizenship question to the 2020 Census questionnaire violates Section 2 of the Fourteenth

9    Amendment to the U.S. Constitution, the Apportionment Clause.  U.S. Const. amend. XIV, § 2.)

10   Plaintiffs claim that the question will diminish the response rates of immigrants and Latinos in

11   particular, ultimately leading to an undercount of those groups.  Because Plaintiffs have among

12   the largest immigrant and Latino populations in the country, adding the citizenship question will

13   affect them disproportionately, will put California at risk of losing at least one congressional seat,

14   and will reduce congressional representation for BAJI's members.  The citizenship question is

15   therefore unconstitutional because it does not bear "a reasonable relationship to the

16   accomplishment of an actual enumeration of the population, keeping in mind the constitutional

17   purpose of the census," which is "to determine the apportionment of the Representatives among

18   the States."  *Wisconsin v. City of New York*, 517 U.S. 1, 20 (1996).

19   Second, Plaintiffs contend that the decision to add a citizenship question to the 2020 Census

20   questionnaire must be set aside under the Administrative Procedure Act (APA) because the action

21   is "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law,"

22   "contrary to constitutional right, power, privilege or immunity," and "in excess of statutory

23   jurisdiction, authority, or limitations, or short of statutory right."  5 U.S.C. § 706.  The decision to

24   add a citizenship question was arbitrary and capricious because, among other reasons, Secretary

25   Ross failed to disclose a plausible, non-pretextual basis for the decision, the decision runs counter

26   to evidence before the agency, and Secretary Ross failed to consider whether follow-up

27   enumeration efforts would prevent an undercount, whether the citizenship question had been

28   adequately tested, and whether the citizenship question would affect data quality.  The decision

3

1   was contrary to and in excess of the law because it violated the Census Act's reporting

2   requirement at 13 U.S.C. § 141(f) and the Census Act's requirement at 13 U.S.C. § 6(c) that, in

3   the performance of census-related duties, the Secretary of Commerce, to the maximum extent

4   possible, use administrative records rather than make direct inquiries of respondents.

5   **Defendants' Defenses**

6   Defendants' position is that Plaintiffs lack standing to pursue any of their claims.  Should

7   the Court reach the merits, Defendants position is that the Secretary's March 26, 2018 decision to

8   reinstate a citizenship question on the 2020 census questionnaire is reasonable and fully comports

9   with both the APA and the Enumeration and Apportionment Clauses.  In addition, Defendants

10  maintain that Plaintiffs will be unable to demonstrate that the Secretary's stated rationale is

11  pretextual.

12      2.   Relief Prayed

13  Plaintiffs request that the Court (1) issue a declaration that adding a question on citizenship

14  to the 2020 Census questionnaire violates Article I, Section 2, Clause 3 of the U.S. Constitution

15  as well as Section 2 of the Fourteenth Amendment to the U.S. Constitution; (2) issue a declaration

16  that the decision to add a question on citizenship to the 2020 Census questionnaire was arbitrary

17  and capricious, not in accordance with law, and beyond statutory authority, in violation of the

18  APA; (3) issue a preliminary and permanent injunction prohibiting all Defendants and those

19  acting in concert with them from adding a question on citizenship to the 2020 Census

20  questionnaire; (4) recuse Secretary Ross and the Department of Commerce from participating in

21  any decision regarding adding a citizenship question on remand, should the Court determine that

22  remand is necessary; (5) award Plaintiffs costs, expenses and reasonable attorney fees; and (5)

23  award such other relief as the Court deems just and proper.

24  Defendants respectfully request that the Court deny all of Plaintiffs' claims and enter

25  judgment in their favor.

26      3.   Undisputed Facts

27  A list of the undisputed facts is attached as Exhibit A.

28

1      4.     <u>Disputed Factual Issues</u>

2     Plaintiffs contend that the following factual issues are in dispute:

3     **Standing**

4     a.  Plaintiffs allege that they have been and will be injured because they have spent time

5         and resources on outreach efforts to mitigate the harm that will be caused by adding a

6         citizenship question to the 2020 Census questionnaire.

7     b.  Plaintiffs allege that adding a citizenship question to the 2020 Census questionnaire will

8         cause a substantial risk of a differential undercount of immigrants and Latinos,

9         artificially depressing the population count in California and the other Plaintiff

10       jurisdictions, and resulting in a loss of federal funding, political power, and

11       congressional representation.

12     c.  Plaintiffs allege that adding a citizenship question to the 2020 Census questionnaire will

13       harm the quality of census population characteristic data, impairing state and local

14       decisions related to services and funding for underrepresented subgroups, including

15       immigrants and Latinos.  *See Havens Realty Corp. v. Coleman*, 455 U.S. 363, 373-74

16       (1982).

17     d.  Plaintiff BAJI alleges that adding a citizenship question to the 2020 Census

18       questionnaire will instill fear and intimidation in Black immigrant communities, causing

19       BAJI members to be injured from the loss of "reputational and privacy interests that

20       have long been protected in the law."  *See Robins v. Spokeo, Inc.*, 867 F.3d 1108, 1114

21       (9th Cir. 2017), *cert. denied*, 138 S. Ct. 931 (2018).

22     e.  Plaintiffs allege that their injuries are traceable to the addition of a citizenship question

23       to the 2020 Census questionnaire and will be redressed by the removal of the question

24       because they are "trusted partners" of the Bureau and have been encouraged by

25       Defendants to expend resources to mitigate the effects of adding the citizenship

26       question, and because the question will directly cause some households, particularly

27       immigrant and Latino households, not to respond to any part of the 2020 Census.

28

**APA Claim**

a. Plaintiffs allege that Secretary Ross's decision to add a citizenship question to the 2020 Census questionnaire was arbitrary and capricious because he failed to disclose relevant information in his Decision Memorandum that pertained to the decision to add the question.

b. Plaintiffs allege that Secretary Ross's stated rationale for adding a citizenship question to the 2020 Census questionnaire—to enhance the U.S. Department of Justice's enforcement of Section 2 of the Voting Rights Act—was pretextual, and thus, should be set aside as arbitrary and capricious given the requirement that the decisionmaker must not rely on factors that Congress did not intend him to consider and must disclose the basis of his decision. *See Motor Vehicle Mfrs. Ass'n v. State Farm Mut. Auto. Ins. Co.*, 463 U.S. 29, 43 (1983).

c. Plaintiffs allege that Secretary Ross's decision to add a citizenship question to the 2020 Census questionnaire was arbitrary and capricious because it ignores and contradicts evidence the Bureau put forth before the agency showing that the question would depress census response rates and reduce census accuracy, and because key conclusions in the Decision Memorandum, including but not limited to the conclusion that citizenship data "will be more accurate with the question than without it," are unsupported by the evidence. AR 1319.

d. Plaintiffs allege that Secretary Ross's decision to add a citizenship question to the 2020 Census questionnaire was arbitrary and capricious because it runs counter to the evidence that the data that would be obtained from the decennial census would not improve Voting Rights Act enforcement.

e. Plaintiffs allege that Secretary Ross's decision to add a citizenship question to the 2020 Census questionnaire was arbitrary and capricious because it runs counter to the evidence that asking a citizenship question in conjunction with using administrative records would not yield more accurate, usable, or complete citizenship data than using administrative records alone.

6

f.  Plaintiffs allege that Secretary Ross's decision to add a citizenship question to the 2020 Census questionnaire was arbitrary and capricious because the Secretary's Decision Memorandum runs counter to the evidence, in that it contains flawed assertions that are not based on any supporting evidence or are directly contradicted by the evidence in the record.

g.  SJ Plaintiffs allege that Secretary Ross's decision that providing DOJ with data in response to its request outweighs any adverse effect that may result from persons not responding to the census is both arbitrary and capricious because it is counter to the evidence and not supported by substantial evidence in the record, but also is not supported by explanation in the administrative record and is implausible in light of the Secretary's knowledge of and participation in the events leading to DOJ's requesting that the citizenship question be added.

h.  SJ Plaintiffs allege that Secretary Ross's decision to add a citizenship question to the 2020 Census questionnaire was arbitrary and capricious because he failed to consider that, even if the DOJ needed block-level CVAP data to enforce Section 2 of the Voting Rights Act, no evidence suggests that obtaining that data through a citizenship question on the Decennial Census, rather than through other means would provide more accurate data.

i.  Plaintiffs allege that Secretary Ross's decision to add a citizenship question to the 2020 Census questionnaire was arbitrary and capricious because he failed to consider an important aspect of the problem, namely whether the question would cause an undercount.

j.  Plaintiffs allege that Secretary Ross's decision to add a citizenship question to the 2020 Census questionnaire was arbitrary and capricious because he failed to consider an important aspect of the problem, in that his Decision Memorandum did not address his statutory obligations under 13 U.S.C. § 141(f) and 13 U.S.C. § 6(c).

k.  Plaintiffs allege that Secretary Ross's decision to add a citizenship question to the 2020 Census questionnaire was arbitrary and capricious because he failed to consider an

7

1    important aspect of the problem, in that his Decision Memorandum did not address the

2    need to conduct adequate pretesting of the question and the census questionnaire.

3    l.    Plaintiffs allege that Secretary Ross's decision to add a citizenship question to the 2020

4          Census questionnaire was arbitrary and capricious because he failed to consider an

5          important aspect of the problem, in that his Decision Memorandum did not address the

6          effect of the Bureau's confidentiality obligations and disclosure avoidance practices on

7          the fitness of citizenship data for DOJ's stated purposes.

8    m.   Plaintiffs allege that Secretary Ross's decision to add a citizenship question to the 2020

9          Census questionnaire was arbitrary and capricious because he failed to consider an

10         important aspect of the problem, in that his Decision Memorandum did not address the

11         nature and quality of injuries that may result from an inaccurate census count and

12         characteristic data, including denial of just political representation and services.

13   n.    Plaintiffs allege that Secretary Ross's decision to add a citizenship question to the 2020

14         Census questionnaire was contrary to law because the Bureau failed to conduct

15         adequate pretesting of the question, and no exception to the Bureau's pretesting

16         requirements applies given that the question performs poorly on the American

17         Community Survey.

18   o.    Plaintiffs allege that Secretary Ross's decision to add a citizenship question to the 2020

19         Census questionnaire was in excess of his statutory authority under 13 U.S.C. § 141(f)

20         because it was not justified by new circumstances.

21   p.    Plaintiffs allege that Secretary Ross's decision to add a citizenship question to the 2020

22         Census questionnaire was in excess of his statutory authority under 13 U.S.C. § 6(c)

23         because the Secretary failed to adhere to the requirement that, "[t]o the maximum extent

24         possible and consistent with the kind, timeliness, quality and scope of the statistics

25         required," he perform his census-related duties by using information from other

26         government agencies "instead of conducting direct inquiries."  13 U.S.C. § 6(c).

27

28

8

**Enumeration/Apportionment Clause Claims**

a.  Plaintiffs allege that Defendants violated the Enumeration Clause because adding a citizenship question to the 2020 Census questionnaire is unreasonable in light of the constitutional interest in accuracy and the constitutional purpose of apportionment, including because it creates an unreasonable risk that California will lose at least one congressional seat as a result of a differential undercount of immigrants and Latinos.

Defendants contend that the following factual issues are in dispute:

**Standing**

Defendants contend that Plaintiffs cannot show that the Secretary's decision to include a citizenship question will cause any injury in fact, and that any potential decline in self-response cannot specifically be attributed to the citizenship question rather than the general macro-environment. In connection with these issues, the following facts are in dispute:

a.  Whether the Census Bureau's comprehensive non-response follow-up (NRFU) operation, which includes multiple mailings, in-person follow-up visits, the use of high-quality administrative records and proxy responses from knowledgeable individuals, will mitigate any potential decline in self-response such that there will be a complete and accurate enumeration.

b.  Whether the use of imputation to enumerate the limited number of individuals not captured by NRFU operations will accomplish a complete and accurate enumeration.

c.  Whether any undercount that remains after NRFU operations and imputation will be "differential," or will undercount a particular racial or ethnic group to a greater or lesser extent than the overall net undercount or overcount of the population.

d.  Whether any differential undercount that remains after NRFU operations and imputation will be sufficiently large to cause any impact on apportionment or federal funding.

e.  Whether any undercount that occurs in 2020 can be shown to be specifically attributable to the citizenship question, rather than to other, independent factors, such as the general macro-environment.

9

f.   Whether any purported degradation in data quality potentially resulting from inclusion of the citizenship question, even if a differential undercount remains, will cause any cognizable, concrete harm to Plaintiffs.

g.   Whether the expenditure of any additional funds by Plaintiffs is based upon a reasonable fear of a concrete, imminent harm resulting from inclusion of the citizenship question.

h.   Whether Plaintiffs can establish any reasonable fear of a loss of privacy resulting from inclusion of the question in light of the Census Bureau's disclosure avoidance process, which implements the strict confidentiality protections enshrined in Title XIII of the U.S. Code.

**APA Claim**

Defendants contend that the merits of Plaintiffs' Administrative Procedure Act (APA) claim must be decided on the basis of the administrative record, without consideration of extra-record evidence produced in discovery.  *See State of California v. Ross*, ECF No. 118, and *City of San Jose v. Ross*, ECF No. 124, Defs.' Mot. in Limine.  "When a party seeks review of agency action under the APA before a district court, the district judge sits as an appellate tribunal … and the complaint, properly read, actually presents no factual allegations, but rather only arguments about the legal conclusion to be drawn about the agency action."  *Herguan Univ. v. Imm. and Customs Enf.*, 258 F. Supp. 3d 1050, 1063 (N.D. Cal. 2017) (internal alterations omitted) (*quoting Rempfer v. Sharfstein*, 583 F.3d 860, 865 (D.C. Cir. 2009)).  Accordingly, there is no need to resolve disputed facts through trial.  Defendants' Proposed Findings of Fact and Conclusions of Law, due to this Court on December 28, 2018, will set forth the facts from the administrative record on which Defendants contend this Court should base its legal review of the Secretary's decision.

**Enumeration/Apportionment Clause Claims**

With respect to Plaintiffs' constitutional claim under the Enumeration Clause, the APA also provides the waiver of sovereign immunity for that claim and its strictures on judicial review govern resolution of the constitutional claim to the same extent as Plaintiffs' APA claim.  There

10

1   are thus no disputed facts necessary to resolve at trial on the Enumeration Clause, and

2   Defendants' Proposed Findings of Fact and Conclusions of Law will set forth the facts from the

3   administrative record on which Defendants contend this Court should base its legal review of the

4   Secretary's decision.

5          5.      Agreed Statement

6          Although the parties have stipulated to the undisputed facts set forth in Exhibit A, the CA

7   Plaintiffs do not believe that all or part of the action may be presented upon an agreed statement

8   of facts.

9          The SJ Plaintiffs believe that their APA claims may be presented upon the facts contained

10  in the administrative record and all reasonable inferences that arise out of the administrative

11  record.  The SJ Plaintiffs do not intend to present any extra-record evidence in support of their

12  APA claims, and will only submit such evidence to support their claim to standing and

13  enumeration and apportionment claims.

14         Defendants agree with SJ Plaintiffs that Plaintiffs' APA claims should be decided based

15  solely upon the facts presented in the administrative record.  In addition, Defendants contend that

16  Plaintiffs' Enumeration Clause claim should be decided based upon the administrative record as

17  well.

18         6.      Stipulations

19         Consistent with the stipulations reached between the plaintiffs and defendants in *State of*

20  *New York v. U.S. Department of Commerce*, No. 1:18-cv-2921 (S.D.N.Y.), ECF Nos. 523 and

21  524, the parties agree that the administrative record includes documents produced by Defendants

22  bearing the following labels:

23    •   AR 1 through AR 13024 (PTX-001 through PTX-014)

24    •   PTX-016 through PTX-152

25    •   PTX-154

26    •   PTX-156

27    •   PTX-157

28    •   PTX-164 through PTX-170

1    • PTX-172 through PTX 182

2    • PTX-184

3    • PTX-185

4    • PTX-227

5    • PTX-228

6    • PTX-244

7    • PTX-264

8    • PTX-274

9    • PTX-362

10    • PTX-363

11    • PTX-370

12    • PTX-374 through PTX-390

13    • PTX-397

14    • PTX-399 through PTX-433

15    • PTX-435 through PTX-452

16   The parties may enter further agreements to include additional materials in the administrative

17   record, and Plaintiffs reserve the right to move that additional materials be considered part of the

18   administrative record in this action.

19        The parties have reached two stipulations to expedite the presentation of evidence at trial.

20   First, in the Stipulation and Order Re: Joint Motion for Administrative Relief in *State of*

21   *California v. Ross*, ECF No. 99, and in *City of San Jose v. Ross*, ECF No. 108, the parties agreed

22   to submit the direct testimony of some trial witnesses by declaration.  Second, in the Joint

23   Stipulation and Order to Admit Evidence in Lieu of Testimony for Dr. Lisa Handley and Dr.

24   Hermann Habermann in *State of California v. Ross*, ECF No. 116, and in *City of San Jose v. Ross*,

25   ECF No. 121, the parties agreed that, should Plaintiffs be permitted to introduce such evidence,

26   any of the Plaintiffs may move into evidence during the trial the complete trial testimony of Dr.

27   Lisa Handley and Dr. Hermann Habermann from *State of New York, et al. v. United States*

28

1  *Department of Commerce, et al.*, No. 18-cv-2921 (S.D.N.Y.), and this Court may consider the

2  exhibits that accompany that testimony.

3       The parties may reach additional stipulations to expedite the presentation of evidence at

4  trial.

5       7.   <u>Witnesses to be Called</u>

6       Plaintiffs in the *State of California* and *City of San Jose* actions anticipate calling the

7  following witnesses. SJ Plaintiffs intend to call the following witnesses only to present evidence

8  in support of their standing and enumeration claims; SJ Plaintiffs do not intend to call any

9  witnesses to support their APA claims, and will only call witnesses in support of the issue of

10  standing and in support of their Enumeration Clause claim.

11     •   Dr. John Abowd, Chief Scientist of the Census Bureau:  Will testify on the impact of

12         the citizenship question on, among other things, response rates, data quality, and

13         census costs; and the potential for using administrative records to obtain citizenship

14         data.  Will additionally testify, during the CA Plaintiffs' case only (but not the SJ

15         Plaintiffs' case), about his knowledge of and involvement in the decision to add the

16         citizenship question to the 2020 Census questionnaire.

17     •   Dr. Margo Anderson, expert on census history and practices:  Will testify about the

18         history of the census, the history of questions regarding citizenship status, the history

19         of privacy concerns regarding the census, and applicability of historical analogies

20         from past practice to the current proposal to add the citizenship question.  SJ Plaintiffs

21         intend to present Dr. Anderson's testimony only to support their standing and

22         enumeration claims; SJ Plaintiffs do not intend to present Dr. Anderson's testimony to

23         support their APA claims, except as to standing.

24     •   Dr. Matthew Barreto, expert in racial and ethnic politics, public opinion polling, and

25         survey methodology:  Will testify about social science research and census

26         publications addressing the effect of the citizenship question on response rates, and

27         about the survey he conducted measuring the differential response rates between the

28         national population and certain subgroups.  SJ Plaintiffs intend to present Dr.

1    Barreto's testimony to support their standing and enumeration claims; SJ Plaintiffs do

2    not intend to present Dr. Barreto's testimony to support their APA claims, except as to

3    standing.

4    •    Dr. Hermann Habermann, statistician and former Chief Statistician of the United

5    States and Deputy Director and Chief Operating Officer of the Bureau:  Will testify by

6    declaration about the content of his expert report; his expert opinion on whether the

7    Bureau complied with the federal policies and procedures for designing, modifying,

8    and implementing statistical instruments when the Bureau added the citizenship

9    question; and the United Nations' recommendations on population censuses.  SJ

10   Plaintiffs intend to present Dr. Habermann's testimony to support their standing and

11   enumeration claims; SJ Plaintiffs do not intend to present Dr. Habermann's testimony

12   to support their APA claims, except as to standing.

13   •    Dr. Colm O'Muircheartaigh, expert in survey methodology:  Will testify about the

14   content of his expert report, the impact of the citizenship question on response rates

15   and data quality, and the methods of and standards for testing a new question on the

16   decennial census questionnaire.  SJ Plaintiffs intend to present Dr. O'Muircheartaigh's

17   testimony to support their standing and enumeration claims; SJ Plaintiffs do not intend

18   to present Dr. O'Muircheartaigh's testimony to support their APA claims, except as to

19   standing.

20   •    Dr. Andrew Reamer, expert on census-guided federal funding:  Will testify about the

21   content of his expert report and about the impacts of the addition of a citizenship

22   question to the 2020 Census on the distribution of particular types of federal domestic

23   assistance funds to certain states.  SJ Plaintiffs intend to present Dr. Reamer's

24   testimony to support their standing and enumeration claims; SJ Plaintiffs do not intend

25   to present Dr. Reamer's testimony to support their APA claims, except as to standing.

26   The SJ Plaintiffs anticipate presenting testimony from the following additional witnesses to

27   support their standing claims.

28

14

- Jill Bourne, Director of the San Jose Public Library:  Will testify about the use of census data in strategic planning for the San Jose Public Library and San Jose's need for accurate data quality.

- Kristen Clements, Division Manager for the City of San Jose's Department of Housing:  Will testify about overseeing the Policy and Planning Team, the Grants Management team, and the Housing & Community Development Commission, about the loss of federal funding for housing programs in San Jose that is caused by an undercount of the population, strategic planning decisions made by the Department of Housing using census data, and San Jose's need for accurate data quality.

- Monique Melchor, Director of work2future, Workforce Development Board, Office of Economic Development for the City of San Jose:  Will testify about the loss of federal funding for work programs in San Jose that is caused by undercount of the population and the need for accurate census data in making strategic decisions in the work2future program.

- Raymond Riordan, Director of the Office of Emergency Management for the City of San Jose:  Will testify about the use of census data in strategic planning for the San Jose Emergency Management Department, including use of census population data to determine when various federal and state disaster grants are triggered.

- Jeff Ruster, Assistant Director of Office of Economic Development for the City of San Jose:  Will testify about the preparations San Jose is taking with respect to the 2020 Decennial Census.

- Opal Tometi, Executive Director of BAJI:  Will testify about BAJI's diversion of resources to mitigate the harm caused by the addition of the citizenship question on the 2020 Decennial Census, and the privacy concerns of BAJI's members that their citizenship status will be disclosed to their detriment.

The CA Plaintiffs anticipate calling the following additional witnesses:

- Douglas Baron, Senior Manager with the Chief Executive Office of the County of Los Angeles:  Will testify about the County's request to the State of California for an

15

1    increase in census outreach funding in light of the addition of a citizenship question to

2    the 2020 Census questionnaire, and the Legislature's allocation of funding in response

3    to the County's request.

4    •    Amy Bodek, Director of the Department of Planning for the County of Los Angeles:

5        Will testify about the County's use of census data for program and planning efforts.

6    •    Earl Comstock, Deputy Chief of Staff and Director of Policy for Commerce:  Will

7        testify by deposition about his knowledge of and involvement in the Commerce's

8        decision to add a citizenship question to the 2020 Census questionnaire.

9    •    Jefferson Crain, Executive Office of the LAUSD Board of Education:  Will testify

10       about LAUSD's decennial redistricting as called for by section 802 of the Los Angeles

11       City Charter, including the formation of a joint city-district redistricting commission

12       and the District's reliance upon decennial census data to review and, if necessary,

13       redraw district lines in accordance with state and federal laws.

14   •    Pia Escudero, Executive Director of the Division of Student Health and Human

15       Services for LAUSD:  Will testify about LAUSD's demographics and geography,

16       student health and human services, and the potential impacts to student health and

17       human services resulting from adding a citizenship question to the 2020 Census

18       questionnaire as compared to other school districts.

19   •    Dr. Bernard Fraga, political data analyst and researcher:  Will testify about the content

20       of his expert report and his expert opinion on the impact the citizenship question will

21       have on the 2020 Census population count for California and California's

22       congressional apportionment.

23   •    John Gore, Acting Assistant Attorney General for Civil Rights at the U.S. Department

24       of Justice:  Will testify by deposition about the Department of Justice's involvement in

25       the decision to add a citizenship question to the 2020 Census questionnaire.

26   •    Dr. Lisa Handley, expert in redistricting and voting rights:  Will testify through prior

27       testimony about the content of her expert report and about the effectiveness of current

28       Bureau data resources for determining whether the citizenship rate of a minority group

16

1    impacts its ability to participate in the electoral process and elect candidates of its

2    choice in litigation under section 2 of the Voting Rights Act.

3    • Ron Jarmin, in his capacity performing the non-exclusive functions and duties of the

4    Director of the Bureau:  Will testify by deposition about his knowledge of and

5    involvement in the decision to add a citizenship question to the 2020 Census

6    questionnaire and the impact of the citizenship question on, among other things,

7    response rates, data quality, and census costs.

8    • Pamela Karlan, expert on voting rights law:  Will testify through her preservation

9    deposition about the content of her expert report and about whether the inclusion of a

10   question on citizenship status on the decennial census would assist the Department of

11   Justice in enforcing section 2 of the Voting Rights Act.

12   • Karen Dunn Kelley, Under Secretary for Economic Affairs at Commerce:  Will testify

13   by deposition about her knowledge of and involvement in the decision to add a

14   citizenship question to the 2020 Census questionnaire.

15   • David Langdon, Policy Advisor at Commerce:  Will testify by deposition about his

16   knowledge of and involvement in the decision to add a citizenship question to the

17   2020 Census questionnaire.

18   • A. Mark Neuman, point person for the Trump transition team on census issues:  Will

19   testify by deposition about his knowledge of and involvement in the decision to add a

20   citizenship question to the 2020 Census questionnaire.

21   • Sahra Park-Su, Senior Policy Advisor at Commerce:  Will testify by deposition about

22   her knowledge of and involvement in the decision to add a citizenship question to the

23   2020 Census questionnaire, the differences between Nielsen surveys and the decennial

24   census, and the preparation of the administrative record.

25   • Karen Ryback, Executive Director for Federal and State Education Programs for

26   LAUSD:  Will testify about LAUSD's receipt of funding from federal programs (Title

27   I, Title II, and Title IV), funding allocation formulas for these programs, LAUSD

28   demographics relevant to these programs, and the potential funding impacts to

17

1  LAUSD resulting from adding a citizenship question to the 2020 Census questionnaire

2  as compared to other school districts.

3  • Wendy Teramoto, Senior Advisor and Chief of Staff to Secretary Ross: Will testify

4  by deposition about her knowledge of and involvement in the decision to add a

5  citizenship question to the 2020 Census questionnaire.

6  • Andrew Westall, Assistant Chief Deputy of the Office of Los Angeles City Council

7  President Herb J. Wesson, Jr.: Will testify about the City's use of census data for

8  redistricting.

9  Defendants anticipate calling the following witnesses:

10  • Dr. John Abowd, Chief Scientist and Associate Director for Research and

11  Methodology, United States Census Bureau: Defendants' expert witness who will

12  provide opinions on whether the Census Bureau followed appropriate statistical

13  quality standards when it placed the citizenship question from the American

14  Community Survey onto the proposed questionnaire in the 2020 Census without

15  further testing; whether the inclusion of a citizenship question on the 2020 Census will

16  affect the self-response rate; whether the Census Bureau can and will make

17  appropriate and adequate adjustments to various components of the 2020 Census,

18  including Non-Response Follow-Up operations and the Integrated Partnership and

19  Communications Program to address any cost and quality consequences that might

20  arise during the conduct of the 2020 Census from the inclusion of a citizenship

21  question; and whether ultimately the accuracy of the count will be affected.

22  • Dr. Stuart Gurrea, Vice President, Economists Incorporated: Defendants' expert

23  witness who will provide opinions on the reliability of the impact evaluations Dr.

