AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| State of California, ) <br>     *Plaintiff,* ) <br>     *v.* ) <br> Ross, *et al.*, ) <br>     *Defendants.* ) | Case No. 18-cv-01865 RS |

APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, City of Los Angeles

Date:   December 27, 2018

/s/ Kathleen Kenealy
*Attorney's Signature*

KATHLEEN KENEALY, SBN 212289
*Printed name and bar number*

OFFICE OF THE LOS ANGELES
CITY ATTORNEY
200 North Main Street
City Hall East, Suite 800
Los Angeles, CA 90012
*Address*

Kathleen.Kenealy@lacity.org
*E-mail address*

(213) 978-8354
*Telephone number*

(213) 978-8313
*FAX number*