1   Sue Ann Salmon Evans, State Bar No. 151562
    sevans@DWKesq.com
2   Keith A. Yeomans, State Bar No. 245600
    kyeomans@DWKesq.com
3   DANNIS WOLIVER KELLEY
    115 Pine Avenue, Suite 500
4   Long Beach, CA  90802
    Telephone: 562.366.8500
5   Facsimile: 562.366.8505

6   David R. Holmquist, State Bar No. 179872
    david.holmquist@lausd.net
7   LOS ANGELES UNIFIED SCHOOL DISTRICT
    OFFICE OF GENERAL COUNSEL
8   333 S. Beaudry Avenue, 24th Floor
    Los Angeles, CA 90017
9   Telephone: 213.241.6601
    Facsimile: 213.241.8444

10
    Attorneys for Plaintiff-Intervenor
11  Los Angeles Unified School District

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14              SAN FRANCISCO DIVISION

15

16  STATE OF CALIFORNIA, et al.,          Case No. 3:18-cv-01865-RS

17           Plaintiffs,
                                          **LOS ANGELES UNIFIED SCHOOL**
18  v.                                    **DISTRICT'S NOTICE OF JOINDER IN**
                                          **PLAINTIFFS' OPPOSITION TO**
    WILBUR L. ROSS, JR., et al.,          **DEFENDANTS' MOTION IN LIMINE**
19
             Defendants.
20                                        Judge:  Hon. Richard Seeborg
                                          Courtroom: 3
21
                                          Complaint filed March 26, 2018
22                                        First Amended Complaint filed May 4, 2018

23                                        Trial date:  January 7, 2019

24

25  TO THE COURT, PARTIES, AND ATTORNEYS OF RECORD:

26          PLEASE TAKE NOTICE that plaintiff-intervenor Los Angeles Unified School District

27  ("LAUSD" or "District") respectfully joins in all arguments, evidence, and objections set forth in

28  plaintiffs' State of California, County of Los Angeles, City of Los Angeles, City of Fremont, City

DANNIS WOLIVER KELLEY
115 PINE AVENUE, SUITE 500
LONG BEACH, CA  90802

DWK DMS 3337336v1

of Long Beach, City of Oakland, and City of Stockton's (collectively, "Plaintiffs") opposition to

parts II and III of defendants Wilbur L. Ross, Jr., United States Department of Commerce, Ron

Jarmin, and United States Census Bureau's (collectively, "Defendants") motion in limine

(ECF#118) filed on December 12, 2018.

DATED: December 28, 2018          DANNIS WOLIVER KELLEY
                                      SUE ANN SALMON EVANS
                                      KEITH A. YEOMANS

                                 By:  */s/ Keith A. Yeomans*
                                  SUE ANN SALMON EVANS
                                  KEITH A. YEOMANS
                                  Attorneys for Plaintiff-Intervenor
                                  Los Angeles Unified School District

DANNIS WOLIVER KELLEY
115 PINE AVENUE, SUITE 500
LONG BEACH, CA 90802

DWK DMS 3337336v1