```
JOSEPH H. HUNT
Assistant Attorney General
CARLOTTA P. WELLS
Assistant Director
MARSHA STELSON EDNEY
Senior Trial Counsel
KATE BAILEY
CAROL FEDERIGHI
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Tel.: (202) 514-4520
Email: marsha.edney@usdoj.gov
```

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, JR., *et al.*, <br><br> Defendants. | Civil Action No. 3:18-cv-01865-RS and <br> Civil Action No. 3:18-cv-02279-RS <br><br><br> **NOTICE OF APPEARANCE** |
| City of San Jose, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, JR., *et al.*, <br><br> Defendants. | |

TO:     Clerk of Court
           United States District Court
           Northern District of California

      The undersigned attorney respectfully requests the Clerk to note her appearance and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated: December 28, 2018           Respectfully submitted,

                                              JOSEPH H. HUNT
                                              Assistant Attorney General

                                              BRETT A. SHUMATE
                                              Deputy Assistant Attorney General

                                              JOHN R. GRIFFITHS
                                              Director, Federal Programs Branch

                                              */s/ Carlotta P. Wells*
                                              CARLOTTA P. WELLS
                                              Assistant Branch Director
                                              United States Department of Justice
                                              Civil Division
                                              P.O. Box 883
                                              Washington, DC  20530
                                              Tel.:  (202) 514-4522
                                              Email:  carlotta.wells@usdoj.gov