XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
ANTHONY R. HAKL
Supervising Deputy Attorney General
NOREEN P. SKELLY, SBN 186135
GABRIELLE D. BOUTIN, SBN 267308
TODD GRABARSKY, SBN 286999
R. MATTHEW WISE, SBN 238485
ANNA T. FERRARI, SBN 261579
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6057
  Fax: (916) 324-8835
  E-mail: Noreen.Skelly@doj.ca.gov
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA by and through ATTORNEY GENERAL XAVIER BECERRA; COUNTY OF LOS ANGELES; CITY OF LOS ANGELES; CITY OF FREMONT; CITY OF LONG BEACH; CITY OF OAKLAND; CITY OF STOCKTON,**<br><br>                                    Plaintiff,<br><br>     v.<br><br>**WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau; U.S. CENSUS BUREAU; DOES 1-100,**<br><br>                                    Defendants. | 3:18-cv-01865<br><br>**NOTICE OF APPEARANCE**<br><br>Courtroom:   3<br>Judge:           The Honorable Richard G. Seeborg<br>Trial Date:    January 7, 2019<br>Action Filed: March 26, 2018 |

PLEASE TAKE NOTICE that Deputy Attorney General Noreen P. Skelly hereby makes an appearance as counsel for plaintiff State of California, by and through Attorney General Xavier Becerra.

Ms. Skelly is a member of the State Bar of California (SBN 186135) and is admitted to practice in the Northern District of California. Her contact information is as follows:

Noreen P. Skelly
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-6057
Fax: (916) 324-8835
E-mail: Noreen.Skelly@doj.ca.gov

Dated: January 4, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

*/s/ Noreen P. Skelly*
NOREEN P. SKELLY
Deputy Attorney General
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

SA2018100904
Ntc of Appearnace Skelly.docx

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **State of California, et al. v. Wilbur L. Ross, et al.** | No. | **3:18-cv-01865** |

I hereby certify that on <u>January 4, 2019</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>January 4, 2019</u>, at Sacramento, California.

| Tracie L. Campbell | */s/ Tracie Campbell* |
|---|---|
| Declarant | Signature |

SA2018100904
13390234.docx