Sue Ann Salmon Evans, State Bar No. 151562
sevans@DWKesq.com
Keith A. Yeomans, State Bar No. 245600
kyeomans@DWKesq.com
DANNIS WOLIVER KELLEY
115 Pine Avenue, Suite 500
Long Beach, CA  90802
Telephone: 562.366.8500
Facsimile: 562.366.8505

David R. Holmquist, State Bar No. 179872
david.holmquist@lausd.net
LOS ANGELES UNIFIED SCHOOL DISTRICT
OFFICE OF GENERAL COUNSEL
333 S. Beaudry Avenue, 24th Floor
Los Angeles, CA 90017
Telephone: 213.241.6601
Facsimile: 213.241.8444

Attorneys for Plaintiff-Intervenor
Los Angeles Unified School District

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>　　　　Plaintiffs,<br>v.<br>WILBUR L. ROSS, JR., et al.,<br><br>　　　　Defendants. | Case No. 3:18-cv-01865-RS<br><br>**LOS ANGELES UNIFIED SCHOOL DISTRICT'S NOTICE OF JOINDER IN PLAINTIFFS' OBJECTIONS TO DEFENDANTS' TRIAL EXHIBITS**<br><br>Judge:  Hon. Richard Seeborg<br>Courtroom: 3<br><br>Complaint filed March 26, 2018<br>First Amended Complaint filed May 4, 2018<br><br>Trial date: January 7-15, 2019 |

TO THE COURT, PARTIES, AND ATTORNEYS OF RECORD:

　　PLEASE TAKE NOTICE that plaintiff-intervenor Los Angeles Unified School District ("LAUSD" or "District") respectfully joins in plaintiffs' State of California, County of Los Angeles, City of Los Angeles, City of Fremont, City of Long Beach, City of Oakland, and City of

1

Stockton's (collectively, "Plaintiffs") objections to defendants Wilbur L. Ross, Jr., United States Department of Commerce, Ron Jarmin, and United States Census Bureau's (collectively, "Defendants") trial exhibits filed December 28, 2019 (ECF#134).

DATED: January 7, 2019

DANNIS WOLIVER KELLEY
SUE ANN SALMON EVANS
KEITH A. YEOMANS

By:  /s/ Keith A. Yeomans
SUE ANN SALMON EVANS
KEITH A. YEOMANS
Attorneys for Plaintiff-Intervenor
Los Angeles Unified School District