UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## BENCH TRIAL CIVIL MINUTE ORDER

**Case No. 18-cv-01865 RS**      **Case Name:** State of California v. Ross
       **18-cv-02279 RS**          City of San Jose v. Ross

**Date:** 1/7/2019                                    **Time:** 5 ½ hours

**The Honorable Richard Seeborg**

**Clerk**: Corinne Lew                **Court Reporter:** Belle Ball and Jo Ann Bryce

**COUNSEL FOR PLTF**:                 **COUNSEL FOR DEFT**:

David Holtzman, R. Matthew Wise,        Carol Federighi, Carlotta Wells,
Gabrielle Boutin, Todd Grabarsky,       Marsha Edney, Kate Bailey
Malia McPherson, Keith Yeomans,
Sue Ann Evans, Charles Coleman,
Anna Ferrari, Noreen Skelly, Anthony Hakl,
Valarie Flores, Ezra Rosenberg, John Libby,
Ana Guardado, Andrew Case, Dorian Spence

Bench Trial Began: 1/7/19

Further Bench Trial: 1/8/19

## PROCEEDINGS

Bench Trial – Day 1.

**Witnessess Sworn and Examined:** Dr. Colm O'Muircheartaigh,

**Admitted Exhibits:**

**Plaintiff:**  PTX-205, PTX-266, PTX-760, PTX-481, PTX-482, PTX-162, PTX-163, PTX-160, PTX-202, PTX-467, PTX-158, PTX-153, PTX-465, PTX-210, PTX-459, PTX-288, PTX-344

**Defendant:**

***SEE ATTACHED TRIAL LOG***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cv-01865-RS
       18-cv-02279-RS
Case Name: <u>State of California v. Ross</u>
       <u>City of San Jose v. Ross</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Richard Seeborg | David Holtzman, R. Matthew Wise, Gabrielle Boutin, Todd Grabarsky, Malia McPherson, Keith Yeomans, Sue Ann Evans, Charles Coleman, Anna Ferrari, Noreen Skelly, Anthony Hakl, Valerie Flores, Ezra Rosenberg, John Libby, Ana Guardado, Andrew Case, Dorian Spence | Carlotta Wells, Carol Federighi, Marsha Edney, Kate Bailey |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| 1/7/2019 | Belle Ball and Jo Ann Bryce | Corinne Lew |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **1/7/19** | | | | |
| | | 9:00 am | | | **Court convened. All parties present.** | |
| | | 9:12 am | | | **Opening statement by Ezra Rosenberg.** | |
| | | 9:20 am | | | **Opening statement by Gabrielle Boutin.** | |
| | | 9:22 am | | | **Opening statement by Carlotta Wells.** | |
| | | 9:35 am | | | **Plaintiff calls witness Dr. Colm O'Muircheartaigh; Sworn; Direct exam by Matthew Wise.** | |
| | | 9:45 am | | | **Witness Dr. Colm O'Muircheartaigh designated as an expert in this case.** | |
| PTX-205 | | | X | X | **U.S. Census Bureau, U.S. Census Bureau Statistical Quality Standards (July 2013)** | |
| | | 10:47 – 11:02 am | | | **Break** | |
| | | 11:02 am | | | **Plaintiff resumes direct with witness Dr. C. O'Muircheartaigh.** | |
| PTX-266 | | | X | X | **Office of Management and Budget (OMB), Standards and Guidelines for Statistical Surveys (Sept. 2006)** | |
| PTX-760 | | | X | X | **U.S. Government Accountability Office (GAO) Statement** | |

1

Case No: 18-cv-01865-RS and 18-02279 RS
Case Name: State of California v. Ross and City of San Jose v. Ross
Date: January 7, 2019
Courtroom Deputy: Corinne Lew          - Court Reporter: Belle Ball and Jo Ann Bryce

