UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## BENCH TRIAL CIVIL MINUTE ORDER

**Case No.** 18-cv-01865 RS        **Case Name:** State of California v. Ross
            18-cv-02279 RS                             City of San Jose v. Ross

**Date:** 1/8/2019                                **Time:** 2 hours

**The Honorable Richard Seeborg**

**Clerk**: Corinne Lew                            **Court Reporter:** Belle Ball and Jo Ann Bryce

**COUNSEL FOR PLTF**:                             **COUNSEL FOR DEFT**:

David Holtzman, R. Matthew Wise,                  Carol Federighi, Carlotta Wells,
Gabrielle Boutin, Todd Grabarsky,                 Marsha Edney, Kate Bailey
Malia McPherson, Keith Yeomans,
Sue Ann Evans, Charles Coleman,
Anna Ferrari, Noreen Skelly, Anthony Hakl,
Valarie Flores, Ezra Rosenberg, John Libby,
Ana Guardado, Andrew Case, Dorian Spence

Bench Trial Began: 1/7/19

Further Bench Trial: 1/9/19

## PROCEEDINGS

Bench Trial – Day 2.

***SEE ATTACHED TRIAL LOG***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cv-01865-RS
       18-cv-02279-RS
Case Name: <u>State of California v. Ross</u>
       <u>City of San Jose v. Ross</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Richard Seeborg | David Holtzman, R. Matthew Wise, Gabrielle Boutin, Todd Grabarsky, Malia McPherson, Keith Yeomans, Sue Ann Evans, Charles Coleman, Anna Ferrari, Noreen Skelly, Anthony Hakl, Valarie Flores, Ezra Rosenberg, John Libby, Ana Guardado, Andrew Case, Dorian Spence | Carlotta Wells, Carol Federighi, Marsha Edney, Kate Bailey |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| 1/8/2019 | Belle Ball and Jo Ann Bryce | Corinne Lew |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | <u>1/8/19</u> | | | | |
| | | 9:36 am | | | **Court convened. All parties present.** | |
| | | 9:36 – 10:20 am | | | **Attorney for Defendant - Kate Bailey** **Attorneys for City of San Jose – Andrew Case and Ana Guardado.  Court and parties argue objections to trial declarations.** | |
| | | 10:20 – 11:30 am | | | **Attorney for Defendant – Kate Bailey** **Attorneys for State of California – Gabrielle Boutin, Keith Yeomans and Anna Ferrari. Court and parties argue objections to trial declarations. Court will issue an order.** | |
| | | | | | **Bench trial will continue on 1/9/19 at 9:00 a.m.** | |

1