Xavier Becerra
Attorney General of California
Mark R. Beckington
Anthony R. Hakl
Supervising Deputy Attorneys General
Gabrielle D. Boutin, SBN 267308
Anna T. Ferrari, SBN 261579
Todd Grabarsky, SBN 286999
R. Matthew Wise, SBN 238485
Noreen P. Skelly, SBN 186135
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6053
  Fax: (916) 324-8835
  E-mail: Gabrielle.Boutin@doj.ca.gov
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA by and through Attorney General Xavier Becerra; COUNTY OF LOS ANGELES; CITY OF LOS ANGELES; CITY OF FREMONT; CITY OF LONG BEACH; CITY OF OAKLAND; CITY OF STOCKTON,**<br><br>Plaintiffs,<br><br>v.<br><br>**WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau; U.S. CENSUS BUREAU; DOES 1-100,**<br><br>Defendants. | 3:18-cv-01865<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**<br><br>Date: January 7, 2019<br>Time: 9:00 a.m.<br>Dept: 3<br>Judge: The Honorable Richard G. Seeborg<br>Action Filed: March 26, 2018 |

1

## INTRODUCTION

Plaintiffs respectfully request that this Court take judicial notice of certain facts and documents at the trial of this matter, in accordance with Rule 201 of the Federal Rules of Evidence.

## MATTERS TO BE JUDICIALLY NOTICED

**A.  Plaintiffs request that this Court take judicial notice of the following facts:**

1. The citizenship question was a concern highlighted by the state Legislative Analyst's Office.

**Grounds for judicial notice:** This fact can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.  Fed. R. Evid. 201(b)(2); *see also Lee v. City of Los Angeles*, 250 F.3d 668, 688 (9th Cir. 2001) (a court may take notice of facts and documents that are "not subject to reasonable dispute.").

**Sources of fact:** PTX-502 at CAL000002- CAL000005.

2. During an April 24, 2018 California Assembly Budget Subcommittee hearing, Assembly Member David Chiu stated that the citizenship question has placed California in a "different world" that necessitates enhanced budget allocations for census outreach.

**Grounds for judicial notice:** This fact can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.  Fed. R. Evid. 201(b)(2); *see also Lee v. City of Los Angeles*, 250 F.3d 668, 688 (9th Cir. 2001) (a court may take notice of facts and documents that are "not subject to reasonable dispute.").

**Sources of fact:** PTX-517 at 45:19-46:12; PTX-518 at 1:18:05-1:18:55.

3. Since the appropriation, the California Complete Count Committee, the body in charge of the outreach efforts, has submitted reports to the Governor and Legislature which highlight the citizenship question as a challenge to those outreach efforts.

**Grounds for judicial notice:** This fact can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.  Fed. R. Evid. 201(b)(2); *see also Lee v. City of Los Angeles*, 250 F.3d 668, 688 (9th Cir. 2001) (a court may take notice of facts and documents that are "not subject to reasonable dispute.").

Request for Judicial Notice (3:18-cv-01865)

**Sources of fact:** PTX-508 at CAL000269-270; 278, 284, 292-93; PTX-507 at CAL000243-244.

**B. Plaintiffs request that this Court take judicial notice of the following documents:**

4. STATE OF CALIFORNIA LEGISLATIVE ANALYST'S OFFICE, THE 2018-2019 BUDGET, CENSUS OUTREACH (Mar. 8, 2018), available at https://lao.ca.gov/Publications/Report/3780. A true and correct copy has been marked as Plaintiffs' Exhibit PTX-502.

**Grounds for judicial notice:** This document can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b)(2); *see also Lee*, 250 F.3d at 688. The Court may take notice of the legislative history of a statute. *See Anderson v. Holder*, 673 F.3d 1089, 1094 n.1 (9th Cir. 2012) (taking notice of excerpts of a Senate Report); *Daghlian v. DeVry Univ., Inc.*, 574 F.3d 1212, 1213 (9th Cir. 2009) (taking notice of legislative history of a Senate bill). This document is independently admissible as a public record. Fed. R. Evid. 803(8)(A)(i).

