UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## BENCH TRIAL CIVIL MINUTE ORDER

**Case No.** 18-cv-01865 RS          **Case Name:** State of California v. Ross
          18-cv-02279 RS                                City of San Jose v. Ross

**Date:** 1/11/2019                                      **Time:** 5 hours and 20 minutes

**The Honorable Richard Seeborg**

**Clerk**: Corinne Lew                                   **Court Reporter:** Belle Ball and Jo Ann Bryce

**COUNSEL FOR PLTF**:                                    **COUNSEL FOR DEFT**:

David Holtzman, R. Matthew Wise,                         Carol Federighi, Carlotta Wells,
Gabrielle Boutin, Todd Grabarsky,                        Marsha Edney, Kate Bailey
Malia McPherson, Keith Yeomans,
Sue Ann Evans, Charles Coleman,
Anna Ferrari, Noreen Skelly, Anthony Hakl,
Valerie Flores, Ezra Rosenberg, John Libby,
Ana Guardado, Andrew Case, Dorian Spence

Bench Trial Began: 1/7/19

Further Bench Trial: 1/14/19

## PROCEEDINGS

Bench Trial – Day 5.

**Witnessess Sworn and Examined:** Dr. John Abowd

**Admitted Exhibits:**

**Plaintiff:**
PTX-161

**Defendant:**

***SEE ATTACHED TRIAL LOG***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cv-01865-RS
        18-cv-02279-RS
Case Name: State of California v. Ross
            City of San Jose v. Ross

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Richard Seeborg | David Holtzman, R. Matthew Wise, Gabrielle Boutin, Todd Grabarsky, Malia McPherson, Keith Yeomans, Sue Ann Evans, Charles Coleman, Anna Ferrari, Noreen Skelly, Anthony Hakl, Valerie Flores, Ezra Rosenberg, John Libby, Ana Guardado, Andrew Case, Dorian Spence | Carlotta Wells, Carol Federighi, Marsha Edney, Kate Bailey |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| 1/11/2019 | Belle Ball and Jo Ann Bryce | Corinne Lew |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **1/11/19** | | | | |
| | | 9:00 am | | | **Court convened. All parties present.** | |
| | | 9:07 am | | | **Government calls witness Dr. John Abowd; Sworn; Direct examination by Kate Bailey.** | |
| | | 9:18 am | | | **Dr. John Abowd designated as an expert.** | |
| | | 10:40 – 10:55 am | | | **Break** | |
| | | 10:55 am | | | **Court reconvened. All parties present.** | |
| | | 10:55 am | | | **Direct examination resumed of witness Dr. John Abowd by Kate Bailey.** | |
| | | 12:03 – 1:30 pm | | | **Lunch Break** | |
| | | 1:32 pm | | | **Court reconvened. All parties present.** | |
| | | 1:32 pm | | | **Direct examination resumed of witness Dr. John Abowd by Kate Bailey.** | |
| | | 2:18 pm | | | **Cross examination of witness Dr. John Abowd by John Libby.** | |
| | | 2:56 – 3:10 pm | | | **Break** | |
| | | 3:10 pm | | | **Court reconvened. All parties present.** | |
| | | 3:10 pm | | | **Cross examination resumed of witness Dr. John Abowd by John Libby.** | |
| | | | | | | |

1

Case No: 18-cv-01865-RS and 18-02279 RS
Case Name: State of California v. Ross and City of San Jose v. Ross
Date: January 11, 2019
Courtroom Deputy: Corinne Lew          - Court Reporter: Belle Ball and Jo Ann Bryce

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| PTX-161 | | | X | X | 2020 Census Barriers, Attitudes and Motivators Study (CBAMS) | |
| | | 4:00 – 4:10 pm | | | Break | |
| | | 4:10 pm | | | Court reconvened. All parties present. | |
| | | 4:10 pm | | | Cross examination resumed of witness Dr. John Abowd by John Libby. | |
| | | 4:30 pm | | | Trial concluded for the day. Bench trial continued to 1/14/19 at 9:00 a.m. | |