XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
ANTHONY R. HAKL
Supervising Deputy Attorneys General
GABRIELLE D. BOUTIN, SBN 267308
ANNA T. FERRARI, SBN 261579
TODD GRABARSKY, SBN 286999
R. MATTHEW WISE, SBN 238485
NOREEN P. SKELLY, SBN 186135
Deputy Attorneys General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-6053
Fax: (916) 324-8835
E-mail: Gabrielle.Boutin@doj.ca.gov
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA by and through Attorney General Xavier Becerra; COUNTY OF LOS ANGELES; CITY OF LOS ANGELES; CITY OF FREMONT; CITY OF LONG BEACH; CITY OF OAKLAND; CITY OF STOCKTON,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau; U.S. CENSUS BUREAU; DOES 1-100,**<br><br>Defendants. | 3:18-cv-01865<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTIONS TO REQUEST FOR JUDICIAL NOTICE**<br><br>Trial Date: January 7, 2018<br>Dept: 3<br>Judge: The Honorable Richard G. Seeborg<br>Action Filed: March 26, 2018 |

In addition to the requested oral argument, Plaintiff State of California submits the following written response to Defendants' Objections to Plaintiffs' Request for Judicial Notice.

Defendants primarily argue that Plaintiffs have not established the relevance of the judicially-noticeable facts and documents. However, Plaintiffs have already demonstrated these materials' relevance in their Opposition to Defendants' Motion for Summary Judgment. ECF 91 at 12. Plaintiffs sought judicial notice of nearly all of the same documents in support of that Opposition.[1] *See* ECF 91-2. As explained in the Opposition, these documents demonstrate that California has and will continue to be injured because it has appropriated and is spending additional funds on community outreach directly due to the citizenship question on the 2020 Census. *See* ECF 91 at 12.

Plaintiffs also specifically note that the contents of PTX-507 (RJN No. 9) and PTX-508 (RJN No. 10) are admissible as public records.

PTX-507 is the California Complete Count Committee's legally-mandated October 1, 2018, report to the Joint Legislative Budget Committee. *See* 2017 Cal. Sen. Bill No. 866 (2017-2018 Reg. Sess.) § 45 (a) ("The Complete Count Census will provide the Joint Legislative Budget Committee…with a progress report on the Census infrastructure by October 1, 2018."); *see also* PTX-507 at 2; Fed. R. Evid. 803(8)(A)(i).

PTX-508 is the California Complete Count Committee's legally-mandated October 2, 2018, report to the Governor. *See* PTX-503 (RJN No. 5, State of California Office of Governor Edmund G. Brown, Jr., Executive Order B-49-18 (April 13, 2018) at 2 ("The Committee shall submit an initial report to me by October 1, 2018, containing its recommended outreach strategy to encourage full participation and avoid and undercount in the 2020 Census)); *see also* PTX-508 at 2; Fed. R. Evid. 803(8)(A)(i).

[1] The Court did not issue a ruling on Plaintiffs' Request for Judicial Notice in support of their Opposition to Defendants' Motion for Summary Judgment.

Dated: January 12, 2019

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
ANTHONY R. HAKL
Supervising Deputy Attorneys General
MATTHEW R. WISE
ANNA T. FERRARI
TODD GRABARSKY
NOREEN P. SKELLY

*/s/ Gabrielle D. Boutin*
GABRIELLE D. BOUTIN
Deputy Attorney General
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

SA2018100904
13395769.docx

3

Plaintiffs' Response to Defendants' Objections to Request for Judicial Notice (3:18-cv-01865)