XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
ANTHONY R. HAKL
Supervising Deputy Attorneys General
GABRIELLE D. BOUTIN, SBN 267308
ANNA T. FERRARI, SBN 261579
TODD GRABARSKY, SBN 286999
R. MATTHEW WISE, SBN 238485
NOREEN P. SKELLY, SBN  186135
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-6053
  Fax:  (916) 324-8835
  E-mail:  Gabrielle.Boutin@doj.ca.gov
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA by and through Attorney General Xavier Becerra; COUNTY OF LOS ANGELES; CITY OF LOS ANGELES; CITY OF FREMONT; CITY OF LONG BEACH; CITY OF OAKLAND; CITY OF STOCKTON,**<br><br>Plaintiffs,<br><br>v.<br><br>**WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau; U.S. CENSUS BUREAU; DOES 1-100,**<br><br>Defendants. | 3:18-cv-01865<br><br>**PLAINTIFFS' SECOND REQUEST FOR JUDICIAL NOTICE**<br><br>Trial Date:    January 7, 2018<br>Dept:             3<br>Judge:          The Honorable Richard G. Seeborg<br>Action Filed: March 26, 2018 |

# INTRODUCTION

Plaintiffs respectfully request that this Court take judicial notice of certain materials at the trial of this matter, in accordance with Rule 201 of the Federal Rules of Evidence.

## MATTERS TO BE JUDICIALLY NOTICED

Plaintiffs request that this Court take judicial notice of the following materials:

1. Hearing with Commerce Secretary Ross, Hearing Before the Committee on Ways and Means, U.S. House of Representatives (115th Cong. Second Sess.) March 22, 2018, Serial No. 115-FC09.  A true and correct copy has been marked as Plaintiffs' Exhibit PTX-346.

**Grounds for judicial notice:** This document can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.  Fed. R. Evid. 201(b)(2).  The document is publically available at https://gop-waysandmeans.house.gov/wp-content/uploads/2018/07/20180322FC-Transcript-Final.pdf.  Official video of the testimony is available at https://gop-waysandmeans.house.gov/event/hearing-commerce-secretary-ross/.  The document is self-authenticating as a publication issued by a public authority.  Fed. R. Evid. 902(5).

2. Video of the April 24, 2018, California Assembly Budget Subcommittee hearing. A true and correct copy has been marked as Plaintiffs' Exhibit PTX-518.

**Grounds for judicial notice:** This document can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.  Fed. R. Evid. 201(b)(2).  The document is publically available at https://www.assembly.ca.gov/media/assembly-budget-subcommittee-4-state-administration-20180424/video.  The document is also self-authenticating as a publication issued by a public authority.  Fed. R. Evid. 902(5).

//
//

| | | |
|---|---|---|
| 1 | Dated:  January 13, 2019 | Respectfully submitted, |
| 2 | | XAVIER BECERRA<br>Attorney General of California |
| 3 | | MARK R. BECKINGTON<br>ANTHONY R. HAKL |
| 4 | | Supervising Deputy Attorneys General<br>MATTHEW R. WISE |
| 5 | | ANNA T. FERRARI<br>TODD GRABARSKY |
| 6 | | NOREEN P. SKELLY |
| 7 | | |
| 8 | | */s/   Gabrielle D. Boutin*<br>GABRIELLE D. BOUTIN<br>Deputy Attorney General |
| 9 | | *Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra* |

SA2018100904

3

Plaintiffs' Second Request for Judicial Notice (3:18-cv-01865)