Sue Ann Salmon Evans, State Bar No. 151562
sevans@DWKesq.com
Keith A. Yeomans, State Bar No. 245600
kyeomans@DWKesq.com
DANNIS WOLIVER KELLEY
115 Pine Avenue, Suite 500
Long Beach, CA 90802
Telephone: 562.366.8500
Facsimile: 562.366.8505

David R. Holmquist, State Bar No. 179872
david.holmquist@lausd.net
LOS ANGELES UNIFIED SCHOOL DISTRICT
OFFICE OF GENERAL COUNSEL
333 S. Beaudry Avenue, 24th Floor
Los Angeles, CA 90017
Telephone: 213.241.6601
Facsimile: 213.241.8444

Attorneys for Plaintiff-Intervenor
Los Angeles Unified School District

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br>v.<br>WILBUR L. ROSS, JR., et al.,<br><br>Defendants. | Case No. 3:18-cv-01865-RS<br><br>**TRIAL DECLARATION OF JEFFERSON CRAIN**<br><br>*Assigned for all purposes to Hon. Richard Seeborg, Courtroom 3*<br><br>Complaint filed March 26, 2018<br>First Amended Complaint filed May 4, 2018<br><br>Trial: January 7-15, 2019 |

## TRIAL DECLARATION OF JEFFERSON CRAIN

I, Jefferson Crain, declare as follows:

1. I am the Executive Officer to the Board of Education for the Los Angeles Unified School District ("LAUSD" or "District") and have served in this position since 1995.

2. As Executive Officer to the Board of Education, I oversee the Board Secretariat.

3. The role of the Board Secretariat is to serve as a liaison between the Board of Education and the School District staff, other public agencies, and the general public concerning the operations of the Board of Education. The Board Secretariat staff's mission is to assist the Board Members in carrying out their duties as elected officials and to serve the public by providing information regarding Board actions and activities. The Board Secretariat performs legally mandated duties with respect to the operation of the Board of Education as well as provides administrative assistance to the Board Members and support to their office staff.

4. In fulfilling its functions, Board Secretariat staff, myself included, regularly attend various hearings and meetings impacting the District. This allows us to keep Board Members informed of issues impacting the District and to ensure that the Board of Education's policies are appropriately implemented.

5. During the 2001-02 and 2011-12 school years, I personally attended numerous meetings regarding LAUSD's Board District redistricting in my capacity as Executive Officer to the Board of Education. During these meetings I would take notes which were used to keep the Board of Education apprised of ongoing developments and progress during the redistricting. I also gathered many of the publicly available records for these meetings. I still possess many of these records and notes.

6. My testimony concerning LAUSD's redistricting process is based on my personal recollection from attending these redistricting meetings, preparing reports concern these redistricting meeting to the Board of Education, as well as from my review of the agendas, minutes, notes, and publicly distributed files and documents for these meetings gather by myself and my staff.

7. LAUSD's Board District redistricting is compelled by Los Angeles Charter and Administrative Code, art. VIII, section 802.

8. During the redistricting process, a redistricting commission is formed by appointment every ten years shortly before the U.S. decennial census data is released.

9. Redistricting commission members are appointed both by the District and the City of Los Angeles ("City"). Each Board Member appoints a single member, the City Council President appoints four members, and the Mayor appoints four members for a total of fifteen members.

10. The purpose of the commission is to review and prepare a proposed redistricting plan to the City Council, dividing LAUSD into seven Board Districts containing, as nearly as practicable, equal portions of the total population of LAUSD based upon the U.S. decennial census data. Each proposed Board District must be drawn in conformance with the requirements of state and federal law and to the extent feasible shall keep neighborhoods and communities intact, utilize natural boundaries or street lines, be geographically compact, and conform to high school attendance zones.

11. For the 2001-02 and 2011-12 redistricting, the commission was supported and reviewed by the City's Chief Legislative Analyst Office, the City Attorney's Office, as well as City staff.

12. ████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████

13. ████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

1   

2   14.  Following these public hearings, the redistricting commission held three additional
3   meetings to review public comments and deliberate on map modifications.  The redistricting
4   commission adopted a recommended map on May 20, 2002 and a draft final report on May 27,
5   2002.

6   15.  The City Council then created an ad hoc committee on redistricting to consider the
7   proposed map and held additional public hearings throughout the District before adopting Board
8   District boundaries in June 2002.

9   16. 

17.

18.  In January 2012, the redistricting commission held several meetings to review
available data and gather public input on local communities of interest.

19.

---

4

TRIAL DECLARATION OF JEFFERSON CRAIN (18-cv-01865)

1  ██████████████████████████████████████████

2  ████████████████████████████████

3  20.  At the February 15, 2012 meeting, the commission published three draft plans for public review and comment—Plans A, B, & C. The District received hundreds of public comments pertaining to the draft plans and their potential impacts on LAUSD community.

21.  At the redistricting commission's February 23, 2012 meeting, five draft maps were circulated for consideration along with 2010 census data corresponding to each proposal identifying the total populations as well as citizen voting age population data ("CVAP") with race/ethnicity. ██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

████████████

22.  The five proposed maps were labeled as Plan Av2, Plan Bv1, Plan Bv2, Plan Cv1, and Plan Cv2. I have the reviewed the document marked as PTX-858, which is a correct copy of the five maps and corresponding census data tables distributed at the February 23, 2012 meeting along with a map of LAUSD then existing Board Districts with and corresponding census data tables that was also circulated at a redistricting commission meeting.

23.  Towards the end of the February 23, 2012 meeting, the redistricting commission voted to approve PlanCv1 with some minor changes. The commission's recommended plan was presented to the City. I have the reviewed the documents marked as PTX-855 and PTX-856, which are correct copies of the commission's recommended plan as modified and its corresponding and corresponding census data tables.

24.  In April 2012, the City's Rules, Elections and Intergovernmental Relations Committee held a series of further meetings to review the redistricting commission's proposed plan. Several further changes were made prior to the City Council's adoption of a final Board District plan.

25. After the 2020 decennial census, LAUSD will again redraw its Board District lines. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

26. ███████████████████████████████████████████████████████████████████████████████████

27. I have personal knowledge of the facts set forth in this declaration.

I declare under penalty of perjury, under the laws of the State of California and the United States, that the foregoing is true and correct.

Executed December 20, 2018, in Los Angeles, California.

_____
Jefferson Crain

DANNIS WOLIVER KELLEY
115 PINE AVENUE, SUITE 500
LONG BEACH, CA 90802