XAVIER BECERRA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
GABRIELLE D. BOUTIN, SBN 267308
ANNA T. FERRARI, SBN 261579
TODD GRABARSKY, SBN 286999
R. MATTHEW WISE, SBN 238485
NOREEN P. SKELLY, SBN 186135
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6053
 Fax: (916) 324-8835
 E-mail: Gabrielle.Boutin@doj.ca.gov
*Attorneys for State of California, by and through Attorney General Xavier Becerra*

*(Additional counsel listed on signature panel)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, by and through Attorney General Xavier Becerra; COUNTY OF LOS ANGELES; CITY OF LOS ANGELES; CITY OF FREMONT; CITY OF LONG BEACH; CITY OF OAKLAND; CITY OF STOCKTON,**<br><br>Plaintiff,<br><br>v.<br><br>**WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau; U.S. CENSUS BUREAU; DOES 1-100,**<br><br>Defendants. | 3:18-cv-01865<br><br>**NOTICE OF LODGING OF VIDEO RECORDING OF (1) TRIAL DEPOSITION OF PAMELA J. KARLAN AND (2) DEPOSITION DESIGNATIONS OF JOHN GORE AND EARL COMSTOCK**<br><br>Dept: 3<br>Judge: The Honorable Richard G. Seeborg<br>Trial Date: January 7, 2019<br>Action Filed: March 26, 2018 |

On January 14, 2019, Plaintiffs provided the Court with a flash drive containing the following files:

1. **Video recording of trial deposition of Plaintiffs' expert witness Pamela J. Karlan.** A copy of the full transcript of Professor Karlan's trial deposition has been filed with this Court on January 2, 2019 (ECF No. 145).  Exhibit 1 to Professor Karlan's trial deposition has been marked as trial exhibits PTX-663, PTX-663-A, PTX-663-B, and PTX-663-C.  (*See* Trial Dep. of P. Karlan (ECF No. 145) 8:23-9:3.)

2. **Video recordings of deposition designations of John Gore and Earl Comstock.**  A copy of the parties' designations of Mr. Gore's and Mr. Comstock's deposition, noting the parties' respective objections, has been filed with this court on January 14, 2019. (ECF No. 175-C, -D.)

Dated:  January 14, 2019               Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
GABRIELLE D. BOUTIN
ANNA T. FERRARI
TODD GRABARSKY
NOREEN P. SKELLY
R. MATTHEW WISE
Deputy Attorneys General


*/s/ Anna T. Ferrari*
ANNA T. FERRARI
Deputy Attorney General
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*