UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## BENCH TRIAL CIVIL MINUTE ORDER

**Case No. 18-cv-01865 RS**        **Case Name:** State of California v. Ross
       **18-cv-02279 RS**                           City of San Jose v. Ross

**Date:** 1/14/2019                                **Time:**  2 hours and 50 minutes

**The Honorable Richard Seeborg**

**Clerk**: Corinne Lew                  **Court Reporter:**  Belle Ball and Jo Ann Bryce

**COUNSEL FOR PLTF**:                   **COUNSEL FOR DEFT**:

David Holtzman, R. Matthew Wise,        Carol Federighi, Carlotta Wells,
Gabrielle Boutin, Todd Grabarsky,       Marsha Edney, Kate Bailey
Malia McPherson, Keith Yeomans,
Sue Ann Evans, Charles Coleman,
Anna Ferrari, Noreen Skelly, Anthony Hakl,
Valerie Flores, Ezra Rosenberg, John Libby,
Ana Guardado, Andrew Case, Dorian Spence

Bench Trial Began: 1/7/19

Further Bench Trial: 2/15/19

## PROCEEDINGS

Bench Trial – Day 6.

Bench Trial continued to **2/15/19 at 10:00 a.m.** for Closing Argument.


**Witnessess Sworn and Examined:** Dr. John Abowd

**Admitted Exhibits:**

**Plaintiff:**
PTX-272, PTX-250, PTX-472, PTX-470, PTX-663B, PTX-663C, PTX-666, PTX-667, PTX-668, PTX-672,
PTX-673, PTX-819, PTX-647, PTX-656, PTX-633, PTX-646, PTX-821, PTX-820, PTX-263, PTX-264,
PTX-266, PTX-371, PTX-614, PTX-619, PTX-620, PTX-621, PTX-622, PTX-265, PTX-247, PTX-248, PTX-356


**Defendant:**

***SEE ATTACHED TRIAL LOG***

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 18-cv-01865-RS
       18-cv-02279-RS
Case Name: State of California v. Ross
           City of San Jose v. Ross

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Richard Seeborg | David Holtzman, R. Matthew Wise, Gabrielle Boutin, Todd Grabarsky, Malia McPherson, Keith Yeomans, Sue Ann Evans, Charles Coleman, Anna Ferrari, Noreen Skelly, Anthony Hakl, Valerie Flores, Ezra Rosenberg, John Libby, Ana Guardado, Andrew Case, Dorian Spence | Carlotta Wells, Carol Federighi, Marsha Edney, Kate Bailey |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| 1/14/2019 | Belle Ball and Jo Ann Bryce | Corinne Lew |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | **1/14/19** | | | | |
| | | 9:06 am | | | **Court convened. All parties present.** | |
| | | 9:06 am | | | **Parties discuss closing argument filing deadlines and hearing date. Bench Trial continued to 2/15/19 at 10:00 a.m for Closing Arguments.** | |
| | | 9:10 am | | | **Continued Cross examination of witness Dr. John Abowd by the City of San Jose, John Libby.** | |
| | | 9:31 am | | | **Cross examination of witness Dr. John Abowd by the State of California, Matthew Wise.** | |
| PTX-272 | | | X | X | **U. S. Government Accountablity Office (GAO), Actions needed to Address Challenge to Enumerating Hard-to-Count Groups** | |
| PTX-250 | | | X | X | **U.S. Census Bureau, "Investigating the 2010 Undercount of Young Children – Analysis of Census Coverage Measurement Results" (Jan. 2017)** | |
| PTX-472 | | | X | X | **Video Excerpt, Yahoo Finance Interview of Secretary Ross regarding citizenship question, Nov. 13, 2018** | |
| PTX-470 | | | X | X | **Statement from Commerce Department spokesperson Kevin Manning regarding Dr. Abowd's trial testimony, Nov. 13, 2018** | |
| | | | | | | |

Case No: 18-cv-01865-RS and 18-02279 RS
Case Name: State of California v. Ross and City of San Jose v. Ross
Date: January 14, 2019
Courtroom Deputy: Corinne Lew         - Court Reporter: Belle Ball and Jo Ann Bryce

