1  XAVIER BECERRA
   Attorney General of California
2  ANTHONY R. HAKL
   Supervising Deputy Attorney General
3  GABRIELLE D. BOUTIN, SBN 267308
   ANNA T. FERRARI, SBN 261579
4  TODD GRABARSKY, SBN 286999
   R. MATTHEW WISE, SBN 238485
5  NOREEN P. SKELLY, SBN 186135
   Deputy Attorneys General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 210-6053
8   Fax: (916) 324-8835
    E-mail: Gabrielle.Boutin@doj.ca.gov
9  *Attorneys for State of California, by and through
   Attorney General Xavier Becerra*
10
   *(Additional counsel listed on signature panel)*
11

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, by and through Attorney General Xavier Becerra; COUNTY OF LOS ANGELES; CITY OF LOS ANGELES; CITY OF FREMONT; CITY OF LONG BEACH; CITY OF OAKLAND; CITY OF STOCKTON,**<br><br>Plaintiff,<br><br>v.<br><br>**WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau; U.S. CENSUS BUREAU; DOES 1-100,**<br><br>Defendants. | 3:18-cv-01865<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EVIDENCE RELATING TO PLAINTIFFS' EXPERT WITNESSES DRS. HERMANN HABERMANN AND LISA HANDLEY**<br><br>Dept:          3<br>Judge:        The Honorable Richard G. Seeborg<br>Trial Date:  January 7, 2019<br>Action Filed: March 26, 2018 |

**JOINT STIPULATION REGARDING EVIDENCE RELATING TO TESTIMONY OF PLAINTIFFS' EXPERT WITNESSES DRS. HERMANN HABERMANN AND LISA HANDLEY**

To promote efficiency and preserve judicial resources, plaintiff State of California and defendants U.S. Department of Commerce, Wilbur Ross, Jr., U.S. Census Bureau, and Ron Jarmin have reached an agreement regarding certain trial exhibits that relate to the trial testimony of plaintiff's expert witnesses Drs. Hermann Habermann and Lisa Handley. The Parties hereby stipulate as follows:

1. Drs. Habermann and Handley previously testified as expert witnesses on behalf of the plaintiffs in *State of New York, et al. v. United States Department of Commerce, et al.*, pending before the U.S. District Court for the Southern District of California, Case No. 1:18-cv-02921.

2. The trial testimony of Dr. Habermann in the above-captioned matter, consisting of a trial affidavit and trial testimony from the *State of New York, et al.* matter, is set forth at PTX-821 and PTX-820, respectively.  These exhibits were admitted into evidence on January 14, 2019.

2. The trial testimony of Dr. Handley in the above-captioned matter, consisting of trial testimony from the *State of New York, et al.* matter, is set forth at PTX-819.  This exhibit was admitted into evidence on January 14, 2019.

3. The following trial exhibits relating to the testimony of Dr. Habermann in the above-captioned matter shall be admitted into evidence:  PTX-262, PTX-267, PTX-268, PTX-269, PTX-610, PTX-611, PTX-612, PTX-613, PTX-618.  These documents shall be admitted separate from and in addition to those exhibits admitted or otherwise identified on the record during the January 14, 2019, trial session.

4. Drs. Handley's and Habermann's testimony in the *State of New York, et al.* matter contains references to trial exhibits from that matter, which have been numbered separately as exhibits in the above-captioned matter.  The parties acknowledge and agree that the table attached as **Exhibit A** to this stipulation accurately cross-references trial exhibits relating to Drs.

1

Habermann's and Handley's trial testimony from the *State of New York, et al.* matter with the corresponding exhibits from the above-captioned matter.

**IT IS SO STIPULATED.**

Dated:  January 17, 2019

XAVIER BECERRA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
GABRIELLE D. BOUTIN
ANNA T. FERRARI
TODD GRABARSKY
NOREEN P. SKELLY
R. MATTHEW WISE
Deputy Attorneys General

*/s/   Anna T. Ferrari*
ANNA T. FERRARI
Deputy Attorney General
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

Dated:  January 17, 2019

JOSEPH H. HUNT
Assistant Attorney General

BRETT A. SHUMATE
Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

*/s/ Carlotta P. Wells*
KATE BAILEY
MARSHA EDNEY
STEPHEN EHRLICH
CAROL FEDERIGHI
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Phone: (202) 514-9239
Email: carlotta.wells@usdoj.gov
*Attorneys for Defendants*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated: January 17, 2019
                            */s/ Anna T. Ferrari*
                            ANNA T. FERRARI

1 **[PROPOSED] ORDER**

2       Based on the parties' Stipulation to Admit Evidence Relating to Testimony of Plaintiffs'

3 Expert Witness Dr. Hermann Habermann, and good cause appearing, the following trial exhibits

4 shall be admitted into evidence at trial in the above-captioned case:  PTX-262, PTX-267, PTX-

5 268, PTX-269, PTX-610, PTX-611, PTX-612, PTX-613, PTX-618.

