JOSEPH H. HUNT
Assistant Attorney General
BRETT A. SHUMATE
Deputy Assistant Attorney General
CARLOTTA P. WELLS
Assistant Director
MARSHA STELSON EDNEY
Senior Trial Counsel
KATE BAILEY
CAROL FEDERIGHI
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Tel.: (202) 514-2331
Email:  brett.a.shumate@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, JR., *et al.*, <br><br> Defendants. | Civil Action No. 3:18-cv-01865-RS and <br> Civil Action No. 3:18-cv-02279-RS <br><br><br> **NOTICE OF APPEARANCE** |
| City of San Jose, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, JR., *et al.*, <br><br> Defendants. | |

TO:    Clerk of Court
       United States District Court
       Northern District of California

PLEASE TAKE NOTICE that Brett A. Shumate, Deputy Assistant Attorney General for the Federal Programs Branch, Civil Division, United States Department of Justice, Washington, D.C., hereby enters his appearance as additional counsel for the defendants in the above-captioned actions.

Dated: February 1, 2019                              Respectfully submitted,

                                                    JOSEPH H. HUNT
                                                    Assistant Attorney General

                                                    BRETT A. SHUMATE
                                                    Deputy Assistant Attorney General

                                                    JOHN R. GRIFFITHS
                                                    Director, Federal Programs Branch

                                                    */s/ Brett A. Shumate*
                                                    Bret A. Shumate
                                                    Deputy Assistant Attorney General
                                                    United States Department of Justice
                                                    Civil Division
                                                    950 Pennsylvania Ave.
                                                    Washington, DC  20530
                                                    Tel.:  (202) 514-2311
                                                    Email:  brett.a.shumate@usdoj.gov