**GIBSON, DUNN & CRUTCHER LLP**
Stuart F. Delery (*pro hac vice* pending)
SDelery@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel.: 202-887-3650
Fax: 202-467-0539

Alexander H. Southwell (*pro hac vice* pending)
ASouthwell@gibsondunn.com
200 Park Avenue
New York, New York 10166
Tel.: 212-351-3981
Fax: 212-351-6281

Julian W. Kleinbrodt (CA Bar # 302085)
jkleinbrodt@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Tel.: 415-393-8382
Fax: 415-374-8470

*Attorneys for Proposed Amici Curiae*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>             Plaintiffs,<br><br>    v.<br><br>WILBUR L. ROSS, *et al*.,<br><br>             Defendants. | Case Nos.   18-cv-01865-RS<br>             18-cv-02279-RS<br><br>**NOTICE OF APPEARANCE** |
| CITY OF SAN JOSE, *et al*.,<br><br>             Plaintiffs,<br><br>    v.<br><br>WILBUR L. ROSS, *et al.*,<br><br>             Defendants. | |

Gibson, Dunn & Crutcher LLP

Nos. 3:18-cv-01865, 3:18-cv-2279                         NOTICE OF APPEARANCE ON BEHALF OF PROPOSED
                                                          AMICI CURIAE TECH:NYC, ET AL.

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Julian W. Kleinbrodt of the law firm of Gibson, Dunn & Crutcher LLP, enters his appearance in this case on behalf of proposed *amici curiae* Tech:NYC, Univision Communications Inc., General Assembly, Topia, and the Minneapolis Regional Chamber of Commerce.

Respectfully submitted,

*/s/ Julian W. Kleinbrodt*
Julian W. Kleinbrodt (CA Bar # 302085)
jkleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Tel.: 415-393-8382
Fax: 415-374-8470

*Attorneys for Proposed Amici Curiae*
Tech:NYC, Univision Communications Inc., General Assembly, Topia, and the Minneapolis Regional Chamber of Commerce

Gibson, Dunn & Crutcher LLP

Nos. 3:18-cv-01865, 3:18-cv-2279      NOTICE OF APPEARANCE ON BEHALF OF PROPOSED AMICI CURIAE TECH:NYC, ET AL.

1