Nicholas Espíritu (SBN 237665)
National Immigration Law Center
3450 Wilshire Boulevard, #108-62
Los Angeles, CA 90010
Telephone: 213-639-3900
Email: espiritu@nilc.org

Attorneys for *Amici Curiae*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, by and through Attorney General Xavier Becerra,<br><br>Plaintiff,<br><br>v.<br><br>WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau; U.S. CENSUS BUREAU; DOES 1-100,<br><br>Defendants. | 3:18-cv-01865<br><br>**[PROPOSED] ORDER GRANTING MOTION OF CENTRAL VALLEY IMMIGRANT INTEGRATION COLLABORATIVE, UNITED FARM WORKER FOUNDATION, NATIONAL IMMIGRATION LAW CENTER, ET AL. LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS'**<br><br>Dept: 3<br>Judge: The Honorable Richard G. Seeborg<br>Trial Date: January 7, 2019<br>Action Filed: March 26, 2018 |

1 | The Court has received a motion for leave to file a amici curiae brief on behalf of the
2 | Central Valley Immigrant Integration Collaborative, United Farm Work Foundation, National
3 | Immigration Law Center, et al.
4 | The Court GRANTS the motion and the proposed brief is deemed filed.
5 |
6 | IT IS SO ORDERED.            Dated: _____, 2019
7 |
8 |                              _____
9 |                              Richard G. Seeborg
                                 United States District Judge

---

1

[PROPOSED] ORDER GRANTING MOTION OF CENTRAL VALLEY IMMIGRANT INTEGRATION COLLABORATIVE, *ET AL.*, FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE*, CALIFORNIA v. ROSS, CASE NO. 3:18-cv-01865