UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# BENCH TRIAL CIVIL MINUTE ORDER

| | |
|---|---|
| Case No. 18-cv-01865 RS<br>18-cv-02279 RS | Case Name: State of California v. Ross<br>City of San Jose v. Ross |
| Date: 2/15/2019 | Time: 4 hours |

**The Honorable Richard Seeborg**

| | |
|---|---|
| **Clerk**: Corinne Lew | **Court Reporter:** Belle Ball |
| **COUNSEL FOR PLTF**: | **COUNSEL FOR DEFT**: |
| David Holtzman, R. Matthew Wise, Gabrielle Boutin, Todd Grabarsky, Malia McPherson, Keith Yeomans, Anna Ferrari, Noreen Skelly, Anthony Hakl, Ezra Rosenberg, John Libby | Carlotta Wells, Brett Shumate |

Bench Trial Began: 1/7/19

Bench Trial Completed: 2/15/19

# PROCEEDINGS

Bench Trial – Day 7 - Closing Arguments.

***SEE ATTACHED TRIAL LOG***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 18-cv-01865-RS
        18-cv-02279-RS
Case Name: <u>State of California v. Ross</u>
           <u>City of San Jose v. Ross</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Richard Seeborg | David Holtzman, R. Matthew Wise, Gabrielle Boutin, Todd Grabarsky, Malia McPherson, Keith Yeomans, Anna Ferrari, Noreen Skelly, Anthony Hakl, Ezra Rosenberg, John Libby | Carlotta Wells, Brett Shumate |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| 2/15/2019 | Belle Ball | Corinne Lew |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | <u>2/15/19</u> | | | | |
| | | 10:00 am | | | **Court convened.  All parties present.** | |
| | | 10:05 – 11:30 am | | | **Closing argument by Attorney Matthew Wise from the State of California.** | |
| | | 11:30 – 11:45 am | | | **Break** | |
| | | 11:45 am | | | **Court reconvened.  All parties present.** | |
| | | 11:50 am | | | **Closing argument by Attorney John Libby for the City of San Jose.** | |
| | | 12:20 – 1:30 pm | | | **Lunch Break** | |
| | | 1:30 pm | | | **Court reconvened.  All parties present.** | |
| | | 1:30 – 2:12 pm | | | **Closing argument by Attorney Ezra Rosenberg for the City of San Jose.** | |
| | | 2:12 – 3:10 pm | | | **Closing argument by Attorney Brett Shumate for the Defendants.** | |
| | | 3:10 – 3:22 pm | | | **Rebuttal by Attorney Gabrielle Boutin for the State of California.** | |
| | | 3:22 – 3:30 pm | | | **Rebuttal by Attorneys Ezra Rosenberg and John Libby for the City of San Jose.** | |
| | | 3:30 – 3:32 pm | | | **Rebuttal by Attorney Brett Shumate for the Defendants** | |
| | | 3:32 pm | | | **Bench Trial Concluded.** | |