JOSEPH H. HUNT
Acting Assistant Attorney General
BRETT A. SHUMATE
Deputy Assistant Attorney General
JOHN R. GRIFFITHS
Director, Federal Programs Branch
CARLOTTA P. WELLS
Assistant Director, Federal Programs Branch
MARSHA S. EDNEY
Senior Trial Counsel
KATE BAILEY
CAROL FEDERIGHI
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Tel.: (202) 514-2331
Email: Brett.A.Shumate@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Civil Action No. 3:18-cv-01865-RS |
| Plaintiffs, | **NOTICE OF DEFENDANTS' POSITION REGARDING SUPREME COURT PROCEEDINGS** |
| v. | |
| WILBUR L. ROSS, JR., *et al.*, | Dept:   3 |
| Defendants. | Judge:  The Honorable Richard G. Seeborg<br>Trial Date:     January 7, 2019<br>Action Filed:   March 26, 2018 |
| CITY OF SAN JOSE, *et al.*, | Civil Action No. 3:18-cv-02279-RS |
| Plaintiffs, | **NOTICE OF DEFENDANTS' POSITION REGARDING SUPREME COURT PROCEEDINGS** |
| v. | |
| WILBUR L. ROSS, JR., *et al.*, | Dept.:  3 |
| Defendants. | Judge:  The Honorable Richard G. Seeborg<br>Trial Date:     January 7, 2019<br>Action Filed:   March 26, 2018 |

1

2      At the closing argument on February 15, 2019, undersigned counsel stated that he had not

3 yet had an opportunity to confer with the Office of the Solicitor General about the effect of the

4 Supreme Court's Order granting certiorari before judgment in State of New York, et al. v.

5 Department of Commerce, et al., No. 18-cv-2921 (S.D.N.Y.).  After consulting with the Solicitor

6 General, Defendants write to provide additional information that may inform how the Court

7 wishes to proceed in this case in light of the Supreme Court's order granting certiorari before

8 judgment in the New York case.  In that case, the government's brief is now due in the Supreme

9 Court on March 6; the respondents' brief is due April 1; and oral argument is scheduled for the

10 second week of April.  Because a ruling by the Supreme Court in the New York case will be

11 controlling, if not dispositive, in this case, the government respectfully submits that this Court

12 should consider deferring its ruling until proceedings in the Supreme Court are complete.  If the

13 Supreme Court affirms the New York judgment, then this case will be moot; and conversely, if the

14 Supreme Court reverses, then that decision effectively will resolve this case given the scope of the

15 government's arguments and the overlap with the claims here.

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: February 21, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

_s/Brett A. Shumate_
BRETT A. SHUMATE
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

CARLOTTA P. WELLS
Assistant Branch Director

MARSHA S. EDNEY
Senior Trial Counsel

KATE BAILEY
CAROL FEDERIGHI
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Tel.: (202) 514-2331
Email: Brett.A.Shumate@usdoj.gov

*Attorneys for Defendants*

2