UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WILBUR L. ROSS, et al.,<br><br>　　　　Defendants.<br>--------------------------------------------------------<br>CITY OF SAN JOSE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WILBUR L. ROSS, et al.,<br><br>　　　　Defendants. | Case No.　18-cv-01865-RS<br><br>　　　　　　18-cv-02279-RS<br><br>**[PROPOSED] FINAL JUDGMENT, ORDER OF VACATUR, AND PERMANENT INJUNCTION** |

In accordance with the Court's Findings of Fact and Conclusions of Law, dated March 6, 2019, and Rule 58(b)(2)(B) of the Federal Rules of Civil Procedure, it is ORDERED, ADJUDGED, and DECREED as follows:

**FINAL JUDGMENT**

Final judgment is entered for Plaintiffs and against Defendants on Plaintiffs' claims arising under the Enumeration Clause and the Fourteenth Amendment (the First Cause of Action in the Complaints in each of No. 18-cv-1865 and No. 18-cv-2279).

Final judgment is entered for Defendants and against Plaintiffs the City of San Jose and Black Alliance for Just Immigration (the "San Jose Plaintiffs") on the San Jose Plaintiffs' claim arising under the Apportionment Clause (the Second Cause of Action in the Complaint in No. 18-cv-2279).

Final judgment is entered for Plaintiffs and against Defendants on Plaintiffs' claims arising under the Administrative Procedure Act (the Second Cause of Action in the Complaint in No. 18-cv-1865 and the Third and Fourth Causes of Action in No. 18-cv-2279).

**VACATUR AND REMAND**

Secretary Ross's March 26, 2018 decision to include the citizenship question on the 2020 Census is VACATED and the matter is REMANDED to the Department of Commerce.

**PERMANENT INJUNCTION**

In accordance with the above judgment in favor of Plaintiffs on their claims arising under the Administrative Procedure Act, Defendants, including the Secretary of Commerce in his official capacity, the Director of the Census in his official capacity, and any successors to those offices, together with their agents, servants, employees, attorneys, and other persons who are in active concert or participation with the foregoing, *see* Fed. R. Civ. P. 65(d)(2), are PERMANENTLY ENJOINED from including the citizenship question on the 2020 Census unless:

(1) Defendants establish that direct inquiries regarding citizenship are necessary given the "kind, timeliness, quality and scope of the statistics required" and that administrative records will not suffice, 13 U.S.C. § 6(c);

(2) Defendants identify new circumstances that necessitate the last minute addition of the citizenship question to the census, *id.* § 141(f)(3); and

(3) Secretary Ross considers all relevant factors and evidence, and sets forth the actual

basis for his decision.

In addition, in accordance with the above judgment in favor of Plaintiffs on their claims arising under the Enumeration Clause, Defendants, including the Secretary of Commerce in his official capacity, the Director of the Census in his official capacity, and any successors to those offices, together with their agents, servants, employees, attorneys, and other persons who are in active concert or participation with the foregoing, *see* Fed. R. Civ. P. 65(d)(2), are PERMANENTLY ENJOINED from including the citizenship question on the 2020 Census, regardless of any technical compliance with the Administrative Procedure Act.

**IT IS SO ORDERED.**

Dated: March_____, 2019

_____
RICHARD SEEBORG
United States District Judge

CASE NOS. 18-cv-01865-RS, 18-cv-02279-RS

REVIEWED AND APPROVED AS TO FORM:

Dated:  March 12, 2019                          Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
ANTHONY R. HAKL
Supervising Deputy Attorneys General
GABRIELLE D. BOUTIN
ANNA T. FERRARI
TODD GRABARSKY
NOREEN P. SKELLY
Deputy Attorneys General

*/s/   R. Matthew Wise*
R. MATTHEW WISE
Deputy Attorney General
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

Dated:  March 12, 2019                          */s/ Charles L. Coleman* _____
CHARLES L. COLEMAN III, SBN 65496
DAVID I. HOLTZMAN
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Telephone: (415) 743-6970
Fax: (415) 743-6910
Email: charles.coleman@hklaw.com
*Attorneys for Plaintiff County of Los Angeles*

Dated:  March 12, 2019                          MIKE FEUER
City Attorney for the City of Los Angeles

