UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al. <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, et al., <br><br> Defendants. <br> ------------------------------------------------------ <br> CITY OF SAN JOSE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, et al., <br><br> Defendants. | Case No.   18-cv-01865-RS <br><br> 18-cv-02279-RS <br><br><br><br> **NOTICE OF APPEAL** |

     PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Findings of Fact and Conclusions of Law dated March 6, 2019 (ECF Nos. 196 and 205), and the Final Judgment, Order of Vacatur, and Permanent Injunction entered on March 13, 2019 (ECF Nos. 197 and 207).

Respectfully submitted this 13th day of March, 2019

JOSEPH H. HUNT
Assistant Attorney General

BRETT A. SHUMATE
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

DEFS' NOTICE OF APPEAL Nos. 3:18-cv-01865-RS and 3:18-cv-02279-RS

1
2           CARLOTTA P. WELLS
            Assistant Director

3            */s/ Marsha Stelson Edney*
            MARSHA STELSON EDNEY
4           Senior Trial Counsel
            KATE BAILEY
5           CAROL FEDERIGHI
            Trial Attorneys
6           United States Department of Justice
            Civil Division, Federal Programs Branch
7           1100 L Street, NW
            Washington, DC 20005
8           Tel.: (202) 514-4520
            Email: marsha.edney@usdoj.gov
9           *Attorneys for Defendants*

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28