# United States District Court
# Northern District of California

# Document Locator

Case Number: **C18-1865 RS**

~~Date Filed:~~ Received: **3/13/19**

**Document:**

- ○ Reporter's Transcript:
- ☑ Trial Exhibts: **11 Binders for plaintiffs**
- ○ Lodged Documents: **and 1 Binder for defendant**
- ○ Sealed Documents:
- ○ Declaration(s)

- ○ Other: _____

**Location:**

- ○ Expando File (Next to Case File)
- ☑ Overflow Shelf: **Shelf 76**
- ○ Vault
- ○ Other: _____

**Document Number:** _____