Dannis Woliver Kelley
115 Pine Avenue, Suite 500
Long Beach, CA 90802

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>WILBUR L. ROSS, JR., et al.,<br><br>　　　　Defendants. | Case No. 3:18-cv-01865-RS<br><br>**JOINT STIPULATION AND [**~~PROPOSED~~**] ORDER TO EXTEND TIME TO FILE BILL OF COSTS AND MOTION FOR ATTORNEYS' FEES**<br><br>Dept: 3<br>Judge: The Honorable Richard G. Seeborg<br><br>Trial Date: January 7, 2019<br>Complaint Filed: March 26, 2018 |

Plaintiffs State of California, County of Los Angeles, and Cities of Los Angeles, Fremont, Long Beach, Oakland, and Stockton, and the Los Angeles Unified School District (collectively "Plaintiffs") and Defendants Wilbur L. Ross, Jr., U.S. Department of Commerce, Ron Jarmin, and U.S. Census Bureau (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective attorneys of record, stipulate as follows:

WHEREAS, on March 13, 2019, the Court entered its final judgment, order of vacatur, and permanent injunction;

WHEREAS, pursuant to Federal Rule of Civil Procedure § 54(d)(2)(B), Plaintiffs have until March 27, 2019 (14 days from the entry of judgment) to file a memorandum and motion for attorneys' fees;

WHEREAS, pursuant to Federal Rule of Civil Procedure § 54(d)(1), Plaintiffs have until March 27, 2019 (14 days from the entry of judgment) to file their bill of costs;

WHEREAS, while the Parties await the resolution of appeals, the Parties wish to extend the time to file a bill of costs and a motion for attorneys' fees; and

WHEREAS, pursuant to Rule 6-2 of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, the court may, after stipulation, extend the time for filing a motion for attorneys' fees as set forth in Rule 54-5; and

WHEREAS, pursuant to Rule 6-2 of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, the court may, after stipulation, extend the time for filing a bill of costs as set forth in Rule 54-1;

THEREFORE, the parties hereby stipulate that:

The Parties stipulate that the time to file a bill of costs and a motion for attorneys' fees and costs shall be extended to 30 days after the issuance of the final, non-appealable administrative or judicial decision.

\\\
\\\
\\\
\\\

DATED: March 27, 2019

SUE ANN SALMON EVANS, SBN 151562
KEITH A. YEOMANS, SBN 245600
DANNIS WOLIVER KELLEY
115 Pine Ave., Suite 500
Long Beach, CA 90802
Telephone: (562) 366-8500
Fax: (562) 366-8505
Email: kyeomans@dwkesq.com


By:  /s/ Keith A. Yeomans
KEITH A. YEOMANS

*Attorneys for Plaintiff-Intervenor*
*Los Angeles Unified School District*

DATED: March 27, 2019

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
ANTHONY R. HAKL
Supervising Deputy Attorneys General
GABRIELLE D. BOUTIN, SBN 267308
ANNA T. FERRARI, SBN 261579
R. MATTHEW WISE, SBN 238485
NOREEN P. SKELLY, SBN 186135
Deputy Attorneys General

By:  /s/ Gabrielle D. Boutin
GABRIELLE D. BOUTIN
Deputy Attorney General

*Attorneys for Plaintiff State of California, by*
*and through Attorney General Xavier Becerra*

DATED: March 27, 2019

CHARLES L. COLEMAN III, SBN 65496
DAVID I. HOLTZMAN
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Telephone: (415) 743-6970
Fax: (415) 743-6910
Email: charles.coleman@hklaw.com


By:  /s/ Charles L. Coleman III
CHARLES L. COLEMAN

*Attorneys for Plaintiff County of Los Angeles*

| | | |
|---|---|---|
| 1 | DATED: March 27, 2019 | MIKE FEUER |
| 2 | | City Attorney For The City Of Los Angeles |
| | | VALERIE FLORES, SBN 138572 |
| 3 | | Managing Senior Assistant City Attorney |
| | | 200 North Main Street, 7th Floor, MS 140 |
| 4 | | Los Angeles, CA 90012 |
| | | Telephone: (213) 978-8130 |
| 5 | | Fax: (213) 978-8222 |
| | | Email: valerie.flores@lacity.org |

