# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 28, 2019

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Wilbur L. Ross, Secretary of Commerce, et al.
           v. California, et al.
           No. 18-1214
           (Your No. 19-15456, 19-15457)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of Fair Lines America Foundation for leave to file a brief as *amicus curiae* is granted.  The petition for a writ of certiorari before judgment is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of *Department of Commerce* v. *New York*, 588 U. S. ___ (2019).

The judgment or mandate of this Court will not issue for at least twenty-five days pursuant to Rule 45. Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk