JOSEPH H. HUNT
Assistant Attorney General
DAVID M. MORRELL
Deputy Assistant Attorney General
CHRISTOPHER A. BATES
GLENN M. GIRDHARRY
COLIN A. KISOR
CHRISTOPHER R. REIMER
DANIEL A. SCHIFFER
Attorneys
United States Department of Justice
Civil Division
950 Pennsylvania Avenue, NW, Room 3141
Washington, DC 20530
Telephone: (202) 514-3301
Email: david.m.morrell@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Case No. 3:18-cv-1865-RS |
| Plaintiffs, | |
| v. | NOTICE OF APPEARANCE |
| WILBUR L. ROSS, Secretary of Commerce, *et al.*, | |
| Defendants. | |

PLEASE TAKE NOTICE of the entry of appearance of the following undersigned Department of Justice Attorney as an attorney to be noticed for Defendants in the above-captioned matter:

>DAVID M. MORRELL
>Deputy Assistant Attorney General
>United States Department of Justice
>Civil Division
>950 Pennsylvania Avenue, NW, Room 3141
>Washington, DC 20530
>(202) 514-3301
>david.m.morrell@usdoj.gov

Dated: July 9, 2019                    Respectfully submitted,

>JOSEPH H. HUNT
>Assistant Attorney General
>
>*/s/ David M. Morrell*
>DAVID M. MORRELL
>Deputy Assistant Attorney General
>
>CHRISTOPHER A. BATES
>GLENN M. GIRDHARRY
>COLIN A. KISOR
>CHRISTOPHER R. REIMER
>DANIEL A. SCHIFFER
>Attorneys
>
>United States Department of Justice
>Civil Division
>950 Pennsylvania Avenue, NW, Room 3141
>Washington, DC 20530
>Telephone: (202) 514-3301
>Email: david.m.morrell@usdoj.gov
>
>Attorneys for Defendants

*State of California, et al. v. Ross, et al.*, 18-cv-1865-RS
Notice of Appearance

**CERTIFICATE OF SERVICE**

    I certify that on July 9, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will deliver a copy to all counsel of record.

    Executed on July 9, 2019, at Washington, DC.

                                          By: */s/ David M. Morrell*
                                                DAVID M. MORRELL
                                                United States Department of Justice
                                                Civil Division

*State of California, et al. v. Ross, et al.*, 18-cv-1865-RS
Notice of Appearance