JOSEPH H. HUNT
Assistant Attorney General
DAVID M. MORRELL
Deputy Assistant Attorney General
CHRISTOPHER A. BATES
GLENN M. GIRDHARRY
COLIN A. KISOR
CHRISTOPHER R. REIMER
DANIEL A. SCHIFFER
Attorneys
United States Department of Justice
Civil Division
950 Pennsylvania Avenue, NW, Room 3615
Washington, DC 20530
Telephone: (202) 305-3817
Email: daniel.a.schiffer@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, | Case No. 3:18-cv-1865-RS |
| Plaintiffs, | |
| v. | NOTICE OF APPEARANCE |
| WILBUR L. ROSS, Secretary of Commerce, *et al.*, | |
| Defendants. | |

*State of California v. Ross, et al.*, 18-cv-1865-RS
Notice of Appearance

1

1    PLEASE TAKE NOTICE of the entry of appearance of the following undersigned
2  Department of Justice Attorney as an attorney to be noticed for Defendants in the above-
3  captioned matter:

DANIEL A. SCHIFFER
Attorney
United States Department of Justice
Civil Division
950 Pennsylvania Avenue, NW, Room 3615
Washington, DC 20530
(202) 305-3819
daniel.a.schiffer@usdoj.gov

Dated: July 9, 2019                                  Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

*/s/ Daniel A. Schiffer*
CHRISTOPHER A. BATES
GLENN M. GIRDHARRY
COLIN A. KISOR
CHRISTOPHER R. REIMER
DANIEL A. SCHIFFER
Attorneys
United States Department of Justice
Civil Division
950 Pennsylvania Avenue, NW, Room 3615
Washington, DC 20530
Telephone: (202) 305-3819
Email: daniel.a.schiffer@usdoj.gov

*State of California v. Ross, et al.*, 18-cv-1865-RS
Notice of Appearance

**CERTIFICATE OF SERVICE**

I certify that on July 9, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will deliver a copy to all counsel of record.

Executed on July 9, 2019, at Washington, DC.

By: *s/Daniel A. Schiffer*  
DANIEL A. SCHIFFER  
United States Department of Justice  
Civil Division