JOSEPH H. HUNT
Assistant Attorney General
DAVID M. MORRELL
Deputy Assistant Attorney General
CHRISTOPHER A. BATES
GLENN M. GIRDHARRY
COLIN A. KISOR
CHRISTOPHER R. REIMER
DANIEL A. SCHIFFER
Attorneys
United States Department of Justice
Civil Division
950 Pennsylvania Avenue, NW, Room 3141
Washington, DC 20530

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, | Case No. 3:18-cv-1865-RS |
|     Plaintiff, | |
|     v. | NOTICE OF APPEARANCE |
| WILBUR L. ROSS, Secretary of Commerce, *et al.*, | |
|     Defendants. | |

1    PLEASE TAKE NOTICE of the entry of appearance of the following undersigned

2    Department of Justice Attorney as an attorney to be noticed for Defendants in the above-

3    captioned matter:

4                              Colin A. Kisor
                             Attorney
5                            United States Department of Justice
                             Civil Division
6                            950 Pennsylvania Avenue, NW, Room 3141
                             Washington, DC 20530
7                            (202) 532-4331
                             Colin.kisor@usdoj.gov
8

9    Dated: July 9, 2019                    Respectfully submitted,

10                                          JOSEPH H. HUNT
11                                          Assistant Attorney General

12                                          DAVID M. MORRELL
13                                          Deputy Assistant Attorney General

14                                          /s/Colin A. Kisor
15                                          CHRISTOPHER A. BATES
                                            GLENN M. GIRDHARRY
16                                          COLIN A. KISOR
                                            CHRISTOPHER R. REIMER
17                                          DANIEL A. SCHIFFER
18                                          Attorneys
                                            United States Department of Justice
19                                          Civil Division
20                                          950 Pennsylvania Avenue, NW, Room 3141
                                            Washington, DC 20530
21                                          Telephone: (202) 532-4331
                                            Email: colin.kisor@usdoj.gov
22

23

24

25

26

27

28

*State of California v. Ross, et al.*, 18-cv-1865-RS
Notice of Appearance

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **CERTIFICATE OF SERVICE**

I certify that on July 9, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will deliver a copy to all counsel of record.

Executed on July 9, 2019, at Washington, DC.

By: *s/ Colin A. Kisor*
COLIN A. KISOR
United States Department of Justice
Civil Division

*State of California v. Ross, et al.*, 18-cv-1865-RS
Notice of Appearance