JOSEPH H. HUNT
Assistant Attorney General
DAVID M. MORRELL
Deputy Assistant Attorney General
CHRISTOPHER A. BATES
GLENN M. GIRDHARRY
COLIN A. KISOR
BRINTON LUCAS
CHRISTOPHER R. REIMER
DANIEL A. SCHIFFER
Attorneys
United States Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 305-7290
Email: brinton.lucas@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Case No. 3:18-cv-1865-RS |
| Plaintiffs, | |
| v. | NOTICE OF APPEARANCE |
| WILBUR L. ROSS, Secretary of Commerce, *et al.*, | |
| Defendants. | |

1  PLEASE TAKE NOTICE of the entry of appearance of the following undersigned
2  Department of Justice Attorney as an attorney to be noticed for Defendants in the above-
3  captioned matter:

BRINTON LUCAS (GERALD BRINTON LUCAS)
Attorney
United States Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 305-7920
brinton.lucas@usdoj.gov

Dated: July 11, 2019                Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

*/s/ Brinton Lucas*
CHRISTOPHER A. BATES
GLENN M. GIRDHARRY
COLIN A. KISOR
BRINTON LUCAS
CHRISTOPHER R. REIMER
DANIEL A. SCHIFFER
Attorneys

United States Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 305-7920
Email: brinton.lucas@usdoj.gov

Attorneys for Defendants

2

*State of California, et al. v. Ross, et al.*, 18-cv-1865-RS
Notice of Appearance

**CERTIFICATE OF SERVICE**

    I certify that on July 11, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will deliver a copy to all counsel of record.

    Executed on July 11, 2019, at Washington, DC.

                                By: */s/ Brinton Lucas*
                                    BRINTON LUCAS
                                    United States Department of Justice
                                    Civil Division