|  | UNITED STATES COURT OF APPEALS | FILED |
|---|---|---|
|  | FOR THE NINTH CIRCUIT | JUL 26 2019 |
|  |  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

STATE OF CALIFORNIA, by and through Attorney General Xavier Becerra; et al.,

    Plaintiffs-Appellees,

LOS ANGELES UNIFIED SCHOOL DISTRICT,

    Intervenor-Plaintiff-Appellee,

 v.

WILBUR ROSS, in his official capacity as Secretary of the U.S. Department of Commerce; et al.,

    Defendants-Appellants.

No.   19-15456

D.C. No. 3:18-cv-01865-RS
Northern District of California,
San Francisco

ORDER

The appellants' motion for voluntary dismissal (Docket Entry No. 14) is granted. This appeal is dismissed. Fed. R. App. P. 42(b). A copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Terri Haugen
Deputy Clerk
Ninth Circuit Rule 27-7

tah/7.22.19/Pro Mo