JOSEPH H. HUNT
Assistant Attorney General
DAVID M. MORRELL
Deputy Assistant Attorney General
CHRISTOPHER R. REIMER
DANIEL A. SCHIFFER
Attorneys
  United States Department of Justice
  Civil Division
  950 Pennsylvania Ave., NW, Room 3615
  Washington, DC 20530
  Tel.: (202) 305-3819
  Email: daniel.a.schiffer@usdoj.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>WILBUR L. ROSS, JR., *et al.*,<br><br>    Defendants. | Civil Action No. 3:18-cv-01865-RS<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION TO ENTER FINAL JUDGMENT AFTER REMAND**<br><br>Dept:   3<br>Judge:  The Honorable Richard G. Seeborg<br>Trial Date:   January 7, 2019<br>Action Filed:   March 26, 2018 |
| CITY OF SAN JOSE, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>WILBUR L. ROSS, JR., *et al.*,<br><br>    Defendants. | Civil Action No. 3:18-cv-02279-RS<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTIONS TO ENTER FINAL JUDGMENT AFTER REMAND**<br><br>Dept:   3<br>Judge:  The Honorable Richard G. Seeborg<br>Trial Date:   January 7, 2019<br>Action Filed:   March 26, 2018 |

Pursuant to Rule 7 of the Federal Rules of Civil Procedure and Civil Local Rule 7-3(b), Defendants United States Department of Commerce, Wilbur L. Ross, Jr., in his official capacity as Secretary of Commerce, the U.S. Census Bureau, and Dr. Steven Dillingham, in his official capacity as the Director of the U.S. Census Bureau, respectfully notify the Court that we do not oppose

Plaintiffs' Motions to Enter Final Judgment After Remand filed in the above captioned cases (ECF No. 236 in Civil Action No. 3:18-cv-01865-RS and ECF No. 225 in Civil Action No. 3:18-cv-02279-RS).

Respectfully submitted,

Dated:  July 30, 2019

JOSEPH H. HUNT
Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

*/s/ Daniel A. Schiffer*
CHRISTOPHER R. REIMER
DANIEL A. SCHIFFER

Attorneys
United States Department of Justice
Civil Division
950 Pennsylvania Ave., NW, Room 3615
Washington, DC 20530
Tel.: (202) 305-3819
Email: daniel.a.schiffer@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on July 30, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will deliver a copy to all counsel of record.

Executed on July 30, 2019, at Washington, DC.

> By: /s/ Daniel A. Schiffer
> Daniel A. Schiffer
> United States Department of Justice
> Civil Division