# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 30, 2019

Clerk
United States Court of Appeals
 for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

> **Re:  Wilbur L. Ross, Secretary of Commerce, et al.
>       v. California, et al.,
>       No. 18-1214 (Your docket Nos. 19-15456, 19-15457)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By  *[signature]*

Hervé Bocage
Judgments/Mandates Clerk

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 30, 2019

Mr. John F. Libby, Esq.
Manatt, Phelps & Phillips, LLP
11355 West Olympic Blvd.
Los Angeles, CA 90064

      Re:  Wilbur L. Ross, Secretary of Commerce, et al.
           v. California, et al.,
           No. 18-1214

Dear Mr. Libby:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case.

    Sincerely,

    SCOTT S. HARRIS, Clerk

    By  *Herve' Bocage*
    Herve' Bocage
    Judgments/Mandates Clerk

cc:  Clerk, USCA for the Ninth Circuit
      (Your docket Nos. 19-15456, 19-15457)

# Supreme Court of the United States

No. 18-1214

**WILBUR L. ROSS, SECRETARY OF COMMERCE, ET AL.,**

                                        Petitioners

v.

**CALIFORNIA, ET AL.**

    **ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

    **THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

    **ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari before judgment is granted.  The judgment of the above court in this cause is vacated, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for consideration in light of *Department of Commerce* v. *New York,* 588 U. S. ___ (2019).

June 28, 2019

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States