XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
ANTHONY R. HAKL
Supervising Deputy Attorneys General
GABRIELLE D. BOUTIN, SBN 267308
R. MATTHEW WISE, SBN 238485
ANNA T. FERRARI, SBN 261579
TODD GRABARSKY, SBN 286999
NOREEN P. SKELLY, SBN  186135
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-6053
  Fax:  (916) 324-8835
  E-mail:  Gabrielle.Boutin@doj.ca.gov
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA by and through Attorney General Xavier Becerra; COUNTY OF LOS ANGELES; CITY OF LOS ANGELES; CITY OF FREMONT; CITY OF LONG BEACH; CITY OF OAKLAND; CITY OF STOCKTON,**<br><br>Plaintiffs,<br><br>v.<br><br>**WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau; U.S. CENSUS BUREAU; DOES 1-100,**<br><br>Defendants. | 3:18-cv-01865<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO ENTER FINAL JUDGMENT AFTER REMAND; [PROPOSED] ORDER**<br><br>Hearing Date: September 12, 2019<br>Time: 1:30 p.m.<br>Dept: 3<br>Trial Date: January 7, 2019<br>Judge: The Honorable Richard G. Seeborg<br>Action Filed: March 26, 2018 |

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on September 12, 2019, at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Richard Seeborg in Department 3 of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California 94102, Plaintiffs State of California, County of Los Angeles, and Cities of Los Angeles, Fremont, Long Beach, Oakland, and Stockton, and Plaintiff-in-Intervention Los Angeles Unified School District will and hereby do move this Court to enter Plaintiffs' [Proposed] Final Judgment After Remand, Order of Vacatur, and Permanent Injunction attached as "Exhibit A" to this motion.

This motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the accompanying [Proposed] Final Judgment After Remand, Order of Vacatur, and Permanent Injunction, the papers and pleadings on file in this action, and such matters as may be presented to the Court at or before the time of the hearing.

Although Plaintiffs have filed this request as a noticed motion in accordance with Local Rule 7-1, Defendants do not oppose this motion and the parties do not require a hearing.

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.  INTRODUCTION**

Following the Supreme Court's decision in *Dep't of Commerce v. New York*, 139 S. Ct. 2551, 2019 WL 2619473 (2019), Plaintiffs and Defendants conferred about the terms of a proposed final judgment in this action. Plaintiffs now request that the Court enter the [Proposed] Final Judgment After Remand, Order of Vacatur, and Permanent Injunction attached hereto as "Exhibit A." Defendants do not oppose this motion.

**II.  PROCEDURAL BACKGROUND**

This Court entered final judgment in this action on March 13, 2019. ECF No. 207. The same day, Defendants filed a notice of appeal of the final judgment. ECF No. 208. On March 18, 2019, Defendants filed a petition for writ of certiorari before judgment in the United States Supreme Court. Petition for a Writ of Certiorari Before Judgment, *Ross v. California*, --- S. Ct.---, 2019 WL 1258816 (2019).

On June 27, 2019, the United States Supreme Court issued its opinion in the case of *Department of Commerce v. New York*, affirming the portion of the district court's judgment holding that Secretary Ross's decision to add a citizenship question to the 2020 Census violates the Administrative Procedure Act. *Dep't of Commerce v. New York*, 139 S. Ct. at 2573-2576.

On June 28, 2019, the Supreme Court granted Defendants' petition for writ of certiorari before judgment in this action. Its order directed as follows: "The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of *Department of Commerce v. New York*, 588 U.S. ____ (2019)." *Ross v. California*, --- S. Ct.---, 2019 WL 1243674 (2019).

A writ of mandate subsequently issued from the Supreme Court to the Ninth Circuit Court of Appeals, and on July 26, 2019, the Ninth Circuit Court of Appeals remanded the action to this Court. ECF No. 235.

### III. PLAINTIFFS' REQUEST TO ENTER FINAL JUDGMENT AFTER REMAND

Following the Supreme Court's decision in *Department of Commerce v. New York*, on July 11, 2019, the President issued an Executive Order stating that "[a]fter examining every possible alternative, the Attorney General and the Secretary of Commerce have informed me that the logistics and timing for carrying out the census, combined with delays from continuing litigation, leave no practical mechanism for including the [citizenship] question on the 2020 decennial census." Exec. Order 13,880, § 1, 84 Fed. Reg. 33,821, 33,821 (July 16, 2019) ("The [Supreme] Court's ruling . . . has now made it impossible, as a practical matter, to include a citizenship question on the 2020 decennial census questionnaire.").

