| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA Form CAND 133 (Rev. 2/2017) | BILL OF COSTS *Please follow the instructions on page 3 when completing this form.* | COURT USE ONLY OBJECTION DEADLINE: OBJECTION FILED: YES ☐        No ☐ |
|---|---|---|

| 1. CASE NAME State of California, et al. v. Wilbur L. Ross,  et al. | 2. CASE NUMBER 3:18-cv-01865-RS | 3. DATE JUDGMENT ENTERED August 1, 2019 | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED Defendants |
|---|---|---|---|
| 5. NAME OF CLAIMING PARTY State of California | 6.  NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE") Gabrielle D. Boutin | | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE |

8. REQUEST TO TAX THE FOLLOWING AS COSTS:                                                                                              (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | *Amt Allowed* | *Disallowed* | *Disallowance Reason* |
|---|---|---|---|---|---|
| **a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS** | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | $400.00 | 1.  Filing fee of $400 for filing initial complaint (See docket report for documentation, showing $400 filing fee paid) | | | |
| Service of Process, Civil LR 54-3(a)(2) | $2,053.00 | 1.  Service of Process (Serving Complaint) (Invoice from ACE for $1,017.00) 2.  Service of Process (Serving First Amended Complaint) (Invoice from ACE for $1,036.00) | | | |
| **b. REPORTERS' TRANSCRIPTS** | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | $6,344.55 | 1.  Reporter's Transcript of Hearing on Motion for Summary Judgment, held on 12/07/2018 (Invoice from Belle Ball for $191.10) 2.  Reporter's Transcript of Trial Proceedings, held on 01/07/2019 through 01/14/2019 (Invoice from Belle Ball for $2,739.30) 3.  Reporter's Transcript of Trial Proceedings, held on 01/07/2019 through 01/14/2019 (Invoice from Jo Ann Bryce for $2,728.75) 4.  Reporter's Transcript of Hearing on Motion to Dismiss held on 08/10/2018 (Invoice from Jo Ann Bryce for $ 105.30) 5.  Reporter's Transcript of Closing Arguments, held on 2/15/2019 (Invoice from Belle Ball for $580.10) | | | |
| Rulings from the bench, Civil LR 54-3(b)(2) | | | | | |

| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | | | | | |
|---|---|---|---|---|---|
| **c. DEPOSITIONS** | | | | | |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | $40,965.60 | 1. Deposition Transcript of Bernard Fraga, held on 10/17/2018 (Invoice from Esquire Deposition Solutions for $757.13)<br>2. Deposition Transcript of Stuart Gurrea, held on 10/24/2018 (Invoice from Esquire Deposition Solutions for $1,542.88)<br>3. Deposition Video of Stuart Gurrea, held on 10/24/2018 (Invoice from Esquire Deposition Solutions for $1,322.50)<br>4. Deposition Transcript of Matthew Barreto (Invoice from Free State Reporting for $2,156.31)<br>5. Deposition Transcript of John Abowd, held on 8/15/2019 (Invoice from Veritext Legal Solutions for $3,707.70)<br>6. Deposition Transcript of John Abowd, held on 8/29/2018 (Invoice from Veritext Legal Solutions for $4,823.77)<br>7. Deposition Transcript of John Abowd, held on 10/12/2018 (Invoice from Veritext Legal Solutions for $2,303.35)<br>8. Deposition Transcript of Earl Comstock, held on 08/30/2019 (Invoice from Veritext Legal Solutions for $4,932.59)<br>9. Deposition Transcript of John Gore, held on 10/26/2018 (Invoice from Veritext Legal Solutions for $1,392.28)<br>10. Deposition Transcript of Ron Jarmin, held on 08/20/2018 (Invoice from Veritext Legal Solutions for $4,389.68)<br>11. Deposition Transcript of Karen Dunn Kelley, held on 08/28/2018 (Invoice from Veritext Legal Solutions for $4,023.79)<br>12. Deposition Transcript of Mark Neuman, held on 10/28/2018 (Invoice from Veritext Legal Solutions for $2,154.32)<br>13. Deposition Transcript of Sahra Park-Su, held on 10/25/2018 (Invoice for $1,059.80)<br>14. Deposition Transcript of Wendy Teramoto, held on 08/24/2018 | | | |

| | | | | |
|---|---|---|---|---|
| | | (Invoice from Veritext Legal Solutions for $1,958.76)<br>15. Deposition Transcript of Andrew Reamer, held on 10/04/2018 (Invoice from Free State Reporting for $1,218.50)<br>16. Deposition transcript of Colm O'Muircheartaigh, held on 10/08/2018 (Invoice  from Esquire Deposition Solutions for $910.35)<br>17. Deposition transcript of John Abowd 30(b)(6), held on 10/05/2018 (Invoice Veritext Legal Solutions for $785.33)<br>18. Deposition transcript of Pamela Karlan, held on 12/18/2018 (Invoice from Veritext Legal Solutions for $760.95)<br>19. Deposition video of Pamela Karlan, held on 12/18/2018 (Invoice from Veritext Legal Solutions for $253.00)<br>20. Deposition transcript of Hermann Habermann, held on 10/12/2018 (Invoice from Esquire Deposition Solutions for $441.66) | | |
| Deposition exhibits, Civil LR 54-3(c)(3) | | 1. Exhibits to the deposition transcript of Hermann Habermann, held on 10/12/2018 (Invoice from Esquire Deposition Solutions for $64.95) | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | | | | |
| **d. REPRODUCTION, EXEMPLIFICATION** | | | | |
| Government records, Civil LR 54-3(d)(1) | | | | |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | | | | |
| Trial exhibits, Civil LR 54-3(d)(4) | $529.00 | 1. Trial Exhibit Preparation - Audio Transcription of Assembly Budget Subcommittee No. 4 (Invoice from Royal Phillips, for $529.00) | | |
| Visual aids, Civil LR 54(d)(5) | $8,243.60 | 1. Graphic Design Services for Trial Exhibits/Demonstratives (for trial) (Invoice from On The Record for $2,826.80)<br>2. Graphic Design Services for Trial Exhibits/Demonstratives (for closing arguments) (Invoice from On The Record for | | |

| | | | | | |
|---|---|---|---|---|---|
| | | $5,416.80) | | | |
| **e. WITNESS FEES AND EXPENSES** | | | | | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | $2,501.16 | 1. Bernard Fraga - Attendance Fee (January 9-January 11) (Travel to San Francisco = $40 fee; attending trial for one day = $40; travel home to Indiana = $40; $120 total)<br>2. Bernard Fraga - Subsistence/Per Diems (Per GSA per Diem rates, witness is allowed $76 per day for meals and incidental expenses and $57 for first and last day of travel; $190 total)<br>3. Bernard Fraga - Subsistence/Hotel (Hotel receipt from Courtyard Marriott; Per GSA Per Diem rates, witness is allowed $270/night in San Francisco = $540 total)<br>4. Bernard Fraga - Travel/Airfare (Receipt from Delta Airlines for $1,235.60) (Airfare receipt from Delta Airlines)<br>5. Andrew Reamer - Travel/Airfare (Receipt from Concur Solutions for $415.56) | | | |
| **f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS** | | | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | | | | | |
| Court-appointed experts, 28 USC § 1920(6) | | | | | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | | | | | |
| **g. MISCELLANEOUS COSTS** | | | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | | | | | |
| Costs of bonds and security, Civil LR 54-3(h) | | | | | |
| **TOTAL AMOUNT** | $61,036.91 | | $   0.00 | $   0.00 | |
| 9. ADDITIONAL COMMENTS, NOTES, ETC: | | | | | |

| 10. **AFFIDAVIT PURSUANT TO 28 USC § 1924**: I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.<br>**Name of Attorney/Claiming Party**: Gabrielle D. Boutin | 11. Costs are taxed in the amount of                                and included in the judgment.<br><br>Susan Y. Soong<br>Clerk of Court |
|---|---|
| **SIGNATURE**: */s/ Gabrielle D. Boutin*                    **DATE**:   8/15/19 | **BY**:                                , Deputy Clerk            **DATE**: |

| *WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821) | | | | | | | |
|---|---|---|---|---|---|---|---|
| WITNESS NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | | TOTAL COST |
| | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | Per Witness |
| Bernard Fraga, Bloomington, Indiana | 3 | 120.00 | 3 | 730.00 | Airfare | 1235.60 | 2085.60 |
| Andrew Reamer, Washington DC | | | | | Airfare | 415.56 | 415.56 |
| | | | | | **TOTAL WITNESS FEES/EXPENSES** | | 2501.16 |

| CAND 133<br>(Rev. 02/2017) | INSTRUCTIONS |
|---|---|

## GENERAL INSTRUCTIONS

Use this form CAND 133 in the Northern District of California in lieu of AO 133 when seeking to tax costs under Fed. R. Civ. P. 54(d)(1) and Civil L.R. 54. For applicable deadlines, see Civil L.R. 54.

- On the cost table (Item 8), in the column for "List Supporting Documentation," specifically cross-reference the documentation you are submitting for that item (*example: Declaration of Jessica Smith, Ex 1 (invoice from ABC Graphics)).* Use as much space as necessary to identify supporting documentation.
- Attach to your bill an itemization and documentation for requested costs in all categories.
- Each stipulation or order in the case regarding the formats for discovery of documents and electronically stored information, or relating to any other cost item, should be attached to the bill and referenced as "supporting documentation" next to each item to which it relates.
- Enter the amounts claimed for each item in the "amount claimed" column; for witness fees/expenses (Item 8(e)), enter the total from the Witness Fees/Expenses Computation Worksheet on page 2. To automatically calculate the total amount after entering all cost items, highlight the dollar amount on the last line of the AMOUNT CLAIMED column, and (i) right-click and select Update Field, or (ii) press F9.  The total amount can also be entered manually.
- Affidavit (Item 10) must be signed by attorney acting for the party claiming costs.

## FILING INSTRUCTIONS

- Completed cost bill must be submitted to court in two ways: (1) pages 1-2 must be saved as a PDF and e-filed in the case docket via the Court's Case Management│Electronic Case Filing ("CM│ECF") system along with all supporting documentation; and (2) a copy of the Word document (.doc or .docx) must be submitted by email to costbills@cand.uscourts.gov. A chambers copy must also be submitted pursuant to Civil L.R. 5-1(e)(7).
- If this bill of costs is not electronically served, a certificate of service must be filed pursuant to Civil L.R. 5-5.

## WITNESS FEES/EXPENSES COMPUTATION WORKSHEET: INSTRUCTIONS

- Travel in a privately owned vehicle ("POV") is computed at federal government rates in the year of travel. Visit gsa.gov for current POV mileage reimbursement rate.
- For mileage claims, distances should be documented (through Google maps or similar); point of trip origin should be documented, if different from place of residence.
- Subsistence expenses (including lodging and meals) for overnight stay (if required due to distance) are allowed but may not exceed maximum per diem allowance for federal government employees. View gsa.gov lodging per diem rates. View gsa.gov meals and incidental expenses per diem rates.
- If there are more than 5 witnesses, additional lines may be added to the Worksheet and the total amount of Witness Fees/Expenses must be entered manually.

## REPRODUCTION & EXEMPLIFICATION: GUIDANCE RE: ELECTRONIC DISCOVERY

- While there may be special circumstances in individual cases, the following kinds of document production costs are generally considered taxable unless a stipulation or order in the case provides otherwise:

| | | |
|---|---|---|
| Auto feed scanning of hard copy documents | Document coding | Image endorsing (electronic labeling or numbering) |
| Bates stamp | ED deliverables | Load file creation |
| Blowback scanning of paper documents | Electronic label/Bates numbering | Metadata extraction |
| Conversion of native files to different format<br>   for production | External hard drive used for production; copying<br>   files to storage media for production | OCR (optical character recognition) |
| | | Slip sheets |
| Data archive | Heavy litigation scanning | TIFF conversion |

## REASON CODES FOR CLERK'S DISALLOWANCE OF CLAIMED COSTS

**"A"** — No supporting documentation provided.
**"B"** — Supporting documentation does not support full amount claimed.
**"C"** — Disallowed as excessive expense (28 USC §1821(c)(1))
**"D"** — Disallowed as unrecoverable under 28 USC §1920.
**"E"** — Disallowed amount is outside the ambit of Civil Local Rule 54-3.

**State of California, et al. v. Wilbur L. Ross, et al.**
**Bill of Costs Itemization**

| Item | Details | Rule | Amount |
|------|---------|------|--------|
| **Fees of the Clerk and Service of Process** | | | |
| Initial Filing Fee/Appearance Fee | Docket report shows $400 filing fee paid | LR 54-3(a)(1), 18 U.S.C. 1923 | $400.00 |
| Service of Process (Serving Complaint) | ACE Attorney Service, Inc., Invoice #223946 | LR 54-3(a)(2) | $1,017.00 |
| Service of Process (Serving First Amended Complaint) | ACE Attorney Service, Inc., Invoice #217957, Dated 05/07/2018 | LR 54-3(a)(2) | $1,036.00 |
| | | *Subtotal* | *$2,453.00* |
| **Reporter Transcripts** | | | |
| Reporter's Transcript of Hearing on Motion for Summary Judgment, held on 12/07/2018 | Invoice #20190012, Dated 01/07/2019, From Belle Ball, CSR | LR 54-3(b)(1) | $191.10 |
| Reporter's Transcript of Trial Proceedings, held on 01/07/2019 through 01/14/2019 | Invoice #20190026, Dated 01/07/2019, from Belle Ball, CSR | LR 54-3(b)(1) | $2,739.30 |
| Reporter's Transcript of Trial Proceedings, held on 01/07/2019 through 01/14/2019 | Invoice #20191211, Dated 01/07/2019, from Jo Ann Bryce, CSR, RMR, CRR | LR 54-3(b)(1) | $2,728.75 |
| Reporter's Transcript of Hearing on Motion to Dismiss held on 08/10/2018 | Invoice#20181099, Dated 09/05/2018, from Jo Ann Bryce, CSR, RMR, CRR | LR 54-3(b)(1) | $105.30 |
| Reporter's Transcript of Closing Arguments, held on 2/15/2019 | Invoice #20190106, Dated 3/14/2019, from Belle Ball, CSR | LR 54-3(b)(1) | $580.10 |
| | | *Subtotal* | *$6,344.55* |
| **Depositions** | | | |
| Deposition Transcript of Bernard Fraga, held on 10/17/2018 | Esquire Deposition Solutions, Invoice #INV1343702, Dated 10/23/2018 | LR 54-3(c)(1) | $757.13 |
| Deposition Transcript of Stuart Gurrea, held on 10/24/2018 | Esquire Deposition Solutions, Invoice #INV1355567, Dated 11/08/2018 | LR 54-3(c)(1) | $1,542.88 |
| Deposition Video of Stuart Gurrea, held on 10/24/2018 | Esquire Deposition Solutions, Invoice #INV1361119, Dated 11/16/2018 | LR 54-3(c)(1) | $1,322.50 |
| Deposition Transcript of Matthew Barreto, held on 10/11/2018 | Free State Reporting, Inc., Invoice #2481, Dated 10/16/2018 | LR 54-3(c)(1) | $2,156.31 |
| Deposition Transcript of John Abowd, held on 8/15/2018 | Veritext Legal Solutions, Invoice #PA3456409, Dated 8/29/2018 | LR 54-3(c)(1) | $3,707.70 |
| Deposition Transcript of John Abowd, held on 8/29/2018 | Veritext Legal Solutions, Invoice #PA3471224, Dated 9/7/2018 | LR 54-3(c)(1) | $4,823.77 |
| Deposition Transcript of John Abowd, held on 10/12/2018 | Veritext Legal Solutions, Invoice #PA3518259, Dated 10/26/2018 | LR 54-3(c)(1) | $2,303.35 |
| Deposition Transcript of Earl Comstock, held on 08/30/2018 | Veritext Legal Solutions, Invoice #PA3471218, Dated 09/07/2018 | LR 54-3(c)(1) | $4,932.59 |
| Deposition Transcript of John Gore, held on 10/26/2018 | Veritext Legal Solutions, Invoice #PA3529498, Dated 10/31/2018 | LR 54-3(c)(1) | $1,392.28 |
| Deposition Transcript of Ron Jarmin, held on 08/20/2018 | Veritext Legal Solutions, Invoice #PA3456503, Date 08/25/2018 | LR 54-3(c)(1) | $4,389.68 |
| Deposition Transcript of Karen Dunn Kelley, held on 08/28/2018 | Veritext Legal Solutions, Invoice #PA3465204, Dated 08/31/2018 | LR 54-3(c)(1) | $4,029.79 |
| Deposition Transcript of Mark Neuman, held on 10/28/2018 | Veritext Legal Solutions, Invoice #PA3534334, Dated 11/05/2018 | LR 54-3(c)(1) | $2,154.32 |
| Deposition Transcript of Sahra Park-Su, held on 10/25/2018 | Veritext Legal Solutions, Invoice #PA3533731, Dated 11/08/2018 | LR 54-3(c)(1) | $1,059.80 |
| Deposition Transcript of Wendy Teramoto, held on 08/24/2018 | Veritext Legal Solutions, Invoice #PA3461673, Dated 08/29/2018 | LR 54-3(c)(1) | $1,958.76 |
| Deposition Transcript of Andrew Reamer, held on 10/04/2018 | Free State Reporting, Inc., Invoice #2449, Dated 10/09/2018 | LR 54-3(c)(1) | $1,218.50 |
| Deposition transcript of Colm O'Muircheartaigh, held on 10/08/2018 | Esquire Deposition Solutions, Invoice #INV1343691, Dated 10/23/2018 | LR 54-3(c)(1) | $910.35 |
| Deposition transcript of John Abowd 30(b)(6), held on 10/05/2018 | Veritext Legal Solutions, Invoice #PA3507384, Dated 10/16/2018 | LR 54-3(c)(1) | $785.33 |

**State of California, et al. v. Wilbur L. Ross, et al.**
**Bill of Costs Itemization**

| Item | Details | Rule | Amount |
|---|---|---|---|
| Deposition video of Pamela Karlan, held on 12/18/2018 | Veritext Legal Solutions, Invoice #PA3606514, Dated 01/07/2019 | LR 54-3(c)(1) | $253.00 |
| Deposition transcript of Pamela Karlan, held on 12/18/2018 | Veritext Legal Solutions, Invoice #PA3596869, Dated 12/27/2019 | LR 54-3(c)(1) | $760.95 |
| Deposition transcript of Hermann Habermann, held on 10/12/2018 | Esquire Deposition Solutions, Invoice #INV1343206, Dated 10/22/2018 | LR 54-3(c)(1) | $441.66 |
| Exhibits to the deposition transcript of Hermann Habermann, held on 10/12/2018 | Esquire Deposition Solutions, Invoice #INV1344768, Dated 10/24/2018 | LR 54-3(c)(1) | $64.95 |
| | | *Subtotal* | *$40,965.60* |
| **Reproduction, Exemplification** | | | |
| Trial Exhibit Preparation - Audio Transcription of Assembly Budget Subcommittee No. 4 | Royal Philips, Inc., Invoice #2528RP22, Dated 12/20/2018 | LR 54-3(d)(5) | $529.00 |
| Graphic Design Services for Trial Exhibits/Demonstratives (for trial) | On The Record, Invoice #2019-005, Dated 01/31/2019 | LR 54-3(d)(5) | $2,826.80 |
| Graphic Design Services for Trial Exhibits/Demonstratives (for closing arguments) | On The Record, Invoice #2019-015, Dated 02/25/2019 | LR 54-3(d)(5) | $5,416.80 |
| | | *Subtotal* | *$8,772.60* |
| **Witness Fees** | | | |
| Bernard Fraga - Attendance Fee (January 9-January 11) | Per 28 USC 1821, a witness shall be paid $40 per day for each day's attendance, and $40 for each time the witness goes to and from the place of attendance.  (Travel to San Francisco = $40 fee; attending trial for one day = $40; travel home to Indiana = $40) | LR 54-3(e); 28 U.S.C. 1821 | $120.00 |
| Bernard Fraga - Subsistence/Per Diems | Daily per diems for breakfast, lunch, dinner, and incidentals. No receipts included. | LR 54-3(e); 28 U.S.C. 1821; 5 U.S.C. 5702 (Per GSA per diem rates, witness is allowed $76 per day for meals and incidental expenses and $57 for first and last day of travel: https://www.gsa.gov/travel/plan-book/per-diem-rates/per-diem-rates-lookup/?action=perdiems_report&state=CA&fiscal_year=2019&zip=&city=san%20francisco | $190.00 |
| Bernard Fraga - Subsistence/Hotel | Receipt from Courtyard Marriott for Hotel for Trial, Folio #90609, Dated 01/11/2019 | LR 54-3(e); 28 U.S.C. 1821; 5 U.S.C. 5702 (Per GSA Per Diem rates, witness is allowed $270/night in San Francisco: https://www.gsa.gov/travel/plan-book/per-diem-rates/per-diem-rates-lookup/?action=perdiems_report&state=CA&fiscal_year=2019&zip=&city=san%20francisco | $540.00 |
| Bernard Fraga - Travel/Airfare (Indiana to San Francisco; San Francisco to Indiana) | Receipt from Delta Airlines for Flight from Indianapolis, Indiana to San Francisco, CA, Confirmation #GM5X99, Dated 12/11/2018 | LR 54-3(e); 28 U.S.C. 1821; 5 U.S.C. 5702 | $1,235.60 |
| Andrew Reamer - Travel/Airfare (Washington DC to San Francisco; San Francisco to Washington DC) | Receipt from Concur Solutions for Flight to/from Washington DC to San Francisco, Dated 12/06/2018 | LR 54-3(e); 28 U.S.C. 1821; 5 U.S.C. 5702 | $415.56 |
| | | *Subtotal* | *$2,501.16* |
| | | **Total** | **$61,036.91** |

ADRMOPTERM,APPEAL,CLOSED,RELATE

## U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:18–cv–01865–RS

State of California v. Ross et al
Assigned to: Judge Richard Seeborg
Relate Case Case:  3:18–cv–02279–RS
Case in other court: **19–15456**
Cause: 28:1331 Fed. Question: Review Agency Decision

Date Filed: 03/26/2018
Date Terminated: 03/13/2019
Jury Demand: None
Nature of Suit: 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**State of California**
*by and through Attorney General Xavier Becerra*

represented by **Gabrielle Downey Boutin**
Office of the Attorney General
Department of Justice
1300 I Street, Suite 125
Sacramento, CA 95814
(916) 210–6053
Fax: (916) 324–8835
Email: gabrielle.boutin@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd Grabarsky**
300 S. Spring St. Ste. 1700
Los Angeles, CA 90013
310–779–9729
Email: todd.grabarsky@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna Theresa Ferrari**
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
415–510–3779
Fax: 415–703–5480
Email: Anna.Ferrari@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Noreen Patricia Skelly**
California Department of Justice, Office of the Attorney Gen
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244–2550
916–210–6057
Fax: 916–324–8835
Email: Noreen.Skelly@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**R. Matthew Wise**
Office of the Attorney General
Department of Justice
1300 I Street, Suite 125
Sacramento, CA 95814
(916) 210–6046
Fax: (916) 324–8835
Email: Matthew.Wise@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**County of Los Angeles**
represented by
**Charles Lagrange Coleman , III**
Holland & Knight LLP
50 California Street, Suite 2800
San Francisco, CA 94111−4624
(415) 743−6900
Fax: (415) 743−6910
Email: ccoleman@hklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margaret Louise Carter**
O'Melveny and Myers LLP
400 S. Hope Street
Los Angeles, CA 90071−2899
(213) 430−7592
Fax: (213) 430−6407
Email: mcarter@omm.com
*TERMINATED: 08/07/2018*
*LEAD ATTORNEY*

**Daniel R. Suvor**
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071
(213) 430−7669
Fax: (213) 430−6407
Email: dsuvor@omm.com
*TERMINATED: 08/07/2018*

**David Ilan Holtzman**
Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
(415) 743−6900
Fax: (415) 743−6910
Email: david.holtzman@hklaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**City of Los Angeles**
represented by
**Valerie Louise Flores**
City Attorney's Office for the City of Los
Angeles
200 North Main Street, 7th Floor, MS 140
Los Angeles, CA 90012
(213) 978−8149
Fax: (213) 978−8222
Email: valerie.flores@lacity.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen Alice Kenealy**
Los Angeles City Attorney's Office
200 N. Main Street
City Hall East – Suite 800
Los Angeles, CA 90012
213−978−8354
Email: kathleen.kenealy@lacity.org
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**City of Fremont**
represented by
**Harvey Levine**
City Attorney's Office for the City of

Fremont
3300 Capitol Avenue
Fremont, CA 94538
(510) 284–4030
Fax: (510) 284–4031
Email: hlevine@fremont.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**City of Long Beach**      represented by    **Michael John Mais**
City Attorney's Office for the City of Long
Beach
333 W. Ocean Boulevard, 11th Floor
Long Beach, CA 90802
(562) 570–2200
Fax: (562) 436–1579
Email: Michael.Mais@longbeach.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**City of Oakland**      represented by    **Erin Brianna Bernstein**
City Attorney's Office for the City of
Oakland
1 Frank Ogawa Plaza, 6th Floor
Oakland, CA 94612
(510) 238–6392
Fax: (510) 238–6500
Email: ebernstein@oaklandcityattorney.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maria Bee**
Oakland City Attorney's Office
One Frank H. Ogawa Plaza, 6th Fl.
Oakland, CA 94612–1999
(510) 238–3814
Email: mbee@oaklandcityattorney.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Malia McPherson**
City Attorney's Office for the City of
Oakland
1 Frank Ogawa Plaza, 6th Floor
Oakland, CA 94612
(510) 238–4493
Fax: (510) 238–6500
Email: mmcpherson@oaklandcityattorney.org
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**City of Stockton**      represented by    **John Michael Luebberke**
City Attorney's Office for the City of
Stockton
425 N. El Dorado Street, 2nd Floor
Stockton, CA 95202
(209) 937–8333
Fax: (209) 937–8898
Email: John.Luebberke@stockton.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Pla**

