| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>Form CAND 133 (Rev. 2/2017) | **AMENDED BILL OF COSTS**<br>*Please follow the instructions on page 3 when completing this form.* | | **COURT USE ONLY**<br>OBJECTION DEADLINE:<br>OBJECTION FILED: YES ☐          No ☐ |
|---|---|---|---|

| 1.  CASE NAME<br>State of California, et al. v. Wilbur L. Ross, et al. | 2.  CASE NUMBER<br>18-cv-01865-RS | 3. DATE JUDGMENT ENTERED<br>August 1, 2019 | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED<br>Defendants |
|---|---|---|---|
| 5. NAME OF CLAIMING PARTY<br><br>Los Angeles Unified School District | 6.  NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE")<br>Sue Ann Salmon Evans | | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE |

8.  REQUEST TO TAX THE FOLLOWING AS COSTS:                                          (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | *Amt Allowed* | *Disallowed* | *Disallowance Reason* |
|---|---|---|---|---|---|
| **a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS** | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | | | | | |
| Service of Process, Civil LR 54-3(a)(2) | | | | | |
| **b. REPORTERS' TRANSCRIPTS** | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | $3,903.45 | Exhibit 1: Invoice #20181102, from Jo Ann Bryce, CSR (Reporter's Transcript of Hearing on Motion to Dismiss on 08/10/2018)<br><br>Exhibit 2: Invoice #20180300, from Belle Ball, CSR (Reporter's Transcript of Hearing on Motion for Summary Judgment on 12/07/2018)<br><br>Exhibit 3: Invoice #20191213, from Jo Ann Bryce, CSR, RMR, CRR (Reporter's Transcript of Trial Proceedings on 01/07/2019 through 01/14/2019)<br><br>Exhibit 4: Invoice #20190015, from Belle Ball, CSR (Reporter's Transcript of Trial Proceedings on 01/07/2019 through 01/14/2019)<br><br>Exhibit 5: Invoice #20190110, from Belle Ball, CSR (Reporter's Transcript of Closing Arguments, on 2/15/2019) | | | |
| Rulings from the bench, Civil LR 54-3(b)(2) | | | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | | | | | |

| c. DEPOSITIONS | | | | | |
|---|---|---|---|---|---|
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | $18,042.37 | Exhibit 6: Invoice #INV1343790, from Esquire Deposition Solutions (Deposition Transcript of Bernard Fraga, on 10/17/2018) | | | |
| | | Exhibit 7: Invoice #PA3546505, from Veritext Legal Solutions (Deposition Transcript of John Abowd, on 8/15/2018) | | | |
| | | Exhibit 8: Invoice #PA3546591, from Veritext Legal Solutions (Deposition Transcript of John Abowd, on 8/29/2018) | | | |
| | | Exhibit 9: Invoice #PA3546594, from Veritext Legal Solutions (Deposition Transcript of Earl Comstock, on 08/30/2018) | | | |
| | | Exhibit 10: Invoice #PA3546507, from Veritext Legal Solutions (Deposition Transcript of Ron Jarmin, on 08/20/2018) | | | |
| | | Exhibit 11: Invoice #PA3546511, from Veritext Legal Solutions (Deposition Transcript of Wendy Teramoto, on 08/24/2018) | | | |
| | | Exhibit 12: Invoice #PA3542439, from Veritext Legal Solutions (Deposition transcript of John Abowd 30(b)(6), on 10/05/2018) | | | |
| | | Exhibit 13: Invoice #PA3532814, from Veritext Legal Solutions (Deposition Transcript of Mark Neuman, on 10/28/2018) | | | |
| | | Exhibit 14: Invoice #PA3529496, from Veritext Legal Solutions (Deposition Transcript of John Gore, on 10/26/2018) | | | |
| | | Exhibit 15: Invoice #PA3512956, from Veritext Legal Solutions (Deposition Transcript of John Abowd, on 10/12/2018) | | | |
| | | Exhibit 16: Invoice #PA3546547, from Veritext Legal Solutions (Deposition Transcript of Karen Dunn Kelley, on 08/28/2018) | | | |
| Deposition exhibits, Civil LR 54-3(c)(3) | | | | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | | | | | |
| d. REPRODUCTION, EXEMPLIFICATION | | | | | |
| Government records, Civil LR 54-3(d)(1) | | | | | |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | | | | | |
| Trial exhibits, Civil LR 54-3(d)(4) | | | | | |
| Visual aids, Civil LR 54(d)(5) | | | | | |

| e. WITNESS FEES AND EXPENSES | | | | | |
|---|---|---|---|---|---|
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | $190.00 | Exhibit 17: Invoice #2, from Andrew Reamer, Ph.D. reflecting actual costs capped at statutory rates; Per GSA, witness is allowed $76 per day for meals and incidental expenses and $57 for first and last day of travel: https://www.gsa.gov/travel/plan-book/per-diem-rates/per-diem-rates-lookup/?action=perdiems_report&state=CA&fiscal_year=2019&zip=&city=san%20francisco) | | | |
| f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS | | | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | | | | | |
| Court-appointed experts, 28 USC § 1920(6) | | | | | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | | | | | |
| g. MISCELLANEOUS COSTS | | | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | | | | | |
| Costs of bonds and security, Civil LR 54-3(h) | | | | | |
| **TOTAL AMOUNT** | $22,135.82 | | $   0.00 | $   0.00 | |

**9. ADDITIONAL COMMENTS, NOTES, ETC:**

| | |
|---|---|
| 10. **AFFIDAVIT PURSUANT TO 28 USC § 1924**: I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.<br>**Name of Attorney/Claiming Party**: Sue Ann Salmon Evans<br><br>**SIGNATURE:** _[signature]_          **DATE:** August 15, 2019 | 11. Costs are taxed in the amount of                              and included in the judgment.<br><br>Susan Y. Soong<br>Clerk of Court<br><br>**BY:**                      , Deputy Clerk          **DATE:** |

| *WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821) | | | | | | |
|---|---|---|---|---|---|---|
| WITNESS NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | TOTAL COST |
| | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV \| $ Cost | Per Witness |
| Andrew Reamer, Washington, DC | | | 3 | $190.00 | | $190.00 |
| TOTAL WITNESS FEES/EXPENSES | | | | | | $ 190.00 |

| CAND 133 (Rev. 02/2017) | INSTRUCTIONS |
|---|---|

## GENERAL INSTRUCTIONS

Use this form CAND 133 in the Northern District of California in lieu of AO 133 when seeking to tax costs under Fed. R. Civ. P. 54(d)(1) and Civil L.R. 54. For applicable deadlines, see Civil L.R. 54.

