XAVIER BECERRA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
GABRIELLE D. BOUTIN, SBN 267308
ANNA T. FERRARI, SBN 261579
TODD GRABARSKY, SBN 286999
R. MATTHEW WISE, SBN 238485
NOREEN P. SKELLY, SBN 186135
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6053
 Fax: (916) 324-8835
 E-mail: Gabrielle.Boutin@doj.ca.gov
*Attorneys for State of California, by and through Attorney General Xavier Becerra*

*(Additional counsel listed on signature panel)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, by and through Attorney General Xavier Becerra; COUNTY OF LOS ANGELES; CITY OF LOS ANGELES; CITY OF FREMONT; CITY OF LONG BEACH; CITY OF OAKLAND; CITY OF STOCKTON,**<br><br>Plaintiff,<br><br>v.<br><br>**WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; RON JARMIN, in his official capacity as Acting Director of the U.S. Census Bureau; U.S. CENSUS BUREAU; DOES 1-100,**<br><br>Defendants. | 3:18-cv-01865<br><br>**STIPULATION TO ENLARGE TIME RE: ATTORNEYS' FEES AND COSTS; [~~PROPOSED~~] ORDER**<br><br>Dept: 3<br>Judge: The Honorable Richard G. Seeborg<br>Trial Date: January 7, 2019<br>Action Filed: March 26, 2018 |

1

Plaintiff State of California, Plaintiff-in-Intervention Los Angeles Unified School District (LAUSD and, collectively, "Plaintiffs"), and Defendants Wilbur L. Ross, Jr., U.S. Department of Commerce, Ron Jarmin, and U.S. Census Bureau (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective attorneys of record, stipulate as follows:

1. Following entrance of the initial judgment in this case, the Parties stipulated, and this Court ordered, that Plaintiffs' deadline to file any motion for attorneys' fees or bill of costs was extended until after Defendants' appeal was resolved and a final judgment was entered. *See* ECF Nos. 212, 213.

2. This Court entered Final Judgment After Remand, Order of Vacatur, and Permanent Injunction on August 1, 2019. Pursuant to the previous stipulation and order, the deadline to file a motion for attorneys' fees is currently September 3, 2019. *Id.*

3. Plaintiff State of California and Plaintiff-in-Intervention LAUSD filed their bills of costs on August 15 and 16, 2019, respectively. ECF Nos. 241, 243. Defendants' deadlines to file objections to the bills of costs are currently August 29 and 30, 2019. *See* Local Rule 54-2.

4. The Parties are currently attempting in good faith to settle any claim for attorneys' fees and costs in this action. In order to permit full and meaningful negotiations, the Parties therefore jointly request a 10-day extension to September 13, 2019 for: 1) the deadline to file any motion for attorneys' fees; and 2) the deadline to file objections to Plaintiffs' filed bills of costs.

5. This requested time modification would not have any effect on the schedule for this case, other than slightly delaying any potential attorneys' fees and costs proceedings.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated:  August 27, 2019 | XAVIER BECERRA |
| 2 | | Attorney General of California |
| | | ANTHONY R. HAKL |
| 3 | | Supervising Deputy Attorney General |
| | | GABRIELLE D. BOUTIN |
| 4 | | ANNA T. FERRARI |
| | | TODD GRABARSKY |
| 5 | | NOREEN P. SKELLY |
| | | R. MATTHEW WISE |
| 6 | | Deputy Attorneys General |

/s/  Gabrielle D. Boutin
GABRIELLE D. BOUTIN
Deputy Attorney General
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

Dated:  August 27, 2019

DANNIS WOLIVER KELLEY
SUE ANN SALMON EVANS
KEITH A. YEOMANS

/s/ Keith A Yeomans
Keith A. Yeomans
*Attorneys for Plaintiff-Intervenor Los Angeles Unified School District*

Dated:  August 27, 2019

JOSEPH H. HUNT
Assistant Attorney General

BRETT A. SHUMATE
Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

/s/  Carol Federighi
KATE BAILEY
MARSHA EDNEY
STEPHEN EHRLICH
CAROL FEDERIGHI
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Phone: (202) 514-9239
Email: carlotta.wells@usdoj.gov
*Attorneys for Defendants*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated:  August 27, 2019                          */s/ Gabrielle D. Boutin*
                                                 GABRIELLE D. BOUTIN

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION,**

Upon consideration thereof, and good cause appearing, it is hereby ORDERED that the deadline to file any motion for attorneys' fees and the deadlines to file any objections to Plaintiffs' filed bills of costs (ECF Nos. 241 and 243) are hereby extended to September 13, 2019.

**IT IS SO ORDERED.**

Dated: August 29, 2019

_____
HON. RICHARD SEEBORG