JOSEPH H. HUNT
Assistant Attorney General
CARLOTTA P. WELLS
Assistant Director, Federal Programs Branch
CAROL FEDERIGHI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Tel.: (202) 514-1903
Email: carol.federighi@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, by and through Attorney General Xavier Becerra; COUNTY OF LOS ANGELES; CITY OF LOS ANGELES; CITY OF FREMONT; CITY OF LONG BEACH; CITY OF OAKLAND; CITY OF STOCKTON,**<br><br>Plaintiffs,<br><br>v.<br><br>**WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; DR. STEVEN DILLINGHAM, in his official capacity as Director of the U.S. Census Bureau; U.S. CENSUS BUREAU; DOES 1-100,**<br><br>Defendants. | No. 3:18-cv-01865-RS<br><br>**STIPULATION TO FURTHER ENLARGE TIME RE: ATTORNEYS' FEES AND COSTS; [PROPOSED] ORDER**<br><br>Dept:          3<br>Judge:        The Honorable Richard G. Seeborg<br>Trial Date:   January 7, 2019<br>Action Filed: March 26, 2018 |

1

Plaintiff State of California, Plaintiff-in-Intervention Los Angeles Unified School District (LAUSD and, collectively, "Plaintiffs"), and Defendants Wilbur L. Ross, Jr., U.S. Department of Commerce, Dr. Steven Dillingham, and U.S. Census Bureau (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective attorneys of record, stipulate as follows:

1. Following entrance of the initial judgment in this case, the Parties stipulated, and this Court ordered, that Plaintiffs' deadline to file any motion for attorneys' fees or bill of costs was extended until after Defendants' appeal was resolved and a final judgment was entered. *See* ECF Nos. 212, 213.

2. This Court entered Final Judgment After Remand, Order of Vacatur, and Permanent Injunction on August 1, 2019. Pursuant to the previous stipulation and order, the deadline to file a motion for attorneys' fees was then September 3, 2019. *Id.*

3. Plaintiff State of California and Plaintiff-in-Intervention LAUSD filed their bills of costs on August 15 and 16, 2019, respectively. ECF Nos. 241, 243. Defendants' deadlines to file objections to the bills of costs were initially August 29 and 30, 2019. *See* Local Rule 54-2.

4. Pursuant to a prior Stipulation filed by the parties on August 27, 2019 (ECF No. 244), the Court extended Plaintiffs' deadline to file any motion for attorneys' fees and Defendants' deadlines to file any objections to September 13, 2019, to allow the Parties to discuss the possibility of settlement on the issues of attorneys' fees and costs.

4. The Parties are committed to discussing settlement but have not yet had sufficient time to reach agreement. In order to permit full and meaningful negotiations, the Parties therefore jointly request a further fourteen-day extension to September 27, 2019, for: 1) the deadline to file any motion for attorneys' fees; and 2) the deadline to file objections to Plaintiffs' filed bills of costs.

5. This requested time modification would not have any effect on the schedule for this case, other than slightly delaying any potential attorneys' fees and costs proceedings.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: September 11, 2019 | XAVIER BECERRA<br>Attorney General of California<br>ANTHONY R. HAKI<br>Supervising Deputy Attorney General<br>GABRIELLE D. BOUTIN<br>Deputy Attorney General<br><br>*/s/ R. Matthew Wise*<br>R. MATTHEW WISE<br>Deputy Attorney General<br><br>*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra* |
| Dated: September 11, 2019 | DANNIS WOLIVER KELLEY<br>SUE ANN SALMON EVANS<br>KEITH A. YEOMANS<br><br>*/s/ Keith A Yeomans*<br>Keith A. Yeomans<br><br>*Attorneys for Plaintiff-Intervenor Los Angeles Unified School District* |
| Dated: September 11, 2019 | JOSEPH H. HUNT<br>Assistant Attorney General<br><br>CARLOTTA P. WELLS<br>Assistant Branch Director<br><br>*/s/ Carol Federighi*<br>CAROL FEDERIGHI<br>Senior Trial Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, DC 20044<br>Phone: (202) 514-1903<br>Email: carol.federighi@usdoj.gov<br><br>*Attorneys for Defendants* |

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated: September 11, 2019           */s/ Carol Federighi*
                                    CAROL FEDERIGHI

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION**,

Upon consideration thereof, and good cause appearing, it is hereby ORDERED that the deadline to file any motion for attorneys' fees and the deadlines to file any objections to Plaintiffs' filed bills of costs (ECF Nos. 241 and 243) are hereby extended to September 27, 2019.

**IT IS SO ORDERED.**

DATED: _____

HON. RICHARD SEEBORG
United States District Court Judge