1   JOSEPH H. HUNT
    Assistant Attorney General
2   CARLOTTA P. WELLS
    Assistant Director, Federal Programs Branch
3   CAROL FEDERIGHI
    Senior Trial Counsel
4   United States Department of Justice
    Civil Division, Federal Programs Branch
5   P.O. Box 883
    Washington, DC  20044
6   Tel.: (202) 514-1903
    Email: carol.federighi@usdoj.gov
7
    Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT FOR THE
9
                      NORTHERN DISTRICT OF CALIFORNIA
10

11

12

13   **STATE OF CALIFORNIA, by and through**        No. 3:18-cv-01865-RS
     **Attorney General Xavier Becerra;**
14   **COUNTY OF LOS ANGELES; CITY OF**             **STIPULATION TO FURTHER**
     **LOS ANGELES; CITY OF FREMONT;**              **ENLARGE TIME RE: ATTORNEYS'**
15   **CITY OF LONG BEACH; CITY OF**                **FEES AND COSTS; [~~PROPOSED~~]**
     **OAKLAND; CITY OF STOCKTON,**                 **ORDER**
16
                                    Plaintiffs,
17
                                                    Dept:        3
18            v.                                    Judge:       The Honorable Richard G.
                                                                 Seeborg
19   **WILBUR L. ROSS, JR., in his official**        Trial Date:  January 7, 2019
     **capacity as Secretary of the U.S.**           Action Filed: March 26, 2018
20   **Department of Commerce; U.S.**
     **DEPARTMENT OF COMMERCE; DR.**
21   **STEVEN DILLINGHAM, in his official**
     **capacity as Director of the U.S. Census**
22   **Bureau; U.S. CENSUS BUREAU; DOES 1-**
     **100,**
23
                                    Defendants.
24

25

26

27

28

                                        1

Plaintiff State of California, Plaintiff-in-Intervention Los Angeles Unified School District (LAUSD and, collectively, "Plaintiffs"), and Defendants Wilbur L. Ross, Jr., U.S. Department of Commerce, Dr. Steven Dillingham, and U.S. Census Bureau (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective attorneys of record, stipulate as follows:

1.    Following entrance of the initial judgment in this case, the Parties stipulated, and this Court ordered, that Plaintiffs' deadline to file any motion for attorneys' fees or bill of costs was extended until after Defendants' appeal was resolved and a final judgment was entered. *See* ECF Nos. 212, 213.

2.    This Court entered Final Judgment After Remand, Order of Vacatur, and Permanent Injunction on August 1, 2019.  Pursuant to the previous stipulation and order, the deadline to file a motion for attorneys' fees was then September 3, 2019. *Id.*

3.    Plaintiff State of California and Plaintiff-in-Intervention LAUSD filed their bills of costs on August 15 and 16, 2019, respectively.  ECF Nos. 241, 243.  Defendants' deadlines to file objections to the bills of costs were initially August 29 and 30, 2019. *See* Local Rule 54-2.

4.    Pursuant to a prior Stipulation filed by the parties on August 27, 2019 (ECF No. 244), the Court extended Plaintiffs' deadline to file any motion for attorneys' fees and Defendants' deadlines to file any objections to September 13, 2019, to allow the Parties to discuss the possibility of settlement on the issues of attorneys' fees and costs.

4.    The Parties are committed to discussing settlement but have not yet had sufficient time to reach agreement.  In order to permit full and meaningful negotiations, the Parties therefore jointly request a further fourteen-day extension to September 27, 2019, for: 1) the deadline to file any motion for attorneys' fees; and 2) the deadline to file objections to Plaintiffs' filed bills of costs.

5.    This requested time modification would not have any effect on the schedule for this case, other than slightly delaying any potential attorneys' fees and costs proceedings.

1   **IT IS SO STIPULATED.**

2   Dated: September 11, 2019                XAVIER BECERRA
                                            Attorney General of California
3                                           ANTHONY R. HAKI
                                            Supervising Deputy Attorney General
4                                           GABRIELLE D. BOUTIN
                                            Deputy Attorney General
5
                                            */s/ R. Matthew Wise*
6                                           R. MATTHEW WISE
                                            Deputy Attorney General
7
                                            *Attorneys for Plaintiff State of California, by and*
8                                           *through Attorney General Xavier Becerra*

9
    Dated: September 11, 2019                DANNIS WOLIVER KELLEY
10                                          SUE ANN SALMON EVANS
                                            KEITH A. YEOMANS
11
                                            */s/ Keith A Yeomans*
12                                          Keith A. Yeomans

13                                          *Attorneys for Plaintiff-Intervenor Los Angeles*
                                            *Unified School District*
14

15  Dated: September 11, 2019                JOSEPH H. HUNT
                                            Assistant Attorney General
16
                                            CARLOTTA P. WELLS
17                                          Assistant Branch Director

18                                          */s/  Carol Federighi*
                                            CAROL FEDERIGHI
19                                          Senior Trial Counsel
                                            United States Department of Justice
20                                          Civil Division, Federal Programs Branch
                                            P.O. Box 883
21                                          Washington, DC 20044
                                            Phone: (202) 514-1903
22                                          Email: carol.federighi@usdoj.gov

23                                          *Attorneys for Defendants*

24

25

26

27

28

Stipulation to Further Enlarge Time Re: Attorneys' Fees and Costs; Proposed Order (3:18-cv-01865)

# FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated: September 11, 2019

/s/ Carol Federighi
CAROL FEDERIGHI

1

**[PROPOSED] ORDER**

2     **PURSUANT TO STIPULATION**,

3     Upon consideration thereof, and good cause appearing, it is hereby ORDERED that the

4 deadline to file any motion for attorneys' fees and the  deadlines to file any objections to

5 Plaintiffs' filed bills of costs (ECF Nos. 241 and 243) are hereby extended to September 27, 2019.

6     **IT IS SO ORDERED.**

7

8

9 DATED: _September 11, 2019_          _____

                                                   HON. RICHARD SEEBORG

10                                                    United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
