1
XAVIER BECERRA
Attorney General of California
2
ANTHONY R. HAKL
Supervising Deputy Attorney General
3
GABRIELLE D. BOUTIN, SBN 267308
R. MATTHEW WISE, SBN 238485
4
Deputy Attorneys General
  1300 I Street, Suite 125
5
  P.O. Box 944255
  Sacramento, CA 94244-2550
6
  Telephone:  (916) 210-6046
  Fax:  (916) 324-8835
7
  E-mail:  Matthew.Wise@doj.ca.gov
*Attorneys for State of California, by and through*
8
*Attorney General Xavier Becerra*

9
*(Additional counsel listed on signature panel)*

10

UNITED STATES DISTRICT COURT FOR THE
11

NORTHERN DISTRICT OF CALIFORNIA
12

SAN FRANCISCO DIVISION
13

14

| | |
|---|---|
| 15 **STATE OF CALIFORNIA, by and through Attorney General Xavier Becerra; COUNTY OF LOS ANGELES; CITY OF LOS ANGELES; CITY OF FREMONT; CITY OF LONG BEACH; CITY OF OAKLAND; CITY OF STOCKTON,** | No. 3:18-cv-01865-RS |
| | **STIPULATION TO FURTHER ENLARGE TIME RE: ATTORNEYS' FEES AND COSTS; [PROPOSED] ORDER** |
| Plaintiffs, | |
| v. | Dept:       3 |
| | Judge:     The Honorable Richard G. Seeborg |
| **WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; DR. STEVEN DILLINGHAM, in his official capacity as Director of the U.S. Census Bureau; U.S. CENSUS BUREAU; DOES 1-100,** | Trial Date:  January 7, 2019 |
| | Action Filed:  March 26, 2018 |
| Defendants. | |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

1    Plaintiff State of California, Plaintiff-in-Intervention Los Angeles Unified School District

2    (LAUSD and, collectively, "Plaintiffs"), and Defendants Wilbur L. Ross, Jr., U.S. Department of

3    Commerce, Dr. Steven Dillingham, and U.S. Census Bureau (collectively, "Defendants," and

4    together with Plaintiffs, the "Parties"), by and through their respective attorneys of record,

5    stipulate as follows:

6        1.    Following entrance of the initial judgment in this case, the Parties stipulated, and this

7    Court ordered, that Plaintiffs' deadline to file any motion for attorneys' fees or bill of costs was

8    extended until after Defendants' appeal was resolved and a final judgment was entered.  *See* ECF

9    Nos. 212, 213.

10       2.    This Court entered Final Judgment After Remand, Order of Vacatur, and Permanent

11   Injunction on August 1, 2019.   Pursuant to the previous stipulation and order, the deadline to file

12   a motion for attorneys' fees was then September 3, 2019. *Id.*

13       3.    Plaintiff State of California and Plaintiff-in-Intervention LAUSD filed their bills of

14   costs on August 15 and 16, 2019, respectively.  ECF Nos. 241, 243.  Defendants' deadlines to file

15   objections to the bills of costs were initially August 29 and 30, 2019.  *See* Local Rule 54-2.

16       4.    Pursuant to prior stipulations filed by the parties on August 27, 2019 (ECF No. 244)

17   and September 11, 2019 (ECF No. 246), the Court extended Plaintiffs' deadline to file any

18   motion for attorneys' fees and Defendants' deadlines to file any objections to September 27,

19   2019, to all the Parties to discuss the possibility of settlement on the issues of attorneys' fees and

20   costs.

21       5.    The Parties are committed to discussing settlement but have not yet had sufficient

22   time to reach agreement.  In order to permit full and meaningful negotiations, the Parties therefore

23   jointly request a further fourteen-day extension to October 11, 2019, for:  1) the deadline to file

24   any motion for attorneys' fees; and 2) the deadline to file objections to Plaintiffs' filed bills of

25   costs.

26       6.    This requested time modification would not have any effect on the schedule for this

27   case, other than slightly delaying any potential attorneys' fees and costs proceedings.

28

Stipulation to Further Enlarge Time Re: Attorneys' Fees and Costs; [Proposed] Order (3:18-cv-01865)

**IT IS SO STIPULATED.**

Dated:  September 26, 2019

XAVIER BECERRA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
GABRIELLE D. BOUTIN
Deputy Attorney General

/s/   R. Matthew Wise
R. MATTHEW WISE
Deputy Attorney General
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

Dated:  September 26, 2019

DANNIS WOLIVER KELLEY
SUE ANN SALMON EVANS
KEITH A. YEOMANS

/s/ Keith A Yeomans
Keith A. Yeomans
*Attorneys for Plaintiff-Intervenor*
*Los Angeles Unified School District*

Dated:  September 26, 2019

JOSEPH H. HUNT
Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

/s/  Carol Federighi
CAROL FEDERIGHI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
Email: carol.federighi@usdoj.gov
*Attorneys for Defendants*

3

1

**FILER'S ATTESTATION**

2    Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, I hereby attest that

3    concurrence in the filing of this document has been obtained from all signatories above.

4    Dated:  September 26, 2019                          */s/ R. Matthew Wise*
                                                        R. MATTHEW WISE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

1

## [PROPOSED] ORDER

2

**PURSUANT TO STIPULATION**,

3

Upon consideration thereof, and good cause appearing, it is hereby ORDERED that the

4

deadline to file any motion for attorneys' fees and the deadlines to file any objections to

5

Plaintiffs' filed bills of costs (ECF Nos. 241 and 243) are hereby extended to October 11, 2019.

6

**IT IS SO ORDERED.**

7

8

DATED: _____          _____
                                        HON. RICHARD SEEBORG

9                                       United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

Case Name: **State of California, et al. v.**  No.  **3:18-cv-01865**
  **Wilbur L. Ross, et al.**

I hereby certify that on <u>September 26, 2019</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO FURTHER ENLARGE TIME RE: ATTORNEYS' FEES AND COSTS; [PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>September 26, 2019</u>, at Sacramento, California.


Tracie L. Campbell                              */s/  Tracie Campbell*
Declarant                                        Signature

SA2018100904
14144723.docx