1  XAVIER BECERRA
   Attorney General of California
2  ANTHONY R. HAKL
   Supervising Deputy Attorney General
3  GABRIELLE D. BOUTIN, SBN 267308
   R. MATTHEW WISE, SBN 238485
4  Deputy Attorneys General
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone: (916) 210-6046
     Fax: (916) 324-8835
7    E-mail: Matthew.Wise@doj.ca.gov
   *Attorneys for State of California, by and through*
8  *Attorney General Xavier Becerra*

9  *(Additional counsel listed on signature panel)*

10

UNITED STATES DISTRICT COURT FOR THE

11

NORTHERN DISTRICT OF CALIFORNIA

12

SAN FRANCISCO DIVISION

13

14

| | |
|---|---|
| 15 **STATE OF CALIFORNIA, by and through Attorney General Xavier Becerra;** | No. 3:18-cv-01865-RS |
| 16 **COUNTY OF LOS ANGELES; CITY OF LOS ANGELES; CITY OF FREMONT;** | **STIPULATION TO FURTHER ENLARGE TIME RE: ATTORNEYS'** |
| 17 **CITY OF LONG BEACH; CITY OF OAKLAND; CITY OF STOCKTON,** | **FEES AND COSTS; [~~PROPOSED~~] ORDER** |
| 18 | |
| 19 Plaintiffs, | |
| 20 v. | Dept: 3 |
| | Judge: The Honorable Richard G. Seeborg |
| 21 **WILBUR L. ROSS, JR., in his official** | |
| 22 **capacity as Secretary of the U.S. Department of Commerce; U.S.** | Trial Date: January 7, 2019 |
| | Action Filed: March 26, 2018 |
| 23 **DEPARTMENT OF COMMERCE; DR. STEVEN DILLINGHAM, in his official** | |
| 24 **capacity as Director of the U.S. Census Bureau; U.S. CENSUS BUREAU; DOES 1-** | |
| 25 **100,** | |
| 26 Defendants. | |

27

28

1

1        Plaintiff State of California, Plaintiff-in-Intervention Los Angeles Unified School District

2    (LAUSD and, collectively, "Plaintiffs"), and Defendants Wilbur L. Ross, Jr., U.S. Department of

3    Commerce, Dr. Steven Dillingham, and U.S. Census Bureau (collectively, "Defendants," and

4    together with Plaintiffs, the "Parties"), by and through their respective attorneys of record,

5    stipulate as follows:

6        1.    Following entrance of the initial judgment in this case, the Parties stipulated, and this

7    Court ordered, that Plaintiffs' deadline to file any motion for attorneys' fees or bill of costs was

8    extended until after Defendants' appeal was resolved and a final judgment was entered.  *See* ECF

9    Nos. 212, 213.

10        2.    This Court entered Final Judgment After Remand, Order of Vacatur, and Permanent

11    Injunction on August 1, 2019.  Pursuant to the previous stipulation and order, the deadline to file

12    a motion for attorneys' fees was then September 3, 2019. *Id.*

13        3.    Plaintiff State of California and Plaintiff-in-Intervention LAUSD filed their bills of

14    costs on August 15 and 16, 2019, respectively.  ECF Nos. 241, 243.  Defendants' deadlines to file

15    objections to the bills of costs were initially August 29 and 30, 2019.  *See* Local Rule 54-2.

16        4.    Pursuant to prior stipulations filed by the parties on August 27, 2019 (ECF No. 244)

17    and September 11, 2019 (ECF No. 246), the Court extended Plaintiffs' deadline to file any

18    motion for attorneys' fees and Defendants' deadlines to file any objections to September 27,

19    2019, to all the Parties to discuss the possibility of settlement on the issues of attorneys' fees and

20    costs.

21        5.    The Parties are committed to discussing settlement but have not yet had sufficient

22    time to reach agreement.  In order to permit full and meaningful negotiations, the Parties therefore

23    jointly request a further fourteen-day extension to October 11, 2019, for:  1) the deadline to file

24    any motion for attorneys' fees; and 2) the deadline to file objections to Plaintiffs' filed bills of

25    costs.

26        6.    This requested time modification would not have any effect on the schedule for this

27    case, other than slightly delaying any potential attorneys' fees and costs proceedings.

28

1    **IT IS SO STIPULATED.**

2    Dated:  September 26, 2019                XAVIER BECERRA
                                              Attorney General of California
3                                             ANTHONY R. HAKL
                                              Supervising Deputy Attorney General
4                                             GABRIELLE D. BOUTIN
                                              Deputy Attorney General
5
                                              */s/   R. Matthew Wise*
6                                             R. MATTHEW WISE
                                              Deputy Attorney General
7                                             *Attorneys for Plaintiff State of California, by and*
                                              *through Attorney General Xavier Becerra*
8

9    Dated:  September 26, 2019                DANNIS WOLIVER KELLEY

10                                            SUE ANN SALMON EVANS
                                              KEITH A. YEOMANS
11
                                              */s/ Keith A Yeomans*
12                                            Keith A. Yeomans
                                              *Attorneys for Plaintiff-Intervenor*
13                                            *Los Angeles Unified School District*

14
     Dated:  September 26, 2019                JOSEPH H. HUNT
15                                            Assistant Attorney General

16                                            CARLOTTA P. WELLS
                                              Assistant Branch Director
17
                                              */s/  Carol Federighi*
18                                            CAROL FEDERIGHI
                                              Senior Trial Counsel
19                                            United States Department of Justice
                                              Civil Division, Federal Programs Branch
20                                            P.O. Box 883
                                              Washington, DC 20044
21                                            Phone: (202) 514-1903
                                              Email: carol.federighi@usdoj.gov
22                                            *Attorneys for Defendants*

23

24

25

26

27

28

3

1

## **FILER'S ATTESTATION**

2

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, I hereby attest that

3

concurrence in the filing of this document has been obtained from all signatories above.

4

Dated:  September 26, 2019                                    */s/ R. Matthew Wise*
                                                                              R. MATTHEW WISE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Further Enlarge Time Re: Attorneys' Fees and Costs; [Proposed] Order (3:18-cv-01865)

1                        [~~PROPOSED~~] ORDER

2          **PURSUANT TO STIPULATION**,

3          Upon consideration thereof, and good cause appearing, it is hereby ORDERED that the

4    deadline to file any motion for attorneys' fees and the deadlines to file any objections to

5    Plaintiffs' filed bills of costs (ECF Nos. 241 and 243) are hereby extended to October 11, 2019.

6          **IT IS SO ORDERED.**

7

8    DATED:  9/26/19                                        _____
                                                            HON. RICHARD SEEBORG
9                                                           United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                               5

# CERTIFICATE OF SERVICE

Case Name:   **State of California, et al. v.**          No.   **3:18-cv-01865**
              **Wilbur L. Ross, et al.**

I hereby certify that on September 26, 2019, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO FURTHER ENLARGE TIME RE: ATTORNEYS' FEES AND COSTS; [PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 26, 2019, at Sacramento, California.

|                           |                           |
|:-------------------------:|:-------------------------:|
| Tracie L. Campbell        | */s/  Tracie Campbell*    |
| Declarant                 | Signature                 |

SA2018100904
14144723.docx