XAVIER BECERRA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
GABRIELLE D. BOUTIN, SBN 267308
R. MATTHEW WISE, SBN 238485
Deputy Attorneys General
   1300 I Street, Suite 125
   P.O. Box 944255
   Sacramento, CA 94244-2550
   Telephone: (916) 210-6046
   Fax: (916) 324-8835
   E-mail: Matthew.Wise@doj.ca.gov
*Attorneys for State of California, by and through Attorney General Xavier Becerra*

*(Additional counsel listed on signature panel)*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, by and through Attorney General Xavier Becerra; COUNTY OF LOS ANGELES; CITY OF LOS ANGELES; CITY OF FREMONT; CITY OF LONG BEACH; CITY OF OAKLAND; CITY OF STOCKTON,**<br><br>Plaintiffs,<br><br>v.<br><br>**WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; DR. STEVEN DILLINGHAM, in his official capacity as Director of the U.S. Census Bureau; U.S. CENSUS BUREAU; DOES 1-100,**<br><br>Defendants. | No. 3:18-cv-01865-RS<br><br>**STIPULATION TO FURTHER ENLARGE TIME RE: ATTORNEYS' FEES AND COSTS; [PROPOSED] ORDER**<br><br>Dept: 3<br>Judge: The Honorable Richard G. Seeborg<br>Trial Date: January 7, 2019<br>Action Filed: March 26, 2018 |

1

Plaintiff State of California, Plaintiff-in-Intervention Los Angeles Unified School District (LAUSD and, collectively, "Plaintiffs"), and Defendants Wilbur L. Ross, Jr., U.S. Department of Commerce, Dr. Steven Dillingham, and U.S. Census Bureau (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective attorneys of record, stipulate as follows:

1. Following entrance of the initial judgment in this case, the Parties stipulated, and this Court ordered, that Plaintiffs' deadline to file any motion for attorneys' fees or bill of costs was extended until after Defendants' appeal was resolved and a final judgment was entered. *See* ECF Nos. 212, 213.

2. This Court entered Final Judgment After Remand, Order of Vacatur, and Permanent Injunction on August 1, 2019.  Pursuant to the previous stipulation and order, the deadline to file a motion for attorneys' fees was then September 3, 2019. *Id.*

3. Plaintiff State of California and Plaintiff-in-Intervention LAUSD filed their bills of costs on August 15 and 16, 2019, respectively.  ECF Nos. 241, 243.  Defendants' deadlines to file objections to the bills of costs were initially August 29 and 30, 2019. *See* Local Rule 54-2.

4. Pursuant to prior stipulations filed by the parties on August 27, 2019 (ECF No. 244), September 11, 2019 (ECF No. 246), September 26, 2019 (ECF No. 248), and October 10, 2019 (ECF No. 250), the Court extended Plaintiffs' deadline to file any motion for attorneys' fees and Defendants' deadlines to file any objections to October 18, 2019, to all the Parties to discuss the possibility of settlement on the issues of attorneys' fees and costs.

5. The Parties are in the process of memorializing a settlement agreement.  In order to finalize the agreement, the Parties jointly request a further seven-day extension to October 25, 2019, for:  1) the deadline to file any motion for attorneys' fees; and 2) the deadline to file objections to Plaintiffs' filed bills of costs.

6. This requested time modification would not have any effect on the schedule for this case, other than slightly delaying any potential attorneys' fees and costs proceedings.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated:  October 17, 2019 | XAVIER BECERRA<br>Attorney General of California<br>ANTHONY R. HAKL<br>Supervising Deputy Attorney General<br>GABRIELLE D. BOUTIN<br>Deputy Attorney General<br><br>*/s/ R. Matthew Wise*<br>R. MATTHEW WISE<br>Deputy Attorney General<br>*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra* |
| Dated:  October 17, 2019 | DANNIS WOLIVER KELLEY<br>SUE ANN SALMON EVANS<br>KEITH A. YEOMANS<br><br>*/s/ Keith A Yeomans*<br>Keith A. Yeomans<br>*Attorneys for Plaintiff-Intervenor Los Angeles Unified School District* |
| Dated:  October 17, 2019 | JOSEPH H. HUNT<br>Assistant Attorney General<br><br>CARLOTTA P. WELLS<br>Assistant Branch Director<br><br>*/s/  Stephen Ehrlich*<br>STEPHEN EHRLICH<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, DC 20044<br>Phone: (202) 305-9803<br>Email: stephen.ehrlich@usdoj.gov<br>*Attorneys for Defendants* |

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated:  October 17, 2019         */s/ R. Matthew Wise*
                                 R. MATTHEW WISE

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION**,

Upon consideration thereof, and good cause appearing, it is hereby ORDERED that the deadline to file any motion for attorneys' fees and the deadlines to file any objections to Plaintiffs' filed bills of costs (ECF Nos. 241 and 243) are hereby extended to October 25, 2019.

**IT IS SO ORDERED.**

DATED: _____          _____
                                       HON. RICHARD SEEBORG
                                       United States District Court Judge

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **State of California, et al. v. Wilbur L. Ross, et al.** | No. | **3:18-cv-01865** |

I hereby certify that on <u>October 17, 2019</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO FURTHER ENLARGE TIME RE: ATTORNEYS' FEES AND COSTS; [PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>October 17, 2019</u>, at Sacramento, California.

| | |
|---|---|
| Tracie L. Campbell | */s/ Tracie Campbell* |
| Declarant | Signature |

SA2018100904
33817500.docx