XAVIER BECERRA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
GABRIELLE D. BOUTIN, SBN 267308
R. MATTHEW WISE, SBN 238485
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6046
  Fax: (916) 324-8835
  E-mail: Matthew.Wise@doj.ca.gov
*Attorneys for State of California, by and through Attorney General Xavier Becerra*

*(Additional counsel listed on signature panel)*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, by and through Attorney General Xavier Becerra; COUNTY OF LOS ANGELES; CITY OF LOS ANGELES; CITY OF FREMONT; CITY OF LONG BEACH; CITY OF OAKLAND; CITY OF STOCKTON,<br><br>                  Plaintiffs,<br><br>v.<br><br>WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; DR. STEVEN DILLINGHAM, in his official capacity as Director of the U.S. Census Bureau; U.S. CENSUS BUREAU; DOES 1-100,<br><br>                  Defendants. | No. 3:18-cv-01865-RS<br><br>**STIPULATION TO FURTHER ENLARGE TIME RE: ATTORNEYS' FEES AND COSTS; [~~PROPOSED~~] ORDER**<br><br>Dept:    3<br>Judge:   The Honorable Richard G. Seeborg<br>Trial Date:  January 7, 2019<br>Action Filed:  March 26, 2018 |

1

Plaintiff State of California, Plaintiff-in-Intervention Los Angeles Unified School District (LAUSD and, collectively, "Plaintiffs"), and Defendants Wilbur L. Ross, Jr., U.S. Department of Commerce, Dr. Steven Dillingham, and U.S. Census Bureau (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective attorneys of record, stipulate as follows:

1. Following entrance of the initial judgment in this case, the Parties stipulated, and this Court ordered, that Plaintiffs' deadline to file any motion for attorneys' fees or bill of costs was extended until after Defendants' appeal was resolved and a final judgment was entered. *See* ECF Nos. 212, 213.

2. This Court entered Final Judgment After Remand, Order of Vacatur, and Permanent Injunction on August 1, 2019. Pursuant to the previous stipulation and order, the deadline to file a motion for attorneys' fees was then September 3, 2019. *Id.*

3. Plaintiff State of California and Plaintiff-in-Intervention LAUSD filed their bills of costs on August 15 and 16, 2019, respectively. ECF Nos. 241, 243. Defendants' deadlines to file objections to the bills of costs were initially August 29 and 30, 2019. *See* Local Rule 54-2.

4. Pursuant to prior stipulations filed by the parties on August 27, 2019 (ECF No. 244), September 11, 2019 (ECF No. 246), September 26, 2019 (ECF No. 248), October 10, 2019 (ECF No. 250), and October 17, 2019 (ECF No. 252), the Court extended Plaintiffs' deadline to file any motion for attorneys' fees and Defendants' deadlines to file any objections to October 18, 2019, to all the Parties to discuss the possibility of settlement on the issues of attorneys' fees and costs.

5. The Parties are still in the process of memorializing a settlement agreement. In order to finalize the agreement, the Parties jointly request a further seven-day extension to November 1, 2019, for: 1) the deadline to file any motion for attorneys' fees; and 2) the deadline to file objections to Plaintiffs' filed bills of costs.

6. This requested time modification would not have any effect on the schedule for this case, other than slightly delaying any potential attorneys' fees and costs proceedings.

**IT IS SO STIPULATED.**

Dated: October 24, 2019

XAVIER BECERRA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
GABRIELLE D. BOUTIN
Deputy Attorney General

*/s/ R. Matthew Wise*
R. MATTHEW WISE
Deputy Attorney General
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

Dated: October 24, 2019

DANNIS WOLIVER KELLEY
SUE ANN SALMON EVANS
KEITH A. YEOMANS

*/s/ Keith A Yeomans*
Keith A. Yeomans
*Attorneys for Plaintiff-Intervenor Los Angeles Unified School District*

Dated: October 24, 2019

JOSEPH H. HUNT
Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

*/s/ Stephen Ehrlich*
STEPHEN EHRLICH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 305-9803
Email: stephen.ehrlich@usdoj.gov
*Attorneys for Defendants*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated:  October 24, 2019                             */s/ Gabrielle D. Boutin*
                                                                          GABRIELLE D. BOUTIN

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION**,

Upon consideration thereof, and good cause appearing, it is hereby ORDERED that the deadline to file any motion for attorneys' fees and the deadlines to file any objections to Plaintiffs' filed bills of costs (ECF Nos. 241 and 243) are hereby extended to November 1, 2019.

**IT IS SO ORDERED.**

DATED: 10/25/19

_____
HON. RICHARD SEEBORG
United States District Court Judge