XAVIER BECERRA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
GABRIELLE D. BOUTIN, SBN 267308
R. MATTHEW WISE, SBN 238485
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6046
  Fax: (916) 324-8835
  E-mail: Matthew.Wise@doj.ca.gov
*Attorneys for State of California, by and through Attorney General Xavier Becerra*

(Additional counsel listed on signature panel)

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, by and through Attorney General Xavier Becerra; COUNTY OF LOS ANGELES; CITY OF LOS ANGELES; CITY OF FREMONT; CITY OF LONG BEACH; CITY OF OAKLAND; CITY OF STOCKTON,**<br><br>                            Plaintiffs,<br><br>      v.<br><br>**WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce; U.S. DEPARTMENT OF COMMERCE; DR. STEVEN DILLINGHAM, in his official capacity as Director of the U.S. Census Bureau; U.S. CENSUS BUREAU; DOES 1-100,**<br><br>                            Defendants. | No. 3:18-cv-01865-RS<br><br>**NOTICE OF SETTLEMENT RE: ATTORNEYS' FEES AND COSTS**<br><br>Dept:     3<br>Judge:    The Honorable Richard G. Seeborg<br>Trial Date:   January 7, 2019<br>Action Filed:   March 26, 2018 |

Plaintiff State of California, Plaintiff-in-Intervention Los Angeles Unified School District (collectively, "Plaintiffs"), and Defendants Wilbur L. Ross, Jr., U.S. Department of Commerce, Dr. Steven Dillingham, and U.S. Census Bureau (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective attorneys of record, hereby inform the Court that they have reached a settlement resolving Plaintiffs' claims for any attorneys' fees and costs relating to this action.  In light of the Parties' settlement agreement, Plaintiffs withdraw their pending Bills of Costs (ECF Nos. 241 and 243) and will not be filing a motion for attorneys' fees.

Dated:  November 1, 2019

XAVIER BECERRA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
GABRIELLE D. BOUTIN
Deputy Attorney General

*/s/ R. Matthew Wise*
R. MATTHEW WISE
Deputy Attorney General
*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

Dated:  November 1, 2019

DANNIS WOLIVER KELLEY
KEITH A. YEOMANS

*/s/ Sue Ann Salmon Evans*
SUE ANN SALMON EVANS
*Attorneys for Plaintiff-Intervenor Los Angeles Unified School District*

Dated:  November 1, 2019

JOSEPH H. HUNT
Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

*/s/  Stephen Ehrlich*
STEPHEN EHRLICH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 305-9803
Email: stephen.ehrlich@usdoj.gov
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

| Case Name: | **State of California, et al. v. Wilbur L. Ross, et al.** | No. | **3:18-cv-01865** |
|---|---|---|---|

I hereby certify that on November 1, 2019, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF SETTLEMENT RE: ATTORNEYS' FEES AND COSTS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 1, 2019, at Sacramento, California.

| Eileen A. Ennis | */s/ Eileen A. Ennis* |
|---|---|
| Declarant | Signature |

SA2018100904
14245054.docx