24  Bernard Fraga and Dr. Andrew Reamer conduct to isolate the effect of the inclusion of

25  a citizenship question on 2020 Census population estimates, congressional seat

26  apportionment, and distribution of federal funds; on Dr. Fraga's use of the survey data

27  Dr. Matthew Barreto developed to measure the impact of the inclusion of a citizenship

28  question; and on the effect on Dr. Fraga's and Dr. Reamer's predictions of an

18

1    alternative assumption regarding the success rate of the Census Bureau in Non-

2    Response Follow-Up operations.

3         8.    <u>Exhibits, Schedules and Summaries</u>

4        Plaintiffs' joint exhibit list, which supersedes the separate exhibit lists filed by CA Plaintiffs

5    (*State of California v. Ross*, ECF Nos. 109, 110, and 111) and SJ Plaintiffs (*City of San Jose v.*

6    *Ross*, ECF No. 117), is attached as Exhibit B.[1]  Plaintiffs reserve the right to add exhibits during

7    trial from excerpts of exhibits currently on the joint exhibit list.  SJ Plaintiffs' disclosure and

8    exchange of exhibits does not waive their rights to seek adjudication of their APA claim solely on

9    the administrative record.

10       Defendants' exhibit list is attached as Exhibit C.

11        9.    <u>Disputed Legal Issues</u>

12       Plaintiffs contend that the following legal issues are in dispute:

13   **Standing**

14       a.   Plaintiffs argue that, for standing purposes, "a loss of even a small amount of money is

15             ordinarily an injury."  *Czyzewski v. Jevic Holding Corp.*, 137 S. Ct. 973, 983 (2017)

16             (quotation marks omitted).

17       b.   Plaintiffs argue that their injuries are traceable to the addition of a citizenship question

18             to the 2020 Census questionnaire and will be redressed by the removal of the question

19             because the "government's unlawful conduct [adding the question] is at least a

20             substantial factor motivating the third party's action [the decision to respond to the

21             census]."  *See Mendina v. Garcia*, 768 F.3d 1009, 1012 (9th Cir. 2014) (citing *Bennett*

22             *v. Spear*, 520 U.S. 154, 168-69 (1997)).

23   **APA Claim**

24       a.   The SJ Plaintiffs contend that, even based solely on the administrative record and the

25             fair inferences that can be drawn from that record, the Secretary's decision violated the

26   

27       [1] The following exhibits were inadvertently omitted from SJ Plaintiffs' Exhibit List: PTX-859, PTX 860, and PTX-862, and Exhibits B and C to the Expert Report of Margo

28   Anderson (Exhibit PTX-828).  Each document was previously produced or disclosed during discovery.

APA, and thus, the SJ Plaintiffs will not be presenting any extra-record evidence in support of that claim.  The CA Plaintiffs also contend that, based solely on the administrative record and fair inferences that can be drawn from that record, the Secretary's decision violated the APA, but also argue that extra-record evidence, including expert testimony, should be admissible because every exception to limited record review applies:  the decision-maker acted in bad faith, extra-record evidence is necessary to determine whether agencies considered all factors, the agencies relied on documents not in the administrative record, and the case involves technical and complex subject matter.  *See Ranchers Cattlemen Action Legal Fund United Stockgrowers of Am. v. U.S. Dep't of Agric.*, 499 F.3d 1108, 1117 (9th Cir. 2007).

b. Plaintiffs argue that, because the APA requires an agency decision-maker to "disclose the basis of its" decision, *Burlington Truck Lines, Inc. v. United States*, 371 U.S. 156, 168 (1962), where the agency decisionmaker fails to disclose the substance of relevant information that has been presented to it, the court "must treat the agency's justifications as a fictional account of the actual decisionmaking process and must perforce find its actions arbitrary."  *See Home Box Office, Inc. v. F.C.C.*, 567 F.2d 9, 54-55 (D.C. Cir. 1977).

c. Plaintiffs argue that, because the APA requires an agency decision-maker to "disclose the basis of its" decision, *Burlington Truck Lines, Inc. v. United States*, 371 U.S. 156, 168 (1962), the agency action must be set aside without further inquiry if the purported rationale for action was pretextual.  *See, e.g.*, *N.E. Coal. on Nuclear Pollution v. Nuclear Regulatory Comm'n*, 727 F.2d 1127, 1130-31 (D.C. Cir. 1984).

d. Plaintiffs argue that Secretary Ross's decision to add a citizenship question to the 2020 Census questionnaire was arbitrary and capricious because it failed to consider an important aspect of the problem, in that the Secretary did not carry his burden to demonstrate the need for the question and that the question would not harm the survey instrument.  *Am. Wild Horse Pres. Campaign v. Perdue*, 873 F.3d 914, 932 (D.C. Cir. 2017).

e.  Plaintiffs argue that Secretary Ross's decision to add a citizenship question to the 2020 Census questionnaire was arbitrary and capricious because it failed to consider an important aspect of the problem, in that the Bureau did not comply with its standard practice of conferring with the requesting agency to determine how best to meet its needs. *See St. Lawrence Seaway Pilots Ass'n, Inc. v. U.S. Coast Guard*, 85 F. Supp. 3d 197, 207 (D.D.C. 2015).

f.  Plaintiffs argue that Secretary Ross's decision to add a citizenship question to the 2020 Census questionnaire was contrary to law because the question does not comply with the pretesting and burden-reduction requirements set forth in longstanding Office of Management and Budget (OMB) and Bureau data collection standards.

g.  Plaintiffs argue that Secretary Ross's decision to add a citizenship question to the 2020 Census questionnaire after the March 2017 deadline to submit a report listing the subjects planned for the 2020 Census—in the absence of new circumstances to justify the modification—was in excess of the Secretary's statutory authority because it violates the substantive limitations on the Secretary's ability to modify the census set forth in 13 U.S.C. § 141(f) and is reviewable under 5 U.S.C. § 706(2)(C), *see Center for Biological Diversity v. Brennan*, 571 F. Supp. 2d 1105, 1116 (N.D. Cal. 2007).

h.  Plaintiffs argue that the question whether Secretary Ross's decision to add a citizenship question to the 2020 Census questionnaire was in excess of his statutory authority under 13 U.S.C. § 6(c) is judicially reviewable.

**Enumeration/Apportionment Clause Claims**

a.  Plaintiffs argue that adding a citizenship question to the 2020 Census questionnaire violates the Enumeration Clause because the question will be so uniquely impactful on the process of counting that it affirmatively interferes with the actual enumeration without fulfilling any other reasonable government purpose. *Wisconsin v. City of New York*, 517 U.S. 1, 19-20 (1996).

**Relief**

a.  Plaintiffs argue that if the Court grants their APA claim, an injunction should immediately issue to prevent Defendants from taking any action to add a citizenship question to the 2020 Census questionnaire, given that injunctive relief is the typical remedy absent extraordinary circumstances, *see Idaho Farm Bureau Fed'n v. Babbitt*, 58 F.3d 1392, 1405 (9th Cir. 1995), and there is "no conceivable circumstance" in which remand could produce a different outcome, *Mulry v. Driver*, 366 F.2d 544, 550 (9th Cir. 1966).  Should the Court determine that remand is appropriate, Plaintiffs argue that Secretary Ross and the Department of Commerce should be recused from any further decisionmaking because the evidence shows they have "an unalterably closed mind on matters critical to the disposition of the proceeding." *Ass'n of Nat'l. Advertisers, Inc. v. F.T.C.*, 627 F.2d 1151, 1170 (D.C. Cir. 1979).

Defendants contend that the following legal issues are in dispute:

**Standing**

a.  Whether Plaintiffs can establish the irreducible minimum requirements of standing:  a concrete and particularized injury-in-fact, a fairly traceable causal connection between the injury and the inclusion of the citizenship question, and a likelihood that the injury will be redressed by a favorable decision.  *Lujan v. Defs. of Wildlife*, 504 U.S. 555, 560 (1992).

b.  Whether Plaintiffs' asserted injuries are too speculative to constitute injury in fact. *Lujan v. Defs. of Wildlife*, 504 U.S. 555, 560 (1992); *Clapper v. Amnesty Int'l USA*, 568 U.S. 398, 409, (2013).

c.  Whether Plaintiffs can prove by a preponderance of the evidence that any potential differential net undercount is specifically attributable to the citizenship question.  *See Lujan v. Defs. of Wildlife*, 504 U.S. 555, 560 (1992); *Simon v. E. Ky. Welfare Rights Org.*, 426 U.S. 26, 41-42 (1976).

d.  Whether Plaintiffs can prove by a preponderance of the evidence that any potential differential net undercount has a specific injurious effect on Plaintiffs.  *See Lujan v.*

1   *Defs. of Wildlife*, 504 U.S. 555, 560 (1992); *Simon v. E. Ky. Welfare Rights Org.*, 426

2   U.S. 26, 41-42 (1976).

3   e.   Whether Plaintiffs can prove by a preponderance of the evidence that any potential

4       differential undercount that may remain after NRFU operations and imputation will

5       have an impact on apportionment or federal funding.  *See Lujan v. Defs. of Wildlife*, 504

6       U.S. 555, 560 (1992); *Simon v. E. Ky. Welfare Rights Org.*, 426 U.S. 26, 41-42 (1976).

7   f.   Whether Plaintiffs can prove that they face imminent risk of concrete injury in the form

8       of lost representation or funding.  *See Nat'l Law Ctr. on Homelessness & Poverty v.*

9       *Kantor*, 91 F.3d 178, 185 (D.C. Cir. 1996) (finding lack of standing where court could

10      not determine "what effect any methodology for counting the homeless would have on

11      the federal funding of any particular appellant," noting that "if a more accurate count

12      would have enlarged some of the communities' shares, it likely would have reduced the

13      shares of other communities"); *id.* at 186 ("interstate vote dilution injury is difficult to

14      establish"); *Ridge v. Verity*, 715 F. Supp. 1308, 1318 (W.D. Pa. 1989) (finding no

15      standing to bring an apportionment claim when "none of the plaintiffs in this case can

16      show which states would gain and which states would lose representation in

17      Congress"). *See Lujan v. Defs. of Wildlife*, 504 U.S. 555, 560 (1992); *Simon v. E. Ky.*

18      *Welfare Rights Org.*, 426 U.S. 26, 41-42 (1976).

19  g.   Whether Plaintiffs' expenditures of resources establishes Article III injury-in-fact.  *See*

20      *Clapper v. Amnesty Int'l USA*, 568 U.S. 398, 416 (2013) (plaintiff "cannot manufacture

21      standing merely by inflicting harm on [itself] based on [its] fears of hypothetical future

22      harm that is not certainly impending"); *La Asociacion de Trabajadores de Lake Forest*

23      *v. City of Lake Forest*, 624 F.3d 1083, 1088 (9th Cir. 2010) (plaintiff "cannot

24      manufacture the injury [needed for standing] by incurring litigation costs or simply

25      choosing to spend money fixing a problem that otherwise would not affect the

26      organization at all"); *Fair Employment Council of Greater Wash., Inc. v. BMC Mktg.*

27      *Corp.*, 28 F.3d 1268, 1277 (D.C. Cir. 1994) (organization's reallocation of resources not

28      sufficient for standing when organization "and its programs would have been totally

23

1    unaffected [by defendant's conduct] if it had simply refrained from making the re-

2    allocation").

3    h.   Whether any purported degradation in data quality potentially resulting from inclusion

4    of the citizenship question, even if a differential undercount remains, will cause any

5    cognizable, concrete harm to Plaintiffs. *See Lujan v. Defs. of Wildlife*, 504 U.S. 555,

6    560 (1992); *Simon v. E. Ky. Welfare Rights Org*., 426 U.S. 26, 41-42 (1976).

7    i.   Whether Plaintiffs can show that any alleged injury would be redressable by the

8    removal of the citizenship question from the census questionnaire.  *Lujan v. Defs. of*

9    *Wildlife*, 504 U.S. 555, 560-61 (1992).

10   **APA Claim**

11   a.   Whether the Secretary of Commerce's decision to include a citizenship question on the

12   2020 decennial census questionnaire was arbitrary and capricious.  5 U.S.C. § 706(2).

13   b.   Whether the administrative record demonstrates that the Secretary of Commerce's

14   decision to include a citizenship question on the 2020 decennial census questionnaire

15   was reasonable.  5 U.S.C. § 706(2).

16   c.   Whether the Secretary's decision "was based on a consideration of the relevant factors

17   and whether there has been a clear error of judgment."  *Citizens to Preserve Overton*

18   *Park, Inc. v. Volpe*, 401 U.S. 402, 416 (1971).

19   d.   Whether the Secretary's decision was unlawful because it did not conform to the

20   Constitution or federal statute.  U.S. Const. art I, § 2 cl. 3; 13 U.S.C. § 141(f)(3).

21   e.   Whether Plaintiffs have demonstrated bad faith sufficient to permit this Court to

22   consider extra-record evidence in this APA case.  *Camp v. Pitts*, 411 U.S. 138, 142

23   (1973) (per curiam).

24   f.   Whether Plaintiffs can prove that the Secretary did not actually believe his stated

25   rationale or acted with an unalterably closed mind, sufficient to demonstrate pretext.

26   *See Jagers v. Fed. Crop Ins. Corp.*, 758 F.3d 1179, 1186 (10th Cir. 2014) (rejecting

27   argument that "the agency's subjective desire to reach a particular result must

28

24

1    necessarily invalidate the result, regardless of the objective evidence supporting the

2    agency's conclusion").

3    g.   Whether a violation of 13 U.S.C. § 141(f) is judicially reviewable.  13 U.S.C. § 141(f);

4         5 U.S.C. §§ 551(13), 701(a); *Webster v. Doe*, 486 U.S. 592, 599 (1988); *Guerrero v.*

5         *Clinton*, 157 F.3d 1190, 1191-92 (9th Cir. 1988).

6    h.   Whether 13 U.S.C. § 6(c) acts as a substantive constraint on the Secretary's discretion

7         to determine the content of the census questionnaire and, if so, whether the Secretary's

8         decision violated that provision.

9    **Enumeration/Apportionment Clause Claims**

10   a.   Whether Plaintiffs can prove that the inclusion of a citizenship question bears no

11        "reasonable relationship to the accomplishment of an actual enumeration of the

12        population, keeping in mind the constitutional purpose of the census," *Wisconsin v. City*

13        *of New York*, 517 U.S. 1, 20 (1996), or undermines the "strong constitutional interest in

14        accuracy of" the census.  *Utah v. Evans*, 536 U.S. 452, 478 (2002).

15        10.   Pending Motions or Matters

16   Plaintiffs do not have any pending motions or matters that must be resolved before trial.

17   Defendants filed a motion *in limine* on December 21.  *See State of California v. Ross*, ECF No.

18   118, and *City of San Jose v. Ross*, ECF No. 124.

19        11.   Bifurcation, Separate Trial of Issues

20   None of the parties are requesting bifurcation or a separate trial of specific issues.

21   Although *State of California v. Ross* and *City of San Jose v. Ross* have not been consolidated, all

22   plaintiffs in these cases have brought the same claims and will coordinate, to the extent possible,

23   the presentation of evidence and arguments at trial.  The SJ Plaintiffs will not be presenting any

24   evidence from outside the administrative record in support of their APA claims.

25        12.   Estimate of Trial Time

26   Given the Court's schedule and the parties' discussions, the parties anticipate that the trial,

27   set to begin on January 7, 2019, will be complete by January 15, 2019.  This schedule assumes

28

1   that the Court will be in session for full days every business day except January 10, on which the

2   Court will be in session for the morning only.

3          13.   <u>Miscellaneous</u>

4          The parties continue to work together to facilitate the just, speedy, and efficient

5   determination of the action.  The parties do not have any other matters to present to the Court at

6   this time.

7          Should the funding authority for the Departments of Justice and Commerce expire between

8   now and the start of the trial, Defendants may be required to seek a stay of the trial and all pre-

9   trial proceedings.  Plaintiffs oppose any request for a stay of pretrial and/or trial proceedings.

10

11       *The foregoing admissions having been made by the parties, and the parties having specified*

12   *the foregoing issues of fact and law remaining to be litigated, this order shall supplement the*

13   *pleadings and govern the course of trial of this cause, unless modified to prevent manifest*

14   *injustice.*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Dated:  December 21, 2018

Respectfully Submitted,

2

XAVIER BECERRA
Attorney General of California
3                                                    MARK R. BECKINGTON
ANTHONY R. HAKL
4                                                    Supervising Deputy Attorneys General
GABRIELLE D. BOUTIN
5                                                    ANNA T. FERRARI
TODD GRABARSKY
6                                                    NOREEN P. SKELLY
Deputy Attorneys General
7

*/s/   R. Matthew Wise*
8                                                    R. MATTHEW WISE
Deputy Attorney General
9                                                    *Attorneys for Plaintiff State of California, by and*
*through Attorney General Xavier Becerra*
10

11   Dated:  December 21, 2018        */s/ Charles L. Coleman*
CHARLES L. COLEMAN III, SBN 65496
12                                                   DAVID I. HOLTZMAN

13                                                   HOLLAND & KNIGHT LLP

50 California Street, 28th Floor
14                                                   San Francisco, CA 94111
Telephone: (415) 743-6970
15                                                   Fax: (415) 743-6910
Email: charles.coleman@hklaw.com
16                                                   *Attorneys for Plaintiff County of Los Angeles*

17

18   Dated:  December 21, 2018        MIKE FEUER
City Attorney for the City of Los Angeles

19                                                   */s/ Valerie Flores*
VALERIE FLORES, SBN 138572
20                                                   Managing Senior Assistant City Attorney
200 North Main Street, 7th Floor, MS 140
21                                                   Los Angeles, CA  90012
Telephone: (213) 978-8130
22                                                   Fax: (213) 978-8222
Email: Valerie.Flores@lacity.org

23

24

25

26

27

28

1    Dated:  December 21, 2018          HARVEY LEVINE
                                        City Attorney for the City of Fremont
2
                                        /s/ Harvey Levine _____
3                                       SBN 61880
                                        3300 Capitol Ave.
4                                       Fremont, CA 94538
                                        Telephone: (510) 284-4030
5                                       Fax: (510) 284-4031
                                        Email: hlevine@fremont.gov
6

7    Dated:  December 21, 2018          CHARLES PARKIN
                                        City Attorney for the City of Long Beach
8
                                        /s/ Michael J. Mais _____
9                                       MICHAEL K. MAIS, SBN 90444
                                        Assistant City Attorney
10                                      333 W. Ocean Blvd., 11th Floor
                                        Long Beach CA, 90802
11                                      Telephone: (562) 570-2200
                                        Fax: (562) 436-1579
12                                      Email: Michael.Mais@longbeach.gov

13
                                        BARBARA J. PARKER
14   Dated:  December 21, 2018          City Attorney for the City of Oakland

15                                      /s/ Erin Bernstein _____
                                        MARIA BEE
16                                      Chief Assistant City Attorney
                                        ERIN BERNSTEIN, SBN 231539
17                                      Supervising Deputy City Attorney
                                        MALIA MCPHERSON
18                                      Deputy City Attorney
                                        City Hall, 6th Floor
19                                      1 Frank Ogawa Plaza
                                        Oakland, California 94612
20                                      Telephone: (510) 238-3601
                                        Fax: (510) 238-6500
21                                      Email: ebernstein@oaklandcityattorney.org

22
                                        JOHN LUEBBERKE
23   Dated:  December 21, 2018          City Attorney for the City of Stockton

24                                      /s/ John Luebberke _____
                                        SBN 164893
25                                      425 N. El Dorado Street, 2nd Floor
                                        Stockton, CA 95202
26                                      Telephone: (209) 937-8333
                                        Fax: (209) 937-8898
27                                      Email: John.Luebberke@stocktonca.gov

28

| | | |
|---|---|---|
| 1 | Dated:  December 21, 2018 | DANNIS WOLIVER KELLEY |
| 2 | | SUE ANN SALMON EVANS |
| | | KEITH A. YEOMANS |
| 3 | | |
| | | */s/ Keith A. Yeomans* |
| 4 | | KEITH A. YEOMANS |
| | | *Attorneys for Plaintiff-Intervenor* |
| 5 | | *Los Angeles Unified School District* |

6  Dated:  December 21, 2018       **MANATT, PHELPS & PHILLIPS, LLP**

By:  *s/ Andrew Case*
John F. Libby
John W. McGuinness
Emil Petrossian
Andrew Case (*pro hac vice*)
Ana Guardado
11355 West Olympic Boulevard
Los Angeles, California 90064
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

**LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW**
Kristen Clarke
Jon M. Greenbaum
Ezra D. Rosenberg
Dorian L. Spence
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone:  (202) 662-8600
Facsimile:  (202) 783-0857

**PUBLIC COUNSEL**
Mark Rosenbaum
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone:  (213) 385-2977
Facsimile:  (213) 385-9089

**CITY OF SAN JOSE**
Richard Doyle, City Attorney
Nora Frimann, Assistant City Attorney
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail:  cao.main@sanjoseca.gov

*Attorneys for Plaintiffs*
CITY OF SAN JOSE and BLACK ALLIANCE
FOR JUST IMMIGRATION

29

Dated:  December 21, 2018

JOSEPH H. HUNT
Assistant Attorney General

BRETT A. SHUMATE
Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

MARSHA S. EDNEY
Senior Trial Counsel

*/s/ Kate Bailey*
KATE BAILEY
STEPHEN EHRLICH
CAROL FEDERIGHI
DANIEL HALAINEN
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Phone: (202) 514-923
Email: kate.bailey@usdoj.gov
*Attorneys for Defendants*


# **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, I hereby attest that

concurrence in the filing of this document has been obtained from all signatories above.

Dated:  December 21, 2018

*/s/ R. Matthew Wise*
R. MATTHEW WISE

SA2018100904
13366845.docx

1

**[PROPOSED] ORDER**

2          The Joint Pretrial Statement above is approved.

3

4          IT IS SO ORDERED.

5          Dated:

6                                                    _____
                                                     The Honorable Richard G. Seeborg
7                                                    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Pretrial Statement and [Proposed] Order (Case Nos. 3:18-cv-01865-RS and 3:18-cv-02279-RS)

# Exhibit A

UNDISPUTED FACTS

**I.    Parties and People**

1.    Plaintiff the State of California is one of the fifty United States of America.

2.    Plaintiff County of Los Angeles is a political subdivision of the State of California.

3.    Plaintiff City of Los Angeles is a municipal corporation organized and existing under the laws of the State of California.

4.    Plaintiff City of Fremont is a municipal corporation organized and existing under the laws of the State of California.

5.    Plaintiff City of Long Beach is a municipal corporation organized and existing under the laws of the State of California.

6.    Plaintiff City of Oakland is a municipal corporation organized and existing under the laws of the State of California.

7.    Plaintiff Stockton is a municipal corporation organized and existing under the laws of the State of California.

8.    Plaintiff Los Angeles Unified School District is the public school district encompassing the City of Los Angeles and several surrounding communities and is the largest school district within the state of California.

9.    Plaintiff the City of San José ("San José"), incorporated in 1850, is the third-largest city in California.

10.    Plaintiff Black Alliance for Just Immigration is an Oakland-based nonprofit that educates and engages African American and black immigrant communities in support of racial, social, and economic justice.

11.    Defendant Wilbur Louis Ross, Jr. is the Secretary of the Department of Commerce.

12.    Defendant the United States Department of Commerce ("Commerce") is a department of the United States Government.

13.    Defendant Ron Jarmin is the former Associate Director for Economic Programs of the United States Census Bureau and is currently performing the non-exclusive functions and duties of the Director of the United States Census Bureau.

14.    The United States Census Bureau (the "Bureau") is a Bureau within the Department of Commerce charged with conducting the Decennial Census.

15.    Dr. John Abowd is the Chief Scientist and Associate Director for Research and Methodology at the United States Census Bureau.

16.    Enrique Lamas is performing the nonexclusive functions and duties of the Deputy Director of the Census Bureau.

17.    Burton Reist is the Chief of the Decennial Communications and Stakeholder Relations at the Census Bureau.

18.  Victoria Velkoff is Division Chief of the American Community Survey Office at the U.S. Census Bureau.

19.  Michael Berning, J. David Brown, Misty Heggeness, Shawn Klimek, Lawrence Warren, and Moises Yi were members of the "SWAT Team" that prepared analyses of the inclusion of a citizenship question on the 2020 Decennial Census between December 2017 and March 2018.

20.  Earl Comstock is the Deputy Chief of Staff and Director of Policy, running the Office of Policy and Strategic Planning within the Office of the Secretary of Commerce, reporting directly to Secretary Ross.

21.  Karen Dunn Kelley is the Presidentially appointed Under Secretary for Economic Affairs at the US. Department of Commerce responsible for the operations of the Census Bureau.

22.  James Uthmeier is Senior Counsel to the General Counsel, Regulatory Reform Officer, Department of Commerce.

23.  Wendy Teramoto was a Senior Advisor and Chief of Staff to Secretary Ross.

24.  Sahra Park-Su was a Senior Policy Advisor at the Department of Commerce who reported to both Undersecretary Kelley and Earl Comstock.

25.  David Langdon is a Policy Advisor within the Office of Policy and Strategic Planning, reporting to Mr. Comstock.

26.  Tad Kassinger was the former General Counsel of the Commerce Department who is one of Secretary Ross' personal attorneys.

27.  Peter Davidson is the General Counsel for the Department of Commerce.

28.  Michael Walsh was the Deputy General Counsel for the Department of Commerce.

29.  Michael Walsh is the Chief of Staff to Secretary Ross.

## II.   Past Census Bureau Practices With Regard to Citizenship Information

### a.  Decennial Census Overview

30.  The U.S. Constitution requires the federal government to conduct a Decennial Census counting the total number of "persons"—with no specific reference to citizenship status—residing in each state.

31.  The Constitution provides that Representatives "shall be apportioned among the several States . . . according to their respective Numbers"; which requires "counting the whole number of persons in each State."

32.  The Constitution requires that this count be an "actual Enumeration" conducted every ten years.

33.  Through the Census Act, Congress assigned the responsibility of making this enumeration to the Secretary of Commerce.

34. The Secretary of Commerce is charged with the responsibility to take a Decennial Census to create an actual enumeration of the United States population.

35. The central constitutional purpose of the Census Bureau in taking the Decennial Census is to conduct an enumeration of the total population.

36. To enable a person-by-person count, the Census Bureau sends a questionnaire to virtually every housing unit in the United States.

37. Any person over the age of eighteen living in the United States who refuses or willfully neglects to answer any part of the Census questionnaire sent to him or her is subject to a fine.

38. For the 2020 Decennial Census, households will also be given the option to complete the questionnaire via the internet, in addition to other enumeration options such as printed questionnaires and telephone responses.

39. If the Census Bureau does not receive a response to the questionnaire, it then sends a Census Bureau staffer known as an enumerator to the housing unit to attempt to conduct an in person interview in order to collect the data.  This process is the Non Response Follow Up ("NRFU") operation.

40. In the 2020 Decennial Census, the Census Bureau has proposed using administrative records to enumerate a limited number of those households for which there is high quality administrative data about the household if the initial NRFU visit does not result in collecting complete data for that household.

41. In the 2020 Decennial Census, the U.S. Census Bureau plans to have enumerators attempt to recontact in person those households without high-quality administrative records.

42. Every case in the NRFU workload will have a maximum of six unique contact days and 12 proxy attempts.

43. If a third attempt to contact a household does not yield a response, a case will become "proxy-eligible.".

44. A proxy is someone who is not a member of the household—such as a neighbor, landlord, Postal worker, or other knowledgeable person who can provide information about the unit and the people who live there.

45. An enumerator will attempt three proxies after each non-interview for a proxy-eligible case.

46. For the 2010 Decennial Census, after three proxy attempts, a household became eligible for what is known as "whole-person imputation" or "whole household imputation," in which the Bureau imputed the characteristics of the household, including in some circumstances the household member count.