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| PTX-481 | | | X | X | U.S. Census Bureau, Press Release: U.S. Census Bureau Demonstrates Readiness for the 2020 Census (September 5, 2018) | |
| PTX-482 | | | X | X | U. S. Government Accountability Office (GAO), 2020 Census Additional Steps Needed to Finalize Readiness for Peak Field Operations (GAO-19-140)(December 2018) | |
| PTX-162 PTX-163 | | | X | X | Email from Victoria Velkoff re proposed Content Test<br>**Proposed Content Test -Victoria Velkoff** | |
| PTX-160 | | | X | X | Brown, David, et al., Understanding the Quality of Alternative Citizenship Data Sources for the 2020 Census (August 6, 2018) | |
| PTX-718 | | | X | | | |
| PTX-285 | | | X | | | |
| PTX-719 | | | X | | | |
| PTX-758 | | | X | | | |
| PTX-271 PTX-286 | | | X<br>X | | | |
| | | 1:30 PM | | | Court reconvened.  Plaintiff resumes direct with witness Dr. C. O'Muircheartaigh. | |
| PTX-202 | | | X | X | American Community Survey Questionnaire 2017 | |
| PTX-467 | | | X | X | 2010 Decennial Census Questionnaire | |
| PTX-158 | | | X | X | Mikelyn Meyers, U.S. Census Bureau, Respondent Confidentiality Concerns in Multilingual Pretesting Studies and Possible Effects on Response Rates and Data Quality for the 2020 Census | |
| PTX-153 | | | X | X | 2020 CBAMS Focus Groups Audience Summary Report | |
| PTX-465 | | | X | X | Slide Deck on 2020 Census Barriers, Attitudes, and Motivators Study (CBAMS) | |

Case No: 18-cv-01865-RS AND 18-02279 RS
Case Name: <u>State of California v. Ross and City of San Jose v. Ross</u>
Date: <u>January 7, 2019</u>
Courtroom Deputy: <u>Corinne Lew</u>         - Court Reporter: <u>Belle Ball and Jo Ann Bryce</u>

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| PTX-210 | | | X | X | 2020 Census Integrated Communications Plan | |
| PTX-459 | | | X | X | U.S. Census Bureau (June 8, 2018) Proposed Information Collection, 2020 Census | |
| PTX-288 | | | X | X | J. David Brown, Jennifer H. Childs, and Amy O'Hara, Using the Census to Evaluate Administrative Records and Vice Versa | |
| PTX-344 | | | X | X | U.S. Census Bureau, Memorandum for Patrick Cantwell re 2010 Census Count Imputation Results | |
| | | 3:17 pm | | | **Break** | |
| | | 3:30 pm | | | **Court reconvened.** | |
| | | 3:32 pm | | | **Cross examination of witness Dr. Colm O'Muircheartaigh by Marsha Edney.** | |
| | | 3:35 pm<br><br>3:37 pm | | | **Re-direct of C. O'Muircheartaigh by Matthew Wise.**<br>**Witness C. O'Muircheartaigh excused.** | |
| | | 3:38 pm | | | **Attorney for Government Carol Federighi and Attorney for Plaintiff Gabrielle Boutin argue Motion in Limine Re Dr. Barreto. – Matter taken under submission; Motion in Limine denied.** | |
| | | 4:00 pm | | | **Attorney for Government Kate Bailey and Attorney for Plaintiff Andrew Case argue trial affidavit of Dr. Anderson. The Motion is granted.** | |
| | | 4:05 pm | | | **Attorney for Government Kate Bailey and Attorney for Plaintiff Ana Guardado argue trial affidavit of Ms. Bourne. The Court overrules the objection, Ms. Bourne can testify.** | |
| | | 4:13 – 4:30 pm | | | **Attorney for Government Kate Bailey and Attorney for Plaintiff Andrew Case argue trial affidavit of Ms. Clements. The Court overrules the objection, Ms. Clements can testify.** | |
| | | 4:30 pm | | | **Trial concluded for the day. Bench trial will continue 1/8/19 at 9:30 am.** | |
| | | | | | | |