5. STATE OF CALIFORNIA OFFICE OF THE GOVERNOR EDMUND G. BROWN JR., EXECUTIVE ORDER B-49-18 (April 13, 2018), available at https://gov.ca.gov/2018/04/13/governor-brown-creates-california-complete-count-committee. A true and correct copy has been marked as Plaintiffs' Exhibit PTX-503.

**Grounds for judicial notice:** This document can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b)(2); *see also Lee*, 250 F.3d at 688. The Court may take notice of the legislative history of a statute. *See Anderson v. Holder*, 673 F.3d 1089, 1094 n.1 (9th Cir. 2012) (taking notice of excerpts of a Senate Report); *Daghlian v. DeVry Univ., Inc.*, 574 F.3d 1212, 1213 (9th Cir. 2009) (taking notice of legislative history of a Senate bill). This document is independently admissible as a public record. Fed. R. Evid. 803(8)(A)(i).

6. CALIFORNIA STATE BUDGET 2018-19, ENACTED BUDGET SUMMARY, available at http://www.ebudget.ca.gov/2018-19/pdf/Enacted/BudgetSummary/FullBudgetSummary.pdf. A true and correct copy has been marked as Plaintiffs' Exhibit PTX-504.

1  **Grounds for judicial notice:** This document can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b)(2); *see also Lee*, 250 F.3d at 688. Judicial notice may be taken of legislative enactments and regulations issued by any public entity in the United States. *See Daghlian*, 574 F3d at 1213, fn. 1; *Demos v. City of Indianapolis*, 302 F3d 698, 706 (7th Cir. 2002) (a district court can judicially notice public statutes); *Klay v. Panetta*, 758 F3d 369, 377 (DC Cir. 2014) (J. Griffith concur.opn.) (recognizing court may take judicial notice of statutes). This document is independently admissible as a public record. Fed. R. Evid. 803(8)(A)(i).

7. CALIFORNIA STATE BUDGET 2018-19, ENACTED BUDGET DETAIL, 0511 GOVERNMENT OPERATIONS, SECRETARY, available at http://www.ebudget.ca.gov/budget/2018-19EN/#/Department/0511. A true and correct copy has been marked as Plaintiffs' Exhibit PTX-505.

**Grounds for judicial notice:** This document can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b)(2); *see also Lee*, 250 F.3d at 688. Judicial notice may be taken of legislative enactments and regulations issued by any public entity in the United States. *See Daghlian*, 574 F3d at 1213, fn. 1; *Demos*, 302 F3d at 706; *Klay*, 758 F3d at 377. This document is independently admissible as a public record. Fed. R. Evid. 803(8)(A)(i).

8. STATE OF CALIFORNIA LEGISLATIVE ANALYST'S OFFICE, THE 2018-2019 BUDGET: CALIFORNIA SPENDING PLAN, (OCT. 2, 2018), available at https://lao.ca.gov/reports/2018/3870/spending-plan-2018.pdf. A true and correct copy has been marked as Plaintiffs' Exhibit PTX-506.

**Grounds for judicial notice:** This document can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b)(2); *see also Lee*, 250 F.3d at 688. The Court may take notice of the legislative history of a statute. *See Anderson*, 673 F.3d at 1094 n.1; *Daghlian*, 574 F3d at 1213, fn. 1. This document is independently admissible as a public record. Fed. R. Evid. 803(8)(A)(i).

9.     CALIFORNIA COMPLETE COUNT CENSUS 2020, PROGRESS REPORT ON THE CENSUS INFRASTRUCTURE, A REPORT TO THE JOINT LEGISLATIVE BUDGET COMMITTEE, THE ASSEMBLY SELECT COMMITTEE ON THE CENSUS, AND THE SENATE SELECT COMMITTEE ON THE 2020 UNITED STATES CENSUS (Oct. 1, 2018), available at https://census.ca.gov/wp-content/uploads/sites/4/2018/10/Leg-Report-FINAL-100118-errata.pdf. A true and correct copy has been marked as Plaintiffs' Exhibit PTX-507.