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:38 – 10:55 am | | | Break | |
| | | 10:56 am | | | Court reconvened. All parties present. | |
| | | 10:56 am | | | Re-direct examination of witness Dr. John Abowd by Kate Bailey. | |
| | | 11:02 am | | | Witness Dr. John Abowd excused. | |
| | | 11:02 am | | | Court and counsel discussing matters re: request for judicial notice, stipulation re testimony New York experts. Discussion redaction of Dr. Reamer. | |
| | | 11:07 – 1:15 pm | | | Break | |
| | | 1:15 pm | | | Court reconvened. All parties present. Attorney Anna Ferrari admitting into evidence 3 expert witnesses.<br>ECF 118 – Video Recording of 3 expert witnesses. | |
| PTX-663B<br><br>PTX-663C | | Under rule 703 purposes only<br><br>"            " | X<br>X | X<br>X | Appendix B to Karlan Report- Letter from Arthur Gary to Ron Jarmin (9/20/17)<br><br>Appendix C to Karlan Report – List of Cases | |
| PTX-666 | | Under rule 703 purposes only | X | X | U.S. Dept. of Justice Website, Section 2 of the Voting Rights Act | |
| PTX-667 | | Under rule 703 purposes only | X | X | U.S. Census Bureau, Citizen Voting Age Population (CVAP) | |
| PTX-668 | | Under rule 703 purposes only | X | X | Justin Levitt, Citizenship and the Census | |
| PTX-672 | | Under rule 703 purposes only | X | X | National Commission on the Voting Rights Act, Protecting Minority Voters | |
| PTX-673 | | Under rule 703 purposes only | X | X | Rule 703 only – Ellen Katz, Documenting Discrimination in Voting | |
| PTX-819 | | | X | X | Testimony of Lisa Handley | |
| PTX-647<br>PTX-656 | | | X | X | Trial Demonstratives | |

2

Case No: 18-cv-01865-RS AND 18-02279 RS
Case Name: <u>State of California v. Ross and City of San Jose v. Ross</u>
Date: <u>January 14, 2019</u>
Courtroom Deputy: <u>Corinne Lew</u>          - Court Reporter: <u>Belle Ball and Jo Ann Bryce</u>

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| PTX-633 and PTX-646 | | Under rule 703 purposes Only | X | X | D'Vera Cohn, want to know about the citizenshop question the Census Bureau is planning to ask in 2020. | |
| | | "           " | X | X | U.S. Dept. of Justice Website, Section 5 Voting Rights | |
| PTX-821 | | | X | X | Trial Affidavit of Hermann Habermann | |
| PTX-820 | | | X | X | Testimony of Hermann Habermann | |
| PTX-263 | | Under rule 703 purposes only | X | X | Principles and Practices for a Federal Statistical Agency | |
| PTX-264 | | "           " | X | X | Subjects Planned for the 2020 Census and American Community Survey | |
| PTX-266 | | "           " | X | X | Office of Management and Budget (OMB) | |
| PTX-371 | | "           " | X | X | Committee on National Statistics, Letter Report on the 2020 Census | |
| PTX-614 | | "           " | X | X | Fundamental Principles of Official Statistics | |
| PTX-619 | | "           " | X | X | Habermann, An Examination of City Groups | |
| PTX-620 | | "           " | X | X | Habermann, A Regional Training Network Concept | |
| PTX-621 | | "           " | X | X | Habermann & DeViries, Review of Two Assessments Reports | |
| PTX-622 | | "           " | X | X | Habermann, 2020 Census Citizenship Question | |
| PTX-265 | | | X | X | Charter of the Interagency on Statistical Policy | |
| PTX-247 | | | X | X | Department of Justice's Guidance Concerning Redistricting | |
| PTX-248 | | | X | X | U.S. Census Bureau News Release | |
| PTX 356 | | | X | X | Census Bureau website page entitled: "American Community Survey When to Use 1-Year, 3-Year, or 5 Year Estimates" | |
| | | 1:23 pm | | | Judicial notice issues argued by the State of California, Gabrielle Boutin, Keith Yeomans, City of San Jose, Ana Guardado and Government, Marsha Edney. | |

Case No: 18-cv-01865-RS AND 18-02279 RS
Case Name: State of California v. Ross and City of San Jose v. Ross
Date: January 14, 2019
Courtroom Deputy: Corinne Lew          - Court Reporter: Belle Ball and Jo Ann Bryce

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 2:00 pm | | | **Parties shall submit final list of exhibit list by early next week.** | |
| | | 2:00 pm | | | **Bench trial concluded for the day. Bench trial continued to 2/15/19 at 10:00 am for Closing Arguments.** | |

4