6       **IT IS SO ORDERED.**

7

8 Dated: _____        _____
                                      HON. RICHARD SEEBORG
                                      United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A IN SUPPORT OF JOINT STIPULATION**

| Sponsoring Witness | *State of CA* Ex. No. | *State of NY* Ex. No. | Description |
|---|---|---|---|
| Handley | PTX-247 | PX-332 | Department of Justice's Guidance Concerning Redistricting Under Section 5 of the Voting Rights Act, 76 F.R. 27, 7649, 7471 (Feb. 9, 2011). |
| Handley | PTX-248 | PX-333 | U.S. Census Bureau News Release, "Census Bureau Releases Estimates of Undercount and Overcount in the 2010 Census" (5/22/12), at: https://www.census.gov/newsroom/releases/archives/2010_census/cb12-95.html |
| Handley | PTX-356 | PX-504 | Census Bureau website page entitled: "American Community Survey When to Use 1-Year, 3-Year, or 5-Year Estimates" |
| Handley | PTX-633 | N/A | D'Vera Cohn, "What to know about the citizenship question the Census Bureau is planning to ask in 2020," Pew Research Center, March 30, 2018, http://www.pewresearch.org/facttank/2018/03/30/what-to-know-about-the-citizenship-question-the-census-bureau-is-planning-to-askin-2020/. |
| Handley | PTX-646 | N/A | U.S. Department of Justice Website, Section 5 Voting Rights Act, at:   https://www.justice.gov/crt/about-section-5-votingrights-act |
| Handley | PTX-647 | PDX-31 | Trial Demonstrative PDX-31, Professional Experience |
| Handley | PTX-648 | PDX-32 | Trial Demonstrative PDX-32, DOJ Voting Section Litigation |
| Handley | PTX-649 | PDX-33 | Trial Demonstrative PDX-33, Focus of Opinion |
| Handley | PTX-650 | PDX-34 | Trial Demonstrative PDX-34, Overall Opinion |
| Handley | PTX-651 | PDX-35 | Trial Demonstrative PDX-35, *Gingles* Preconditions |
| Handley | PTX-652 | PDX-36 | Trial Demonstrative PDX-36, TIGERweb map |
| Handley | PTX-653 | PDX-37 | Trial Demonstrative PDX-37, Texas Statewide Court Districts (9 District Plan, Population and Voting Age) |
| Handley | PTX-654 | PDX-38 | Trial Demonstrative PDX-38, Texas Statewide Court Districs (9 District Plan, Citizen Voting Age Population) |

| Sponsoring Witness | *State of CA* Ex. No. | *State of NY* Ex. No. | Description |
|---|---|---|---|
| Handley | PTX-655 | PDX-39 | Trial Demonstrative PDX-39, Village of Port Chester |
| Handley | PTX-656 | PDX-40 | Trial Demonstrative PDX-40, Conclusions |
| Habermann | PTX-262 | PX-354 | Federal Register Vol. 79, No. 213, Office of Management & Budget, Statistical Policy Directive No. 1: Fundamental Responsibilities of Federal Statistical Agencies and Recognized Statistical Units |
| Habermann | PTX-263 | PX-355 | Principles and Practices for a Federal Statistical Agency, Sixth Edition (2017) |
| Habermann | PTX-265 | PX-358 | Charter of the Interagency Council on Statistical Policy, Subcommittee on the American Community Survey (Aug. 10, 2012, rev. Nov. 15, 2017) |
| Habermann | PTX-267 | PX-360 | Statistical Policy Directive No. 2 Addendum: Standards & Guidelines for Cognitive Interviews |
| Habermann | PTX-268 | PX-361 | United Nations, Principles and Recommendations for Population and Housing Censuses |
| Habermann | PTX-269 | PX-362 | Office of Management & Budget, Instructions for Requesting OMB Review Under the PRA, OMB FORM 83-I INST, 10/95 |
| Habermann | PTX-371 | PX-539 | Committee on National Statistics, Letter Report on the 2020 Census (8/7/2018) |
| Habermann | PTX-610 | N/A | Curriculum Vitae of Hermann Habermann |
| Habermann | PTX-611 | N/A | Federal Register, Vol. 71, No. 184 |
| Habermann | PTX-612 | N/A | Federal Register, Vol. 81, No. 197 |
| Habermann | PTX-613 | N/A | FR Doc. 2018-12365, proposed Information Collection: Comment Request: 2020 Census. Docket number USBC-2018-005, letter report from National Academies of Sciences, Committee on National Statistics, Task Force on the 2020 Census to U.S. Department of Commerce, Departmental Paperwork Clearance Officer, Aug. 7, 2018 (Federal Register / Vol. 83, No. 111) |
| Habermann | PTX-614 | N/A | Fundamental Principles of Official Statistics (A/RES/68/261 from 29 January 2014) |

| Sponsoring Witness | *State of CA* Ex. No. | *State of NY* Ex. No. | Description |
|---|---|---|---|
| Habermann | PTX-618 | N/A | United Nations, Principles and Recommendations for Population and Housing Censuses, 2017 https://unstats.un.org/unsd/demographic-social/Standards-and-Methods/files/Principles_and_Recommendations/Population-and-Housing-Censuses/Series_M67rev3-E.pdf |
| Habermann | PTX-619 | N/A | Habermann, An Examination of City Groups, December 2017. HABERMANN000005] |
| Habermann | PTX-620 | N/A | Habermann, A Regional Training Network Concept [HABERMANN000022] |
| Habermann | PTX-621 | N/A | Habermann & deViries, Review of Two Assessments Reports About the Palestinian Central Bureau of Statistics (PCBS), Draft 1.2, May 2014. [HABERMANN000035] |
| Habermann | PTX-622 | N/A | Habermann, 2020 Census Citizenship Question - Need Not Demonstrated; Standards Not Followed Justification and Standards Expected [HABERMANN00066] |