*/s/ Valerie Flores* _____
VALERIE FLORES, SBN 138572
Managing Senior Assistant City Attorney
200 North Main Street, 7th Floor, MS 140
Los Angeles, CA  90012
Telephone: (213) 978-8130
Fax: (213) 978-8222
Email: Valerie.Flores@lacity.org

| | |
|---|---|
| Dated:  March 12, 2019 | HARVEY LEVINE<br>City Attorney for the City of Fremont<br><br>*/s/ Harvey Levine* _____<br>SBN 61880<br>3300 Capitol Ave.<br>Fremont, CA 94538<br>Telephone: (510) 284-4030<br>Fax: (510) 284-4031<br>Email: hlevine@fremont.gov |
| Dated:  March 12, 2019 | CHARLES PARKIN<br>City Attorney for the City of Long Beach<br><br>*/s/ Charles Parkin* _____<br>SBN 159162<br>333 W. Ocean Blvd., 11th Floor<br>Long Beach CA, 90802<br>Telephone: (562) 570-2200<br>Fax: (562) 436-1579<br>Email: Charles.Parkin@longbeach.gov |
| Dated:  March 12, 2019 | BARBARA J. PARKER<br>City Attorney for the City of Oakland<br><br>*/s/ Erin Bernstein* _____<br>MARIA BEE<br>Chief Assistant City Attorney<br>ERIN BERNSTEIN, SBN 231539<br>Supervising Deputy City Attorney<br>MALIA MCPHERSON<br>Deputy City Attorney<br>City Hall, 6th Floor<br>1 Frank Ogawa Plaza<br>Oakland, California 94612<br>Telephone: (510) 238-3601<br>Fax: (510) 238-6500<br>Email: ebernstein@oaklandcityattorney.org |
| Dated:  March 12, 2019 | JOHN LUEBBERKE<br>City Attorney for the City of Stockton<br><br>*/s/ John Luebberke* _____<br>SBN 164893<br>425 N. El Dorado Street, 2nd Floor<br>Stockton, CA 95202<br>Telephone: (209) 937-8333<br>Fax: (209) 937-8898<br>Email: John.Luebberke@stocktonca.gov |

Dated:  March 12, 2019          DANNIS WOLIVER KELLEY
                                SUE ANN SALMON EVANS
                                KEITH A. YEOMANS

                                */s/ Keith A. Yeomans*
                                Keith A. Yeomans
                                *Attorneys for Plaintiff-Intervenor*
                                *Los Angeles Unified School District*

Dated:  March 12, 2019          **MANATT, PHELPS & PHILLIPS, LLP**
                                By:  *s/ Andrew Case*
                                John F. Libby
                                John W. McGuinness
                                Emil Petrossian
                                Andrew Case (*pro hac vice*)
                                Ana Guardado
                                11355 West Olympic Boulevard
                                Los Angeles, California 90064
                                Telephone:  (310) 312-4000
                                Facsimile:  (310) 312-4224

                                **LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
                                Kristen Clarke
                                Jon M. Greenbaum
                                Ezra D. Rosenberg
                                Dorian L. Spence
                                1500 K Street NW, Suite 900
                                Washington, DC 20005
                                Telephone:  (202) 662-8600
                                Facsimile:  (202) 783-0857

                                **PUBLIC COUNSEL**
                                Mark Rosenbaum
                                610 South Ardmore Avenue
                                Los Angeles, California 90005
                                Telephone:  (213) 385-2977
                                Facsimile:  (213) 385-9089

                                **CITY OF SAN JOSE**
                                Richard Doyle, City Attorney
                                Nora Frimann, Assistant City Attorney
                                Office of the City Attorney
                                200 East Santa Clara Street, 16th Floor
                                San José, California 95113-1905
                                Telephone Number: (408) 535-1900
                                Facsimile Number: (408) 998-3131
                                E-Mail:  cao.main@sanjoseca.gov

                                *Attorneys for Plaintiffs*
                                CITY OF SAN JOSE and BLACK ALLIANCE FOR JUST IMMIGRATION

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  March 12, 2019 | JOSEPH H. HUNT<br>Assistant Attorney General |
| 3 | | |
| 4 | | BRETT A. SHUMATE<br>Deputy Assistant Attorney General |
| 5 | | CARLOTTA P. WELLS<br>Assistant Branch Director |
| 6 | | |
| 7 | | MARSHA S. EDNEY<br>Senior Trial Counsel |
| 8 | | */s/ Carlotta P. Wells*<br>KATE BAILEY |
| 9 | | STEPHEN EHRLICH<br>CAROL FEDERIGHI |
| 10 | | DANIEL HALAINEN<br>Trial Attorneys |
| 11 | | United States Department of Justice<br>Civil Division, Federal Programs Branch |
| 12 | | 1100 L Street NW<br>Washington, DC 20530 |
| 13 | | Phone: (202) 514-923<br>Email: kate.bailey@usdoj.gov |
| 14 | | *Attorneys for Defendants* |

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated:  March 12, 2019                         */s/ R. Matthew Wise*
                                                                R. MATTHEW WISE

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **State of California, et al. v. Wilbur L. Ross, et al.** | No. | **3:18-cv-01865** |

I hereby certify that on <u>March 12, 2019</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] FINAL JUDGMENT, ORDER OF VACATUR, AND PERMANENT INJUNCTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>March 12, 2019</u>, at Sacramento, California.

| Tracie L. Campbell | */s/ Tracie Campbell* |
|---|---|
| Declarant | Signature |

SA2018100904
13535610.docx