By: */s/ Valerie Flores*
VALERIE FLORES

*Attorneys for Plaintiff City of Los Angeles*

DATED: March 27, 2019

HARVEY LEVINE, SBN 61880
City Attorney for the City of Fremont
3300 Capitol Ave.
Fremont, CA 94538
Telephone: (510) 284-4030
Fax: (510) 284-4031
Email: hlevine@fremont.gov

By: */s/ Harvey Levine*
HARVEY LEVINE

*Attorneys for Plaintiff City of Fremont*

DATED: March 27, 2019

CHARLES PARKIN
City Attorney for the City of Long Beach
MICHAEL J. MAIS, SBN 90444
Assistant City Attorney
333 W. Ocean Blvd., 11th Floor
Long Beach CA, 90802
Telephone: (562) 570-2200
Fax: (562) 436-1579
Email: Michael.Mais@longbeach.gov

By: */s/ Michael J. Mais*
MICHAEL J. MAIS

*Attorneys for Plaintiff City of Long Beach*

DANNIS WOLIVER KELLEY
115 PINE AVENUE, SUITE 500
LONG BEACH, CA 90802

DWK DMS 3373757v1

| | |
|---|---|
| DATED: March 27, 2019 | JOHN LUEBBERKE, SBN 164893<br>City Attorney for the City of Stockton<br>425 N. El Dorado Street, 2nd Floor<br>Stockton, CA 95202<br>Telephone: (209) 937-8333<br>Fax: (209) 937-8898<br>Email: John.Luebberke@stocktonca.gov<br><br>By:  */s/ John Luebberke*<br>JOHN LUEBBERKE<br><br>*Attorneys for Plaintiff City of Stockton* |
| DATED: March 27, 2019 | BARBARA J. PARKER<br>City Attorney for the City of Oakland<br>MARIA BEE<br>Special Counsel<br>ERIN BERNSTEIN, SBN 231539<br>Supervising Deputy City Attorney<br>MALIA MCPHERSON<br>Attorney<br>City Hall, 6th Floor<br>1 Frank Ogawa Plaza<br>Oakland, California 94612<br>Telephone: (510) 238-3601<br>Fax: (510) 238-6500<br>Email: Ebernstein@Oaklandcityattorney.Org<br><br>By:  */s/ Erin Bernstein*<br>ERIN BERNSTEIN<br><br>*Attorneys for Plaintiff City of Oakland* |

5
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE
BILL OF COSTS AND MOTION FOR ATTORNEYS' FEES

DANNIS WOLIVER KELLEY
115 PINE AVENUE, SUITE 500
LONG BEACH, CA 90802

DWK DMS 3373757v1

DANNIS WOLIVER KELLEY
115 PINE AVENUE, SUITE 500
LONG BEACH, CA 90802

DATED: March 27, 2019

JOSEPH H. HUNT
Assistant Attorney General
BRETT A. SHUMATE
Deputy Assistant Attorney General
CARLOTTA P. WELLS
Assistant Branch Director
KATE BAILEY
MARSHA EDNEY
STEPHEN EHRLICH
CAROL FEDERIGHI
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Phone: (202) 514-9239
Email: Kate.Bailey@usdoj.gov

By:   */s/ Kate Bailey*
KATE BAILEY

*Attorneys for Defendants*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, Keith A. Yeomans hereby attests that concurrence in the filing of this document has been obtained from all the signatories above.

Dated: March 27, 2019           */s/ Keith A. Yeomans*
                                Keith A. Yeomans

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2019, I served the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Dated: March 27, 2019 */s/ Keith A. Yeomans*
Keith A. Yeomans

DANNIS WOLIVER KELLEY
115 PINE AVENUE, SUITE 500
LONG BEACH, CA 90802

DWK DMS 3373757v1

8
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE
BILL OF COSTS AND MOTION FOR ATTORNEYS' FEES

# [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION,**

Upon consideration thereof, and it otherwise appearing proper to do so, it is hereby **ORDERED** that the deadline to file a bill of costs and a motion for attorneys' fees shall be extended to 30 days after the issuance of the final, non-appealable administrative or judicial decision.

**IT IS SO ORDERED.**

DATED: March 28, 2019

_____
HON. RICHARD SEEBORG
United States District Court Judge

DANNIS WOLIVER KELLEY
115 PINE AVENUE, SUITE 500
LONG BEACH, CA 90802

DWK DMS 3373757v1

9
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE
BILL OF COSTS AND MOTION FOR ATTORNEYS' FEES