Accordingly, the parties agree that entry of a final judgment is appropriate and have conferred about the language of the [Proposed] Final Judgment After Remand, Order of Vacatur, and Permanent Injunction. The proposed judgment permanently enjoins Defendants from including a citizenship question on the 2020 decennial census questionnaire; from delaying the process of printing the 2020 decennial census questionnaire after June 30, 2019, for the purpose of including a citizenship question; and from asking persons about their citizenship status on the

1  2020 census questionnaire or otherwise asking a citizenship question as part of the 2020
2  decennial census.
3      Defendants have informed Plaintiffs that they do not oppose this motion and that they
4  intend to file a notice of non-opposition shortly after it is filed.
5      Plaintiffs therefore ask this Court to enter the attached [Proposed] Final Judgment After
6  Remand, Order of Vacatur, and Permanent Injunction.

Dated: July 30, 2019      Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
ANTHONY R. HAKL
Supervising Deputy Attorneys General
ANNA T. FERRARI
TODD GRABARSKY
NOREEN P. SKELLY
R. MATTHEW WISE
Deputy Attorneys General

*/s/   Gabrielle D. Boutin*
GABRIELLE D. BOUTIN
Deputy Attorney General
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

Dated:  July 30, 2019      */s/ Charles L. Coleman* _____
CHARLES L. COLEMAN III, SBN 65496
DAVID I. HOLTZMAN
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Telephone: (415) 743-6970
Fax: (415) 743-6910
Email: charles.coleman@hklaw.com
*Attorneys for Plaintiff County of Los Angeles*

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: July 30, 2019 | MIKE FEUER<br>City Attorney for the City of Los Angeles |
| 3 | | */s/ Valerie Flores* _____<br>VALERIE FLORES, SBN 138572 |
| 4 | | Managing Senior Assistant City Attorney<br>200 North Main Street, 7th Floor, MS 140 |
| 5 | | Los Angeles, CA  90012<br>Telephone: (213) 978-8130 |
| 6 | | Fax: (213) 978-8222<br>Email: Valerie.Flores@lacity.org |
| 7 | | |
| 8 | Dated: July 30, 2019 | HARVEY LEVINE<br>City Attorney for the City of Fremont |
| 9 | | |
| 10 | | */s/ Harvey Levine* _____<br>SBN 61880 |
| 11 | | 3300 Capitol Ave.<br>Fremont, CA 94538 |
| 12 | | Telephone: (510) 284-4030<br>Fax: (510) 284-4031 |
| 13 | | Email: hlevine@fremont.gov |
| 14 | Dated: July 30, 2019 | CHARLES PARKIN<br>City Attorney for the City of Long Beach |
| 15 | | |
| 16 | | */s/ Charles Parkin* _____<br>SBN 159162 |
| 17 | | 333 W. Ocean Blvd., 11th Floor<br>Long Beach CA, 90802 |
| 18 | | Telephone: (562) 570-2200<br>Fax: (562) 436-1579 |
| 19 | | Email: Charles.Parkin@longbeach.gov |
| 20 | Dated: July 30, 2019 | BARBARA J. PARKER<br>City Attorney for the City of Oakland |
| 21 | | |
| 22 | | */s/ Erin Bernstein* _____<br>MARIA BEE |
| 23 | | Chief Assistant City Attorney<br>ERIN BERNSTEIN, SBN 231539 |
| 24 | | Supervising Deputy City Attorney<br>MALIA MCPHERSON |
| 25 | | Deputy City Attorney<br>City Hall, 6th Floor |
| 26 | | 1 Frank Ogawa Plaza<br>Oakland, California 94612 |
| 27 | | Telephone: (510) 238-3601<br>Fax: (510) 238-6500 |
| 28 | | Email: ebernstein@oaklandcityattorney.org |

Dated:  July 30, 2019

JOHN LUEBBERKE
City Attorney for the City of Stockton

*/s/ John Luebberke* _____
SBN 164893
425 N. El Dorado Street, 2nd Floor
Stockton, CA 95202
Telephone: (209) 937-8333
Fax: (209) 937-8898
Email: John.Luebberke@stocktonca.gov

Dated:  July 30, 2019

DANNIS WOLIVER KELLEY
SUE ANN SALMON EVANS
KEITH A. YEOMANS

*/s/ Keith A. Yeomans*
Keith A. Yeomans, SBN 245600
115 Pine Avenue, Suite 500
Long Beach, CA 90802
Telephone: (562) 366-8500
Fax: (562) 366-8505
Email: kyeomans@dwkesq.com
*Attorneys for Plaintiff-Intervenor*
*Los Angeles Unified School District*

### FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated:  July 30, 2019

*/s/ Gabrielle D. Boutin*
GABRIELLE D. BOUTIN

# [~~PROPOSED~~] ORDER

Having considered Plaintiffs' Unopposed Motion to Enter Judgment After Remand (Motion), and good cause appearing, the Court orders as follows:

1. Plaintiffs' Motion is GRANTED.

2. To the extent that the March 13, 2019 judgment in this action, ECF No. 207, is still in place, that judgment is hereby VACATED.