**Los Angeles Unified School District**                     represented by  **Sue Ann Salmon Evans**
Dannis Woliver Kelley
115 Pine Avenue
Suite 500
Long Beach, CA 90803
562−366−8500
Fax: 562−366−8505
Email: sevans@DWKesq.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Robert Holmquist , Myles**
David R Holmquist
Office of the General Counsel
333 S. Beaudry Avenue
24th Floor
Los Angeles, CA 90017
213−241−7600
Fax: 213−241−8444
Email: david.holmquist@lausd.net
*ATTORNEY TO BE NOTICED*

**Keith Alexander Yeomans**
Dannis Woliver Kelley
115 Pine Avenue
Suite 500
Long Beach, CA 90802
562−366−8500
Fax: 562−366−8505
Email: kyeomans@dwkesq.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Wilbur Ross, Jr**                     represented by  **Carlotta Porter Wells**
*in his official capacity as Secretary of the*                     US Department of Justice
*U.S.Department of Commerce*                     Civil Division/Federal Programs Branch
20 Massachusetts Avenue, NW
Room 7150
Washington, DC 20530
202−514−4522
Fax: 202−616−8470
Email: carlotta.wells@usdoj.gov
*TERMINATED: 07/10/2019*
*LEAD ATTORNEY*

**Carol Federighi**
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
(202) 514−1903
Email: carol.federighi@usdoj.gov
*TERMINATED: 07/10/2019*
*LEAD ATTORNEY*

**Glenn M. Girdharry**
United States Department of Justice

Civil Division
950 Pennsylvania Avenue NW, Room 3141
Washington, DC 20530
(202) 514–3301
Email: glenn.girdharry@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kate Bailey**
US Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave NW
Rm 6139
Washington, DC 20001
202–514–9239
Email: kate.bailey@usdoj.gov
*TERMINATED: 07/10/2019*
*LEAD ATTORNEY*

**Brett A. Shumate**
United States Department of Justice
Civil Division
950 Pennsylvania Ave., NW
Washington, DC 20530
202–514–2331
Email: brett.a.shumate@usdoj.gov
*TERMINATED: 07/10/2019*

**Christopher A. Bates**
United States Department of Justice
Civil Dvision
950 Pennsylvania Avenue NW, Room 3141
Washington, DC 20530
(202) 514–3307
Email: christopher.a.bates@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Christopher Robert Bachner Reimer**
United States Department of Justice
Civil Division
950 Pennsylvania Avenue NW, Room 3141
Washington, DC 20530
(202) 514–3301
Email: Christopher.r.reimer@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Colin A. Kisor**
United States Department of Justice
Civil Division
950 Pennsylvania Avenue NW, Room 3141
Washington, DC 20530
(202) 514–3301
Email: colin.kisor@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Daniel A. Schiffer**
United States Department of Justice
Civil Division
950 Pennsylvania Avenue NW, Room 3141
Washington, DC 20530
(202) 514–3301
Email: daniel.a.schiffer@usdoj.gov
*ATTORNEY TO BE NOTICED*

**David Michael Morrell**

United States Department of Justice
Civil Division
950 Pennsylvania Avenue NW, Room 3141
Washington, DC 20530
(202) 514–2331
Email: david.m.morrell@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Gerald Brinton Lucas**
950 Pennsylvania Ave. NW
Washington, DC 20530
202–305–7920
Email: brinton.lucas@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Martin Tomlinson**
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20001
202–353–4556
Fax: 202–616–8470
Email: martin.m.tomlinson@usdoj.gov
*TERMINATED: 07/10/2019*

**Stephen Ehrlich**
United States Department of Justice
Civil Divisions, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
(202) 305–9803
Email: stephen.ehrlich@usdoj.gov
*TERMINATED: 07/10/2019*

**Defendant**

| | | |
|---|---|---|
| **U.S. Department of Commerce** | represented by | **Carlotta Porter Wells**<br>(See above for address)<br>*TERMINATED: 07/10/2019*<br>*LEAD ATTORNEY* |

**Carol Federighi**
(See above for address)
*TERMINATED: 07/10/2019*
*LEAD ATTORNEY*

**Glenn M. Girdharry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kate Bailey**
(See above for address)
*TERMINATED: 07/10/2019*
*LEAD ATTORNEY*

**Brett A. Shumate**
(See above for address)
*TERMINATED: 07/10/2019*

**Christopher A. Bates**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Robert Bachner Reimer**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Colin A. Kisor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel A. Schiffer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Michael Morrell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gerald Brinton Lucas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marsha S. Edney**
Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Rm. 7148
Washington, DC 20530
(202) 514–4520
Email: marsha.edney@usdoj.gov
*TERMINATED: 07/10/2019*

**Martin Tomlinson**
(See above for address)
*TERMINATED: 07/10/2019*

**Stephen Ehrlich**
(See above for address)
*TERMINATED: 07/10/2019*

**Defendant**

**Ron Jarmin**
*in his official capacity as Acting Director
of the U.S. Census Bureau*

represented by **Carlotta Porter Wells**
(See above for address)
*TERMINATED: 07/10/2019*
*LEAD ATTORNEY*

**Carol Federighi**
(See above for address)
*TERMINATED: 07/10/2019*
*LEAD ATTORNEY*

**Glenn M. Girdharry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kate Bailey**
(See above for address)
*TERMINATED: 07/10/2019*
*LEAD ATTORNEY*

**Brett A. Shumate**
(See above for address)
*TERMINATED: 07/10/2019*

**Christopher A. Bates**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Christopher Robert Bachner Reimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Michael Morrell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gerald Brinton Lucas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Martin Tomlinson**
(See above for address)
*TERMINATED: 07/10/2019*

**Stephen Ehrlich**
(See above for address)
*TERMINATED: 07/10/2019*

**Defendant**

**U.S. Census Bureau**     represented by  **Carlotta Porter Wells**
(See above for address)
*TERMINATED: 07/10/2019*
*LEAD ATTORNEY*

**Carol Federighi**
(See above for address)
*TERMINATED: 07/10/2019*
*LEAD ATTORNEY*

**Glenn M. Girdharry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kate Bailey**
(See above for address)
*TERMINATED: 07/10/2019*
*LEAD ATTORNEY*

**Brett A. Shumate**
(See above for address)
*TERMINATED: 07/10/2019*

**Christopher A. Bates**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Robert Bachner Reimer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel A. Schiffer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Michael Morrell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gerald Brinton Lucas**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Marsha S. Edney**
(See above for address)
*TERMINATED: 07/10/2019*

**Martin Tomlinson**
(See above for address)
*TERMINATED: 07/10/2019*

**Stephen Ehrlich**
(See above for address)
*TERMINATED: 07/10/2019*

**Defendant**

**Frank Pallone, Jr.**                      represented by   **Elizabeth B. Wydra**
                                                             Constitutional Accountability Center
                                                             1200 18th Street, NW
                                                             Suite 501
                                                             Washington, DC 20036
                                                             202 296 6889
                                                             Fax: 202 296 6895
                                                             Email: elizabeth@theusconstitution.org
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Gerald Brinton Lucas**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Amicus**

**American Center for Law and Justice**    represented by   **Vladimir Frank Kozina**
                                                             Mayall Hurley, P.C.
                                                             2453 Grand Canal Boulevard
                                                             Stockton, CA 95207
                                                             United Sta
                                                             209–477–3833
                                                             Fax: 209–473–4818
                                                             Email: vkozina@mayallaw.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Amicus**

**Project on Fair Representation**         represented by   **Bryan Kipp Weir**
                                                             Consovoy McCarthy PLLC
                                                             1600 Wilson Boulevard, Suite 700
                                                             Arlington, VA 22209
                                                             (703) 243–9423
                                                             Email: bryan@consovoymccarthy.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Amicus**

**Brian Schatz**                           represented by   **Elizabeth B. Wydra**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Amicus**

**Michael F. Bennet**                      represented by   **Elizabeth B. Wydra**
                                                             (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Richard Blumenthal**                    represented by   **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Cory A. Booker**                        represented by   **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Ben Cardin**                            represented by   **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Tammy Duckworth**                       represented by   **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Richard Durbin**                        represented by   **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Kamala D. Harris**                      represented by   **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Mazie Hirono**                          represented by   **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Bill Nelson**                           represented by   **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Ron Wyden**                             represented by   **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Carolyn Maloney**                       represented by

**Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Nanette Diaz Barragan**                    represented by **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Howard Berman**                            represented by **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Donald S. Beyer, Jr.**                     represented by **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Earl Blumenauer**                          represented by **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Anthony G. Brown**                         represented by **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Michael Capuano**                          represented by **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Salud O. Carbajal**                        represented by **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Tony Cardenas**                            represented by **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Andre Carson**                             represented by **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Judy Chu**                               represented by **Elizabeth B. Wydra**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**David N. Cicilline**                     represented by **Elizabeth B. Wydra**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**Yvette D. Clarke**                       represented by **Elizabeth B. Wydra**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**Wm. Lacy Clay**                          represented by **Elizabeth B. Wydra**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**Emanuel Cleaver, II**                    represented by **Elizabeth B. Wydra**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**James Clyburn**                          represented by **Elizabeth B. Wydra**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**Steve Cohen**                            represented by **Elizabeth B. Wydra**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**Gerrold Connolly**                       represented by **Elizabeth B. Wydra**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**J. Luis Correa**                         represented by **Elizabeth B. Wydra**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**Joe Courtney**                           represented by **Elizabeth B. Wydra**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**Joe Crowley**                                    represented by   **Elizabeth B. Wydra**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Amicus**

**Henry Cuellar**                                  represented by   **Elizabeth B. Wydra**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Amicus**

**Elijah E. Cummings**                             represented by   **Elizabeth B. Wydra**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Amicus**

**Danny K. Davis**                                 represented by   **Elizabeth B. Wydra**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Amicus**

**Diana DeGette**                                  represented by   **Elizabeth B. Wydra**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Amicus**

**John K. Delaney**                                represented by   **Elizabeth B. Wydra**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Amicus**

**Rosa L. DeLauro**                                represented by   **Elizabeth B. Wydra**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Amicus**

**Mark DeSaulnier**                                represented by   **Elizabeth B. Wydra**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Amicus**

**Ted Deutch**                                     represented by   **Elizabeth B. Wydra**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Amicus**

**Debbie Dingell**                                 represented by   **Elizabeth B. Wydra**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*

**<u>Amicus</u>**

**Keith Ellison**                     represented by  **Elizabeth B. Wydra**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**<u>Amicus</u>**

**Eliot L. Engel**                    represented by  **Elizabeth B. Wydra**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**<u>Amicus</u>**

**Adriano Espaillat**                 represented by  **Elizabeth B. Wydra**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**<u>Amicus</u>**

**Elizabeth Esty**                    represented by  **Elizabeth B. Wydra**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**<u>Amicus</u>**

**Bill Foster**                       represented by  **Elizabeth B. Wydra**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**<u>Amicus</u>**

**Lois Frankel**                      represented by  **Elizabeth B. Wydra**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**<u>Amicus</u>**

**Marcia L. Fudge**                   represented by  **Elizabeth B. Wydra**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**<u>Amicus</u>**

**Ruben Gallego**                     represented by  **Elizabeth B. Wydra**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**<u>Amicus</u>**

**Jimmy Gomez**                       represented by  **Elizabeth B. Wydra**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**<u>Amicus</u>**

**Gene Green**                        represented by  **Elizabeth B. Wydra**
                                                      (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**
**Raul M. Grijalva**                                     represented by  **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**
**Luis V. Gutierrez**                                    represented by  **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**
**Colleen Hanabusa**                                     represented by  **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**
**Alcee L. Hastings**                                    represented by  **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**
**Steny Hoyer**                                          represented by  **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**
**Sheila Jackson Lee**                                   represented by  **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**
**Pramila Jayapal**                                      represented by  **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**
**Hakeem Jeffries**                                      represented by  **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**
**Henry C. "Hank" Johnson, Jr.**                         represented by  **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**
**Ro Khanna**                                            represented by

**Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**Ruben J. Kihuen**                        represented by   **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**Daniel T. Kildee**                       represented by   **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**John B. Larson**                         represented by   **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**Brenda L. Lawrence**                     represented by   **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**Barbara Lee**                            represented by   **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**John Lewis**                             represented by   **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**Zoe Lofgren**                            represented by   **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**Alan Lowenthal**                         represented by   **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**Nita Lowey**                             represented by   **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Michelle Lujan Grisham**                represented by  **Elizabeth B. Wydra**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**Stephen F. Lynch**                       represented by  **Elizabeth B. Wydra**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**Doris Matsui**                           represented by  **Elizabeth B. Wydra**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**Betty McCollum**                         represented by  **Elizabeth B. Wydra**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**A. Donald McEachin**                     represented by  **Elizabeth B. Wydra**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**James P. McGovern**                      represented by  **Elizabeth B. Wydra**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**Jerry McNerney**                         represented by  **Elizabeth B. Wydra**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**Gregory W. Meeks**                       represented by  **Elizabeth B. Wydra**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**Grace Meng**                             represented by  **Elizabeth B. Wydra**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**Constance Morella**                      represented by  **Elizabeth B. Wydra**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**Gwen Moore**                                  represented by   **Elizabeth B. Wydra**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Amicus**

**Jerrold Nadler**                              represented by   **Elizabeth B. Wydra**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Amicus**

**Grace F. Napolitano**                         represented by   **Elizabeth B. Wydra**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Amicus**

**Rick Nolan**                                  represented by   **Elizabeth B. Wydra**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Amicus**

**Donald Norcross**                             represented by   **Elizabeth B. Wydra**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Amicus**

**Eleanor Holmes Norton**                       represented by   **Elizabeth B. Wydra**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Amicus**

**Jimmy Panetta**                               represented by   **Elizabeth B. Wydra**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Amicus**

**Bill Pascrell, Jr.**                          represented by   **Elizabeth B. Wydra**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Amicus**

**Nancy Pelosi**                                represented by   **Elizabeth B. Wydra**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Amicus**

**Ed Perlmutter**                               represented by   **Elizabeth B. Wydra**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Amicus**

**Chellie Pingree**                          represented by **Elizabeth B. Wydra**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Amicus**

**Mark Pocan**                               represented by **Elizabeth B. Wydra**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Amicus**

**Jared Polis**                              represented by **Elizabeth B. Wydra**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Amicus**

**John Porter**                              represented by **Elizabeth B. Wydra**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Amicus**

**David E. Price**                           represented by **Elizabeth B. Wydra**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Amicus**

**Mike Quigley**                             represented by **Elizabeth B. Wydra**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Amicus**

**Jamie Raskin**                             represented by **Elizabeth B. Wydra**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Amicus**

**Kathleen M. Rice**                         represented by **Elizabeth B. Wydra**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Amicus**

**Jacky Rosen**                              represented by **Elizabeth B. Wydra**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Amicus**

**Lucille Roybal–Allard**                    represented by **Elizabeth B. Wydra**
                                                            (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Bobby L. Rush**                        represented by  **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Linda T. Sanchez**                     represented by  **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**John Sarbanes**                        represented by  **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Janice D. Schakowsky**                 represented by  **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Claudine Schneider**                   represented by  **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Jose Serrano**                         represented by  **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Brad Sherman**                         represented by  **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Albio Sires**                          represented by  **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**David Skaggs**                         represented by  **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Adam Smith**                           represented by

**Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**Peter Smith**                          represented by   **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**Darren Soto**                          represented by   **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**Jackie Speier**                        represented by   **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**Mark Takano**                          represented by   **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**Bennie G. Thompson**                   represented by   **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**Mike Thompson**                        represented by   **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**Dina Titus**                           represented by   **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**Norma J. Torres**                      represented by   **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**Juan Vargas**                          represented by   **Elizabeth B. Wydra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Filemon Vela**                                    represented by **Elizabeth B. Wydra**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Amicus**

**Nydia M. Velazquez**                              represented by **Elizabeth B. Wydra**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Amicus**

**Tim Walz**                                        represented by **Elizabeth B. Wydra**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Amicus**

**Debbie Wasserman Schultz**                        represented by **Elizabeth B. Wydra**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Amicus**

**Bonnie Watson Coleman**                           represented by **Elizabeth B. Wydra**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Amicus**

**Henry A. Waxman**                                 represented by **Elizabeth B. Wydra**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Amicus**

**Peter Welch**                                     represented by **Elizabeth B. Wydra**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Amicus**

**John Yarmuth**                                    represented by **Elizabeth B. Wydra**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Amicus**

**The Leadership Conference on Civil                represented by **Michael A Mugmon**
and Human Rights**                                                 Wilmer Cutler Pickering Hale & Dorr LLP
                                                                   One Front Street, Suite 3500
                                                                   San Francisco, CA 94111
                                                                   628 235–1006
                                                                   Fax: 650 858–6100
                                                                   Email: michael.mugmon@wilmerhale.com
                                                                   *ATTORNEY TO BE NOTICED*

**Amicus**

**The Leadership Conference Education Fund**

represented by **Michael A Mugmon**
(See above for address)
*ATTORNEY TO BE NOTICED*

Amicus

**Muslim Advocates**

represented by **Michael A Mugmon**
(See above for address)
*ATTORNEY TO BE NOTICED*

Amicus

**The Brennan Center for Justice at N.Y.U. School of Law**

represented by **Michael A Mugmon**
(See above for address)
*ATTORNEY TO BE NOTICED*

Amicus

**National Coalition on Black Civic Participation**

represented by **Michael A Mugmon**
(See above for address)
*ATTORNEY TO BE NOTICED*

Amicus

**NALEO Educational Fund**

represented by **Michael A Mugmon**
(See above for address)
*ATTORNEY TO BE NOTICED*

Amicus

**Legislature of the State of California**

represented by **Robin Bradle Johansen**
Remcho, Johansen & Purcell, LLP
1901 Harrison Street, Suite 1550
Oakland, CA 94612
510–346–6200
Fax: 510–346–6201
Email: rjohansen@rjp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Amicus

**American Statistical Association**

represented by **Megan Dixon**
Hogan Lovells US LLP
3 Embarcadero Center, Suite 1500
San Francisco, CA 94111
415–374–2300
Fax: 415–374–2499
Email: megan.dixon@hoganlovells.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Amicus

**American Sociological Association**

represented by **Megan Dixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Amicus

**Population Association of America**

represented by **Megan Dixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Amicus

| | | |
|---|---|---|
| **Tech:NYC** | represented by | **Alexander H. Southwell**<br>Gibson, Dunn and Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166<br>212–351–4000<br>Fax: 212–351–4035<br>Email: asouthwell@gibsondunn.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Julian Wolfe Kleinbrodt**<br>Gibson Dunn and Crutcher, LLP<br>555 Mission Street<br>Suite 3000<br>San Francisco, CA 94105<br>415–393–8382<br>Email: JKleinbrodt@gibsondunn.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Stuart F. Delery**<br>Gibson, Dunn and Crutcher LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>(202) 887–3650<br>Email: sdelery@gibsondunn.com<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Univision Communications Inc.** | represented by | **Alexander H. Southwell**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Julian Wolfe Kleinbrodt**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Stuart F. Delery**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **General Assembly** | represented by | **Alexander H. Southwell**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Julian Wolfe Kleinbrodt**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Stuart F. Delery**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Topia** | represented by | **Alexander H. Southwell**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Julian Wolfe Kleinbrodt**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Stuart F. Delery**<br>(See above for address) |

*ATTORNEY TO BE NOTICED*

**Amicus**

**Minneapolis Regional Chamber of Commerce**

represented by **Alexander H. Southwell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julian Wolfe Kleinbrodt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stuart F. Delery**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Common Cause**
*Common Cause*

**Amicus**

**National Immigration Law Center**

represented by **Nicholas David Espiritu**
National Immigration Law Center
National Immigration Law Center
3450 Wilshire Blvd #108–62
LOS ANGELES, CA 90010
United Sta
213–639–3900
Fax: 213–639–3911
Email: espiritu@nilc.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Blue Shield of California Foundation**

represented by **Nicholas David Espiritu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**The California Endowment**

represented by **Nicholas David Espiritu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**California Pan–Ethnic Health Network**

represented by **Nicholas David Espiritu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Californians for Pesticide Reform**

represented by **Nicholas David Espiritu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**California Rural Legal Assistance Foundation**

represented by **Nicholas David Espiritu**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Amicus**

**California Wellness Foundation**  represented by  **Nicholas David Espiritu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Community Water Center**  represented by  **Nicholas David Espiritu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Central Valley Immigrant Integration Collaborative**  represented by  **Nicholas David Espiritu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Grove Foundation**  represented by  **Nicholas David Espiritu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Immigrant Legal Resource Center**  represented by  **Nicholas David Espiritu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Jakara Movement**  represented by  **Nicholas David Espiritu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Latino Community Foundation**  represented by  **Nicholas David Espiritu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Leadership Counsel for Justice and Accountability**  represented by  **Nicholas David Espiritu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Radio Bilingue**  represented by  **Nicholas David Espiritu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**The Sierra Health Foundation**  represented by  **Nicholas David Espiritu**
(See above for address)

                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Amicus**

**United Farm Workers Foundation**        represented by  **Nicholas David Espiritu**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**Westside Family Prevention Services**   represented by  **Nicholas David Espiritu**
**Network**                                               (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/26/2018 | 1 | COMPLAINT for Declaratory and Injunctive Relief against All Defendants (Filing fee $ 400.00, receipt number 0971–12221221.). Filed by State of California. (Attachments: # 1 Civil Cover Sheet) (Boutin, Gabrielle) (Filed on 3/26/2018) Modified on 4/2/2018 (gbaS, COURT STAFF). (Entered: 03/26/2018) |
| 03/26/2018 | 2 | Proposed Summons. (Boutin, Gabrielle) (Filed on 3/26/2018) (Entered: 03/26/2018) |
| 03/27/2018 | 3 | Case assigned to Magistrate Judge Sallie Kim.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E–Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. Counsel is required to send chambers a copy of the initiating documents pursuant to L.R. 5–1(e)(7). A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 4/10/2018. (haS, COURT STAFF) (Filed on 3/27/2018) (Entered: 03/27/2018) |
| 03/27/2018 | 4 | NOTICE of Appearance by R Matthew Wise (Wise, R) (Filed on 3/27/2018) (Entered: 03/27/2018) |
| 03/27/2018 | 5 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by State of California.. (Boutin, Gabrielle) (Filed on 3/27/2018) (Entered: 03/27/2018) |
| 03/28/2018 | 6 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned.<br><br>ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE–NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED.<br><br>*This is a text only docket entry; there is no document associated with this notice.* (mklS, COURT STAFF) (Filed on 3/28/2018) (Entered: 03/28/2018) |
| 03/28/2018 | 7 | **ORDER REASSIGNING CASE. Case reassigned to Judge Richard Seeborg for all further proceedings. Magistrate Judge Sallie Kim no longer assigned to the case. This case is assigned to a judge who participates in the Cameras in the Courtroom Pilot Project. See General Order 65 and http://cand.uscourts.gov/cameras. Signed by the Executive Committee on 3/28/18.** |

| | | |
|---|---|---|
| | | **(Attachments: # 1 Notice of Eligibility for Video Recording)(srnS, COURT STAFF) (Filed on 3/28/2018) (Entered: 03/28/2018)** |
| 04/02/2018 | 8 | **Initial Case Management Scheduling Order with ADR Deadlines: This case is assigned to a judge who participates in the Cameras in the Courtroom Pilot Project. See General Order 65 and http://cand.uscourts.gov/cameras**<br><br>**Case Management Statement due by 6/21/2018. Initial Case Management Conference set for 6/28/2018 10:00 PM in San Francisco, Courtroom 03, 17th Floor. (Attachments: # 1 Notice of Eligibility for Video Recording) (gbaS, COURT STAFF) (Filed on 4/2/2018) (Entered: 04/02/2018)** |
| 04/02/2018 | 9 | Summons Issued as to Ron Jarmin, Wilbur Ross, Jr, U.S. Census Bureau, U.S. Department of Commerce. (gbaS, COURT STAFF) (Filed on 4/2/2018) (Entered: 04/02/2018) |
| 04/13/2018 | 10 | CLERK'S NOTICE SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE. Case Management Statement due by 6/21/2018. Initial Case Management Conference set for 6/28/2018 at 10:00 AM in San Francisco, Courtroom 03, 17th Floor. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (cl, COURT STAFF) (Filed on 4/13/2018) (Entered: 04/13/2018) |
| 04/17/2018 | 11 | MOTION to Relate Case filed by City Of San Jose, Black Alliance For Just Immigration. (Attachments: # 1 Proposed Order, # 2 Declaration of John F. Libby, # 3 Exhibit 1, # 4 Exhibit 2)(Guardado, Ana) (Filed on 4/17/2018) (Entered: 04/17/2018) |
| 05/04/2018 | 12 | FIRST AMENDED COMPLAINT for Declaratory and Injunctive Relief against All Defendants. Filed by State of California. (Boutin, Gabrielle) (Filed on 5/4/2018) Modified on 5/31/2018 (gbaS, COURT STAFF). (Entered: 05/04/2018) |
| 05/15/2018 | 13 | CERTIFICATE OF SERVICE by Black Alliance For Just Immigration, City Of San Jose re 11 MOTION to Relate Case (Guardado, Ana) (Filed on 5/15/2018) (Entered: 05/15/2018) |
| 05/22/2018 | 14 | **RELATED CASE ORDER by Judge Richard Seeborg granting 11 Motion to Relate Case(s) C−18−1865 RS and C−18−2279 HRL.(tlS, COURT STAFF) (Filed on 5/22/2018) (Entered: 05/22/2018)** |
| 05/23/2018 | 15 | NOTICE of Appearance by Carol Federighi (Federighi, Carol) (Filed on 5/23/2018) (Entered: 05/23/2018) |
| 05/24/2018 | 16 | NOTICE of Appearance by Stephen Ehrlich *on behalf of Defendants* (Ehrlich, Stephen) (Filed on 5/24/2018) (Entered: 05/24/2018) |
| 06/05/2018 | 17 | STIPULATION WITH PROPOSED ORDER *for Hearing and Briefing Deadlines re: Discovery Outside the Administrative Record* filed by State of California. (Boutin, Gabrielle) (Filed on 6/5/2018) (Entered: 06/05/2018) |
| 06/06/2018 | 18 | **STIPULATION AND ORDER for Hearing and Briefing Deadlines re: Discovery Outside the Administrative Record. Status Conference set for 6/28/2018 at 02:30 PM in San Francisco, Courtroom 03, 17th Floor before Judge Richard Seeborg. Signed by Judge Richard Seeborg on 6/6/18. (cl, COURT STAFF) (Filed on 6/6/2018) (Entered: 06/06/2018)** |
| 06/07/2018 | 19 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options (Ehrlich, Stephen) (Filed on 6/7/2018) (Entered: 06/07/2018) |
| 06/07/2018 | 20 | STIPULATION WITH PROPOSED ORDER *re Joint Request for Relief from Automatic Referral to ADR Multi−Option Program* filed by State of California. (Wise, R.) (Filed on 6/7/2018) (Entered: 06/07/2018) |
| 06/07/2018 | 21 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options *by Parties and Counsel* (Wise, R.) (Filed on 6/7/2018) (Entered: 06/07/2018) |
| 06/08/2018 | 22 | Clerk's Notice of Video Recording Request. Video Camera hearing set for 6/28/2018 at 02:30 PM. Objections to Video Recording due 6/15/2018. (cl, COURT STAFF) (Filed on 6/8/2018) (Entered: 06/08/2018) |