- On the cost table (Item 8), in the column for "List Supporting Documentation," specifically cross-reference the documentation you are submitting for that item (*example: Declaration of Jessica Smith, Ex 1 (invoice from ABC Graphics)).* Use as much space as necessary to identify supporting documentation.
- Attach to your bill an itemization and documentation for requested costs in all categories.
- Each stipulation or order in the case regarding the formats for discovery of documents and electronically stored information, or relating to any other cost item, should be attached to the bill and referenced as "supporting documentation" next to each item to which it relates.
- Enter the amounts claimed for each item in the "amount claimed" column; for witness fees/expenses (Item 8(e)), enter the total from the Witness Fees/Expenses Computation Worksheet on page 2. To automatically calculate the total amount after entering all cost items, highlight the dollar amount on the last line of the AMOUNT CLAIMED column, and (i) right-click and select Update Field, or (ii) press F9. The total amount can also be entered manually.
- Affidavit (Item 10) must be signed by attorney acting for the party claiming costs.

## FILING INSTRUCTIONS

- Completed cost bill must be submitted to court in two ways: (1) pages 1-2 must be saved as a PDF and e-filed in the case docket via the Court's Case Management | Electronic Case Filing ("CM | ECF") system along with all supporting documentation; and (2) a copy of the Word document (.doc or .docx) must be submitted by email to costbills@cand.uscourts.gov. A chambers copy must also be submitted pursuant to Civil L.R. 5-1(e)(7).
- If this bill of costs is not electronically served, a certificate of service must be filed pursuant to Civil L.R. 5-5.

## WITNESS FEES/EXPENSES COMPUTATION WORKSHEET: INSTRUCTIONS

- Travel in a privately owned vehicle ("POV") is computed at federal government rates in the year of travel. Visit gsa.gov for current POV mileage reimbursement rate.
- For mileage claims, distances should be documented (through Google maps or similar); point of trip origin should be documented, if different from place of residence.
- Subsistence expenses (including lodging and meals) for overnight stay (if required due to distance) are allowed but may not exceed maximum per diem allowance for federal government employees. View gsa.gov lodging per diem rates. View gsa.gov meals and incidental expenses per diem rates.
- If there are more than 5 witnesses, additional lines may be added to the Worksheet and the total amount of Witness Fees/Expenses must be entered manually.

## REPRODUCTION & EXEMPLIFICATION: GUIDANCE RE: ELECTRONIC DISCOVERY

- While there may be special circumstances in individual cases, the following kinds of document production costs are generally considered taxable unless a stipulation or order in the case provides otherwise:

| | | |
|---|---|---|
| Auto feed scanning of hard copy documents | Document coding | Image endorsing (electronic labeling or numbering) |
| Bates stamp | ED deliverables | Load file creation |
| Blowback scanning of paper documents | Electronic label/Bates numbering | Metadata extraction |
| Conversion of native files to different format for production | External hard drive used for production; copying files to storage media for production | OCR (optical character recognition) |
| Data archive | Heavy litigation scanning | Slip sheets |
| | | TIFF conversion |