47. After the NRFU process is completed, the Census Bureau then counts the responses from every household, including those completed through the NRFU process, as well as the data from the other enumeration operations, to determine the population count in each state.

48.   Data from the Decennial Census are reported down to the census block level.

49.   The population data collected through the Decennial Census determines the apportionment of seats in the U.S. House of Representatives among the states.

50.   The population data collected through the Decennial Census also determines the number of electoral votes each state has in the Electoral College.  .

51.   States, counties, cities, and local public entities also use Decennial Census data to draw congressional, state, and local legislative districts.

52.   The federal government also uses Decennial Census data to allocate hundreds of billions of dollars in public funding each year, including to states and local governments.

53.   Approximately 132 programs used Census Bureau data to distribute hundreds of billions of dollars in funds during fiscal year 2015.

54.   Among the programs that use Census Bureau data is the Home Investment Partnership Program (HOME), run by the Department of Housing and Urban Development (HUD), which uses Census Bureau data as part of its allocation formula under 42 U.S.C. §§ 12747(b).

55.   Among the programs that use Census Bureau data is the Community Development Block Grant Program (CBDG), run by HUD, which uses Census Bureau data as part of its allocation formula under 42 U.S.C. § 5306(b).

56.   Among the funding programs that use Census Bureau data are programs administered by the Department of Labor under the Workforce Innovation and Opportunity Act (WIOA), which use Census Bureau data as part of the allocation formulas set forth in 29 U.S.C. §§ 3162(C) and § 3172(C).

57.   Among the programs that use Census Bureau data are Title I educational grant funds run by the U.S. Department of Education, which uses Census Bureau data as part of its allocation formula under 20 U.S.C. § 6333(c).

58.   In 2010, there was a statistically insignificant net overcount of the total U.S. population by approximately 0.01%.

59.   Some demographic groups have proven more difficult to count in the Decennial Census than others. The Census Bureau refers to these groups as "hard-to-count

60.   Racial and ethnic minorities, immigrant populations, and non-English speakers have historically been some of the hardest groups to count accurately in the Decennial Census.

61.   Individuals identifying as Hispanic were undercounted by almost 5% in the 1990 Decennial Census.

62.   The 2010 Decennial Census undercounted on net more than 1.5 million Hispanic and African American individuals.

63. The Census Bureau describes the undercounting of a particular racial and ethnic group in comparison to the overall net undercount or overcount of the population as a whole as a "differential undercount," as distinct from a "net undercount" of the entire population.

64. The Census Bureau has developed a range of strategies to address the differential undercount of "hard-to-count" populations—including targeted marketing and outreach efforts, partnerships with community organizations, deployment of field staff to follow up with individuals who do not respond, and retention of staff with foreign language skills.

65. In the 2000 and 2010 Decennial Censuses, the Census Bureau designed and implemented public advertising campaigns to reach hard-to-count immigrant communities, including using paid media in over a dozen different languages to improve responsiveness.

66. For the 2000 and 2010 Decennial Censuses, the Census Bureau also partnered with local businesses, faith-based groups, community organizations, elected officials, and ethnic organizations to reach these communities and improve the accuracy of the count.

### b. The Long Form and the American Community Survey

67. From 1820 to 1950, with the exception of 1840, every Decennial Census asked a question concerning citizenship or birthplace in some form.

68. The 1830 Decennial Census asked whether individuals were "foreigners not naturalized."

69. In the 1850, 1860, and 1880 Decennial Censuses, the questionnaires asked for place of birth, though not citizenship per se.

70. In the 1870 Decennial Census, the questionnaire included questions about the individual's place of birth, whether either parent was of foreign birth, and whether the individual was a "Male citizen of U.S. 21 years of age and upwards."

71. The 1890 Decennial Census asked for the place of birth of the respondent and his or her parents, and for adult males of foreign birth 21 years or older, the number of years the individual had resided in the United States, whether he had naturalized, or if not, whether naturalization papers had been taken out

72. The 1900, 1910, 1920, and 1930 Censuses asked, with some variations, for the birthplaces of the individual and his or her parents, the year of immigration for all foreign-born individuals, and, for any adult male of foreign birth 21 years or older, whether he had naturalized or was an alien.

73. The 1940 Decennial Census asked for the individual's place of birth and the citizenship of all foreign-born individuals.

74. The 1950 Decennial Census asked for the individual's place of birth, and whether a foreign-born individual had been naturalized.

75. From 1790 to 1960, enumerators collected census information directly from households through in-person interviews.

76. In 1960, the Census Bureau asked 25% of the population for the respondent's birthplace and that of his or her parents.  It also asked all residents of New York and the foreign-born

residents of Puerto Rico about citizenship — the former "at the expense of the State, to meet State constitutional requirements for State legislative apportionment" and the latter, at the request of a census advisory committee, "to permit detailed studies of migration."

77. A question concerning citizenship did not appear on the Decennial Census questionnaire sent to every household in the United States (commonly referred to as the "short form") in 1970, 1980, 1990, 2000, or 2010.

78. From at least the 1970 Decennial Census through the 2000 Decennial Census, in lieu of the short-form questionnaire, the Census Bureau sent a long form questionnaire to approximately one in six households.

79. Data collected from the sample households surveyed with the long form were used to generate statistical estimates.

80. In the 1970, 1980, 1990, and 2000 Decennial Censuses, the long form Decennial Census questionnaire contained a question about citizenship status.

81. In the 1990 and 2000 Decennial Censuses, the citizenship status question on the long form questionnaire was preceded by a question about place of birth.

82. The citizenship data collected from the long form questionnaire was reported by the Census Bureau at the census block group level.

83. After the 2000 Decennial Census, the functions performed by the long form have been replaced by the American Community Survey (ACS).

84. The ACS began operating in 2000 and was at full sample size for housing units in 2005, and for group quarters in 2006.

85. The ACS is a yearly survey of approximately 2% of households—about 3.5 million—across the United States.

86. A question concerning citizenship status currently appears as among one of more than 50 questions on the 28-page ACS questionnaire.

87. The citizenship status question on the ACS is preceded by a question asking where the person was born.

88. The citizenship question that appears on the ACS is not a binary yes/no question.

89. The ACS citizenship question, asks whether the person was born in the United States, a U.S. territory, or abroad.

90. The data collected by the ACS allows the Census Bureau to produce estimates of Citizen Voting Age Population (CVAP).

91. CVAP data based on responses to the ACS are reported by the Census Bureau down to the census block group level.

92. Margins of error are reported with the ACS estimates and provide a measure of the sampling error associated with each estimate.

93.  The ACS is intended to provide information on characteristics of the population, and the social and economic needs of communities.

94.  Unlike the Decennial Census, the ACS is not a complete enumeration, but rather a sample survey that is used to generate statistical estimates.

95.  Because ACS estimates are statistical estimates based on a sample, the tabulations are weighted to reflect sampling probabilities and to determine eligibility for follow-up, and are controlled to align with official population totals as established by the Population Estimates program.

96.  Because the ACS collects information from only a small sample of the population, it produces annual estimates only for "census tract[s]" and "census-block groups."

97.  Although the ACS survey is conducted annually, ACS data from individual years can also be aggregated to produce multi-year estimates (commonly referred to as "1-year", "3-year," or "5-year" estimates, depending on the number of years aggregated together).

98.  Multi-year ACS estimates have larger sample sizes than 1-year ACS estimates.  Cumulating the five-year pooled estimates yields approximately a one-in-every-eight-household sample.

99.  Multi-year ACS estimates have greater levels of statistical precision for estimates concerning smaller geographical units.

100.  1-year ACS estimates produce "[d]ata for areas with populations of 65,000+"; 1-year supplemental ACS estimates produce "[d]ata for areas with populations of 20,000+"; 3-year ACS estimates produced "[d]ata for areas with populations of 20,000+" until they were discontinued after the 2011-2013 3-year estimates; and 5-year ACS estimates produce "[d]ata for all areas."

101.  Neither the 2000 nor the 2010 Decennial Census short form questionnaires included a question on citizenship.

## III.  The 2020 Decennial Census

102.  The 2020 Decennial Census will also be a "short form only" census.

103.  The ACS will continue to be distributed each year, as usual, and will continue to include a citizenship question.

104.  The text of the question to be included on the 2020 Decennial Census in response to Secretary Ross's decision memorandum reads, "Is this person a citizen of the United States?," with the answer options "Yes, born in the United States"; "Yes, born in Puerto Rico, Guam, the U.S. Virgin Islands, or Northern Marianas"; "Yes, born abroad of U.S. citizen parent or parents"; "Yes, U.S. citizen by naturalization – *Print year of naturalization*"; and "No, not a U.S. citizen."

105.  In a December 12, 2017 letter to the Secretary of the Department of Commerce, the Department of Justice "formally request[ed] that the Census Bureau reinstate on the 2020 Census questionnaire a question regarding citizenship," explaining that"[t]his data is critical to the Department's enforcement of Section 2 of the Voting Rights Act and its important protections against racial discrimination in voting."

106.  As in past years, the 2020 Decennial Census questionnaire will pose a number of questions, including questions regarding sex, Hispanic origin, race, and relationship status.

107. A planned question on the 2020 Decennial Census short form questionnaire asks "Is this person of Hispanic, Latino, or Spanish origin?"

108. A planned question on the 2020 Decennial Census short form questionnaire asks "What is this person's race?"

109. A planned question on the 2020 Decennial Census short form questionnaire asks how each person in the household is related to the person filling out the questionnaire.

110. A planned question on the 2020 Decennial Census short form questionnaire asks, "What is this person's sex?"

## IV.   California facts

111. California Governor Jerry Brown's initial proposed to the California Legislature for the fiscal year 2018-2019 budget an appropriation of $40.3 million "to be spent over a three-year period for statewide outreach and other activities related to the 2020 Census count."

112. The enacted California state budget for fiscal year 2018-2019 included an appropriation of $90.3 million "to support the California Complete Count effort, which was established within the Government Operations Agency to perform outreach focusing on hard-to-count populations for the decennial census.

113. In November 2018, the State of California allocated $9,393,090 to the County of Los Angeles for 2020 Census outreach to hard-to-count populations.

# Exhibit B

## PLAINTIFFS' JOINT EXHIBIT LIST

*State of California, et al. v. Wilbur L. Ross, et al.*, No. 3:18-cv-01865
*City of San Jose, et al. v. Wilbur L. Ross, et al.*, No. 3:18-cv-02279

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-001 | Initial Administrative Record [AR 000001-001320] | AR | | | |
| PTX-002 | Supplemental Memorandum by Secretary of Commerce Wilbur Ross Regarding the Administrative Record in Census Litigation (6/21/2018) [AR 1321] | AR | | | |
| PTX-003 | 1st Supplemental AR Production [AR 1322-3735] | AR | | | |
| PTX-004-A | 2nd Supplemental AR Production [AR 003736-4712] | AR | | | |
| PTX-004-B | 2nd Supplemental AR Production [AR 4713-6680] | AR | | | |
| PTX-004-C | 2nd Supplemental AR Production [AR 6681-9055] | AR | | | |
| PTX-004-D | 2nd Supplemental AR Production [AR 9056-12464] | AR | | | |
| PTX-005 | Disclosure Review Board (DRB) Release produced 8/28/2018 [0010357DRB - 0011004DRB] and DRB Release produced 9/4/2018 [0010608DRB - 0011003DRB] | AR | | | |
| PTX-006 | Intentionally left blank | | | | |
| PTX-007 | 4th Supplemental AR Production [AR 012464- 012543] | AR | | | |
| PTX-008 | Privilege Overturns produced 9/17/2018 [AR 012476, 012755-012756] | AR | | | |
| PTX-009 | DRB Release produced 9/19/2018 – 2017 ACS Data [AR 012757-012762] | AR | | | |
| PTX-010 | Additional Stakeholder Briefs produced 9/26/2018 [AR 012763-012767] | AR | | | |
| PTX-011 | Documents Produced in Response to 5th Motion to Compel [AR012768-012803] | AR | | | |
| PTX-012 | Documents Produced in Response to Docket No. 349 [AR 012804-012826] | AR | | | |
| PTX-013 | 10th Supplemental AR Production [AR 012827- 013022] | AR | | | |
| PTX-014 | Document Produced in Response to Docket No. 361 [AR 013023-013024] | AR | | | |
| PTX-015 | DRB Release - Focus Group Materials produced 10/3/2018 [AR 013025-013099] | | | | |
| PTX-016 | Additional Supplemental AR Documents Produced by Defendants [11 excel sheets, 0012128-0012966] | AR (excl. ) | | | |
| PTX-017 | Letter from A. Gary to J. Thompson re: Legal Authority for American Community Survey Questions (11/4/2016) [AR 000311] | AR | | | |
| PTX-018 | Email from I. Hernandez to Secretary Ross and B. Lenihan, cc: E.Herbst, W. Teramoto re: Census Updates (8/8/2017) [AR 000317] | AR | | | |

1

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-019 | Email from K. Kobach to W. Teramoto re: Follow up on our phone call (7/24/2017) [AR 000763] | AR | | | |
| PTX-020 | Letter from Secretary Ross to K. Harris (1/31/2018) [AR 000782] | AR | | | |
| PTX-021 | Summary of Discussion between Secretary Ross and Rep. Pelosi re: 3/23/2018 meeting [AR 001274] | AR | | | |
| PTX-022 | Memo from J. Abowd to Secretary Ross re: Technical Review of the Department of Justice to Add Citizenship Question to the 2020 Census (Jan. 19, 2018) [AR 001277] | AR | | | |
| PTX-023 | Questions on the Jan 19 Draft Census Memo on the DoJ Citizenship Question Reinstatement Request (final AR version) [AR 001286] | AR | | | |
| PTX-024 | Summary Analysis of the Key Differences Between Alternative C and Alternative D (No date) [AR 001304] | AR | | | |
| PTX-025 | Memorandum from J. Abowd to W. Ross, Subject: "Preliminary analysis of Alternative D (Combined Alternatives B and C)" (March 1, 2018) AR 001308] | AR | | | |
| PTX-026 | Memorandum from Secretary Ross to Karen Dunn Kelley re Reinstatement of Citizenship Question on the 2020 Decennial Census Questionnaire (3/26/18)  ("Decision Memo") [AR 001313] | AR | | | |
| PTX-027 | Email from A. Willard to R. Jarmin re:  Please call Kevin (12/15/2017) [AR 001332] | AR | | | |
| PTX-028 | Email from V. Velkoff to A. Willard re: Tuesday availability (7/25/2017) [AR 001393] | AR | | | |
| PTX-029 | Email from A. Willard to V. Velkoff re: Tuesday availability (7/25/2017) [AR 001404] | AR | | | |
| PTX-030 | Email from D. Langdon to E. Herbst re: Census Bureau briefing for OS politicals (2/2/2017) [AR 001410] | AR | | | |
| PTX-031 | Email from E. Comstock to C. Neuhaus et al. re: Census (8/29/2017) [AR 001411] | AR | | | |
| PTX-032 | Letter from A. Gary to R. Jarmin re: Request to Reinstate Citizenship Question on 2020 Census Questionnaire (12/12/2017) [AR 001525] | AR | | | |
| PTX-033 | Email from J. Uthmeier to E. Lamas and R. Jarmin re: DOJ letter (12/15/2017) [AR 001634] | AR | | | |
| PTX-034 | Questions on the Jan 19 Draft Census Memo on the DOJ Citizenship Question Reinstatement Request [AR 001954] | AR | | | |

2

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-035 | Email from K. Dunn Kelley to J. Uthmeier re: Prep for Wed Census meeting with Sec (9/5/2017) [AR 001996] | AR | | | |
| PTX-036 | Email from K. Dunn Kelley to J. Uthmeier re: Prep for Wed Census meeting with Sec (9/5/2017) [AR 001998] | AR | | | |
| PTX-037 | Email from J. Uthmeier to E. Comstock re: Census Matter Follow-up (9/7/2017) [AR 002034] | AR | | | |
| PTX-038 | Email from James Uthmeier to Mark Neuman [confirmed by Privilege Log] re: Questions re Census (9/8/2017) [AR 002051_0001] | AR | | | |
| PTX-039 | Email from M. Walsh to W. Teramoto and J. Rockas (3/16/2018) [AR 002160] | AR | | | |
| PTX-040 | Email from W. Teramoto to J. Rockas re: NEED APPROVAL – GILLIAN QUOTES (3/16/2018) [AR 002167] | AR | | | |
| PTX-041 | Email from C. Jones to E. Comstock re: Seeking comment - citizenship question (2/28/2018) [AR 002199] | AR | | | |
| PTX-042 | Email from B. Reist to E. Comstock re: Citizenship Questions – Complete Set (2/2/2018) [AR 002292] | AR | | | |
| PTX-043 | Questions on the Jan. 19 Draft Census Memo on the DOJ Citizenship Question Reinstatement Request [AR 002294] | AR | | | |
| PTX-044 | Email from J. Uthmeier to E. Comstock re: Census Matter Follow-Up (9/7/2017) [AR 002395] | AR | | | |
| PTX-045 | Email from Secretary Ross to E. Comstock (9/1/2017) [AR 002424] | AR | | | |
| PTX-046 | Email from C. Neuhaus to S. Park-Su et al., re: Census (8/29/2017) [AR 002426] | AR | | | |
| PTX-047 | Email from S. Park-Su to E. Comstock, cc: C. Neuhaus, M. Leach, I. Hernandez, C. Dorsey, M. Bedan, re: Census (8/29/2017) [AR 002429] | AR | | | |
| PTX-048 | Email from E. Comstock to W. Teramoto re: Calls with DOJ (9/16/2017) [AR 002458] | AR | | | |
| PTX-049 | Email from E. Comstock to P. Davidson, J. Uthmeier, cc: W. Teramoto, re: Census Matter Follow Up (9/7/2017) [AR 002459] | AR | | | |
| PTX-050 | Email from E. Comstock to W. Teramoto re: Memo on Census Question (8/16/2017) [AR 002461] | AR | | | |
| PTX-051 | Email from E. Comstock to [REDACTED] re: Call today to discuss DoC Issues (5/4/2017) [AR 002462] | AR | | | |
| PTX-052 | Email from P. Davidson to W. Ross, re: Letter from DOJ (10/8/2017) [AR 002482] | AR | | | |
| PTX-053 | Email from P. Davidson to B. Murnane re: John Gore from DOJ called - his number is [redacted] (11/27/2017) [AR 002496] | AR | | | |
| PTX-054 | Email between E. Comstock, W. Ross, and W. Teramoto re: ITA Request for [Redacted] (9/1/2017) [AR 002519] | AR | | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-055 | Email from E. Comstock to W. Ross re: Your Question on the Census (3/10/2017) [AR 002521] | AR | | | |
| PTX-056 | Email from W. Ross to W. Teramoto re: Census (1/29/2018) [AR 002525] | AR | | | |
| PTX-057 | Email from W. Ross to P. Davidson re: Census (9/19/2017) [AR 002528] | AR | | | |
| PTX-058 | Email from B. Alexander to H. Geary (4/5/2017) [AR 002561] | AR | | | |
| PTX-059 | Email between J. Gore and M. Leach, re: Call (9/13/2017) [AR 002628] | AR | | | |
| PTX-060 | Email from Macie Leach to John Gore re: Call (9/13/2017) [AR 002634] | AR | | | |
| PTX-061 | Emails between W. Teramoto, D. Cutrona, J. Gore re: Call (9/18/2017) [AR 002636] | AR | | | |
| PTX-062 | Email from W. Teramoto to D. Cutrona re: Call (9/18/2017) [AR 002637] | AR | | | |
| PTX-063 | Email from W. Teramoto to J. Gore and D. Cutrona re: Call (9/16/2017) [AR 002639] | AR | | | |
| PTX-064 | Email from J. Rockas to K. Manning re: Citizenship Question (3/19/2018) [AR 002643] | AR | | | |
| PTX-065 | Email from J. Rockas to W. Teramoto (3/16/2018) [AR 002646] | AR | | | |
| PTX-066 | Intentionally left blank | | | | |
| PTX-067 | Email from D. Cutrona to W. Teramoto re: Call (9/18/2017) [AR 002651] | AR | | | |
| PTX-068 | Email from D. Cutrona to W. Teramoto re: Call (9/17/2017) [AR 002653] | AR | | | |
| PTX-069 | Email between W. Teramoto and M. Leach, re: John Gore-DOJ (9/15/2017) [AR 002659] | AR | | | |
| PTX-070 | 2016 Internet Breakoff Rates [AR 002737] | AR | | | |
| PTX-071 | Email from R. Jarmin to K. Kelley re: Question (2/14/2018) [AR 003274] | AR | | | |
| PTX-072 | Email from R. Jarmin to K. Kelley re: Request to Reinstate Citizenship Question on 2020 Census Questionnaire (12/22/2017) [AR 003289] | AR | | | |
| PTX-073 | Email from S. Buckner to R. Jarmin re: Urgent query from Science (1/2/2018) [AR 003323] | AR | | | |
| PTX-074 | Email from E. Lamas to A. Willard re: Please call Karen (12/15/2017) [AR 003347] | AR | | | |
| PTX-075 | Email from J. Abowd to R. Jarmin re: DOJ Letter (12/15/2017) [AR 003354] | AR | | | |
| PTX-076 | Email from R. Jarmin to K. Kelley re: DOJ (2/6/2018) [AR 003460] | AR | | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-077 | Email from E. Lamas to K. Kelley re: Two questions from Molly McCarthy on Citizenship as a topic (10/11/2017) [AR 003470] | AR | | | |
| PTX-078 | Email from S. Park-Su to M. Walsh and B. Lenihan re: FW: MOU Update (3/6/2018) [AR 003588] | AR | | | |
| PTX-079 | Email from E. Comstock to K. Kelley, M. Walsh, and J. Rockas re: Potential House CJS Minority Questions for Tomorrow's Hearing (3/20/2018) [AR 003597] | AR | | | |
| PTX-080 | Email from D. Langdon to E. Comstock re: 2020 Census Topics (3/10/2017) [AR 003685] | AR | | | |
| PTX-081 | Email from D. Langdon to E. Comstock and E. Herbst re: 2020 topics briefing (3/15/2017) [AR 003686] | AR | | | |
| PTX-082 | Email from B. Alexander to E. Comstock (4/20/2017) [AR 003694] | AR | | | |
| PTX-083 | Email from E. Comstock to W. Ross re: "FW: Census Testimony for Wed. May 3 House CJS Hearing" (5/1/2017) [AR 003695] | AR | | | |
| PTX-084 | Email from W. Ross to W. Teramoto re: Census (5/2/2017) [AR 003699] | AR | | | |
| PTX-085 | Email from E. Comstock to E. Branstad re: DOJ contact (5/4/2017) [AR 003701] | AR | | | |
| PTX-086 | Email from D. Langdon to L. Blumerman, "Fwd: Requested Information - Legal Review All Residents..." (5/24/2017) [AR 003702] | AR | | | |
| PTX-087 | Calendar Invite from J. Uthmeier to E. Comstock for meet with James re: Census Citizenship (6/27/2017) [AR 003705] | AR | | | |
| PTX-088 | Email from A.M. Neuman to E. Comstock re: Census Question (4/14/2017) [AR 003709] | AR | | | |
| PTX-089 | Email between E. Comstock and W. Ross re: Census (5/2/2017) [AR 003710] | AR | | | |
| PTX-090 | Draft Response Template re: Citizenship Question [AR 003870] | AR | | | |
| PTX-091 | Memo from W. Ross to K. D. Kelley re: Reinstatement of a Citizenship Question on the 2020 Decennial Census Questionnaire (3/26/2018) [AR 003893] | AR | | | |
| PTX-092 | Email from K. Kelley to R. Jarmin re: re: Need DOC Guidance--Race/Ethnicity Questions and Citizenship (1/24/2018) [AR 003978] | AR | | | |
| PTX-093 | Email from Quinley to Kelly, et al. RE: Agenda for January 11 Steering Committee  (1/10/18) [AR 3981] | AR | | | |
| PTX-094 | Agenda for Steering Committee meeting, January 11, 2018, 11:45 AM to 12:45 AM [AR 3982] | AR | | | |
| PTX-095 | Email from W. Teramoto re: E. Comstock re: Memo on Census Question (8/16/2017) [AR 003983] | AR | | | |
| PTX-096 | Email from W ilbur Ross to Earl Comstock re: Census Matter (8/10/2017) [AR 003984] | AR | | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-097 | Email from E. Comstock to W. Ross, cc: W. Teramoto, re: ITA Request for [redacted] (9/1/2017) [AR 004002] | AR | | | |
| PTX-098 | Email from E. Comstock to W. Ross (8/8/2017) [AR 004004] | AR | | | |
| PTX-099 | PowerPoint Presentation (with notes) titled, "Submission of the 2020 Census and American Community Survey Questions to Congress" (Feb. 2018) [AR 4802] | AR | | | |
| PTX-100 | Hearing Prep: Tribal Qs&As for February 14, 2018 [AR 004863] | AR | | | |
| PTX-101 | Memo from J. Abowd to R. Jarmin re: Summary of Quality/ Cost of Alternatives for Meeting Department of Justice Request for Citizenship Data (1/3/2018) [AR 005473] | AR | | | |
| PTX-102 | Email from R. Jarmin to A. Gary re: Request to Reinstate Citizenship Question on 2020 Census Questionnaire (1/3/2018) [AR 005489] | AR | | | |
| PTX-103 | Alternative Sources of Citizenship Data for the 2020 Census (12/22/2017) [AR 005500] | AR | | | |
| PTX-104 | Memo from S. Ewert to K. Humes re: Citizenship and survey response rates (2/7/2017) [AR 005596] | AR | | | |
| PTX-105 | Email from K. Prewitt to J. Abowd re census citizenship (2/25/2018) [AR 006156] | AR | | | |
| PTX-106 | Email from M. Hansen to S. Jost re: Census 2020 (2/6/2018) [AR 006236] | AR | | | |
| PTX-107 | Email from J. David Brown to J. Eltinge, et al. re: Methodological text and selected references (1/3/2018) [AR 006575] | AR | | | |
| PTX-108 | Email from M. Heggeness to J. Abowd re: Internal Meeting Re: DOJ Letter Response (1/2/2018) [AR 006623] | AR | | | |
| PTX-109 | Email from P. Beatty to J. Abowd re: Trump Justice Department Pushed for Citizenship Question on Census (1/2/2018) [AR 006629] | AR | | | |
| PTX-110 | Email from R. Jarmin to A. Fontenot, J. Abowd re: Request to Reinstate Citizenship Question on 2020 Census Questionnaire (12/22/2017) [AR 006659] | AR | | | |
| PTX-111 | Letter from Arthur Gary to Defendant Jarmin, Re: Request to Reinstate Citizenship Question on 2020 Census Questionnaire (12/12/2017) [AR 007729] | AR | | | |
| PTX-112 | Email from J. Abowd to J. Whitehorne re: Citizenship on the ACS (12/18/2017) [AR 008239] | AR | | | |
| PTX-113 | 2020 Census: Adding Content to the Questionnaire [AR 008291] | AR | | | |
| PTX-114 | Email from R. Jarmin to C. Jones re: Question (2/14/2018) [AR 008325] | AR | | | |
| PTX-115 | Email from R. Jarmin to A. Fontenot re: Citizenship question (1/18/2018) [AR 008345] | AR | | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-116 | Email from J. Thompson to R. Jarmin re: Letter to Secretary Ross (1/29/2018) [AR 008554] | AR | | | |
| PTX-117 | Letter from former Census Directors Barabba, Riche, Prewitt, Murdock, Groves, and Thompson to Secretary Ross (1/26/2018) [AR 008555] | AR | | | |
| PTX-118 | Email from E. Lamas to S. Buckner re: DOC Clearance Update (1/24/2018) [AR 008558] | AR | | | |
| PTX-119 | Email from S. Buckner to R. Jarmin (1/4/2018) [AR 008630] | AR | | | |
| PTX-120 | Email from J. Abowd to S. Garfinkel re: 2018-03- 08 Challenges and Experiences Adapting Differentially Private Mechanisms to the 2020 Census (3/5/2018) [AR 008911] | AR | | | |
| PTX-121 | Garfinkel Presentation- "Challenges and Experiences Adapting Differentially Private Mechanisms to the 2020 Census" [AR 008912] | AR | | | |
| PTX-122 | Email from J. Abowd to B. Reist et al. re: FINAL VERSION ATTACHED (1/4/2018) [AR 009008] | AR | | | |
| PTX-123 | Email from J. Abowd to J. Brown et al. re: DOJ Letter Follow-up (12/19/2017) [AR 009068] | AR | | | |
| PTX-124 | Email from C. Jones to S. Park-Su re: Draft Response to Question (2/24/2018) [AR 009190] | AR | | | |
| PTX-125 | Email from K. Hancher to R. Jarmin re: DOJ Meeting (2/15/2018) [AR 009193] | AR | | | |
| PTX-126 | Email from J. Abowd to K. Evans re: Is this the memo you referred to on the call? (3/5/2018) [AR 009345] | AR | | | |
| PTX-127 | Email from R. Jarmin to M. Berning re: SSA (2/13/2018) [AR 009444] | AR | | | |
| PTX-128 | Email from J. Treat to R. Jarmin re: Notes from the meeting with the Secretary (2/13/2018) [AR 009450] | AR | | | |
| PTX-129 | Email from [Redacted] to R. Jarmin re: Items (1/2/2018) [AR 009679] | AR | | | |
| PTX-130 | 2016 Breakoff data [AR 009692] | AR | | | |
| PTX-131 | Email from R. Jarmin to K. Kelley re: Need DOC Guidance--Race/Ethnicity Questions and Citizenship (1/24/2018) [AR 009739] | AR | | | |
| PTX-132 | Email to K. Kelley re: Items to cover w/ Izzy (9/5/2017) [AR 009799] | AR | | | |
| PTX-133 | Memo from J. Abowd to W. Ross re: Preliminary analysis of Alternative D (Combined Alternatives B and C) (3/1/2018) [AR 009812] | AR | | | |
| PTX-134 | Memo from E. Comstock to W. Ross re: Census Discussions with DoJ (9/8/2017) [AR 009834] | AR | | | |
| PTX-135 | 2020 Census: Adding Content to the Questionnaire [AR 009865] | AR | | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-136 | 2017 Break-off analysis  [AR 010382] | AR | | | |
| PTX-137 | Memorandum from Center for Survey Measurement (CSM) to Associate Directorate for Research and Methodology re: Respondent Confidentiality Concerns (9/20/2017) (redacted) [AR 010386] | AR | | | |
| PTX-138 | American Community Survey (ACS) Response Rate by Mode (CAPI Data Tables) [AR 010408] | AR | | | |
| PTX-139 | Draft Memo - 2018.Executive Summary [AR 010499] | AR | | | |
| PTX-140 | Draft Memo - 2018.Executive Summary [AR 010509] | AR | | | |
| PTX-141 | Questions on the Jan 19 Draft Census Memo on the DOJ Citizenship Question Reinstatement Request [AR 010895] | AR | | | |
| PTX-142 | Memo from S. Ewert to K. Humes re: Citizenship and survey response rates (2/7/2017) [AR 010913] | AR | | | |
| PTX-143 | Spreadsheet re: Question Assignments [AR 010950] | AR | | | |
| PTX-144 | Email from P. Davidson to W. Ross, re: Census Questions (11/28/2017) [AR 011193] | AR | | | |
| PTX-145 | Email from B. Page to R. Jarmin re: Census Question Request (12/20/2017) [AR 011194] | AR | | | |
| PTX-146 | Email from J. Uthmeier to M. Neuman [confirmed by Privilege Log] re: Questions re Census (9/13/2017) [AR 011329] | AR | | | |
| PTX-147 | Email to W. Ross and W. Teramoto from E. Comstock re: Memo on Census Question (8/11/2017) [AR 011362] | AR | | | |
| PTX-148 | Memo from M. Berning et al., to J. Abowd re: Alternative Sources of Citizenship Data for the 2020 Census (12/22/2017) [AR 011634] | AR | | | |
| PTX-149 | Email from K. Dunn Kelley to A. Willard re: Notes from drive (10/9/2017) [AR 012464] | AR | | | |
| PTX-150 | Email chain between Ross and Dunn Kelley (1/16/2018) [AR 012479] | AR | | | |
| PTX-151 | Email chain between Langdon and census employees (5/24/2017) [AR 012541] | AR | | | |
| PTX-152 | 2017 Breakoff Rates by Race Group [AR 012757] | AR | | | |
| PTX-153 | 2020 CBAMS Focus Groups Audience Summary Report [AR 013025] | | Abowd | | |
| PTX-154 | Email from Secretary Ross to W. Teramoto dated 9/19/2017, forwarding 9/8/2017 memo from Comstock to Secretary Ross (unredacted) [COM_DIS00016106] | AR | | | |
| PTX-155 | Intentionally left blank | | | | |