**Grounds for judicial notice:**

This document can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.  Fed. R. Evid. 201(b)(2); *see also Lee*, 250 F.3d at 688. This Court may take judicial notice of public records.  *See Jones v. Markiewicz-Qualkinbush*, 842 F3d 1053, 1062, fn. 24 (7th Cir. 2016) (judicial notice taken of city council minutes); *Buffets, Inc. v. Leischow*, 732 F3d 889, 897 (8th Cir. 2013) (appellate court can take judicial notice based on records of Office of Comptroller that U.S. Bank's main office is in Ohio).  This document is independently admissible as a public record.  Fed. R. Evid. 803(8)(A)(i).

10.     CENSUS 2020 CALIFORNIA COMPLETE COUNTY COMMITTEE AND THE CALIFORNIA GOVERNMENT OPERATIONS AGENCY, INITIAL REPORT TO THE OFFICE OF GOVERNOR EDMUND G. BROWN JR., COUNTING ALL CALIFORNIANS IN THE 2020 CENSUS, available at https://census.ca.gov/wp-content/uploads/sites/4/2018/10/CCCC_Initial_Report_to_the_Governor-FINAL100218.pdf. A true and correct copy has been marked as Plaintiffs' Exhibit PTX-508.

**Grounds for judicial notice:**

This document can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.  Fed. R. Evid. 201(b)(2); *see also Lee*, 250 F.3d at 688.  This Court may take judicial notice of public records.  *See Jones*, 842 F3d at 1062, fn. 24; *Buffets*, 732 F3d at 897.  This document is independently admissible as a public record.  Fed. R. Evid. 803(8)(A)(i).

11.     SENATE BUDGET AND FISCAL REVIEW SUBCOMMITTEE NO. 4 PART A HEARING, 2017-2018 Leg. Sess. (Mar. 15, 2018) (Agenda), available at

1  https://sbud.senate.ca.gov/sites/sbud.senate.ca.gov/files/SUB4/03152018Sub4PartAHousingAgen
2  da.pdf.  A true and correct copy has been marked as Plaintiffs' Exhibit PTX-509.

3      **Grounds for judicial notice:** This document can be accurately and readily determined
4  from sources whose accuracy cannot reasonably be questioned.  Fed. R. Evid. 201(b)(2); *see also*
5  *Lee*, 250 F.3d at 688.  The Court may take notice of the legislative history of a statute.  *See*
6  *Anderson*, 673 F.3d at 1094 n.1; *Daghlian*, 574 F3d at 1213, fn. 1.  This document is
7  independently admissible as a public record.  Fed. R. Evid. 803(8)(A)(i).

8      12.   ASSEMBLY BUDGET SUBCOMMITTEE NO. 4 STATE ADMINISTRATION HEARING, 2017-
9  2018 Leg. Sess. (Apr. 24, 2018) (Agenda), available at
10 https://abgt.assembly.ca.gov/sites/abgt.assembly.ca.gov/files/Sub_4_April_24_2018%20(2).pdf.
11 A true and correct copy has been marked as Plaintiffs' Exhibit PTX-510.

12     **Grounds for judicial notice:** This document can be accurately and readily determined
13 from sources whose accuracy cannot reasonably be questioned.  Fed. R. Evid. 201(b)(2); *see also*
14 *Lee*, 250 F.3d at 688.  The Court may take notice of the legislative history of a statute.  *See*
15 *Anderson*, 673 F.3d at 1094 n.1; *Daghlian*, 574 F3d at 1213, fn. 1.  This document is
16 independently admissible as a public record.  Fed. R. Evid. 803(8)(A)(i).

17     13.   SENATE COMMITTEE ON BUDGET AND FISCAL REVIEW HEARING, 2017-2018 Leg.
18 Sess. (May 22, 2018) (Agenda), available at
19 https://sbud.senate.ca.gov/sites/sbud.senate.ca.gov/files/FullC/05222018SBFRHearingAgendaOv
20 erviewof2018BudgetPlan.pdf.  A true and correct copy has been marked as Plaintiffs' Exhibit
21 PTX-512.

22     **Grounds for judicial notice:** This document can be accurately and readily determined
23 from sources whose accuracy cannot reasonably be questioned.  Fed. R. Evid. 201(b)(2); *see also*
24 *Lee*, 250 F.3d at 688.  The Court may take notice of the legislative history of a statute.  *See*
25 *Anderson*, 673 F.3d at 1094 n.1; *Daghlian*, 574 F3d at 1213, fn. 1.  This document is
26 independently admissible as a public record.  Fed. R. Evid. 803(8)(A)(i).