3. The Court shall adopt and enter the [Proposed] Final Judgment After Remand, Order of Vacatur, and Permanent Injunction attached as "Exhibit A" to the Motion.

**IT IS SO ORDERED.**

Dated: 8/1/2019

HON. RICHARD SEEBORG
United States District Judge

# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WILBUR L. ROSS, et al.,<br><br>　　　　Defendants. | Case No.　　18-cv-01865-RS<br><br>　　　　　　　18-cv-02279-RS<br><br>**[PROPOSED] FINAL JUDGMENT AFTER REMAND, ORDER OF VACATUR, AND PERMANENT INJUNCTION** |
| CITY OF SAN JOSE, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WILBUR L. ROSS, et al.,<br><br>　　　　Defendants. | |

　　　　In accordance with the Court's March 6, 2019 Findings of Fact and Conclusions of Law, the June 28, 2019 order of the United States Supreme Court in *Wilbur L. Ross, Secretary of Commerce, et al. v. California, et al.*, No. 18-1214, the Unopposed Motions to Enter Final Judgment After Remand filed by the Plaintiffs on July 30, 2019, and Rule 58(b)(2)(B) of the Federal Rules of Civil Procedure, it is **ORDERED, ADJUDGED, and DECREED** as follows:

**FINAL JUDGMENT AFTER REMAND**

In Case No. 18-cv-1865-RS:

- Final judgment is entered for Plaintiffs and against Defendants on Plaintiffs' Second Cause of Action (Violation of APA; 5 U.S.C. § 706).
- Final judgment is entered for Defendants and against Plaintiffs on Plaintiffs' First Cause of Action (Violation of Constitution's "Actual Enumeration" Mandate; U.S. Const. art. I, § 2, cl. 3).

In Case No. 18-cv-2279-RS:

- Final judgment is entered for Plaintiffs and against Defendants on Plaintiffs' Fourth Cause of Action (Violation of APA's Arbitrary and Capricious Standard; 5 U.S.C. § 706(2)(A)).
- Final judgment is entered for Defendants and against Plaintiffs on Plaintiffs' First Cause of Action (Violation of Constitution's "Actual Enumeration" Mandate; U.S. Const. art. I, § 2, cl. 3); Plaintiffs' Second Cause of Action (Violation of the Constitution's Apportionment Clause; U.S. Const. amend. XIV, § 2); and Plaintiffs' Third Cause of Action (Violation of APA's Requirement that Administrative Action Be in Accordance with Law, Not Contrary to Constitutional Right, and Not Beyond Statutory Authority; 5 U.S.C. § 706(2)).

**VACATUR AND REMAND**

Secretary Ross's March 26, 2018 decision to include a citizenship question on the 2020 Census is hereby **VACATED**. In light of the permanent injunction below, the decision is not remanded to the Department of Commerce.

**PERMANENT INJUNCTION**

Defendants, including the Secretary of Commerce in his official capacity, the Director of the Census Bureau in his official capacity, and any successors to those offices, together with their agents, servants, employees, attorneys, and other persons who are in active concert or participation with the foregoing, see Fed. R. Civ. P. 65(d)(2), are hereby **PERMANENTLY ENJOINED** from including a citizenship question on the 2020 decennial census questionnaire;

from delaying the process of printing the 2020 decennial census questionnaire after June 30, 2019 for the purpose of including a citizenship question; and from asking persons about citizenship status on the 2020 census questionnaire or otherwise asking a citizenship question as part of the 2020 decennial census.

      The Court will retain jurisdiction in these cases to enforce the terms of this Order until the 2020 Census results are processed and sent to the President by December 31, 2020.

**IT IS SO ORDERED.**

Dated: _____, 2019

RICHARD SEEBORG
United States District Judge

CASE NOS. 18-cv-01865-RS, 18-cv-02279-RS

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **State of California, et al. v. Wilbur L. Ross, et al.** | No. | **3:18-cv-01865** |

I hereby certify that on July 30, 2019, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**PLAINTIFFS' UNOPPOSED MOTION TO ENTER FINAL JUDGMENT AFTER REMAND; [PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 30, 2019, at Sacramento, California.

| | |
|---|---|
| Eileen A. Ennis | */s/ Eileen A. Ennis* |
| Declarant | Signature |

SA2018100904
13962370.docx