| 06/08/2018 | 23 | NOTICE by Ron Jarmin, Wilbur Ross, Jr, U.S. Census Bureau, U.S. Department of Commerce *of Filing Administrative Record* (Attachments: # 1 Certification of Administrative Record, # 2 Index of Administrative Record, # 3 Administrative Record Part I, # 4 Administrative Record Part II, # 5 Administrative Record Part III)(Ehrlich, Stephen) (Filed on 6/8/2018) (Entered: 06/08/2018) |
|---|---|---|
| 06/11/2018 | 24 | **ORDER by Judge Richard Seeborg granting 20 relief from automatic referral to ADR Multi–Option Program. (cl, COURT STAFF) (Filed on 6/11/2018) (Entered: 06/11/2018)** |
| 06/11/2018 | 25 | *** FILED IN ERROR. PLEASE SEE DOCKET # 26 . ***<br>Clerk's Notice DECLINING Video Recording re: 22 Clerk's Notice of Video Recording Request. (cl, COURT STAFF) (Filed on 6/11/2018) Modified on 6/11/2018 (cl, COURT STAFF). (Entered: 06/11/2018) |
| 06/11/2018 | 26 | Clerk's Notice DECLINING Video Recording re: 22 Clerk's Notice of Video Recording Request. (cl, COURT STAFF) (Filed on 6/11/2018) (Entered: 06/11/2018) |
| 06/14/2018 | 27 | Brief *Opening Brief re: Right to Take Discovery* filed byState of California. (Wise, R.) (Filed on 6/14/2018) (Entered: 06/14/2018) |
| 06/14/2018 | 28 | Brief *in Support of Review on the Administrative Record* filed byRon Jarmin, Wilbur Ross, Jr, U.S. Census Bureau, U.S. Department of Commerce. (Ehrlich, Stephen) (Filed on 6/14/2018) (Entered: 06/14/2018) |
| 06/18/2018 | 29 | STIPULATION WITH PROPOSED ORDER *Regarding Briefing Schedule and Excess Pages* filed by Ron Jarmin, Wilbur Ross, Jr, U.S. Census Bureau, U.S. Department of Commerce. (Bailey, Kate) (Filed on 6/18/2018) (Entered: 06/18/2018) |
| 06/18/2018 | 30 | **ORDER by Judge Richard Seeborg granting 29 Stipulation regarding briefing schedule and excess pages for Defendants' motion to dismiss. (cl, COURT STAFF) (Filed on 6/18/2018) (Entered: 06/18/2018)** |
| 06/19/2018 | 31 | SUMMONS Returned Executed by State of California. Ron Jarmin served on 4/11/2018, answer due 6/11/2018; Wilbur Ross, Jr served on 4/11/2018, answer due 6/11/2018; U.S. Census Bureau served on 4/11/2018, answer due 6/11/2018; U.S. Department of Commerce served on 4/11/2018, answer due 6/11/2018. (Attachments: # 1 Certificate/Proof of Service re Ross, # 2 Certificate/Proof of Service re Jarmin, # 3 Certificate/Proof of Service re DOJ, # 4 Certificate/Proof of Service re Commerce, # 5 Certificate/Proof of Service re Census)(Boutin, Gabrielle) (Filed on 6/19/2018) (Entered: 06/19/2018) |
| 06/19/2018 | 32 | CERTIFICATE OF SERVICE by State of California *of First Amended Complaint*, SUMMONS Returned Executed by State of California. Ron Jarmin served on 5/9/2018, answer due 7/9/2018; Wilbur Ross, Jr served on 5/9/2018, answer due 7/9/2018; U.S. Census Bureau served on 5/9/2018, answer due 7/9/2018; U.S. Department of Commerce served on 5/9/2018, answer due 7/9/2018. (Attachments: # 1 Certificate/Proof of Service re Census, # 2 Certificate/Proof of Service re Jarmin, # 3 Certificate/Proof of Service re Ross)(Boutin, Gabrielle) (Filed on 6/19/2018) (Entered: 06/19/2018) |
| 06/21/2018 | 33 | NOTICE by Ron Jarmin, Wilbur Ross, Jr, U.S. Census Bureau, U.S. Department of Commerce *of Filing Supplement to Administrative Record* (Attachments: # 1 Supplement)(Ehrlich, Stephen) (Filed on 6/21/2018) (Entered: 06/21/2018) |
| 06/21/2018 | 34 | CASE MANAGEMENT STATEMENT *Joint Case Management Statement & [Proposed] Order* filed by State of California. (Boutin, Gabrielle) (Filed on 6/21/2018) (Entered: 06/21/2018) |
| 06/21/2018 | 35 | Brief *Plaintiff's Responsive Brief re: Right to Take Discovery* filed byState of California. (Wise, R.) (Filed on 6/21/2018) (Entered: 06/21/2018) |
| 06/21/2018 | 36 | Brief *in Further Support of Review on the Admin Record* filed byRon Jarmin, Wilbur Ross, Jr, U.S. Census Bureau, U.S. Department of Commerce. (Bailey, Kate) (Filed on 6/21/2018) (Entered: 06/21/2018) |
| 06/21/2018 | 37 | MOTION to Dismiss filed by Ron Jarmin, Wilbur Ross, Jr, U.S. Census Bureau, U.S. Department of Commerce. Motion Hearing set for 8/9/2018 01:30 PM before Judge Richard Seeborg. Responses due by 7/17/2018. Replies due by 7/26/2018. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Proposed Order)(Bailey, Kate) (Filed on 6/21/2018) (Entered: 06/21/2018) |
| 06/28/2018 | 38 | Transcript of Proceedings held on 6/28/2018, before Judge Richard Seeborg. Court Reporter/Transcriber Lydia Zinn, telephone number (415) 531–6587. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re (59 in 3:18–cv–02279–RS) Transcript Order ) Redacted Transcript Deadline set for 7/30/2018. Release of Transcript Restriction set for 9/26/2018. (zinnlr62S, COURT STAFF) (Filed on 6/28/2018) (Entered: 06/28/2018) |
| 06/28/2018 | 39 | **Minute Entry for proceedings held before Judge Richard Seeborg: Status Conference held on 6/28/2018. Parties shall meet and confer regarding proposed scheduling issues and specific suggestions as to the scope of discovery by 8/10/2018. Motion Hearing set for 8/10/2018 10:00 AM in San Francisco, Courtroom 03, 17th Floor before Judge Richard Seeborg.**<br><br>Total Time in Court: 1 hour 13 minutes.<br>Court Reporter: Lydia Zinn.<br>Plaintiff Attorney: Gabrielle Boutin, R. Matthew Wise, Mark Beckington for State of California; Emil Petrossian, Ezra Rosenberg, John F. Libby for City of San Jose; Maria Bee for City of Oakland.<br>Defendant Attorney: Kate Bailey, Carol Federighi.<br><br>*(This is a text–only entry generated by the court. There is no document associated with this entry.)* (cl, COURT STAFF) (Date Filed: 6/28/2018) Modified on 6/29/2018 (tlhS, COURT STAFF). (Entered: 06/29/2018) |
| 06/29/2018 | 40 | NOTICE of Appearance by Vladimir Frank Kozina (Kozina, Vladimir) (Filed on 6/29/2018) (Entered: 06/29/2018) |
| 06/29/2018 | 41 | MOTION for Leave to File *Memorandum of Law as Amicus Curiae* filed by American Center for Law and Justice. (Attachments: # 1 Memorandum of Law of Amicus Curiae, # 2 Proposed Order)(Kozina, Vladimir) (Filed on 6/29/2018) (Entered: 06/29/2018) |
| 07/02/2018 | 42 | NOTICE of Appearance by Bryan Kipp Weir (Weir, Bryan) (Filed on 7/2/2018) (Entered: 07/02/2018) |
| 07/02/2018 | 43 | MOTION for Leave to File *Brief Amicus Curiae* filed by Project on Fair Representation. (Attachments: # 1 Brief Amicus Curiae, # 2 Proposed Order)(Weir, Bryan) (Filed on 7/2/2018) (Entered: 07/02/2018) |
| 07/03/2018 | 44 | **ORDER by Judge Richard Seeborg granting 41 Motion for Leave to File. (cl, COURT STAFF) (Filed on 7/3/2018) (Entered: 07/03/2018)** |
| 07/03/2018 | 45 | **ORDER by Judge Richard Seeborg granting (43) Motion for Leave to File in case 3:18–cv–01865–RS; granting (63) Motion for Leave to File in case 3:18–cv–02279–RS. (cl, COURT STAFF) (Filed on 7/3/2018) (Entered: 07/03/2018)** |
| 07/05/2018 | 46 | TRANSCRIPT ORDER for proceedings held on 6/28/2018 before Judge Richard Seeborg for Court Reporter Lydia Zinn. (rjdS, COURT STAFF) (Filed on 7/5/2018) (Entered: 07/05/2018) |
| 07/06/2018 | 47 | MOTION to Intervene filed by Los Angeles Unified School District. Motion Hearing set for 8/10/2018 10:00 AM in San Francisco, Courtroom 03, 17th Floor before Judge Richard Seeborg. Responses due by 7/20/2018. Replies due by 7/27/2018. (Attachments: # 1 Exhibit A – Proposed Complaint in Intervention, # 2 Proposed Order)(Salmon Evans, Sue) (Filed on 7/6/2018) (Entered: 07/06/2018) |
| 07/06/2018 | 48 | Certificate of Interested Entities by Los Angeles Unified School District re 47 MOTION to Intervene (Salmon Evans, Sue) (Filed on 7/6/2018) (Entered: 07/06/2018) |

| 07/09/2018 | 49 | NOTICE of Appearance by Keith Alexander Yeomans *as additional counsel for Proposed Plaintiff–Intervenor Los Angeles Unified School District* (Yeomans, Keith) (Filed on 7/9/2018) (Entered: 07/09/2018) |
|---|---|---|
| 07/10/2018 | 50 | NOTICE by State of California *Notice of Ruling in State of New York v. US Dept of Commerce* (Wise, R.) (Filed on 7/10/2018) (Entered: 07/10/2018) |
| 07/11/2018 | 51 | Clerk's Notice of Video Recording Request. Video Camera hearing set for 8/10/2018 at 10:00 AM. Objections to Video Recording due 7/18/2018. (cl, COURT STAFF) (Filed on 7/11/2018) (Entered: 07/11/2018) |
| 07/12/2018 | 52 | NOTICE of Appearance by David Robert Holmquist, Myles *as additional counsel for Proposed Plaintiff–Intervenor Los Angeles Unified School District* (Holmquist, David) (Filed on 7/12/2018) (Entered: 07/12/2018) |
| 07/17/2018 | 53 | OPPOSITION/RESPONSE (re 37 MOTION to Dismiss ) *Plaintiffs' Opposition to Motion to Dismiss* filed byState of California. (Boutin, Gabrielle) (Filed on 7/17/2018) (Entered: 07/17/2018) |
| 07/19/2018 | 54 | MOTION for Leave to File *Amici Curiae Brief of Current Members of Congress and Bipartisan Former Members of Congress* filed by Brian Schatz, Michael F. Bennet, Richard Blumenthal, Cory A. Booker, Ben Cardin, Tammy Duckworth, Richard Durbin, Kamala D. Harris, Mazie Hirono, Bill Nelson, Ron Wyden, Carolyn Maloney, Nanette Diaz Barragan, Howard Berman, Donald S. Beyer, Jr, Earl Blumenauer, Anthony G. Brown, Michael Capuano, Salud O. Carbajal, Tony Cardenas, Andre Carson, Judy Chu, David N. Cicilline, Yvette D. Clarke, Wm. Lacy Clay, Emanuel Cleaver, II, James Clyburn, Steve Cohen, Gerrold Connolly, J. Luis Correa, Joe Courtney, Joe Crowley, Henry Cuellar, Elijah E. Cummings, Danny K. Davis, Diana DeGette, John K. Delaney, Rosa L. DeLauro, Mark DeSaulnier, Ted Deutch, Debbie Dingell, Keith Ellison, Eliot L. Engel, Adriano Espaillat, Elizabeth Esty, Bill Foster, Lois Frankel, Marcia L. Fudge, Ruben Gallego, Jimmy Gomez, Gene Green, Raul M. Grijalva, Luis V. Gutierrez, Colleen Hanabusa, Alcee L. Hastings, Steny Hoyer, Sheila Jackson Lee, Pramila Jayapal, Hakeem Jeffries, Henry C. "Hank" Johnson, Jr, Ro Khanna, Ruben J. Kihuen, Daniel T. Kildee, John B. Larson, Brenda L. Lawrence, Barbara Lee, John Lewis, Zoe Lofgren, Alan Lowenthal, Nita Lowey, Michelle Lujan Grisham, Stephen F. Lynch, Doris Matsui, Betty McCollum, A. Donald McEachin, James P. McGovern, Jerry McNerney, Gregory W. Meeks, Grace Meng, Constance Morella, Gwen Moore, Jerrold Nadler, Grace F. Napolitano, Rick Nolan, Donald Norcross, Eleanor Holmes Norton, Frank Pallone, Jr, Jimmy Panetta, Bill Pascrell, Jr, Nancy Pelosi, Ed Perlmutter, Chellie Pingree, Mark Pocan, Jared Polis, John Porter, David E. Price, Mike Quigley, Jamie Raskin, Kathleen M. Rice, Jacky Rosen, Lucille Roybal–Allard, Bobby L. Rush, Linda T. Sanchez, John Sarbanes, Janice D. Schakowsky, Claudine Schneider, Jose Serrano, Brad Sherman, Albio Sires, David Skaggs, Adam Smith, Peter Smith, Darren Soto, Jackie Speier, Mark Takano, Bennie G. Thompson, Mike Thompson, Dina Titus, Norma J. Torres, Juan Vargas, Filemon Vela, Nydia M. Velazquez, Tim Walz, Debbie Wasserman Schultz, Bonnie Watson Coleman, Henry A. Waxman, Peter Welch, John Yarmuth. (Attachments: # 1 Exhibit Proposed Amici Curiae Brief, # 2 Proposed Order)(Wydra, Elizabeth) (Filed on 7/19/2018) (Entered: 07/19/2018) |
| 07/19/2018 | 55 | **ORDER by Judge Richard Seeborg granting (54) Motion for Leave to File.(cl, COURT STAFF) (Filed on 7/19/2018) (Entered: 07/19/2018)** |
| 07/19/2018 | 56 | Clerk's Notice CONSENTING TO Video Recording re: 51 Clerk's Notice of Video Recording Request. (Related documents(s) 51 )(cl, COURT STAFF) (Filed on 7/19/2018) (Entered: 07/19/2018) |
| 07/20/2018 | 57 | OPPOSITION/RESPONSE (re 47 MOTION to Intervene ) *Plaintiff's Response to Los Angeles Unified School District's Motion for Leave to Intervene* filed byState of California. (Wise, R.) (Filed on 7/20/2018) (Entered: 07/20/2018) |
| 07/20/2018 | 58 | OPPOSITION/RESPONSE (re 47 MOTION to Intervene ) filed byRon Jarmin, Wilbur Ross, Jr, U.S. Census Bureau, U.S. Department of Commerce. (Federighi, Carol) (Filed on 7/20/2018) (Entered: 07/20/2018) |
| 07/24/2018 | 59 | NOTICE of Appearance by Michael A Mugmon (Mugmon, Michael) (Filed on 7/24/2018) (Entered: 07/24/2018) |

| 07/24/2018 | 60 | MOTION for Leave to File *Amicus Brief* filed by Muslim Advocates, NALEO Educational Fund, National Coalition on Black Civic Participation, The Brennan Center for Justice at N.Y.U. School of Law, The Leadership Conference Education Fund, The Leadership Conference on Civil and Human Rights. (Attachments: # 1 Brief of Amicus Curiae, # 2 Proposed Order)(Mugmon, Michael) (Filed on 7/24/2018) (Entered: 07/24/2018) |
|---|---|---|
| 07/25/2018 | 61 | Consent MOTION for Extension of Time to File Response/Reply as to 36 Brief, 37 MOTION to Dismiss filed by Ron Jarmin, Wilbur Ross, Jr, U.S. Census Bureau, U.S. Department of Commerce. (Attachments: # 1 Declaration Bailey Declaration in Support of Unopposed Motion)(Bailey, Kate) (Filed on 7/25/2018) (Entered: 07/25/2018) |
| 07/25/2018 | 62 | **ORDER by Judge Richard Seeborg granting (61) Motion for Extension of Time to File Response/Reply in case 3:18−cv−01865−RS; granting (74) Motion for Extension of Time to File Response/Reply in case 3:18−cv−02279−RS. (cl, COURT STAFF) (Filed on 7/25/2018) (Entered: 07/25/2018)** |
| 07/27/2018 | 63 | **ORDER by Judge Richard Seeborg granting 60 Motion for Leave to File. (cl, COURT STAFF) (Filed on 7/27/2018) (Entered: 07/27/2018)** |
| 07/27/2018 | 64 | REPLY (re 47 MOTION to Intervene ) filed byLos Angeles Unified School District. (Salmon Evans, Sue) (Filed on 7/27/2018) (Entered: 07/27/2018) |
| 07/31/2018 | 65 | REPLY (re 37 MOTION to Dismiss ) filed byRon Jarmin, Wilbur Ross, Jr, U.S. Census Bureau, U.S. Department of Commerce. (Bailey, Kate) (Filed on 7/31/2018) (Entered: 07/31/2018) |
| 08/03/2018 | 66 | MOTION for Leave to File *Supplemental Brief and Declaration in Support of Their Right to Take Discovery* filed by State of California. (Attachments: # 1 Declaration of Gabrielle D, Boutin in Support, # 2 Proposed Order)(Boutin, Gabrielle) (Filed on 8/3/2018) (Entered: 08/03/2018) |
| 08/06/2018 | 67 | NOTICE of Substitution of Counsel by Daniel R. Suvor */ Substituting Holland & Knight LLP In Place of OMelveny & Myers LLP As Counsel for Plaintiff Los Angeles County and [Proposed] Order* (Suvor, Daniel) (Filed on 8/6/2018) (Entered: 08/06/2018) |
| 08/07/2018 | 68 | **ORDER re 67 Substitution of Counsel for Plaintiff County of Los Angeles. Signed by Judge Richard Seeborg on 8/7/18. (cl, COURT STAFF) (Filed on 8/7/2018) (Entered: 08/07/2018)** |
| 08/07/2018 | 69 | NOTICE of Appearance by Charles Lagrange Coleman, III *ON BEHALF OF PLAINTIFF COUNTY OF LOS ANGELES* (Coleman, Charles) (Filed on 8/7/2018) (Entered: 08/07/2018) |
| 08/09/2018 | 70 | Statement *Joint Report on Coordination of Discovery* by State of California. (Boutin, Gabrielle) (Filed on 8/9/2018) (Entered: 08/09/2018) |
| 08/10/2018 | 71 | **Minute Entry for proceedings held before Judge Richard Seeborg: Motion Hearing held on 8/10/2018. Bench Trial set for 1/7/2019 at 09:00 AM before Judge Richard Seeborg. Motion Hearing set for 12/7/2018 at 10:00 AM in San Francisco, Courtroom 03, 17th Floor before Judge Richard Seeborg. Parties shall submit proposed scheduling order. Motions taken under submission; Court to issue an order.** <br> **Total Time in Court: 2 hours 30 minutes.** <br> **Court Reporter: Jo Ann Bryce.** <br><br> **Plaintiff Attorney: State of California − R. Matthew Wise, David Holtzman, Gabrielle Boutin, Malia McPherson, Charles Coleman, Harvey Levine, Intervenor − Sue Ann Salmon Evans** <br> **City of San Jose − Ezra Rosenberg, Ana Guardado, Emil Petrossian.** <br><br> **Defendant Attorney: Kate Bailey, M. Andrew Zee.** <br><br> ***(This is a text−only entry generated by the court. There is no document associated with this entry.)* (cl, COURT STAFF) (Date Filed: 8/10/2018) (Entered: 08/10/2018)** |

| 08/11/2018 | 72 | Transcript of Proceedings held on 8/10/18, before Judge Richard Seeborg. Court Reporter Jo Ann Bryce, telephone number 510–910–5888, email: joann_bryce@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction after 90 days. After that date, it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re (82 in 3:18–cv–02279–RS) Transcript Order ) Release of Transcript Restriction set for 11/9/2018. (jabS, COURTSTAFF) (Filed on 8/11/2018) (Entered: 08/11/2018) |
|---|---|---|
| 08/13/2018 | 73 | TRANSCRIPT ORDER for proceedings held on 8/10/2018 before Judge Richard Seeborg for Court Reporter Jo Ann Bryce. (rjdS, COURT STAFF) (Filed on 8/13/2018) (Entered: 08/13/2018) |
| 08/14/2018 | 74 | TRANSCRIPT ORDER for proceedings held on 8/10/2018 before Judge Richard Seeborg by Los Angeles Unified School District, for Court Reporter Jo Ann Bryce. (Salmon Evans, Sue) (Filed on 8/14/2018) (Entered: 08/14/2018) |
| 08/17/2018 | 75 | **ORDER by Judge Richard Seeborg denying (37) Motion to Dismiss in case 3:18–cv–01865–RS; denying (55) Motion to Dismiss in case 3:18–cv–02279–RS. (cl, COURT STAFF) (Filed on 8/17/2018) (Entered: 08/17/2018)** |
| 08/17/2018 | 76 | **ORDER GRANTING REQUEST TO CONDUCT DISCOVERY OUTSIDE THE ADMINISTRATIVE RECORD. Signed by Judge Richard Seeborg on 8/17/18. (cl, COURT STAFF) (Filed on 8/17/2018) (Entered: 08/17/2018)** |
| 08/22/2018 | 77 | TRANSCRIPT ORDER for proceedings held on 8/10/18 before Judge Richard Seeborg by State of California, for Court Reporter Jo Ann Bryce. (Wise, R.) (Filed on 8/22/2018) (Entered: 08/22/2018) |
| 08/29/2018 | 78 | STIPULATION WITH PROPOSED ORDER *to Case Schedule* filed by State of California. (Wise, R.) (Filed on 8/29/2018) (Entered: 08/29/2018) |
| 08/30/2018 | 79 | **STIPULATION AND ORDER RE 78 TO CASE SCHEDULE AS MODIFIED BY THE COURT. Bench Trial set for 1/7/2019 at 09:00 AM before Judge Richard Seeborg. Pretrial Conference set for 1/2/2019 at 10:00 AM in San Francisco, Courtroom 03, 17th Floor before Judge Richard Seeborg. Signed by Judge Richard Seeborg on 8/30/18. (cl, COURT STAFF) (Filed on 8/30/2018) (Entered: 08/30/2018)** |
| 08/31/2018 | 80 | ANSWER to Amended Complaint byRon Jarmin, Wilbur Ross, Jr, U.S. Census Bureau, U.S. Department of Commerce. (Federighi, Carol) (Filed on 8/31/2018) (Entered: 08/31/2018) |
| 09/07/2018 | 81 | Joint ADMINISTRATIVE MOTION For Entry of FRE 502(d) Order filed by Ron Jarmin, Wilbur Ross, Jr, U.S. Census Bureau, U.S. Department of Commerce. Responses due by 9/11/2018. (Attachments: # 1 Proposed Order Proposed FRE 502(d) Order)(Federighi, Carol) (Filed on 9/7/2018) (Entered: 09/07/2018) |
| 09/07/2018 | 82 | **ORDER by Judge Richard Seeborg granting 81 Administrative Motion. (cl, COURT STAFF) (Filed on 9/7/2018) (Entered: 09/07/2018)** |
| 09/10/2018 | 83 | TRANSCRIPT ORDER for proceedings held on 08/10/2018 before Judge Richard Seeborg by Ron Jarmin, Wilbur Ross, Jr, U.S. Census Bureau, U.S. Department of Commerce, for Court Reporter Jo Ann Bryce. (Bailey, Kate) (Filed on 9/10/2018) (Entered: 09/10/2018) |
| 09/25/2018 | 84 | NOTICE of Appearance by Maria Bee *Notice of Appearance of Maria Bee as Co–Counsel for Plaintiff City of Oakland* (Bee, Maria) (Filed on 9/25/2018) (Entered: 09/25/2018) |
| 10/09/2018 | 85 | STIPULATION WITH PROPOSED ORDER *to Modify Case Schedule to Extend Expert Discovery* filed by State of California. (Boutin, Gabrielle) (Filed on 10/9/2018) (Entered: 10/09/2018) |
| 10/09/2018 | 86 | **ORDER by Judge Richard Seeborg granting 85 Stipulation to modify case schedule to extend expert discovery. (cl, COURT STAFF) (Filed on 10/9/2018) (Entered: 10/09/2018)** |