## REASON CODES FOR CLERK'S DISALLOWANCE OF CLAIMED COSTS

**"A"** — No supporting documentation provided.

**"B"** — Supporting documentation does not support full amount claimed.

**"C"** — Disallowed as excessive expense (28 USC §1821(c)(1))

**"D"** — Disallowed as unrecoverable under 28 USC §1920.

**"E"** — Disallowed amount is outside the ambit of Civil Local Rule 54-3.

**State of California, et al. v. Wilbur L. Ross, et al.**
**LAUSD's Costs Itemization**

| Item | Details | Rule | Amount |
|---|---|---|---|
| **Fees of the Clerk and Service of Process** | | | |
| | | | |
| | | *Subtotal* | *$0.00* |
| **Reporter Transcripts** | | | |
| Reporter's Transcript of Hearing on Motion to Dismiss on 08/10/2018 | Exhibit 1 (Invoice #20181102, from Jo Ann Bryce, CSR) | USDC N.D. Cal. LR 54-3(b)(1) | $105.30 |
| Reporter's Transcript of Hearing on Motion for Summary Judgment on 12/07/2018 | Exhbit 2 (Invoice #20180300, from Belle Ball, CSR) | USDC N.D. Cal. LR 54-3(b)(1) | $95.55 |
| Reporter's Transcript of Trial Proceedings on 01/07/2019 through 01/14/2019 | Exhibit 3 (Invoice #20191213, from Jo Ann Bryce, CSR, RMR, CRR) | USDC N.D. Cal. LR 54-3(b)(1) | $1,665.00 |
| Reporter's Transcript of Trial Proceedings on 01/07/2019 through 01/14/2019 | Exhibit 4 (Invoice #20190015, from Belle Ball, CSR) | USDC N.D. Cal. LR 54-3(b)(1) | $1,668.00 |
| Reporter's Transcript of Closing Arguments, on 2/15/2019 | Exhibit 5 (Invoice #20190110, from Belle Ball, CSR) | USDC N.D. Cal. LR 54-3(b)(1) | $369.60 |
| | | *Subtotal* | *$3,903.45* |
| **Depositions** | | | |
| Deposition Transcript of Bernard Fraga, on 10/17/2018 | Exhibit 6 (Invoice #INV1343790, from Esquire Deposition Solutions) | USDC N.D. Cal. LR 54-3(c)(1) | $472.40 |
| Deposition Transcript of John Abowd, on 8/15/2018 | Exhibit 7 (Invoice #PA3546505, from Veritext Legal Solutions) | USDC N.D. Cal. LR 54-3(c)(1) | $2,317.00 |
| Deposition Transcript of John Abowd, on 8/29/2018 | Exhibit 8 (Invoice #PA3546591, from Veritext Legal Solutions) | USDC N.D. Cal. LR 54-3(c)(1) | $1,889.55 |
| Deposition Transcript of Earl Comstock, on 08/30/2018 | Exhibit 9 (Invoice #PA3546594, from Veritext Legal Solutions) | USDC N.D. Cal. LR 54-3(c)(1) | $1,358.70 |
| Deposition Transcript of Ron Jarmin, on 08/20/2018 | Exhibit 10 (Invoice #PA3546507, from Veritext Legal Solutions) | USDC N.D. Cal. LR 54-3(c)(1) | $2,000.20 |
| Deposition Transcript of Wendy Teramoto, on 08/24/2018 | Exhibit 11 (Invoice #PA3546511, from Veritext Legal Solutions) | USDC N.D. Cal. LR 54-3(c)(1) | $1,201.80 |
| Deposition transcript of John Abowd 30(b)(6), on 10/05/2018 | Exhibit 12 (Invoice #PA3542439, from Veritext Legal Solutions) | USDC N.D. Cal. LR 54-3(c)(1) | $635.41 |
| Deposition Transcript of Mark Neuman, on 10/28/2018 | Exhibit 13 (Invoice #PA3532814, from Veritext Legal Solutions) | USDC N.D. Cal. LR 54-3(c)(1) | $1,941.44 |
| Deposition Transcript of John Gore, on 10/26/2018 | Exhibit 14 (Invoice #PA3529496, from Veritext Legal Solutions) | USDC N.D. Cal. LR 54-3(c)(1) | $2,335.24 |
| Deposition Transcript of John Abowd, on 10/12/2018 | Exhibit 15 (Invoice #PA3512956, from Veritext Legal Solutions) | USDC N.D. Cal. LR 54-3(c)(1) | $2,070.29 |
| Deposition Transcript of Karen Dunn Kelley, on 08/28/2018 | Exhibit 16 (Invoice #PA3546547, from Veritext Legal Solutions) | USDC N.D. Cal. LR 54-3(c)(1) | $1,820.34 |
| | | *Subtotal* | *$18,042.37* |
| **Reproduction, Exemplification** | | | |
| | | | |
| | | *Subtotal* | *$0.00* |
| **Witness Fees** | | | |

| | | | |
|---|---|---|---|
| **State of California, et al. v. Wilbur L. Ross, et al.**<br>**LAUSD's Costs Itemization** | | | |
| **Item** | **Details** | **Rule** | **Amount** |
| Andrew Reamer - Subsistence/Per Diems | Exhibit 17 (Invoice #2, from Andrew Reamer, Ph.D. reflecting actual costs capped at statutory rates; Per GSA, witness is allowed $76 per day for meals and incidental expenses and $57 for first and last day of travel: https://www.gsa.gov/travel/plan-book/per-diem-rates/per-diem-rates-lookup/?action=perdiems_report&state=CA&fiscal_year=2019&zip=&city=san%20francisco) ) | USDC N.D. Cal. LR 54-3(e); 28 U.S.C. §1821; 5 U.S.C. §5702 | $190.00 |
| | | *Subtotal* | *$190.00* |
| | | **Total** | **$22,135.82** |

# EXHIBIT "1"

ST44 Rev. 04/18
Derived from A044 Rev. 04/18

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

INVOICE NO.: 20181102

**MAKE CHECKS PAYABLE TO:**

Sue Ann Salmon Evans
Dannis Woliver Kelley
115 Pine Avenue - Suite 500
Long Beach, CA 90802
(562) 366-8500
sevans@dwkesq.com

Jo Ann Bryce, CSR,RMR,CRR
Official Reporter
U.S. District Court
450 Golden Gate Ave. - 16th Fl.
San Francisco, CA 94102
(510) 910-5888
Joann_Bryce@cand.uscourts.gov

___ CRIMINAL    X CIVIL

DATE ORDERED: 08-22-2018

DATE DELIVERED: 08-24-2018

In the matter of: C 18-01865 RS, State of Calfiornia, et al. v Wilbur L. Ross Jr., et al.
7-day Expedited Delivery copy .pdf of Proceedings heard before Judge
Richard Seeborg on 8/10/18

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | 117 | 0.90 | 105.30 | | 0.60 | | 105.30 |
| 3-Day | | 5.45 | | | 1.05 | | | 0.75 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | | | | | | |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 105.30 |
| | | | | | | | | Less Discount for Late Delivery | | |
| | | | | | | | | Tax (If Applicable) | | |
| **Date:** 08-22-2018 | | | **Check:** 5985 | | | | | Less Amount of Deposit | | 105.30 |
| | | | | | | | | Total Refund | | |
| | | | | | | | | **Total Due** | | 0.00 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: s:/ Jo Ann Bryce

DATE: 08-24-2018

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

# EXHIBIT "2"

| ST44 Rev. 04/18<br>Derived from A044 Rev. 04/18 | UNITED STATES DISTRICT COURT<br>For the Northern District of California |
|---|---|