8

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-156 | 2012-2016 ACS CAPI Response Rate by Tract Percentage of Housing Units with at least One Noncitizen [0010678DRB] | AR | | | |
| PTX-157 | Memorandum from Center for Survey Measurement to Associate Directorate for Research and Methodology re: Respondent Confidentiality Concerns (Sept. 20, 2017) [COM_DIS00002446] | AR | | | |
| PTX-158 | Mikelyn Meyers, U.S. Census Bureau, Respondent Confidentiality Concerns in Multilingual Pretesting Studies and Possible Effects on Response Rates and Data Quality for the 2020 Census (May 16, 2018) [COM_DIS00002454] | | O'Muircheartaigh | | |
| PTX-159 | 2020 Census Barriers, Attitudes and Motivators Study (CBAMS) Brief Update [COM_DIS00008554] | | Abowd | | |
| PTX-160 | Brown, David, et al., Understanding the Quality of Alternative Citizenship Data Sources for the 2020 Census (August 6, 2018) [COM_DIS00009833] | | Abowd | | |
| PTX-161 | 2020 Census Barriers, Attitudes and Motivators Study (CBAMS) High-Level Findings [COM_DIS00010669] | | Abowd | | |
| PTX-162 | Email from Victoria Valkoff re Proposed Content Test - Victoria Velkoff [COM_DIS00010789] | | Abowd | | |
| PTX-163 | Proposed Content Test - Victoria Velkoff [COM_DIS00010785] | | Abowd | | |
| PTX-164 | Letter from Goodlatte to Ross (2/27/2018) [AR 1164] | AR | | | |
| PTX-165 | Letter from Mateer to Jarmin (2/23/2018) [AR 1155] | AR | | | |
| PTX-166 | Letter from Lawson to Ross (2/23/2018) [AR 1153] | AR | | | |
| PTX-167 | Letter from Warner to Ross  (2/23/2018) [AR 1159] | AR | | | |
| PTX-168 | Letter from Marshall to Ross (2/23/2018) [AR 1161] | AR | | | |
| PTX-169 | Letter from Hunter to Ross (3/13/2018) [AR 1210] | AR | | | |
| PTX-170 | Letter from Cotton to Ross (2/27/2018) [AR 1178] | AR | | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-171 | Press Release re: Cotton, Cruz, and lnhofe Applaud Addition of Citizenship Question to Census (3/27/2018) [COM_DIS00014128] | | | | |
| PTX-172 | Letter from Kirsanow to Jarmin (3/15/2018) [AR 1217] | AR | | | |
| PTX-173 | Letter from Kobach to Ross (2/12/2018) [COM_DIS00014132] | AR | | | |
| PTX-174 | Letter from King to Ross (2/16/2018) [AR 1129] | AR | | | |
| PTX-175 | Report re "letters received" [COM_DIS00014138] | AR | | | |
| PTX-176 | Email chain between W. Ross, B. Lenihan, J. Uthmeier, J. Rockas re: SHORT FUSE: Fw: Census/immigration status story (Deadline: Today 2:45pm)  (12/29/2017) [COM_DIS00014335] | AR | | | |
| PTX-177 | Email chain between W. Ross, B. Lenihan, J. Uthmeier, J. Rockas re: SHORT FUSE: Fw: Census/immigration status story (Deadline: Today 2:45pm)  (12/29/2017) [COM_DIS00014338] | AR | | | |
| PTX-178 | Email chain between J. Uthmeier, S. Park-Su, E. Comstock, P. Davidson, W. Teramoto, re: Census Matter Follow-Up (9/11/2017) [COM_DIS00014666] | AR | | | |
| PTX-179 | Email between W. Ross and W. Teramoto re: Census (5/2/2017) [COM_DIS00016118] | AR | | | |
| PTX-180 | Email chain between E. Herbst, M. Neuman, E. Comstock re: 17-053169 (3/14/2017) [COM_DIS00016561] | AR | | | |
| PTX-181 | Email between E. Comstock and M. Neuman, re: Census Question (4/14/2017) [COM_DIS00018614] | AR | | | |
| PTX-182 | Email between E. Comstock and M. Neuman re: One of the Supreme Court cases that informs planning for 2020 Census (4/11/2017) [COM_DIS00018615] | AR | | | |
| PTX-183 | Emails between W. Teramoto and B. Lenihan email re: where are KDK murder boards (6/19/2017) [COM_DIS00020349] | | Teramoto | | |
| PTX-184 | Email between Teramoto, Kelley and Neuman re: IMPORTANT: From Oversight Hearing (10/13/2017) [COM_DIS00020557] | AR | | | |
| PTX-185 | Emails between A. Willard, S. Park-Su, K. Dunn Kelley re: Mark Neuman mtg req. (8/29/2017) [COM_DIS00020561] | AR | | | |
| PTX-186 | Schedule for Secretary Ross's Conference Room, 2018, Redacted [COM_DIS00021107] | | | | |
| PTX-187 | Schedule for Secretary Ross, 2017, Redacted [COM_DIS00021159] | | | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-188 | Schedule for Secretary Ross, 2018, Redacted [COM_DIS00021255] | | | | |
| PTX-189 | Schedule for Secretary Ross's Conference Room, 2017, Redacted [COM_DIS00021330] | | | | |
| PTX-190 | Email Chain between John Gore and Arthur Gary, Subject: "RE: following up" (Jan. 29, 2018) [DOJ00002712] | | Gore | | |
| PTX-191 | Email from R. Jarmin to A. Gary (1/10/2018) [DOJ 2713] | | Gore | | |
| PTX-192 | Email from A. Gary to R. Jarmin (1/2/2018) [DOJ 2714] | | Gore | | |
| PTX-193 | Email from A. Gary to R. Jarmin (12/22/2017) [DOJ 2715] | | Gore | | |
| PTX-194 | Email from R. Jarmin to A. Gary (12/22/2017) [DOJ 2716] | | Gore | | |
| PTX-195 | Email from Ben Aguinaga to Bethany Pickett re "FW: Confidential & Close Hold: Draft Letter" dated November 3, 2017 [DOJ00003740] | | Gore | | |
| PTX-196 | Letter from CSAC attached to Gary email (12/9/2018) [DOJ 35722] | | | | |
| PTX-197 | NAC Fall Meeting 2017 Agenda | | | | |
| PTX-198 | NAC Spring 2018 Meeting Agenda | | | | |
| PTX-199 | NAC Membership List | | | | |
| PTX-200 | NAC Standard Operating Procedures October 2018 | | | | |
| PTX-201 | Respondent Confidentiality Concerns on Possible Effects on Response Rates and Data Quality for the 2020 Census Arturo Vargas Discussant | | | | |
| PTX-202 | American Community Survey Questionnaire 2017 | | O'Muircheartaigh | | |
| PTX-203 | Census 2000 Long Form Questionnaire | | Abowd | | |
| PTX-204 | Census 1950 Census of Population and Housing Questionnaire | | Abowd | | |
| PTX-205 | U.S. Census Bureau, U.S. Census Bureau Statistical Quality Standards (July 2013) | | Abowd | | |
| PTX-206 | Census 2000 Brief Overview of Race and Hispanic Origin (March 2001) | | Abowd | | |
| PTX-207 | Nicholas Alberti, 2005 National Content Test: Analysis of the Race and Ethnicity Question, U.S. Census Bureau (2006). | | Abowd | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-208 | 2010 Census Coverage Measurement Estimation Report: Components of Census Coverage for the Household Population in the United States (Memo: DSSD 2010 CENSUS COVERAGE MEASUREMENT MEMORANDUM SERIES #2010-G-04) | | Abowd | | |
| PTX-209 | 2020 Census Planning Survey ("Census Barriers, Attitudes and Motivators Study") [COM_DIS00008554] | | Abowd | | |
| PTX-210 | 2020 Census Integrated Communications Plan | | Abowd | | |
| PTX-211 | Mule, T., 2010 Census Coverage Measurement Estimation Report: Summary of Estimates of Coverage for Persons in the United States, (DSSD 2010 CENSUS COVERAGE MEASUREMENT MEMORANDUM SERIES #2010-G-01) [AR 11390] | AR | | | |
| PTX-212 | Proposed Content Test on Citizenship Question (Abowd Deposition Exhibit) | | Abowd | | |
| PTX-213 | Draft Executive Order - Memorandum for the President from Andrew Bremberg re: Executive Order on Protecting American Jobs and Workers by Strengthening the Integrity of Foreign Worker Visa Programs (1/23/2017) | | | | |
| PTX-214 | Memo from L. Blumerman to the Record re: Planned Development and Submission of Subjects Planned for the 2020 Census Program and Questions Planned for the 2020 Census Program (4/29/16) | | Abowd | | |
| PTX-215 | John Gore Congressional Testimony (Written Statement before the House Committee on Oversight and Government Reform) (5/18/18) | | Gore | | |
| PTX-216 | Gore Congressional Testimony - Bloomberg Video Excerpt from Time 1:14:43 to 1:15:35 | | Gore | | |
| PTX-217 | U.S. Department of Commerce Census Bureau National Advisory Committee (NAC) on Racial, Ethnic, and Other Populations Charter (3/23/18) | | Jarmin | | |
| PTX-218 | U.S. Department of Commerce Census Bureau of the Census Scientific Advisory Committee (CSAC) Charter | | Jarmin | | |
| PTX-219 | Prepared Statementof Ron Jarmin, Ph.D. and Earl Comstock Before the Committee on Oversight and Government Reform U.S. House of Representatives- "Progress Report on the 2020 Census" (5/8/18) | | Jarmin | | |
| PTX-220 | Questions Planned for the 2020 Census and the American Community Survey : A Process Overview- Presentation by J. Ortman (3/29/18) | | Jarmin | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-221 | Prepared Statement of J. Thompson before the Appropriations Committee's Subcommittee on Commerce, Justice, Science and Related Agencies (5/3/17) | | Teramoto | | |
| PTX-222 | Statement of Karen Dunn Kelley Before the Senate Commerce, Science and Transportation Committee (7/26/17) | | Kelley | | |
| PTX-223 | Defendants' Objections and Responses to Plaintiffs' Requests for Expedited Production of Documents and First Set of Interrogatories to Defendants USDOC and Wilbur Ross (8/13/18) | | Kelley | | |
| PTX-224 | J. Uthmeier Declaration (State of New York, et al. v. United States Department of Commerce, et al., ECF No. 253) | | Kelley | | |
| PTX-225 | Transcript--Committee on Oversight and Government Reform Progress Report on the 2020 Census (5/8/18) | | Comstock | | |
| PTX-226 | Defendants' Initial Disclosures (7/23/2018) | | | | |
| PTX-227 | Email from R. Jarmin to K. Kelley re: DOJ (12/19/2017) [AR 001357] | AR | | | |
| PTX-228 | Email from R. Jarmin to K. Kelley Re: Question (2/13/2018) [AR 004853] | AR | | | |
| PTX-229 | Howard Hogan, et al., Quality and the 2010 Census | | Abowd | | |
| PTX-230 | Document prepared by John Abowd and David Brown | | Abowd | | |
| PTX-231 | Memo from P. Cantwell to D. Whitford re: 2010 Census Coverage Measurement Estimation Report: Components of Census Coverage  for the household Population in the United States (DSSD 2010 CENSUS COVERAGE MEASUREMENT MEMORANDUM SERIES #2010-G-06) | | Abowd | | |
| PTX-232 | Siegel & Passel, Coverage of the Hispanic Population of the United States in the 1970 Census - A Methodological Analysis | | Abowd | | |
| PTX-233 | Defendants' Reply Memorandum and Opposition to Plaintiffs' Motion for Summary Judgment, Federation for American Immigration Reform (FAIR) v. Philip M. Klutznick, et al. (1980 WL 683642) | | | | |
| PTX-234 | Defendants' Objections and Responses to Plaintiffs' Requests for Admission to Defendant United States Census Bureau (10/23/2018) | | Park-Su | | |
| PTX-235 | Defendants' Objections and Responses to Plaintiffs' Requests for Admission to Defendant United States Department of Commerce (10/23/2018) | | Park-Su | | |
| PTX-236 | Defendants' Objections and Responses to Plaintiffs' Third Set of Interrogatories (10/23/18) | | Park-Su | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-237 | Commerce Response to NYIC Plaintiffs' First Set of RFPs and Interrogatories (8/13/2018) | | | | |
| PTX-238 | Commerce Supplemental Response to NYIC Plaintiffs' First Set of Interrogatories (9/5/2018) | | | | |
| PTX-239 | Defendants' Second Supplemental Response to Plaintiffs' First Set of Interrogatories to Defendants United States Department of Commerce and Wilbur Ross (Re: Interrogatory 1) (10/11/2018) | | | | |
| PTX-240 | Defendants' Response to Plaintiffs' Second Set of Interrogatories (9/28/2018) | | | | |
| PTX-241 | Census Equity Act: Hearings Before the Subcomm. on Census & Population of the H. Comm. On Post Office & Civ. Serv., 101st Cong. 43–45, 59 (1989) (statement of C. Louis Kincannon, Deputy Director, Census Bureau) | | Neuman | | |
| PTX-242 | Testimony of John Keane, Director, Census Bureau, Exclude Undocumented Residents from Census Counts Used for Apportionment: Hearing Before the Subcomm. on Census & Population of the H. Comm. on Post Office & Civil Serv., 100th Cong. 50–51 (1988) | | | | |
| PTX-243 | Brief of Former Directors of the U.S. Census Bureau as Amici Curiae Supporting Appellees, Evenwel v. Abbott, 136 S. Ct. 1120 (2016) | | | | |
| PTX-244 | Email from Langdon to Comstock (5/24/2017) [AR 0012465] | AR | | | |
| PTX-245 | Chart: Federal Assistance Programs with Allocation Formulas Affected by Decennial Census Undercount | | Reamer | | |
| PTX-246 | Schematic of census-derived datasets | | Reamer | | |
| PTX-247 | Department of Justice's Guidance Concerning Redistricting Under Section 5 of the Voting Rights Act, 76 F.R. 27, 7649, 7471 (Feb. 9, 2011). | | Handley | | |
| PTX-248 | U.S. Census Bureau News Release, "Census Bureau Releases Estimates of Undercount and Overcount in the 2010 Census" (5/22/12), at: https://www.census.gov/newsroom/releases/archives/2010_census/cb12-95.html | | Handley | | |
| PTX-249 | Assessing Net Coverage Error for Young Children in the 2010 U.S. Decennial Census | | O'Muircheartaigh | | |
| PTX-250 | U.S. Census Bureau, "Investigating the 2010 Undercount of Young Children – Analysis of Census Coverage Measurement Results" (Jan. 2017) | | O'Muircheartaigh | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-251 | W.P. O'Hare, "Citizenship Question Nonresponse: A Demographic Profile of People Who Do Not Answer the American Community Survey Citizenship Question," Georgetown Law: Ctr. On Poverty & Inequality (Sept. 2018) | | O'Muircheartaigh | | |
| PTX-252 | U.S. Census Bureau (2012) 2010 Census Mail Response/Return Rates Assessment Report. 2010 Census Planning Memorandum Series | | O'Muircheartaigh | | |
| PTX-253 | U.S. Census Bureau (2003) Census 2000 Mail Return Rates, Census 2000 Evaluation A.7.b, Herbert Stackhouse and Sarah Brady, January 30, 2003, Tables 10, 12 and 16. | | O'Muircheartaigh | | |
| PTX-254 | Word, D.L., (1997) "Who Responds? Who Doesn't?: Analyzing Variation in Mail Response Rates During the 1990 Census," Population Division Working Paper No. 19, Table 2.0 | | O'Muircheartaigh | | |
| PTX-255 | U.S. Census Bureau (2014). 2014 Planning Database, U.S. Census Bureau | | O'Muircheartaigh | | |
| PTX-256 | U.S. Census Bureau, "The Undercount of Young Children," (Feb. 2014) | | O'Muircheartaigh | | |
| PTX-257 | Fernandez, L, Shattuck, R., and Noon, J., U.S. Census Bureau (2018), "The Use of Administrative Records and the American Community Survey to Study the Characteristics of Undercount Young Children in the 2010 Census," Center for Administration Records Research and Application Working Paper #2018-05 | | O'Muircheartaigh | | |
| PTX-258 | U.S. Census Bureau, State Mail Return Rates 2010 Census | | O'Muircheartaigh | | |
| PTX-259 | U.S. Census Bureau Memorandum re A.C.E. Revision II: Summary of Estimated Net Coverage (12/31/02) (DSSD A.C.E. REVISION II MEMORANDUM SERIES #PP-54) | | O'Muircheartaigh | | |
| PTX-260 | U.S. Census Bureau Memorandum re A.C.E. Revision II - Adjusted Data for States, Counties, and Places (4/9/13) (DSSD A.C.E. REVISION II MEMORANDUM SERIES #PP-60). | | O'Muircheartaigh | | |
| PTX-261 | U.S. Census Bureau, "1990 Mail Response rates by 1990 Geography Boundaries," available at: https://www.census.gov/dmd/www/mailresp.html | | O'Muircheartaigh | | |
| PTX-262 | Federal Register Vol. 79, No. 213, Office of Management & Budget, Statistical Policy Directive No. 1: Fundamental Responsibilities of Federal Statistical Agencies and Recognized Statistical Units | | Habermann | | |
| PTX-263 | Principles and Practices for a Federal Statistical Agency, Sixth Edition (2017) | | Barreto | | |