27     14.   ASSEMBLY BUDGET SUBCOMMITTEE NO. 4 STATE ADMINISTRATION HEARING, 2017-
28 2018 Leg. Sess. (May 24, 2018) (Agenda), available at

https://abgt.assembly.ca.gov/sites/abgt.assembly.ca.gov/files/Sub%204%20May%2024%20%20%20May%20Revise.pdf.  A true and correct copy has been marked as Plaintiffs' Exhibit PTX-513.

**Grounds for judicial notice:** This document can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.  Fed. R. Evid. 201(b)(2); *see also Lee*, 250 F.3d at 688.  The Court may take notice of the legislative history of a statute.  *See Anderson*, 673 F.3d at 1094 n.1; *Daghlian*, 574 F3d at 1213, fn. 1.  This document is independently admissible as a public record.  Fed. R. Evid. 803(8)(A)(i).

15.  2018-19 LEGISLATIVE BUDGET CONFERENCE COMMITTEE HEARING, (June 6, 2018) (Second Pass Agenda), available at https://sbud.senate.ca.gov/sites/sbud.senate.ca.gov/files/conference/2018ConferenceAgenda2ndPass.pdf.  A true and correct copy has been marked as Plaintiffs' Exhibit PTX-514.

**Grounds for judicial notice:** This document can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.  Fed. R. Evid. 201(b)(2); *see also Lee*, 250 F.3d at 688.  The Court may take notice of the legislative history of a statute.  *See Anderson*, 673 F.3d at 1094 n.1; *Daghlian*, 574 F3d at 1213, fn. 1.  This document is independently admissible as a public record.  Fed. R. Evid. 803(8)(A)(i).

16.  2018-19 LEGISLATIVE BUDGET CONFERENCE COMMITTEE HEARING, (June 8, 2018) (Close Out Agenda), available at https://sbud.senate.ca.gov/sites/sbud.senate.ca.gov/files/conference/k06082018FinalCCCloseOutAgenda.pdf.  A true and correct copy has been marked as Plaintiffs' Exhibit PTX-515.

**Grounds for judicial notice:** This document can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.  Fed. R. Evid. 201(b)(2); *see also Lee*, 250 F.3d at 688.  The Court may take notice of the legislative history of a statute.  *See Anderson*, 673 F.3d at 1094 n.1; *Daghlian*, 574 F3d at 1213, fn. 1.  This document is independently admissible as a public record.  Fed. R. Evid. 803(8)(A)(i).

17.  TRANSCRIPT OF THE APRIL 24, 2018 CALIFORNIA ASSEMBLY BUDGET SUBCOMMITTEE HEARING, available at https://www.assembly.ca.gov/media/assembly-budget-subcommittee-4-


state-administration-20180424/video.  A true and correct copy has been marked as Plaintiffs' Exhibit PTX-517.  A true and correct copy of the video has been marked as Plaintiffs' Exhibit PTX-518.

**Grounds for judicial notice:** This document can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.  Fed. R. Evid. 201(b)(2); *see also Lee*, 250 F.3d at 688.  The Court may take notice of the legislative history of a statute.  *See Anderson*, 673 F.3d at 1094 n.1; *Daghlian*, 574 F3d at 1213, fn. 1.  This document is independently admissible as a public record.  Fed. R. Evid. 803(8)(A)(i).

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully ask the Court to grant their request and take judicial notice of the above-listed facts and documents.

Dated:  January 9, 2019

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
ANTHONY R. HAKL
Supervising Deputy Attorneys General
GABRIELLE D. BOUTIN
ANNA T. FERRARI
TODD GRABARSKY
NOREEN P. SKELLY

*/s/  R. Matthew Wise*
R. MATTHEW WISE
Deputy Attorney General
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

SA2018100904
13395769.docx

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **State of California, et al. v. Wilbur L. Ross, et al.** | No. | **3:18-cv-01865** |

I hereby certify that on <u>January 9, 2019</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>January 9, 2019</u>, at Sacramento, California.

| Tracie L. Campbell | */s/ Tracie Campbell* |
|---|---|
| Declarant | Signature |

SA2018100904
13395773.docx