| 10/10/2018 | 87 | NOTICE by Ron Jarmin, Wilbur Ross, Jr, U.S. Census Bureau, U.S. Department of Commerce of *Stay Issued by Supreme Court* (Federighi, Carol) (Filed on 10/10/2018) (Entered: 10/10/2018) |
|---|---|---|
| 10/12/2018 | 88 | NOTICE by State of California re 87 Notice (Other) (Wise, R.) (Filed on 10/12/2018) (Entered: 10/12/2018) |
| 11/02/2018 | 89 | MOTION for Summary Judgment filed by U.S. Census Bureau, U.S. Department of Commerce. Motion Hearing set for 12/7/2018 10:00 AM in San Francisco, Courtroom 03, 17th Floor before Judge Richard Seeborg. Responses due by 11/16/2018. Replies due by 11/23/2018. (Attachments: # 1 Exhibit Abowd Expert Report, # 2 Exhibit Gurrea Expert Report, # 3 Proposed Order Proposed Order Granting Summary Judgment)(Bailey, Kate) (Filed on 11/2/2018) (Entered: 11/02/2018) |
| 11/14/2018 | 90 | **ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR REPLY BRIEFING AS MODIFIED BY THE COURT. Signed by Judge Richard Seeborg (cl, COURT STAFF) (Filed on 11/14/2018). (Entered: 11/14/2018)** |
| 11/16/2018 | 91 | OPPOSITION/RESPONSE (re 89 MOTION for Summary Judgment ) filed byState of California. (Attachments: # 1 Supplement, # 2 Exhibit, # 3 Declaration, # 4 Exhibit, # 5 Declaration, # 6 Exhibit, # 7 Declaration, # 8 Declaration, # 9 Declaration, # 10 Declaration, # 11 Declaration, # 12 Declaration, # 13 Declaration, # 14 Declaration)(Boutin, Gabrielle) (Filed on 11/16/2018) (Entered: 11/16/2018) |
| 11/16/2018 | 92 | OPPOSITION/RESPONSE (re 89 MOTION for Summary Judgment ) *and Notice of Joinder and Joinder* filed byLos Angeles Unified School District. (Attachments: # 1 Declaration of Sue Ann Evans and Exhibits A–D, # 2 Declaration of Karen Ryback, # 3 Declaration of Pia Escudero)(Salmon Evans, Sue) (Filed on 11/16/2018) (Entered: 11/16/2018) |
| 11/20/2018 | 93 | MOTION for Leave to File *Brief Amicus Curiae* filed by Legislature of the State of California. (Attachments: # 1 [Proposed] Brief Amicus Curiae of the Legislature of the State of California, # 2 Request for Judicial Notice; Declaration of Michael Narciso, # 3 Proposed Order Granting the Legislature of the State of California's Motion for Leave to File Brief Amicus Curiae)(Johansen, Robin) (Filed on 11/20/2018) (Entered: 11/20/2018) |
| 11/21/2018 | 94 | **ORDER by Judge Richard Seeborg granting 93 Motion for Leave to File. (cl, COURT STAFF) (Filed on 11/21/2018) (Entered: 11/21/2018)** |
| 11/26/2018 | 95 | REPLY (re 89 MOTION for Summary Judgment ) filed byRon Jarmin, Wilbur Ross, Jr, U.S. Census Bureau, U.S. Department of Commerce. (Attachments: # 1 Declaration)(Federighi, Carol) (Filed on 11/26/2018) (Entered: 11/26/2018) |
| 11/28/2018 | 96 | Joint ADMINISTRATIVE MOTION *for Administrative Relief re: 1) Exhibit and Witness Disclosure Deadline, 2) Length of Trial Days, and 3) Direct Testimony at Trial by Declaration* filed by State of California. Responses due by 12/3/2018. (Attachments: # 1 Proposed Order)(Boutin, Gabrielle) (Filed on 11/28/2018) (Entered: 11/28/2018) |
| 11/30/2018 | 97 | OBJECTIONS to *Defendants' Reply in Support of Their Motion for Summary Judgment* by State of California. (Boutin, Gabrielle) (Filed on 11/30/2018) (Entered: 11/30/2018) |
| 12/01/2018 | 98 | NOTICE of Appearance by Martin Tomlinson *for Defendants* (Tomlinson, Martin) (Filed on 12/1/2018) (Entered: 12/01/2018) |
| 12/03/2018 | 99 | **ORDER by Judge Richard Seeborg granting (96) Administrative Motion. (cl, COURT STAFF) (Filed on 12/3/2018) (Entered: 12/03/2018)** |
| 12/03/2018 | 100 | NOTICE of Appearance by Anna Theresa Ferrari , *Anthony R. Hakl and Todd Grabarsky* (Ferrari, Anna) (Filed on 12/3/2018) (Entered: 12/03/2018) |
| 12/04/2018 | 101 | STIPULATION WITH PROPOSED ORDER *for Leave to Conduct Trial Deposition of Expert Witness Pamela Karlan* filed by State of California. (Ferrari, Anna) (Filed on 12/4/2018) (Entered: 12/04/2018) |
| 12/04/2018 | 102 | NOTICE by Ron Jarmin, Wilbur Ross, Jr, U.S. Census Bureau, U.S. Department of Commerce re 97 Objection *Defendants Opposition to Plaintiffs' Evidentiary Objection* |

| | | |
|---|---|---|
| | | (Tomlinson, Martin) (Filed on 12/4/2018) (Entered: 12/04/2018) |
| 12/05/2018 | 103 | **ORDER by Judge Richard Seeborg granting (101) Stipulation for leave to conduct trial deposition of expert witness Pamela Karlan. (cl, COURT STAFF) (Filed on 12/5/2018) (Entered: 12/05/2018)** |
| 12/07/2018 | 104 | **Minute Entry for proceedings held before Judge Richard Seeborg: Motion Hearing held on 12/7/2018 re (99 in 3:18−cv−02279−RS) MOTION for Partial Summary Judgment filed by City Of San Jose, Black Alliance For Just Immigration, (100 in 3:18−cv−02279−RS) MOTION for Summary Judgment filed by United States Department of Commerce, United States Census Bureau, (89 in 3:18−cv−01865−RS) MOTION for Summary Judgment filed by U.S. Census Bureau, U.S. Department of Commerce. Motions taken under submission; Court to issue an order.**<br>**Total Time in Court: 2 hours. Court Reporter: Belle Ball.**<br><br>**Plaintiff Attorney: Ezra Rosenberg, John Libby, Ana Guardado, Andrew Case, R. Matthew Wise, Gabrielle Boutin, Keith Yeomans, Malia McPherson, David Holtzman.**<br><br>**Defendant Attorney: Carlotta Wells, Martin Tomlinson.**<br><br>***(This is a text−only entry generated by the court. There is no document associated with this entry.)* (cl, COURT STAFF) (Date Filed: 12/7/2018) Modified on 12/7/2018 (cl, COURT STAFF). (Entered: 12/07/2018)** |
| 12/09/2018 | 105 | Transcript of Proceedings held on December 7, 2018, before Judge Richard Seeborg. Court Reporter elle Ball, CSR, CRR, RDR, telephone number (415)373−2529, belle_ball@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re (111 in 3:18−cv−02279−RS) Transcript Order ) Release of Transcript Restriction set for 3/11/2019. (ballbb15S, COURT STAFF) (Filed on 12/9/2018) (Entered: 12/09/2018) |
| 12/10/2018 | 106 | TRANSCRIPT ORDER for proceedings held on 12/7/2018 before Judge Richard Seeborg for Court Reporter Belle Ball. (rjdS, COURT STAFF) (Filed on 12/10/2018) (Entered: 12/10/2018) |
| 12/11/2018 | 107 | TRANSCRIPT ORDER for proceedings held on 12/7/2018 before Judge Richard Seeborg by Los Angeles Unified School District, for Court Reporter Belle Ball. (Salmon Evans, Sue) (Filed on 12/11/2018) (Entered: 12/11/2018) |
| 12/12/2018 | 108 | Witness List by State of California . (Boutin, Gabrielle) (Filed on 12/12/2018) (Entered: 12/12/2018) |
| 12/12/2018 | 109 | Exhibit List by State of California.. (Boutin, Gabrielle) (Filed on 12/12/2018) (Entered: 12/12/2018) |
| 12/12/2018 | 110 | Exhibit List by State of California.. (Attachments: # 1 Exhibit)(Boutin, Gabrielle) (Filed on 12/12/2018) (Entered: 12/12/2018) |
| 12/12/2018 | 111 | Exhibit List by Los Angeles Unified School District.. (Yeomans, Keith) (Filed on 12/12/2018) (Entered: 12/12/2018) |
| 12/12/2018 | 112 | Witness List by Los Angeles Unified School District . (Yeomans, Keith) (Filed on 12/12/2018) (Entered: 12/12/2018) |
| 12/12/2018 | 113 | Witness List by Ron Jarmin, Wilbur Ross, Jr, U.S. Census Bureau, U.S. Department of Commerce *and Exhibit List*. (Attachments: # 1 Exhibit A: Witness and Exhibit List)(Federighi, Carol) (Filed on 12/12/2018) (Entered: 12/12/2018) |
| 12/14/2018 | 114 | **ORDER by Judge Richard Seeborg denying (89) Motion for Summary Judgment in case 3:18−cv−01865−RS; denying (99) Motion for Partial Summary Judgment; denying (100) Motion for Summary Judgment in case 3:18−cv−02279−RS. (cl, COURT STAFF) (Filed on 12/14/2018) (Entered: 12/14/2018)** |

| 12/14/2018 | | Set/Reset Hearing Bench Trial set for 1/7/2019, 1/8/2019, 1/9/2019, 1/10/2019, 1/11/2019, 1/14/2019, 1/15/2019 at 09:00 AM before Judge Richard Seeborg. (cl, COURT STAFF) (Filed on 12/14/2018) (Entered: 12/14/2018) |
|---|---|---|
| 12/18/2018 | 115 | STIPULATION WITH PROPOSED ORDER *to Admit Evidence in Lieu of Testimony for Dr. Lisa Handley and Dr. Hermann Habermann* filed by State of California. (Boutin, Gabrielle) (Filed on 12/18/2018) (Entered: 12/18/2018) |
| 12/18/2018 | 116 | **ORDER by Judge Richard Seeborg granting (115) Stipulation in case 3:18–cv–01865–RS; granting (120) Stipulation in case 3:18–cv–02279–RS to admit evidence in lieu of testimony for Dr. Lisa Handley and Dr. Hermann Habermann. (cl, COURT STAFF) (Filed on 12/18/2018) (Entered: 12/18/2018)** |
| 12/19/2018 | 117 | TRANSCRIPT ORDER for Future Trial with Daily Transcripts by Ron Jarmin, Wilbur Ross, Jr, U.S. Census Bureau, U.S. Department of Commerce. (Federighi, Carol) (Filed on 12/19/2018) (Entered: 12/19/2018) |
| 12/21/2018 | 118 | MOTION in Limine by U.S. Census Bureau, U.S. Department of Commerce. Motion Hearing set for 1/2/2019 10:00 AM in San Francisco, Courtroom 03, 17th Floor before Judge Richard Seeborg. Responses due by 12/28/2018. (Attachments: # 1 Proposed Order)(Edney, Marsha) (Filed on 12/21/2018) (Entered: 12/21/2018) |
| 12/21/2018 | 119 | Pretrial Conference Statement by State of California *JOINT Pretrial Statement and [Proposed] Order*. (Wise, R.) (Filed on 12/21/2018) (Entered: 12/21/2018) |
| 12/24/2018 | 120 | TRANSCRIPT ORDER for Future Trial with Daily Transcripts by State of California. (Boutin, Gabrielle) (Filed on 12/24/2018) (Entered: 12/24/2018) |
| 12/26/2018 | 121 | MOTION to Stay *Due to Lapse of Appropriations* filed by U.S. Census Bureau, U.S. Department of Commerce. Responses due by 12/27/2018. (Edney, Marsha) (Filed on 12/26/2018) (Entered: 12/26/2018) |
| 12/26/2018 | 122 | **ORDER by Judge Richard Seeborg denying (121) Motion to Stay in case 3:18–cv–01865–RS; denying (126) Motion to Stay in case 3:18–cv–02279–RS. (cl, COURT STAFF) (Filed on 12/26/2018) (Entered: 12/26/2018)** |
| 12/27/2018 | 123 | NOTICE of Appearance by Kathleen Alice Kenealy (Kenealy, Kathleen) (Filed on 12/27/2018) (Entered: 12/27/2018) |
| 12/28/2018 | 124 | Declaration of Jefferson Crain *for Direct Trial Testimony* filed byLos Angeles Unified School District. (Yeomans, Keith) (Filed on 12/28/2018) (Entered: 12/28/2018) |
| 12/28/2018 | 125 | Declaration of Karen Ryback *for Direct Trial Testimony* filed byLos Angeles Unified School District. (Yeomans, Keith) (Filed on 12/28/2018) (Entered: 12/28/2018) |
| 12/28/2018 | 126 | Declaration of Pia Escudero *for Direct Trial Testimony* filed byLos Angeles Unified School District. (Yeomans, Keith) (Filed on 12/28/2018) (Entered: 12/28/2018) |
| 12/28/2018 | 127 | OPPOSITION/RESPONSE (re 118 MOTION in Limine ) *Notice of Joinder in Plaintiffs' Opposition* filed byLos Angeles Unified School District. (Yeomans, Keith) (Filed on 12/28/2018) (Entered: 12/28/2018) |
| 12/28/2018 | 128 | Proposed Findings of Fact by Los Angeles Unified School District *Joinder In and Supplement To Plaintiffs' Proposed Findings of Fact and Conclusions of Law*. (Yeomans, Keith) (Filed on 12/28/2018) (Entered: 12/28/2018) |
| 12/28/2018 | 129 | Trial Declaration of Andrew Reamer, Ph.D. by State of California (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Certificate/Proof of Service)(Wise, R.) (Filed on 12/28/2018) Modified on 1/9/2019 (gbaS, COURT STAFF). (Entered: 12/28/2018) |
| 12/28/2018 | 130 | Trial Declaration of Bernard L. Fraga, PH.D. by State of California (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Certificate/Proof of Service)(Wise, R.) (Filed on 12/28/2018) Modified on 1/9/2019 (gbaS, COURT STAFF). (Entered: 12/28/2018) |
| 12/28/2018 | 131 | Trial Declaration of Andrew J. Westall by State of California (Wise, R.) (Filed on 12/28/2018) Modified on 1/9/2019 (gbaS, COURT STAFF). (Entered: 12/28/2018) |

| 12/28/2018 | 132 | Trial Declaration of Douglas S. Baron on Behalf of the County of Los Angeles by State of California (Attachments: # 1 Certificate/Proof of Service)(Wise, R.) (Filed on 12/28/2018) Modified on 1/9/2019 (gbaS, COURT STAFF). (Entered: 12/28/2018) |
|---|---|---|
| 12/28/2018 | 133 | Declaration of Amy Bodek on Behalf of the County of Los Angeles by State of California (Attachments: # 1 Certificate/Proof of Service)(Wise, R.) (Filed on 12/28/2018) Modified on 1/9/2019 (gbaS, COURT STAFF). (Entered: 12/28/2018) |
| 12/28/2018 | 134 | OBJECTION to Defendants' Trial Exhibits by State of California. (Attachments: # 1 Certificate/Proof of Service)(Wise, R.) (Filed on 12/28/2018) Modified on 1/9/2019 (gbaS, COURT STAFF). (Entered: 12/28/2018) |
| 12/28/2018 | 135 | OPPOSITION/RESPONSE (re 118 MOTION in Limine ) *Opposition to Defendant's Motion in Limine* filed byState of California. (Attachments: # 1 Exhibit Exhibit A Opposition to Defendant's Motion in Limine, # 2 Exhibit Exhibit B Opposition to Defendant's Motion in Limine, # 3 Exhibit Exhibit C Opposition to Defendant's Motion in Limine, # 4 Exhibit Exhibit D Opposition to Defendant's Motion in Limine)(Grabarsky, Todd) (Filed on 12/28/2018) (Entered: 12/28/2018) |
| 12/28/2018 | 136 | NOTICE of Appearance by Carlotta Porter Wells (Wells, Carlotta) (Filed on 12/28/2018) (Entered: 12/28/2018) |
| 12/28/2018 | 137 | Proposed Findings of Fact by Wilbur Ross, Jr, U.S. Census Bureau, U.S. Department of Commerce . (Bailey, Kate) (Filed on 12/28/2018) (Entered: 12/28/2018) |
| 12/28/2018 | 138 | CERTIFICATE OF SERVICE by State of California re 135 Opposition/Response to Motion, *Proof of Service* (Grabarsky, Todd) (Filed on 12/28/2018) (Entered: 12/28/2018) |
| 12/28/2018 | 139 | OBJECTIONS to *Plaintiffs' Joint Exhibit List* by Ron Jarmin, Wilbur Ross, Jr, U.S. Census Bureau, U.S. Department of Commerce. (Attachments: # 1 Exhibit 1: Defendants' Objections)(Federighi, Carol) (Filed on 12/28/2018) (Entered: 12/28/2018) |
| 12/28/2018 | 140 | Proposed Findings of Fact by State of California . (Attachments: # 1 Certificate/Proof of Service)(Boutin, Gabrielle) (Filed on 12/28/2018) (Entered: 12/28/2018) |
| 12/28/2018 | 141 | Proposed Findings of Fact by State of California . (Attachments: # 1 Certificate/Proof of Service)(Boutin, Gabrielle) (Filed on 12/28/2018) (Entered: 12/28/2018) |
| 01/02/2019 | 142 | **Minute Entry for proceedings held before Judge Richard Seeborg: Pretrial Conference held on 1/2/2019. Motion submitted; Court to issue an order.Total Time in Court: 55 minutes. Court Reporter: Belle Ball.**<br><br>**Plaintiff Attorney: David Holtzman, R. Matthew Wise, Gabrielle D. Boutin, Todd Grabarsky, Malia McPherson, Keith Yeomans, Charles Coleman, Anna Ferrari, Ezra Rosenberg, John Libby, Ana Guardado.**<br><br>**Defendant Attorney: Carol Federighi, Carlotta Wells, Marsha Edney, Kate Bailey.**<br><br>***(This is a text−only entry generated by the court. There is no document associated with this entry.)* (cl, COURT STAFF) (Date Filed: 1/2/2019) (Entered: 01/02/2019)** |
| 01/02/2019 | 143 | TRANSCRIPT ORDER for Future Trial with Daily Transcripts. (rjdS, COURT STAFF) (Filed on 1/2/2019) (Entered: 01/02/2019) |
| 01/02/2019 | 144 | **JOINT PRETRIAL ORDER AND STATEMENT. Signed by Judge Richard Seeborg on 1/2/19. (cl, COURT STAFF) (Filed on 1/2/2019) (Entered: 01/02/2019)** |
| 01/02/2019 | 145 | NOTICE of Filing Trial Deposition Transcript for Pamela Karlan by State of California (Boutin, Gabrielle) (Filed on 1/2/2019) Modified on 1/9/2019 (gbaS, COURT STAFF). (Entered: 01/02/2019) |
| 01/02/2019 | 146 | NOTICE of Filing Designations of Defendants' Written Discovery Responses by State of California (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Exhibit Exhibit G, # 8 Certificate/Proof of Service)(Boutin, Gabrielle) (Filed on 1/2/2019) Modified on 1/9/2019 (gbaS, COURT STAFF). (Entered: 01/02/2019) |

| 01/03/2019 | 147 | NOTICE of Supplemental Materials in support of Motion in Limine by U.S. Census Bureau, U.S. Department of Commerce (Attachments: # 1 Exhibit)(Edney, Marsha) (Filed on 1/3/2019) Modified on 1/10/2019 (gbaS, COURT STAFF). (Entered: 01/03/2019) |
|---|---|---|
| 01/04/2019 | 148 | NOTICE of Appearance by Noreen Patricia Skelly (Skelly, Noreen) (Filed on 1/4/2019) (Entered: 01/04/2019) |
| 01/04/2019 | 149 | Transcript of Proceedings held on January 2, 2019, before Judge Richard Seeborg. Court Reporter Belle Ball, CSR, CRR, RDR, telephone number (415) 373–2529, belle_ball@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re (145 in 3:18–cv–02279–RS) Transcript Order ) Release of Transcript Restriction set for 4/4/2019. (ballbb15S, COURT STAFF) (Filed on 1/4/2019) (Entered: 01/04/2019) |
| 01/04/2019 | 150 | **ORDER by Judge Richard Seeborg granting in part and denying in part (118) Motion in Limine in case 3:18–cv–01865–RS; granting in part and denying in part (124) Motion in Limine in case 3:18–cv–02279–RS. (cl, COURT STAFF) (Filed on 1/4/2019) (Entered: 01/04/2019)** |
| 01/05/2019 | 151 | TRANSCRIPT ORDER for proceedings held on 1/2/2019 before Judge Richard Seeborg by Ron Jarmin, Wilbur Ross, Jr, U.S. Census Bureau, U.S. Department of Commerce, for Court Reporter Belle Ball. (Federighi, Carol) (Filed on 1/5/2019) (Entered: 01/05/2019) |
| 01/07/2019 | 152 | OBJECTIONS to *Trial Affidavits* by U.S. Census Bureau, U.S. Department of Commerce. (Edney, Marsha) (Filed on 1/7/2019) (Entered: 01/07/2019) |
| 01/07/2019 | 153 | MOTION in Limine *Re Dr. Barreto* filed by Ron Jarmin, Wilbur Ross, Jr, U.S. Census Bureau, U.S. Department of Commerce. Motion Hearing set for 1/8/2019 09:00 AM in San Francisco, Courtroom 03, 17th Floor before Judge Richard Seeborg. Responses due by 1/22/2019. Replies due by 1/29/2019. (Attachments: # 1 Proposed Order)(Federighi, Carol) (Filed on 1/7/2019) (Entered: 01/07/2019) |
| 01/07/2019 | 154 | NOTICE by Ron Jarmin, Wilbur Ross, Jr, U.S. Census Bureau, U.S. Department of Commerce *of Filing of Parties' Deposition Designations and Counter Designations* (Attachments: # 1 Exhibit A: 30(b)(6) Vol. 1, # 2 Exhibit B: 30(b)(6) Vol. 2, # 3 Exhibit C: Comstock, # 4 Exhibit D: Gore, # 5 Exhibit E: Jarmin, # 6 Exhibit F: Kelley, # 7 Exhibit G: Langdon, # 8 Exhibit H: Park–Su, # 9 Exhibit I: Teramoto)(Federighi, Carol) (Filed on 1/7/2019) (Entered: 01/07/2019) |
| 01/07/2019 | 155 | Joinder re 134 Objection *Notice of Joinder in Plaintiffs' Objections to Defendants' Trial Exhibits* by Los Angeles Unified School District. (Yeomans, Keith) (Filed on 1/7/2019) (Entered: 01/07/2019) |
| 01/07/2019 | 156 | TRANSCRIPT ORDER for Future Trial with Daily Transcripts by Los Angeles Unified School District. (Salmon Evans, Sue) (Filed on 1/7/2019) (Entered: 01/07/2019) |
| 01/07/2019 | 157 | TRANSCRIPT ORDER for proceedings held on 01/02/2019 before Judge Richard Seeborg by State of California, for Court Reporter Belle Ball. (Boutin, Gabrielle) (Filed on 1/7/2019) (Entered: 01/07/2019) |
| 01/07/2019 | 158 | **Minute Entry for proceedings held before Judge Richard Seeborg: Bench Trial began on 1/7/2019. Total Time in Court: 5 hours 30 minutes. Court Reporter: Belle Ball and Jo Ann Bryce. (Attachments: # 1 Trial Log)(cl, COURT STAFF) (Date Filed: 1/7/2019) Modified on 1/10/2019 (cl, COURT STAFF). (Entered: 01/08/2019)** |
| 01/08/2019 | 159 | **Minute Entry for proceedings held before Judge Richard Seeborg: Bench Trial held on 1/8/2019.Total Time in Court: 2 hours. Court Reporter: Belle Ball and Jo Ann Bryce. (Attachments: # 1 Trial Log)(cl, COURT STAFF) (Date Filed: 1/8/2019) (Entered: 01/08/2019)** |