INVOICE NO.: 20180300

| | **MAKE CHECKS PAYABLE TO:** |
|---|---|
| Sue Ann Salmon Evans<br>DANNIS WOLIVER KELLEY<br>115 Pine Avenue<br>Suite 500<br>Long Beach, CA 90802 | Belle Ball, CSR<br>450 Golden Gate Avenue<br>16th Floor<br>San Francisco, CA 94102<br>(415) 373-2529<br>belle_ball@cand.uscourts.gov |

| __ CRIMINAL   × CIVIL | DATE ORDERED:<br>12-11-2018 | DATE DELIVERED:<br>12-13-2018 |
|---|---|---|

**In the matter of:** C 18-01865 RS, State of California v Wilbur Ross, et al.

Transcript of Hearing held before Hon. Richard Seeborg on December 7, 2018
(PDF copy, three-day delivery)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | 91 | 1.05 | 95.55 | | | | 95.55 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 95.55 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 95.55 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>/s/ Belle Ball, CSR 8785 | DATE:<br>12-13-2018 |
|---|---|

| **DISTRIBUTION:** | TO PARTY (2 copies - 1 to be returned with payment) | COURT REPORTER | COURT REPORTER SUPERVISOR |

# EXHIBIT "3"

| ST44 Rev. 04/18<br>Derived from A044 Rev. 04/18 | UNITED STATES DISTRICT COURT<br>**For the Northern District of California** |
|---|---|

INVOICE NO.: 20191213

Sue Ann Salmon Evans
Dannis Woliver Kelley
115 Pine Avenue - Suite 500
Long Beach, CA 90802
(562) 366-8500
sevans@dwkesq.com

**MAKE CHECKS PAYABLE TO:**
Jo Ann Bryce, CSR,RMR,CRR
Official Reporter
U.S. District Court
450 Golden Gate Ave. - 16th Fl.
San Francisco, CA 94102
(510) 910-5888
Joann_Bryce@cand.uscourts.gov

| _ CRIMINAL   X CIVIL | DATE ORDERED: 01-08-2019 | DATE DELIVERED: 01-08-2019 |
|---|---|---|

**In the matter of:** C 18-01865 RS, State of California v Ross, et al.
Daily Delivery of copy .pdf, .txt, and condensed transcripts of Bench
Trial before Judge Richard Seeborg, January 7 - 14, 2019  (One half pages
billed by Official Reporter Belle Ball)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| 3-Day | | 5.45 | | | 1.05 | | | 0.75 | | |
| Daily | | 6.05 | | 555 | 1.20 | 666.00 | 1110 | 0.90 | 999.00 | 1665.00 |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | | | | | | |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 1665.00 |
| | | | | | | | | Less Discount for Late Delivery | | |
| | | | | | | | | Tax (If Applicable) | | |
| **Date: 01-08-2019** | | **Check: 1005** | | | | | | Less Amount of Deposit | | 2625.00 |
| **Date: 01-17-2019** | | **Check: 10543** | | | | | | **Total Refund** | | 960.00 |
| | | | | | | | | **Total Due** | | 0.00 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an
order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day
delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and
the Judicial Conference of the United States.

| SIGNATURE:<br>s:/ Jo Ann Bryce | DATE:<br>01-17-2019 |
|---|---|

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

# EXHIBIT "4"

| ST44 Rev. 04/18<br>Derived from A044 Rev. 04/18 | UNITED STATES DISTRICT COURT<br>**For the Northern District of California** |
|---|---|

INVOICE NO.: 20190015

| Sue Ann Salmon Evans<br>DANNIS WOLIVER KELLEY<br>115 Pine Avenue<br>Suite 500<br>Long Beach, CA 90802 | **MAKE CHECKS PAYABLE TO:**<br>Belle Ball, CSR<br>450 Golden Gate Avenue<br>16th Floor<br>San Francisco, CA 94102<br>(415) 373-2529<br>belle_ball@cand.uscourts.gov |
|---|---|

| _ CRIMINAL    X CIVIL | DATE ORDERED:<br>01-08-2019 | DATE DELIVERED:<br>01-08-2019 |
|---|---|---|

**In the matter of:** C 18-01865, State of California v Ross, et al.

```
PDF, ASCII and Condensed transcript copies of bench trial before
Hon. Richard Seeborg, January 7 - 14, 2019
```

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | 556 | 1.20 | 667.20 | 1112 | 0.90 | 1000.80 | 1668.00 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | | Misc. Charges | |

|  |  |
|---|---|
|  | **Subtotal** 1668.00 |
| *Thank you!* | Less Discount for Late Delivery |
|  | Tax (If Applicable) |
| **Date:** 01-08-2019      **Check:** 1004 | Less Amount of Deposit 2625.00 |
| **Date:** 01-15-2019      **Check:** 2150 | Total Refund 957.00 |
|  | **Total Due** 0.00 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>/s/ Belle Ball, CSR 8785   *Belle Ball* | DATE:<br>01-15-2019 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

# EXHIBIT "5"

| ST44 Rev. 04/18<br>Derived from A044 Rev. 04/18 | UNITED STATES DISTRICT COURT<br>For the Northern District of California |
|---|---|

INVOICE NO.: 20190110

| | MAKE CHECKS PAYABLE TO: |
|---|---|
| Sue Ann Salmon Evans<br>DANNIS WOLIVER KELLEY<br>115 Pine Avenue.<br>Suite 500<br>Long Beach, CA 90802 | Belle Ball, CSR<br>450 Golden Gate Avenue<br>16th Floor<br>San Francisco, CA 94102<br>(415) 373-2529   Fax: (415) 522-3149<br>belle_ball@cand.uscourts.gov |

| _ CRIMINAL | X CIVIL | DATE ORDERED:<br>02-15-2019 | | DATE DELIVERED:<br>03-14-2019 |
|---|---|---|---|---|

In the matter of: C 18-1865 RS, State of California, et al v Wilbur Ross, et al.