15

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-264 | Subjects Planned for the 2020 Census and American Community Survey (Issued March 2017, Revised) [AR 0000194] | AR | | | |
| PTX-265 | Charter of the Interagency Council on Statistical Policy, Subcommittee on the American Community Survey (Aug. 10, 2012, rev. Nov. 15, 2017) | | Abowd | | |
| PTX-266 | Office of Management and Budget (OMB), Standards and Guidelines for Statistical Surveys (Sept. 2006) | | Habermann; O'Muircheart aigh | | |
| PTX-267 | Statistical Policy Directive No. 2 Addendum: Standards & Guidelines for Cognitive Interviews | | Habermann; O'Muircheart aigh | | |
| PTX-268 | United Nations, Principles and Recommendations for Population and Housing Censuses | | | | |
| PTX-269 | Office of Management & Budget, Instructions for Requesting OMB Review Under the PRA, OMB FORM 83-I INST, 10/95 | | Habermann | | |
| PTX-270 | U.S. Census Bureau, Census Bureau Standard: Pretesting Questionnaires and Related Materials for Surveys and Censuses (2003) | | O'Muircheart aigh | | |
| PTX-271 | Bates, et al., Public Attitudes Toward the Use of Administrative Records in the U.S. Census: Does Question Frame Matter?, Research Report Series Survey Methodology #2012-04 (2012) | | O'Muircheart aigh | | |
| PTX-272 | U.S. Government Accountability Office (GAO), Actions Needed to Address Challenge to Enumerating Hard-to-Count Groups (GAO-18-599) (July 2018) | | O'Muircheart aigh | | |
| PTX-273 | U.S. Census Bureau, Memorandum re 2010 Census Item Nonresponse and Imputation Assessment Report, 2010 CENSUS PLANNING MEMORANDA SERIES NO. 173 (2/8/12) | | | | |
| PTX-274 | U.S. Census Bureau 2017, "2020 Census Operation Plan: A New Design for the 21st Census. V.3." (September, 2017) | AR | | | |
| PTX-275 | U.S. Census Bureau, Data Stewardship Executive Policy Committee, DS-16 Checklist for a Survey's Handling of Sensitive Topics and Very Sensitive Topics in Dependent Interviewing | | | | |
| PTX-276 | U.S. General Accounting Office (GAO), Survey Methodology: An Innovative Technique for Estimating Sensitive Survey Items (GAO/GGD-00-30) (November 1999) | | | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-277 | EB Jensen, R. Bhaskar and M. Scopilliti (2015), "Demographic analysis 2010: Estimates of coverage of the foreign-born population in the American Community Survey," Population Division, US Census Bureau, Working Paper (103) | | | | |
| PTX-278 | U.S. Census Bureau (Nov. 10, 1988), Issue Paper On The 1990 Census Race Question, p. 3.) | | O'Muircheart aigh | | |
| PTX-279 | U.S. Census Bureau, "Investigating the 2010 Undercount of Young Children – A Comparison of Demographic, Housing, and Household Characteristics of Children by Age" (1/18/17) | | | | |
| PTX-280 | Presser, S., Couper, M., Lessler, J., Martin, E., Martin, J., Rothgeb, J., and Singer, E., (2004) "Methods for testing and evaluating survey questions," Public Opinion Quarterly, 68(1), pp. 109-130. | | O'Muircheart aigh | | |
| PTX-281 | Bond et al., "The Nature of Bias When Studying Only Linkable Person Records: Evidence from the American Community Survey," 2014 | | O'Muircheart aigh | | |
| PTX-282 | Terry, R.L., Schwede, L., King, R., Martinez, M.and Childs, J.H., "Exploring Inconsistent Counts of Racial/Ethnic Minorities in a 2010 Census Ethnographic Evaluation," Bulletin of Sociological Methodology, 135(1), pp. 32-49 (2017) | | Barreto | | |
| PTX-283 | Elizabeth Martin (1999), "Who knows who lives here? Within-household disagreements as a source of survey coverage error." Public Opinion Quarterly: 220-236; Elizabeth Martin (2007) | | O'Muircheart aigh | | |
| PTX-284 | Robert Fay (1989), "An Analysis of Within-Household Undercoverage in the Current Population Survey." Proceedings, Annual Research Conference, U.S. Census Bureau. | | O'Muircheart aigh | | |
| PTX-285 | Kissam, Edward. 2017. "Differential Undercount of Mexican Immigrant Families in the US Census." Statistical Journal of the IAOS 33(3): 797–816. | | O'Muircheart aigh; Barreto | | |
| PTX-286 | Elizabeth Martin (2007), "Strength of attachment: Survey coverage of people with tenuous ties to residences." Demography 44: 427-440. | | O'Muircheart aigh | | |
| PTX-287 | Mary H Mulry, and Andrew D. Keller (2017), "Comparison of 2010 Census Nonresponse Follow-Up Proxy Responses with Administrative Records Using Census Coverage Measurement Results." Journal of Official Statistics 33, no. 2 (2017): 455-475. | | O'Muircheart aigh | | |
| PTX-288 | J. David Brown, Jennifer H. Childs, and Amy O'Hara, "Using the Census to Evaluate Administrative Records and Vice Versa," Proceedings of the 2015 Federal Committee on Statistical Methodology (FCSM) Research Conference (2015) | | O'Muircheart aigh | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-289 | Richard A. Griffin, "Issues Concerning Imputation of Hispanic Origin due to Administrative Record Enumeration for the 2020 Census," Proceedings of the Survey Research Methods Section, American Statistical Association (2014) | | O'Muircheartaigh | | |
| PTX-290 | U.S. Census Bureau, Memorandum re 2010 Census Coverage Measurement Estimation Report: Net Coverage for Household Population in the United States (DSSD 2010 CENSUS COVERAGE MEASUREMENT MEMORANDUM SERIES #2010-G-03) (5/22/12) | | | | |
| PTX-291 | U.S. Census Bureau, 2020 Census Operational Plan: A New Deisgn for the 21st Century, Version 3.0, (9/2017) | | Abowd | | |
| PTX-292 | Sonya Rastogi and Amy O'Hara, "2010 Census Match Study." Center for Administrative Records Research and Applications, U.S. Census Bureau (2012), p 21. | | | | |
| PTX-293 | U.S. Census Bureau, Investigating the 2010 Undercount of Young Children – A New Look at 2010 Census Omissions by Age (7/26/16) | | O'Muircheartaigh | | |
| PTX-294 | U.S. Census Bureau, 2010 Census Summary File 1, 2010 Census of Population and Housing (Issued September 2012) | | | | |
| PTX-295 | H. Hogan, P. Cantwell, J. Devine, V. Mule Jr., V. Velkoff, Population Research and Policy Review, Vol. 32, No. 5, New Findings from the 2010 Census (Oct. 2013) | | O'Muircheartaigh | | |
| PTX-296 | Dr. Barreto Raw Survey Data (File name: Census data 081418.dta) [BARRETO_000011] | | Barreto | | |
| PTX-297 | Dr. Barreto Survey Data Code Script (File name: script_ca_case.R) [BARRETO_000012] | | Barreto | | |
| PTX-298 | H. Alpert, "Public Opinion Research as Science" Public Opinion Quarterly 20(3) (1956) | | Barreto | | |
| PTX-299 | Andridge, Rebecca R. and Little, Roderick J., "A Review of Hot Deck Imputation for Survey Non- Response." International Statistical Review 78(1): 40-64 (2010) (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3130338/) | | Barreto | | |
| PTX-300 | Ball, John C., "The Reliability and Validity of Interview Data Obtained from 59 Narcotic Drug Addicts." American Journal of Sociology 72(6): 650–654 (1967) | | Barreto | | |
| PTX-301 | Battaglia, Michael et al., "Tips and Tricks for Raking Survey Data (a.k.a. Sample Balancing)" Proceedings of the Survey Research Methods Section, American Statistical Association (2004) | | Barreto | | |
| PTX-302 | Berk, Marc L., and Claudia L. Schur, "The Effect of Fear on Access to Care among Undocumented Latino Immigrants." Journal of immigrant health 3(3): 151–156 (2001) | | Barreto | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-303 | Boudreaux, Michel H. et al., "Measurement Error in Public Health Insurance Reporting in the American Community Survey: Evidence from Record Linkage." Health services research 50(6): 1973–1995 (2015) | | Barreto | | |
| PTX-304 | Bradburn, Norman M., Seymour Sudman, Ed Blair, and Carol Stocking, "Question Threat and Response Bias." Public Opinion Quarterly 42(2): 221–234 (1978) | | Barreto | | |
| PTX-305 | Brady, Henry, "Contributions of Survey Research to Political Science," PS: Political Science & Politics (2000) | | Barreto | | |
| PTX-306 | Casey Foundation, "2018 Kids Count Data Book" (2018) | | Barreto | | |
| PTX-307 | U.S. Census Bureau, Center for Survey Measurement (CSM), Memorandum for Associate Directorate for Research and Methodology (ADRM) re: Respondent Confidentiality Concerns (9/20/17) [10386DRB] | AR | | | |
| PTX-308 | De La Puente, Manuel, "Using Ethnography to Explain Why People Are Missed or Erroneously Included by the Census: Evidence from Small Area Ethnographic Studies." Center for Survey Methods Research, US Census Bureau (1995) | | Barreto | | |
| PTX-309 | De La Puente, Manuel, "Census 2000 Ethnographic Studies Final Report," Census 2000 Topic Report Ethnographic Studies, US Census Bureau Statistical Research Division (2004) | | O'Muircheart aigh; Barreto | | |
| PTX-310 | DeMaio, Thomas, Nancy Mathiowetz, Jennifer Rothgeb, Mary Ellen Beach, Sharon Durant, "Protocol for Pretesting Demographic Surveys at the Census Bureau." Report of the Pretesting Committee (June 1993) | | Barreto | | |
| PTX-311 | Ericksen, Eugene P., and Teresa K. Defonso. 1993. "Guest Commentary: Beyond the Net Undercount: How to Measure Census Error." Chance 6(4): 38– 14 | | Barreto | | |
| PTX-312 | Federal Committee on Statistical Methodology, Statistical Working Paper 17 – Survey Coverage (1990) | | Barreto | | |
| PTX-313 | Frost, Amanda, "Can the Government Deport Immigrants Using Information It Encouraged Them to Provide?," Admin. L.R. (2017) | | Barreto | | |
| PTX-314 | Graubard, Barry and Edward Korn, "Survey inference for subpopulations," American Journal of Epidemiology 144(1) (1996) | | Barreto | | |
| PTX-315 | Groen, Jeffrey A. 2012. "Sources of Error in Survey and Administrative Data: The Importance of Reporting Procedures." Journal of Official Statistics (JOS) 28(2). | | Barreto | | |
| PTX-316 | Hunt, Shelby, Richard D. Sparkman, and James B. Wilcox, "The Pretest in Survey Research: Issues and Preliminary Findings." Journal of Marketing Research. 19(2) (1982) | | Barreto | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-317 | Kalton, Graham, "Compensation for Missing Survey Data." University of Michigan Survey Research Center Research Report Series (1983) | | Barreto | | |
| PTX-318 | Lee, Eun Sul and Ronald Forthofer, "Analyzing Complex Survey Data," Sage Publications (2006) | | Barreto | | |
| PTX-319 | Link, Michael W. et al. 2006. "Address-Based versus Random-Digit-Dial Surveys: Comparison of Key Health and Risk Indicators." American Journal of Epidemiology 164(10): 1019–25. | | Barreto | | |
| PTX-320 | Lohr, Sharon L. 1999. Sampling: Design and Analysis. New York, NY: Brooks/Cole. | | Barreto | | |
| PTX-321 | Keeter, Scott et al. 2006. "Gauging the Impact of Growing Nonresponse on Estimates from a National RDD Telephone Survey," Public Opinion Quarterly. 70(5) | | Barreto | | |
| PTX-322 | Krysan, Maria. 1998. "Privacy and the Expression of White Racial Attitudes: A Comparison across Three Contexts." Public Opinion Quarterly: 506–544. | | Barreto | | |
| PTX-323 | Lajevardi, Nazita, and Kassra AR Oskooii. 2018. "Old-Fashioned Racism, Contemporary Islamophobia, and the Isolation of Muslim Americans in the Age of Trump." Journal of Race, Ethnicity and Politics 3(1): 112–152. | | Barreto | | |
| PTX-324 | National Research Council, "The 2000 Census: Interim Assessment," National Academies Press (2018) | | O'Muircheartaigh | | |
| PTX-325 | National Research Council, "The 2000 Census: Counting under Adversity," National Academies Press (2004) | | O'Muircheartaigh | | |
| PTX-326 | Meyers, Mikelyn, "Respondent Confidentiality Concerns and Possible Effects on Response Rates and Data Quality for the 2020 Census." (Nov. 2, 2017) [COM_DIS00002481] | | O'Muircheartaigh | | |
| PTX-327 | Montoya, Martin. 1992. "Ethnographic Evaluation of the Behavioral Causes of Undercount: Woodburn, Oregon." Ethnographic Evaluation of the 1990 Decennial Census Report #25. Prepared under Joint Statistical Agreement 90-06 with the University of Oregon. Bureau of the Census, Washington D.C. | | Barreto | | |
| PTX-328 | Cruz Nichols, Vanessa, Alana MW LeBrón, and Francisco I. Pedraza. 2018. "Spillover Effects: Immigrant Policing and Government Skepticism in Matters of Health for Latinos." Public Administration Review 78(3): 432–443. | | Barreto | | |
| PTX-329 | O'Hare, William, Yeris Mayol-Garcia, Elizabeth Wildsmith, and Alicia Torres "The Invisible Ones: How Latino Children Are Left Out of Our Nation's Census Count," (2016) | | O'Muircheartaigh | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-330 | Oskooii, Kassra AR. 2016. "How Discrimination Impacts Sociopolitical Behavior: A Multidimensional Perspective." Political Psychology 37(5): 613–640. | | Barreto | | |
| PTX-331 | Pedraza, Francisco I., and Maricruz Ariana Osorio. 2017. "Courted and Deported: The Salience of Immigration Issues and Avoidance of Police, Health Care, and Education Services among Latinos." Aztlan: A Journal of Chicano Studies 42(2): 249–266. | | Barreto | | |
| PTX-332 | Rubin, Donald B. 1976. "Inference and Missing Data." Biometrika 63(3): 581-592. | | Barreto | | |
| PTX-333 | Raines, Marvin D. 2001. "Gaining Cooperation from a Multi-Cultural Society of Respondents: A Review of the US Census Bureau's Efforts to Count the Newly Immigrated Population." Statistical Journal of the United Nations Economic Commission for Europe 18(2, 3): 217–226. | | Barreto | | |
| PTX-334 | Rao, Krishna, "Discussion of 2018 End-to-End Census Test: Nonresponse Follow-up," Census Scientific Advisory Committee (Fall 2017 Meeting) | | Barreto | | |
| PTX-335 | Sanchez, Gabriel R., and Barbara Gomez-Aguinaga. 2017. "Latino Rejection of the Trump Campaign." Aztlán: A Journal of Chicano Studies 42(2). | | Barreto | | |
| PTX-336 | Stepick, Alex. 1992. "Ethnographic Evaluation of the 1990 Decennial Census Report Series." Ethnographic Evaluation of the 1990 Decennial Census Report #8. Prepared under Joint Statistical Agreement #90-08 with Florida International University. Bureau of the Census, Washington D.C. | | Barreto | | |
| PTX-337 | Tourangeau, Roger, and Tom W. Smith. 1996. "Asking Sensitive Questions: The Impact of Data Collection Mode, Question Format, and Question Context." The Public Opinion Quarterly 60(2): 275–304. | | Barreto | | |
| PTX-338 | Tourangeau, Roger, and Ting Yan. 2007. "Sensitive Questions in Surveys." Psychological bulletin 133(5): 859. | | O'Muircheart aigh | | |
| PTX-339 | U. S. Government Accountability Office (GAO), Decennial Census: Lessons Learned from Locating and Counting Migrant and Seasonal Farm Workers. (GAO-03-605)  (July 3, 2003) | | Barreto | | |
| PTX-340 | van Teijlingen, Edwin R.  and Vanora Hundley "The importance of pilot studies." Social Research Update. 35 (2001) | | Barreto | | |
| PTX-341 | Velasco, Alfredo, "Ethnographic Evaluation of the Behavioral Causes of Undercount In The Community of Sherman Heights, San Diego, California." Ethnographic Evaluation of the 1990 Decennial Census Report #22. Prepared under Joint Statistical Agreement 89-42 with the Chicano Federation of San Diego County. Bureau of the Census (1992) | | Barreto | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-342 | Wines, Michael, "Census Bureau's Own Expert Panel Rebukes Decision to Add Citizenship Question." N.Y. Times. (Mar. 30, 2018) | | Barreto | | |
| PTX-343 | Freedman, David and Kenneth Wachter, "On the likelihood of improving the accuracy of the census through statistical adjustment," Science and Statistics (2003) | | Barreto | | |
| PTX-344 | U.S. Census Bureau, Memorandum for Patrick Cantwell re 2010 Census Count Imputation Results (DSSD 2010 DECENNIAL CENSUS MEMORANDUM SERIES #J-12) (6/7/11) | | O'Muircheart aigh | | |
| PTX-345 | Press Release, Dep't of Commerce, Statement from U.S. Secretary of Commerce Wilbur Ross on the Release of President Trump's Immigration Priorities (Oct. 9, 2017) | | | | |
| PTX-346 | Testimony of Wilbur Ross, Secretary of Commerce, before the House Committee on Ways and Means, 115-FC09 (Mar. 22, 2018) "Department of Justice, as you know, initiated the request for the inclusion of the citizenship question" | | | | |
| PTX-347 | Congress Letter to Sec Ross (6/28/2018) | | | | |
| PTX-348 | Press Release, DOJ, Sessions Announces Appointment of James McHenry (Jan. 10, 2018) | | | | |
| PTX-349 | U.S. Census Bureau, Questions Planned for the 2020 Census and American Community Survey (Mar. 2018) | | | | |
| PTX-350 | Video, Excerpt of Secretary Ross Hearing Testimony, House Appropriations Committee, CJS Subcommittee, Hearing on F.Y. 2019 Department of Commerce Budget (Mar. 20, 2018) (Rep. Serrano) | | | | |
| PTX-351 | Video, Excerpt of Secretary Ross Hearing Testimony, House Ways & Means Committee, Hearing on Recent Trade Actions, Including Section 232 Determinations on Steel & Aluminum (Mar. 22, 2018) (Rep. Chu) | | | | |
| PTX-352 | Video, Excerpt of Secretary Ross Hearing Testimony, House Ways & Means Committee, Hearing on Recent Trade Actions, Including Section 232 Determinations on Steel & Aluminum (Mar. 22, 2018) (Rep. Meng) | | | | |
| PTX-353 | Video, Excerpt of Secretary Ross Hearing Testimony, Senate Appropriations Committee, CJS Subcommittee, Hearing on the F.Y. 2019 Funding Request for the Commerce Department (May 10, 2018) (Sen. Leahy) | | | | |
| PTX-354 | Kris Kobach, Exclusive—Kobach: Bring the Citizenship Question Back to the Census, Breitbart (Jan. 30, 2018) | | | | |
| PTX-355 | Marvin Raines, U.S. Census Bureau, "Gaining cooperation from a multi-cultural society of respondents: A review of the U.S. Census Bureau's efforts to count the newly immigrated population," Statistical Journal of the United Nations Economic Commission for Europe (2011) | | | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-356 | Census Bureau website page entitled: "American Community Survey When to Use 1-Year, 3-Year, or 5-Year Estimates" | | Abowd | | |
| PTX-357 | Transcript of J. Gore's testimony before the House Oversight & Government Reform Committee (May 18, 2018), 2018 WLNR 15617193 (tr. dated May 21, 2018) | | | | |
| PTX-358 | Defendants' Supplemental Responses to Plaintiffs' First Set of Interrogatories | | | | |
| PTX-359 | Fort Meyers Map | | Handley | | |
| PTX-360 | Table of DOJ Voting Rights Act Section 2 Redistricting Cases, https://www.justice.gov/crt/voting-section-litigation | | Karlan; Handley | | |
| PTX-361 | Wines, Michael, Critics Say Questions About Citizenship Could Wreck Chances for an Accurate Census, New York Times (Jan. 2, 2018)  (Referenced in D0J00028401) | | Gore | | |
| PTX-362 | Email between Wilbur Ross and Earl Comstock, Re: Census Matter (Aug. 10, 2017) [AR 012476] | AR | | | |
| PTX-363 | Email from Wendy Teramoto to Earl Comstock re: Calls with DOJ (9/16/2017) [AR 012755] | AR | | | |
| PTX-364 | Draft Letter from Boyd to Congresswoman Carolyn Maloney [DOJ00020043] | | Gore | | |
| PTX-365 | Memorandum Opinion for the General Counsel, Dept of Commerce, "Census Confidentiality and the PATRIOT Act" (1/2/2010) | | Gore | | |
| PTX-366 | Executive Order Establishing Presidential Advisory Commission on Election Integrity | | | | |
| PTX-367 | Press Release Announcing Kris Kobach as Vice Chair of Presidential Advisory Commission on Election Integrity | | | | |
| PTX-368 | Email Correspondence between Department of Commerce and Nielsen Data Scientist Christine Pierce | | | | |
| PTX-369 | Intentionally left blank | | | | |
| PTX-370 | Memo from E. Comstock to W. Ross re: Census Discussions with DoJ (9/8/2017) [AR 012756] | AR | | | |
| PTX-371 | Committee on National Statistics, Letter Report on the 2020 Census (8/7/2018) | | | | |
| PTX-372 | Email from B. Aguinaga to Gore, P. Escalona re: AG Prep for CJS Approps Hearings (4/6/2018) [DOJ_00032071] | | Gore | | |
| PTX-373 | Census Citizenship Question Memo, DOJ Civil Rights Division [DOJ_00032074] | | Gore | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-374 | Email between David Langdon, Earl Comstock, Ellen Herbst, subject: Counting of Illegal Immigrants (5/24/17) [AR 0012465] | AR | | | |
| PTX-375 | Email between David Langdon, Earl Comstock, Ellen Herbst, subject: RE Counting of Illegal Immigrants (5/24/17) [COM_DIS00020862] | AR | | | |
| PTX-376 | Email between David Langdon and Sahra Park-Su; subject: FWD: Alert: Commerce Secretary Suggested Citizenship Question to Justice Dept., According to Memo, Contradicting His Congressional (6/22/18) [COM_DIS00015108] | AR | | | |
| PTX-377 | Email between David Langdon, Peter Davidson, James Uthmeier, Aaron Willard, Sahra Park-Su, subject: Re: Questions Re: draft census memo (1/30/18) [AR 0001976] | AR | | | |
| PTX-378 | Email between John Abowd, Burton Reist, Enrique Lamas, copying Victoria Velkoff, Albert Fontenot; subject: Re: I need the answers in a response to Earl before 10:30 (1/31/18) [AR 0005212] | AR | | | |
| PTX-379 | Email between Sahra Park-Su and Jacque Mason, Mike Platt, Brian Lenihan, Israel Hernandez, copying Aaron Willard, Karen Kelley, Cameron Dorsey; subject: RE: Follow-up to today's Meeting (9/1/17) [AR 0001378] | AR | | | |
| PTX-380 | House Oversight and Government Reform Hearing QFRs to Secretary Wilbur Ross Hearing Date October 12, 2017 [COM_DIS00014166] | AR | | | |
| PTX-381 | Email between Earl Comstock to Wilbur Ross, Wendy Teramoto, copying Karen Kelley; subject: FW: Answers to Secretary Ross's Questions (10/29/17) [AR 0002446] | AR | | | |
| PTX-382 | Email between Sahra Park-Su, Peter Davidson, copying Catherine Keller, James Uthmeier, Karen Kelley, Israel Hernandez, Earl Comstock, Brian Lenihan, Aaron Willard, Ron Jarmin, Enrique Lamas; subject: Re: Question from Secretary [AR 0003691] | AR | | | |
| PTX-383 | Email between David Langdon and Sahra Park-Su; subject: FWD: Alert: Commerce Secretary Suggested Citizenship Question to Justice Dept., According to Memo, Contradicting His Congressional (6/22/18) [COM_DIS00013892] | AR | | | |
| PTX-384 | Questions on the Jan 19 Draft Census Memo on the DOJ Citizenship Question Reinstatement Request [AR 0001616] | AR | | | |
| PTX-385 | Email between Jacque Mason, Alan Lang, copying Mike Platt, Brian Lenihan, Aaron Willard, Barry Robinson, James Uthmeier, Catherine Keller, Sahra Park-Su, subject: Here are the presentations from the PMR - please get ones missing and the contract one to Ellen (1/31/18) [AR 0001964] | AR | | | |