| 01/09/2019 | 160 | Request for Judicial Notice filed byState of California. (Wise, R.) (Filed on 1/9/2019) (Entered: 01/09/2019) |
|---|---|---|
| 01/09/2019 | **161** | **Minute Entry for proceedings held before Judge Richard Seeborg: Bench Trial held on 1/9/2019.Total Time in Court: 5 1/2 hours. Court Reporter: Belle Ball and Jo Ann Bryce. (Attachments: # 1 Trial Log)(cl, COURT STAFF) (Date Filed: 1/9/2019) (Entered: 01/10/2019)** |
| 01/10/2019 | **162** | **Minute Entry for proceedings held before Judge Richard Seeborg: Bench Trial held on 1/10/2019.Total Time in Court: 4 hours. Court Reporter: Belle Ball and Jo Ann Bryce. (Attachments: # 1 Trial Log)(cl, COURT STAFF) (Date Filed: 1/10/2019) (Entered: 01/10/2019)** |
| 01/10/2019 | 163 | Volume 1 of Transcript of Bench Trial Proceedings held on January 7, 2019, before Judge Richard Seeborg. Court Reporters Belle Ball, CSR, and JoAnn Bryce, CSR, telephone number (415)373–2529, belle_ball@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporters until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re (123 in 3:18–cv–02279–RS) Transcript Order – Future Trial with Daily Transcripts, (122 in 3:18–cv–02279–RS) Transcript Order – Future Trial with Daily Transcripts ) Release of Transcript Restriction set for 4/10/2019. (ballbb15S, COURT STAFF) (Filed on 1/10/2019) (Additional attachment(s) added on 2/13/2019: # 1 Supplement Master Index) (rjdS, COURT STAFF). (Entered: 01/10/2019) |
| 01/10/2019 | 164 | Volume 2 of Transcript of Bench Trial Proceedings, held on January 8, 2019, before Judge Richard Seeborg. Court Reporters Belle Ball, CSR, and JoAnn Bryce, CSR, telephone number (415)373–2529, belle_ball@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporters until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re (123 in 3:18–cv–02279–RS) Transcript Order – Future Trial with Daily Transcripts, (122 in 3:18–cv–02279–RS) Transcript Order – Future Trial with Daily Transcripts ) Release of Transcript Restriction set for 4/10/2019. (ballbb15S, COURT STAFF) (Filed on 1/10/2019) (Entered: 01/10/2019) |
| 01/10/2019 | 165 | Volume 3 of Transcript of Bench Trial Proceedings held on January 9, 2019, before Judge Richard Seeborg. Court Reporters Belle Ball, CSR, and JoAnn Bryce, CSR, telephone number (415)373–2529, belle_ball@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporters until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re (123 in 3:18–cv–02279–RS) Transcript Order – Future Trial with Daily Transcripts, (156 in 3:18–cv–01865–RS) Transcript Order – Future Trial with Daily Transcripts, (117 in 3:18–cv–01865–RS) Transcript Order – Future Trial with Daily Transcripts, (145 in 3:18–cv–02279–RS) Transcript Order, (143 in 3:18–cv–01865–RS) Transcript Order – Future Trial with Daily Transcripts, (122 in 3:18–cv–02279–RS) Transcript Order – Future Trial with Daily Transcripts, (120 in 3:18–cv–01865–RS) Transcript Order – Future Trial with Daily Transcripts ) Release of Transcript Restriction set for 4/10/2019. (ballbb15S, COURT STAFF) (Filed on 1/10/2019) (Entered: 01/10/2019) |
| 01/10/2019 | 166 | Volume 4 of Transcript of Bench Trial Proceedings held on January 10, 2019, before Judge Richard Seeborg. Court Reporters Belle Ball, CSR, and JoAnn Bryce, CSR, telephone number (415)373–2529, belle_ball@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporters until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re (123 in 3:18–cv–02279–RS) Transcript Order – Future Trial with Daily Transcripts, (156 in |

| | | |
|---|---|---|
| | | 3:18–cv–01865–RS) Transcript Order – Future Trial with Daily Transcripts, (117 in 3:18–cv–01865–RS) Transcript Order – Future Trial with Daily Transcripts, (143 in 3:18–cv–01865–RS) Transcript Order – Future Trial with Daily Transcripts, (122 in 3:18–cv–02279–RS) Transcript Order – Future Trial with Daily Transcripts, (120 in 3:18–cv–01865–RS) Transcript Order – Future Trial with Daily Transcripts ) Release of Transcript Restriction set for 4/10/2019. (ballbb15S, COURT STAFF) (Filed on 1/10/2019) (Entered: 01/10/2019) |
| 01/11/2019 | 167 | OBJECTIONS to *Request for Judicial Notice* by U.S. Census Bureau, U.S. Department of Commerce. (Edney, Marsha) (Filed on 1/11/2019) (Entered: 01/11/2019) |
| 01/11/2019 | 168 | **ORDER RE DEFENDANTS' MOTION IN LIMINE AND OBJECTIONS TO PLAINTIFFS' TRIAL DECLARATIONS. Signed by Judge Richard Seeborg on 1/11/19. (cl, COURT STAFF) (Filed on 1/11/2019) (Entered: 01/11/2019)** |
| 01/11/2019 | 169 | **Minute Entry for proceedings held before Judge Richard Seeborg: Bench Trial held on 1/11/2019.Total Time in Court: 5 hours 20 minutes. Court Reporter: Belle Ball and Jo Ann Bryce. (Attachments: # 1 Trial Log)(cl, COURT STAFF) (Date Filed: 1/11/2019) (Entered: 01/11/2019)** |
| 01/12/2019 | 170 | RESPONSE to re 167 Objection *to Requests for Judicial Notice* by State of California. (Boutin, Gabrielle) (Filed on 1/12/2019) (Entered: 01/12/2019) |
| 01/13/2019 | 171 | Request for Judicial Notice *(Second)* filed byState of California. (Boutin, Gabrielle) (Filed on 1/13/2019) (Entered: 01/13/2019) |
| 01/13/2019 | 172 | STIPULATION WITH PROPOSED ORDER *To Admit Trial Transcript in Lieu of Testimony for Dr. John Abowd* filed by State of California. (Attachments: # 1 Exhibit A)(Ferrari, Anna) (Filed on 1/13/2019) (Entered: 01/13/2019) |
| 01/13/2019 | 173 | NOTICE by State of California re 131 Notice (Other) *of Filing Updated Trial Declaration of Andrew Westall* (Attachments: # 1 Exhibit 1 (Westall Declaration))(Ferrari, Anna) (Filed on 1/13/2019) (Entered: 01/13/2019) |
| 01/13/2019 | 174 | NOTICE by State of California re 129 Notice (Other), *of Filing of Updated Trial Declaration of Andrew Reamer, Ph.D.* (Attachments: # 1 Exhibit 1 (Reamer Declaration))(Ferrari, Anna) (Filed on 1/13/2019) (Entered: 01/13/2019) |
| 01/14/2019 | 175 | OBJECTIONS to *Defendants' Deposition Counter Designations* by State of California. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Certificate/Proof of Service)(Boutin, Gabrielle) (Filed on 1/14/2019) (Entered: 01/14/2019) |
| 01/14/2019 | 176 | Request for Judicial Notice filed byLos Angeles Unified School District. (Attachments: # 1 Exhibit A)(Salmon Evans, Sue) (Filed on 1/14/2019) (Entered: 01/14/2019) |
| 01/14/2019 | 177 | **ORDER by Judge Richard Seeborg granting (172) Stipulation to admit trial transcript in lieu of testimony for Dr. John Abowd in case 3:18–cv–01865–RS; granting (169) Stipulation to admit trial transcript in lieu of testimony for Dr. John Abowd in case 3:18–cv–02279–RS. (cl, COURT STAFF) (Filed on 1/14/2019) (Entered: 01/14/2019)** |
| 01/14/2019 | 178 | Declaration of Jefferson Crain *(Amended)* for Direct Trial Testimony filed byLos Angeles Unified School District. (Yeomans, Keith) (Filed on 1/14/2019) (Entered: 01/14/2019) |
| 01/14/2019 | 179 | Declaration of Jefferson Crain *(Second Amended)* for Direct Trial Testimony filed byLos Angeles Unified School District. (Yeomans, Keith) (Filed on 1/14/2019) (Entered: 01/14/2019) |
| 01/14/2019 | 180 | NOTICE by State of California re 145 Notice (Other), 175 Objection, *of Lodging of Video Recording of (1) P. Karlan Trial Deposition and (2) J. Gore & E. Comstock Deposition Designations* (Ferrari, Anna) (Filed on 1/14/2019) (Entered: 01/14/2019) |
| 01/14/2019 | 181 | **Minute Entry for proceedings held before Judge Richard Seeborg: Bench Trial held on 1/14/2019. Bench Trial set for 2/15/2019 at 10:00 AM before Judge Richard Seeborg. Total Time in Court: 2 hours and 50 minutes. Court Reporter:** |

| | | |
|---|---|---|
| | | Belle Ball and Jo Ann Bryce. (Attachments: # 1 Trial Log)(cl, COURT STAFF) (Date Filed: 1/14/2019) (Entered: 01/14/2019) |
| 01/14/2019 | 182 | NOTICE by State of California re 129 Notice (Other), *of Filing of Second Updated Trial Declaration of Andrew Reamer, Ph.D.* (Attachments: # 1 Exhibit 1 (Reamer Declaration))(Ferrari, Anna) (Filed on 1/14/2019) (Entered: 01/14/2019) |
| 01/15/2019 | 183 | Volume 5 of Transcript of Bench Trial Proceedings held on January 11, 2019, before Judge Richard Seeborg. Court Reporter Belle Ball, CSR and JoAnn Bryce, CSR, telephone number (415)373–2529, belle_ball@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re (123 in 3:18–cv–02279–RS) Transcript Order – Future Trial with Daily Transcripts, (156 in 3:18–cv–01865–RS) Transcript Order – Future Trial with Daily Transcripts, (117 in 3:18–cv–01865–RS) Transcript Order – Future Trial with Daily Transcripts, (143 in 3:18–cv–01865–RS) Transcript Order – Future Trial with Daily Transcripts, (122 in 3:18–cv–02279–RS) Transcript Order – Future Trial with Daily Transcripts, (120 in 3:18–cv–01865–RS) Transcript Order – Future Trial with Daily Transcripts ) Release of Transcript Restriction set for 4/15/2019. (ballbb15S, COURT STAFF) (Filed on 1/15/2019) (Entered: 01/15/2019) |
| 01/15/2019 | 184 | Volume 6 of Transcript of Bench Trial Proceedings held on January 14, 2019, before Judge Richard Seeborg. Court Reporters Belle Ball, CSR and JoAnn Bryce, CSR, telephone number (415)373–2529, belle_ball@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporters until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re (123 in 3:18–cv–02279–RS) Transcript Order – Future Trial with Daily Transcripts, (156 in 3:18–cv–01865–RS) Transcript Order – Future Trial with Daily Transcripts, (117 in 3:18–cv–01865–RS) Transcript Order – Future Trial with Daily Transcripts, (143 in 3:18–cv–01865–RS) Transcript Order – Future Trial with Daily Transcripts, (122 in 3:18–cv–02279–RS) Transcript Order – Future Trial with Daily Transcripts, (120 in 3:18–cv–01865–RS) Transcript Order – Future Trial with Daily Transcripts ) Release of Transcript Restriction set for 4/15/2019. (ballbb15S, COURT STAFF) (Filed on 1/15/2019) (Entered: 01/15/2019) |
| 01/17/2019 | 185 | **ORDER RE PLAINTIFFS' REQUESTS FOR JUDICIAL NOTICE. Signed by Judge Richard Seeborg on 1/17/19. (cl, COURT STAFF) (Filed on 1/17/2019) (Entered: 01/17/2019)** |
| 01/17/2019 | 186 | STIPULATION WITH PROPOSED ORDER *Regarding Evidence Relating to Plaintiffs' Expert Witnesses Drs. Habermann and Handley* filed by State of California. (Attachments: # 1 Exhibit A)(Ferrari, Anna) (Filed on 1/17/2019) (Entered: 01/17/2019) |
| 01/18/2019 | 187 | **JOINT STIPULATION AND ORDER Regarding Evidence Relating to Plaintiffs' Expert Witnesses Drs. Habermann and Handley. Signed by Judge Richard Seeborg on 1/18/19. (cl, COURT STAFF) (Filed on 1/18/2019) (Entered: 01/18/2019)** |
| 01/25/2019 | 188 | NOTICE by State of California *Joint Evidence List* (Attachments: # 1 Exhibit)(Boutin, Gabrielle) (Filed on 1/25/2019) (Entered: 01/25/2019) |
| 02/01/2019 | 189 | MOTION for Leave to File filed by American Statistical Association, American Sociological Association, Population Association of America. (Attachments: # 1 Amicus Curiae Brief, # 2 Proposed Order)(Dixon, Megan) (Filed on 2/1/2019) (Entered: 02/01/2019) |
| 02/01/2019 | 190 | NOTICE of Appearance by Brett A. Shumate (Shumate, Brett) (Filed on 2/1/2019) (Entered: 02/01/2019) |

| 02/01/2019 | 191 | MOTION for leave to appear in Pro Hac Vice *by Alexander H. Southwell* ( Filing fee $ 310, receipt number 0971–13058206.) filed by Tech:NYC, Univision Communications Inc., General Assembly, Topia, Minneapolis Regional Chamber of Commerce. (Attachments: # 1 Certificate of Good Standing – New York)(Southwell, Alexander) (Filed on 2/1/2019) (Entered: 02/01/2019) |
|---|---|---|
| 02/01/2019 | 192 | MOTION for leave to appear in Pro Hac Vice *by Stuart F. Delery* ( Filing fee $ 310, receipt number 0971–13058529.) filed by General Assembly, Minneapolis Regional Chamber of Commerce, Tech:NYC, Topia, Univision Communications Inc.. (Attachments: # 1 Certificate of Good Standing – District of Columbia)(Delery, Stuart) (Filed on 2/1/2019) (Entered: 02/01/2019) |
| 02/01/2019 | 193 | NOTICE of Appearance by Julian Wolfe Kleinbrodt (Kleinbrodt, Julian) (Filed on 2/1/2019) (Entered: 02/01/2019) |
| 02/01/2019 | 194 | MOTION to File Amicus Curiae Brief filed by General Assembly, Minneapolis Regional Chamber of Commerce, Tech:NYC, Topia, Univision Communications Inc.. Motion Hearing set for 3/7/2019 01:30 PM in San Francisco, Courtroom 03, 17th Floor before Judge Richard Seeborg. Responses due by 2/15/2019. Replies due by 2/22/2019. (Attachments: # 1 Amici Curiae Brief, # 2 Proposed Order)(Kleinbrodt, Julian) (Filed on 2/1/2019) (Entered: 02/01/2019) |
| 02/01/2019 | 195 | Proposed Findings of Fact by Wilbur Ross, Jr, U.S. Census Bureau, U.S. Department of Commerce *Proposed FOF and Conclusions of Law*. (Bailey, Kate) (Filed on 2/1/2019) (Entered: 02/01/2019) |
| 02/01/2019 | 196 | MOTION for Leave to File *Brief as Amicus in Support of Plaintiffs* filed by Common Cause. (Attachments: # 1 Proposed Amicus Brief for Common Cause)(Persyn, Mary) (Filed on 2/1/2019) (Entered: 02/01/2019) |
| 02/01/2019 | 197 | MOTION to File Amicus Curiae Brief *of Central Valley Immigrant Integration Collaborative, United Farm Workers Foundation, National Immigration Law Center, et al.* filed by National Immigration Law Center, Blue Shield of California Foundation, The California Endowment, California Pan–Ethnic Health Network, Californians for Pesticide Reform, California Rural Legal Assistance Foundation, California Wellness Foundation, Community Water Center, Central Valley Immigrant Integration Collaborative, Grove Foundation, Immigrant Legal Resource Center, Jakara Movement, Latino Community Foundation, Leadership Counsel for Justice and Accountability, Radio Bilingue, The Sierra Health Foundation, United Farm Workers Foundation, Westside Family Prevention Services Network. Responses due by 2/15/2019. Replies due by 2/22/2019. (Attachments: # 1 Amicus Brief, # 2 Exhibit A, # 3 Exhibit B, # 4 Proposed Order)(Espiritu, Nicholas) (Filed on 2/1/2019) (Entered: 02/01/2019) |
| 02/01/2019 | 198 | Proposed Findings of Fact by State of California . (Attachments: # 1 Post Trial Proposed Conclusions of Law)(Boutin, Gabrielle) (Filed on 2/1/2019) (Entered: 02/01/2019) |
| 02/04/2019 | 199 | **ORDER by Judge Richard Seeborg granting 191 Motion for Pro Hac Vice as to Alexander H. Southwell. (cl, COURT STAFF) (Filed on 2/4/2019) (Entered: 02/04/2019)** |
| 02/04/2019 | 200 | **ORDER by Judge Richard Seeborg granting 192 Motion for Pro Hac Vice as to Stuart F. Delery. (cl, COURT STAFF) (Filed on 2/4/2019) (Entered: 02/04/2019)** |
| 02/15/2019 | 201 | **Minute Entry for proceedings held before Judge Richard Seeborg: Bench Trial completed on 2/15/2019.Total Time in Court: 4 hours. Court Reporter: Belle Ball. (Attachments: # 1 Trial Log)(cl, COURT STAFF) (Date Filed: 2/15/2019) (Entered: 02/15/2019)** |
| 02/21/2019 | 202 | NOTICE by Ron Jarmin, Wilbur Ross, Jr, U.S. Census Bureau, U.S. Department of Commerce *of Defendants' Position Regarding Supreme Court Proceedings* (Shumate, Brett) (Filed on 2/21/2019) (Entered: 02/21/2019) |
| 02/22/2019 | 203 | **ORDER DENYING REQUEST FOR STAY. Signed by Judge Richard Seeborg on 2/22/19. (cl, COURT STAFF) (Filed on 2/22/2019) (Entered: 02/22/2019)** |

| 02/27/2019 | 204 | CLERK'S NOTICE VACATING MOTION HEARING SET FOR MARCH 7, 2019 AT 1:30 PM. *(This is a text–only entry generated by the court. There is no document associated with this entry.)* (cl, COURT STAFF) (Filed on 2/27/2019) (Entered: 02/27/2019) |
|---|---|---|
| 03/06/2019 | 205 | **FINDINGS OF FACT AND CONCLUSIONS OF LAW. Signed by Judge Richard Seeborg on 3/6/19. (cl, COURT STAFF) (Filed on 3/6/2019) (Entered: 03/06/2019)** |
| 03/12/2019 | 206 | Proposed Order *Proposed Final Judgment, Order of Vacatur, and Permanent Injunction* by State of California. (Wise, R.) (Filed on 3/12/2019) (Entered: 03/12/2019) |
| 03/13/2019 | 207 | **FINAL JUDGMENT, ORDER OF VACATUR, AND PERMANENT INJUNCTION. Signed by Judge Richard Seeborg on 3/13/19. (cl, COURT STAFF) (Filed on 3/13/2019) (Entered: 03/13/2019)** |
| 03/13/2019 | 208 | NOTICE OF APPEAL to the 9th Circuit Court of Appeals filed by U.S. Census Bureau, U.S. Department of Commerce. (Appeal fee FEE WAIVED.) (Edney, Marsha) (Filed on 3/13/2019) (Entered: 03/13/2019) |
| 03/13/2019 | 210 | Exhibit Location for plaintiffs 11 binders and 1 for defendant (Shelf 76). (gbaS, COURT STAFF) (Filed on 3/13/2019) (Entered: 03/14/2019) |
| 03/14/2019 | 209 | Transcript of Proceedings held on February 15, 2019, before Judge Richard Seeborg. Court Reporter Belle Ball, CSR, CRR, RDR, telephone number (415)373–2529, belle_ball@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re (123 in 3:18–cv–02279–RS) Transcript Order – Future Trial with Daily Transcripts, (156 in 3:18–cv–01865–RS) Transcript Order – Future Trial with Daily Transcripts, (143 in 3:18–cv–01865–RS) Transcript Order – Future Trial with Daily Transcripts, (122 in 3:18–cv–02279–RS) Transcript Order – Future Trial with Daily Transcripts, (120 in 3:18–cv–01865–RS) Transcript Order – Future Trial with Daily Transcripts ) Release of Transcript Restriction set for 6/12/2019. (ballbb15S, COURT STAFF) (Filed on 3/14/2019) (Entered: 03/14/2019) |
| 03/20/2019 | 211 | USCA Case Number **19–15456** for 208 Notice of Appeal filed by U.S. Census Bureau, U.S. Department of Commerce. (gbaS, COURT STAFF) (Filed on 3/20/2019) (Entered: 03/20/2019) |
| 03/27/2019 | 212 | STIPULATION WITH PROPOSED ORDER *to Extend Time to File Bill of Costs and Motion for Attorneys Fees* filed by Los Angeles Unified School District. (Attachments: # 1 Declaration of Keith Yeomans ISO Joint Stipulation and Proposed Order to Extend Time to File Bill of Costs and Motion for Attorneys Fees)(Yeomans, Keith) (Filed on 3/27/2019) (Entered: 03/27/2019) |
| 03/28/2019 | 213 | **ORDER by Judge Richard Seeborg granting 212 Stipulation to extend time to file bill of costs and motion for attorneys' fees. (cl, COURT STAFF) (Filed on 3/28/2019) (Entered: 03/28/2019)** |
| 05/30/2019 | 214 | NOTICE by State of California *of Proceedings in Related Action* (Attachments: # 1 Exhibit, # 2 Certificate/Proof of Service)(Boutin, Gabrielle) (Filed on 5/30/2019) (Entered: 05/30/2019) |
| 07/03/2019 | 215 | ADMINISTRATIVE MOTION Telephonic Status Conference on July 5, 2019 filed by State of California. Responses due by 7/8/2019. (Boutin, Gabrielle) (Filed on 7/3/2019) (Entered: 07/03/2019) |
| 07/08/2019 | 216 | U.S. Supreme Court Notice that the petition for a writ of certiorari is granted as to 208 Notice of Appeal filed by U.S. Census Bureau, U.S. Department of Commerce. (gbaS, COURT STAFF) (Filed on 7/8/2019) (Entered: 07/08/2019) |
| 07/08/2019 | 217 | NOTICE of Appearance by Glenn M. Girdharry (Girdharry, Glenn) (Filed on 7/8/2019) (Entered: 07/08/2019) |

| 07/08/2019 | 218 | NOTICE by Ron Jarmin, Wilbur Ross, Jr, U.S. Census Bureau, U.S. Department of Commerce *of withdrawal and substitution of counsel* (Girdharry, Glenn) (Filed on 7/8/2019) (Entered: 07/08/2019) |
|---|---|---|
| 07/09/2019 | 219 | CLERK'S NOTICE SCHEDULING STATUS HEARING. Status Hearing scheduled for 7/10/2019 at 11:00 AM to be held telephonic. All parties shall appear telephonically and must contact Court Conference at (866) 582–6878 to arrange their participation. *(This is a text–only entry generated by the court. There is no document associated with this entry.)* (cl, COURT STAFF) (Filed on 7/9/2019) (Entered: 07/09/2019) |
| 07/09/2019 | 220 | NOTICE of Appearance by David Michael Morrell (Morrell, David) (Filed on 7/9/2019) (Entered: 07/09/2019) |
| 07/09/2019 | 221 | NOTICE of Appearance by Daniel A. Schiffer (Schiffer, Daniel) (Filed on 7/9/2019) (Entered: 07/09/2019) |
| 07/09/2019 | 222 | NOTICE of Appearance by Christopher Robert Bachner Reimer (Reimer, Christopher) (Filed on 7/9/2019) (Entered: 07/09/2019) |
| 07/09/2019 | 223 | NOTICE of Appearance by Colin A. Kisor (Kisor, Colin) (Filed on 7/9/2019) (Entered: 07/09/2019) |
| 07/10/2019 |  | Set/Reset Hearing Status Conference set for 7/10/2019 at 11:00 AM to be held telephonic in San Francisco, Courtroom 03, 17th Floor before Judge Richard Seeborg. (cl, COURT STAFF) (Filed on 7/10/2019) (Entered: 07/10/2019) |
| 07/10/2019 | 224 | **Minute Entry for proceedings held before Judge Richard Seeborg: Status Conference held telephonically on 7/10/2019.Total Time in Court: 20 minutes. Court Reporter: Raynee Mercado.**<br><br>**Plaintiffs Attorney: Gabriel Boutin, Sue Ann Salmon Evans, Valerie Flores, Jon Greenbaum, John Libby, Keith Yeomans, Charles Coleman, Nora Frimann, David Holtzman, Malia McPherson, Mark Rosenbaum, R. Matthew Wise – Telephonic.**<br><br>**Defendants Attorney: Daniel Schiffer, Christopher Reimer – Telephonic.**<br><br>***(This is a text–only entry generated by the court. There is no document associated with this entry.)* (cl, COURT STAFF) (Date Filed: 7/10/2019) (Entered: 07/10/2019)** |
| 07/11/2019 | 225 | NOTICE of Appearance by Gerald Brinton Lucas (Lucas, Gerald) (Filed on 7/11/2019) (Entered: 07/11/2019) |
| 07/11/2019 | 226 | NOTICE of Appearance by Christopher A. Bates (Bates, Christopher) (Filed on 7/11/2019) (Entered: 07/11/2019) |
| 07/11/2019 | 227 | ***\*\*\* DISREGARD – FILED IN ERROR (SEE DOCKET # 230 ) \*\*\**** TRANSCRIPT ORDER for proceedings held on 07/10/2019 before Judge Richard Seeborg for Court Reporter Raynee Mercado. (rjdS, COURT STAFF) (Filed on 7/11/2019) Modified on 7/11/2019 (rjdS, COURT STAFF). (Entered: 07/11/2019) |
| 07/11/2019 | 228 | ***\*\*\* DISREGARD – FILED IN ERROR (SEE DOCKET # 231 ) \*\*\**** TRANSCRIPT ORDER for proceedings held on 07/10/2019 before Judge Richard Seeborg for Court Reporter Raynee Mercado. (rjdS, COURT STAFF) (Filed on 7/11/2019) Modified on 7/11/2019 (rjdS, COURT STAFF). (Entered: 07/11/2019) |
| 07/11/2019 | 229 | ***\*\*\* DISREGARD – FILED IN ERROR (SEE DOCKET # 232 ) \*\*\**** TRANSCRIPT ORDER for proceedings held on 07/10/2019 before Judge Richard Seeborg for Court Reporter Raynee Mercado. (rjdS, COURT STAFF) (Filed on 7/11/2019) Modified on 7/11/2019 (rjdS, COURT STAFF). (Entered: 07/11/2019) |
| 07/11/2019 | 230 | TRANSCRIPT ORDER for proceedings held on 07/10/2019 before Judge Richard Seeborg for Court Reporter Raynee Mercado. (rjdS, COURT STAFF) (Filed on 7/11/2019) (Entered: 07/11/2019) |

| 07/11/2019 | 231 | TRANSCRIPT ORDER for proceedings held on 07/10/2019 before Judge Richard Seeborg for Court Reporter Raynee Mercado. (rjdS, COURT STAFF) (Filed on 7/11/2019) (Entered: 07/11/2019) |
|---|---|---|
| 07/11/2019 | 232 | TRANSCRIPT ORDER for proceedings held on 07/10/2019 before Judge Richard Seeborg for Court Reporter Raynee Mercado. (rjdS, COURT STAFF) (Filed on 7/11/2019) (Entered: 07/11/2019) |
| 07/11/2019 | 233 | Transcript of Proceedings held on July 10, 2019, before Judge Richard Seeborg. Court Reporter Raynee H. Mercado, CSR, telephone number 510−565−7228, cacsr8258@gmail.com. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re (216 in 3:18−cv−02279−RS) Transcript Order, (220 in 3:18−cv−02279−RS, 231 in 3:18−cv−01865−RS) Transcript Order, (214 in 3:18−cv−02279−RS) Transcript Order, (221 in 3:18−cv−02279−RS, 232 in 3:18−cv−01865−RS) Transcript Order, (219 in 3:18−cv−02279−RS, 230 in 3:18−cv−01865−RS) Transcript Order ) Release of Transcript Restriction set for 10/9/2019. (rhm) (Filed on 7/11/2019) (Entered: 07/11/2019) |
| 07/11/2019 | 234 | NOTICE by Ron Jarmin, Frank Pallone, Jr, Wilbur Ross, Jr, U.S. Census Bureau, U.S. Department of Commerce (Attachments: # 1 Exhibit Executive Order)(Reimer, Christopher) (Filed on 7/11/2019) (Entered: 07/11/2019) |