Transcript copies of Bench Trial Closing Arguments held before
Hon. Richard Seeborg, February 15, 2019

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 176 | 0.90 | 158.40 | 352 | 0.60 | 211.20 | 369.60 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | Subtotal | 369.60 |
| | | | | | | | | Less Discount for Late Delivery | | |
| | | | | | | | | Tax (If Applicable) | | |
| | | | | | | | | Less Amount of Deposit | | |
| | | | | | | | | Total Refund | | |
| | | | | | | | | Total Due | | 369.60 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:<br>/s/ Belle Ball, CSR 8785 | DATE:<br>03-14-2019 |
|---|---|

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

# EXHIBIT "6"



**ESQUIRE**
DEPOSITION SOLUTIONS

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

*Invoice* **INV1343790**

| | | | |
|---|---|---|---|
| **Date** | 10/23/2018 | **Client Number** | C2926560 |
| **Terms** | Net 30 | **Esquire Office** | Washington DC |
| **Due Date** | 11/22/2018 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Bill To**

Dannis Woliver Kelley
275 Battery Street
Suite 1150
San Francisco CA 94111

**Services Provided For**

Dannis Woliver Kelley - San Francisco
Park, Bryan J
115 Pine Avenue
Long Beach CA 90802

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 10/17/2018 | J2949500 | Indianapolis, INDIANA | STATE OF CALIFORNIA ET. AL. VS. WILBUR L. ROSS J.R. ET. ... |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-EXP-WI | Bernard L. Fraga, Ph.D. | 126 | 2.90 | 365.40 |
| EXHIBITS W/ TABS | Bernard L. Fraga, Ph.D. | 174 | 0.50 | 87.00 |
| WITNESS READ & SIGN LETTER | Bernard L. Fraga, Ph.D. | 1 | 0.00 | 0.00 |
| HANDLING FEE | Bernard L. Fraga, Ph.D. | 1 | 20.00 | 20.00 |

*4550.10618*

*1252*

*Bill #230055*

| | |
|---|---|
| **Subtotal** | 472.40 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | 472.40 |
| **Amount Due** | $472.40 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| **Client Name** | Dannis Woliver Kelley - San Fra... |
| **Client #** | C2926560 |
| **Invoice #** | INV1343790 |
| **Invoice Date** | 10/23/2018 |
| **Due Date** | 11/22/2018 |
| **Amount Due** | $ 472.40 |

# EXHIBIT "7"

**Veritext, LLC**
**Mid-Atlantic Region**

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569

**VERITEXT**
LEGAL SOLUTIONS

| | | | |
|---|---|---|---|
| **Bill To:** | Ila Friend<br>Dannis Woliver Kelly<br>115 Pine Avenue<br>Suite 500<br>Long Beach, CA, 90802 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | PA3546505<br>11/14/2018<br>$2,317.00 |

| | |
|---|---|
| **Case:** | New York Immigration Coalition, et. al, v. United States Department of Commerce, et. al. |
| **Job #:** | 2986136 \| Job Date: 8/15/2018 \| Delivery: Normal |
| **Billing Atty:** | Ila Friend |
| **Location:** | Arnold & Porter Kaye Scholer, LLP |
| | 601 Massachusetts Ave. NW<br>Washington, DC 20001-3743 |
| **Sched Atty:** | John Freedman \| Arnold & Porter Kaye Scholer, LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 406.00 | $2.45 | $994.70 |
| | Exhibits | Per Page | 166.00 | $0.35 | $58.10 |
| John Abowd | Exhibits - Color | Per Page | 52.00 | $0.35 | $18.20 |
| | Realtime Services | Page | 406.00 | $1.50 | $609.00 |
| | Rough Draft | Page | 406.00 | $1.50 | $609.00 |
| | Shipping & Handling | Package | 1.00 | $28.00 | $28.00 |

| | | | |
|---|---|---|---|
| **Notes:** This invoice voids and replaces invoice 3458759. | | **Invoice Total:** | $2,317.00 |
| *11296* | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $2,317.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

*4SU-10618*

*(50)4#2-36055*

| | |
|---|---|
| **To pay online, go to**<br>**www.veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** |

| | |
|---|---|
| **Invoice #:** | PA3546505 |
| **Job #:** | 2986136 |
| **Invoice Date:** | 11/14/2018 |
| **Balance:** | $2,317.00 |

171447

# EXHIBIT "8"

**Veritext, LLC**
**Mid-Atlantic Region**

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569



VERITEXT
LEGAL SOLUTIONS

| Bill To: | Ila Friend | | Invoice #: | PA3546591 |
|---|---|---|---|---|
| | Dannis Woliver Kelly | | Invoice Date: | 11/14/2018 |
| | 115 Pine Avenue | | Balance Due: | $1,889.55 |
| | Suite 500 | | | |
| | Long Beach, CA, 90802 | | | |

| Case: | New York Immigration Coalition, Et. Al, v. United States Department Of Commerce, Et. Al. |
|---|---|
| Job #: | 2993826 | Job Date: 8/29/2018 | Delivery: Expedited |
| Billing Atty: | Ila Friend |
| Location: | Arnold & Porter Kaye Scholer, LLP |
| | 601 Massachusetts Ave. NW Washington, DC 20001-3743 |
| Sched Atty: | Sarah Brannon | Arnold & Porter Kaye Scholer, LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 405.00 | $2.45 | $992.25 |
| | Exhibits - Color | Per Page | 227.00 | $0.35 | $79.45 |
| Dr. John Abowd | Exhibits | Per Page | 521.00 | $0.35 | $182.35 |
| | Rough Draft | Page | 405.00 | $1.50 | $607.50 |
| | Shipping & Handling | Package | 1.00 | $28.00 | $28.00 |

| Notes: This invoice voids and replaces invoice 3471225 to correct rates. | Invoice Total: | $1,889.55 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,889.55 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

4330-1068
Bill #23055
11296

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | PA3546591 |
|---|---|
| Job #: | 2993826 |
| Invoice Date: | 11/14/2018 |
| Balance: | $1,889.55 |