24

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-386 | Email between Sahra Park-Su, Christa Jones, copying Ron Jarmin, Enrique Lamas, Karen Kelley, Michael Walsh, Brian Lenihan, subject: Draft Response to Question (2/24/18) [AR 0013023] | AR | | | |
| PTX-387 | Email between Sahra Park-Su, [redacted], copying Ron Jarmin, Enrique Lamas, Christa Jones, Michael Walsh, Brian Lenihan; subject re: Draft Response to Question (2/24/18) [AR 0003403] | AR | | | |
| PTX-388 | Email between Ron Jarmin, Christ Jones, Enrique Lamas, Karen Kelley, Sahra Park-Su; subject: option D (2/23/18) [AR 0002935] | AR | | | |
| PTX-389 | Calendar Invitation between Chelsey Neuhaus, Joseph Semsar, Karen Kelley, ExecSecBriefingBook, Michael Walsh, James Uthmeier, Mike Platt, Sahra Park-Su; subject: Stakeholder Calls (3/23/18) [AR 0001638] | AR | | | |
| PTX-390 | Certification of Complete Administrative Record (6/8/18) | AR | | | |
| PTX-391 | Email between Sahra Park-Su and Michael Walsh, subject: Narrative (5/15/18)  [COM_DIS00014052] | | Park-Su | | |
| PTX-392 | Letter from Wilbur Ross, Sec. of Commerce, to Catherine E Lhamon, Chair, U.S. Comm'n on Civil Rights (7/5/18) | | Park-Su | | |
| PTX-393 | 2020 Census Detailed Operational Plan for: 18. Nonresponse Followup Operation (NRFU) Issued April 16, 2018 Version: V1.0 Final | | O'Muircheart aigh | | |
| PTX-394 | March 16, 2017 OIG Report (Final Report No. OIG-17-020-I) (U.S. Census Bureau, 2020 Census: 2016 Census Test Indicates the Current Life-Cycle Cost Estimate is Incomplete and Underestimates Nonresponse Followup Costs) | | O'Muircheart aigh | | |
| PTX-395 | U.S. Government Accountability Office (GAO), 2010 Census: Data Collection Operations Were Generally Completed as Planned, but Long-standing Challenges Suggest Need for Fundamental Reforms (GAO-11-193) (December 2010) | | | | |
| PTX-396 | Administrative Records Modeling Update for the Census Scientific Advisory Committee Spring 2017 | | | | |
| PTX-397 | Emails between Earl Comstock, David Langdon, and Ellen Herbst Re: Counting of Illegal Immigrants [COM_DIS00016563 revised] | AR | | | |
| PTX-398 | Full Calendar Entry for Meeting with Rep. Mark Meadows [COMM-17-0501-B-001329 - 001330] | | | | |
| PTX-399 | Briefing Memorandum for Secretary Ross from Mike Platt for 3.23.18 Decennial Census Stakeholder Call (3/22/18) [AR 0012466] | AR | | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-400 | Email between Michael Walsh, Wendy Teramoto, James Rockas, Karen Kelley, Earl Comstock, subject Re: Updated with his further edits below - For your approval (3/16/18) [AR 0012467] | AR | | | |
| PTX-401 | Email between Christa Jones, Earl Comstock, Karen Kelley, subject: Re: Seeking Comment - citizenship question (2/28/18) [AR 0012470] | AR | | | |
| PTX-402 | Email between Earl Comstock, David Langdon, James Uthmeier, Aaron Willard, Sahra Park-Su, Peter Davidson, subject: Re: questions re: draft census memo (1/30/18) [AR 0012477] | AR | | | |
| PTX-403 | Draft Memo from Abowd to Ross RE: Technical Review of the Department of Justice Request to Add Citizenship Question to the 2020 Census (1/19/18) [AR 0012480] | AR | | | |
| PTX-404 | Email between Karen Kelley, Earl Comstock, Enrique Lamas, Ron Jarmin, Aaron Willard, James Uthmeier, Peter Davidson, subject: Re: Questions on the January 19 Alternatives Memo (1/30/18) [AR 0012489] | AR | | | |
| PTX-405 | Summary of Alternatives & Detailed Analysis of Alternatives by John Abowd [AR 0012493] | AR | | | |
| PTX-406 | Memo from Abowd to Ross RE: Technical Review of the Department of Justice Request to Add Citizenship Question to the 2020 Census (1/19/18) [AR 0012501] | AR | | | |
| PTX-407 | Email between Karen Kelley, Sahra Park-Su, Aaron Willard, Ron Jarmin, Enrique Lamas, Jacque Mason, Mike Platt, Burton Reist, Joanne Crane, Israel Hernandez, Earl Comstock, Wendy Teramoto, subject: SWLR Questions (10/28/17) [AR 0012506] | AR | | | |
| PTX-408 | Secretary HSGAC Hearing Q A (10/23/17) [AR 0012508] | AR | | | |
| PTX-409 | Email between Earl Comstock, Wilbur Ross, Wendy Teramoto, Eric Branstad, subject: FW: Census Testimony for Wed. May 3 House CJS Hearing (5/1/17) [AR 0012526] | AR | | | |
| PTX-410 | Prepared Statement of John H. Thompson Director U.S. Census Bureau Before the Appropriations Committee Subcommittee on Commerce, Justice, Science and Related Agencies, House (5/3/17) [AR 0012529] | AR | | | |
| PTX-411 | Email between Sahra Park-Su, Karen Kelley, Aaron Willard, Kevin Quinley, subject "Re: SHORT FUSE: Fw: Census / immigration status story (Deadline: Today 2:45 pm)" (12/29/17) [COM_DIS00015678] | AR | | | |
| PTX-412 | Email from John Zadrozny to James Uthmeier, subject "RE: Hill/DOJ pushing for citizenship question on census forms: report" (1/31/18) [COM_DIS00015698] | AR | | | |
| PTX-413 | Email between James Uthmeier, John Zadrozny, subject: Re: Hill/DOJ pushing for citizenship question on census forms: report (12/31/17) [COM_DIS00015704] | AR | | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-414 | Email between John Zadrozny and [redacted] subject: Re: Hill/DOJ pushing for citizenship question on census forms: report (12/31/17) [COM_DIS00015707] | AR | | | |
| PTX-415 | Email between Peter Davidson and James Uthmeier, subject: Re: Short Fuse: FW: Census / immigration status story (Deadline: Today 2:45 pm) (12/31/17) [COM_DIS00015711] | AR | | | |
| PTX-416 | Email between Karen Kelley, Israel Hernandez, Sahra Park-Su, subject: re: Census Matter Follow- Up (9/11/17) [COM_DIS00016564] | AR | | | |
| PTX-417 | Email between Alexander Brooke, Israel Hernandez, Wendy Teramoto, subject: re: Follow up on our phone call (7/24/17) [COM_DIS00016571] | AR | | | |
| PTX-418 | Email between Kris Kobach, Alexander Brooke, Israel Hernandez, subject: re: Follow up on our phone call (7/24/17) [COM_DIS00016575] | AR | | | |
| PTX-419 | Email between Kris Kobach, Alexander Brooke, Israel Hernandez, subject: re: Follow up on our phone call (7/24/17) [COM_DIS00016577] | AR | | | |
| PTX-420 | Email from James Uthmeier and Leonard Shambon, subject: current version (9/15/17) [COM_DIS00017126] | AR | | | |
| PTX-421 | Draft Chronological History (8/21/17) [COM_DIS00017127] | AR | | | |
| PTX-422 | Email between James Uthmeier and Mark Neuman, subject re: Questions re Census (9/13/17) [COM_DIS00017396] | AR | | | |
| PTX-423 | Email between James Uthmeier and Sahra Park-Su, subject: Re: Census Matter Follow-Up (9/11/17) [COM_DIS00017398] | AR | | | |
| PTX-424 | Email between James Uthmeier and Peter Davidson, subject: Re: Census Matter Follow-Up (9/9/17) [COM_DIS00017402] | AR | | | |
| PTX-425 | Email between Earl Comstock, Peter Davidson, James Uthmeier, Wendy Teramoto, subject: Re: Census Matter Follow-Up (9/7/17) [COM_DIS00017405] | AR | | | |
| PTX-426 | Email between Peter Davidson, James Uthmeier, Earl Comstock, Wendy Teramoto, subject: Re: Census Matter Follow-Up (9/7/17) [COM_DIS00017407] | AR | | | |
| PTX-427 | Email between Wendy Teramoto , Earl Comstock, Peter Davidson, subject: Re: Census Matter Follow-Up (9/8/17) [COM_DIS00017468] | AR | | | |
| PTX-428 | Email to Earl Comstock, subject: Re: Census Matter Follow-Up (9/7/17) [COM_DIS00017499] | AR | | | |
| PTX-429 | Email between Wendy Teramoto, Earl Comstock, Peter Davidson, James Uthmeier, subject: Re: Census Matter Follow-Up (9/8/17) [COM_DIS00017554] | AR | | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-430 | Email between James Uthmeier and Earl Comstock, subject: Re: Census Matter Follow-Up (9/7/17) [COM_DIS00017585] | AR | | | |
| PTX-431 | Email between Macie Leach, Wendy Teramoto and Earl Comstock, subject: FW: SHORT FUSE: Fw: Census / Immigration status story (Deadline: Today 2:45 pm) (12/29/17) [COM_DIS00018193] | AR | | | |
| PTX-432 | Email between Macie Leach, Wendy Teramoto and Earl Comstock, subject: FW: SHORT FUSE: Fw: Census / Immigration status story (Deadline: Today 2:45 pm) (12/29/17) [COM_DIS00018196] | AR | | | |
| PTX-433 | Email between Macie Leach, Wendy Teramoto and Earl Comstock, subject: FW: SHORT FUSE: Fw: Census / Immigration status story (Deadline: Today 2:45 pm) (12/29/17) [COM_DIS00018200] | AR | | | |
| PTX-434 | Email between Earl Comstock, James Rockas, Sahra Park-Su, subject: Re: 10-12 WAPO - 7am - Republicans could lose congressional seats if Census 2020 goes wrong (10/12/17) [COM_DIS00018535] | | | | |
| PTX-435 | Email between Earl Comstock and Wendy Teramoto, subject: Fwd: Calls with DOJ (9/19/17) [COM_DIS00018543] | AR | | | |
| PTX-436 | Email between Earl Comstock, Peter Davidson, James Uthmeier, Wendy Teramoto, subject: Re: Census Matter Follow-Up (9/8/17) [COM_DIS00018546] | AR | | | |
| PTX-437 | Email between Earl Comstock and James Uthmeier, subject: Re: Census paper (8/11/17) [COM_DIS00018588] | AR | | | |
| PTX-438 | Email between Earl Comstock and James Uthmeier, subject: Re: Census paper (8/11/17) [COM_DIS00018592] | AR | | | |
| PTX-439 | Email between Macie Leach, Wendy Teramoto and Earl Comstock, subject: FW: SHORT FUSE: Fw: Census / Immigration status story (Deadline: Today 2:45 pm) (12/29/17) [COM_DIS00018772] | AR | | | |
| PTX-440 | Email between Wendy Teramoto and Peter Davidson, subject: FW: Census Matter Follow-Up (9/7/17) [COM_DIS00018873] | AR | | | |
| PTX-441 | Email between Wendy Teramoto and Kris Kobach, subject: Re: Follow up on our phone call (7/24/17) [COM_DIS00018875] | AR | | | |
| PTX-442 | Email between Karen Kelley, Israel Hernandez, subject: Re: Census Matter Follow-Up (9/11/17) [COM_DIS00019464] | AR | | | |
| PTX-443 | Email between James Uthmeier and [Sahra Park- Su], subject: Re: Census Matter Follow-Up (9/11/17) [COM_DIS00019468] | AR | | | |
| PTX-444 | Email between Karen Kelley, Israel Hernandez, Sahra Park-Su, subject: Re: Census Matter Follow- Up (9/11/17) [COM_DIS00019687] | AR | | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-445 | Email between James Uthmeier and Sahra Park-Su, subject: Re: Census Matter Follow-Up (9/11/17) [COM_DIS00019691] | AR | | | |
| PTX-446 | Email between David Langdon, Burton Reist, Melissa Creech, James Dinwiddie, Lisa Blumerman, subject "Re: Requested Information - Legal Review All Residents…" (5/24/17) [COM_DIS00019987] | AR | | | |
| PTX-447 | Email between Melissa Creech, Burton Reist, David Langdon, subject: Re: immigrant question - pt 2 (5/24/17) [COM_DIS00020024] | AR | | | |
| PTX-448 | Email between Reist Burton, David Langdon, Melissa Creech, subject: Fw: immigrant questions - pt 2 (5/24/17) [COM_DIS00020028] | AR | | | |
| PTX-449 | Memo from Robert B. Ellert to Robert Brumley, Counting Illegal Aliens (4/15/1988) [COM_DIS00020031] | AR | | | |
| PTX-450 | Memo from Robert B. Ellert to Robert Brumley, DoJ/OLP Memorandum on Counting Illegal Aliens in the 1990 Census (4/18/1988) [COM_DIS00020058] | AR | | | |
| PTX-451 | Letter from Carol T. Crawford, Assistant Attorney General, to Senator Bingaman (9/22/89) [COM_DIS00020062] | AR | | | |
| PTX-452 | Email from Earl Comstock, Ellen Herbst, David Langdon, subject: RE: Counting of illegal immigrants (5/24/17) [COM_DIS00020864] | AR | | | |
| PTX-453 | Email from John Gore to Ben Aguinaga, Re: QFR responses (6/14/18) [DOJ00039748] | | Gore | | |
| PTX-454 | Email between Arthur Gary and John Gore, Re: 2020 census questions (9/11/17) [DOJ00129985] | | Gore | | |
| PTX-455 | Draft letter from DOJ to John Thompson, Dir. Bureau of Census, Requesting the Reinstatement of a Citizenship Question to the 2020 Census [DOJ00129991] | | | | |
| PTX-456 | Schedule for Sec. Ross, 2018, Updated Redacted | | | | |
| PTX-457 | Schedule for Secretary Ross's Conference Room, 2018, Updated Redacted | | | | |
| PTX-458 | Schedule for Secretary Ross's Conference Room, 2017, FOIA Redacted | | | | |
| PTX-459 | U.S. Census Bureau (June 8, 2018), Proposed Information Collection, 2020 Census. Federal Register Notice. Vol. 83 (111), p. 26649. | | O'Muircheart aigh | | |
| PTX-460 | Barreto Supplemental Report | | Barreto | | |
| PTX-461 | Kendra Bischoff and Sean F. Reardon, Residential Segregation by Income, 1970-2009 (Oct. 2013) | | Barreto | | |
| PTX-462 | Solomon Greene, Margery Austin Turner, and Ruth Gourevitch, Racial Segregation and Neighborhood Disparities (Aug 2017) | | Barreto | | |
| PTX-463 | Paul A. Jargowsky, The Architecture of Segregation (Aug. 2015) | | Barreto | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-464 | Screenshot of Latino Non-Responding Units and Imputed Household Size | | Barreto | | |
| PTX-465 | Slide Deck on 2020 Census Barriers, Attitudes, and Motivators Study (CBAMS) Survey and Focus Groups: Key Findings for Creative Strategy (Oct. 31, 2018) | | Abowd | | |
| PTX-466 | NAC Official Agenda for November 1-2, 2018, Meeting | | | | |
| PTX-467 | 2010 Decennial Census Questionnaire | | O'Muircheartaigh | | |
| PTX-468 | Table titled "Estimated net undercount after imputation in 2020 with citizenship question (Q1 to Q2)" from Barreto supplemental report | | Barreto | | |
| PTX-469 | Table titled "Estimated net undercount after imputation in 2020 with citizenship question (Q1 to Q8)" from Barreto supplemental report | | Barreto | | |
| PTX-470 | Statement from Commerce Department spokesperson Kevin Manning regarding Dr. Abowd's trial testimony, Nov. 13, 2018 | | | | |
| PTX-471 | Yahoo Finance, Wilbur Ross addresses controversy over citizenship question on census, Nov. 13, 2018 | | O'Muircheartaigh | | |
| PTX-472 | Video Excerpt, Yahoo Finance Interview of Secretary Ross regarding citizenship question, Nov. 13, 2018 | | | | |
| PTX-473 | Testimony of Dr. John Abowd, Trial Transcript (November 13, 2018) State of New York, et al. v. United States Department of Commerce, et al. No. 18-cv-2921; New York Immigration Coalition, et al. v. United States Department of Commerce, et al., No. 18-cv-5025 | | Abowd | | |
| PTX-474 | Testimony of Dr. John Abowd, Trial Transcript (November 14, 2018) State of New York, et al. v. United States Department of Commerce, et al. No. 18-cv-2921; New York Immigration Coalition, et al. v. United States Department of Commerce, et al., No. 18-cv-5025 | | Abowd | | |
| PTX-475 | Testimony of Dr. John Abowd, Trial Transcript (November 15, 2018) State of New York, et al. v. United States Department of Commerce, et al. No. 18-cv-2921; New York Immigration Coalition, et al. v. United States Department of Commerce, et al., No. 18-cv-5025 | | Abowd | | |
| PTX-476 | Email from Abowd to Battle and Whitehorn re: Time and content sensitive discussion (12/18/17) [AR 9339] | AR | | | |
| PTX-477 | Emails with Abowd, Prewitt, and reporter Hansen (2/6/18) [AR 6237] | AR | | | |
| PTX-478 | 2020 Census Program Memorandum Series 2016.05, From Lisa Blummerman re Planned Development and Submission of Subjects Planned for the 2020 Census (4/29/16) | | Abowd | | |
| PTX-479 | Talking Points Memo (No Date) [AR 3890] | AR | | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-480 | Email from Jarmin to Abowd cc Lamas re: Memorandum and White Paper on Improving PL 94 with Citizenship Data (12/22/17) [AR 8651] | AR | | | |
| PTX-481 | U.S. Census Bureau, Press Release:  U.S. Census Bureau Demonstrates Readiness for the 2020 Census (September 5, 2018) | | | | |
| PTX-482 | U.S. Government Accountability Office (GAO), 2020 Census Additional Steps Needed to Finalize Readiness for Peak Field Operations (GAO-19-140) (December 2018) | | O'Muircheart aigh | | |
| PTX-483 | Curriculum Vitae of Matthew Barreto | | Barreto | | |
| PTX-484 | Intentionally left blank | | | | |
| PTX-485 | Intentionally left blank | | | | |
| PTX-486 | Intentionally left blank | | | | |
| PTX-487 | Intentionally left blank | | | | |
| PTX-488 | Intentionally left blank | | | | |
| PTX-489 | Intentionally left blank | | | | |
| PTX-490 | Intentionally left blank | | | | |
| PTX-491 | Intentionally left blank | | | | |
| PTX-492 | Intentionally left blank | | | | |
| PTX-493 | Kapteyn, Arie, and Jelmer Y. Ypma. 2007. "Measurement Error and Misclassification: A Comparison of Survey and Administrative Data." Journal of Labor Economics 25(3): 513–551. | | Barreto | | |
| PTX-494 | Mulry, Mary H. et al. 2006. "Evaluation of Estimates of Census Duplication Using Administrative Records Information." Journal of official statistics 22(4): 655. | | Barreto | | |
| PTX-495 | Intentionally left blank | | | | |
| PTX-496 | Intentionally left blank | | | | |
| PTX-497 | Terry, Rodney L. et al. 2017. "Exploring Inconsistent Counts of Racial/Ethnic Minorities in a 2010 Census Ethnographic Evaluation." Bulletin of Sociological Methodology/Bulletin de Méthodologie Sociologique 135(1): 32–49. | | Barreto | | |
| PTX-498 | Kevin A. Escudero and Marisol Becerra, The Last Chance to Get It Right:  Implications of the 2018 Test of the Census for Latinos and the General Public, National Association of Latino Elected and Appointed Officials (NALEO) (December 2018). | | O'Muircheart aigh; Barreto | | |
| PTX-499 | Expert Report of Matthew Barreto | | O'Muircheart aigh; Barreto | | |
| PTX-500 | Deposition Transcript of John Abowd, Census Bureau 30(b)(6) Witness (8/29/18) | | O'Muircheart aigh; Abowd | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-501 | Deposition Transcript of John Abowd (8/15/18) | | O'Muircheartaigh; Abowd | | |
| PTX-502 | 2018 LAO Report, March 8, 2018 [CAL000001-CAL000005] | | | | |
| PTX-503 | Executive Order B-49-18 (4/13/18) [CAL000006-CAL000007] | | | | |
| PTX-504 | California State Budget 2018-2019 [CAL000008-CAL000151] | | | | |
| PTX-505 | California State Budget 2018-19 line items [CAL000152-CAL000154] | | | | |
| PTX-506 | The 2018-19 Budget: California Spending Plan, October 2, 2018 LAO Report [CAL000155-CAL000234] | | | | |
| PTX-507 | Progress Report on the Census Infrastructure, October 1, 2018 California Complete Count Census 2020 report to the Legislature [CAL000235-CAL000265] | | | | |
| PTX-508 | Initial Report to the Office of Governor Edmund G. Brown Jr., Counting All Californians in the 2020 Census, October 2, 2018 Census 2020 California Complete Count Committee report [CAL000266-CAL000299] | | | | |
| PTX-509 | Senate Budget and Fiscal Review Subcommittee Agenda, March 15, 2018 [CAL000300-CAL000323] | | | | |
| PTX-510 | Assembly Budget Subcommittee Agenda, April 24, 2018 [CAL000324-CAL000381] | | | | |
| PTX-511 | Letter to Governor Brown, Senate President Pro Tem Atkins, and Assembly Speaker Rendon from the Census Policy Advocacy Network re:  Requesting $107.6 Million in Funding for 2020 CENSUS Outreach for Community-Based Organizations (CBOs) in the 2018-19 Budget [CAL000382-CAL000387] | | | | |
| PTX-512 | Senate Committee on Budget and Fiscal Review Agenda, May 22, 2018 [CAL000388-CAL000413] | | | | |
| PTX-513 | Assembly Budget Subcommittee Agenda, May 24, 2018 [CAL000414-CAL000461] | | | | |
| PTX-514 | 2018-19 Legislative Budget Conference Committee, June 6, 2018 Second Pass Agenda [CAL000462-CAL000544] | | | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-515 | 2018-19 Legislative Budget Conference Committee, June 8, 2018 Close Out Agenda [CAL000545-CAL000773] | | | | |
| PTX-516 | Letter to Senator Mitchell and Assembly Member Ting from Donna Seitz and Marth Guerrero re: GOVERNOR'S BUDGET PROPOSAL RELATING TO THE 2020 CENSUS RELATED ACTIVITIES - SUPPORT WITH INCREASED FUNDING [CAL000774-CAL000782] | | | | |
| PTX-517 | Transcript of the April 24, 2018 California Assembly Budget Subcommittee hearing, available at https://www.assembly.ca.gov/media/assembly-budget-subcommittee-4-state-administration-20180424/video | | | | |
| PTX-518 | Video of the April 24, 2018 California Assembly Budget Subcommittee hearing at https://www.assembly.ca.gov/media/assembly-budget-subcommittee-4-state-administration-20180424/video | | | | |
| PTX-519 | Joint Stipulations in State of New York, et al. v. U.S. Dep't of Commerce, et al., No. 18-cv-2921 (JMF), ECF No. 480 | | | | |
| PTX-520 | Additional Supplemental AR (COM_DIS00016562, COM_DIS00017501, COM_DIS00017409, COM_DIS00017410, COM_DIS00017618, COM_DIS00017619, COM_DIS00017620) | AR | | | |
| PTX-521 | Defendants' Objections to Plaintiffs' First Request for Documents (No date) | | | | |
| PTX-522 | Defendants' Objections to Plaintiffs' First Set of Request for Expedited Production of Documents to Defendants United States Census Bureau and Ron Jarmin (8/13/18) | | | | |
| PTX-523 | Defendants' Response to CA Plaintiffs' Request for Production of Documents to U.S. Census Bureau, Set One (8/24/18) | | | | |
| PTX-524 | Defendants' Response to CA Plaintiffs' Request for Production of Documents to U.S. Department of Commere, Set One (8/24/18) | | | | |
| PTX-525 | Defendants' Response to CA Plaintiffs' Request for Production of Documents to Dr. Ron S. Jarmin, Set One (8/24/18) | | | | |
| PTX-526 | Defendants' Response to CA Plaintiffs' Request for Production of Documents to Wilbur L. Ross, Jr., Set One (8/24/18) | | | | |
| PTX-527 | Defendants' Response to San Jose Plaintiffs' First Set of Requests for Production of Documents (8/24/18) | | | | |
| PTX-528 | Intentionally left blank | | | | |
| PTX-529 | Intentionally left blank | | | | |

33

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-530 | Expert Report of Bernard L. Fraga | | Fraga | | |
| PTX-531 | Supplemental Report of Bernard L. Fraga | | Fraga | | |
| PTX-532 | Errata to Expert Report of Bernard L. Fraga | | Fraga | | |
| PTX-533 | Curriculum Vitae of Bernard L. Fraga | | Fraga | | |
| PTX-534 | Intentionally left blank | | | | |
| PTX-535 | Intentionally left blank | | | | |
| PTX-536 | Intentionally left blank | | | | |
| PTX-537 | U.S. Census Bureau, Methodology for the Intercensal Population and Housing Unit Estimates: 2000 to 2010 (Revised October 2012), available at: https://www2.census.gov/programs-surveys/popest/technical-documentation/methodology/intercensal/2000-2010-intercensal-estimates-methodology.pdf | | Fraga | | |
| PTX-538 | Intentionally left blank | | | | |
| PTX-539 | U.S. Census Bureau, 2020 Census Detailed Operational Plan for: 18. Nonresponse Followup Operation (NRFU) | | Fraga | | |
| PTX-540 | U.S. Census Bureau, American Community Survey Public Use Microdata Sample (PUMS) Documentation, available at: https://www.census.gov/programs-surveys/acs/technical-documentation/pums.html | | Fraga | | |
| PTX-541 | U.S. Census Bureau, Congressional Apportionment, Computing Apportionment, available at: https://www.census.gov/population/apportionment/about/computing.html | | Fraga | | |
| PTX-542 | Defense Manpower Requirements Report, Fiscal Year 2011. February 2011. | | Fraga | | |
| PTX-543 | Defense Manpower Requirements Report, Fiscal Year 2018. | | Fraga | | |
| PTX-544 | 00pvalues.txt [FRAGA_00001] | | Fraga | | |
| PTX-545 | 90pvalues.txt [FRAGA_00002] | | Fraga | | |
| PTX-546 | 1970a_us1-03.pdf [FRAGA_00003-FRAGA_00033] | | Fraga | | |
| PTX-547 | 1970a_v1pAs1-01.pdf [FRAGA_00034-FRAGA_00065] | | Fraga | | |
| PTX-548 | 2000PHC3TableA.pdf [FRAGA_00066] | | Fraga | | |
| PTX-549 | PUMSDataDict16.pdf [FRAGA_00067-FRAGA_00212] | | Fraga | | |
| PTX-550 | sc-est2007-alldata6.pdf [FRAGA_00213-FRAGA_00214] | | Fraga | | |
| PTX-551 | sc-est2017-alldata6.pdf [FRAGA_00215-FRAGA_00216] | | Fraga | | |
| PTX-552 | 2010CensusOverseasCounts.xlsx [FRAGA_00217] | | Fraga | | |
| PTX-553 | 2016 ACS PUMS 1-Year.txt [FRAGA_00218] | | Fraga | | |
| PTX-554 | ApportionmentPopulation2010.xlsx [FRAGA_00219] | | Fraga | | |
| PTX-555 | PriorityValues2010.xls [FRAGA_00220] | | Fraga | | |

34

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-556 | sc-est2017-alldata6.csv [FRAGA_00221] | | Fraga | | |
| PTX-557 | tab01.xls [FRAGA_00222] | | Fraga | | |
| PTX-558 | tab03.xls [FRAGA_00223] | | Fraga | | |
| PTX-559 | sc-est2007-alldata6.csv [FRAGA_00224] | | Fraga | | |
| PTX-560 | FRAGA_00225_.Rapp.history [FRAGA_00225] | | Fraga | | |
| PTX-561 | FRAGA_00226_Apportion_Function.R [FRAGA_00226] | | Fraga | | |
| PTX-562 | FRAGA_00227_Fraga_BaselineProjection.csv [FRAGA_00227] | | Fraga | | |
| PTX-563 | FRAGA_00228_LongScript_Baseline.R [FRAGA_00228] | | Fraga | | |
| PTX-564 | FRAGA_00229_LongScript_Scenario1.R [FRAGA_00229] | | Fraga | | |
| PTX-565 | FRAGA_00230_LongScript_Scenario2.R [FRAGA_00230] | | Fraga | | |
| PTX-566 | FRAGA_00231_LongScript_Scenario3.R [FRAGA_00231] | | Fraga | | |
| PTX-567 | FRAGA_00232_LongScript_Scenario4.R [FRAGA_00232] | | Fraga | | |
| PTX-568 | FRAGA_00233_NonCitizenHouse_Proportions.csv [FRAGA_00233] | | Fraga | | |
| PTX-569 | FRAGA_00234_PUMS Calculations.R [FRAGA_00234] | | Fraga | | |
| PTX-570 | FRAGA_00235_RaceNativity_Proportions.csv [FRAGA_00235] | | Fraga | | |
| PTX-571 | FRAGA_00236_ResponseRates_Scenario1.csv [FRAGA_00236] | | Fraga | | |
| PTX-572 | FRAGA_00237_ResponseRates_Scenario2_NRFU.csv [FRAGA_00237] | | Fraga | | |
| PTX-573 | FRAGA_00238_ResponseRates_Scenario3.csv [FRAGA_00238] | | Fraga | | |
| PTX-574 | FRAGA_00239_ResponseRates_Scenario4_NRFU.csv [FRAGA_00239] | | Fraga | | |
| PTX-575 | FRAGA_00240_Seats_80-10.csv [FRAGA_00240] | | Fraga | | |
| PTX-576 | FRAGA_00241_State Names Merge Dictionary.csv [FRAGA_00241] | | Fraga | | |
| PTX-577 | FRAGA_00242_Table1.R [FRAGA_00242] | | Fraga | | |
| PTX-578 | FRAGA_00243_Table2.R [FRAGA_00243] | | Fraga | | |
| PTX-579 | FRAGA_00244_Table3.R [FRAGA00244] | | Fraga | | |
| PTX-580 | FRAGA_00245_Table456.R [FRAGA00245] | | Fraga | | |
| PTX-581 | FRAGA_00246_PC80-1-A1.pdf [FRAGA00246-FRAGA00561] | | Fraga | | |
| PTX-582 | Fontenot, Albert E., Jr. 2020 Census Program Memorandum Series: 2018.10, April 16, 2018. (cited in Fraga's report/trial decl. – available at https://www2.census.gov/programs-surveys/decennial/2020/program-management/memo-series/2020-memo-2018_10.pdf) | | Fraga | | |