# INVOICE

**ACE** ATTORNEY SERVICE, Inc.

*"Delivering Peace of Mind"*

P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 223946 | 10803 |
| **Invc Date** | **Total Due** |
| 6/07/18 | 42,701.06 |
| **Current** | **Over 30 Days** |
| 22,585.11 | .00 |
| **Over 60 Days** | **Over 90 Days** |
| 20,075.95 | 40.00 |

DOJ-ATTORNEY GENERAL OFFICE
1300 I STREET
SACRAMENTO, CA 95814

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 10803 | 223946 | 5/31/18 | 22,585.11 | 15 |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 5/07/18<br>FILING PRIORITY | 1570856 | FLR | Caller:  SALENE J. MAYBER<br>DOJ-ATTORNEY GENERAL OFFICE<br>1300 I STREET<br>SACRAMENTO<br><br>MC026914<br>PROS V BOARD<br>MOC, PET<br>2 DOCS | Ref No.:  03591110SA2017105970<br>LASC-LANCASTER<br>42011 4TH STREET WEST<br>LANCASTER<br><br><br><br>MISC=PDF C/C=$0.50 | BASE         :   150.00<br>PDF PAGES :     3.00<br>MISC.        :        .50 | | 153.50 |
| 5/08/18<br>FILING PRIORITY | 1570999 | FLR | Caller:  Lois Buzbee-Osby<br>DOJ-ATTORNEY GENERAL OFFICE<br>1300 I STREET<br>SACRAMENTO<br><br>YASSA V MEDICAL<br>OPPOSITION | Ref No.:  SA2018301303<br>SACRAMENTO SUPERIOR COURT<br>720 9TH STREET<br>SACRAMENTO | BASE         :    40.00 | | 40.00 |
| 5/08/18<br>FILING PRIORITY | 1571148 | FLR | Caller:  Marianne Baschie<br>DOJ-ATTORNEY GENERAL OFFICE<br>1300 I STREET<br>SACRAMENTO<br><br>CR-2017-0009905<br>PPL V BENNETT<br>OPP,PROPOSED ORDER<br>2 DOCS | Ref No.:  14351196SA2018101314<br>SAN JOAQUIN SUPERIOR-MANTECA BRANCH<br>315 E CENTER STREET<br>MANTECA<br><br>MSC=2HRS DRIVETIME | BASE         :   110.00<br>MISC.        :    60.00 | | 170.00 |
| 5/08/18<br>PDF PROCESS PRIORITY | 1571240 | PSD | Caller:  TRACIE CAMPBELL<br>DOJ-ATTORNEY GENERAL OFFICE<br>1300 I STREET<br>SACRAMENTO<br><br>3:18-CV-01865<br>ST OF CA V ROSS<br>1ST AMND COMPLAINT | Ref No.:  82003120SA2018100200<br>WILBUR L. ROSS, JR., SECRETARY OF<br>1401 CONSTITUTION AVENUE NW<br>WASHINGTON | BASE         :   250.00<br>PDF PAGES :     4.25 | | 254.25 |
| 5/08/18<br>PDF PROCESS PRIORITY | 1571243 | PSD | Caller:  TRACIE CAMPBELL<br>DOJ-ATTORNEY GENERAL OFFICE<br>1300 I STREET<br>SACRAMENTO<br><br>3:18-CV-01865<br>ST OF CA V ROSS<br>1ST AMND COMPLAINT | Ref No.:  82003120SA2018100200<br>U.S. DEPARTMENT OF COMMERCE<br>1401 CONSTITUTION AVE NW<br>WASHINGTON | BASE         :   250.00<br>PDF PAGES :     4.25 | | 254.25 |

Continued

# INVOICE PAYMENT DUE UPON RECEIPT

# ACE
**ATTORNEY SERVICE, Inc.**
*"Delivering Peace of Mind"*
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 223946 | 10803 |
| **Invc Date** | **Total Due** |
| 6/07/18 | 42,701.06 |
| **Current** | **Over 30 Days** |
| 22,585.11 | .00 |
| **Over 60 Days** | **Over 90 Days** |
| 20,075.95 | 40.00 |

DOJ-ATTORNEY GENERAL OFFICE
1300 I STREET
SACRAMENTO, CA 95814

BILLING INQUIRIES CALL
(213) 623-3979

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | |
|---|---|---|---|---|---|---|
| | 10803 | 223946 | 5/31/18 | 22,585.11 | 16 | |

| Date | Ordr No. | Svc | Service Detail | | | Charges | | Total |
|---|---|---|---|---|---|---|---|---|
| 5/08/18 PDF PROCESS | 1571246 PRIORITY | PSD | Caller: TRACIE CAMPBELL DOJ-ATTORNEY GENERAL OFFICE 1300 I STREET SACRAMENTO 3:18-CV-01865 ST OF CA V ROSS 1ST AMND COMPLAINT | Ref No.: 82003120SA2018100200 RON JARMIN, PERFORMING THE NON- 4600 SILVER HILL ROAD SUITLAND | BASE : PDF PAGES : | 250.00 4.25 | | 254.25 |
| 5/08/18 PDF PROCESS | 1571254 PRIORITY | PSD | Caller: TRACIE CAMPBELL DOJ-ATTORNEY GENERAL OFFICE 1300 I STREET SACRAMENTO 3:18-CV-01865 ST OF CA V ROSS 1ST AMND COMPLAINT | Ref No.: 82003120SA2018100200 U.S. CENSUS BUREAU 4600 SILVER HILL ROAD SUITLAND | BASE : PDF PAGES : | 250.00 4.25 | | 254.25 |
| 5/08/18 FILING NEXT DAY | 1571268 | FND | Caller: Francina Stevens DOJ-ATTORNEY GENERAL OFFICE 1300 I STREET SACRAMENTO 34-2016-00205565 KENT V HICKS FILE ORIG POS #1567945 | Ref No.: 13367140-SA2016103678 SACRAMENTO SUPERIOR COURT 720 9TH STREET SACRAMENTO MISC=6 COPIES=$1.50 | BASE : PDF PAGES : MISC. : | 35.00 .50 1.50 | | 37.00 |
| 5/08/18 FILING SAME DAY | 1571295 | FSD | Caller: SHELLEY O'MARY DOJ-ATTORNEY GENERAL OFFICE 1300 I STREET SACRAMENTO 34-2015-00174376 CRISAN v STATE OF CA OPP,DEC,RESP (3) DOCS | Ref No.: 13443196SA2014116234 SACRAMENTO SUPERIOR COURT 813 6TH STREET SACRAMENTO | BASE : | 37.50 | | 37.50 |
| | | | | | | | | Continued |

# INVOICE PAYMENT DUE UPON RECEIPT

# INVOICE

**ACE** ATTORNEY SERVICE, Inc.
*"D e l i v e r i n g   P e a c e   o f   M i n d"*
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 217957 | 10803 |
| **Invc Date** | **Total Due** |
| 5/07/18 | 36,473.60 |
| **Current** | **Over 30 Days** |
| 16,357.65 | 20,075.95 |
| **Over 60 Days** | **Over 90 Days** |
| 40.00 | .00 |

DOJ-ATTORNEY GENERAL OFFICE
1300 I STREET
SACRAMENTO, CA 95814

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 10803 | 217957 | 4/30/18 | 16,357.65 | 17 |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 4/11/18 | 1561427 | PSD | Caller: Francina Stevens | Ref No.: 06751196-SA2018100375 | BASE : 150.00 | | 150.00 |
| PROCESSPRIORITY | | | DOJ-ATTORNEY GENERAL OFFICE | SHANE W. RILEY | | | |
| | | | 1300 I STREET | 540 PIER AVE | | | |
| | | | SACRAMENTO | HERMOSA BEACH | | | |
| | | | | | | | |
| | | | 34201870003663 | CAUC/MALE/41YRS | | | |
| | | | MARTIN V RILEY | | | | |
| | | | TRO;NOH;PET;INFO... | 1. 1559 W 224TH ST | | | |
| | | | 04/27/18 8:30AM | tORRANCE, ca | | | |
| | | | | | | | |
| 4/11/18 | 1561514 | PND | Caller: CECE VELEZ | Ref No.: 13443-196-SA2014116234 | BASE : 125.00 | | 125.00 |
| PROCESS 2DAY | | | DOJ -ATTORNEY GENERAL OFFICE | Dr, James Carter | | | |
| | | | 1300 I Street | 1560 Humboldt Road | | | |
| | | | SACRAMENTO | CHICO | | | |
| | | | | | | | |
| | | | 34-2015-00174376 | | | | |
| | | | CRISAN V DSH | | | | |
| | | | DEPOSUBP;NOD;NTCCONS | | | | |
| | | | 05-11-18 10:00AM | | | | |
| 4/11/18 | 1561576 | PSD | Caller: Tursun Bier | Ref No.: 82003-120-SA2018100904 | BASE : 250.00 | | 259.00 |
| PDF PROCESS PRIORITY | | | DOJ-ATTORNEY GENERAL OFFICE | WILBUR L. ROSS, JR., SECRETARY OF | PDF PAGES : 9.00 | | |
| | | | 1300 I STREET | 1401 CONSTITUTION AVE NW | | | |
| | | | SACRAMENTO | WASHINGTON | | | |
| | | | | | | | |
| | | | CV 18-1865 RS | | | | |
| | | | THE STATE V ROSS, JR | | | | |
| | | | SUMMONS & COMPLAINT; | | | | |
| | | | ORDER SETTING CMC | | | | |
| 4/11/18 | 1561584 | PSD | Caller: Tursun Bier | Ref No.: 82003-120-SA2018100904 | BASE : 250.00 | | 259.00 |
| PDF PROCESS PRIORITY | | | DOJ-ATTORNEY GENERAL OFFICE | U.S. DEPARTMENT OF COMMERCE | PDF PAGES : 9.00 | | |
| | | | 1300 I STREET | 1401 CONSTITUTION AVE NW | | | |
| | | | SACRAMENTO | WASHINGTON | | | |
| | | | | | | | |
| | | | CV 18-1865 RS | | | | |
| | | | THE STATE V ROSS, JR | | | | |
| | | | SUMMONS & COMPLAINT; | | | | |
| | | | ORDER SETTING CMC | | | | |
| | | | | | | | Continued |

# INVOICE PAYMENT DUE UPON RECEIPT

# ACE

**ATTORNEY SERVICE, Inc.**

*"Delivering Peace of Mind"*

P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 217957 | 10803 |
| **Invc Date** | **Total Due** |
| 5/07/18 | 36,473.60 |
| **Current** | **Over 30 Days** |
| 16,357.65 | 20,075.95 |
| **Over 60 Days** | **Over 90 Days** |
| 40.00 | .00 |

DOJ-ATTORNEY GENERAL OFFICE
1300 I STREET
SACRAMENTO, CA 95814

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 10803 | 217957 | 4/30/18 | 16,357.65 | 18 |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 4/11/18<br><br>PDF PROCESS | 1561585<br><br>PRIORITY | PSD | Caller:  Tursun Bier<br>DOJ-ATTORNEY GENERAL OFFICE<br>1300 I STREET<br>SACRAMENTO<br><br>CV 18-1865 RS<br>THE STATE V ROSS, JR<br>SUMMONS & COMPLAINT;<br>ORDER SETTING CMC | Ref No.:  82003-120-SA2018100904<br>RON JARMIN, PERFORMING THE NON-<br>4600 SILVER HILL ROAD<br>SUITLAND | BASE      :  250.00<br>PDF PAGES :    9.00 | | 259.00 |
| 4/11/18<br><br>PDF PROCESS | 1561588<br><br>PRIORITY | PSD | Caller:  Tursun Bier<br>DOJ-ATTORNEY GENERAL OFFICE<br>1300 I STREET<br>SACRAMENTO<br><br>CV 18-1865 RS<br>THE STATE V ROSS, JR<br>SUMMONS & COMPLAINT;<br>ORDER SETTING CMC | Ref No.:  82003-120-SA2018100904<br>U.S. CENSUS BUREAU<br>4600 SILVER HILL ROAD<br>SUITLAND | BASE      :  250.00<br>PDF PAGES :    9.00 | | 259.00 |
| 4/12/18<br><br>CHAMBER'S COPY | 1561796 | CCJ | Caller:  MONICA WALDEN<br>DOJ-ATTORNEY GENERAL OFFICE<br>1300 I STREET<br>SACRAMENTO<br><br>C085869<br>HOSPITAL V HEALTH<br>CCJ DEPT 31 | Ref No.:  13343140SA2017109642<br>SACRAMENTO SUPERIOR COURT<br>720 9TH STREET<br>SACRAMENTO<br><br>13343140SA2017109643<br>13343140SA2017109644 | BASE      :   22.50 | | 22.50 |
| 4/12/18<br><br>CHAMBER'S COPY | 1561797 | CCJ | Caller:  MONICA WALDEN<br>DOJ-ATTORNEY GENERAL OFFICE<br>1300 I STREET<br>SACRAMENTO<br><br>C085869<br>HOSPITAL V HEALTH<br><br>COURTESY CC'S/JUDGE | Ref No.:  13343140SA2017109642<br>CALIFORNIA SUPREME COURT<br>350 MCALLISTER STREET<br>SAN FRANCISCO<br><br>13343140SA2017109643<br>13343140SA2017109644<br>MSC=3HR DRIVETIME<br>      =$90.00 | BASE      :   27.50<br>MISC.     :   90.00 | | 117.50 |
| | | | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT

ST44 Rev. 04/18
Derived from A044 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Northern District of California

INVOICE NO.: 20190012

Gabrielle D. Boutin, Esq.
OFFICE OF THE ATTORNEY GENERAL
1300 I Street
15th Floor
Sacramento, CA 95814

**MAKE CHECKS PAYABLE TO:**
Belle Ball, CSR
450 Golden Gate Avenue
16th Floor
San Francisco, CA 94102
(415) 373-2529
belle_ball@cand.uscourts.gov

| __ CRIMINAL   X CIVIL | DATE ORDERED: 01-07-2019 | DATE DELIVERED: 01-07-2019 |
|---|---|---|

In the matter of: C 18-01865 RS, State of California v Wilbur Ross, et al.
Transcript of Hearing held before Hon. Richard Seeborg on December 7, 2018
(PDF and ASCII copies)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | 91 | 1.20 | 109.20 | 91 | 0.90 | 81.90 | 191.10 |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |

Approval for Payment

Case Name: _State of California v. Wilbur Ross_
Docket No.: _82003 120 5A2018100904_
Name of DAG: _Gabrielle D. Boutin_
Date: _1/7/19_
DAG Signature: _B. Carl for_

| | |
|---|---|
| **Subtotal** | 191.10 |
| Less Discount for Late Delivery | |
| Tax (If Applicable) | |
| Less Amount of Deposit | |
| Total Refund | |
| **Total Due** | 191.10 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: /s/ Belle Ball, CSR 8785 | DATE: 01-07-2019 |
|---|---|

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from A044 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Northern District of California

| INVOICE NO.: 20190026 |
|---|

| | **MAKE CHECKS PAYABLE TO:** |
|---|---|
| Gabrielle D. Boutin, Esq.<br>OFFICE OF THE ATTORNEY GENERAL<br>1300 I Street<br>15th Floor<br>Sacramento, CA 95814 | Belle Ball, CSR<br>450 Golden Gate Avenue<br>16th Floor<br>San Francisco, CA 94102<br>(415) 373-2529<br>belle_ball@cand.uscourts.gov |

| __ CRIMINAL   X CIVIL | DATE ORDERED:<br>01-07-2019 | DATE DELIVERED:<br>01-07-2019 |
|---|---|---|

**In the matter of:** C 18-01865, State of California v Ross, et al.
One-half cost of transcript volumes in bench trial held before
Hon. Richard Seeborg, January 7 - 14, 2019
(JoAnn Bryce will invoice for the other half separately)
(Original/PDF cost split between parties)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | 186 | 8.45 | 1571.70 | 556 | 1.20 | 667.20 | 556 | 0.90 | 500.40 | 2739.30 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | | Misc. Charges | |

| Approval for Payment | | |
|---|---|---|
| Case Name: *State of California v. Ross* | **Subtotal** | 2739.30 |
| Docket No.: *82003 120 SA201810090M* | Less Discount for Late Delivery | |
| Name of DAG: *Gabrielle D. Boutin* | Tax (If Applicable) | |
| Date: *1/16/19* | Less Amount of Deposit | |
| DAG Signature: | Total Refund | |
| | **Total Due** | 2739.30 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>/s/ Belle Ball, CSR 8785 | DATE:<br>01-15-2019 |
|---|---|

| **DISTRIBUTION:** | TO PARTY (2 copies - 1 to be returned with payment) | COURT REPORTER | COURT REPORTER SUPERVISOR |
|---|---|---|---|

ST44 Rev. 04/18
Derived from A044 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Northern District of California

INVOICE NO.: 20191211

Gabrielle D. Boutin
Office of Attorney General - SACTO
1300 I Street
Sacramento, CA 95814
(916) 210-6053
Gabrielle>Boutin@doj.ca.gov

**MAKE CHECKS PAYABLE TO:**
Jo Ann Bryce, CSR,RMR,CRR
Official Reporter
U.S. District Court
450 Golden Gate Ave. - 16th Fl.
San Francisco, CA 94102
(510) 910-5888
Joann_Bryce@cand.uscourts.gov

| __ CRIMINAL    X CIVIL | DATE ORDERED: 01-07-2019 | DATE DELIVERED: 01-07-2019 |
|---|---|---|

In the matter of: C 18-01865 RS, State of California v Ross, et al.

One half cost of transcript volumes in bench trial held before Judge Richard Seeborg on January 7 - 14, 2019. (Belle Ball will invoice for the other half separately) (Original/PDF cost split between parties)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
|  | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL |  |
| Ordinary |  | 3.65 |  |  | 0.90 |  |  | 0.60 |  |  |
| 14-Day |  | 4.25 |  |  | 0.90 |  |  | 0.60 |  |  |
| Expedited |  | 4.85 |  |  | 0.90 |  |  | 0.60 |  |  |
| 3-Day |  | 5.45 |  |  | 1.05 |  |  | 0.75 |  |  |
| Daily | 185 | 8.45 | 1563.25 | 555 | 1.20 | 666.00 | 555 | 0.90 | 499.50 | 2728.75 |
| Hourly |  | 7.25 |  |  | 1.20 |  |  | 0.90 |  |  |
| Realtime |  | 3.05 |  |  |  |  |  |  |  |  |
| Misc. |  |  |  |  |  |  | Misc. Charges |  |  |  |

| Approval for Payment | |
|---|---|
| Case Name: State of California v. Ross | Subtotal | 2728.75 |
| Docket No.: 82003 120 5A 2018100904 | Less Discount for Late Delivery |  |
| Name of DAG: Gabrielle D. Boutin | Tax (If Applicable) |  |
| Date: 1/17/19 | Less Amount of Deposit |  |
| DAG Signature: | Total Refund |  |
|  | Total Due | 2728.75 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: s:/ Jo Ann Bryce | DATE: 01-17-2019 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from A044 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Northern District of California

INVOICE NO.: 20181099

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| R. Matthew Wise | Jo Ann Bryce, CSR,RMR,CRR |
| Office of Attorney General - SACTO | Official Reporter |
| 1300 I Street | U.S. District Court |
| Sacramento, CA 95814 | 450 Golden Gate Ave. - 16th Fl. |
| (916) 210-6046 | San Francisco, CA 94102 |
| matthew.wise@doj.ca.gov | (510) 910-5888 |
| | Joann_Bryce@cand.uscourts.gov |

| \_ CRIMINAL    X   CIVIL | DATE ORDERED: 08-30-2018 | DATE DELIVERED: 09-05-2018 |
|---|---|---|

**In the matter of:** C 18-01865 RS, State of California v Ross, et al.

```
7-day Expedited Delivery copy .pdf of Proceedings heard before Judge
Richard Seeborg on 8/10/16
```

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | 117 | 0.90 | 105.30 | | 0.60 | | 105.30 |
| 3-Day | | 5.45 | | | 1.05 | | | 0.75 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | | | | | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | **Subtotal** | | 105.30 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| **Date:** 08-30-2018 | | **Check:** 175-508462 | | | | | Less Amount of Deposit | | | 105.30 |
| | | | | | | | Total Refund | | | |
| | | | | | | | **Total Due** | | | 0.00 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: s:/ Jo Ann Bryce | DATE: 08-23-2018 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 04/18
Derived from A044 Rev. 04/18

# UNITED STATES DISTRICT COURT
## For the Northern District of California

| INVOICE NO.: 20190106 | |
|---|---|

| | **MAKE CHECKS PAYABLE TO:** |
|---|---|
| Gabrielle D. Boutin, Esq.<br>OFFICE OF THE ATTORNEY GENERAL<br>1300 I Street<br>15th Floor<br>Sacramento, CA 95814<br><br>✓ 54369 | Belle Ball, CSR<br>450 Golden Gate Avenue<br>16th Floor<br>San Francisco, CA 94102<br>(415) 373-2529   Fax: (415) 522-3149<br>belle_ball@cand.uscourts.gov |

| __ CRIMINAL   X CIVIL | DATE ORDERED:<br>02-15-2019 | DATE DELIVERED:<br>03-14-2019 |
|---|---|---|

**In the matter of:** C 18-1865 RS, State of California, et al v Wilbur Ross, et al.
Transcript of Bench Trial Closing Arguments held before
Hon. Richard Seeborg, February 15, 2019
(Original/PDF cost split between parties)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 58 | 5.45 | 316.10 | 176 | 0.90 | 158.40 | 176 | 0.60 | 105.60 | 580.10 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | APR 2019 | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | | Misc. Charges | |

Approval for Payment

| | | |
|---|---|---|
| Case Name: State of California v. Ross | **Subtotal** | 580.10 |
| Docket No.: 820031205A2018100904 | Less Discount for Late Delivery | |
| Name of DAG: Gabrielle D. Boutin | Tax (If Applicable) | |
| Date: 3/14/19 | Less Amount of Deposit | |
| DAG Signature: | Total Refund | |
| 013425 | **Total Due** | 580.10 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>/s/ Belle Ball, CSR 8785 | DATE:<br>03-14-2019 |
|---|---|

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

# ESQUIRE
DEPOSITION SOLUTIONS

*Invoice*  **INV1343702**

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 10/23/2018 | **Client Number** | C13107 |
| **Terms** | Net 30 | **Esquire Office** | Washington DC |
| **Due Date** | 11/22/2018 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Bill To**
Office of the Attorney General
1300 | Street
Suite 125
Sacramento CA 94244