# EXHIBIT "9"

**Veritext, LLC**
**Mid-Atlantic Region**

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569



| Bill To: | Ila Friend | | Invoice #: | PA3546594 |
|---|---|---|---|---|
| | Dannis Woliver Kelly | | Invoice Date: | 11/14/2018 |
| | 115 Pine Avenue | | Balance Due: | $1,358.70 |
| | Suite 500 | | | |
| | Long Beach, CA, 90802 | | | |

| Case: | New York Immigration Coalition, Et. Al, v. United States Department Of Commerce, Et. Al. |
|---|---|
| Job #: | 2991421 | Job Date: 8/30/2018 | Delivery: Expedited |
| Billing Atty: | Ila Friend |
| Location: | Arnold & Porter Kaye Scholer, LLP |
| | 601 Massachusetts Ave, NW Washington, DC 20001 |
| Sched Atty: | John Freedman | Arnold & Porter Kaye Scholer, LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 507.00 | $2.45 | $1,242.15 |
| Earl Comstock | Exhibits | Per Page | 253.00 | $0.35 | $88.55 |
| | Shipping & Handling | Package | 1.00 | $28.00 | $28.00 |

| Notes: This invoice voids and replaces invoice 3472564 to correct rates. | Invoice Total: | $1,358.70 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,358.70 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

11296

4 550 .10615

Bill # 23005

**To pay online, go to**
**www.veritext.com**

171447    Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | PA3546594 |
|---|---|
| Job #: | 2991421 |
| Invoice Date: | 11/14/2018 |
| Balance: | $1,358.70 |

# EXHIBIT "10"



**Veritext, LLC**
**Mid-Atlantic Region**

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569

| Bill To: | Ila Friend | | |
|---|---|---|---|
| | Dannis Woliver Kelly | **Invoice #:** | PA3546507 |
| | 115 Pine Avenue | **Invoice Date:** | 11/14/2018 |
| | Suite 500 | **Balance Due:** | $2,000.20 |
| | Long Beach, CA, 90802 | | |

| | |
|---|---|
| **Case:** | New York Immigration Coalition, et. al, v. United States Department of Commerce, et. al. |
| **Job #:** | 2986142 \| Job Date: 8/20/2018 \| Delivery: Expedited |
| **Billing Atty:** | Ila Friend |
| **Location:** | Arnold & Porter Kaye Scholer, LLP |
| | 601 Massachusetts Ave. NW Washington, DC 20001-3743 |
| **Sched Atty:** | Sarah Brannon \| Arnold & Porter Kaye Scholer, LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 486.00 | $2.45 | $1,190.70 |
| Ron Jarmin | Exhibits | Per Page | 150.00 | $0.35 | $52.50 |
| | Rough Draft | Page | 486.00 | $1.50 | $729.00 |
| | Shipping & Handling | Package | 1.00 | $28.00 | $28.00 |

| Notes: This invoice voids and replaces invoice 3456500 to correct rates. | | |
|---|---|---|
| | **Invoice Total:** | $2,000.20 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $2,000.20 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

BAHF230055
USO 10618
11296

**To pay online, go to**
**www.veritext.com**

171447     Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | PA3546507 |
| **Job #:** | 2986142 |
| **Invoice Date:** | 11/14/2018 |
| **Balance:** | $2,000.20 |

EXHIBIT "11"

**Veritext, LLC**
**Mid-Atlantic Region**



1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569

| Bill To: | Ila Friend | | Invoice #: | PA3546511 |
|---|---|---|---|---|
| | Dannis Woliver Kelly | | Invoice Date: | 11/14/2018 |
| | 115 Pine Avenue | | Balance Due: | $1,201.80 |
| | Suite 500 | | | |
| | Long Beach, CA, 90802 | | | |

| | |
|---|---|
| **Case:** | New York Immigration Coalition, et. al, v. United States Department of Commerce, et. al. |
| **Job #:** | 2991395 \| Job Date: 8/24/2018 \| Delivery: Normal |
| **Billing Atty:** | Ila Friend |
| **Location:** | Arnold & Porter Kaye Scholer, LLP |
| | 250 West 55th Street \| Dylan Young |
| | New York, NY 10019 |
| **Sched Atty:** | John Freedman \| Arnold & Porter Kaye Scholer, LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 286.00 | $2.45 | $700.70 |
| | Exhibits | Per Page | 63.00 | $0.35 | $22.05 |
| Wendy Teramoto | Exhibits | Per Page | 63.00 | $0.35 | $22.05 |
| | Rough Draft | Page | 286.00 | $1.50 | $429.00 |
| | Shipping & Handling | Package | 1.00 | $28.00 | $28.00 |

| **Notes:** This invoice voids and replaces invoice 3461670 to correct rates. | **Invoice Total:** | $1,201.80 |
|---|---|---|
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,201.80 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

*11296*

*Bill# 23055*
*GSSD 10018*

| **To pay online, go to** | **Please remit payment to:** | Invoice #: | PA3546511 |
|---|---|---|---|
| **www.veritext.com** | **Veritext** | Job #: | 2991395 |
| | **P.O. Box 71303** | Invoice Date: | 11/14/2018 |
| Veritext accepts all major credit cards | **Chicago IL 60694-1303** | Balance: | $1,201.80 |
| (American Express, Mastercard, Visa, Discover) | | | |

# EXHIBIT "12"

**Veritext, LLC**
**Mid-Atlantic Region**

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569



| | | | |
|---|---|---|---|
| **Bill To:** | Ila Friend | **Invoice #:** | PA3542439 |
| | Dannis Woliver Kelly | **Invoice Date:** | 11/8/2018 |
| | 115 Pine Avenue | **Balance Due:** | $635.41 |
| | Suite 500 | | |
| | Long Beach, CA, 90802 | | |

| | |
|---|---|
| **Case:** | New York Immigration Coalition, et. al, v. United States Department of Commerce, et. al. |
| **Job #:** | 3028797 \| Job Date: 10/5/2018 \| Delivery: Normal |
| **Billing Atty:** | Ila Friend |
| **Location:** | Arnold & Porter Kaye Scholer, LLP |
| | 601 Massachusetts Ave, NW |
| | Washington, DC 20001 |
| **Sched Atty:** | John Freedman \| Arnold & Porter |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| John Abowd , 30(b)(6) | Certified Transcript | Page | 158.00 | $2.45 | $387.10 |
| | Exhibits - Color | Per Page | 94.00 | $1.75 | $164.50 |
| | Exhibits | Per Page | 79.00 | $0.35 | $27.65 |
| | Shipping & Handling | Package | 1.00 | $28.00 | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $607.25 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $28.16 |
| | **Balance Due:** | $635.41 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