35

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-583 | U.S. Census Bureau, Population and Housing Unit Estimates, Frequently Asked Questions, available at: http://www.census.gov/programs-surveys/popest/about/faq.html | | Fraga | | |
| PTX-584 | Emails between John Gore, Ben Aguinaga, Devin O'Malley, Subject: "Re: REVIEW: Statement in Response to Citizenship Question on Census" (Jan. 2, 2018) [DOJ_00039736] | | Gore | | |
| PTX-585 | Transcript of John Gore's testimony before the House Oversight & Government Reform Committee (May 18, 2018) (2018 WLNR 15617193) (tr. dated May 21, 2018) | | Gore | | |
| PTX-586 | Email chain, Danielle Cutrona to John Gore cc Wendy Teramoto re "Call," (9/16/17) [AR 2657] | AR | | | |
| PTX-587 | Email from Camille Legore-Traore to John Gore re: phone message (9/22/17) | | Gore | | |
| PTX-588 | Email from John Gore to Chris Herren re "Confidential & Close Hold: Draft Letter" (11/1/17) | | Gore | | |
| PTX-589 | Email from Bethany Pickett to John Gore re: Letter (11/3/17) | | Gore | | |
| PTX-590 | Email from Robert Troster to John Gore and Rachael Tucker re: Census letter (11/30/17) | | Gore | | |
| PTX-591 | Email from John Gore to Arthur Gary re: RE: Close Hold: Draft Letter (11/30/17) | | Gore | | |
| PTX-592 | Email from John Gore to Arthur Gary re: Close Hold: Draft Letter (12/8/17) | | Gore | | |
| PTX-593 | Email Chain between R. Jarmin and B. Robinson, et al., Subject: "Fwd: DOJ" (Feb. 15, 2018) | | Gore | | |
| PTX-594 | 4th DOJ Privilege Log | | Gore | | |
| PTX-595 | Emails between Ben Aguinaga and John Gore, Subject: "FW: Updated census letter - FYI" (June 13, 2018) | | Gore | | |
| PTX-596 | Draft Responses to Questions for the Record, Mr. John M. Gore, Submitted June 11, 2018, to The Honorable Jimmy Gomez, Committee on Oversight and Government Reform (June 11 2018) | | Gore | | |
| PTX-597 | Email from Chris Herren to John Gore, Subject: "RE: FYI re article" (Jan. 3, 2018) [DOJ00028401] | | Gore | | |
| PTX-598 | Email from Arthur Gary to Sarah Flores, et al., Subject: "FW: Letter in Response to Census Bureau Letter Re: Citizenship on 2020 Census" (Jan. 30, 2018) | | Gore | | |
| PTX-599 | Email from Ben Aguinaga to John Gore, Subject: "FW: Commerce Edits RE: [RD-115-232] (OLA WF 117394) Oversight and Government Reform Hearing on May 8, 2018 -- Gore Opening Statement" (May 16, 2018) | | Gore | | |
| PTX-600 | Email from Jay Town to Arthur Gary and John Gore, Subject: "RE: Census 'Usual Residence' Issue" (June 11, 2018) [DOJ00014895] | | Gore | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-601 | Email from John Gore to Devin O'Malley, Subject: "Re: Some Additional Background on Citizenship Question" (March 28, 2018) | | Gore | | |
| PTX-602 | Email from Chris Herren to John Gore, Subject: "RE: Consolidated & Close Hold: Draft Letter" (Nov. 3, 2017) | | Gore | | |
| PTX-603 | Email from John Gore to Chris Herren, Subject: "RE: Censis Citizenship Question Litigation" (May 2, 2018) [DOJ 00028354] | | Gore | | |
| PTX-604 | Expert Report and Declaration of Stuart D. Gurrea, Ph.D. (State of CA v. Ross; City of San Jose v. Ross, October 3, 2018) | | Gurrea | | |
| PTX-605 | Expert Report and Declaration of Stuart D. Gurrea, Ph.D. (Kravitz v. Commerce; La Union Del Pueblo Entero v. Ross, October 19, 2018) | | Gurrea | | |
| PTX-606 | Expert Report and Declaration of Nancy A. Mathiowetz, Ph.D. (Robyn Kravitz v. Commerce; La Union Del Pueblo Entero v. Ross) | | O'Muircheartaigh | | |
| PTX-607 | Outline of Principles of Impact Evaluation | | Gurrea | | |
| PTX-608 | Expert Report of Hermann Habermann | | Habermann | | |
| PTX-609 | Errata to Expert Report of Hermann Habermann | | Habermann | | |
| PTX-610 | Curriculum Vitae of Hermann Habermann | | Habermann | | |
| PTX-611 | Federal Register, Vol. 71, No. 184 | | Habermann | | |
| PTX-612 | Federal Register, Vol. 81, No. 197 | | Habermann | | |
| PTX-613 | FR Doc. 2018-12365, proposed Information Collection: Comment Request: 2020 Census. Docket number USBC-2018-005, letter report from National Academies of Sciences, Committee on National Statistics, Task Force on the 2020 Census to U.S. Department of Commerce, Departmental Paperwork Clearance Officer, Aug. 7, 2018 (Federal Register / Vol. 83, No. 111) | | Habermann | | |
| PTX-614 | Fundamental Principles of Official Statistics (A/RES/68/261 from 29 January 2014), p. 2-2. | | Habermann | | |
| PTX-615 | National Research Council. (2013). Principles and Practices for a Federal Statistical Agency, Washington, D.C.: The National Academies Press | | Habermann | | |
| PTX-616 | Intentionally left blank | | | | |
| PTX-617 | Intentionally left blank | | | | |
| PTX-618 | United Nations, Principles and Recommendations for Population and Housing Censuses, 2017 https://unstats.un.org/unsd/demographic-social/Standards-and-Methods/files/Principles_and_Recommendations/Population-and-Housing-Censuses-Series_M67rev3-E.pdf | | Habermann | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-619 | Habermann, An Examination of City Groups, December 2017. HABERMANN000005] | | Habermann | | |
| PTX-620 | Habermann, A Regional Training Network Concept [HABERMANN000022] | | Habermann | | |
| PTX-621 | Habermann & deViries, Review of Two Assessments Reports About the Palestinian Central Bureau of Statistics (PCBS), Draft 1.2, May 2014. [HABERMANN000035] | | Habermann | | |
| PTX-622 | Habermann, 2020 Census Citizenship Question - Need Not Demonstrated; Standards Not Followed Justification and Standards Expected [HABERMANN00066] | | Habermann | | |
| PTX-623 | Email from John Abowd to Ron Jarmin re Request to Reinstate Citizenship Question On 2020 Census Questionnaire (12/22/17) [AR 5656] | AR | | | |
| PTX-624 | Email Chain between R. Jarmin and B. Robinson, et al., re DOJ (2/15/18) [AR 9074] | AR | | | |
| PTX-625 | Letter from Arthur Gary to Kelly R. Welsh, General Counsel, U.S. Department of Commerce re Legal Authority for American Community Survey Questions (6/25/14) [AR 278] | AR | | | |
| PTX-626 | Powerpoint Presentation (without notes) titled, "Submission of the 2020 Census and American Community Survey Questions to Congress" (Feb. 2018) [AR 435] | AR | | | |
| PTX-627 | Email from Michael Cook to Joanne Crane re Citizenship question on 2020 (1/2/18) [AR 5512] | AR | | | |
| PTX-628 | Email from Michael Cook to Stephen Buckner, et al. re Director's Blog - Measuring Citizenship at the U.S. Census Bureau since 1790 (12/18/17) [AR 5565] | AR | | | |
| PTX-629 | Measuring citizenship at the U.S. Census Bureau since 1790 [AR 5567] | AR | | | |
| PTX-630 | Intentionally left blank | | | | |
| PTX-631 | Intentionally left blank | | | | |
| PTX-632 | Intentionally left blank | | | | |
| PTX-633 | D'Vera Cohn, "What to know about the citizenship question the Census Bureau is planning to ask in 2020," Pew Research Center, March 30, 2018, http://www.pewresearch.org/facttank/2018/03/30/what-to-know-about-the-citizenship-question-the-census-bureau-is-planning-to-askin-2020/. | | Handley | | |
| PTX-634 | Expert Report of Lisa Handley | | Handley | | |
| PTX-635 | Curriculum Vitae of Lisa Handley | | Handley | | |
| PTX-636 | Barnett v. City of Chicago, 141 F.3d 699 (7th Cir. 1998) | | Handley | | |
| PTX-637 | Townsend v. Holman Consulting Corp., 914 F.2d 1136 (9th Cir. 1990) | | Handley | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-638 | LULAC v. Perry, 548 U.S. 399, 423-442 (2006) | | Handley | | |
| PTX-639 | Rodriguez v. Harris County, 964 F. Supp. 2d 686 (S.D. Tex. 2013). | | Handley | | |
| PTX-640 | Patino v. City of Pasadena, 230 F. Supp. 3d 667 (S.D. Tex. 2017) | | Handley | | |
| PTX-641 | Benavidez v. Irving Independent School District, No. 3:13–CV–0087–D, 2014 WL 4055366 (N.D. Tex. 2014) | | Handley | | |
| PTX-642 | United States v. Village of Port Chester, No. 06 Civ. 15173(SCR), 2008 WL 190502 (S.D.N.Y. 2008). | | Handley | | |
| PTX-643 | Texas v. United States, 887 F. Supp. 2d 133 (D.D.C. 2012) | | Handley | | |
| PTX-644 | Texas v. United States, 570 U.S. 928 (2013) | | Handley | | |
| PTX-645 | Shelby County v. Holder, 133 S. Ct. 2612 (2013). | | Handley | | |
| PTX-646 | U.S. Department of Justice Website, Section 5 Voting Rights Act, at:   https://www.justice.gov/crt/about-section-5-votingrights-act | | Handley | | |
| PTX-647 | Trial Demonstrative PDX-31, Professional Experience (Trial Testimony of Lisa Handley, State of New York, et al. v. U.S. Dep't. of Commerce) | | Handley | | |
| PTX-648 | Trial Demonstrative PDX-32, DOJ Voting Section Litigation (Trial Testimony of Lisa Handley, State of New York, et al. v. U.S. Dep't. of Commerce) | | Handley | | |
| PTX-649 | Trial Demonstrative PDX-33, Focus of Opinion (Trial Testimony of Lisa Handley, State of New York, et al. v. U.S. Dep't. of Commerce) | | Handley | | |
| PTX-650 | Trial Demonstrative PDX-34, Overall Opinion (Trial Testimony of Lisa Handley, State of New York, et al. v. U.S. Dep't. of Commerce) | | Handley | | |
| PTX-651 | Trial Demonstrative PDX-35, Gingles Preconditions (Trial Testimony of Lisa Handley, State of New York, et al. v. U.S. Dep't. of Commerce) | | Handley | | |
| PTX-652 | Trial Demonstrative PDX-36, TIGERweb map (Trial Testimony of Lisa Handley, State of New York, et al. v. U.S. Dep't. of Commerce) | | Handley | | |
| PTX-653 | Trial Demonstrative PDX-37, Texas Statewide Court Districts (9 District Plan, Population and Voting Age) (Trial Testimony of Lisa Handley, State of New York, et al. v. U.S. Dep't. of Commerce) | | Handley | | |
| PTX-654 | Trial Demonstrative PDX-38, Texas Statewide Court Districs (9 District Plan, Citizen Voting Age Population) (Trial Testimony of Lisa Handley, State of New York, et al. v. U.S. Dep't. of Commerce) | | Handley | | |
| PTX-655 | Trial Demonstrative PDX-39, Village of Port Chester (Trial Testimony of Lisa Handley, State of New York, et al. v. U.S. Dep't. of Commerce) | | Handley | | |
| PTX-656 | Trial Demonstrative PDX-40, Conclusions (Trial Testimony of Lisa Handley, State of New York, et al. v. U.S. Dep't. of Commerce) | | Handley | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-657 | Thornburg v. Gingles, 478 U.S. 30 (1986). | | Handley; Karlan | | |
| PTX-658 | Bartlett v. Strickland, 556 U.S. 1 (2009). | | Handley; Karlan | | |
| PTX-659 | Reyes v. City of Farmers Branch, 586 F.3d 1019 (5th Cir. 2009) | | Handley; Karlan | | |
| PTX-660 | Negron v. City of Miami Beach, 113 F.3d 1563 (11th Cir. 1997) | | Handley; Karlan | | |
| PTX-661 | Romero v. City of Pomona, 883 F.2d 1418 (9th Cir. 1989) | | Handley; Karlan | | |
| PTX-662 | List of DOJ section 2 cases at https://www.justice.gov/crt/voting-section-litigation | | Handley; Karlan | | |
| PTX-663 | Expert Report of Pamela Karlan | | Karlan | | |
| PTX-663-A | Appendix A to Karlan Report - Curriculum Vitae of Pamela Karlan | | Karlan | | |
| PTX-663-B | Appendix B to Karlan Report - Letter from Arthur Gary to Ron Jarmin (9/20/17) | | Karlan | | |
| PTX-663-C | Appendix C to Karlan Report - List of Cases | | Karlan | | |
| PTX-664 | Withdrawn | N/A | | | |
| PTX-665 | Nation.csv (available at https://www.census.gov/rdo/data/voting_age_population_by_citizenship_and_race_cvap.html) | | Karlan | | |
| PTX-666 | U.S. Department of Justice Website, Section 2 of the Voting Rights Act, at https://www.justice.gov/crt/section-2-voting-rights-act | | Karlan | | |
| PTX-667 | U.S. Census Bureau,Citizen Voting Age Population (CVAP) Special Tabulation From the 2011-2015 5-Year American Community Survey (ACS), available at https://www.census.gov/rdo/pdf/CVAP_11to15_Documentation.pdf | | Karlan | | |
| PTX-668 | Justin Levitt, Citizenship and the Census, 119 Colum. L. Rev. _ (for thcoming 2019) (manuscript at 24-29), draft available at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3250265 . [KARLAN0001] | | Karlan | | |
| PTX-669 | Karlan Bibliography (supplemental production) [KARLAN0052] | | Karlan | | |
| PTX-670 | U.S. Census Bureau , Voting Age Population by Citizenship and Race (CVAP) (2017), available at https://www.census.gov/rdo/data/voting_age_population_by_citizenship_and_race_cvap.html | | Karlan | | |
| PTX-671 | Fabela v. City of Farmers Branch, 2012 WL 3135545 (N.D. Tex. Aug. 2, 2012). | | Karlan | | |

40

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-672 | National Commission on the Voting Rights Act, Protecting Minority Voters: The Voting Rights Act at Work, 1982-2005 (2006) (https://lawyerscommittee.org/publication/protecting-minority-voters-the-voting-rights-act-at-work-1982-2005/) | | Karlan | | |
| PTX-673 | Ellen Katz, et al., Documenting Discrimination in Voting: Judicial Findings Under Section 2 of the Voting Rights Act Since 1982 Final Report of the Voting Rights Initiative, University of Michigan Law School, 39 U. Mich. J .L. Reform 643, 656-57 (2006). | | Karlan | | |
| PTX-674 | Wright v. Sumter County Bd. of Elections & Registration, 2014 WL 1347427 (M.D. Ga. Apr. 3, 2014); | | Karlan | | |
| PTX-675 | In re 2012 Legislative Districting, 80 A.3d 1073 (Md. 2013) | | Karlan | | |
| PTX-676 | Fairley v. Hattiesburg, 584 F.3d 660 (5th Cir. 2009) | | Karlan | | |
| PTX-677 | Sensley v. Albritton, 385 F.3d 591 (5th Cir. 2004) | | Karlan | | |
| PTX-678 | Gause v. Brunswick County, 1996 WL 453466 (4th Cir. 1996) | | Karlan | | |
| PTX-679 | Al-Hakim v. Florida, 892 F. Supp. 1464 (M.D. Fla. 1995), aff'd, 99 F.3d 1154 (11th Cir. 1996) | | Karlan | | |
| PTX-680 | Stabler v. Cty. of Thurston, 129 F.3d 1015 (8th Cir. 1997) | | Karlan | | |
| PTX-681 | Dillard v. Baldwin County Comm'rs, 376 F.3d 1260, 1269 (11th Cir. 2004) | | Karlan | | |
| PTX-682 | Hall v. Virginia, 385 F.3d 421 (4th Cir. 2004) | | Karlan | | |
| PTX-683 | McNeil v. Springfield Park Dist., 851 F.2d 937 (7th Cir. 1988) | | Karlan | | |
| PTX-684 | Metts v. Almond, 217 F. Supp. 2d 252, 261 (D.R.I. 2002) | | Karlan | | |
| PTX-685 | Metts v. Almond, 363 F.3d 8 (1st Cir. 2004) | | Karlan | | |
| PTX-686 | Rios-Andino v. Orange County, 51 F. Supp. 3d 1215, 1225 (M.D. Fla. 2014) | | Karlan | | |
| PTX-687 | Skorepa v. City of Chula Vista, 723 F. Supp. 1384, 1390 (S.D. Cal. 1989) | | Karlan | | |
| PTX-688 | Thompson v. Kemp, 309 F. Supp. 3d 1360, 1366 (N.D. Ga. 2018) | | Karlan | | |
| PTX-689 | Turner v. Arkansas, 784 F. Supp. 553, 570 (E.D. Ark. 1991), summarily aff'd, 504 U.S. 952 (1992). | | Karlan | | |
| PTX-690 | Benavidez v. Irving Indep. Sch. Dist., 690 F. Supp. 2d 451 (N.D. Tex. 2010) | | Karlan | | |
| PTX-691 | Campos v. City of Houston, 113 F.3d 544 (5th Cir. 1997) | | Karlan | | |
| PTX-692 | Perez v. Pasadenaindep. Sch. Dist., 958 F. Supp. 1196 (S.D. Tex. 1997), aff"d, 165 F.3d 368 (5th Cir. 1999), | | Karlan | | |
| PTX-693 | Johnson v. DeSoto County. Bd. of Comm'rs, 204 F.3d 1335 (11th Cir. 2000) | | Karlan | | |
| PTX-694 | Valdespino v. Alamo Heights Indep. Sch. Dist., 168 F.3d 848 (5th Cir. 1999) | | Karlan | | |
| PTX-695 | Cisneros v. Pasadena Independent School Dist., Not Reported in F.Supp.3d (2014) | | Karlan | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-696 | Email from J. Uthmeier to D. Langdon re "Lunch Today?" (Jan. 29, 2018) [AR 2024] | AR | | | |
| PTX-697 | Bahrampour, Tara, "White House Proposal to ask immigration status in Censis could have chilling effect, experts say" (New York Times, Feb. 1, 2018) | | Neuman | | |
| PTX-698 | Excerpt - Agency Action Plan re Census Bureau | | Neuman | | |
| PTX-699 | Excerpt of Secretary Ross's Calendar | | Neuman | | |
| PTX-700 | Supreme Court Opinion in League of the United Latin American Citizens et al. v. Perry, Governor of Texas, et al. | | Neuman | | |
| PTX-701 | Major Supreme Court Rulings Regarding the Decennial Census | | Neuman | | |
| PTX-702 | US Census Bureau - Vendor Map (July 2017) | | Neuman | | |
| PTX-703 | American Community Survey (ACS) Why We Ask: Place of Birth, Citizenship and Year of Entry | | Neuman | | |
| PTX-704 | Email from Mark Neuman to Ron Jarmin re: Meeting request from Secretary Ross (3/14/18) [AR 8403] | AR | | | |
| PTX-705 | Call Agenda for Secretary Ross, March 15, 2018 [AR 3491] | AR | | | |
| PTX-706 | Email from Joseph Semsar to Macie Leach, et al. re: MThis Afternoon's Stakeholder Calls (3/22/18) [AR 1815] | AR | | | |
| PTX-707 | Critical Objective for Census, Reducing & Eliminating Black vs. Non-Black Differential Underocunt and Why It Matters (July 28, 2017) [DOJ00129977] | | Neuman | | |
| PTX-708 | Email from J. Uthmeier to B. Lenihan re: Draft Timeline (2/5/18) | | Neuman | | |
| PTX-709 | Subpoena to Mark Neuman in Kraviz v. US Dept. of Commerce | | Neuman | | |
| PTX-710 | Errata to Report of Colm O'Muircheartaigh | | O'Muircheart aigh | | |
| PTX-711 | Curriculum Vitae of Colm O'Muircheartaigh | | O'Muircheart aigh | | |
| PTX-712 | Expert Report of Colm O'Muircheartaigh | | O'Muircheart aigh | | |
| PTX-713 | Memorandum for Ron S. Jarmin from Abowd re: Summary of Quality/Cost Alternatives for Meeting Department of Justice Request for Citizenship Data (Jan. 3, 2018) [AR0008614]. | AR | | | |
| PTX-714 | ITA Hearing Prep Q&As for March 20, 2018 CJS Appropriations Hearing [AR0004239] | AR | | | |
| PTX-715 | Billiet, J. and G. Loosveldt (1988), "Improvement of the Quality of Responses to Factual Survey Questions by Interviewer Training," Public Opinion Quarterly. | | O'Muircheart aigh | | |
| PTX-716 | DeMaio, T., (2003) Standards for Pretesting Questionnaires and Survey Related Materials for U.S. Census Bureau Surveys and Censuses, U.S. Census Bureau. | | O'Muircheart aigh | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-717 | Durrant, G., Groves, R., Staetsky, L., and Steele, F., (2010) "Effects of Interviewer Attitudes and Behaviors on Refusal in Household  Surveys" Public Opinion Quarterly, 74(1), pp. 1-36. | | O'Muircheartaigh | | |
| PTX-718 | Eckman, S. and O'Muircheartaigh, C., (2011) "Performance of the Half-Open Interval Missed Housing Unit Procedure," Journal of the European Survey Research Association, 5(3), pp. 125-131. | | O'Muircheartaigh | | |
| PTX-719 | Groves, R., Singer, E., and Corning, A., (2000) "Leverage—Saliency Theory of Survey Participation: Description and an Illustration," Public Opinion Quarterly, 64(3), pp. 299-308. | | O'Muircheartaigh | | |
| PTX-720 | Groves, R. and McGonagle, K., (2001) "A Theory-Guided Interviewer Training Protocol Regarding Survey Participation," Journal of Official Statistics, 17(2), pp. 249- 265. | | O'Muircheartaigh | | |
| PTX-721 | Mangione, T., Fowler, F., and Louis, T., (1992) "Question Characteristics and Interviewer Effects," Journal of Official Statistics, 8(3), at pp. 293-307. | | O'Muircheartaigh | | |
| PTX-722 | Martin, E., (2007) "Strength of Attachment: Survey Coverage of People with Tenuous Ties to Residences" Demography, 44(2), pp. 427-440. | | O'Muircheartaigh | | |
| PTX-723 | Mayer, T., (Feb. 7, 2002) Privacy and Confidentiality Research and The U.S. Census Bureau Recommendations Based on a Review of the Literature, Research Report Series Survey Methodology #2002-01, U.S. Census Bureau, Statistical Research Division, available at https://www.census.gov/srd/papers/pdf/rsm2002-01.pdf | | O'Muircheartaigh | | |
| PTX-724 | O'Brien, E., Mayer, T., Groves, R., O'Niel, G., (2002) "Interviewer Training to Increase Survey Participation," American Statistical Association, Joint Statistical Meetings – Section on Survey Research Methods, pp. 2502-2507. | | O'Muircheartaigh | | |
| PTX-725 | O'Hare, W., Mayol-Garcia, Y., Wildsmith, E., and Torres, A., (April 2016) The Invisible Ones: How Latino Children Are Left Out of Our Nation's Census Count, U.S. Census Bureau, available at ftp://ftp.census.gov/cac/nac/meetings/2016-11/2016-04-latinochildren.pdf | | O'Muircheartaigh | | |
| PTX-726 | The Leadership Conference Education Fund, Table 1a: States Ranked by Number of Hispanics Living in Hard-to-Count (HTC) Census Tracts, available at http://civilrightsdocs.info/pdf/census/2020/Table1a-States-Number-Hispanics-HTC.pdf | | O'Muircheartaigh | | |
| PTX-727 | Intentionally left blank | | | | |
| PTX-728 | Intentionally left blank | | | | |
| PTX-729 | Intentionally left blank | | | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-730 | U.S. Census Bureau, Decennial Census of Population and Housing (2017) available athttps://www.census.gov/programs-surveys/decennial-census/about/why.html | | O'Muircheartaigh | | |
| PTX-731 | Deposition Transcript of Ron Jarmin (8/20/18) | | O'Muircheartaigh | | |
| PTX-732 | Intentionally left blank | | | | |
| PTX-733 | Intentionally left blank | | | | |
| PTX-734 | Public Trust in Government: 1958-2017 (Dec. 14, 2017). Pew Research Center. Available at http://www.peoplepress.org/2017/12/14/public-trust-in-government-1958-2017/. | | O'Muircheartaigh | | |
| PTX-735 | Latinos and the New Trump Administration. (2017). Pew Research Center. Available at http://www.pewhispanic.org/2017/02/23/latinos-and-the-new-trump-administration/. | | O'Muircheartaigh | | |
| PTX-736 | Alsan, M. and Yang, C. (2018) "Fear and the Safety Net: Evidence from Secure Communities." NBER Working Paper Series No. 24731, available at http://www.nber.org/papers/w24731.pdf. | | O'Muircheartaigh | | |
| PTX-737 | U.S. Census Bureau, Providence, Rhode Island—Thank You (Sept. 15, 2018) https://www.census.gov/library/visualizations/2018/dec/providence-rhode-island-thank-you.html. | | O'Muircheartaigh | | |
| PTX-738 | Earl Letourneau, Mail Response/Return Rate Assessment, U.S. Census Bureau, May 30, 2012, p. vii and p. 11-12. | | O'Muircheartaigh | | |
| PTX-739 | Herbert F. Stackhouse and Sarah Brady, Census 2000 Mail Return Rates, U.S. Census Bureau, January 30, 2003. | | O'Muircheartaigh | | |
| PTX-740 | 2010 Census Recruiting and Hiring Assessment Report, 2010 Census Planning Memoranda Series No. 155 (Nov. 2, 2011). | | O'Muircheartaigh | | |
| PTX-741 | Robert Bernstein, "U.S. Census Bureau Needs Hundreds of Thousands of Workers," U.S. Census Bureau (July 17, 2018), available at https://web.archive.org/web/20180821145302/https://www.census.gov/library/stories/2018/07/recruiting-for-2020-census.html | | O'Muircheartaigh | | |
| PTX-742 | "Coverage Measurement Definitions," U.S. Census Bureau, https://www.census.gov/coverage_measurement/definitions/ (last visited Oct. 4, 2018) | | O'Muircheartaigh | | |
| PTX-743 | Intentionally left blank | | | | |