**Services Provided For**
State of California Department of Justice - Sacramento
Boutin, Gabrielle D
1300 | Street
Suite 125
Sacramento CA 94244

| Job Date | Job # | Job Location | Case |
|---|---|---|---|
| 10/17/2018 | J2949500 | Indianapolis, INDIANA | STATE OF CALIFORNIA ET. AL. VS. WILBUR L. ROSS J.R. ET. ... |

| Description | Deponent | Qty | Unit Price | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-EXP-WI | Bernard L. Fraga, Ph.D. | 126 | 2.90 | 365.40 |
| 4 DAY EXPEDITE | Bernard L. Fraga, Ph.D. | | | 255.78 |
| EXHIBITS W/TABS | Bernard L. Fraga, Ph.D. | 178 | 0.50 | 89.00 |
| PRO-01 ORIG PRODUCTION | Bernard L. Fraga, Ph.D. | 1 | 0.00 | 0.00 |
| WITNESS READ & SIGN LETTER | Bernard L. Fraga, Ph.D. | 1 | 0.00 | 0.00 |
| HANDLING FEE | Bernard L. Fraga, Ph.D. | 1 | 20.00 | 20.00 |

| | |
|---|---|
| **Subtotal** | 730.18 |
| **Shipping Cost (FedEx)** | 26.95 |
| **Total** | 757.13 |
| **Amount Due** | $757.13 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| **Client Name** | State of California Department ... |
| **Client #** | C13107 |
| **Invoice #** | INV1343702 |
| **Invoice Date** | 10/23/2018 |
| **Due Date** | 11/22/2018 |
| **Amount Due** | $ 757.13 |

Approval for Payment
Case Name: *State of California v. Wilbur Ross*
Docket No.: 82003 120 SA 2018 100 904
Name of DAG: *Gabrielle D. Boutin*
Date: *October 30, 2018*
DAG Signature:


# ESQUIRE
DEPOSITION SOLUTIONS

*Invoice* **INV1355567**

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| Date | 11/8/2018 | Client Number | C13107 |
| Terms | Net 30 | Esquire Office | Sacramento |
| Due Date | 12/8/2018 | Proceeding Type | Deposition |
| | | Name of Insured | |
| | | Adjuster | |
| | | Firm Matter/File # | |
| | | Client VAL ID | |
| | | Date of Loss | |

**Bill To**
Office of the Attorney General
1300 | Street
Suite 125
Sacramento CA 94244

**Services Provided For**
State of California Department of Justice - Sacramento
Wise, R Matthew
1300 | Street
Suite 125
Sacramento CA 94244

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 10/24/2018 | J2991166 | San Francisco, CALIFORNIA | STATE OF CALIFORNIA ET. AL. VS. WILBUR L. ROSS J.R. ET ... |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| APP FEE: FIRST HOUR | Stuart D. Gurrea, PhD | 1 | 20.00 | 20.00 |
| APP FEE: ADDITIONAL HOURS | Stuart D. Gurrea, PhD | 6 | 20.00 | 120.00 |
| APP FEE: FIRST HOUR OVERTIME | Stuart D. Gurrea, PhD | 0.25 | 27.52 | 6.88 |
| TRANSCRIPT - O&1-EXP-VID-WI | Stuart D. Gurrea, PhD | 284 | 4.50 | 1,278.00 |
| CONDENSED TRANSCRIPT | Stuart D. Gurrea, PhD | 1 | 0.00 | 0.00 |
| EXHIBITS W/TABS | Stuart D. Gurrea, PhD | 440 | 0.20 | 88.00 |
| PROCESSING & COMPLIANCE | Stuart D. Gurrea, PhD | 1 | 0.00 | 0.00 |
| SHIPPING CHARGES | Stuart D. Gurrea, PhD | 1 | 10.00 | 10.00 |
| EXHIBITS COLOR | Stuart D. Gurrea, PhD | 20 | 1.00 | 20.00 |

Approval for Payment

Case Name: _State v. Ross_
Docket No.: _82003 120 SA2018100904_
Name of DAG: _R. Matthew Wise_
Date: _11/27/18_
DAG Signature: _R. Matthew Wise_

*Representing Client: State of California Department of Justice - Sacramento*

| | |
|---|---|
| **Subtotal** | 1,542.88 |
| **Shipping Cost (FedEx)** | 0.00 |
| **Total** | 1,542.88 |
| **Amount Due** | $1,542.88 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

## www.esquireconnect.com

| | |
|---|---|
| **Client Name** | State of California Department ... |
| **Client #** | C13107 |
| **Invoice #** | INV1355567 |
| **Invoice Date** | 11/8/2018 |
| **Due Date** | 12/8/2018 |
| **Amount Due** | $ 1,542.88 |

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099


# ESQUIRE
DEPOSITION SOLUTIONS

*Invoice* **INV1361119**

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 11/16/2018 | **Client Number** | C13107 |
| **Terms** | Net 30 | **Esquire Office** | Sacramento |
| **Due Date** | 12/16/2018 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Bill To**
Office of the Attorney General
1300 | Street
Suite 125
Sacramento CA 94244

**Services Provided For**
State of California Department of Justice - Sacramento
Wise, R Matthew
1300 | Street
Suite 125
Sacramento CA 94244

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 10/24/2018 | J2991166 | San Francisco, CALIFORNIA | STATE OF CALIFORNIA ET. AL. VS. WILBUR L. ROSS J.R. ET. ... |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| VIDEOGRAPHER MINIMUM | Stuart D. Gurrea, PhD | 1 | 350.00 | 350.00 |
| VIDEOGRAPHER ADDITIONAL HOURS | Stuart D. Gurrea, PhD | 5 | 175.00 | 875.00 |
| VIDEOGRAPHER ADDITIONAL HOURS | Stuart D. Gurrea, PhD | 0.5 | 175.00 | 87.50 |
| SAN-SUM-TD-SYNCHRONIZED VIDEO | Stuart D. Gurrea, PhD | 5.5 | 0.00 | 0.00 |
| HANDLING FEE | Stuart D. Gurrea, PhD | 1 | 0.00 | 0.00 |
| SHIPPING CHARGES | Stuart D. Gurrea, PhD | 1 | 10.00 | 10.00 |
| TRAVEL CHARGE - VID | Stuart D. Gurrea, PhD | 1 | 0.00 | 0.00 |

Approval for Payment

Case Name: State v. Ross
Docket No.: 82003 120 SA2018100904
Name of DAG: R. Matthew Wise
Date: 11/27/18
DAG Signature: R. Matthew Wise

| | |
|---|---|
| **Subtotal** | 1,322.50 |
| **Shipping Cost (FedEx)** | 0.00 |
| **Total** | 1,322.50 |
| **Amount Due** | $1,322.50 |

*Representing Client: State of California Department of Justice - Sacramento*

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

| | |
|---|---|
| **Client Name** | State of California Department ... |
| **Client #** | C13107 |
| **Invoice #** | INV1361119 |
| **Invoice Date** | 11/16/2018 |
| **Due Date** | 12/16/2018 |
| **Amount Due** | $ 1,322.50 |

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**FREE STATE REPORTING, INC.**
1378 CAPE ST. CLAIRE ROAD
ANNAPOLIS, MD 21409
800-231-TYPE (8973)



# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/16/18 | 2481 |

| BILL TO | SHIP TO |
|---------|---------|
| Gabrielle D. Boutin<br>Deputy Attorney General<br>California Department of Justice<br>13 "I" Street<br>Sacramento, California  94244 | |

| TERMS | PO NO. | CONTRACT NO. |
|-------|--------|--------------|
| Net 30 | | |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|-------------|----------|------|--------|
| Case Name:          New York Immigration Coalition, et al. v.<br>                         U.S. Department of Commerce, et al.<br>Deposition taken:    October 11, 2018<br>Deposition of        Matthew Barreto<br>Expedited Copy of Transcript<br>Reference: 47148120SA2018100904 | 205 | 7.75 | 1,588.75 |
| Condensed and Word Index | 205 | 1.00 | 205.00 |
| Rough ASCII | 192 | 1.50 | 288.00 |
| Exhibits | 92 | 0.58 | 53.36 |
| Shipping and Handling | | 21.20 | 21.20 |

Approval for Payment
Case Name: _State of California v. Wilbur L. Ross_
Docket No.: _82003 120 SA2018100904_
Name of DAG: _Gabrielle D. Boutin_
Date: _October 18, 2018_
DAG Signature: _____

Federal ID # 52-1238946.    DUNS #051045359

| **Total:** | **$2,156.31** |
|------------|---------------|
| **Balance Due:** | **$2,156.31** |

Please reference invoice number on payment.  Outstanding balances
incur a finance charge of 1.5% per month.

**Veritext Corp**
**Mid-Atlantic Region**

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569



| BillTo: | Gabrielle Boutin | | | |
|---|---|---|---|---|
| | Department of Justice Office of the Attorney General | | **Invoice #:** | PA3456409 |
| | 1300 I Street | | **Invoice Date:** | 8/29/2018 |
| | PO Box 944255 | | **Balance Due:** | $3,707.70 |
| | Sacramento, CA, 94244 | | | |

| Case: | New York Immigration Coalition, Et. Al, v. United States Department Of Commerce, Et. Al. |
|---|---|
| Job #: | 2986136 | Job Date: 8/15/2018 | Delivery: Expedited |
| Billing Atty: | Gabrielle Boutin |
| Location: | Arnold & Porter Kaye Scholer, LLP |
| | 601 Massachusetts Ave. NW Washington, DC 20001-3743 |
| Sched Atty: | John Freedman | Arnold & Porter Kaye Scholer, LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 406.00 | $6.20 | $2,517.20 |
| | Realtime Services | Page | 406.00 | $2.25 | $913.50 |
| John Abowd | Rough Draft | Page | 406.00 | $2.25 | $913.50 |
| | Surcharge - Video Deposition | Page | 406.00 | $0.50 | $203.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Electronic Delivery and Handling | Package | 1.00 | $28.00 | $28.00 |

| Notes: | | Invoice Total: | $4,621.20 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | ($913.50) |
| | | Interest: | $0.00 |
| | | Balance Due: | $3,707.70 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Approval for Payment
Case Name: *State of California v. Wilbur Ross*
Docket No.: *82003 120 SA2018100904*
Name of DAG: *R. Matthew Wise*
Date: *9/6/18*
DAG Signature: *R. Matthew Wise*

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | PA3456409 |
|---|---|
| Job #: | 2986136 |
| Invoice Date: | 8/29/2018 |
| Balance: | $3,707.70 |

171449

# VERITEXT
## LEGAL SOLUTIONS

**Veritext Corp**
**Mid-Atlantic Region**

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569

| Bill To: | Gabrielle Boutin | | |
|---|---|---|---|
| | Department of Justice Office of the Attorney General | **Invoice #:** | PA3471224 |
| | 1300 I Street | **Invoice Date:** | 9/7/2018 |
| | PO Box 944255 | **Balance Due:** | $4,823.77 |
| | Sacramento, CA, 94244 | | |

| Case: | New York Immigration Coalition, et. al, v. United States Department of Commerce, et. al. |
|---|---|
| Job #: | 2993826 \| Job Date: 8/29/2018 \| Delivery: Expedited |
| Billing Atty: | Gabrielle Boutin |
| Location: | Arnold & Porter Kaye Scholer, LLP |
| | 601 Massachusetts Ave. NW |
| | Washington, DC 20001-3743 |
| Sched Atty: | Sarah Brannon \| Arnold & Porter Kaye Scholer, LLP |

| Witness | Description | Amount |
|---|---|---|
| | Transcript - Expedited Fee | $0.00 |
| | Transcript Services | $2,962.00 |
| | Exhibit Management | $735.90 |
| Dr. John Abowd | Rough Draft | $911.25 |
| | Veritext Exhibit Package (ACE) | $39.99 |
| | Delivery and Handling | $174.63 |

| Notes: | | Invoice Total: | $4,823.77 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $4,823.77 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Approval for Payment
Case Name: State of California v Wilbur Ross
Docket No.: 82003  120  SA 2018100904
Name of DAG:  Gabrielle Boutin
Date:  9-14-18
DAG Signature:

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| **Invoice #:** | PA3471224 |
|---|---|
| **Job #:** | 2993826 |
| **Invoice Date:** | 9/7/2018 |
| **Balance:** | $4,823.77 |

171449

**Veritext, LLC**
**Mid-Atlantic Region**

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569

**VERITEXT**
LEGAL SOLUTIONS

| | | |
|---|---|---|
| **Bill To:** Matthew Wise | **Invoice #:** | PA3518259 |
| State of California Office of Attorney General | **Invoice Date:** | 10/26/2018 |
| 1300 I Street | **Balance Due:** | $2,373.49 |
| Suite 1101 | | |
| Sacramento, CA, 94244 | | |

| | |
|---|---|
| **Case:** | New York Immigration Coalition, Et. Al, v. United States Department Of Commerce, Et. Al. |
| **Job #:** | 3034822 \| Job Date: 10/12/2018 \| Delivery: Normal |
| **Billing Atty:** | Matthew Wise |
| **Location:** | Arnold & Porter Kaye Scholer, LLP |
| | 601 Massachusetts Ave NW Washington, DC 20001 |
| **Sched Atty:** | John Freedman \| Arnold & Porter Kaye Scholer, LLP |

| Witness | Description | Amount |
|---|---|---|
| | Transcript Services | $1,881.60 |
| Dr. John M. Abowd , Ph.D. | Exhibit Management | $393.75 |
| | Delivery and Handling | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $2,303.35 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $70.14 |
| | **Balance Due:** | $2,373.49 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Approval for Payment

Case Name: *State of California v. Ross*

Docket No.: *82003 120 SA 2018100904*

Name of DAG: *Gabrielle Boutin*

Date: *1/15/19*

DAG Signature: _____

**THIS INVOICE IS 81 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | PA3518259 |
| **Job #:** | 3034822 |
| **Invoice Date:** | 10/26/2018 |
| **Balance:** | $2,373.49 |

129780

**Veritext Corp**
**Mid-Atlantic Region**

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

| | | |
|---|---|---|
| **Bill To:** Gabrielle Boutin | **Invoice #:** | PA3471218 |
| Department of Justice Office of the Attorney General | **Invoice Date:** | 9/7/2018 |
| 1300 I Street | **Balance Due:** | $4,932.59 |
| PO Box 944255 | | |
| Sacramento, CA, 94244 | | |

| | |
|---|---|
| **Case:** | New York Immigration Coalition, Et. Al, v. United States Department Of Commerce, Et. Al. |
| **Job #:** | 2991421 \| Job Date: 8/30/2018 \| Delivery: Expedited |
| **Billing Atty:** | Gabrielle Boutin |
| **Location:** | Arnold & Porter Kaye Scholer, LLP |
| | 601 Massachusetts Ave, NW |
| | Washington, DC 20001 |
| **Sched Atty:** | John Freedman \| Arnold & Porter Kaye Scholer, LLP |

| Witness | Description | Amount |
|---|---|---|
| | Transcript - Expedited Fee | $0.00 |
| | Transcript Services | $3,442.90 |
| Earl Comstock | Exhibit Management | $164.45 |
| | Rough Draft | $1,140.75 |
| | Veritext Exhibit Package (ACE) | $39.99 |
| | Delivery and Handling | $144.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $4,932.59 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $4,932.59 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Approval for Payment

Case Name: _State of California v. Wilbur Ross_

Docket No.: _82003 120  SA 2018100904_

Name of DAG: _Gabrielle Boutin_

Date: _____

DAG Signature: _9-14-18_

| | | |
|---|---|---|
| **To pay online, go to** | **Please remit payment to:** | **Invoice #:** PA3471218 |
| **www.veritext.com** | **Veritext** | **Job #:** 2991421 |
| | **P.O. Box 71303** | **Invoice Date:** 9/7/2018 |
| Veritext accepts all major credit cards | **Chicago IL 60694-1303** | **Balance:** $4,932.59 |
| (American Express, Mastercard, Visa, Discover) | | |

171449

**Veritext, LLC**
**Mid-Atlantic Region**

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569

**VERITEXT**
LEGAL SOLUTIONS

**Bill To:** R. Matthew Wise
California Department of Justice, Office of the Attorney General
1300 I Street
Sacramento, CA, 95814

| | |
|---|---|
| **Invoice #:** | PA3529498 |
| **Invoice Date:** | 10/31/2018 |
| **Balance Due:** | $1,392.28 |

| | |
|---|---|
| **Case:** | New York Immigration Coalition, Et. Al, v. United States Department Of Commerce, Et. Al. |
| **Job #:** | 3072371 | Job Date: 10/26/2018 | Delivery: Expedited |
| **Billing Atty:** | R. Matthew Wise |
| **Location:** | Covington & Burling LLP |
| | 850 10th St NW |
| | Washington, DC 20001 |
| **Sched Atty:** | John Freedman | Arnold & Porter Kaye Scholer, LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Transcript - Expedited Fee | Page | 530.00 | $2.21 | $1,168.65 |
| | Certified Transcript | Page | 530.00 | $2.45 | $1,298.50 |
| John Gore | Exhibits - Color | Per Page | 1.00 | $0.35 | $0.35 |
| | Exhibits | Per Page | 314.00 | $0.35 | $109.90 |
| | Shipping & Handling - Expedited | Package | 1.00 | $28.00 | $28.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Notes:** | | | | **Invoice Total:** | $2,605.40 |
| | | | | **Payment:** | ($1,213.12) |
| | | | | **Credit:** | $0.00 |
| | | | | **Interest:** | $0.00 |
| | | | | **Balance Due:** | $1,392.28 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Approval for Payment
Case Name: *State of California v. Wilbur Ross*
Docket No.: *82003 120 SA 2018100904*
Name of DAG: *Gabrielle D. Boutin*
Date: *11/20/18*
DAG Signature:

**To pay online, go to**
**www.veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | PA3529498 |
| **Job #:** | 3072371 |
| **Invoice Date:** | 10/31/2018 |
| **Balance:** | $1,392.28 |

111429

**Veritext Corp**
**Mid-Atlantic Region**

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

| | | | |
|---|---|---|---|
| **Bill To:** Gabrielle Boutin<br>Department of Justice Office of the Attorney General<br>1300 I Street<br>PO Box 944255<br>Sacramento, CA, 94244 | | **Invoice #:** PA3456503<br>**Invoice Date:** 8/25/2018<br>**Balance Due:** $4,389.68 | |

| | |
|---|---|
| **Case:** | New York Immigration Coalition, Et. Al, v. United States Department Of Commerce, Et. Al. |
| **Job #:** | 2986142 \| Job Date: 8/20/2018 \| Delivery: Expedited |
| **Billing Atty:** | Gabrielle Boutin |
| **Location:** | Arnold & Porter Kaye Scholer, LLP |
| | 601 Massachusetts Ave. NW<br>Washington, DC 20001-3743 |
| **Sched Atty:** | Sarah Brannon \| Arnold & Porter Kaye Scholer, LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Transcript - Expedited Fee | Page | 486.00 | $3.38 | $1,642.68 |
| | Certified Transcript | Page | 486.00 | $3.25 | $1,579.50 |
| Ron Jarmin | Realtime Services | Page | 486.00 | $2.25 | $1,093.50 |
| | Rough Draft | Page | 486.00 | $2.25 | $1,093.50 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Electronic Delivery and Handling | Package | 1.00 | $28.00 | $28.00 |

| | |
|---|---|
| **Notes:** CREDIT APPLIED FOR REALTIME | **Invoice Total:** $5,483.18 |
| | **Payment:** $0.00 |
| | **Credit:** ($1,093.50) |
| | **Interest:** $0.00 |
| | **Balance Due:** $4,389.68 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

### Approval for Payment

Case Name: State of California v. Wilbur Ross
Docket No.: 82003 120 SA 201810090
Name of DAG: R. Matthew Wise
Date: 8/30/18
DAG Signature: *R. Matthew Wise*

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

171449

| | |
|---|---|
| **Please remit payment to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | **Invoice #:** PA3456503<br>**Job #:** 2986142<br>**Invoice Date:** 8/25/2018<br>**Balance:** $4,389.68 |

# Veritext Corp
# Mid-Atlantic Region

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

| | | |
|---|---|---|
| **Bill To:** Gabrielle Boutin | **Invoice #:** | PA3465204 |
| Department of Justice Office of the Attorney General | **Invoice Date:** | 8/31/2018 |
| 1300 I Street | **Balance Due:** | $4,029.79 |
| PO Box 944255 | | |
| Sacramento, CA, 94244 | | |

| | |
|---|---|
| **Case:** | New York Immigration Coalition, Et. Al, v. United States Department Of Commerce, Et. Al. |
| **Job #:** | 2991424 | Job Date: 8/28/2018 | Delivery: Expedited |
| **Billing Atty:** | Gabrielle Boutin |
| **Location:** | Arnold & Porter Kaye Scholer, LLP |
| | 601 Massachusetts Ave, NW |
| | Washington, DC 20001 |
| **Sched Atty:** | John Freedman | Arnold & Porter Kaye Scholer, LLP |

| Witness | Description | Amount |
|---|---|---|
| | Transcript - Expedited Fee | $1,254.04 |
| | Transcript Services | $1,651.00 |
| Karen Dunn Kelley | Exhibit Management | $126.75 |
| | Rough Draft | $963.00 |
| | Delivery and Handling | $35.00 |

| **Notes:** | | | |
|---|---|---|---|
| | | **Invoice Total:** | $4,029.79 |
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $4,029.79 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Approval for Payment
Case Name: State of California v Wilbur Ross
Docket No.: 82003 120 SA201800904
Name of DAG: Gabrielle D. Boutin
Date: 9/29/18
DAG Signature:

## To pay online, go to
## www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

171449

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | PA3465204 |
| **Job #:** | 2991424 |
| **Invoice Date:** | 8/31/2018 |
| **Balance:** | $4,029.79 |

# Veritext, LLC
## Mid-Atlantic Region

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569

**VERITEXT**
LEGAL SOLUTIONS

| Bill To: | Gabrielle D. Boutin |
|---|---|
| | State of California-Department of Justice-Office of the Attorney General |
| | 1300 I Street |
| | Suite 125 |
| | Sacramento, CA, 94244 |

| Invoice #: | PA3534334 |
|---|---|
| Invoice Date: | 11/5/2018 |
| Balance Due: | $2,219.92 |

| | |
|---|---|
| **Case:** | New York Immigration Coalition, et. al, v. United States Department of Commerce, et. al. |
| **Job #:** | 3064584 \| Job Date: 10/28/2018 \| Delivery: Expedited |
| **Billing Atty:** | Gabrielle D. Boutin |
| **Location:** | Feldman Wasser |
| | 1307 South 7th Street |
| | Springfield, IL 62703 |
| **Sched Atty:** | Shankar Duraiswamy Esq. \| Covington & Burling LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Transcript - Expedited Fee | Page | 424.00 | $2.21 | $934.92 |
| A. Mark Neuman | Certified Transcript | Page | 424.00 | $2.45 | $1,038.80 |
| | Exhibits | Per Page | 436.00 | $0.35 | $152.60 |
| | Shipping & Handling | Package | 1.00 | $28.00 | $28.00 |

| Notes: | | Invoice Total: | $2,154.32 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $65.60 |
| | | Balance Due: | $2,219.92 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

### Approval for Payment

Case Name: _State of California v. Ross_
Docket No.: _82003 120 SA.2018100904_
Name of DAG: _Gabrielle Boutin_
Date: _1/15/19_
DAG Signature: _[signature]_

**THIS INVOICE IS 71 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | PA3534334 |
|---|---|
| Job #: | 3064584 |
| Invoice Date: | 11/5/2018 |
| Balance: | $2,219.92 |

106460

**Veritext, LLC**
**Mid-Atlantic Region**

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569

# VERITEXT
## LEGAL SOLUTIONS

| | | |
|---|---|---|
| **Bill To:** Matthew Wise<br>Attorney General's Office Department of Justice<br>1300 I Street<br>Suite 125<br>Sacramento, CA, 95814-2951 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | PA3533731<br>11/8/2018<br>$1,092.07 |

| | |
|---|---|
| **Case:** | New York Immigration Coalition, et. al, v. United States Department of Commerce, et. al. |
| **Job #:** | 3072227 \| Job Date: 10/25/2018 \| Delivery: Expedited |
| **Billing Atty:** | Matthew Wise |
| **Location:** | Manatt Phelps & Phillips LLP |
| | 1050 Connecticut Avenue, Northwest \| Suite 600 Washington, DC 20036 |
| **Sched Atty:** | Rory Adams \| Manatt Phelps & Phillips LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Sahra Park-Su | Transcript - Expedited Fee | Page | 250.00 | $1.47 | $367.50 |
| | Certified Transcript | Page | 250.00 | $2.45 | $612.50 |
| | Exhibits | Per Page | 148.00 | $0.35 | $51.80 |
| | Electronic Delivery and Handling | Package | 1.00 | $28.00 | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,059.80 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $32.27 |
| | **Balance Due:** | $1,092.07 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Approval for Payment

Case Name: *State of California v. Ross*
Docket No.: *82003 120 SA 2018100904*
Name of DAG: *Gabrielle Boutin*
Date: *1/15/19*
DAG Signature:

**THIS INVOICE IS 68 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| **To pay online, go to**<br>**www.veritext.com** | **Please remit payment to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | **Invoice #:**<br>**Job #:**<br>**Invoice Date:**<br>**Balance:** | PA3533731<br>3072227<br>11/8/2018<br>$1,092.07 |
|---|---|---|---|

48259

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Veritext Corp**
**Mid-Atlantic Region**

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Gabrielle D. Boutin<br>State of California-Department of Justice-Office of the Attorney<br>General<br>1300 I Street<br>Suite 125<br>Sacramento, CA, 94244 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | PA3461673<br>8/29/2018<br>$1,958.76 |

| | |
|---|---|
| **Case:** | New York Immigration Coalition, et. al, v. United States<br>Department of Commerce, et. al. |
| **Job #:** | 2991395 | Job Date: 8/24/2018 | Delivery: Normal |
| **Billing Atty:** | Gabrielle D. Boutin |
| **Location:** | Arnold & Porter Kaye Scholer, LLP |
| | 250 West 55th Street | Dylan Young<br>New York, NY 10019 |
| **Sched Atty:** | John Freedman | Arnold & Porter Kaye Scholer, LLP |

| Witness | Description | Amount |
|---|---|---|
| Wendy Teramoto | Transcript Services | $1,190.00 |
| | Exhibit Management | $40.95 |
| | Rough Draft | $643.50 |
| | Delivery and Handling | $84.31 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,958.76 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,958.76 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Approval for Payment