H. 2361680          11635

**THIS INVOICE IS 90 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| To pay online, go to www.veritext.com | Please remit payment to: Veritext P.O. Box 71303 Chicago IL 60694-1303 | Invoice #: | PA3542439 |
|---|---|---|---|
| | | Job #: | 3028797 |
| Veritext accepts all major credit cards (American Express, Mastercard, Visa, Discover) | | Invoice Date: | 11/8/2018 |
| | | Balance: | $635.41 |

171447

# EXHIBIT "13"

**Veritext, LLC**
**Mid-Atlantic Region**

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569



**Bill To:**  Ila Friend
Dannis Woliver Kelly
115 Pine Avenue
Suite 500
Long Beach, CA, 90802

| | |
|---|---|
| Invoice #: | PA3532814 |
| Invoice Date: | 11/5/2018 |
| Balance Due: | $1,941.44 |

| | |
|---|---|
| **Case:** | New York Immigration Coalition, et. al, v. United States Department of Commerce, et. al. |
| **Job #:** | 3064584 | Job Date: 10/26/2018 | Delivery: Normal |
| **Billing Atty:** | Ila Friend |
| **Location:** | Feldman Wasser |
| | 1307 South 7th Street |
| | Springfield, IL 62703 |
| **Sched Atty:** | Shankar Duraiswamy Esq. | Covington & Burling LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 424.00 | $2.45 | $1,038.80 |
| | Exhibits | Per Page | 436.00 | $0.35 | $152.60 |
| A. Mark Neuman | Rough Draft | Page | 424.00 | $1.50 | $636.00 |
| | Shipping & Handling | Package | 1.00 | $28.00 | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,855.40 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $86.04 |
| | **Balance Due:** | $1,941.44 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

22,1640

11635

THIS INVOICE IS 93 DAYS PAST DUE, PLEASE REMIT - THANK YOU

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| Invoice #: | PA3532814 |
| Job #: | 3064584 |
| Invoice Date: | 11/5/2018 |
| Balance: | $1,941.44 |

171447

# EXHIBIT "14"

**Veritext, LLC**
**Mid-Atlantic Region**

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569



| Bill To: | Ila Friend | | |
|---|---|---|---|
| | Dannis Woliver Kelly | **Invoice #:** | PA3529496 |
| | 115 Pine Avenue | **Invoice Date:** | 10/31/2018 |
| | Suite 500 | **Balance Due:** | $2,335.24 |
| | Long Beach, CA, 90802 | | |

| | |
|---|---|
| **Case:** | New York Immigration Coalition, Et. Al, v. United States Department Of Commerce, Et. Al. |
| **Job #:** | 3072371 \| Job Date: 10/26/2018 \| Delivery: Normal |
| **Billing Atty:** | Ila Friend |
| **Location:** | Covington & Burling LLP |
| | 850 10th St NW |
| | Washington, DC 20001 |
| **Sched Atty:** | John Freedman \| Arnold & Porter |

4550·/0618

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 530.00 | $2.45 | $1,298.50 |
| | Exhibits - Color | Per Page | 1.00 | $0.35 | $0.35 |
| John Gore | Exhibits | Per Page | 314.00 | $0.35 | $109.90 |
| | Rough Draft | Page | 530.00 | $1.50 | $795.00 |
| | Shipping & Handling | Package | 1.00 | $28.00 | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $2,231.75 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $103.49 |
| | **Balance Due:** | $2,335.24 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

2344680   116035

THIS INVOICE IS 98 DAYS PAST DUE, PLEASE REMIT - THANK YOU

| To pay online, go to | Please remit payment to: | **Invoice #:** | PA3529496 |
|---|---|---|---|
| www.veritext.com | Veritext | **Job #:** | 3072371 |
| | P.O. Box 71303 | **Invoice Date:** | 10/31/2018 |
| Veritext accepts all major credit cards | Chicago IL 60694-1303 | **Balance:** | $2,335.24 |
| (American Express, Mastercard, Visa, Discover) | | | |

# EXHIBIT "15"

**Veritext, LLC**
**Mid-Atlantic Region**

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569



| Bill To: | Brian Park |
| | Dannis Woliver Kelly |
| | 115 Pine Avenue |
| | Suite 500 |
| | Long Beach, CA, 90802 |

| Invoice #: | PA3512956 |
| Invoice Date: | 10/17/2018 |
| Balance Due: | $2,070.29 |

| Case: | New York Immigration Coalition, Et. Al, v. United States Department Of Commerce, Et. Al. |
| Job #: | 3034822 \| Job Date: 10/12/2018 \| Delivery: Normal |
| Billing Atty: | Brian Park |
| Location: | Arnold & Porter Kaye Scholer, LLP |
| | 601 Massachusetts Ave NW |
| | Washington, DC 20001 |
| Sched Atty: | John Freedman \| Arnold & Porter |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Dr. John M. Abowd , Ph.D. | Certified Transcript | Page | 384.00 | $2.45 | $940.80 |
| | Exhibits - Color | Per Page | 330.00 | $0.35 | $115.50 |
| | Exhibits | Per Page | 795.00 | $0.35 | $278.25 |
| | Rough Draft | Page | 384.00 | $1.50 | $576.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $39.99 | $39.99 |
| | Electronic Delivery and Handling | Package | 1.00 | $28.00 | $28.00 |

| Notes: | | Invoice Total: | $1,978.54 |
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $91.75 |
| | | Balance Due: | $2,070.29 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