44

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-744 | Planning Database with 2010 Census and 2010-2014 American Community Survey Data, At the Tract Level. U.S.Census Bureau, February 2015. Data and documentation available at:https://www.census.gov/research/data/planning_database/. | | O'Muircheartaigh | | |
| PTX-745 | Roger Tourangeau, Gary Shapiro, Anne Kearney, and Lawrence Ernst (1997), "Who lives here? Survey undercoverage and household roster questions." Journal of Official Statistics 13:1-18. | | O'Muircheartaigh | | |
| PTX-746 | Kevin S. Blake, Rebecca L. Kellerson, and Aleksandra Simic (2007), "Measuring overcrowding in housing."Washington, DC: Department of Housing and Urban Development, Office of Policy Development and Research. | | O'Muircheartaigh | | |
| PTX-747 | 2017 National Population Projection Tables, Table 8 (https://census.gov/data/tables/2017/demo/popproj/2017-summarytables.Html) | | O'Muircheartaigh | | |
| PTX-748 | American Association for Public Opinion Research. Best Practices for Survey Research. Available at: https://www.aapor.org/Standards-Ethics/Best-Practices.aspx#best6 | | O'Muircheartaigh | | |
| PTX-749 | Deposition Transcript of John Abowd, Census Bureau 30(b)(6) Witness (10/12/18) | | O'Muircheartaigh | | |
| PTX-750 | Expert Report of Dr. John Abowd | | O'Muircheartaigh | | |
| PTX-751 | Expert Report of Stuart Gurrea | | O'Muircheartaigh | | |
| PTX-752 | Intentionally left blank | | | | |
| PTX-753 | David Fein, "Racial and Ethnic Differences in Census Omission Rates," Demography, Vol. 27:285-302 (1990). | | O'Muircheartaigh | | |
| PTX-754 | Memorandum from John Abowd and David Brown, September 28, 2018 ("NRFU Success Rate.docx"). | | O'Muircheartaigh | | |
| PTX-755 | U.S. Census Bureau, "U.S. Census Bureau Demonstrates Readiness for the 2020 Census" (2018). Available at: https://www.census.gov/newsroom/press-releases/2018/census-demonstrates-readiness-for-2020-census.html. | | O'Muircheartaigh | | |
| PTX-756 | American Community Survey Questionnaire 2018 | | O'Muircheartaigh | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-757 | Bahrampour, T. (Jan. 30, 2018) "Non-citizens won't be hired as census-takers in 2020, staff is told," The Washington Post, available athttps://www.washingtonpost.com/local/social-issues/non-citizens-wont-be-hired-as-census-takers-in-2020-staff-is-told/2018/01/30/b327c8d8-05ee-11e8-94e8-e8b8600ade23_story.html?utm_term=.4a1d4bbba5e9 (as of Sept. 19, 2018). | | O'Muircheartaigh | | |
| PTX-758 | Singer, E., Van Hoewyk, J. and Neugebauer, R., (2003) "Attitudes and Behavior: The Impact of Privacy and Confidentiality Concerns on Participation in the 2000 Census," Public Opinion Quarterly, 67(3), pp. 368-384. | | O'Muircheartaigh | | |
| PTX-759 | Singer, E., Mathiowetz, N., and Couper, M., (1993) "The Impact of Privacy and Confidentiality Concerns on Survey Participation the Case of the 1990 U.S. Census" Public Opinion Quarterly, 57(4), pp. 465-482. | | O'Muircheartaigh | | |
| PTX-760 | U.S. Government Accountability Office (GAO), Statement of Robert Goldenkoff, Director, Strategic Issues and David A. Powner, Director, Information Technology, 2020 CENSUS Continued Management Attention Needed to Mitigate Key Risks Jeopardizing a Cost-Effective and Secure Enumeration (April 18, 2018), Testimony Before the Subcommittee on Commerce, Justice, Science, and Related Agencies, Committee on Appropriations, House of Representatives (GAO-18-416T) (April 18, 2018) | | O'Muircheartaigh | | |
| PTX-761 | Brown, J., Heggeness, M., Dorinski, S., Warren, L., and Yi, M., Understanding Quality of Alternative Citizenship Data Sources for the 2020 Census, Center for Economic Studies, U.S. Census Bureau Working Paper 18-38. (Aug. 6, 2018), available at https://www2.census.gov/ces/wp/2018/CES-WP-18-38.pdf (as of September 19, 2018). | | O'Muircheartaigh; Handley | | |
| PTX-762 | U.S. Office of Management and Budget (OMB), Evaluating Survey Questions: An Inventory of Methods, Statistical Policy Working Paper 47 (Jan. 2016), Statistical and Science Policy Office, available at https://www.bls.gov/osmr/spwp47.pdf | | O'Muircheartaigh | | |
| PTX-763 | Linked In of Sahra Su, Chief of Staff of US Department of Commerce | | Park-Su | | |
| PTX-764 | Email from David Langdon to Sahra Park-Su re: 2020 and ACS topics (6/30/17) | | Park-Su | | |
| PTX-765 | Email from Park-Su to D. Langdon re: Fwd: Steering Committee Read Ahead -- Citizenship (1/11/18) [AR 3549] | AR | | | |
| PTX-766 | Email from Park-Su to J. Uthmeier re: Steering Committee meeting tomorrow (1/29/18) [AR 1984] | AR | | | |
| PTX-767 | Email from Park-u to REDACTED re: Slide Deck for Secretary Ross Briefing (1/16/18) [AR 3503] | AR | | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-768 | Email from A. Willard to Park-Su re: Questions for Census (1/30/18) [AR 3706] | AR | | | |
| PTX-769 | Email from E. Comstock to Macie Leach re: Schedule for Wednesday, March 7, 2018 (3/7/18) [AR 2440] | AR | | | |
| PTX-770 | Email from Sahra Su to Park-Su re: Summaries (3/21/18) [AR 3566] | AR | | | |
| PTX-771 | Intentionally left blank | | | | |
| PTX-772 | Expert Report of Andrew Reamer | | Reamer | | |
| PTX-773 | Curriculum Vitae of Andrew Reamer | | Reamer | | |
| PTX-774 | Initial Analysis: 16 Large Census-guided Financial Assistance Programs (August 2017), available at https://gwipp.gwu.edu/counting-dollars-2020-role-decennial-census-geographicdistribution-federal-funds. | | Reamer | | |
| PTX-775 | Estimating Fiscal Costs of a Census Undercount to States (March 2018), available at https://gwipp.gwu.edu/counting-dollars-2020-role-decennial-census-geographicdistribution-federal-funds. | | Reamer | | |
| PTX-776 | Andrew Reamer and Rachel Carpenter, "Counting for Dollars: The Role of the Decennial Census in the Distribution of Federal Funds," The Brookings Institution, March 9, 2010. Available at https://www.brookings.edu/research/counting-for-dollars-the-role-of-the-decennial-census-in-the-distribution-offederal-funds/ | | Reamer | | |
| PTX-777 | Catalog Of Federal Domestic Assistance – CFDA, Investopedia, available at https://www.investopedia.com/terms/c/catalog-of-federal-domestic-assistance-cfda.asp | | Reamer | | |
| PTX-778 | CFDA Website, https://beta.sam.gov/ | | Reamer | | |
| PTX-779 | Intentionally left blank | | | | |
| PTX-780 | Office of Management and Budget, "Analytical Perspectives, Budget of the United States Government, Fiscal Year 2019," Supplemental Materials, February 2018, Table 19.8: Direct Loan Transactions of the Federal Government and Table 19.9: Guaranteed Loan Transactions of the Federal Government, available athttps://www.whitehouse.gov/omb/analytical-perspectives/. | | Reamer | | |
| PTX-781 | Intentionally left blank | | | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-782 | U.S. Census Bureau, "Methodology for the United States Population Estimates: Vintage 2017, Nation, States, Counties, and Puerto Rico – April 1, 2010 to July 1, 2017," available at https://www2.census.gov/programssurveys/ popest/technical-documentation/methodology/2010- 2017/2017-natstcopr-meth.pdf. | | Reamer | | |
| PTX-783 | Intentionally left blank | | | | |
| PTX-784 | Intentionally left blank | | | | |
| PTX-785 | Intentionally left blank | | | | |
| PTX-786 | Intentionally left blank | | | | |
| PTX-787 | Intentionally left blank | | | | |
| PTX-788 | Intentionally left blank | | | | |
| PTX-789 | Intentionally left blank | | | | |
| PTX-790 | Intentionally left blank | | | | |
| PTX-791 | Intentionally left blank | | | | |
| PTX-792 | Intentionally left blank | | | | |
| PTX-793 | Intentionally left blank | | | | |
| PTX-794 | Intentionally left blank | | | | |
| PTX-795 | Intentionally left blank | | | | |
| PTX-796 | Intentionally left blank | | | | |
| PTX-797 | Intentionally left blank | | | | |
| PTX-798 | Intentionally left blank | | | | |
| PTX-799 | Intentionally left blank | | | | |
| PTX-800 | Intentionally left blank | | | | |
| PTX-801 | Intentionally left blank | | | | |
| PTX-802 | Intentionally left blank | | | | |
| PTX-803 | Intentionally left blank | | | | |
| PTX-804 | Intentionally left blank | | | | |
| PTX-805 | Intentionally left blank | | | | |
| PTX-806 | Intentionally left blank | | | | |
| PTX-807 | Intentionally left blank | | | | |
| PTX-808 | Intentionally left blank | | | | |
| PTX-809 | Intentionally left blank | | | | |
| PTX-810 | Intentionally left blank | | | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-811 | Intentionally left blank | | | | |
| PTX-812 | Reamer Census-guided funding in rural America draft 08-30-18.pdf [REAMER_000001-REAMER_000016] | | Reamer | | |
| PTX-813 | TEGL_16-17.pdf [REAMER_000017-REAMER_000046] | | Reamer | | |
| PTX-814 | Title I 09-17-18.xlsx [REAMER_000049] | | Reamer | | |
| PTX-815 | WIC 09-17-18.xlsx [REAMER_000050] | | Reamer | | |
| PTX-816 | Fraga_NonResponseScenarios 9-17-18 Reamer analysis.xlsx [REAMER_000051] | | Reamer | | |
| PTX-817 | Fraga_NonResponseScenarios 9-17-18 (1).csv [REAMER_000052] | | Reamer | | |
| PTX-818 | Social Service Block Grants 09-17-18.xlsx [REAMER_000053] | | Reamer | | |
| PTX-819 | Testimony of Dr. Lisa Handley, Trial Transcript (November 13, 2018) State of New York, et al. v. United States Department of Commerce, et al. No. 18-cv-2921; New York Immigration Coalition, et al. v. United States Department of Commerce, et al., No. 18-cv-5025 | | Handley | | |
| PTX-820 | Testimony of Hermann Habermann, Trial Transcript (November 6, 2018) State of New York, et al. v. United States Department of Commerce, et al. No. 18-cv-2921; New York Immigration Coalition, et al. v. United States Department of Commerce, et al., No. 18-cv-5025 | | Habermann | | |
| PTX-821 | Trial Affidavit of Hermann Habermann, ECF No. 498-11, State of New York, et al. v. United States Department of Commerce, et al. No. 18-cv-2921 | | Habermann | | |
| PTX-822 | Email from R. Jarmin to A. Gary (1/2/18) [AR005490] | AR | | | |
| PTX-823 | Tables 1-12 from Barreto Report | | Abowd | | |
| PTX-824 | Appendix B from Barreto Report | | Gurrea | | |
| PTX-825 | Tables 3 and 4 from Barreto Report | | Gurrea | | |
| PTX-826 | Intentionally left blank | | | | |
| PTX-827 | Undated Memorandum titled "Sample Design Specifications for the 2020 Census  Barriers, Attitudes, and Motivators Study ("CBAMS") Survey" [COM_DIS00021090] | | Abowd | | |
| PTX-828 | Expert Report of Margo Anderson | | Anderson | | |
| PTX-829 | Expert Rebuttal Report of Matthew Barreto | | Barreto | | |
| PTX-830 | De la Puente, Manuel, "An Analysis of the Underenumeration of Hispanics: Evidence from Small Area Ethnographic Studies," in Annual Research Conference Proceedings, Bureau of the Census, pp. 45-69. | | Barreto | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-831 | November 21, 2018 Letter from Senator Schatz, et al. to Hon. Eric S. Dreiband | | Tometi | | |
| PTX-832 | Michael Latner, Union of Concerned Scientists, Scientific Integrity and Privacy at Risk in Census (Nov. 29, 2018) | | Tometi | | |
| PTX-833 | Brentin Mock, Citylab, Would Top Census Officials Hand Over Citizenship Status Data? (Nov. 20, 2018) | | Tometi | | |
| PTX-834 | Hansi Lo Wang, National Public Radio, DOJ, Asked About Census Confidentiality, Crafted Intentionally Vague Answer (Nov. 19, 2018) | | Tometi | | |
| PTX-835 | Tara Bahrampour, Washington Post, Trump Administration Officials Suggested Sharing Census Responses with Law Enforcement, Court Documents Show (Nov. 19, 2018) | | Tometi | | |
| PTX-836 | DOJ Civil Rights Division Guidance on Limited English Proficiency | | Melchor | | |
| PTX-837 | California Employment Development Department EDD Directive WSD-17-03 | | Melchor | | |
| PTX-838 | Reports from the Census Bureau's American FactFinder | | Reamer | | |
| PTX-839 | Census form used in the 2018 End-to-End test census. | | Abowd | | |
| PTX-840 | San Jose Public Library Mission and Vision | | Bourne | | |
| PTX-841 | US DOE, State Educational Agency Procedures for Adjusting Basic, Concentration, Targeted, and Education Finance Incentive Grant Allocations Determined by the U.S. Dept. of Educ. (May 23, 2003) [LAUSD000084-LAUSD000118 ] | | Ryback | | |
| PTX-842 | US DOE, Non-Regulatory Guidance: Fiscal Changes and Equitable Services Requirements Under the Elementary and Secondary Education Act of 1965 (ESEA) (Nov. 21, 2016) [LAUSD000269-LAUSD000281] | | Ryback | | |
| PTX-843 | US DOE, Grants to Local Educational Agencies (Sept. 5, 2018) [LAUSD000282-LAUSD000312] | | Ryback | | |
| PTX-844 | CDE, Title III, Part A, Allocation Tables for FY 2017-18 [LAUSD000441-LAUSD000456] | | Ryback | | |
| PTX-845 | CDE, Title I, Part A, Allocation Tables for FY 2017-18 [LAUSD000570-LAUSD000592] | | Ryback | | |
| PTX-846 | CDE, Title II, Part A, Allocation Tables for FY 2017-18 [LAUSD000650-LAUSD000670] | | Ryback | | |
| PTX-847 | LAUSD, Title I through IV Allocation Tables for FY 2015-16 through 2017-18 [LAUSD000699] | | Ryback | | |

| Exhibit No. | Exhibit Description | AR | Sponsoring Witness | Date Identified | Date Entered |
|---|---|---|---|---|---|
| PTX-848 | Los Angeles, LA Census 2020: Los Angeles Unified School District [LAUSD000895-LAUSD000896] | | Escudero | | |
| PTX-849 | LAUSD, OpenData: Student Enrollment by Board District [LAUSD000897] | | Escudero | | |
| PTX-850 | LAUSD, OpenData: Student Enrollment by EL Status [LAUSD000898] | | Escudero | | |
| PTX-851 | LAUSD, OpenData: Student Enrollment by Race/Ethnicity [LAUSD000899- LAUSD000900] | | Escudero | | |
| PTX-852 | LAUSD, OpenData: Student Enrollment by Gender [LAUSD000901] | | Escudero | | |
| PTX-853 | LAUSD, OpenData: Student Enrollment by LCFF Economic Status [LAUSD000903] | | Escudero | | |
| PTX-854 | LAUSD, OpenData: Student Enrollment by Disability Status [LAUSD000904] | | Escudero | | |
| PTX-855 | LAUSD, Redistricting Maps (2012) [LAUSD000922- LAUSD000931] | | Crain | | |
| PTX-856 | LAUSD, Redistricting Data Tables (2012) [LAUSD000951- LAUSD000953] | | Crain | | |
| PTX-857 | LAUSD, Redistricting Overview (2012) [LAUSD000954-LAUSD000966] | | Crain | | |
| PTX-858 | LAUSD, 2011-12 Redistricting Records | | Crain | | |
| PTX-859 | 2020 Census Complete Count Committee (CCC) Planning Meeting Agenda (8/9/18) [SJBAJI00001] | | Ruster | | |
| PTX-860 | Census 2020 Complete Count Committee (CCC) Planning Meeting Agenda (9/28/18) [SJBAJI00002] | | Ruster | | |
| PTX-861 | Intentionally left blank | | | | |
| PTX-862 | Census 2020, Census 101 and the Work of the Complete Count Committee, Presentation to the Santa Clara County CCC Convening, by Paul R. Kumar [SJBAJI00011-SJBAJI00026] | | Ruster | | |

# Exhibit C

**DEFENDANTS' EXHIBIT LIST**

| Exhibit Number | Description | Purpose/Substance | Sponsoring Witness |
|---|---|---|---|
| DTX-001 | Bates, Nancy, The Morris Hansen Lecture, Hard-to-Survey Populations and the U.S. Census: Making Use of Social Marketing Campaigns, *Journal of Official Statistics*, Vol. 33, No. 4, 2017 | Projected and actual national self-response rates in the 1990, 2000, and 2010 censuses and effect of social marketing campaigns; general background regarding census; relied upon by Defendants' expert in forming his opinions | Dr. John Abowd |
| DTX-002 | Brown, J. David, Misty L. Heggeness, Suzanne M. Dorinski, Lawrence Warren, and Moises Yi, "Understanding the Quality of Alternative Citizenship Data Sources for the 2020 Census," U.S. Census Bureau, Center for Economic Studies, Working Paper, CES 18-38, Aug., 2018 | Assessment of the quality of citizenship data in self-reported survey responses compared to administrative records and evaluation of options for constructing an accurate count of resident U.S. citizens; estimate of effect of inclusion of citizenship question on the 2020 census on self-response rates in households potentially containing noncitizens; general background regarding census; relied upon by Defendants' expert in forming his opinions | Dr. John Abowd |
| DTX-003 | U.S. Census Bureau, 2010 Geographic Terms and Concepts, Block | Census Bureau's definition and description of "census block"; relied upon by Defendants' expert in forming his opinions | Dr. John Abowd |
| DTX-004 | U.S. Census Bureau, 2020 Census Program Internal Memorandum Series: 2017.28.i, *Release of the 2018 End-to-End Census Test Plan*, Nov. 1, 2017 | Design of the 2018 End-to-End Census Test; general background regarding census; relied upon by Defendants' expert in forming his opinions | Dr. John Abowd |

| Exhibit Number | Description | Purpose/Substance | Sponsoring Witness |
|---|---|---|---|
| DTX-005 | U.S. Census Bureau, 2020 Census Lifecycle Cost Estimate Internal Document, Tables, Sept. 29, 2017 | Number of housing units to be covered in the 2020 Census by mailing strategy and Non-Response Follow-Up ("NRFU") operation and estimated costs; general background regarding census; relied upon by Defendants' expert in forming his opinions | Dr. John Abowd |
| DTX-006 | U.S. Census Bureau, 2020 Type of Enumeration Areas (TEAs): Final TEA Delineations for Approval, Aug. 14, 2018 | Number of housing units to be covered in the 2020 Census by type of enumeration; general background regarding census; relied upon by Defendants' expert in forming his opinions | Dr. John Abowd |
| DTX-007 | U.S. Census Bureau, 2020 Census: NRFU Workload Estimates by Area Census Office, May 24, 2017 | NRFU workload estimate by area census office for 2020 census; relied upon by Defendants' expert in forming his opinions | Dr. John Abowd |
| DTX-008 | Email from B. Taylor to J. Treat, Re: Staffing Ratios, Aug. 10, 2018 | Staffing plans for 2020 census; relied upon by Defendants' expert in forming his opinions | Dr. John Abowd |
| DTX-009 | Email from B. Taylor to M. Chapin, E. Kobilarcik, and R. Harbold, Re: Information Needed for Jim Treat, Sept. 11, 2018 | Productivity and cost estimates for aspects of NRFU operations for 2020 census; contingency amounts for 2020 census; general background regarding census; relied upon by Defendants' expert in forming his opinions | Dr. John Abowd |
| DTX-010 | Intentionally left blank | --- | --- |

| Exhibit Number | Description | Purpose/Substance | Sponsoring Witness |
|---|---|---|---|
| DTX-011 | Siegel, Jacob S. and Jeffery S. Passell, U.S. Census Bureau, Coverage of the Hispanic Population of the United States in the 1970 Census: A Methodological Analysis, Current Population Reports: Special Studies P-23, No. 82 (1979) | Report applying the method of demographic analysis to evaluate the general quality of the data on the Hispanic population in the 1970 census, as well as to measure the coverage of specific age-sex groups; general background regarding census; relied upon by Defendants' expert in forming his opinions | Dr. John Abowd |
| DTX-012 | U.S. Census Bureau, Issue Paper on the 1990 Census Race Question, Nov. 10, 1988 | Census Bureau's analysis and recommendations for the race question on the 1990 census; general background regarding census; relied upon by Defendants' expert in forming his opinions | Dr. John Abowd |
| DTX-013 | U.S. Census Bureau, DSSD 2000 Census Memorandum Series #E-18, *Final Results of the Mail Response Evaluation for the Simplified Questionnaire Test (SQT)*, Aug. 5, 1992 | Evaluation of mail response rates for the 1992 Simplified Questionnaire Test, evaluating alternative short form designs; general background regarding census; relied upon by Defendants' expert in forming his opinions | Dr. John Abowd |
| DTX-014 | U.S. Census Bureau, 1990 Census of Population and Housing, Evaluation and Research Reports, *Content Reinterview Survey: Accuracy of Data for Selected Population and Housing Characteristics as Measured by Reinterview*, Report 1990 CPH-E-1, Sept. 1993 | Evaluation of the quality of the data collected in the 1990 census; general background regarding census; relied upon by Defendants' expert in forming his opinions | Dr. John Abowd |
| DTX-015 | U.S. Census Bureau, DSSD 2010 Decennial Census Memorandum Series #J-12, *2010 Census Count Imputation Results*, June 7, 2011 | Detailed results of count imputation in the 2010 Census; general background regarding census; relied upon by Defendants' expert in forming his opinions | Dr. John Abowd |

| Exhibit Number | Description | Purpose/Substance | Sponsoring Witness |
|---|---|---|---|
| DTX-016 | U.S. Census Bureau, 2010 Census Planning Memoranda Series No. 155, *2010 Census Recruiting and Hiring Assessment Report*, Nov. 2, 2011 | Report assessing recruiting and hiring of enumerators for 2010 census; general background regarding census; relied upon by Defendants' expert in forming his opinions | Dr. John Abowd |
| DTX-017 | U.S. Census Bureau, U.S. Census Bureau Statistical Quality Standards, July 2013 | Census Bureau's Statistical Quality Standards; relied upon by Defendants' expert in forming his opinions | Dr. John Abowd |
| DTX-018 | U.S. Census Bureau, 2010 Census Planning Memorandum Series No. 182, *2010 Census Nonresponse Followup Quality Profile*, Mar. 21, 2012 | Results of NRFU quality assurance program for 2010 census, to be used to plan 2020 census; general background regarding census; relied upon by Defendants' expert in forming his opinions | Dr. John Abowd |
| DTX-019 | U.S. Census Bureau, Research Report Series (Statistics #2013-05), *A Visual Proof, a Test, and an Extension of a Simple Tool for Comparing Competing Estimates*, Feb. 24, 2014 | Analysis of methods to compare estimates from competing sources; relied upon by Defendants' expert in forming his opinions | Dr. John Abowd |
| DTX-020 | U.S. Census Bureau, *2020 Census Operational Plan*, Version 3.0, Sept. 2017 | Operational design for 2020 census, for all operations required to execute the 2020 Census, describing design concepts and their rationale, identifying decisions made and remaining decisions, and describing remaining risks; general background regarding census; relied upon by Defendants' expert in forming his opinions | Dr. John Abowd |

| Exhibit Number | Description | Purpose/Substance | Sponsoring Witness |
|---|---|---|---|
| DTX-021 | U.S. Census Bureau, *2020 Census Detailed Operational Plan for: 15. Group Quarters Operation* (QC), Version 1.0, Sept. 29, 2017 | Detailed operational plan for group quarters operation for the 2020 census, including a summary of the operational processes involved, their inputs, outputs, controls, and the basic mechanisms employed to conduct the operational work; general background regarding census; relied upon by Defendants' expert in forming his opinions | Dr. John Abowd |
| DTX-022 | U.S. Census Bureau, 2020 Census Program Memorandum Series: 2017.21, *Area Census Offices for the 2020 Census*, Nov. 6, 2017 | Number and location of areas census offices for the 2020 census; general background regarding census; relied upon by Defendants' expert in forming his opinions | Dr. John Abowd |
| DTX-023 | U.S. Census Bureau, *2020 Census Life-Cycle Cost Estimate: Executive Summary*, Version 1.0, Dec. 21, 2017 | Census Bureau's cost estimate for the 2020 census, including assumptions and estimates made in planning for the census; general background regarding census; relied upon by Defendants' expert in forming his opinions | Dr. John Abowd |

| Exhibit Number | Description | Purpose/Substance | Sponsoring Witness |
|---|---|---|---|
| DTX-024 | U.S. Census Bureau, *2020 Census Detailed Operational Plan for: 32. Field Infrastructure Operation (FLDI) and 33. Decennial Logistics Management Operation (DLM)*, Version 1.0, Jan. 24, 2018 | Detailed operational plan for the field infrastructure operation (*e.g.*, recruiting, hiring, administration, training, partnership support, management and supervision, clerical support) and decennial logistics management operation (*e.g.*, space acquisition for and lease management of regional census centers and area census offices) for the 2020 census, including a summary of the operational processes involved, their inputs, outputs, controls, and the basic mechanisms employed to conduct the operational work; general background regarding census; relied upon by Defendants' expert in forming his opinions | Dr. John Abowd |
| DTX-025 | U.S. Census Bureau, *2020 Census Operational Plan: Executive Summary*, Version 2.0, Feb. 2018 | Overview of operational design for 2020 census, presenting the high-level schedule of key milestones and the most critical project risks; general background regarding census; relied upon by Defendants' expert in forming his opinions | Dr. John Abowd |

6

| Exhibit Number | Description | Purpose/Substance | Sponsoring Witness |
|---|---|---|---|
| DTX-026 | U.S. Census Bureau, *2020 Census Detailed Operational Plan for: 17. Census Questionnaire Assistance Operation (CQA)*, Version 2.0, Feb. 2018 | Detailed operational plan for census questionnaire assistance (e.g., telephone) operation for the 2020 census, including a summary of the operational processes involved, their inputs, outputs, controls, and the basic mechanisms employed to conduct the operational work; general background regarding census; relied upon by Defendants' expert in forming his opinions | Dr. John Abowd |
| DTX-027 | U.S. Census Bureau, *2020 Census Detailed Operational Plan for: 18. Nonresponse Followup Operation (NRFU)*, Version 1.0, Apr. 16, 2018 | Detailed operational plan for NRFU operation for the 2020 census, including a summary of the operational processes involved, their inputs, outputs, controls, and the basic mechanisms employed to conduct the operational work and describing a number of significant innovations that directly contribute to meeting cost and quality goals; general background regarding census; relied upon by Defendants' expert in forming his opinions | Dr. John Abowd |
| DTX-028 | U.S. Census Bureau, *2020 Census Detailed Operational Plan for: 35. Update Leave Operation (UL)*, Version v1.0, June 25, 2018 | Detailed operational plan for update leave operation for the 2020 census, including the operational design and processes developed to execute the update leave operation; general background regarding census; relied upon by Defendants' expert in forming his opinions | Dr. John Abowd |

| Exhibit Number | Description | Purpose/Substance | Sponsoring Witness |
|---|---|---|---|
| DTX-029 | U.S. Census Bureau, *2020 Census Detailed Operational Plan for: 12. Internet Self-Response Operation (ISR)*, Version 1.0, Aug. 22, 2018 | Detailed operational plan for Internet self-response operation for the 2020 census, including a summary of the operational processes involved, their inputs, outputs, controls, and the basic mechanisms employed to conduct the operational work; general background regarding census; relied upon by Defendants' expert in forming his opinions | Dr. John Abowd |
| DTX-030 | Abowd, John and David Brown, Internal memorandum on NRFU success rate, Sept. 28, 2018 | Assessment of NRFU success rate in 2010 census; relied upon by Defendants' expert in forming his opinions | Dr. John Abowd or Dr. Stuart Gurrea |
| DTX-031 | Organisation for Economic Co-operation and Development, Development Co-operation Directorate, Outline of Principles of Impact Evaluation, http://www.oecd.org/dac/evaluation/dcdndep/37671602.pdf | Outline of general principles of impact evaluation, regarding how intervention being evaluated affects outcomes; relied upon by Defendants' expert in forming his opinions | Dr. Stuart Gurrea |
| DTX-032 | Federal Judicial Center and National Research Council,, Reference Manual on Scientific Evidence, Third Ed., 2011, pp. 383-385 | Excerpt from reference manual addressing nonresponse bias in surveys; relied upon by Defendants' expert in forming his opinions | Dr. Stuart Gurrea |
| DTX-033 | U.S. Department of Agriculture, Food and Nutrition Service, 2013 State-Level Estimates of Infants and Pre-School-Age Children at or Below 185 Percent of Poverty (Sept. 1, 2015), https://fns-prod.azureedge.net/sites/default/files/wic/2013%20State-Level-Estimates-of-Infants-and-Pre-School-Age-Children-at-or%20....pdf | Estimates of the number of infants and children ages 1-4 in each state that were at or below 185 percent of poverty in 2013, for use in Women, Infants and Children funding formula for FYI 2016; relied upon by Defendants' expert in forming his opinions | Dr. Stuart Gurrea |

8

| Exhibit Number | Description | Purpose/Substance | Sponsoring Witness |
|---|---|---|---|
| DTX-034 | U.S. Census Bureau, 2010 Census Planning Memorandum Series No. 181, *2010 Census Federally Affiliated Overseas Count Operation Assessment Report*, Mar. 20, 2012 | Quality assessment of count of U.S. military and federal civilian overseas employees and dependents in 2010 census, including results of counts; general background regarding census; relied upon by Defendants' expert in forming his opinions | Dr. John Abowd or Dr. Stuart Gurrea |
| DTX-035 | U.S. Census Bureau, Table 1: Apportionment Population and Number of Representatives, By State: 2010 Census, https://www.census.gov/2010census/ news/pdf/apport2010_table1.pdf | Census Bureau report of apportionment population and number of representatives by state resulting from 2010 census; relied upon by Defendants' expert in forming his opinions | Dr. Stuart Gurrea |
| DTX-036 | U.S. Census Bureau, What is the 1990 Undercount?, https://www.census.gov/dmd/www/t echdoc1.html | Census Bureau's summary of undercount in 1990 census; general background regarding census; relied upon by Defendants' expert in forming his opinions | Dr. John Abowd or Dr. Stuart Gurrea |
| DTX-037 | U.S. Census Bureau, Congressional Apportionment: Computing Apportionment, https://www.census.gov/population/a pportionment/about/computing.html | Census Bureau's description of how apportionment is calculated using the method of equal proportions; relied upon by Defendants' expert in forming his opinions | Dr. Stuart Gurrea |
| DTX-038 | U.S. Census Bureau, Priority Values for 2010 Census, https://www.census.gov/population/a pportionment/files/Priority%20Values %202010.xls | Priority values by state for 2010 census, used to calculate apportionment; relied upon by Defendants' expert in forming his opinions | Dr. Stuart Gurrea |
| DTX-039 | U.S. Census Bureau, 2000 Ranking of Priority Values, Feb. 21, 2001, https://www.census.gov/population/a pportionment/files/00pvalues.txt | Priority values by state for 2000 census, used to calculate apportionment relied upon by Defendants' expert in forming his opinions | Dr. Stuart Gurrea |

| Exhibit Number | Description | Purpose/Substance | Sponsoring Witness |
|---|---|---|---|
| DTX-040 | U.S. Census Bureau, 1990 Ranking of Priority Values, Oct. 17, 2000, https://www.census.gov/population/apportionment/files/90pvalues.txt | Priority values by state for 1990 census, used to calculate apportionment relied upon by Defendants' expert in forming his opinions | Dr. Stuart Gurrea |
| DTX-041 | U.S. Census Bureau, Congressional Apportionment: About, https://www.census.gov/topics/public-sector/congressional-apportionment/about.html | Census Bureau's description of the apportionment process and calculation; relied upon by Defendants' expert in forming his opinions | Dr. Stuart Gurrea |
| DTX-042 | U.S. Census Bureau, Memorandum 2018.10: Release of the 2020 Census Nonresponse Followup Operation (NRFU) Detailed Operational Plan, Apr. 16, 2018, https://census.gov/programs-surveys/decennial-census/2020-census/planning-management/memo-series/2020-memo-2018_10.html | Census Bureau's statement on release of NRFU detailed operational plan (DTX-029); relied upon by Defendants' expert in forming his opinions | Dr. John Abowd or Dr. Stuart Gurrea |

# CERTIFICATE OF SERVICE

Case Name:   **State of California, et al. v.**          No.    **3:18-cv-01865**
**Wilbur L. Ross, et al.**

I hereby certify that on <u>December 21, 2018</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT PRETRIAL STATEMENT AND [PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>December 21, 2018</u>, at Sacramento, California.

|  |  |
|---|---|
| Tracie L. Campbell | */s/  Tracie Campbell* |
| Declarant | Signature |

SA2018100904
13377936.docx