Case Name: *State of California v. Wilbur Ross*

Docket No.: *82003 120 SA2018100904*

Name of DAG: *R. Matthew Wise*

Date: *9/6/18*

DAG Signature: *R. Matthew Wise*

**To pay online, go to**
**www.veritext.com**

106460

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | PA3461673 |
|---|---|
| Job #: | 2991395 |
| Invoice Date: | 8/29/2018 |
| Balance: | $1,958.76 |

**FREE STATE REPORTING, INC.**
1378 CAPE ST. CLAIRE ROAD
ANNAPOLIS, MD 21409
800-231-TYPE (8973)



# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/9/18 | 2449 |

| BILL TO | SHIP TO |
|---------|---------|
| Anna Ferrari, Dep. Attorney General<br>California Department of Justice<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA  94102 | |

| TERMS | PO NO. | CONTRACT NO. |
|-------|--------|--------------|
| Net 30 | | |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|-------------|----------|------|--------|
| Case Name:        New York Immigration Coalition, et al. v.<br>                       U.S. Department of Commerce, et al.<br>Deposition taken:    October 4, 2018<br>Deposition of        Andrew Reamer, Ph.D.<br>Expedited Copy of Transcript | 136 | 8.10 | 1,101.60 |
| Exhibits | 165 | 0.58 | 95.70 |
| Shipping and Handling | | 21.20 | 21.20 |

Approval for Payment
Case Name: State  v.  Ross
Docket No.: 82003  120  SA2018100904
Name of DAG:  Bric Boutin
Date:  10-12-18
DAG Signature:

RECEIVED
OCT  2018
ACCOUNTING OFFICE
DEPARTMENT OF JUSTICE

Federal ID # 52-1238946.   DUNS #051045359

Please reference invoice number on payment.  Outstanding balances incur a finance charge of 1.5% per month.

| **Total:** | **$1,218.50** |
|------------|---------------|
| **Balance Due:** | **$1,218.50** |



**ESQUIRE**
DEPOSITION SOLUTIONS

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Invoice** INV1343691

| | | | |
|---|---|---|---|
| **Date** | 10/23/2018 | **Client Number** | C13107 |
| **Terms** | Net 30 | **Esquire Office** | Washington DC |
| **Due Date** | 11/22/2018 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Bill To**
Office of the Attorney General
1300 | Street
Suite 125
Sacramento CA 94244

**Services Provided For**
State of California Department of Justice - Sacramento
Wise, R Matthew
1300 | Street
Suite 125
Sacramento CA 94244

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 10/8/2018 | J2878316 | Chicago, ILLINOIS | STATE OF CALIFORNIA ET AL VS. WILBUR L. ROSS JR ET AL |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-EXP-WI | Cole O'Muircheartaigh, Ph.D. | 232 | 3.45 | 800.40 |
| EXHIBITS W/TABS | Cole O'Muircheartaigh, Ph.D. | 24 | 0.50 | 12.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Cole O'Muircheartaigh, Ph.D. | 1 | 45.00 | 45.00 |
| HANDLING FEE | Cole O'Muircheartaigh, Ph.D. | 1 | 30.00 | 30.00 |
| WITNESS READ & SIGN PACKET | Cole O'Muircheartaigh, Ph.D. | 1 | 0.00 | 0.00 |

Approval for Payment

Case Name: *State v. Wilbur Ross*
Docket No.: *82003 120 SA2018100904*
Name of DAG: *R. Matthew Wise*
Date: *10/30/18*
DAG Signature: *R. Matthew Wise*

RECEIVED
NOV 2018
ACCOUNTING OFFICE
DEPARTMENT OF JUSTICE

| | |
|---|---|
| **Subtotal** | 887.40 |
| **Shipping Cost (FedEx)** | 22.95 |
| **Total** | 910.35 |
| **Amount Due** | $910.35 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

011055

| | |
|---|---|
| **Client Name** | State of California Department ... |
| **Client #** | C13107 |
| **Invoice #** | INV1343691 |
| **Invoice Date** | 10/23/2018 |
| **Due Date** | 11/22/2018 |
| **Amount Due** | $ 910.35 |

**Veritext, LLC**
**Mid-Atlantic Region**

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569



**Bill To:** Anna Ferrari
Department of Justice Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA, 94102-7004

| | |
|---|---|
| Invoice #: | PA3507384 |
| Invoice Date: | 10/16/2018 |
| Balance Due: | $785.33 |

| | |
|---|---|
| Case: | New York Immigration Coalition, et. al, v. United States Department of Commerce, et. al. |
| Job #: | 3028797 \| Job Date: 10/5/2018 \| Delivery: Expedited |
| Billing Atty: | Anna Ferrari |
| Location: | Arnold & Porter Kaye Scholer, LLP |
| | 601 Massachusetts Ave, NW |
| | Washington, DC 20001 |
| Sched Atty: | John Freedman \| Arnold & Porter Kaye Scholer, LLP |

| Witness | Description | Amount |
|---|---|---|
| | Transcript - Expedited Fee | $309.68 |
| John Abowd , 30(b)(6) | Transcript Services | $387.10 |
| | Exhibit Management | $60.55 |
| | Delivery and Handling | $28.00 |

| | | |
|---|---|---|
| Notes: | Invoice Total: | $785.33 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $785.33 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

DATE: 11/13/18

DOCKET: 82003120 SA2018100904

OK TO PAY: _Anna Ferrari_



**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

163800

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| Invoice #: | PA3507384 |
| Job #: | 3028797 |
| Invoice Date: | 10/16/2018 |
| Balance: | $785.33 |

**Veritext, LLC**
**Mid-Atlantic Region**

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569



**V E R I T E X T**
LEGAL SOLUTIONS

**Bill To:** Anna Ferrari
California Department of Justice, Office of the Attorney General
455 Golden Gate Ave
Ste 11000
San Francisco, CA, 94102

| Invoice #: | PA3606514 |
|---|---|
| Invoice Date: | 1/7/2019 |
| Balance Due: | $253.00 |

| | |
|---|---|
| **Case:** | State of California v. United States Department of Commerce |
| **Job #:** | 3151263 \| Job Date: 12/18/2018 \| Delivery: Expedited |
| **Billing Atty:** | Anna Ferrari |
| **Location:** | Manatt Phelps & Phillips LLP |
| | 1050 Connecticut Avenue, Northwest \| Suite 600 Washington, DC 20036 |
| **Sched Atty:** | Ana Guardado Esq. \| Manatt Phelps & Phillips LLP |

| Witness | Description | Amount |
|---|---|---|
| Pamela S. Karlan | Video Services | $225.00 |
| | Delivery and Handling | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $253.00 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $253.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

CALIFORNIA V. WILBUR ROSS
DOCKET # 82003120 SA2018100904
DAG: ANNA FERRARI
DATE: 01/16/19
OK TO PAY:



**To pay online, go to**
**www.veritext.com**

111429       Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | PA3606514 |
|---|---|
| Job #: | 3151263 |
| Invoice Date: | 1/7/2019 |
| Balance: | $253.00 |

012811

**Veritext, LLC**
**Mid-Atlantic Region**

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

| | |
|---|---|
| **Bill To:** Anna Ferrari | **Invoice #:** PA3596869 |
| California Department of Justice, Office of the Attorney General | **Invoice Date:** 12/27/2018 |
| 455 Golden Gate Ave | **Balance Due:** ~~$770.21~~ |
| Ste 11000 | $760.95 |
| San Francisco, CA, 94102 | |

| | |
|---|---|
| **Case:** | State of California v. United States Department of Commerce |
| **Job #:** | 3151263 \| Job Date: 12/18/2018 \| Delivery: Expedited |
| **Billing Atty:** | Anna Ferrari |
| **Location:** | Manatt Phelps & Phillips LLP |
| | 1050 Connecticut Avenue, Northwest \| Suite 600 |
| | Washington, DC 20036 |
| **Sched Atty:** | Ana Guardado Esq. \| Manatt Phelps & Phillips LLP |

| Witness | Description | Amount |
|---|---|---|
| | Transcript - Expedited Fee | $280.80 |
| Pamela S. Karlan | Transcript Services | $397.00 |
| | Exhibit Management | $33.15 |
| | Delivery and Handling | ~~$59.26~~ $50.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | ~~$770.21~~ 760.95 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | ~~$770.21~~ 760.95 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| OK TO PAY | |
|---|---|
| **DATE** | 01/02/2019 |
| **DOCKET** | 8203 120 SA2018100904 |
| **DAG** | Anna I. Ferrari |
| **SIGNATURE** | |

012676
ub 0276

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | PA3596869 |
| **Job #:** | 3151263 |
| **Invoice Date:** | 12/27/2018 |
| **Balance:** | ~~$770.21~~ $760.95 |

111429



**ESQUIRE**
DEPOSITION SOLUTIONS

*Invoice* **INV1343206**

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 10/22/2018 | **Client Number** | C13105 |
| **Terms** | Net 30 | **Esquire Office** | Washington DC |
| **Due Date** | 11/21/2018 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Bill To**
State of California Department of Justice
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles CA 90013

**Services Provided For**
State of California Department of Justice - Los Angeles
Grabarsky, Todd
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles CA 90013

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 10/12/2018 | J2949504 | Washington, DISTRICT OF COLUM... | NEW YORK IMMIGRATION COALITION, ET AL. VS. U.S. DEPA... |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-WI | Hermann Habermann | 69 | 3.30 | 227.70 |
| 5 DAY EXPEDITE | Hermann Habermann | | | 148.01 |
| CONDENSED TRANSCRIPT | Hermann Habermann | 1 | 16.00 | 16.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Hermann Habermann | 1 | 25.00 | 25.00 |
| WITNESS READ & SIGN LETTER | Hermann Habermann | 1 | 0.00 | 0.00 |
| HANDLING FEE | Hermann Habermann | 1 | 0.00 | 0.00 |

| | |
|---|---|
| **Subtotal** | 416.71 |
| **Shipping Cost (FedEx)** | 24.95 |
| **Total** | 441.66 |
| **Amount Due** | $441.66 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| **Client Name** | State of California Department ... |
| **Client #** | C13105 |
| **Invoice #** | INV1343206 |
| **Invoice Date** | 10/22/2018 |
| **Due Date** | 11/21/2018 |
| **Amount Due** | $ 441.66 |



# ESQUIRE
DEPOSITION SOLUTIONS

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Invoice** INV1344768

| | | | |
|---|---|---|---|
| **Date** | 10/24/2018 | **Client Number** | C13105 |
| **Terms** | Net 30 | **Esquire Office** | Washington DC |
| **Due Date** | 11/23/2018 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Bill To**
State of California Department of Justice
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles CA 90013

**Services Provided For**
State of California Department of Justice - Los Angeles
Grabarsky, Todd
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles CA 90013

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 10/12/2018 | J2949504 | Washington, DISTRICT OF COLUM... | NEW YORK IMMIGRATION COALITION, ET AL. VS. U.S. DEPA... |

| Description | | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|---|
| EXHIBITS W/TABS | | Hermann Habermann | 84 | 0.50 | 42.00 |

Case: State v. Wilbur L. Ross
Matter ID: 02003120-SA2018100904
Approved by: _____ 11/8/18

RECEIVED
NOV 2018
ACCOUNTING OFFICE
DEPARTMENT OF JUSTICE

| | |
|---|---|
| **Subtotal** | 42.00 |
| **Shipping Cost (FedEx)** | 22.95 |
| **Total** | 64.95 |
| **Amount Due** | $64.95 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

## www.esquireconnect.com

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

012184

| | |
|---|---|
| **Client Name** | State of California Department ... |
| **Client #** | C13105 |
| **Invoice #** | INV1344768 |
| **Invoice Date** | 10/24/2018 |
| **Due Date** | 11/23/2018 |
| **Amount Due** | $ 64.95 |

**ROYAL PHILLIPS, INC.**                                          **Invoice**

We have a new name!  Royal Reporting and Phillips Legal Services have merged!  916.927.3600

350 University Ave
Suite 270
Sacramento, CA 95825
Phone: (916) 927-3600        Fax: (916) 927-3605

| Invoice Date | Invoice # |
|---|---|
| Thursday, December 20, 2018 | 2528RP22 |

Tracie  Campbell
Department of Justice - AG
1300 I Street
Suite 125
Sacramento, CA 94244

Phone:                    Fax:

| | |
|---|---|
| **Witness:** | Assembly Budget Subcommittee No. 4 |
| **Case:** | Audio Transcr - State v. Rose |
| **Venue:** | |
| **Case #:** | |
| **Date:** | 12/19/2018 |
| **Start Time:** | |
| **End Time:** | |
| **Reporter:** | Donna Nichols |
| **Claim #:** | |
| **File #:** | |

*Small Business & DVBE Svcs*
*California Prompt Payment*
*Certification ID #2008108*

*603RP22*

| Description | Each | Quan | Total |
|---|---|---|---|
| Audio Transcription-Expedited Rate | $8.00 | 58 | $464.00 |
| Mini transcript, index, PDF on CD | $40.00 | 1 | $40.00 |
| Handling | $25.00 | 1 | $25.00 |
| | Sub Total | | $529.00 |
| | Payments | | $0.00 |
| | Balance Due | | $529.00 |

Approval for Payment

Case Name: State v. Wilbur Ross
Docket No.: 82003  120  SA2018100904
Name of DAG: R. Matthew Wise
Date: 1/3/19
DAG Signature: R. Matthew Wise

Fed. I.D. # 82-2213366

***INVOICES ARE DUE AND PAYABLE WITHIN 30 DAYS.  WE ACCEPT ALL MAJOR CREDIT CARDS***

*To Accounting*
*3-12-19*   *cpc*



# On The Record®

Los Angeles • San Francisco • New York

*The Trial Presentation Professionals*

RECEIVED
FEB 08 2019
C. Caspers

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/31/2019 | 2019-005 |

| Bill To |
|---------|
| California Department of Justice<br>Cristi Caspers<br>1300 I Street<br>Room 1120<br>Sacramento, CA 95814 |

| OTR Case# | Case Name |
|-----------|-----------|
| 1904 | *State of CA v. Wilbur Ross* |

| Quantity | Unit | Description | Rate | Amount |
|---------|------|-------------|------|--------|
| | | All Rates are Preferred Client DISCOUNTED Rates<br>Agreement #18-4710 | | |
| 41.9 | Hour | Technical Support - IN Courtroom | 160.00 | 6,704.00 |
| 19.1 | Hour | Graphic Design & Production | 148.00 | 2,826.80 |
| 42.3 | Hour | Tech Support - War Room/Law Firm/Witness Outline Prep | 148.00 | 6,260.40 |
| 2.8 | Hour | Database Management | 132.00 | 369.60 |
| 6.8 | Hour | File Conversions, Transfers and Downloads | 132.00 | 897.60 |
| 0.8 | Hour | Correspondence | 132.00 | 105.60 |
| 0.5 | Hour | Phone Conferences/Calls | 132.00 | 66.00 |
| 15.8 | Hour | Travel | 85.00 | 1,343.00 |
| 2 | Week | Multimedia Presentation System - Weekly Rental | 400.00 | 800.00T |
| 2 | Week | Multimedia Presentation System (Backup) - Weekly Rental | 200.00 | 400.00T |
| 2 | Week | 2-Way Digital Distribution Amplifier - Weekly Rental | 50.00 | 100.00T |
| 2 | Week | 4 in 1 out Digital Video Switcher - Weekly Rental | 80.00 | 160.00T |
| 2 | Week | 19" Flat Panel XGA LCD Monitor - Weekly Rental | 40.00 | 80.00T |
| 2 | Week | 19" Flat Panel XGA LCD Monitor - Weekly Rental | 40.00 | 80.00T |
| 2 | Week | 19" Flat Panel XGA LCD Monitor - Weekly Rental | 40.00 | 80.00T |
| 2 | Week | 19" Flat Panel XGA LCD Monitor - Weekly Rental | 40.00 | 80.00T |
| 2 | Week | Hi-Lumens XGA LCD Projector - Weekly Rental | 750.00 | 1,500.00T |
| 2 | Week | A/V Cart, Stand or Table - Weekly Rental | 40.00 | 80.00T |

Federal ID #95-4569545
Terms - Net 30 Days
Thank You For Your Business

| Subtotal | |
|----------|--|
| Sales Tax (0.0%) | |
| **Total** | |

18726 S. Western Avenue
Suite 303
Gardena, CA 90248
(310) 342-7170 Phone
www.ontherecord.com



**On The Record**
Los Angeles • San Francisco • New York

*The Trial Presentation Professionals*

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/31/2019 | 2019-005 |

| Bill To |
|---------|
| California Department of Justice |
| Cristi Caspers |
| 1300 I Street |
| Room 1120 |
| Sacramento, CA 95814 |

| OTR Case# | Case Name |
|-----------|-----------|
| 1904 | *State of CA v. Wilbur Ross* |

| Quantity | Unit | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| 2 | Week | A/V Cart, Stand or Table - Weekly Rental | 40.00 | 80.00T |
| 2 | Week | Speakers - Weekly Rental | 60.00 | 120.00T |
| 2 | Week | XGA cabling, ext. cords & power strips - Weekly Rental | 40.00 | 80.00T |
| | | Reimbursable Travel Expenses | 5,487.09 | 5,487.09 |
| | | | | |
| | | ****Please note our new billing address**** | | |
| | | | | |
| | | Contract #: 18-4710 | | |
| | | Unit/Object Code: 121-4145 | | |
| | | Civil / Gov't Law Section | | |
| | | State of CA, et al. v. Wilbur Ross, et al. | | |
| | | Matter ID #: SA2018100904 | | |

## OK TO PAY

X

Federal ID #95-4569545
Terms - Net 30 Days
Thank You For Your Business

| Subtotal | $27,700.09 |
|----------|------------|
| Sales Tax (0.0%) | $0.00 |
| **Total** | **$27,700.09** |

18726 S. Western Avenue
Suite 303
Gardena, CA 90248
(310) 342-7170 Phone
www.ontherecord.com



Los Angeles • San Francisco • New York

*The Trial Presentation Professionals*

# Invoice

*To including #-#-# CR*

RECEIVED
FEB 2 5 2019
BY *Cristi Caspers*

| Date | Invoice # |
|------|-----------|
| 2/25/2019 | 2019-015 |

| Bill To |
|---------|
| California Department of Justice |
| Cristi Caspers |
| 1300 I Street |
| Room 1120 |
| Sacramento, CA 95814 |

| OTR Case# | Case Name |
|-----------|-----------|
| 1904 | *State of CA v. Wilbur Ross* |

| Quantity | Unit | Description | Rate | Amount |
|----------|------|-------------|------|--------|
| | | All Rates are Preferred Client DISCOUNTED Rates Agreement #18-4710 | | |
| 7.5 | Hour | Technical Support - IN Courtroom | 160.00 | 1,200.00 |
| 36.6 | Hour | Graphic Design & Production | 148.00 | 5,416.80 |
| 4 | Hour | Tech Support - War Room/Law Firm/Witness Outline Prep | 148.00 | 592.00 |
| 0.2 | Hour | Correspondence | 132.00 | 26.40 |
| 1 | Hour | Phone Conferences/Calls | 132.00 | 132.00 |
| 8.9 | Hour | Travel | 85.00 | 756.50 |
| 2 | Day | Multimedia Presentation System - Daily Rental | 200.00 | 400.00T |
| 2 | Day | Multimedia Presentation System (Backup) - Daily Rental | 100.00 | 200.00T |
| | Expense | Reimbursable Travel Expenses | 1,324.06 | 1,324.06 |

## OK TO PAY

X

$7,967.20

Federal ID #95-4569545
Terms - Net 30 Days
Thank You For Your Business

**Contract #: 18-4710**
**Vendor: On The Record**
**Unit/Object Code: 121/4145**
**Div/Sect: Civil/Government Law**
**Matter ID: SA2018100904**
State of CA, et al. v. Wilbur Ross, et al.

| Subtotal | $10,047.76 |
|----------|-----------|
| Sales Tax (0.0%) | $0.00 |
| **Total** | $10,047.76 |

$7,967.20

18726 S. Western Avenue
Suite 303
Gardena, CA 90248
(310) 342-7170 Phone
www.ontherecord.com

*The Manatt Law Firm to Pay all Travel Related Expenses on Invoice 2019-015.*

**COURTYARD**®
**Marriott**

**Courtyard SAN FRANCISCO UNION SQUARE**

761 Post Street
San Francisco Ca 94109
T 415.346.3800

B. Fraga

Room: 1003

Room Type: DDST

Number of Guests: 1

Rate: $209.00          Clerk:

Arrive: 09Jan19     Time: 09:12PM     Depart: 11Jan19     Time:          Folio Number: 90609

| Date | Description | Charges | Credits |
|---|---|---|---|
| 09Jan19 | Room Charge | 699.00 | |
| 09Jan19 | Occupancy Sales Tax | 97.86 | |
| 09Jan19 | Convention and Tourism Tax | 15.73 | |
| 09Jan19 | Ca Tourism Assessment | 1.36 | |
| 10Jan19 | Room Charge | 209.00 | |
| 10Jan19 | Occupancy Sales Tax | 29.26 | |
| 10Jan19 | Convention and Tourism Tax | 4.70 | |
| 10Jan19 | Ca Tourism Assessment | 0.41 | |
| 11Jan19 | American Express | | 1057.32 |
| | *Card #: AXXXXXXXXXXXX1002/XXXX* | | |
| | *Amount: 1057.32  Auth: 520047  Signature on File* | | |
| | *This card was electronically swiped on 09Jan19* | | |

**Balance:**     **0.00**

**Rewards Account # XXXXX3201.**  Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.



**Date of Purchase: Dec 11, 2018**

# Flight Receipt for Indianapolis, IN to Minneapolis/St Paul, MN

## PASSENGER INFORMATION

BERNARD LUIS FRAGA
SkyMiles Number: 2285220303

Confirmation Number: GM5X99
Ticket Number: 0062350354469

## FLIGHT INFORMATION

| Date and Flight | Status | Class | Seat/Cabin |
|---|---|---|---|
| IND>MSP<br>Wed 09Jan2019 OO 3949 | OPEN | M | |
| MSP>SFO<br>Wed 09Jan2019 DL 1568 | OPEN | M | 13D |
| SFO>ATL<br>Fri 11Jan2019 DL 1626 | OPEN | M | 17F |
| ATL>IND<br>Fri 11Jan2019 DL 1978 | OPEN | M | 12C |

## DETAILED CHARGES

**Air Transportation Charges**
Base Fare:                                                                    $1106.98   USD

**Taxes, Fees & Charges:**
United States - September 11th Security Fee(Passenger
Civil Aviation Security Service Fee) (AY)                       $11.20   USD
United States - Transportation Tax (US)                       $83.02   USD
United States - Passenger Facility Charge (XF)              $18.00   USD
United States - Flight Segment Tax (ZP)                       $16.40   USD

**Total Price:**                                                          **$1235.60   USD**

Paid with American Express ***********1002

## KEY OF TERMS

\# - Arrival date different than departure date          F - Food available for purchase

| Source | Vendor | Date | Amount |
|--------|--------|------|--------|
|  Reservation | Alaska Airlines | 12/18/2018 | $200.20 |
| ⌃ E-Receipt | | | |

| Passenger Receipt | REAMER/ANDREWDAVID |
|---|---|

| Depart | Arrive | Date | Flight # | Class of Service |
|--------|--------|------|----------|------------------|
| Washington D.C. Ronald Reagan National Airport, DC | San Francisco Airport, CA | 01/08/2019 5:15 PM | AS1002 | R - Economy class |

| FARE | :$173.02 | Ticket Number | : 0277206355698 |
|------|----------|---------------|------------------|
| TAXES | :  $27.18 | | |
| TICKET TOTAL | :$200.20 | | |
| **PAID** | **:$200.20** | | |

| Ticket Issued | :12/18/2018 | Endorsement Restrictions |
|---------------|-------------|--------------------------|
| Days In Advance | :20 | TRANSPORTATION SUBJECT TO TERMS OF CARRIAGE |
| Issued By | :TTFG Master Site | PRINTED INSIDE OF TICKET JACKET |

| Source | Vendor | Date | Amount |
|--------|--------|------|--------|
|  Reservation | United | 12/18/2018 | $215.36 |
| ⌃ E-Receipt | | | |

| Passenger Receipt | REAMER/ANDREWDAVID |
|---|---|

| Depart | Arrive | Date | Flight # | Class of Service |
|--------|--------|------|----------|------------------|
| San Francisco Airport, CA | Washington D.C. Ronald Reagan National Airport, DC | 01/11/2019 1:20 PM | UA2046 | L - Economy class |

| FARE : $187.13<br>TAXES : $28.23<br>TICKET TOTAL : $215.36<br>**PAID : $215.36** | Ticket Number : 0167206355699 |
|---|---|
| Ticket Issued : 12/18/2018<br>Days In Advance : 23<br>Issued By : TTFG Master Site | Endorsement Restrictions<br>TRANSPORTATION SUBJECT TO TERMS OF CARRIAGE<br>PRINTED INSIDE OF TICKET JACKET |

# CERTIFICATE OF SERVICE

Case Name:   **State of California, et al. v.**            No.   **3:18-cv-01865**
             **Wilbur L. Ross, et al.**

I hereby certify that on <u>August 15, 2019</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**BILL OF COSTS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>August 15, 2019</u>, at Sacramento, California.

Eileen A. Ennis                              */s/ Eileen A. Ennis*
Declarant                                      Signature

SA2018100904
14016162.docx