234060     11635

THIS INVOICE IS 112 DAYS PAST DUE, PLEASE REMIT - THANK YOU

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | PA3512956 |
| Job #: | 3034822 |
| Invoice Date: | 10/17/2018 |
| Balance: | $2,070.29 |

171447

# EXHIBIT "16"

## Veritext, LLC
## Mid-Atlantic Region

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

| | | | |
|---|---|---|---|
| **Bill To:** | Ila Friend | **Invoice #:** | PA3546547 |
| | Dannis Woliver Kelly | **Invoice Date:** | 11/14/2018 |
| | 115 Pine Avenue | **Balance Due:** | $1,820.34 |
| | Suite 500 | | |
| | Long Beach, CA, 90802 | | |

| | |
|---|---|
| **Case:** | New York Immigration Coalition, et. al, v. United States Department of Commerce, et. al. |
| **Job #:** | 2991424 \| Job Date: 8/28/2018 \| Delivery: Expedited |
| **Billing Atty:** | Ila Friend |
| **Location:** | Arnold & Porter Kaye Scholer, LLP |
| | 601 Massachusetts Ave, NW Washington, DC 20001 |
| **Sched Atty:** | John Freedman \| Arnold & Porter |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 428.00 | $2.45 | $1,048.60 |
| | Exhibits | Per Page | 195.00 | $35.00 | $6,825.00 |
| Karen Dunn Kelley | Exhibits | Per Page | 137.00 | $0.35 | $47.95 |
| | Rough Draft | Page | 428.00 | $1.50 | $642.00 |
| | Shipping & Handling | Package | 1.00 | $28.00 | $28.00 |

| Notes: This invoice voids and replaces invoice 3465203 to correct rates. | | |
|---|---|---|
| | **Invoice Total:** | $8,591.55 |
| | **Payment:** | $0.00 |
| | **Credit:** | ($6,825.00) |
| | **Interest:** | $53.79 |
| | **Balance Due:** | $1,820.34 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

11635

2-34160

THIS INVOICE IS 84 DAYS PAST DUE, PLEASE REMIT - THANK YOU

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

171447

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | PA3546547 |
| **Job #:** | 2991424 |
| **Invoice Date:** | 11/14/2018 |
| **Balance:** | $1,820.34 |

# EXHIBIT "17"

*1 of 3*

# Andrew Reamer, PhD
**805 21st St., NW, Room 613**              **Washington, DC 20052**

## INVOICE #2

February 4, 2018

Sue Ann Salmon Evans
Dannis Wolliver Kelley
115 Pine Avenue, Suite 500
Long Beach, CA  90802

Re: Expert Services Engagement Agreement 4550.10618

For services rendered per expert agreement regarding Civil Action No. 3:18-cv-01865 (State of California et al., Plaintiffs)

Period: January 2019

| | |
|---|---|
| 5.75 hours @$300/hour | $1,725.00 |
| Meal and incidental expenses | $ 385.48 |
| **TOTAL DUE** | **$2,110.48** |


Andrew Reamer

4550.10618

Note: Hours attached. Dannis Wolliver Kelley billed for ¼ of hours rendered during period, as it is sharing expenses jointly with the State of California Department of Justice (¼) and Manatt, Phelps & Phillips (½). Regarding expenses, Manatt paid in full for hotel, State of California for air ticket, and DWK for meals and incidentals.

cc: Keith A. Yeomans

#23548          11483

293

Andrew Reamer – Hours and Work for 2020 Census Citizenship Question Litigation before the US District Court for the Northern District of California:

- State of California (Case 3:18-cv-01865)
- City of San Jose and the Black Alliance for Just Immigration (Case 5:18-cv-02279)

January 1-31, 2019

| January | Hours | Tasks |
|---------|-------|-------|
| 8 | 5.0 | Travel |
| 9 | 6.5 | Trial preparation |
| 10 | 6.5 | Trial |
| 11 | 5.0 | Travel |
| **Total** | **23.00** | |

393

| Transaction Date | Name | Memo | Amount |
|---|---|---|---|
| 1/8/2019 | NAPA FARMS MARKET T2 SAN FRANCI | | $ (4.38) |
| 1/8/2019 | BART-CLIPPER SFO CONCR ▮ | | $ (22.00) |
| 1/8/2019 | HTTP://WWW.GOGOAIR.COM 877-350-0 | | $ (39.95) |
| 1/8/2019 | ALASKA AI SEATTLE | | $ (99.00) |
| 1/8/2019 | CAVA MEZZE MEDITERRANE ARLINGTON | | $ (14.29) |
| 1/9/2019 | ILLY CAFFE S.F. EM SAN FRANCI | | $ (4.00) |
| 1/9/2019 | THE GROVE - YERBA BUEN SAN FRANC | | $ (23.00) |
| 1/9/2019 | SQ *SOMA EATS SAN FRANCI | | $ (54.40) |
| 1/10/2019 | SQ *BLUE BOTTLE COFFEE San Franc | | $ (10.22) |
| 1/10/2019 | SQ *SOMA EATS San Franci | | $ (9.95) |
| 1/10/2019 | SQ *SOMA EATS SAN FRANCI | | $ (7.61) |
| 1/10/2019 | SQ *SOMA EATS San Franci | | $ (8.69) |
| 1/10/2019 | REGENT SCHOOL CATERING SAN FRANC | | $ (7.83) |
| 1/10/2019 | REGENT SCHOOL CATERING SAN FRANC | | $ (9.00) |
| 1/11/2019 | MAZARINE COFFEE SAN FRANCI | | $ (8.63) |
| 1/11/2019 | UA INFLT ▮ HOUSTON | | $ (23.99) |
| 1/11/2019 | EXTRA VIRGIN OO SFO SAN FRANCI | | $ (19.54) |
| 1/11/2019 | UNITED ▮ 800-932-2 | | $ (19.00) |
| **Total** | | | **$(385.48)** |

